UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : CASE NO. : | **FILED** |
| V. | : | JAN 0 3 2006 |
| JACK A. ABRAMOFF, | : | NANCY MAYER WHITTINGTON, CLERK |
| | : | U.S. DISTRICT COURT |
| Defendant. | : | |

### WAIVER OF INDICTMENT

I, Jack A. Abramoff, the above named defendant, who is accused of three federal offenses including (1) conspiring to commit honest services mail and wire fraud, bribery, property mail and wire fraud and federal lobbying ban violations, all in violation of Title 18 U.S.C. § 371, (2) honest services mail fraud in violation of 18 U.S.C. §§ 1341, 1346 and 2, and (3) income tax evasion for tax year 2002 in violation of 26 U.S.C. § 7201, and having been advised of the nature of the charges, the proposed information, and of my rights, hereby waive in open court on January 3, 2006 prosecution by indictment and consent that the proceeding may be by information rather than indictment.

_____
Jack A. Abramoff
Defendant

_____
Counsel for Defendant
Abbe D. Lowell, Esq.
Pamela Marple, Esq.
Sarah J. Loope, Esq.
Chadbourne & Parke LLP
1200 New Hampshire Ave., NW
Washington, D.C. 20036
(202)974-5600

Before _____
Hon. Ellen Segal Huvelle
District Judge