U.S. Department of Justice
U.S. Attorneys

# United States District Court
## for the District of Columbia

FILED

JAN 0 3 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA

v.

████ █. ████████,
████████

Case No. CR 06-001

## O R D E R

1. Upon a representation by the United States that the defendant has never been the subject of "routine processing" (booking, fingerprinting, photographing) in this case;

2. It is this _____ day of _____ ████████ ████ _____ ORDERED:

3. That if the defendant is released on bond that he or she be accompanied on ██ ██████ ██████ _____

by _____ ███ ██ ██████ █████ _____ to the Central Cell Block of the Metropolitan Police Department, to the United States Marshal's Office and to _____ ███ _____

_____ for "routine processing," and that this be a condition of being released on bond;

4. That if the defendant is not released on bond, the United States Marshal shall release the defendant to the custody of _____ for the purpose of "routine processing," and at the conclusion thereof to return the defendant to the custody of the Marshal.

_____
Judge [U.S. Magistrate] ████ ████ ████

DOJ USA-16-1-80