## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | :  06cr00001 (ESH) |
| v. | : |
| **JACK A. ABRAMOFF,** | : |
| Defendant. | : |

## NOTICE OF APPEARANCE

The United States of America, by and through its attorney, Andrew Lourie, Acting Chief of the Criminal Division's Public Integrity Section, and Trial Attorney M. Kendall Day, hereby inform the Court that he is entering his appearance in this matter on behalf of the United States.

Respectfully submitted,

ANDREW LOURIE
Acting Chief, Public Integrity Section


__/s/_____
M. Kendall Day
Trial Attorney
Criminal Division, Public Integrity Section
United States Department of Justice
1400 New York Ave., NW
Suite 12100
(O) 202-353-2248
(F) 202-514-3003
m.kendall.day@usdoj.gov