UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | 06cr001 (ESH) |
| | : | |
| **v.** | : | |
| **JACK A. ABRAMOFF,** | : | |
| Defendant. | : | |

**Joint Status Report and Motion for a New Status Conference**

On January 3, 2006, the Court accepted Jack Abramoff's plea of guilty, deferred setting a date for his sentencing, and scheduled a status conference for March 24, 2006, at 9:15 a.m. The United States and Mr. Abramoff now jointly report on the status of Mr. Abramoff's cooperation, and jointly move the Court to continue the status conference to the morning of June 6, 2006.[1]

As part of his plea agreement, Mr. Abramoff has agreed to cooperate with the government in any and all matters when required. In conformity with this agreement, Mr. Abramoff has been cooperating with government agents and prosecutors. The government anticipates that Mr. Abramoff's cooperation will continue for the foreseeable future.

Accordingly, the parties jointly move the Court to again defer setting a date for the sentencing of Mr. Abramoff. The parties also ask that the Court continue the status conference to the morning of June 6, 2006, in order to allow Mr. Abramoff's cooperation to continue uninterrupted. A proposed order is attached.

---

[1] On January 4, 2006, Mr. Abramoff entered into a plea and cooperation agreement in the U.S. District Court for the Southern District of Florida involving separate conduct. Sentencing in that case is scheduled for March 29, 2006.

Dated this 16th day of March, 2006.

FOR THE UNITED STATES

| ANDREW LOURIE | PAUL E. PELLETIER |
| Acting Chief, Public Integrity Section | Acting Chief, Fraud Section |

\_\_/s/ (M. Kendall Day)_____          \_/s/ (Nathaniel B. Edmonds)
Mary K. Butler                                          Guy D. Singer
M. Kendall Day                                         Nathaniel B. Edmonds
Trial Attorneys                                          Trial Attorneys
Criminal Division                                       Criminal Division
U.S. Department of Justice                        U.S. Department of Justice


FOR THE DEFENDANT


/s/_____
Abbe D. Lowell, Esq.
Chadbourne and Parke, LLP

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | 06cr001 (ESH) |
| | : | |
| | : | |
| | : | |
| **v.** | : | |
| | : | |
| **JACK A. ABRAMOFF,** | : | |
| | : | |
| **Defendant.** | : | |

## **ORDER**

By joint Status Report and Motion dated March 17, 2006, the parties moved for an order deferring sentencing and scheduling a new status conference. Having read and considered the parties' submission, the Court GRANTS the motion and rules as follows:

1. The status hearing set for March 24 at 9:15 a.m. is cancelled;

2. A new status hearing is scheduled for June 6, 2006, at _____ a.m.; and

3. The Court defers setting a sentencing date or ordering a presentence investigation report for Mr. Abramoff until such later date.

It is so ORDERED this \_\_\_\_\_ day of March, 2006.

_____
Judge Ellen Segal Huvelle
United States District Judge