UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA          :          06cr001 (ESH)
                                  :
                                  :
            v.                    :
                                  :
JACK A. ABRAMOFF,                 :
                                  :
      Defendant.                  :

FILED

MAR 1 7 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## ORDER

By joint Status Report and Motion dated March 17, 2006, the parties moved for an order deferring sentencing and scheduling a new status conference. Having read and considered the parties' submission, the Court GRANTS the motion and rules as follows:

1.  The status hearing set for March 24 at 9:15 a.m. is cancelled;

2.  A new status hearing is scheduled for June 6, 2006, at __9:30__ a.m.; and

3.  The Court defers setting a sentencing date or ordering a presentence investigation report for Mr. Abramoff until such later date.

It is so ORDERED this __17__ day of March, 2006.

_Ellen S. Huvelle_
Judge Ellen Segal Huvelle
United States District Judge

3