## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | 06cr001 (ESH) |
| : | |
| **v.** : | |
| : | |
| **JACK A. ABRAMOFF,** : | |
| **Defendant.** : | |

### Motion To Continue Status Conference

On January 3, 2006, the Court accepted Jack Abramoff's plea of guilty, deferred setting a date for his sentencing, and scheduled a status conference for March 24, 2006, at 9:15 a.m. By Order dated March 17, 2006, the Court continued Mr. Abramoff's status hearing until June 6, 2006. The United States and Mr. Abramoff now jointly move the Court to continue the status conference to September 6, 2006.[1]

As part of his plea agreement, Mr. Abramoff has agreed to cooperate with the government in any and all matters when required. In conformity with this agreement, Mr. Abramoff has been cooperating with government agents and prosecutors. The government anticipates that Mr. Abramoff's cooperation will continue for the foreseeable future.

---

[1] On January 4, 2006, Mr. Abramoff entered into a plea and cooperation agreement in the U.S. District Court for the Southern District of Florida involving separate conduct. Mr. Abramoff is scheduled to begin serving his sentence in that case on June 28, 2006, but the parties plan to file a motion to continue Mr. Abramoff's reporting date for a period of 90 days to allow him to continue cooperating with the government.

Accordingly, the parties jointly move the Court to again defer setting a date for the sentencing of Mr. Abramoff. The parties also ask that the Court continue the status conference to the morning of September 6, 2006, in order to allow Mr. Abramoff's cooperation to continue uninterrupted. A proposed order is attached.

Dated this 1st day of June, 2006.

FOR THE UNITED STATES

| ANDREW LOURIE | PAUL E. PELLETIER |
| Acting Chief, Public Integrity Section | Acting Chief, Fraud Section |

| /s/ (M. Kendall Day) | /s/ (Guy D. Singer) |
| Mary K. Butler | Guy D. Singer |
| M. Kendall Day | Nathaniel B. Edmonds |
| Trial Attorneys | Trial Attorneys |
| Criminal Division | Criminal Division |
| U.S. Department of Justice | U.S. Department of Justice |

FOR THE DEFENDANT

/s/  (Pamela Marple)
Abbe D. Lowell, Esq.
Pamela Marple, Esq.
Chadbourne and Parke, LLP

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | 06cr001 (ESH) |
| | : | |
| **v.** | : | |
| | : | |
| **JACK A. ABRAMOFF,** | : | |
| **Defendant.** | : | |

## **ORDER**

By joint Motion dated June 1, 2006, the parties moved for an order deferring sentencing and continuing the status conference. Having read and considered the parties' submission, the Court GRANTS the motion and rules as follows:

1. The status hearing set for June 6 at 9:30 a.m. is cancelled;

2. A new status hearing is scheduled for September 6, 2006, at 9:30 a.m.; and

3. The Court defers setting a sentencing date or ordering a presentence investigation report for Mr. Abramoff until such later date.

It is so ORDERED this _____ day of June, 2006.

_____
Judge Ellen Segal Huvelle
United States District Judge