UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **06cr001 (ESH)** |
| | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| **JACK A. ABRAMOFF,** | : | |
| | : | |
| Defendant. | : | |

### Joint Motion to Set an Expedited Sentencing Date

The United States of America and defendant Jack Abramoff jointly move the Court to vacate the December 8, 2006, status conference in this case, set the matter for sentencing on November 17, 2006, or as soon as practicable thereafter, and order an expedited presentence investigation report.

Defendant Abramoff is due to report to prison on November 15, 2006, to begin serving the 70-month sentence imposed in the unrelated criminal case <u>United States v. Abramoff, et al.</u>, 05-60204-CR-HUCK (S.D. Fl.) (the "Florida case").  Based on a joint request from the parties, the Florida Court recommended placement of defendant Abramoff at FCI Cumberland in Cumberland, Maryland, which is a facility within driving distance of Washington, D.C., and the closest minimum security facility to the District of Columbia.  Given that defendant Abramoff is continuing to cooperate with the ongoing criminal investigation, the joint recommendation was made to facilitate the government's access to defendant Abramoff.  Defendant Abramoff's placement at FCI Cumberland would reduce both travel time and costs to agencies tasked with debriefing defendant Abramoff.

The Federal Bureau of Prisons ("BOP"), however, has designated defendant Abramoff to another, more distant and higher security facility at Loretto, Pennsylvania. FCI Loretto is approximately 180 miles from Washington, D.C., and defendant Abramoff's placement there will impair the ongoing investigation by making it more expensive and time consuming for the government to debrief defendant Abramoff. According to the BOP, the defendant was placed at Loretto – and not Cumberland – because the potential maximum sentence in the instant case exceeds ten years imprisonment. Until defendant Abramoff is sentenced to either a concurrent term of imprisonment of less than ten years or has served sufficient time that less than ten years imprisonment remains, defendant Abramoff likely will be ineligible for placement at a minimum security facility such as Cumberland. The plea agreement in the instant case provides a recommended sentencing range of 108 to 135 months incarceration, concurrent with the defendant's sentence in the Florida case.

In order to facilitate defendant's cooperation by placing him at a minimum security prison within driving distance, and in order to ensure that the parties' agreement of a recommended concurrent sentence is possible by having the defendant's sentences in each case begin on or near the same date, the parties jointly move the Court to set the sentencing date in this matter for November 17, 2006, or as soon as possible thereafter, and order the expedited completion of a presentence investigation report.[1] A proposed order is attached.

---

[1] The probation office has confirmed that the presentence investigation report can be completed in time for sentencing as early as November 17, 2006, due in large part to the prior completion of a thorough report by the probation office in the Southern District of Florida for the Florida case.

Dated this 31st day of October, 2006.

| FOR THE UNITED STATES | FOR THE DEFENDANT |
|---|---|
| EDWARD C. NUCCI<br>Acting Chief, Public Integrity Section | /s/   (Pamela Marple)<br>Abbe D. Lowell, Esq.<br>Pamela Marple, Esq. |
| STEVEN A. TYRRELL<br>Acting Chief, Fraud Section | Chadbourne and Parke, LLP |
|   /s/ (M. Kendall Day)<br>Mary K. Butler<br>M. Kendall Day<br>Nathaniel B. Edmonds<br>Trial Attorneys<br>Criminal Division<br>U.S. Department of Justice | |

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **06cr001 (ESH)** |
| | : | |
| | : | |
| | : | |
| **v.** | : | |
| | : | |
| **JACK A. ABRAMOFF,** | : | |
| | : | |
| **Defendant.** | : | |

## ORDER

By joint Motion dated October 31, 2006, the parties moved for an order setting a sentencing date in this case. Having read and considered the parties' submission, the Court GRANTS the motion and rules as follows:

1. The status hearing set for December 8, 2006, at 9:30 a.m. is vacated;

2. The sentencing in this matter is scheduled for_____ at _____ a.m./p.m.; and

3. The Court orders the U.S. Probation Office to begin expedited completion of a presentence investigation report for Jack Abramoff.

It is so ORDERED this _____ day of November, 2006.

_____
Judge Ellen Segal Huvelle
United States District Judge