UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | 06cr001 (ESH) |
| | : | |
| **v.** | : | |
| | : | |
| **JACK A. ABRAMOFF,** | : | |
| **Defendant.** | : | |

### Joint Motion to Withdraw Motion for Expedited Sentencing

The United States and Defendant Abramoff jointly move the Court for an order withdrawing the parties' joint motion for an expedited sentencing date. (Docket No. 14). A proposed Order is attached.

Dated this 13th day of November, 2006.

FOR THE UNITED STATES

EDWARD C. NUCCI
Acting Chief, Public Integrity Section

STEVEN A. TYRRELL
Acting Chief, Fraud Section

  /s/ (M. Kendall Day)_____
Mary K. Butler
M. Kendall Day
Nathaniel B. Edmonds
Trial Attorneys
Criminal Division
U.S. Department of Justice

FOR THE DEFENDANT

/s/   (Pamela Marple)_____
Abbe D. Lowell, Esq.
Pamela Marple, Esq.
Chadbourne and Parke, LLP

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | 06cr001 (ESH) |
| | : | |
| **v.** | : | |
| | : | |
| **JACK A. ABRAMOFF,** | : | |
| **Defendant.** | : | |

## ORDER

By joint Motion dated November 13, 2006, the parties moved for an order withdrawing the parties' joint motion for an expedited sentencing date. (Docket No. 14). Having read and considered the parties' submission, the Court GRANTS the motion and instructs the Clerk to WITHDRAW the parties' joint motion for an expedited sentencing date (Docket No. 14).

It is so ORDERED this _____ day of November, 2006.

_____
Judge Ellen Segal Huvelle
United States District Judge