UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | 06cr001 (ESH) |
| | : | |
| v. | : | |
| | : | **FILED** |
| **JACK A. ABRAMOFF,** | : | NOV 1 4 2006 |
| Defendant. | : | NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT |

### ORDER

By joint Motion dated November 13, 2006, the parties moved for an order withdrawing the parties' joint motion for an expedited sentencing date. (Docket No. 14). Having read and considered the parties' submission, the Court GRANTS the motion and instructs the Clerk to WITHDRAW the parties' joint motion for an expedited sentencing date (Docket No. 14).

It is so ORDERED this 14 day of November, 2006.

　　　　　　　　　　　　　　　　　　　Ellen S Huvelle
　　　　　　　　　　　　　　　　　　　Judge Ellen Segal Huvelle
　　　　　　　　　　　　　　　　　　　United States District Judge