## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | 06cr001 (ESH) |
| | : | |
| **v.** | : | |
| | : | |
| **JACK A. ABRAMOFF,** | : | |
| **Defendant.** | : | |

### Joint Motion To Continue Status Conference

On January 3, 2006, the Court accepted Jack Abramoff's plea of guilty, deferred setting a date for his sentencing, and scheduled status conferences which have been continued based on joint motions of the parties. By Minute Order dated August 28, 2006, the Court continued Mr. Abramoff's status hearing until December 8, 2006. The United States and Mr. Abramoff now jointly move the Court to continue the status conference to a date not less than 90 days in the future.[1]

As part of his plea agreement, Mr. Abramoff has agreed to cooperate with the government in any and all matters when required. In conformity with this agreement, Mr. Abramoff has been cooperating with government agents and prosecutors. The government anticipates that Mr. Abramoff's cooperation will continue for the foreseeable future.

---

[1] On January 4, 2006, Mr. Abramoff entered into a plea and cooperation agreement in the U.S. District Court for the Southern District of Florida involving separate conduct. The District Court for the Southern District of Florida denied the parties' request to permit Mr. Abramoff to remain on bond to facilitate his continuing cooperation and Mr. Abramoff began serving his sentence in that case on November 15, 2006. He is continuing to cooperate within the rules and regulations of the Bureau of Prison.

Accordingly, the parties jointly move the Court to again defer setting a date for the sentencing of Mr. Abramoff. The parties also ask that the Court continue the status conference to a date not less than 90 days in the future in order to allow Mr. Abramoff's cooperation to continue uninterrupted. A proposed order is attached.

Dated this 1st day of December, 2006.

| FOR THE UNITED STATES | FOR THE DEFENDANT |
|---|---|
| EDWARD C. NUCCI<br>Acting Chief, Public Integrity Section | /s/   (Pamela Marple)<br>Abbe D. Lowell, Esq.<br>Pamela Marple, Esq. |
| STEVEN A. TYRELL<br>Chief, Fraud Section | Chadbourne and Parke, LLP |
| /s/ (Mary K. Butler)<br>Mary K. Butler<br>M. Kendall Day<br>Nathaniel B. Edmonds<br>Trial Attorneys<br>Criminal Division<br>U.S. Department of Justice | |

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | 06cr001 (ESH) |
| | : | |
| **v.** | : | |
| **JACK A. ABRAMOFF,** | : | |
| **Defendant.** | : | |

### ORDER

By joint Motion dated December 1, 2006, the parties moved for an order deferring sentencing and continuing the status conference. Having read and considered the parties' submission, the Court GRANTS the motion and rules as follows:

1. The status hearing set for December 8, at 9:30 a.m. is cancelled;

2. A new status hearing is scheduled for _____ at _____ a.m./p.m.; and

3. The Court defers setting a sentencing date or ordering a presentence investigation report for Mr. Abramoff until such later date.

It is so ORDERED this _____ day of December, 2006.

_____
Judge Ellen Segal Huvelle
United States District Judge