UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>)<br>)<br>)<br>v.  )<br>)<br>JACK A. ABRAMOFF, )<br>)<br>_____Defendant._____ ) | Case No. 06cr001 (ESH) |

### NOTICE OF CHANGE OF LAW FIRM ASSOCIATION OF COUNSEL FOR DEFENDANT JACK A. ABRAMOFF

Defendant Jack A. Abramoff, through counsel, hereby notifies the Court that Abbe David Lowell, Esq., counsel of record for Jack A. Abramoff, and Pamela J. Marple, Esq. moved their practice of law from Chadbourne & Parke, LLP to McDermott Will & Emery, LLP as of April 30, 2007. All future pleadings, Orders of the Court and correspondence should be directed to Mr. Lowell and Ms. Marple at the following address:

    McDermott Will & Emery, LLP
    600 Thirteenth Street, N.W.
    Washington, D.C. 20005-3096
    Telephone: (202) 756-8000
    Facsimile: (202) 756-8087
    E-mail (Mr. Lowell): adlowell@mwe.com

Dated: May 18, 2007                     Respectfully Submitted,

/s/  (Abbe David Lowell)
Abbe David Lowell, Esq.
Pamela J. Marple, Esq.
McDermott Will & Emery LLP
600 Thirteenth Street, N.W.
Washington, D.C.  20005-3096
Telephone:  202.756.8000

*Attorneys for Defendant
Jack A. Abramoff*

## CERTIFICATE OF SERVICE

    I hereby certify that on May 18, 2007, the Notice of Change of Law Firm Association of Counsel for Defendant Jack A. Abramoff was delivered by facsimile on:

Mary K. Butler, Esq.
M. Kendall Day, Esq.
Nathaniel B. Edmonds, Esq.
Trial Attorneys
Criminal Division
U.S. Department of Justice

_Sarah J. Loope Hulsey_
Sarah J. Loope Hulsey