UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | 06cr001 (ESH) |
| | : | |
| v. | : | |
| | : | |
| JACK A. ABRAMOFF, | : | |
| | : | |
| Defendant. | : | |

FILED
MAY 21 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## ORDER

By joint Motion dated May 21, 2007, the parties moved for an order deferring sentencing and continuing the status conference. Having read and considered the parties' submission, the Court GRANTS the motion and rules as follows:

1. The status hearing set for June 5 at 9:45 a.m. is vacated;

2. A new status hearing is scheduled for __September 7__ at __9:30__ a.m./p.m.; and

3. The Court defers setting a sentencing date or ordering a presentence investigation report for Mr. Abramoff until such later date.

It is so ORDERED this 21 day of May, 2007.

_Ellen S Huvelle_
Judge Ellen Segal Huvelle
United States District Judge

3