UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | 06cr001 (ESH) |
| | : | |
| **v.** | : | |
| **JACK A. ABRAMOFF,** | : | |
| **Defendant.** | : | |

**Joint Motion To Continue Status Conference**

On January 3, 2006, the Court accepted Jack Abramoff's plea of guilty, deferred setting a date for his sentencing, and scheduled a status conference. By Minute Order dated May 21, 2007, the Court continued Mr. Abramoff's status hearing until September 7, 2007. The United States and Mr. Abramoff now jointly move the Court to continue the status conference to a date not less than 90 days in the future.[1]

As part of his plea agreement, Mr. Abramoff has agreed to cooperate with the government in any and all matters when required. In conformity with this agreement, Mr. Abramoff has been cooperating with government agents and prosecutors. The government anticipates that Mr. Abramoff's cooperation will continue for the foreseeable future. In the view of both parties, no issues have arisen which require the Court's intervention at this time.

---

[1] On January 4, 2006, Mr. Abramoff entered into a plea and cooperation agreement in the U.S. District Court for the Southern District of Florida involving separate conduct. Mr. Abramoff began serving his sentence in that case on November 15, 2006. He is continuing to cooperate within the rules and regulations of the Bureau of Prison.

Accordingly, the parties jointly move the Court to again defer setting a date for the sentencing of Mr. Abramoff. The parties also ask that the Court continue the status conference to a date not less than 90 days in the future in order to allow Mr. Abramoff's cooperation to continue uninterrupted. A proposed order is attached.

Dated this 27th day of August, 2007.

| FOR THE UNITED STATES | FOR THE DEFENDANT |
|---|---|
| WILLIAM M. WELCH II<br>Chief, Public Integrity Section | /s/   (Sarah Hulsey)<br>Abbe D. Lowell, Esq.<br>Pamela Marple, Esq.<br>Sarah Hulsey, Esq. |
| STEVEN A. TYRRELL<br>Chief, Fraud Section | McDermott Will and Emery |
| __/s/ (M. Kendall Day)_____<br>Mary K. Butler<br>M. Kendall Day<br>Nathaniel B. Edmonds<br>Trial Attorneys<br>Criminal Division<br>U.S. Department of Justice | |

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | 06cr001 (ESH) |
| | : | |
| **v.** | : | |
| **JACK A. ABRAMOFF,** | : | |
| **Defendant.** | : | |

### ORDER

By joint Motion dated August 27, 2007, the parties moved for an order deferring sentencing and continuing the status conference. Having read and considered the parties' submission, the Court GRANTS the motion and rules as follows:

1. The status hearing set for September 7 at 9:30 a.m. is vacated;

2. A new status hearing is scheduled for _____ at _____ a.m./p.m.; and

3. The Court defers setting a sentencing date or ordering a presentence investigation report for Mr. Abramoff until such later date.

It is so ORDERED this _____ day of August, 2007.

_____
Judge Ellen Segal Huvelle
United States District Judge