UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | 06cr001 (ESH) |
| | : | |
| v. | : | |
| **JACK A. ABRAMOFF,** | : | |
| Defendant. | : | |

FILED
SEP 0 4 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## ORDER

By joint Motion dated August 27, 2007, the parties moved for an order deferring sentencing and continuing the status conference. Having read and considered the parties' submission, the Court GRANTS the motion and rules as follows:

1. The status hearing set for September 7 at 9:30 a.m. is vacated;

2. A new status hearing is scheduled for _Dec. 7_ at _10:00_ a.m./~~p.m.~~; and

3. The Court defers setting a sentencing date or ordering a presentence investigation report for Mr. Abramoff until such later date.

It is so ORDERED this _30th_ day of August, 2007.

_E S Huck_
Judge Ellen Segal Huvelle
United States District Judge

3