UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | 06cr001 (ESH) |
| | : | |
| v. | : | |
| | : | |
| JACK A. ABRAMOFF, | : | |
| | : | |
| Defendant. | : | |

FILED
NOV 29 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### ORDER

By joint Motion dated November 29, 2007, the parties moved for an order deferring sentencing and continuing the status conference. Having read and considered the parties' submission, the Court GRANTS the motion and rules as follows:

1. The status hearing set for December 7 at 10:00 a.m. is vacated;

2. A new status hearing is scheduled for __March 14__ at __9:15__ a.m./p.m.; and

3. The Court defers setting a sentencing date or ordering a presentence investigation report for Mr. Abramoff until such later date.

It is so ORDERED this 29 day of November, 2007.

_Ellen S Huvelle_
Judge Ellen Segal Huvelle
United States District Judge

3