**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**FILED**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | 06cr001 (ESH) |
| | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| JACK A. ABRAMOFF, | : | |
| | : | |
| Defendant. | : | |

MAR 0 6 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## ORDER

By joint Motion dated March 5, 2008, the parties moved for an order deferring sentencing and continuing the status conference. Having read and considered the parties' submission, the Court GRANTS the motion and rules as follows:

1.    The status hearing set for March 14 at 9:15 a.m. is vacated;

2.    A new status hearing is scheduled for _June 13_ at _9:15_ a.m./~~p.m.~~; and

3.    The Court defers setting a sentencing date or ordering a presentence investigation report for Mr. Abramoff until such later date.

It is so ORDERED this _5_ day of March, 2008.

_Ellen S Huvelle_
Judge Ellen Segal Huvelle
United States District Judge

3