UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **06cr001 (ESH)** |
| | : | |
| **v.** | : | |
| | : | |
| **JACK A. ABRAMOFF,** | : | |
| Defendant. | : | |

### Joint Motion To Order Preparation of Presentence Investigation Report and Set Sentencing Date

On January 3, 2006, this Court accepted Jack Abramoff's plea of guilty, deferred setting a date for his sentencing to facilitate his cooperation with the government, and scheduled status conferences which have been continued based on joint motions of the parties. The United States and Mr. Abramoff now jointly move the Court to order that the Presentence Investigation Report be prepared and that this Court set a sentencing date in early September, 2008.

In accordance with his plea agreement, Mr. Abramoff has been cooperating with government agents and prosecutors. While the government anticipates that Mr. Abramoff's cooperation in the form of possible testimony will continue for the foreseeable future, the parties believe that they are in a position to inform the court about the full scope of his misconduct and cooperation, and that, consistent with the commitments in the plea agreement with Mr. Abramoff, sentencing in the near future in this case is appropriate.

Accordingly, the parties jointly move the Court to order that the Presentence Investigation Report be prepared and to set a date for the sentencing of Mr. Abramoff in early September 2008. A proposed order is attached.

Dated this ___ day of June, 2008.

| FOR THE UNITED STATES | FOR THE DEFENDANT |
|---|---|
| WILLIAM B. WELCH, JR.<br>Chief, Public Integrity Section | /s/   (Pamela Marple)<br>Abbe D. Lowell, Esq.<br>Pamela Marple, Esq. |
| STEVEN A. TYRELL<br>Chief, Fraud Section | Christopher Mann<br>McDermott Will & Emory |
| /s/ (Mary K. Butler)<br>Mary K. Butler<br>M. Kendall Day<br>Nathaniel B. Edmonds<br>Trial Attorneys<br>Criminal Division<br>U.S. Department of Justice | |

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **06cr001 (ESH)** |
| **v.** | : | |
| **JACK A. ABRAMOFF,** | : | |
| **Defendant.** | : | |

## ORDER

By joint Motion dated June 9, 2008, the parties moved for an order deferring sentencing and continuing the status conference. Having read and considered the parties' submission, the Court GRANTS the motion and rules as follows:

1. The United States Probation Office is directed to prepare a Presentence Investigation Report which should be disclosed to the parties on or before _____, 2008, and the parties shall respond with any objections on or before _____, 2008;

2. The status hearing set for June 13, 2008 at 9:30 a.m. is cancelled; and

3. The sentencing in this case is set for _____ , 2008 at _____ a.m./p.m.

It is so ORDERED this _____ day of June, 2008.

_____
Judge Ellen Segal Huvelle
United States District Judge