# JACOBSON·BUFFALO
## MAGNUSON·ANDERSON & HOGEN
PROFESSIONAL CORPORATION



Henry M. Buffalo, Jr. | Shareholder
Attorney at Law

E-mail:

September 2, 2008

Honorable Ellen S. Huvelle
United States District Court
For the District of Colombia
333 Constitution Avenue, N.W.
Washington D.C. 20001

06-1 (ESH)
Let this be filed
ESH 9/2/08

**FILED**

SEP 0 2 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Re:   United States v Jack Abramoff
      Court Docket Number CR-06-1           *Via Facsimile and Mail*

Dear Judge Huvelle:

I am writing this letter on behalf of the Tribal Council of the Saginaw Chippewa Indian Tribe of Michigan who had retained Jack Abramoff as their attorney-lobbyist. The Chief of the Tribe, Mr. Fred Cantu, Jr., had planned to provide a statement at the hearing on the sentencing of Mr. Abramoff on September 4, 2008. A summary of that statement will include a brief history of the Tribe; the retention of Mr. Abramoff and his representations regarding members of congress and their key staff; the retention of Mr. Scanlon and the representations of both Mr. Scanlon and Mr. Abramoff regarding the need to engage Mr. Scanlon and the denials of any business relationship between Scanlon and Abramoff; the solicitation of the tribe for political and charitable contributions by Mr. Abramoff; Mr. Abramoff's interference with the tribes election process; the betrayal of the attorney-client relationship; the Tribes decision to assist in the Senate investigation; the demeaning and gross characterizations of the Tribe and its members by Mr. Abramoff as evidenced by emails produced as a result of the investigation; the impact of the public humiliation on the Tribe and its members caused by Mr. Abramoff betrayal and the continuing impact on the Tribe being treated as a perpetrator in the halls of Congress because of Mr. Abramoff.

On June 24th Mary Butler sent me a letter (attached) which provided the Tribe with Notice of the Department of Justice determination of restitution due the Tribe as a result of Mr. Abramoff criminal activities and the rights as delineated in the Crime Victim's Rights Act, 18 U.S.C.§ 3771 including its right to make an oral statement at the time of sentencing.   Consistent with the direction presented in this letter the Tribe  notified Barbara Draughn of the Tribe's interest in providing a brief statement at the hearing. On August 27th the Washington Post reported that the Department of Justice was seeking a reduced sentence for Mr. Abramoff. I informed the Tribe immediately and confirmed that the Department of Justice had not given any notice as to the Department's intention to seek the reduced sentence. I attempted earlier after the

1360 Energy Park Drive, Suite 210    St. Paul, MN  55108    T 651 644 4710    F 651·644·5904    www.JacobsonBuffalo.com

June 24th letter to contact Ms. Butler to follow up on her letter of June 24th. I received no return call. On Thursday August 28th I submitted a comment to the Washington Post article raising concerns about the Departments lack of candor about their decision to seek the reduced sentence. On Friday morning, August 29th Mary Butler called me at my office and followed up with an email in which she informed me that it was the Department of Justice's position that the Tribe is not a "person" under the Crime Victim's Rights Act and that Saginaw and the Louisiana Coushatta should submit a letter to you and it would be within your discretion to allow the Chief to make an oral statement in court. At no time during the preceding two months had the Department of Justice advised me or the Tribe that it was withdrawing its June 24th victim's notice letter and, of course we had no opportunity to discuss the issue with the Department of Justice during that time.

The tribe raises these procedural concerns to place in context why they are seeking guidance from you as to whether the Chief will be able to present his statement to the Court only two day's prior to the hearing.

The Tribe followed through with what it believes are its rights are under the Crime Victim's Rights Act, irrespective of the Department's interpretation. More importantly, in order for the healing to begin within the Tribe's community it is essential that the Chief be provided the opportunity to express the Tribe's view on the impact of Mr. Abramoff's activities to the Court and to Mr. Abramoff. It is my belief that the Chief will take no more than 15 minutes to provide this statement. In the alternative, the Tribe request's a continuance of the hearing to allow the Tribe and the Department of Justice the opportunity to discuss the Department's decision to seek this reduced sentence.

I thank you for the opportunity to bring this matter to your attention and look forward to your response.

Sincerely,

Henry M. Buffalo Jr

cc. Fred Cantu, Jr, Chief, SCTI
    Sean Reed, General Counsel SCTI
    Mary Butler, DOJ