

# COUSHATTA TRIBE
### OF LOUISIANA
Office of the Chairman

August 29, 2008

Honorable Ellen Segal Huvelle
333 United States District Court for the District of Columbia
333 Constitution Avenue N.W.
Washington, D.C. 20001

**FILED**
SEP 0 2 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

RE: Jack Abramoff sentencing, September 4, 2008

Dear Judge Huvelle:

My name is Kevin Sickey and I am the elected Chairman of the Tribal Council of the Coushatta Tribe of Louisiana. I am writing to you based on information we received from Mary Butler. I speak for the other members of the Coushatta Tribal Council, David Sickey (Vice Chairman), Tee LaBuff (Secretary), Pratt Doucet and Verlis Williams.

While our Tribe owns and runs the Coushatta Casino Resort, we are not a rich tribe, and a large number of our tribal members depend on tribal funds for their health, education and welfare. In 2001, the Tribe was negotiating a contentious compact renewal with the State of Louisiana. The Compact was necessary to keep the doors open at the Tribe's casino. That uncertainty, when combined with the unsophisticated nature of the former Council, made the Tribe an easy target for Jack Abramoff. He convinced the Tribal Council that he could help renew the Compact under terms favorable to the Tribe if we would employ his "team" for the task, and if we were willing to pay for whatever services he deemed necessary and recommended. We had no reason to doubt his credibility, as he came from one of the largest law firms in the United States.

After the State renewed the Compact, Abramoff came up with more creative ways to create fear of outside attacks, and he also cultivated dependency on him and his team, which included Michael Scanlon and the lawyers at Greenberg Traurig. The "budgets" that Abramoff and Mike Scanlon sent to the Tribe became ever larger and more involved as did the services he promised to provide and the results he promised to achieve. When one Council member began asking questions about the projects, Abramoff and Scanlon hired a private investigator to gather information on him, and Abramoff tried to quiet and discredit anyone who attempted to derail his gravy train.

Jack Abramoff abused the trust the Tribe placed in him and the trust placed in his employer, Greenberg Traurig. It became clear after his downfall, Abramoff and his "team" did not provide the services for which they were paid. He is being sentenced because he was caught, and pleaded guilty to defrauding the Tribe. While we have agreed to the restitution amount negotiated by the DOJ, that amount relates only to the crimes for which he pleaded guilty and that amount of money does not reflect the harm that Abramoff has caused the Coushatta Tribe. The money paid to Abramoff and the people and entities associated with him exceeds $32

million.

While Jack Abramoff has cooperated with the Justice Department (which now seeks a lesser sentence according to news reports) he has not participated in the Tribe's civil proceeding against him. Abramoff claims to be representing himself in that case, and he has not answered discovery requests or otherwise participated in that case. He has not returned one dollar of Coushatta money, and he claims to be destitute. For these reasons, we do not expect him to pay any of the promised restitution. Please do not give him any benefit of this restitution promise in his sentencing until that restitution is paid. We understand that his sentence is in your discretion, but ask that you take into account the damage he has caused the Coushatta Tribe, and the fact that he has not returned any of our money since his crimes came to light in 2004.

After Abramoff's schemes became public, elected congressional officials began to return donations to the Coushatta Tribe. It became a bad thing to accept donations from the Coushatta Tribe of Louisiana. The influence and recognition that Jack Abramoff promised has become just the opposite, and through no fault of our own, we have become political pariahs.

We remind you of the real harm caused by Jack Abramoff's greed and crimes. This Nations's people were defrauded out of large amounts of money that otherwise would have been used to educate and care for our tribal members. The money paid to Jack Abramoff and his "team" did not result in any value to the Tribe. Rather, it was used for such things as funding a private school for his children and for sniper training in Israel. The money that should have been used to house and feed our people was spent by Abramoff to fund an expensive and exclusive restaurant, buying him more personal power at our expense.

Please give Jack Abramoff a sentence that reflects the enormity of his crimes, and which takes into account his failure to return the money he stole from our people – all 841 of them.

COUSHATTA TRIBE OF LOUISIANA

By: _____
    Kevin Sickey, Chairman