**Ellen Segal Huvelle - U.S. District Judge**
District of Columbia
333 Constitution Avenue NW – Room 4423A
Washington, DC 20001-2802

(202) 354-3230

May 7, 2007

FILED

SEP 0 2 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Dear Judge Huvelle:

I have talked with several of your courtroom staff members via phone since sending you some correspondence on March 29, 2006. Excerpts of that earlier correspondence follow my message.

A sentencing hearing for Microsoft lawyer – lobbyist Jack Abramoff is set for June, 2007, based on the conversations referenced above. I respectfully request that Abramoff's role in a far larger scandal than the widely publicized fleecing of various American Indian tribes of approximately $80 million be considered as an aggravating factor in your determination of his sentence. A preprint of my investigative article that will be appearing in *The Social Contract* under the title "The Abramoff Visa" that I have written is attached to this letter. The article summarizes Jack Abramoff's role as leader of "Team Abramoff" in procuring beneficial (for Microsoft) changes to the H-1B visa law in 1996, 1998, and 2000. **Microsoft procured legislative changes worth billions to their profitability**, while millions of experienced American citizen technical professionals lost their livelihoods, and our nation's homeland security was weakened. This letter also sets forth lobbyist Abramoff's lack of cooperation in providing details about his lobbying on behalf of Microsoft while he was awaiting incarceration.

Many footnotes are included. Many more sources are cited in my online version of this article, available on request.

*Dr. Gene A. Nelson*
Gene A. Nelson, Ph.D.
████████████████████████████
████████████████████████████
─────────────────────────────

March 29, 2006

Dear Judge Huvelle:

I hope that you will take this non-cooperation information provided in this correspondence into consideration regarding any defense motions to delay sentencing for Jack Abramoff. I understand that Federal Judge Paul C. Huck is set to sentence Jack Abramoff on March 29, 2006 in connection with his guilty plea in the Southern District of Florida Court.

The issue that I am concerned about is what the late free-market advocate and Nobel economist Milton Friedman in 2002 called a "government subsidy". It is a thing of value worth billions of dollars a year for employer interests as a consequence of official acts. Federal officials such as Rep. Tom DeLay received campaign contributions either directly or indirectly from these employer interests. As an example, Microsoft Corporation spent approximately $100 million since 1990 on these issues.

Here is a transcript of a call from an unidentified female caller to my residence number ████████ phone answering machine.

Calling party number ████████  Time: 12:09 PM CST  02 14 2006

"Hello, this is Jack Abramoff's office calling. Uh, regrettably, Mr. Abramoff is unable to assist you with your request of your letter dated January 31st 2006. So I just wanted to let you know. Thank you very much. Bye bye."

The tape has been archived. This lack of cooperation is inconsistent with the recent requests from Jack Abramoff's attorney's to delay the sentencing phase of his two guilty pleas so that he may assist in the ongoing investigation.

When I called the number n 2/15/06 at 9:07 AM CST, I received a recorded message that the number has been temporarily disconnected. This status was re-confirmed at 12:23 PM CST on 2/23/06.

Googling on the number yields a Kevin Lancaster of the Winvale Group. I called Kevin 2/23/06 on Winvale's toll free number and asked for a Mr. Abramoff. He seemed genuinely puzzled and when I informed him how I had obtained the number, he told me that Winvale had given up that number a couple of years ago. (However, Winvale still has the number based on a google search in late April, 2007)

_____

Jack Abramoff



January 31, 2006

Dear Mr. Abramoff:

     I am a scientist and researcher who is very interested in your lobbying activities on behalf of the Microsoft Corporation while you were with Preston, Gates, Ellis, Rouvelas, and Meeds.

     In particular, I'm interested in Microsoft's advocacy for expansion of the H-1B visa program. Microsoft expended significant sums in lobbying expenditures and campaign finance contributions. A substantial increase in visa levels occurred in 1998. I and others testified in the U.S. House of Representatives on August 5, 1999 against further expansion of the H-1B program. However, on October 3, 2000, further increases were passed via S. 2045 and signed into law by President Bill Clinton.

     I'm very interested in any communications that you may possess that would shed light on Microsoft's advocacy for visa program expansion.

     Thanking you in advance.

Gene Nelson, Ph.D.

_____

http://www.AnAmericanScam.com

The author's website documents some of the connections between lobbyist (and criminal) Jack Abramoff and corporations such as Microsoft that have procured expansions of the controversial H-1B visa program. The role of Abramoff friend Ralph Reed, also retained by Microsoft is also highlighted. Some pages from this website are attached. Considerably more information is available on request. (This website is temporarily offline.)

## APPENDIX: RELATED USFN MATTER

In addition, there is the related matter of the U.S. Family Network (USFN,) an alleged nonprofit entity that is closely connected with lobbyist Jack Abramoff, in that his clients funded USFN.

Here are two March 7, 2006 emails to the USFN counsel and his replies

Dear J Thomas Smith Jr.: Do you have any information regarding the approximately $2 million unaccounted for in disbursements from the **U.S. Family Network?** Please refer to the article below for details.

Thanks!  Dr. Gene A. Nelson, Dallas, Texas ▬▬▬▬▬▬▬▬

---

http://nationaljournal.com/about/njweekly/stories/2006/0213nj1.htm

March 7, 2006

LOBBYING & LAW
Investigators Issue New Subpoena In Abramoff Case
By Peter H. Stone, *National Journal*
© National Journal Group Inc.
Monday, Feb. 13, 2006.....

---

Envelope-to: ▬▬▬▬▬▬▬▬
From: ▬▬▬▬▬▬▬
Date: Tue, 7 Mar 2006 15:32:38 EST
Subject: Re: Where did the $2 million for the US Family Network Go?
To: ▬▬▬▬▬▬
X-Mailer: 9.0 Security Edition for Windows sub 5301
X-Spam-Flag: NO
X-Airscreen: PASSED
X-DCC-DCC0AIRMAILNET-Metrics: client-1.airmail.net 1337; Body=1 Fuz1=1 Fuz2=1

Dr. Nelson.
Nothing was unaccounted for. All returns were filed. Can you please tell me why you are asking? Is this for publication or other public disclosure?

*Tom*

---

Dear Tom: I appreciate your prompt reply. I'm an investigative journalist. I am interested in this information for a book and/or article that I am writing. In your opinion, why was a subpoena issued on February 6 if "nothing was unaccounted for?" I was unable to locate a copy of the subpoena at the U.S. Department of Justice website. Similarly, no information was available at the FindLaw website. Could you please point me to its location on the web?

Thanks!  Gene

---

Envelope-to: ▬▬▬▬▬▬▬
From: ▬▬▬▬▬▬▬
Date: Tue, 7 Mar 2006 16:00:24 EST
Subject: Re: Where did the $2 million for the US Family Network Go?
To: ▬▬▬▬▬▬

I can tell you nothing for the record until the investigation is finished.

*J. Thomas Smith*
*Attorney At Law*
▬▬▬▬▬▬▬



*Please Reply to Tennessee Address*
*Licensed in Tennessee Only*



*The information transmitted herein is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon, this information by persons or entities other than the intended recipient is prohibited. If you received this in error, please contact the sender and delete the material from any computer*

_____

While Attorney Smith claimed that the USFN funds were accounted for, their expenditures in a alleged nonprofit entity are certainly a matter to be scrutinized.

_____

http://www.washingtonpost.com/wp-dyn/content/article/2006/03/25/AR2006032501166.html

# Former DeLay Aide Enriched By Nonprofit

## Bulk of Group's Funds Tied to Abramoff

By R. Jeffrey Smith  *Washington Post* Staff Writer
Sunday, March 26, 2006; Page A01

A top adviser to former House Whip Tom DeLay received more than a third of all the money collected by the U.S. Family Network, a nonprofit organization the adviser created to promote a pro-family political agenda in Congress, according to the group's accounting records.

DeLay's former chief of staff, Edwin A. Buckham, who helped create the group while still in DeLay's employ, and his wife, Wendy, were the principal beneficiaries of the group's $3.02 million in revenue, collecting payments totaling $1,022,729 during a five-year period ending in 2001, public and private records show.....

