January 13, 2006

**U.S. District Judge Ellen Segal Huvelle**
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
333 Constitution Ave., NW
Washington, DC 20001

06-1 (ESH)

## United States of America v. Jack A. Abramoff

**FILED**

**Judge Huvelle**

SEP 0 2 2008

I am a Brazilian-born **American Jew**.

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

I am very **proud** of being an **American Citizen**. I am very **proud** of being a **Jew**.

I know I have constitutional rights to **speak freely**. I'm asking you to **protect** my **religious rights**.

The case that concerns me is the **United States of America v. Jack A. Abramoff**.

Mr. **Abramoff** pleaded **guilty** to **fraud, tax evasion and conspiracy**.

What **he** did was **wrong** and he deserves to be **punished**, but I ask you don't be too hard. He has already been punished by the **Almighty**

He is a **wonderful father** of 5 kids. He is a **great husband**.

According to Time magazine (January, 16, 2006), "While his parents were not particularly observant Jews, Abramoff's life took a pious turn when he was 12 and saw Fiddler on the Roof. He began to study Judaism, taught himself Hebrew and walked to temple on Saturday."

Mr. Abramoff has been massacred by the media lately. I have never met him. I do not know him either.

I know what **discrimination** is.

The American media, controlled by Reform Jews, doesn't waste any chance to portray Mr. Abramoff as a criminal and an Orthodox Jew. Being an Orthodox Jew is not a crime.

As a tax payer and a citizen of the United States, I do not agree with the sentencing system nowadays.

Sentencing a model of father, husband, Orthodox Jew, for many years in prison does not make the people win in the Court, but causes the feeling that there is a big hole in our society.

Yours truly,

Freddy de Freitas

