March 22, 2007

U.S. DISTRICT JUDGE ELLEN SEGAL HUVELLE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
333 Constitution Ave., NW
Washington, DC 20001

**FILED**

SEP 0 2 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# United States of America v. Jack A. Abramoff

## Judge Huvelle,

**Article XIV [Proposed 1866; Ratified Under Duress 1868]**
**Section 1 All persons born or naturalized in the United States, and subject to the jurisdiction thereof, are citizens of the United States and of the State wherein they reside. No State shall make or enforce any law which shall abridge the privileges or immunities of citizens of the United States; nor shall any State deprive any person of life, liberty, or property, without due process of law; nor deny to any person within its jurisdiction the equal protection of the laws.**

Does the Court belong to all Americans?

Sometimes I feel that Justice in the United States belongs to the Media.

The Constitution guarantees our rights of freedom of speech and religion, equal protection, due process and privacy.

Mr. Jack A. Abramoff is not receiving equal protection.

My life had a great twist when I started to pay attention about Mister Jack A. Abramoff's case.

The Media does not waste any chance to portray him as a criminal, corrupt and a citizen of the second category.

I am a Brazilian-born American Jew. I know I don't belong to any fancy office on DuPont Circle or luxurious apartment on Madison Avenue, but I am very proud of being an American Citizen. I am very proud of being a Jew, but sometimes I get scared about being a Jew in the United States in these days. The Media sells the Israeli Army as a Bloody Army, and refers to Mr. Abramoff as the most evil man in Washington (D.C). **Mr. Abramoff is the most naïve person I have met in my whole life.**

One year ago, I wrote to the U.S. Courts asking them to protect my religious rights.

Here, today I ask you to protect my basic rights.

I have had the opportunity to get to know better Mr. Abramoff. .

Mister Abramoff and I used to write to each other every day.

Mr. Jack A. Abramoff is the most **DECENT** human being on this Earth, but he cannot receive equal protection because the Media has decided he is guilty.

I grew up in Brazil during dark times. We had torture. Students, labor activist, professors and teachers were murdered. The Brazilian Army used to invade our schools with guns. We did not have freedom of speech.

I remember during my last year in college, the former U.S. Secretary of State Henry Kissinger came to our campus for a conference. My classmates went near the conference building to protest Mr. Kissinger's presence in our community.

Mr. Abramoff used to be a powerful lobbyist in Washington-DC. What he did was wrong, but he was playing the game. My barber said a few weeks ago, "Everybody in Washington (D.C) is doing something wrong ".

Lobbyists and politicians always have had suspicious relationships.

The Media loves to show off Mr. Abramoff e-mails to his co-workers and friends. They publish only little pieces. They take a few words out of context that make him look like a monster. They don't give their readers/viewers the whole picture.

Mr. Abramoff, his family, and his friends have been massacred by the Media lately. Mr. Abramoff's family is surviving because its members have a strong faith.

The Media professionals think they can do what they want. They even destroy families in the name of better ratings.

Fifty- seven years ago, Albert Camus, Nobel Prize winner, said about the media, "There is a lack of dignity, they like gossip, the press is without values and they are cynical and hypocrites professionals. The media is what its professionals are".

We live in a Christian country, but we lack the basis of Christianity: FORGIVENESS.

Our government exists to protect the Constitutional rights of the people. Those rights are protected by the Constitution and its Amendments as the law of the land.

President Abraham Lincoln reminded the nation of that great truth contained in the Declaration of Independence when he said, **"We hold these truths to be self-evident: that all men are created equal; that they are endowed by their Creator with certain inalienable rights; that among these are life, liberty, and the pursuit of happiness."**

Here, the State denies Mr. Abramoff basic rights because the Media decided he is guilty. Everyone thinks he is a criminal because we live in society controlled by the Media. They make heroes, they make villains. Villains give better ratings.

Mr. Abramoff and I became friends not so long ago. I can understand his feelings because I face the same treatment: DISCRIMINATION.

I live in a Christian community, where the Ku Klux Kan is still strong. People often attack me - most Democrats because I lobby for Animal Rights and I am pro-Israel. I often hear people say, "Hitler did not do a great job, and Brazilian Jews don't deserve to live."

Most of the reporters who attack Mr. Abramoff don't have any moral basis for attacking him.

I have had a hard life, many years I used to clean tables and wash floors, and the kind people who attack Mr. Abramoff used to treat me as a citizen of second category .They talk, write about equality, freedom, morality, but they hire illegal maids and pay low wages. They often complain about the food and the service. They treat blue collar workers too badly. And then they go to TV and talk about Human Rights.

Mr. Abramoff, father of 5 terrific kids and beloved husband, has had his life destroyed.

I have been sad and sick lately. When you turn on TV and read a magazine or newspaper, you see the Media, represented by clowns, destroying the nicest man in this world.

I quit Law School because I was feeling massacred with what I have seen.

I am going to have open heart surgery soon, and I feel sadness and stress with this whole situation. I feel sometimes our laws only protect white, rich Christians. It looks like being a Brazilian Jew, an Orthodox Jew is a crime. For us, anyone can do what they want.

Mr. Abramoff's journey has had a great impact on my life.

The U.S. Courts must be an institution where the Bill or Rights and human dignity are always honored.

I ask you to do JUSTICE.

I cannot keep myself quiet when I see people being destroyed by the Media.

Why isn't Mister Abramoff sent to do some kind of community service? He could clean cages at the Animal Shelter of Silver Spring (MD)

Long and harsh sentences are against what our country is about.

Sentencing a model of father, husband, Orthodox Jew, for many years in prison does not make the people win in Court.

Abramoff's family is destroyed and they need to start to heal.

Jane Abramoff – Abramoff's mother – is dying. She has liver cancer and her cancer is spreading in her bones. She wants to see her son free before she dies.

I just came back from Israel. I went to pray for our Almighty to intercede for Mr. Abramoff.


**We hold these truths to be self-evident, that all men are created equal, that they are endowed by their Creator with certain unalienable Rights, that among these are Life, Liberty, and the pursuit of Happiness.**

**THE DECLARATION OF INDEPENDENCE:**
**In Congress, July 4, 1776**


Justice however belongs to the people.

This is our country and Courts have to work for us.

Courts have to protect our rights.

Few judges have your intellectual capacity and common sense.

Here, again, I ask you to protect Mr. Abramoff's rights, and both his and my rights, as well as your own, to have life, liberty and happiness.


Thank you for considering my letter.



Yours truly,
Walfredo de Freitas (a.k.a Freddy de Freitas)