August 12, 2008

FILED

SEP 0 2 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Dear Honorable Ellen Segal Huvelle:

RE: update to our letter

We had hoped for more signatures on our letter to you but at least one person feared retribution. We appreciate and thank you for considering reading our letter.

Maynard Kahgegab Jr.
Delores Jackson

Maynard Kahgegab, Jr.



August 3, 2008

Hon. Ellen Segal Huvelle
United States District Court for the District of Columbia
333 Constitution Ave., N.W.
Washington, D.C. 20001

Dear Hon. Huvelle:

    We have watched helplessly while our good friend, Jack Abramoff, has been maligned by the media and slandered in McCain's Senate Indian Affairs Committee hearings. We understand that the investigation into his alleged fraudulent activities began with our tribe, and so it is only fitting that we take measures to rectify this egregious injustice.

    We cannot in good conscience allow the lies against Mr. Abramoff to go unchallenged. The scandal started as a result of intertribal warfare between factions within the Saginaw Chippewa tribe who disagreed with how our revenue should be allocated. We hired Mr. Abramoff to deliver appropriations due to us by treaty rights and to block federal recognition of four tribes, including the Gun Lake band, which was set to cut into our market share. The chief witness in the hearings, Bernard Sprague, had previously and improperly attempted to direct $35 million of the Saginaw Chippewa's revenues to help finance a casino for Gun Lake, which is chaired by his uncle, David K. Sprague. Many of our tribal members believe that the Saginaw Chippewa tribe should not have to invest this tribe's precious financial resources into the casino of a rival. By blocking this casino as our Tribal Council had hired him to do, Mr. Abramoff was in fact obstructing the financial interests of the SubChief. Not only did Senator John McCain take Deputy Secretary Steven Griles for task over Gun Lake, but Mr. Sprague emerged as the principal witness to malign our lobbyist over this tribe as well.

    Mr. Sprague accused Mr. Abramoff of robbing our tribe, even though our lobbyist's fees were commensurate with the value of the market he was protecting. The value of appropriations he delivered far exceeded the amount of money given him. Our expenditures have even increased under new representation. The truth is our chief, Audrey Falcon, did not have enough evidence against Mr. Abramoff to take him to court, and so, she, Mr. Sprague, and their political allies within the tribe allowed McCain to make the case against him – albeit fraudulently – in the Senate Indian Affairs Committee. In fact, three tribal council members, including the Chief, Maynard Kahgegab, Jr., Delores Jackson, and Milton "Beaver" Pelcher had to be removed from Council in order to secure this tribe's cooperation with the Committee's investigation. Our tribe normally requires a quorum – that is, a vote of seven Council Members -- in order to take an official action

of this nature, and yet, in this case, Chief Falcon, a friend of Mr. Sprague's who had her own casino interests in Romulus, decided to override this rule and proceed with McCain's investigation.

If you will recall, Mr. Sprague was the only witness allowed to represent our tribe before the Committee, ensuring that only one side of the story was told. If the hearings were about empowering Indians, why were the rest of us denied a voice? Mr. Sprague called for the investigation, with the assistance of his lobbyist allies, Larry Rosenthal and Scott Reed, who incidentally have applied similar strategies and contractual arrangements as those which existed between our lobbyist and Mr. Scanlon and assessed a similar level of fees, which were characterized in the hearings as fraudulent. A number of us appeared in the audience and even wrote letters to the Committee leadership in an effort to refute Mr. Sprague's lies, but we were ignored.

We cannot help but think that if Mr. Abramoff was lied about in the case of our tribe, that he may have been lied about elsewhere too. We can say that leaders in other tribes whom our lobbyist also worked with are reaffirming that they were not deceived or defrauded either.

Mr. Sprague does not speak for our tribe, and we are greatly distressed that Senator McCain allowed him and other tribal leaders to freely commit perjury in the Senate Indian Affairs Committee hearings against Mr. Abramoff. Mr. Sprague was never prosecuted or challenged in the hearings for his misstatements.

We are greatly distressed that a lobbyist we consider to be our friend and who was a great advocate for tribal nations has been so unjustly maligned. We respectfully ask that you to spare him from further suffering and that you release him from prison. The horrific ordeal Mr. Abramoff and his family have been subjected to as a result of our intertribal rivalries should end here.

We are sorry that our own tribal politics and rivalries got so out of hand that a good man's reputation and life were devastated as a consequence. Mr. Abramoff still enjoys a vast following in our tribe and great appreciation for the work he performed for us. We are even considering naming our Elders Facility, which he acquired for our tribe, in his honor.

We will not allow this great travesty of justice to go unchallenged and are in the process of distributing a petition around our tribe asking for Mr. Abramoff's exoneration and immediate release from prison. We are also reaching out to other tribes to build a case to prosecute the lobbyists and tribal members who participated in Senator McCain's contrived hearings.

If you are concerned about the rights of Indians, then please do not deny us ours. We speak individually and as a group to say that Mr. Abramoff did not defraud our tribe nor do we believe his fees were unwarranted. We can prove that the allegations against

Mr. Abramoff in Senator McCain's hearings were false and that the facts about his lobbying were twisted to benefit the financial and political position of those who made the allegations against him in the first place.

Warmest regards,


_____          7-24-08
Maynard Kahgegab, Jr
Former Chief


_____          7-24-08
Delores Jackson                        Date
Former Council Member


_____          _____
Gerald Slater                          Date
Former Council Member


_____          _____
Milton "Beaver" Pelcher                Date
Former Council Member


_____          _____
Tim Davis                              Date
Former Council Member


_____          7-24-08
Linda Hunt                             Date
Former Council Member

If you wish to speak with us, please feel free to call. We ask, however, that you not release our phone numbers to the public:

Maynard Kahgegab, Jr. ███████

Delores Jackson, ███████