UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | 06cr001 (ESH) |
| v. | : | |
| JACK A. ABRAMOFF | : | |

# JACK ABRAMOFF'S SUPPLEMENTAL APPENDIX C

Abbe David Lowell, Esq.(#358651)
Pamela J. Marple, Esq. (#462921)
Christopher D. Man, Esq. (#453553)
MCDERMOTT WILL & EMERY LLP
600 13th Street, N.W.
Washington, D.C. 20005
(202) 756-8000

# Appendix C

# JACK ABRAMOFF SUPPLEMENTAL LETTERS OF SUPPORT

## APPENDIX C

|   |     |                          |                   |
|---|-----|--------------------------|-------------------|
|   | 1.  | Cahn, David L.           | August 28, 2008   |
|   | 2.  | Dunkin, Jared            | September 1, 2008 |
|   | 3.  | Erickson, Paul           | August 25, 2008   |
|   | 4.  | Friedman, Adina          | August 28, 2008   |
|   | 5.  | Kramer, Harvey & Betty   | March 16, 2006    |
|   | 6.  | Lucier, James            | August 30, 2008   |
|   | 7.  | Pieprz, William & Brenda | September 1, 2008 |
|   | 8.  | Rephun, Nava             | September 1, 2008 |
|   | 9.  | Rolef, Steven A.         | August 27, 2008   |
|   | 10. | Rozen, Brian D.          | August 31, 2008   |

# DAVID L. CAHN

August 28, 2008

The Honorable Ellen Segal Huvelle
United States District Court for the District of Columbia
333 Constitution Ave., N.W.
Washington, D.C. 20001

Your Honor:

I am writing you on behalf of Mr. Jack Abramoff, who soon will appear before you for sentencing.

Mr. Abramoff generally is known only through sensational media reports. I have seen a different side of him, which I would like to bring to your attention. In my experience, Jack Abramoff is a dedicated and loving father and husband. This is illustrated by the following example.

A few years ago, I attended a social gathering at a private residence in Washington, D.C., at which Mr. Abramoff also was present. During the evening, I went outside on the front porch to get some fresh air. A minute or two later, Mr. Abramoff came out onto the porch, apparently to hear better on his cell phone. I overheard him talking to his wife and then asking her to put one of his children on the phone. He firmly, but lovingly, explained to his child the importance of doing his homework and elicited a promise that it would be completed prior to any recreational pursuits. He then told the child of his love, told the same to his wife, and hung up. We chatted about family matters for a minute before he went back inside to continue talking with others at the gathering.

What amazed me was that Mr. Abramoff, for all the talk of his zealousness as a lobbyist, took time out from an opportunity to win friends and influence people to deal with a minor family matter. I also was very impressed by the kind and gentle way in which he guided his child to the correct behavior.

Mr. Abramoff clearly is important in the life of his family, and his children should not be denied his effective and loving guidance. During the nearly 18 months he already has spent incarcerated, he has been a model prisoner and has served as a mentor to others in his detention center. His mother passed away during this period, and he was neither able to attend her funeral nor comfort his father.

This has been a sad time for all concerned. Mr. Abramoff is deeply remorseful and has lived up to his agreement to cooperate with prosecutors. Additional incarceration would serve no useful purpose from either a punitive or deterrent perspective. At the very least, as he is no danger to society, he should be permitted to serve any further time in home detention where he can provide guidance to his teenage children during this formative period of their lives.

If there is any room for leniency in his sentence, I hope you will take this into account.

Sincerely,

David L. Cahn

# Jared Dunkin

September 1, 2008

Hon. Ellen Segal Huvelle
United States District Court for the District of Columbia
333 Constitution Ave., N.W.
Washington, D.C. 20001

Dear Honorable Judge Huvelle,

A mentor of mine once told me that life cannot be viewed as snapshots -- life is an ongoing movie. I try and remember those simple but wise words everyday as I interact with people. Keeping it in mind, allows me to give people the benefit of the doubt.

Unfortunately, the media has defined Jack's life by a few snapshots. Judge Huvelle, if you knew the Jack that I know, you would quickly appreciate that the snapshots presented to the world are not the real Jack. It would be like focusing in on a few bad notes in a two-hour symphony. Jack is a good man with a tremendous heart. I personally witnessed many acts of unbelievable kindness bestowed by Jack. However, more telling is the many more acts of kindness that Jack has done that nobody knows about. I will never forget the day that Jack was let go by Greenberg Traurig, the law firm for which he worked. The person who delivered the mail in the office came into my office with tears in his eyes. He was deeply hurt by the firm's treatment of Jack and more importantly, the loss of a friend. He explained to me how Jack provided him with such dignity and relevance as Jack treated him in such a way that he felt as relevant and important to the firm as anyone else. Also, he mentioned that Jack was the most financially generous of the partners at Christmas time.