_____

The author has prepared a two page spreadsheet showing USFN receipts and expenditures which is attached.

/gn: File  Abramoff Huvelle Letter 05 07 07.doc

US Family Network.xls                                  March 27, 2006                                  Dr. Gene Nelson

# US Family Network Receipts

| Date | | Description | | Amount |
|------|---|---|---|--------:|
| March, 1997 | | Missippi Band of Choctaws [9.] | $ | 15,000 |
| Late 1990s | | Missippi Band of Choctaws | $ | 80,000 |
| June, 1998 | | Naftasib, Alexander Koulakovsky and Marina Nevskaya (Nationscorp, James & Sarch Co.) [7.] | $ | 1,239,975 |
| 1997 | | Naftasib via Chelsea Commercial Enterprises | $ | 60,000 |
| Late 1990s | | Tan Family Executives - CNMI [8.] | $ | 650,000 |
| 1998 | | Missippi Band of Choctaws | $ | 150,000 |
| 1999 | | Missippi Band of Choctaws | $ | 100,000 |
| 1999 | | National Republican Congressional Committee - likely to obscure corporate funding source | $ | 500,000 |
| 1998 | | R.J. Reynolds Tobacco Company [4.] | $ | 100,000 |
| 2001 | | Net proceeds of sale of Townhouse, which included a $15,000 loss. | $ | 414,000 |
| | | Total reported in March 26, 2006 Washington Post Story:$3.02 million | $ | 3,308,975 |

# US Family Network Disbursements

| Date | Organization | | Amount |
|------|---|---|--------:|
| 1999 | Liberty Consulting, Lisa Rudy, wife of Tony Rudy | $ | 15,000 |
| 2000 | Liberty Consulting, Lisa Rudy, wife of Tony Rudy | $ | 10,400 |
| 1997-1999 | Payments to Rep. Tom DeLay's wife, Christine, 36 months, Averaging $3,300 | $ | 118,800 |
| 1997-2001 | Payments to Rev. Ed. Buckham and his wife Wendy [2.] | $ | 1,022,729 |
| 1998-2001 | Alexander Strategy Group (ASG), owned by Rev. Ed Buckham [3.] | $ | 787,754 |
| January, 2001 | Dorothy Joan Harris Foundation, controlled by Rev. Ed Buckham and Wendy | $ | 150,000 |
| | "Safehouse" - Townhouse purchase for Rep. Tom DeLay Fundraising via ARMPAC, ASG Use | $ | 429,000 |
| | Travel and Entertainment that mostly benefited  Rev. Ed Buckham & Wendy | $ | 267,202 |
| July, 1998 | (15 year) Skybox lease at MCI Center for lobbyist Jack Abramoff | $ | 149,000 |
| | Collection of Salvador Dali and Peter Max art prints for USFN Office | $ | 62,375 |
| | Royal Doulton Vase for USFN Office | $ | 20,100 |
| | Lobbyist Jack Abramoff meals and airfare | $ | 11,548 |
| | Purchase of two vehicles parked at Rev. Ed Buckham's Frederick, MD home | $ | 66,129 |
| | Antiques from a store in Houston, Texas | $ | 1,271 |
| Late 2000 | Five payments to entities associated with USFN staff | $ | 200,000 |
| | Finance of addition to Rev. Ed Buckham's Church | $ | 100,000 |
| | Advertisements calling for President Clinton's resignation | $ | 75,863 |
| | Idaho Christian Coalition | $ | 25,000 |
| | | $ | 3,512,171 |

US Family Network.xls

March 27, 2006

Dr. Gene Nelson

# Notes

2000 Lisa Rudy also received $50,000 from eLottery and Magazine Publishers of America via Toward Tradition

**Note 2**   Wendy Buckham received $43,000 in fundraising commissions in 1997. Total was $59,000

**Note 3**   Rev. Ed Buckham received about $33,000 via ASG while still employed by Rep. Tom DeLay Oct-Dec 1997

**Note 4.**   R.J. Reynolds donation was proximate to official acts opposing Federal cigarette regulations.

**Note 5.**   Nonprofit status of USFN inconsistent with the listed expenditures. Likely that there is a similar conclusion for Grover
Norquist's Americans for Tax Justice, which had some presence in the "Safehouse."

**Note 6.**   Review the website http://www.AnAmericanScam.com for Rep. DeLay's official acts in exchange for things of value from
Microsoft Corporation via Microsoft's lobbyist Jack Abramoff

**Note 7.**   Naftasib donation was proximate to DeLay's support of an IMF funding bill for the Former Soviet Republics.
Historically, DeLay had opposed such funding.

**Note 8.**   Rep. Tom DeLay prevented any reform of CNMI labor or immigration laws from 1997-2005

**Note 9.**   Rep. Tom DeLay hindered indian gaming competition to the Mississippi Choctaws from 1997-2005

**Note 10.**   The discrepancy between receipts and disbursements suggests that some disbursements were counted twice.

**Note 11.**   **J Thomas Smith Jr** – Former Attorney for U.S. Family Network
J Thomas Smith, Attorney at Law,

# "The Abramoff Visa" by Gene A. Nelson, Ph.D.  April 5, 2007

*This article establishes that "Things of Value" were provided by Microsoft Corporation in order to facilitate "Official Acts" - changes beneficial to Microsoft in the H-1B Visa law in 1996, 1998, and 2000. Microsoft Lawyer – lobbyist (and felon) Jack Abramoff played a critical role in conspiring with about ten members of his network and elected officials to expand the "Abramoff Visa" (The H-1B Visa.) As a consequence of the employment discrimination against experienced American citizens, this author seeks prosecution of the conspiring parties under the RICO statutes.*

**Author's Biography**: The author has opposed expansion - prior to enactment of increased caps in 1998 and 2000 of the controversial H-1B Visa program. He testified twice in the U.S. House of Representatives (July, 1998 and August, 1999) and twice to the National Academy of Science (NAS) (April, 1996 and December, 1999) . He has taken part in numerous media interviews, was the lone in-studio advocate for the employment rights of experienced American citizens in a one hour PBS public affairs program, McCuistion, taped in Dallas, Texas in May, 2004. He has an extensive history of internet activism. He assisted in organizing Dallas, Texas demonstrations against H-1B visa program abusers Microsoft, Bank of America, EDS, Perot Systems, Texas Instruments and IBM. He also picketed IEEE-USA quarterly Board meeting with participation of LeEarl Bryant, past-president of IEEE-USA on February 12, 2003. The author is writing a book, **An American Scam: How Special Interests Undermine National Security with Endless 'Techie' Gluts**. This article is excerpted from the manuscript.

## 1. Introduction:

The U.S. "Baby Boom" generation (born from 1946 to 1964) had to deal with the consequences of "too many all at once" from the moment of birth into typically overcrowded hospital delivery rooms. Like a "pig in a python" the Baby Boomers then endured overcrowded schools. Demographer Landon Jones noted in his influential 1980 book - where he coined the term "Baby Boomer" (1.) that as a consequence of their great numbers, the Baby Boomers would have a lifelong competition for available employment that would make use of their training and experience. The Baby Boomers were the first generation in history to have ready access to a college education, with about ¼ of them earning a bachelor's degree.

This author has noted that the U.S. government made available to colleges and universities tremendous economic resources subsequent to the Soviet 1957 launch of *Sputnik* and President Kennedy's May 25, 1961 goal to put a man on the moon before 1970. There were unprecedented increases in federal R&D funding, with a rapid rise to over 11% of the federal budget in FY1964 to FY1966. (Figure 1.) These resources facilitated the Baby Boomer's college attendance and a massive U.S. college building boom. However, "high tech" employers enjoyed their first taste of "fresh (inexpensive) young blood" as the first Baby Boomers earned bachelor's degrees in 1967. Once high tech employers became accustomed to the resultant high profit margins, they were reluctant to give them up, as we shall see later in this article.