Personally I have experienced Jack's sensitivity and caring on numerous occasions. The most recent was on my visit to Jack in prison. One might expect somebody in prison to feel sorry for himself and complain. On the contrary, Jack was more concerned with my well being then I was. Jack did everything in his power to put me at ease, which he did, thus allowing us to have a meaningful conversation.

Your Honor, Jack has the unique ability to impact people no matter where he may be. In prison, he has found ways to teach religion and promote cultural awareness amongst inmates. Jack has so many wonderful qualities to offer the world. I respectfully ask that you when you sentence Jack you consider the video of Jack's life and not just a few snapshots.

Sincerely,

Jared Dunkin

# PAUL ERICKSON

August 25, 2008

The Honorable Ellen Segal - Huvelle
United States District Court for the District of Columbia
333 Constitution Ave., NW
Washington, DC  20001

In Re:  Jack Abramoff Sentencing

Dear Judge Segal - Huvelle,

I'm a sinner who relies heavily on the redeeming power of my Christian faith.  And although I've lived a life that I like to believe has been filled with many more praiseworthy moments than shameful ones, I oftentimes wonder what my friends or my God would think of me if the headlines one day exploded with details of a rare but significant lapse in my good judgment. Would anyone weigh my other good deeds in the balance?  How would anyone even know of them?  Or is the transgression so egregious as to overwhelm and wash away countless acts of strong character over years of personal and professional relationships.  Such are my concerns about my friend Jack Abramoff as you face the burden of meting out justice for his acts of avarice.

Your task of sentencing in this case is far harder than that faced by your Florida counterparts.  Financial crimes leave behind unchanging loan documents and spreadsheets. Political corruption leaves behind pompous communications and ambiguous motives.  The boxes of exhibits in this case must leave you reaching for aspirin and tonic.

I have been Jack Abramoff's friend for 25 years.  Our friendship was forged in political battles of real consequence, not those petty acts that came to define his lobbying career.  We fought the Cold War, an overpowering and all-controlling federal government, a crisis of confidence in American exceptionalism.

What made our bond so deep was the searing emotional tone of so many of these fights. We were college students fighting *actual* Communism – both on the campuses here in America and in battlefields around the world.  Our generation's Selma took place in Afghanistan; our fateful assassinations were the botched attempts on the life of President Reagan and the Soviet-ordered hit on Pope John Paul II.  We fought and believed as only college ideologues could – free of doubt, free of memories of defeat and with the joy of convictions proven correct by unfolding history.  We were a band of brothers and Jack was my brother as surely by battle as by birth.

I watched Jack mold men and women into decisive figures of action and accomplishment, in both politics and, later, business.  And always with a strong dose of good humor and a sense of

perspective that taught that business could coexist with personal and family lives. Jack shaped an entire political movement by the sheer force of his will and commanded the respect and friendship of thousands.

But the power to persuade and to engender trust carries a commensurate duty to never abuse those gifts for purely personal gain. When Jack added the title lobbyist to his credentials as an ideologue, it began a process of erosion that eventually made it easier to shirk this duty. It has cost him his career and his freedom.

So how to design a sentence to help restore public confidence in the behind the scenes world of Congress? Well, I would begin with an accounting of the price Jack has already paid – and, despite the personal pain it has caused him and his family, this is most assuredly *not* measured in the volume of bad headlines his case has generated.

He is now broke. More profoundly, due to the utterly unique circumstances of his public destruction, he will be forever denied the ability to trade upon (and thus earn a living from) his most formidable personal and intellectual gifts. His existing court-imposed fines are gargantuan and in all likelihood outweigh the balance of his remaining lifetime earning potential. What is *already* known of his criminal sentence has thus, for Jack, made any future financial ambition purposeless.

Nearly two years into his current sentence, he has lost his mother. He has lost his right to vote. He has lost – and is losing – the adolescent years of each of his five children.

As a surrogate uncle to Jack's children, I've attempted to continue mentoring his kids as they literally come of age. Others – but not many – have attempted to help in this regard. It has proven shockingly easy for the ostracism Jack has experienced to spread to his children. "The sins of the father" indeed.