By the late 1970s, federal R&D funding, which is a key funding source for higher education, had returned to the more typical value of about 4%. Around this time, college and university administrators were apparently becoming concerned with the cost of faculty and researchers needed to staff the recently enlarged campuses. The administrators utilized their trade association, The Association of American Universities, to influence Rep. Joshua Eilberg (D-PA) who chaired the House Immigration Subcommittee. Rep. Eilberg utilized once-in-a-lifetime parliamentary tactics to sneak through a change in 1976 to U.S. immigration law that granted to colleges and universities the right to import unlimited numbers of professors and researchers – and to avoid any attestations that these employers were harming the employment rights of qualified American citizens. More details are available in the author's 2005 article about the "Eilberg Amendment." Title 8, section 1182, U.S.C. 1976 (2.)

(1.) Jones, Landon, *Great Expectations: America and the Baby Boom Generation* (New York, Coward, McCann and Geoghegan, 1980

(2.) http://www.thesocialcontract.com/pdf/fifteen-three/xv-3-207.pdf. The table for this article is available at: http://www.jobdestruction.com/library/brainsavers/h%2D1bvisausage%5Fnih%5F2003.pdf.
See also: http://www.sciencemag.org/cgi/eletters/285/5431/1213
Private sector employers that learned about the "sweetheart deal" that colleges had obtained in 1976 desired to have access to the same pool of young reduced - cost highly - skilled labor. The levers of power



in Washington, DC were manipulated by firms such as Microsoft, HP, IBM, Motorola, Raytheon, Intel, and DuPont in the late 1980s to accomplish this goal.

The astounding information that the U.S. government utilized taxpayer resources in the late 1980s to destroy the careers of Americans (the science, engineering, and information technology workforce that strengthened the U.S. economy) seems implausible. Legal researcher and MIT mathematician Eric Weinstein, Ph.D. unearthed this information and has published several on line articles regarding these policies. (3.) The policies included a set of NSF "reports" starting about 1985, claiming an incipient "looming shortage" of scientists and engineers. These "reports" were never subject to critical analysis by outside experts. [There are still versions of this myth being circulated in 2007 by public relations professionals paid by special interests.]

Weinstein noted, "The (National Science Foundation) NSF sponsored shortage initiatives emanated from a single division within the foundation. This insular unit was known as the Policy Research and Analysis division (PRA) and, together with its controversial director Peter House, maintained an especially close relationship with the then NSF director Erich Bloch."

A PRA salary analysis projected that U.S. Ph.D. researcher wages would roughly double between 1982 and 2000. Rather than allow the workings of a free marketplace, a strong government intervention was proposed by the NSF (which also employs young scientists, a conflict of interest.) Young, highly skilled foreign nationals would be imported in large numbers, mostly from "third world" nations. **Artificially low wages would be offered in exchange for potential U.S. permanent legal residency for the immigrant – and perhaps for his family.** These immigrants could in effect move to the head of the "green card" line rather than waiting for the typically decade or more waiting times. Since significant numbers of foreigners would be imported, there would be an advantageous (from the employer perspective) depression of salaries for U.S. citizens as a consequence of the law of supply and demand. Science, Engineering, and Technology (SET) fields are the first to be harmed by this mass importation, since natural laws are not dictated by political boundaries. A physicist trained in Beijing, Bangalore, or Boston learns the same principles. **Inflation - corrected wages of U.S. SET professionals have been essentially stagnant since 1996 as a result.**

Department of the Interior analyst David North noted in his 1995 book (publication was sponsored by the Sloan Foundation) that the employer – designed provisions of the Immigration Act of 1990 stipulated that the immigrant could be subject to immediate deportation if his job were cut. This provision insured that the imported high-skill work force was docile – and could be intimidated to avoid joining unions, for example. (4.) The visa program, like most special visa programs was "dual intent," permitting the so-called temporary worker to apply for permanent residency if his current employer completed sponsorship documentation. This provision gave the employer unprecedented power over the immigrant, resulting in a de-facto indentured servitude during a nominal seven year process to obtain permanent residency. If the immigrant left an employer, the sponsorship process would have to start all over. In a May, 1999 article, the president of a "high tech" recruiting company, John Wentworth, praised the "remarkable loyalty" that arises from this form of indenture.(5.)

(3.) Weinstein, Eric, "How and Why Government, Universities, and Industry Create Domestic Labor Shortages of Scientists and High-Tech Workers"
http://www.nber.org/~peat/PapersFolder/Papers/SG/NSF.html
and "Sloan Workshop: Session 2 - Issues of Legislation and Merit in Scientific Labor Markets"
www.nber.org/~peat/PapersFolder/Papers/Sloan.html

(4.) North, David S. *Soothing the Establishment: The Impact of Foreign-born Scientists and Engineers on America*, University Press of America, Inc., Lanham, MD, 1995.

(5) Matloff, Norm "Best? Brightest? A Green Card Giveaway for Foreign Grads Would be Unwarranted" CIS Backgrounder, May, 2006, http://www.cis.org/articles/2006/back506.pdf

A related problem is the employer abuse of standards programs such as ISO 9000, which stipulates that all business processes are to be completely documented. This documentation facilitates "knowledge transfer" of intellectual property developed by U.S. citizens to imported workers. Once this intellectual property exists in written form, it is much easier to steal or export. The result of these knowledge transfer processes is the movement of "high skill" positions to the developing world, boosting employer's profit margins, while permanently displacing highly-skilled American citizens.

A particularly striking example of the dangers associated with intellectual property theft by high-skill nonimmigrant workers is the story of Pakistani Abdul Kadeer Khan, Ph.D. Khan was a gifted and articulate Pakistani who received a master's level degree in West Germany followed by earning a Ph.D. in metallurgy from the Catholic University of Leuven in Brussels, Belgium in 1972. Utilizing some form of a Dutch work visa analogous to the H-1B, Khan started work in 1972 for URENCO, a European conglomerate in Almelo, the Netherlands. As a consequence of extremely lax security controls, Khan was able to make copies of almost all of the sensitive URENCO documentation for the manufacture of ultracentrifuges for separation of uranium isotopes used in the fabrication of nuclear bombs. This documentation was shipped to Pakistan during the course of Khan's employment. Khan also obtained URENCO intellectual property by befriending other employees of the firm. (6.)

(6.) http://www.atoomspionage.com/abdulquadeer.htm is a Dutch website whose author Frits Veerman was befriended by Khan for the purpose of purloining URENCO intellectual property. See also: http://www.atoomspionage.com/introductie.htm. Most of the extensive website uses the Dutch language.

In December, 1975, after Khan had obtained all of this information, he and his family suddenly left Almelo and returned to Pakistan. Khan became head of the Khan Research Laboratories and received considerable assistance from the Pakistani military establishment for the purpose of developing the Pakistani nuclear bomb. Khan was tried in absentia in Amsterdam in 1983 and sentenced to four years imprisonment for his espionage activities. (However, Khan was able to have his sentence reversed because he was never served with a subpoena, since the Pakistani military prevented the Dutch subpoena from being served in Pakistan.) Pakistan detonated six nuclear bombs in May, 1998, about 22 years after Khan had left the Netherlands. Khan actively proliferated the nuclear bomb intellectual property to nations such as Libya, Iran, Malaysia, North Korea, and Communist China and exchanged information with these and other nations as well. Khan accumulated well over $ 1 billion for the nuclear bomb secrets. This author believes that the eventual likely result of Khan's intellectual property theft will be the detonation of a nuclear device in a U.S. city that will dwarf the September 11, 2001 attacks on the New York World Trade Center and the Pentagon.

Overpopulation via special visa programs in the U.S. benefits many of the economic elite at the expense of the middle class. The resultant labor gluts depress wages and benefits, enhancing employer profitability. The increasing U.S. population pushes up the demand for the necessaries of life such as food, shelter and transportation, yielding higher prices and higher profit margins for the economic elite. (Overpopulation is the biggest cause of environmental degradation.)