The story of this litany of personal destruction coupled with the years of incarceration he has and will experience has reached the deepest corners of Washington, DC. I routinely walk those corridors and the chill toward the old "business as usual ways" is profound and lasting. *And you have yet to sentence him.* So let him be punished for his financial crimes, decide on the number of years of incarceration you deem just for his contributions to the decadence of DC, but *please* refrain from adding years of prison beyond those he is already doomed to serve.

No one in the culture of Washington will remember the exact amount of time that Jack spent behind bars. But no one in the business of government will ever forget the utter destruction of his life – a life that at one time so resembled their own.

Thank you for your time, consideration and understanding.

Sincerely,

*[signature]*

Paul Erickson

August 28, 2008

Honorary Ellen Segal Huvelle
United States District Court for the District of Columbia
333 Constitution Ave., N.W.
Washington, DC 20001

Dear Judge Huvelle,

I read the article on Jack Abramoff in the Washington Post this morning with great pain. As a friend of the Abramoff family I remember well all the wonderful things that Jack and his family have done for our community in Silver Spring: they helped endow our children's school with scholarship money (which helped our family very personally); they served hot lunches and drove carpools; they helped me find household help when I had 5 children 6 years old and younger and I was overwhelmed.

The newspaper articles often talk about Jack's arrogance, but on a personal level, we have always found him and his wonderful wife Pam warm, helpful, and down-to-earth. It pains me so to think how their family has been virtually destroyed by the events of the past few years: his children are spread all over the word, way to young to be so far from home. Their name is a burden of shame and dishonor; his wife looks wasted away to nothing even as she bravely smiles and does what she has to do.

Jack Abramoff is a man who has made many mistakes and knows it. He has been paying the price over the past few years by being incarcerated, and by being humiliated by constant references to his greed, his ego, his shamelessness. He has seen his family destroyed, and he knows that he is the cause of that destruction.

In Jewish thought, public severe humiliation is almost like a death. I think Jack has already died that death many times over. I pray that that he can soon be brought back to the land of the living. I understand he has helped federal prosecutors tremendously with their investigations. His mistakes have caused potential wrong-doers in the political and lobbyist's world to think twice, three times, and more about missteps they might take – and to back off from taking them.

I am writing to plead for clemency in his sentencing. I believe he is a good man who was trapped by temptations – Adam and Eve and the apple. He is said to be full of remorse. Had he to do it all over again, he would surely have traveled a different course in his work. Alas, that is the story of us all: mistakes and the hindsight we wish we had.

I hope you will see fit to reduce his sentence and grant him the all leniency possible. Let his family recover from their grievous wounds. Let him rehabilitate himself. The agony and guilt and pain that his actions have caused him will never be far removed from his mind. He is and will surely ever be a humbled man. But let him go on with his life. His

children are young adults and teenagers: A few more years in prison may cause his wife and children to fall apart completely. Surely our justice system does not believe in punishing the sons for the sins of their father. Jack's wife and children have been punished enough.

Jack is not a murderer. He has surely paid the price in humiliation, guilt, despondency, and despair. I respectfully ask you to reduce his sentence.

Sincerely,

Adina Friedman

Harvey and Betty Kramer

The Honorable Ellen Segal Huvelle　　　　　　　　　　　　　　March 16, 2006
U.S. District Court for the District of Columbia
333 Constitution Ave., NW
Washington, DC 20001

Dear Judge Huvelle,

We are writing this letter to ask for leniency in the sentencing of Jack Abramoff.

Jack has been in prison for a year and a half and this has been a major hardship for not only him but his family and community. During his time in prison Jack has been an exemplary prisoner. He has cooperated with the government investigators fully. We need Jack to return to his family and our community.

We would like you to know how our family has benefited from the generosity of the Abramoff family. They started a new elementary school, The Torah School, several years ago which has benefited every child in this community that goes to a Jewish parochial school. The competition from The Torah School has improved all of the Jewish schools in the Washington area, thereby improving the education of every child who attends a Jewish school. The school is still in existence and flourishing.

It takes visionary, passionate people to think out of the box and not be satisfied with the status quo. Most people just talk and their ideas end there. Jack Abramoff followed through with his passion. He was not only generous with his money but he gave of his time. We know for a fact that he has spent hours and hours at meetings and on the phone talking with and working with parents of school children. He never gave of his time for financial gain but only to improve the education of school children. He has helped hundreds if not thousands of Jewish families by his untold efforts in improving Jewish education in the greater Washington-Baltimore area.

Please consider all the good Jack Abramoff has done for this generation of school children and the carry over affect that this will have on future generations. His generosity to education is what we are personally familiar with, but he has also been philanthropic in other areas.

Thank you for your consideration and compassion to the Abramoff family.