The author believes that Bill Gates, III became the world's wealthiest man as a result of U.S. special visa programs which served to provide a "government subsidy" for Microsoft Corporation in the form of young pliant, low – cost imported labor. Gates's wealth has given him unimaginable power. As a recent example, Bill Gates, III had the ear of the U.S. Senate HELP Committee on March 7, 2007 during his solo two hour speech in which Gates demanded "infinite" H-1B visas. (7.) No rebuttals from harmed parties were permitted by Sen. Edward Kennedy (D-MA) nor Kennedy's Counsel Esther Olavarria.

(7.) Gates Calls For 'Infinite' Visas For Highly Skilled Workers, By Marilyn Geewax, Cox News Service, March 08, 2007 http://www.coxwashington.com/hp/content/reporters/stories/2007/03/08/BC_GATES_COMPETE08_COX.html

Here is a March 13, 2007 email from the author that was posted to the *Washington Post* website in response to their March 11, 2007 editorial promoting H-1B visa expansion (8.)

## The Abramoff Visa

Bill Gates, III certainly is not shy about his desire for more H-1B visas. After all, the H-1B visa program is "corporate welfare" for Microsoft Corporation. The late free - market advocate and Nobel Laureate Milton Friedman labelled the H-1B visa program as a "government subsidy" in a 2002 article. To see the article, Google on "Milton Friedman" and "H-1B" and "Government Subsidy"

The author's calculations yield the estimate that the total benefit to Microsoft's profitability via the H-1B visa program is in the neighborhood of $70 billion. That is a large government subsidy.

Clearly, Bill has been able to hire the leaders in the lobbying industry to procure the changes that he desired. Gates hired Jack Abramoff via Bill's father's law firm in 1994. There are about ten more members of the Abramoff Lobbying Network that Microsoft also hired. Beneficial changes to H-1B legislation were procured in 1996, 1998, and 2000 for around $20 million in total lobbying expenditures.

**Microsoft** Lobbying $ : U.S. Senate Lobby Registration Reporting Disclosure Pages   http://sopr.senate.gov

| Registrant | Jan - June 1998 Includes H-1B Connected | Jan - June 1998 Non H-1B Connected | July - Dec. 1998 Includes H-1B Connected | July - Dec. 1998 Non H-1B Connected |
|---|---|---|---|---|
| Arthur Anderson | | $ 10,000.00 | $ 320,000.00 | |
| Barber Griffith & Rogers LLC | | $ 280,000.00 | | |
| Clark & Weinstock | | $ 160,000.00 | | |
| Covington & Burling LLP | | $ 40,000.00 | | $ 60,000.00 |
| Downey McGrath Group Inc | | $ 80,000.00 | | $ 60,000.00 |
| Microsoft Corp (Note 1.) | $ 1,280,000.00 | | $ 2,140,000.00 | |
| Norquist, Grover G. | $ 60,000.00 | | $ 40,000.00 | |
| Preston Gates Ellis & Rouvelas Meeds LLP | $ 360,000.00 | | $ 240,000.00 | |
| Patton Boggs LLP | | | | $ 20,000.00 |
| PriceWaterhouseCoopers | | $ 40,000.00 | | |
| Swidler Berlin LLP | | $ 60,000.00 | | $ 80,000.00 |
| Vander Stoep, J. * | | | | |
| Washington Counsel * | | $ 10,000.00 | | $ 10,000.00 |
| **Half Year Totals** | $ 1,700,000.00 | $ 680,000.00 | $ 2,740,000.00 | $ 230,000.00 |
| **1998 Totals** | $ 4,440,000.00 | $ 910,000.00 | | |
| **1998 Abramoff Network Totals - H-1B Connected** | $ 700,000.00 | | | |

# The first H-1B Increase was passed in October, 1998

| Registrant | Jan - June 1999 Includes H-1B Connected | Jan - June 1999 Non H-1B Connected | July - Dec. 1999 Includes H-1B Connected | July - Dec. 1999 Non H-1B Connected |
|---|---|---|---|---|
| Barbour Griffith & Rogers LLC | | $ 300,000.00 | | $ 320,000.00 |
| Clark & Weinstock | | $ 220,000.00 | $ 280,000.00 | |
| Covington & Burling LLP | | $ 40,000.00 | | $ 20,000.00 |
| Downey McGrath Group Inc | | $ 80,000.00 | | $ 100,000.00 |
| McSlarrow Consulting L.L.C. | | $ 20,000.00 | | $ 40,000.00 |
| Microsoft Corp (Note 2.) | $ 2,040,000.00 | | $ 2,620,000.00 | |
| Norquist, Grover G. | $ 60,000.00 | | $ 60,000.00 | |
| Patton Boggs LLP | | $ 40,000.00 | | $ 10,000.00 |
| Preston Gates Ellis & Rouvelas Meeds LLP (Note 2.) | $ 240,000.00 | | $ 200,000.00 | |
| Swidler Berlin LLP | | $ 80,000.00 | | $ 120,000.00 |
| Vander Stoep, J. * | | $ 10,000.00 | | $ 10,000.00 |
| Verner Liipfert Bernhard McPherson & Hand | | | | $ 80,000.00 |
| **Half Year Totals** | $ 2,340,000.00 | $ 790,000.00 | $ 3,160,000.00 | $ 700,000.00 |
| **1999 Totals** | $ 5,500,000.00 | $ 1,490,000.00 | | |
| **1999 Abramoff Network Totals - H-1B Connected** | $ 560,000.00 | | | |

| Registrant | Jan - June 2000 Includes H-1B Connected | Jan - June 2000 Non H-1B Connected | July - Dec. 2000 Includes H-1B Connected | July - Dec. 2000 Non H-1B Connected |
|---|---|---|---|---|
| Barbour Griffith & Rogers LLC (Note 3.) | | $ 300,000.00 | | $ 240,000.00 |
| Clark & Weinstock | $ 280,000.00 | | $ 280,000.00 | |
| Covington & Burling LLP | | $ 200,000.00 | | $ 200,000.00 |
| Downey McGrath Group Inc | | $ 80,000.00 | | $ 40,000.00 |
| Fontheim Int'l * | | $ 20,000.00 | $ 10,000.00 | |
| McSlarrow Consulting L.L.C. | $ 40,000.00 | | $ 60,000.00 | |
| Microsoft Corp | $ 3,340,000.00 | | $ 3,020,000.00 | |
| Palmetto Group | | | $ 40,000.00 | |
| Preston Gates Ellis & Rouvelas Meeds LLP | $ 220,000.00 | | $ 260,000.00 | |
| Swidler Berlin LLP | | $ 140,000.00 | | $ 100,000.00 |
| Vander Stoep, J. * | | $ 10,000.00 | | $ 10,000.00 |
| Verner Liipfert Bernhard McPherson & Hand | | $ 160,000.00 | | $ 120,000.00 |
| Washington Group Inc | $ 80,000.00 | | $ 100,000.00 | |
| **Half Year Totals** | $ 3,960,000.00 | $ 910,000.00 | $ 3,770,000.00 | $ 710,000.00 |
| **2000 Totals** | $ 7,730,000.00 | $ 1,620,000.00 | | |
| **2000 Abramoff Network Totals - H-1B Connected** | $ 480,000.00 | | | |

# The second H-1B visa increase was passed in October, 2000

Author: Gene A. Nelson, Ph.D.   ▉▉▉▉▉▉▉▉▉▉▉   details on request.          Revised April 5, 2007

*Microsoft* Lobbying $ : U.S. Senate Lobby Registration Reporting Disclosure Pages    http://sopr.senate.gov

| | | |
|---|---|---|
| **1998 - 2000 Totals** | $    17,670,000.00 | $  4,020,000.00 |
| **1998 - 2000 Abramoff Network Totals: H-1B Connected** | $  1,740,000.00 | |

# $21.7 Million Grand Total for 1998 - 2000 *Microsoft* Lobbying

## Notes:

Registrant entries with an asterisk ( * ) were rounded up to $10,000 for that six month period.

The available evidence suggests that the Abramoff Lobbying Network played a large part in setting policy goals for many entities outside the Abramoff Lobbying Network. Thus, declining Abramoff Network annual lobbying between 1998 and 2000 do **NOT** imply declining political influence.