Sincerely,


Harvey and Betty Kramer

# JAMES LUCIER

August 30, 2008
Hon. Ellen Segal Huvelle
Judge
U.S. District Court for the District of Columbia
333 Constitution Avenue, NW
Washington, DC 20001

Dear Judge Huvelle:

I am a friend and longtime associate of Jack Abramoff. I first met Jack in June, 1982 at the College Republican National Convention. Later I worked for Jack at an organization he founded that was affiliated with the College Republican National Committee. I began work in December, 1983. Jack was my first employer ever. I can confidently say I have known him longer than all but a tiny handful of people in Washington.

Jack has since helped me more than once when I was out of work and in difficult circumstances. I have been Jack's friend and seen Jack's career through its high and lows. I can honestly say that between August 1985 and January 1995, it was mostly lows. Jack's activities and lifestyle were a stark contrast to his later famous period.

Jack has deep remorse for the damage he has done to his family, friends, and political causes. Jack also understands and has remorse for the damage he has done to his own life--coming back to Washington after ten difficult years trying to launch a business career, but ending in an exile that is far worse than mere hard times.

Jack does not drink and has never drunk alcohol. But he understands the crazy, stupid things people do under the influence of alcohol. It is one of the reasons why he never touches it himself and why I have never seen him as much as take a sip in over of a quarter century's worth of social meetings.

When I read Jack's emails that have been released to the public in the course of this case--and it is not insignificant suffering and humiliation in my view to have virtually one's entire life in emails published on the Internet--I don't see the Jack that I used to see at home on Shabbos with his friends, or in other purely social events, or with his family. I only worked with Jack in a business capacity briefly between 1983 and 1985. I never worked with Jack in a business capacity after that.

I think the Jack I knew and know today in non-business settings was not the Jack that appears in those emails. I hear a stranger's voice whenever I read the most famous quotations.

The Jack who wrote those emails was clearly under the influence of something, but it wasn't a drug. It was the glamor and excitement of success in Washington. It was the manic thrill of being back on top of the world after ten years in exile as a business failure and a political has-been. The psychological high of being back in Washington--not Silver Spring, Maryland--clearly affected his judgment and warped his behavior.

I have visited Jack in prison and can tell you that he is done with Washington now. He has a problem, and he knows its name. He will never go back to his old line of business, and he will not find some scheme to return. Just as surely as he doesn't drink, he will not go back to politics or the influence game.

Jack has served his time a thousand ways already: with every thoughtless, foolish email on the front page of many newspapers, with every television show, with every book, and with every spiteful water-cooler conversation. Jack sorrow and remorse are intense and real. His shame is deeply heartfelt. He would like to serve only the remainder of his time and contemplate a new life--nothing like his old one.

Sincerely yours,


James Lucier

William & Brenda Pieprz

Hon. Ellen Segal Huvelle
United States District Court for the District of Columbia
333 Constitution Ave., N.W.
Washington, D.C. 20001

September 1, 2008

Your Honor,

We are writing this letter to urge you to consider reducing the sentence of Jack Abramoff, who has now been in prison for almost a year and a half. His time in prison has taken a severe toll on him, but even more importantly, on his family. Particularly, the pain has been very hard on his children, who are innocent of any crime. To deprive five teenage children of their father has made life very difficult for his family. The teenage years, under normal circumstances are very stressful and to add the additional stress of not having their father present has added untold pain and suffering to both the five children and certainly to his wife.

During his time in prison, Jack has expressed remorse for his actions and he has tried to help others confined in the prison to improve their lives.

We would appreciate your reducing his sentence as much as possible. With the approach of the Jewish new year, this would be an appropriate time to have mercy on him and on his family.

If you still feel that further confinement is necessary, we believe that it would be more appropriate to move him from prison to some form of controlled home confinement.

We express our appreciation in advance for your taking the time to favorably consider our request. If any further information is necessary, we can be contacted at 301 –585-4572.

Sincerely,

William Pieprz                                          Brenda Pieprz

*Nava Rephun, M.S.W.*

Hon. Ellen Segal Huvelle
United States District Court for the District of Columbia
333 Constitution Ave., N.W.
Washington, D.C. 20001

Dear Judge Huvelle,
I am writing in behalf of Jack Abramoff, who is coming before your court for sentencing on September 4, 2008, and I am respectfully asking that you grant him a reduced sentence.

Mr. Abramoff is deeply remorseful for his deeds that sent him to prison, where he has been for almost a year and a half. His mother died while he was confined, and he could not attend her funeral nor visit his father for the mourning period. This has undoubtedly added years of suffering to his sentence.