Note 1. Microsoft Corporation noted that education lobbying issues no longer pertain as of July 1998
Note 2. S.1440, co-sponsored by Sen. Spencer Abraham, contained similar H-1B features to S.2045, passed in Oct. 2000.
Note 3. Barbour Griffith & Rogers lobbying in 2000 included only visa waiver program issues.

### Additional Resources and a concluding comment:

* Microsoft Corporation made $15,420,453 in campaign donations since ~ 1998 per http://www.OpenSecrets.org
  and $46,020,000 in "Lobbying expenses" between 1998 and 2004  per http://www.PublicIntegrity.org

* The late Nobel Economics Laureate Milton Friedman identified the H-1B program as a "government subsidy"
in this 2002 article by Paul Donnelly
www.computerworld.com/careertopics/careers/labor/story/0,10801,72848,00.html

* To see the multibillion dollar economic benefits of the H-1B program, see the 4,327  H-1B visas granted to
Microsoft Corporation in only 3 years (FY 2001-2003.)
http://www.h1b.info/lca_search.php?error=1&year=ALL        Use Microsoft as the employer name.
Assume that Microsoft avoids paying, on average, $50,000/year in salary and benefits by not hiring experienced
American citizens. Over FY 2001 - 2006, with just those 4,327 H-1Bs, Microsoft saved        $  1,298,100,000.00
Microsoft procured many more visas in other years as can be seen via the "Advanced Search" at
http://www.jobdestruction.com/LCA-Data/
In addition, Microsoft Corporation uses contractors such as Tata, Syntel, etc. to disguise their visa holders use.

* To understand the impact (and some of the current employers) of the Abramoff Lobbying Network, see the
informative table at:  http://www.techpolitics.org/congress/delayalum.php
Note the benefits to the Bush - Cheney 2004 Reelection. (Jack Abramoff was a 2004 fundraising "Pioneer.")
http://www.washingtonpost.com/wp-dyn/content/article/2005/08/11/AR2005081101752.html

* A Spring, 2005 article by this author provides some historical background regarding the H-1B visa program
http://www.thesocialcontract.com/pdf/fifteen-three/xv-3-207.pdf
The table in the article is found at:
http://www.jobdestruction.com/library/brainsavers/h%2D1bvisausage%5Fnih%5F2003.pdf

* In Spring 2000, Rep. Tom Davis, a PAC leader, (R-VA) was a supporter of S.2045, a H-1B quota increase.
Davis commented, "This is not a popular bill with the public. It's popular with the CEOs...This is a very
important issue for the high-tech executives who give the money."  National Journal, May 5, 2000 and New York Daily News,
May 3, 2000 (Note the conflict of interest as Davis headed the Gov't Reform Committee, with David Safavian's wife as Chief Counsel.)

* Cyberdemocracy III: An Update on the Computer Industry's Political Giving
http://www.opensecrets.org/alerts/v5/alertv5_59.asp
ALERT October 2, 2000 Vol. 5, No. 59      Prepared by Holly Bailey ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

As the 106th Congress winds to a conclusion this week, members of the House and Senate are poised to vote
on the high-tech industry's most important lobbying issue of the year, an immigration bill that would expand
the number of work visas available for skilled foreign workers.

If approved, it would mark the second time in less than two years that the computer industry has
successfully argued for an increase in the six-year visas....

**\* The H-1B visa increases that Microsoft desired (Dec. 2005 and Dec. 2006) *failed* after the
Abramoff Lobbying Network collapsed.**

Author: Gene A. Nelson, Ph.D.   details on request.        Revised April 5, 2007

The year that Gates hired Abramoff, Gates became the **World's Wealthiest Man, a title he has continued to hold for 13 years straight**, according to *Forbes* Magazine. There is a likely connection.

This exchange of "things of value" for "official acts" regarding this controversial visa program is why the program should be renamed as "The Abramoff Visa."

Of course, it doesn't hurt to have your wife, Melinda Gates, sit on the board of the *Washington Post* Corporation to continue that advocacy now that Lawyer-lobbyist Jack Abramoff is imprisoned.

(8.) http://www.washingtonpost.com/wp-dyn/content/article/2007/03/11/AR2007031100986.html

## A "bloated government subsidy program"

The late free-market advocate and Nobel Laureate Milton Friedman accurately characterized the H-1B visa program as a "government subsidy" in a 2002 *ComputerWorld* article. (9.) This government subsidy extends to an "alphabet soup" of work visa programs procured by special interests – and the intentional Federal non-enforcement laws prohibiting the employment of illegal aliens in the U.S.

(9.) H-1B Is Just Another Gov't. Subsidy, Paul Donnelly, *Computerworld* July 22, 2002
http://www.computerworld.com/careertopics/careers/labor/story/0,10801,72848,00.html

Figure 2 is a summary 1985-2005 work visa table that was updated from the author's 2003 table appearing at http://www.JobDestruction.com shows that over 4 million H-1B visa admissions have occurred during the two decades covered by the table, with about 22 million visa admissions in only five high skill visa programs. (These visa programs have been procured by special interests, not American citizenry.)

To obtain an estimate of the economic value to employer interests from these 22 million visa admissions, assume that a modest $50,000 reduction in salary and benefit expenditures results from each admission as a result of the direct and indirect effects of the resulting labor gluts. Over the past two decades, **employer interests pocketed a approximately $22 trillion dollars** that should have gone into the wallets of experienced American citizen technical professionals.

Here is an estimate of the benefit of the H-1B visa program to Microsoft Corporation utilizing information from the 2006 *Microsoft Annual Report,* page 17 of 99:

EMPLOYEES    "As of June 30, 2006, we employed approximately 71,000 people on a full-time basis, 44,000 in the United States and 27,000 internationally. Of the total, 28,000 were in product research and development, 21,000 in sales and marketing, 13,000 in product support and consulting services, 2,000 in manufacturing and distribution, and 7,000 in general and administration. Our success is highly dependent on our ability to attract and retain qualified employees. **None of our employees are subject to collective bargaining agreements." (emphasis added)**

Microsoft's direct benefit of hiring H-1Bs using the search engine at: http://beta.h1b.info/lca_search.php

Your search for **Microsoft** found 41 companies, 9,149 approved H-1B applications and **9,751 jobs** between FY 2001 - FY 2005. Benefit estimated to be $50,000 per H-1B. Each H-1b visa is typically valid for six years. 9,149 employees * 6 years *$50,000 =  **$2.7 billion**

Indirect benefit: 20% annual Salary and benefit reductions for U.S. Workforce as a consequence of workforce gluts. Younger workers, with lower salary expectations and lower benefit expenditures are favored by Microsoft. The H-1B visa program started 16 years ago.
(44,000-9,149) employees * 16 years * ($80,000 x 20%) = **$8.9 billion**

The largest indirect benefit: Workforce gluts generate a very large - and exploitable contractor pool. The author worked as a Microsoft contractor in 1995-1996 with a Ph.D. and more than a decade of industrial experience for $11.06/hour - with hundreds of comparably poorly paid colleagues in Dallas, Texas. Estimated size of Microsoft contractor workforce to be equal to its total direct workforce. Salary and benefit avoidances are estimated to be $50,000 per contractor per year.
77,000 contractors * 16 years * $50,000 = **$61.6 billion**

Thus, the total benefit of H-1B visa program in increased profitability to Microsoft Corporation since 1991 is estimated to be **$73.2 billion.**

Gene A. Nelson, Ph.D.                                                                                April 9, 2007