He has tried to help others in prison, teaching fellow inmates whenever he could. He has always understood the importance of helping others, and in the past, he helped many individuals and families get back on their feet when their luck was down. These deeds he did modestly, without publicizing his kindness and without wanting anything in return. Mr. Abramoff is a decent, good man who made serious errors, which he sincerely regrets and for which he is ashamed. I knew his family when they resided in Woodside, a neighborhood in Silver Spring, Maryland. I have always been impressed by his commitment to family and community, and his desire to help others in need.

His wife and children are suffering tremendously. I feel that from a punitive and deterrent point of view, further time would be unnecessary. If, however, further confinement is deemed necessary by your court, I plead with you to move him to home confinement, where the interests of justice would still be served while giving him a humane sentence.

Please, Judge Huvelle, keep all this in mind when sentencing Jack Abramoff. He sincerely regrets his wrongdoing, and if there is any hope for this family to survive and stay cohesive, much will depend upon your sentencing.

Sincerely,
*Nava Rephun*

# STEVEN A. ROLEF

The Honorable Ellen Segal Huvelle
Unite States District Judge
United States District Court for the District of Columbia
333 Constitution Avenue, N.W.
Washington, D.C. 20001

August 27, 2008

Dear Judge Huvelle:

    I am writing to you on behalf of Jack Abramoff, whom I have known, together with his wife and children, for over ten years. Although Jack has been repeatedly vilified by the press over the past several years, these characterizations are designed primarily to enhance readership or viewership rather than to accurately portray him as an individual possessing both strengths as well as weaknesses.

    Over the years that I have know Jack, I have, on many occasions, personally observed him contribute selflessly of his time, skills and knowledge for the benefit of our community. It has always been apparent to me that his desire to help others is both genuine and sincere. I have seen and always admired what a loving husband he is to his wife, Pam, and how truly a devoted and caring father he is for each of his five children. I have also observed how devastating his incarceration has been for his family in every way imaginable.

    Additionally, it is clear that Jack recognizes the mistakes he has made, both from his sincere expressions of remorse as well as through his considerable cooperation with prosecutors concerning their many investigations.

      In light of all the foregoing, I would respectfully request that this Court consider not imposing any further period of incarceration. Rather, I believe that both justice and society would be best served by imposing home detention and/or community service. This would offer Jack the opportunity to apply his considerable talents and many positive attributes, both to help others as well as to fully resume his role as husband and father.

Respectfully submitted,

Steven A. Rolef

31 August 2008

Honorable Ellen Segal Huvelle
United States District Court for the District of Columbia
333 Constitution Avenue NW
Washington, DC 20001

Dear Judge Huvelle:

The purpose of this letter is to request a favorable decision of the Court in the upcoming appearance of Mr. Jack Abramoff this coming September 4.

Mr. Abramoff has suffered greatly over what is now almost a two-year time period in prison. His family has been greatly fractured due to his absence, causing trauma not only to his wife but to his five children as well.

Although the press has portrayed him in a very negative light, I can assure Your Honor that Mr. Abramoff is not the type of individual reflected in this negative coverage. My wife and I, along with myriads of other individuals, have always found Mr. Abramoff to be a kind, caring, concerned, and generous individual. I speak from personal experience. Mr. Abramoff has been extremely supportive of myself and my family in emotional as well as material ways. I have never found him to hesitate in helping individuals, families, or organizations when they have called upon him. He is a man of a kind heart and a compassionate soul.

The purpose of this letter, Your Honor, is not to condone any wrongdoings perpetrated by Mr. Abramoff. I would suggest that we all, as imperfect human beings, have our weaknesses and can be drawn into the moment of wealth, prestige, and power. However, if the purpose of incarceration is to change an individual, to once again make him a valued member of society, and if the purpose of imprisonment is as a punishment for wrongdoings against the citizenry and its laws, then I would submit to you that the many months of Mr. Abramoff's confinement have succeeded in their goal. He is a changed individual, chastened by his punishment, humbled by his suffering, and regretful of his past misdeeds.

It is in this light that I respectfully ask Your Honor to have mercy on Mr. Abramoff, and to consider this entire picture prior to his appearance in front of you this coming week.

Yours truly,

Brian D. Rozen

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 3rd day of September, 2008, I caused a true and correct copy of the foregoing **SUPPLEMENTAL APPENDIX C** to be served electronically and on the following via:

Honorable Ellen Segal Huvelle                                  via Hand Delivery
United States District Court
    for the District of Columbia
333 Constitution Ave., NW
Washington, DC 20002

_____
Lydia Dean-Reese