# American Citizens Can't Apply for These Jobs

| Year | L1 Visa | H-1B Visa | TN Visa | F1/M1 Visa | J1 Visa | Ann. Totals (Millions) | Est. Total Since 1975 (Millions) |
|------|---------|-----------|---------|------------|---------|------------------------|----------------------------------|
| 1975 | 12,570 | 15,550 | | 107,495 | 46,001 | 0.182 | 0.182 |
| 1978 | 21,495 | 16,838 | | 187,030 | 53,319 | 0.279 | 0.460 |
| 1981 | 38,595 | 44,770 | | 240,805 | 80,230 | 0.404 | 0.865 |
| 1982 | 47,893 | 52,482 | | 263,176 | 85,382 | 0.449 | 1.314 |
| 1983 | 62,025 | 39,944 | | 286,909 | 89,969 | 0.479 | 1.792 |
| 1984 | 62,359 | 42,473 | | 227,394 | 94,008 | 0.426 | 2.219 |
| 1985 | 65,349 | 47,322 | | 257,069 | 110,942 | 0.481 | 2.699 |
| 1986 | 66,925 | 54,426 | | 261,081 | 130,416 | 0.513 | 3.212 |
| 1987 | 65,673 | 65,461 | | 261,829 | 148,205 | 0.541 | 3.753 |
| 1988 | 63,849 | 77,931 | | 312,363 | 166,659 | 0.621 | 4.374 |
| 1989 | 62,390 | 89,856 | | 334,402 | 178,199 | 0.665 | 5.039 |
| 1990 | 63,180 | 100,446 | | 326,264 | 174,247 | 0.664 | 5.703 |
| 1991 | 70,357 | 118,038 | | 282,077 | 182,940 | 0.653 | 6.357 |
| 1992 | 75,347 | 110,193 | | 241,093 | 189,919 | 0.617 | 6.973 |
| 1993 | 82,606 | 92,795 | | 370,620 | 196,782 | 0.743 | 7.716 |
| 1994 | 98,189 | 105,899 | 19,806 | 394,001 | 216,610 | 0.835 | 8.550 |
| 1995 | 112,124 | 117,574 | 23,904 | 364,220 | 201,095 | 0.819 | 9.369 |
| 1996 | 140,457 | 144,458 | 26,987 | 426,903 | 215,475 | 0.954 | 10.324 |
| 1997 | 140,457 | 144,458 | 26,987 | 426,903 | 215,475 | 0.954 | 11.278 |
| 1998 | 203,255 | 240,947 | 59,061 | 564,683 | 250,959 | 1.319 | 12.597 |
| 1999 | 234,462 | 302,421 | 68,411 | 567,146 | 275,545 | 1.448 | 14.045 |
| 2000 | 294,658 | 355,605 | 91,279 | 659,081 | 304,225 | 1.705 | 15.750 |
| 2001 | 328,480 | 384,191 | 95,486 | 698,595 | 339,848 | 1.847 | 17.596 |
| 2002 | 313,699 | 370,490 | 73,699 | 646,016 | 325,580 | 1.729 | 19.326 |
| 2003 | 298,054 | 360,498 | 59,446 | 624,917 | 321,660 | 1.665 | 20.990 |
| 2004 | 314,484 | 386,821 | 66,219 | 620,210 | 321,975 | 1.710 | 22.700 |
| 2005 | 312,144 | 407,418 | 65,010 | 629,556 | 342,742 | 1.757 | 24.457 |
| **Est. Totals 1975-2005** | **3,651,076** | **4,289,305** | **676,295** | **10,581,838** | **5,258,407** | **24.457** | 24.457 |

**Grand Estimated Total   24,456,921**                                          File: Visa Statistics-Complete.xls

Sources: *1982 -2001 Statistical Yearbooks of the Immigration and Naturalization Service, U.S. Dept. of Justice*
Federal Repository Library Reference Catalog Number J.21.2-2.982 for the 1982 Yearbook. Microfilm copies used for some years.
Per *1982 Yearbook*, page 107, Basque Sheepherder admissions. 1977:206, 1978:274, 1979:258, 1980:149, 1981:206, 1982:185.
                          Up to 500 Basque Sheepherders issued per year by the Immigration Act of April 9, 1952
Years skipped (no data available): 1976, 1977, 1979, 1980.        1997 duplicates 1996 data.
Online Statistical Yearbooks: http://www.dhs.gov/ximgtn/statistics/publications/yearbook.shtm
1996-2005 summary statistics: http://www.dhs.gov/xlibrary/assets/statistics/yearbook/2005/Table26D.xls
Prior to October 1, 1991 (fiscal year 1992), H1B admissions were termed "Distinguished merit or ability."
Note that for the **H-1B visa** tabulation, admissions are
**substantially above statutory limits** from FY 1992 to Present



Competition for the ~ 8 Million U.S. "High Tech"
Jobs : Cumulative Estimated Admissions since
FY 1975 - Five classes of noncitizen "High Tech"
visas

(An April 3, 2007 AP story noted that according to Microsoft Spokeswoman Ginny Terzano, about 1/3 of their 46,000 [15,333] U.S. employees are on work visas or are legal permanent residents. This author estimates that about 90% of the 15,333 Microsoft employees are on work visas, based on about 1 million visa records gathered at http://www.JobDestruction.com.)

Other external costs shifted to American citizens as a result of these policies include training and equipment expenditures, untreated illnesses arising from a lack of health insurance (while unemployed or under-employed), premature death or suicide - as in the case of former Bank of America programmer Kevin Flanagan (10.), and an increased incidence of divorce as a consequence of economic hardships caused by the premature end of their technology-based careers.

10. http://www.engology.com/BobFlanagan.htm "Job losses sap morale of workers," Ellen Lee; *Contra Cost Times*; May 13, 2003

# The Corrupt roots of The "Abramoff Visa."

Two books released in 2006 provide background regarding Jack Abramoff's tight control of "Team Abramoff" – and his desire to attract deep-pocketed lobbying clients such as Microsoft Corporation (and one of Microsoft's proxy organizations, The Business Software Alliance.) The long – term relationships between lawyer Jack Abramoff, lobbyist Grover Norquist, and lobbyist Ralph Reed are underscored. Lawyer David Safavian is also involved with Microsoft.**The K Street Gang: The Rise and Fall of the Republican Machine** by Matthew Continetti (Doubleday) was completed in late January, 2006. The second book, **Heist: Superlobbyist Jack Abramoff, his Republican Allies, and the buying of Washington** by Peter H. Stone (Farrar, Straus, and Giroux) was finished in early Summer, 2006. (Neither author anticipated that both the House and Senate would shift to the Democratic party in the November, 2006 mid-term elections as a result of the "Culture of Corruption.")

Figure 3 is an organization chart for members of "Team Abramoff" that were paid by Microsoft. The three entries marked with an asterisk had roles in procuring reduced tax obligations for the Microsoft profits that had been enhanced by the H-1b visa program since Jack Abramoff began work at the Washington, DC offices of Preston – Gates in early 1995. Note that one of the principals in Preston Gates is Bill Gates, II, the father of the head of Microsoft, Bill Gates, III. This author believes that there is a strong connection between Abramoff starting to work at Preston – Gates and with Bill Gates, III becoming the "World's Wealthiest Man" in 1995, a title that Gates has held ever since. Additional lobbyist details follow later in this article.

References (11.) to (15.) document Microsoft's 1996 payments to Grover Norquist and Norquist's effectiveness in preventing Senator Alan Simpson's 1995 reforms (S. 1394 IS) of the H-1B visa program that would have required firms to make meaningful attempts to recruit American citizens before hiring H-1b visa holders, among other still – needed changes to the H-1B visa regulations in 2007. This author's February, 2007 telephone conversation with former Sen. Simpson confirmed that Simpson was angered by Norquist's dirty tricks and hopes that Grover Norquist will eventually suffer legal sanctions for his conduct.

(11.) **Investigation of Jack Abramoff's Use of Tax-Exempt Organizations**
United States Senate Committee on Finance - 10-12-06 Minority Staff Report:
http://finance.senate.gov/sitepages/baucus.htm

The 606 page Senate report is found in the entry for October 12, 2006.
http://finance.senate.gov/press/Bpress/2005press/prb101206.pdf
Microsoft and Norquist appear in an entry on page 22 of the report.

"Microsoft On January 30, 1996, Bruce Heiman, a colleague of Mr. Abramoff at Preston Gates, discussed the fact that Microsoft had retained Mr. Norquist as a lobbyist and mentioned that under the then-new Lobbying Disclosure Act, Mr. Norquist would have to register: That raises other issues (publicity). So one question occurs whether they could instead contribute to ATR. However, I thought that if it would be more than 10K and they were asking ATR to get involved on issues that their contributions to ATR would have to be disclosed."

Grover Norquist is cited many times in the 2006 Senate report between pages 17 and 46. (ATR is Grover Norquist's organization, Americans for Tax Reform)

The Abramoff Network is connected to *Microsoft* between 1995 and 2000.
Entries with asterisks became active later, to obtain preferential
tax treatment for H-1b related profits for the Microsoft Corporation.



**(12.) Microsoft Gets Help From Both Sides of the Aisle on Lobbying**
Carol Sliwa
December 04, 2006 *Computerworld*

http://www.computerworld.com/action/article.do?command=viewArticleBasic&taxonomyName=it_in_govern ment&articleId=275352&taxonomyId=69&intsrc=kc_top

.....E-mail records released in mid-October by the U.S. Senate Finance Committee as part of a 600-page report show that Microsoft had paid ATR in the past. The report questions the tax-exempt status of organizations such as ATR and examines its ties to convicted federal lobbyist Jack Abramoff, a longtime Norquist associate. E-mails included in the report indicate that Abramoff channeled money to ATR and other nonprofit groups in return for their advocacy on issues.

According to the report, on March 10, 1996, Abramoff wrote to Bruce Heiman, a colleague at Preston Gates & Ellis LLP, that Microsoft was "supposed to be paying [Norquist] $120k for this year ($10k a month)" and that "these lack of payments are really disgusting." After receiving a reminder letter from Heiman on March 26, Jack Krumholtz, Microsoft's managing director of federal government affairs, wrote to Heiman, "A check for $60k was mailed on 3/26; he should have it any day. I forwarded the new invoice to Redmond and it's been processed."

---

**(13.) Illegal-immigration bill weakened by unlikely alliance**
By Marcus Stern
COPLEY NEWS SERVICE
04-Nov-1997
http://www.cis.org/articles/Katz/katz1998.html

....."It was great," recalled Norquist, who is close to House Speaker Newt Gingrich. "We had our guys walking around with tattoos on their arms. It drove (Senator Alan) Simpson nuts because the implication was he's a Nazi." .....

.....Norquist has strong ties to the business community. Mainstream firms like Microsoft paid him to lobby against other provisions of the bill, such as tighter restrictions on the immigration of computer programmers.......

---

**(14.) Seminar VI  Immigration & Population: Is it Time to Close the Golden Door?**  June, 1997
http://www.vailvalleyinstitute.org/immigration.html

KEYNOTE SPEAKER

Alan K. Simpson, Former United States Senator, Wyoming; Former Chairman, Senate Subcommittee on Immigration; Co-Author, Simpson-Mazzoli Immigration Bill

Here is a paragraph from Senator Simpson's address confirming that Microsoft paid Grover Norquist to oppose H-1B visa reform in 1996:

"A very influential Republican in some circles—Grover Norquist, President of Americans for Tax Reform, who had actively opposed legal immigration reform supposedly because of his deep concern for the national interest—received thousands of dollars per month from Microsoft. This was not revealed until late in the debate. He also passed out a remarkable piece of paper called the Smith-Simpson tattoo: a Lamar Smith-Alan Simpson tattoo which you dipped in water, slid off, and put on your forearm. When you talk about tattoos, you wash away all fact. Emotion, fear, guilt, racism: that is how you pass or kill a bill in the U.S. Senate."

---

**(15.) Do You know the Way to Ban Jose?** *Wired* Issue 4.08 - Aug 1996
http://www.wired.com/wired/archive/4.08/netizen_pr.html

.....Almost from the start, Norquist (who was on Microsoft's payroll) had been trying to convince the Christian Coalition's Ralph Reed that being pro family meant being against cuts in family immigration, and that Reed should therefore support split-the-bill. Reed had resisted, but shortly before the vote, at a dinner with Gingrich and Norquist, the Speaker had indicated that he was in favor of splitting the bill. Just days before the vote, Reed weighed in with a letter urging pro-family Republicans - read Christian conservatives - to side with Berman, Brownback, and Chrysler.....

It is likely that "Team Abramoff" was emboldened by their Microsoft – financed 1996 victory against Senator Simpson's H-1b visa program reform. Thus, they worked with House and Senate leaders to ram through H-1B visa level increases in 1998 via S.1723, sponsored by Senator Spencer Abraham (R-MI) and passed on May 18, 1998 and Rep. Lamar Smith sponsored (R-TX) H.R.3736 during the 105th Congress. (The process that employer interests used to remove the workforce protections is summarized in Reference 15., above. The vehicle for 1998 passage was to bury the provisions of the employer-friendly S.1723 in the "must pass" bill, "The Omnibus Consolidated and Emergency Supplemental Appropriations Act, 1999." Public Law 105-277 signed by President Clinton on October 21, 1998. The section numbers are 401-431.

Again, on October 3, 2000, devious means were used to pass S.2045, Sponsored by Orrin Hatch (R-UT) and cosponsored by Sen. Spencer Abraham (R-MI) and 23 other Senators,  which further increased the H-1B cap. It was passed in the Senate in the morning of October 3. This story summarizes what happened next.
*Doggett Annoyed by Stealth House Vote By Marilyn Geewax, Cox News Service*
http://www.americanvisas.com/chronicles_and_updates/chronicles/2000/10.htm#Doggett
WASHINGTON – The speed – and stealth – with which the House voted Tuesday to increase visas for skilled foreign workers left one lawmaker shaking his head. ``Incredible,'' said Rep. Lloyd Doggett, D-Texas, a major supporter of increased visas. Doggett said the voice vote on a bill to increase H-1B visas for foreign professionals came as such a surprise that only about 40 of 435 lawmakers were there. The GOP leadership's decision to hold a vote on such an important issue with no warning was "pretty underhanded," he said. Doggett, who had co-sponsored a bill to increase the so-called H-1B visas for foreign workers, gave this account of the evening: "At about 3:30, it was announced that there would be no further votes" on important issues in the House, he said. Because many lawmakers wanted to get home early to watch the presidential debates, nearly everyone left, he said. "But at about 5:30, an e-mail was sent over here" announcing that an H-1B debate would begin shortly. "I didn't see the email until about 6," he said. Doggett said he scurried to the House floor, while other major supporters of the legislation also rushed back to Capitol Hill. Using various procedural moves, the GOP leaders ended the debate quickly and called for a voice vote, even though the House was nearly empty. "It's a really sorry way to run a railroad," he said. "This was very improper. We needed this bill, but I would hope that...a better job could be done by a new Congress."  The following news release documents the leadership role of Rep. Chris Cannon (R-UT)

http://www.house.gov/cannon/press_october18.html
For Immediate Release, October 18, 2000
**Cannon Manages House Passage of High Tech Visa Bill**

WASHINGTON, D.C. - U.S. Rep. Chris Cannon (R-UT) hailed passage of S. 2045, the American Competitiveness in the Twenty-first Century Act of 2000, as a victory for both the economy and worldwide democracy. **Cannon managed the bill on the House floor**, completing swift passage of legislation approved earlier in the the day by the Senate. The quick action should provide immediate relief to the high tech industry.

"The demand for highly skilled tech workers in the United States cannot be met by American workers alone", Cannon said. The bill passed by the House will foster economic prosperity by meeting a critical shortage of high tech employees. The bill grants additional H-1B visas to highly skilled workers for temporary U.S. employment while adding training and education programs to train American workers.

"Because the current federal cap on visas creates a barrier to continued growth, high tech American companies are faced with the artificial choice to either `import workers or export jobs.' American companies want to recruit the top industry talent today and help train the American workforce of tomorrow. We should not have to force them to choose between these two worthy goals. The H-1B legislation we passed enables American companies to hire desperately needed, highly skilled people today to help create more jobs and prosperity in this country.

"Exposing more workers to the United States will foster concepts of freedom they can take with them back to their home lands. The fact that the best and brightest from the rest of the world want to come here to work and learn, to invent and build businesses, is the ultimate compliment. We should welcome them with open arms. This is how America spreads democracy and the rule of law."

"The American Competitiveness Act will provide 80,000 additional H-1B visas in fiscal year 2000 for a total of 195,000; 195,000 for fiscal year 2001 and; 195,999 for fiscal year 2002."
(Representative Cannon hired lobbyist David Safavian about 3 months later as his Chief of Staff.)

Representatives Dick Armey (R-TX) who was the House Majority Leader and Tom DeLay (R-TX) "The Hammer", House Majority Whip, amassed huge leadership PACs, funded by Microsoft and other high tech firms, to "enforce party discipline" during the 105th and 106th Congress. Armey and DeLay would dole out funds to Republican U.S. Representatives that voted according to their instructions. Both Representatives aggressively promoted H-1B visa program expansion. Here is an excerpt from a related story.

**Microsoft Is Source of `Soft Money' Funds Behind Ads in Michigan's Senate Race**
By John R. Wilke, Staff Reporter of The Wall Street Journal , October 16, 2000, Page A3
(Copyright (c) 2000, Dow Jones & Company, Inc.)

WASHINGTON -- Microsoft Corp. quietly pumped cash into the hotly contested Michigan Senate race, funding negative ads targeting Republican Spencer Abraham's Democratic challenger.

The unregulated "soft money" contributions were funneled through the Michigan Chamber of Commerce, whose name appears on the ads. Microsoft also helped pay for a new wave of ads due to run in the final two weeks of the campaign targeting Rep. Debbie Stabenow, the Michigan Democrat running to unseat Sen. Abraham, people familiar with the fund-raising effort said.

Microsoft's involvement in the race underscores its increasing political clout and sophistication. **The company has spent nearly $16 million on lobbying, cash donations to candidates and unregulated soft-money gifts in state and federal races since it came under government antitrust scrutiny in 1997.** Sen. Abraham's re-election is critically important to the Republican party and to Senate Majority Leader Trent Lott, who has pressed high-technology companies for help.

The effort brought a huge influx of special-interest money into the Michigan race in support of Sen. Abraham, who has long championed high-tech companies on Capitol Hill. As chairman of the Senate immigration subcommittee, he recently led the effort to enact legislation granting tens of thousands of new visas for foreign workers, a bill strongly backed by companies desperate for engineers and other skilled workers....... Microsoft's political involvement has risen sharply since 1977, according to Common Cause, a campaign-reform group. The group's president, Scott Harshbarger, says, "the software giant has become a soft-money giant." Microsoft officials say its widening political involvement goes far beyond antitrust issues. **The immigration bill was a major legislative priority this year,** they said, along with such issues as federal copyright law, taxes, technology exports and Internet policy.

Figure 3, the Microsoft -"Team Abramoff" organization chart includes a total of eleven names as of the date of this manuscript. All except Reed are identified as Microsoft lobbyists in U.S. Senate Office of Public Records lobbying disclosure forms using the spelling of their names shown on the organization chart. The names Abramoff, Reed, Norquist, and Safavian have already appeared above. http://www.SourceWatch.org is a useful source for lobbyist background information. Patrick Pizzella worked with Abramoff at Preston-Gates from 1996 until 2001, when he became Assistant Secretary for Administration and Management at the Department of Labor under President George W. Bush. Shawn Vasell was a former staffer for both Porter Goss (R-FL) and judiciary subcommittee chair Senator Spencer Abraham (R-MI) who worked with Abramoff at both Preston-Gates and Greenberg-Traurig. William Jarrell worked with Abramoff at Preston Gates. Jarrell served as Deputy Chief of Staff and Campaign Manager for Rep. Tom DeLay (R-TX) when DeLay was Majority Whip. Tony Rudy served as Deputy Chief of Staff (and former counsel) to House Majority Leader Tom DeLay (R-TX) from 1998 until 2001, when he started as a Greenberg-Traurig Microsoft lobbyist. Ed Buckham served as Chief of Staff to House Majority Leader Tom DeLay when DeLay was House Whip and held several other DeLay posts. Buckham founded the Alexander Strategy Group in 1998 and founded the U.S. Family Network about a year earlier.
http://www.theaapc.org/content/aboutus/board/michaelmihalke.asp notes that Michael Mihalke served as former Sen. Rick Santorum's Political Counsel (R-PA) until 1995. Thus, the Microsoft lobbyists on "Team Abramoff" tended to have relationships to former Rep. Tom DeLay.

# 4. Next Steps

There needs to be a restoration of multi-decade long U.S. science and technology careers as the foundation for military and economic strength of U.S. Intellectual property such as inventions takes a long time to develop. Historically, this intellectual property has enhanced the profitability of corporations. Long careers are incompatible with the current "disposable employee" practices where most employees are

discarded after a few years. The majority of "high tech" employers terminate their employees before they enter the protected class (over age 40) defined by the Age Discrimination Act of 1967, as Amended.

The author contacted Federal Judge Ellen Segal Huvelle via a letter on March 29, 2006. A redacted copy of this letter appears in the appendix of the online version of this article. Judge Huvelle is responsible for sentencing Jack Abramoff as a consequence of his January 3, 2006 Washington DC plea bargain. This author has learned that sentencing will occur shortly. Two relevant sections of the U.S. Code should apply: 18 U.S.C. 201: Bribery of Public Officials and Witnesses and 18 U.S.C. 371: Conspiracy to Commit Offense or Defraud United States. Specifically, 18 U. S. C. §201(c)(1)(A), prohibits giving "anything of value" to a present, past, or future public official "for or because of any official act performed or to be performed by such public official."

Given the history of the program, the author believes that the H-1B visa program is an example of "bad law." The entire program should be repealed, including the removal of elements of the program from harmful trade treaties, such as GATS. During the U.S. Great Depression, there was forced repatriation of foreign nationals to Mexico to generate workforce opportunities for American citizens.

To improve the employment prospects of harmed U.S. citizens, repatriation of imported foreign nationals, perhaps through "self deportation" of those whose special visas have expired – and those who are working in the U.S. but only holding tourist or student visas (many have also expired.) The legal term for these individuals is that they are "out of status."

The history of the H-1B visa program demonstrates the need for campaign finance reform to diminish lobbyist impact.

There also needs to be prosecution of current and former corrupt federal officials and corrupt corporations. The author suggests use of applicable RICO statutes 18 U.S.C. 1961 et. seq. without time limits for prosecution.

There are many immigration reform organizations such as NumbersUSA, FAIR, CIS, US Incorporated, WashTech, Programmer's Guild, TORAW, NAEA, BrightFutureJobs, various organizations comprised of exploited special visa holders and Representatives such as Rep. Tom Tancredo (R-CO) that desire H-1b visa reform. The author believes that these organizations and individuals need to find "common ground" in order to apply their passion for reform. Otherwise, employer interests will assist in them pulling in different directions so that no reform is accomplished. The author has seen this occur in the reform organizations YSN and NES, cited in the online section of this article.

The challenges in these suggested next steps are are outlined in a SIIA Amicus Brief co-filed by Attorney Ken Wasch against Microsoft Corporation regarding the antitrust litigation filed by the U.S. Attorney General on May 18, 1998.

"Although Microsoft used to be a member of SIIA — and a member of the SIIA Board of Directors — Microsoft resigned from SIIA and withdrew its funding after SIIA filed an amicus brief criticizing Microsoft's conduct at the liability stage of this proceeding. Microsoft has also induced some other companies dependent upon it to withdraw funding from both amici. These events shed a strong light on the remedy issue now before the Court. **Microsoft's power and wealth give it the ability to both punish its critics and retain battalions of lawyers, lobbyists, and publicists to undermine the government at every turn.**"

*Brief on Remedy of Amici Curiae*, Computer and Communications Industry Association and Software and Information Industry Association (SIIA), May 19, 2000
http://cyber.law.harvard.edu/msdoj/amicus5-19-00.htm

---

# ONLINE SUPPLEMENTAL INFORMATION