# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| | : | |
| | : | |
| **UNITED STATES OF AMERICA** | : | **06cr001 (ESH)** |
| | : | |
| **v.** | : | |
| | : | |
| **JACK A. ABRAMOFF** | : | |
| | : | |
| | : | |
| | : | |

## JACK ABRAMOFF'S SUPPLEMENTAL APPENDIX D

Abbe David Lowell, Esq.(#358651)
Pamela J. Marple, Esq. (#462921)
Christopher D. Man, Esq. (#453553)
MCDERMOTT WILL & EMERY LLP
600 13th Street, N.W.
Washington, D.C. 20005
(202) 756-8000

# Appendix D

## Man, Christopher

| From: | ABRAMOFF, JACK A |
| --- | --- |
| Sent: | Tuesday, September 02, 2008 9:19 PM |
| To: | Man, Christopher |
| Subject: | Letter for Judge Huvelle |

Dear Chris,

Please be so kind as to get this to Judge Huvelle for me. Thank you very much.

Jack Abramoff

Dear Judge Huvelle:

I know I will have the opportunity to say something when I am in Court on September 4th, but I am writing this letter because I am worried that time or the circumstances will prevent me from expressing myself as well as I would like.

I have to say that I am extremely nervous to address you now and then. This moment truly will define the rest of my life, and I do not know what words I can convey that will tell you what I want you to know before you sentence me. I have been thinking about this moment literally for years. Long before I entered jail, when I decided to come forward and admit my wrongdoing, I knew there would be a day like this. And almost every day of the two years I have been in jail, I have spent time thinking and worrying about how I might tell you and convince you that I understand my acts and have been doing all I can to make up for them.

It is hard to see the exact moment that I went over the line but, looking backwards, it is amazing for me to see how far I strayed and how I did not see it at the time. So much of what happens in Washington stretches the envelope, skirts the spirit of the rules, and lives in the loopholes. But even by those standards, I blundered farther than even those excesses would allow.

As I have sat alone in prison, realizing what my actions have done to permanently injure people, especially my family, I see that my crimes all had the same cause - my short-sighted and selfish view that the ends could justify the means. I am not a bad man (although to read all the news articles one would think I was Osama Bin Laden), but I did many bad things. I lied to clients, even while working to get them the results they expected. I cheated my law firm and took advantage of public officials. And, while I gave millions of dollars to charities, I thought I could then skirt the rules in paying the right amount of money to the government in taxes.

I do not know if I can explain to you the experience of looking backwards and realizing how much you have strayed from an expectation you had for yourself, what your parents wanted you to be, an ideal you set, or a goal you thought was one of life's definitions. That is what I have been thinking about, and those are the realities with which I have been living and will have to live for the rest of my life.

I am gratified that even in the swirl of the statements and criticisms about me so many people have come forward to try to present the other side of my life. Even though I have come to terms with the terrible things I did, my past is a lot more than those mistakes. I always tried to give my clients more than they asked; I always tried to make my partners more successful than they had hoped; I always tried to

forward the best ideals and candidates in my party; and I knew I had an obligation to support my religion and community.

The good I tried to do and that which I did accomplish cannot make up for the bad. I just ask that you consider my whole life in seeing that I have a lot to give in the future that might merit your consideration and leniency. In addition, that which I have done since coming forward, the cooperation I have done and the results of that cooperation, are just some indication that I know the enormity of the debt I have to repay.

I have a lot to make up for and a lot of amends to make. If I ever can earn more than a mere living again, I will be paying back those I have harmed for the rest of my life. However, little is accomplished by delaying that day by my being jailed longer than is necessary.

My wrongdoing may have been worse than those who have come before you as a result of my efforts to help the government. I hope that my acts of contrition and efforts to make amends have been greater as well. I did not delay in coming forward to admit by offenses; I did not wait for any deal before I started providing the government with information of what I and others had done; I did not hesitate to go beyond that which the government knew to give them leads they never had; I did not hesitate to spend all of my time with government agents and attorneys when I might have spent those precious days before I went to jail with my family; and, I did not stop cooperating every moment I could even in jail when that has been far from a comfortable thing to do in this circumstance and in that population.

My efforts do not even the balance, but they are a good down-payment on what I still must do. I hope you can see from the entire record what my misconduct has been, rather than what it has been blown up to be, but I especially hope you can see all the things I have done in my life and those things I have tried to do over the past three years to say "I am sorry."

Sorry to my clients who expected better, sorry to my colleagues to whom I owed more, and sorry to the government system that I love and devoted my life to. But most of all, I am sorry for what I have done to my family. The people who supported me the most, I have let down the most. My actions have now punished them. I was their husband, their father, their son, their brother, their provider, the foundation for our faith, and so much more. And look what my actions have done. My wife has had to take on too much, to be both parents, find money to feed and clothe our family, and to be some guiding influence in very trying times. My kids have had to learn to survive without a parent and to endure the cruelty of a world that would visit the sins of their father on them. My mother had to spend her last days without me, and that guilt and shame will be with me forever. And, my entire family now has the taint of what I have done to the good name they used to wear proudly. Honestly, judge, the toll of living with all of this has often been more than I can bear. Please consider the impact of any additional punishment on all of the innocent people who are bearing the brunt of my sentence as well.

You have my life and the life of my family in your hands. I have done very wrong; I have been doing all I can to redeem myself. In the balance of an entire life, I hope the record shows enough so that you can confidently measure the severity of any additional punishment with my early decision to come forward, by doing all that has been asked of me and then some, the future of my family who are barely holding on, and all of those who will do better by my trying to become a productive member of society than someone simply waiting for the rest of my life to begin.

Thank you for all the time you have taken on my case and the cases I have helped with; thank you for your consideration of my plea; and thank you for the decision you have to make.

Sincerely,

9/3/2008

Jack Abramoff


\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
Message Footer/Pie Del Mensaje

This message informs you that the above-named person is a federal prisoner who you previously APPROVED for exchanging electronic messages.

You have the following options in response to this message:

\* You may TAKE NO ACTION, which will result in your remaining on this prisoner's contact list; or

\* You may REMOVE yourself from this specific prisoner's contact list by clicking <u>here</u> and then clicking the Send button; or

\* You may REMOVE yourself from this specific prisoner's contact list and REFUSE all future federal prisoners' requests for message exchanges by clicking <u>here</u> and then clicking the Send button.

By taking no action, you consent to have Bureau of Prisons staff monitor the content of all electronic messages exchanged.

**Your messages may not exceed 13,000 characters (approximately two pages) or have any attachments.** If you exceed the 13,000 character limit, your entire message will be rejected. If you send an attachment with your message, the attachment will be stripped from your message and not delivered to the prisoner.

For additional information related to this program, please visit the www.inmatemessage.com FAQ page.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
**See Below for Spanish/Ver abajo para leer en español**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Este mensaje le informa que la persona susodicha es un preso federal al que usted APROBÓ previamente para intercambiar mensajes electrónicos.

Usted tiene las siguientes opciones en respuesta a este mensaje:

\* Usted puede NO TOMAR NINGUNA ACCIÓN, se conservara su e-mail en la lista de contactos de este preso; o

\* Usted puede BORRAR su e-mail de la lista de contactos de este preso en específico haciendo clic <u>aquí</u> y después haga clic en el botón de enviar; o

\* Usted puede BORRAR su e-mail de la lista de contactos de este preso en específico y RECHAZAR los pedidos de todos los presos federales para futuros intercambios de mensajes haciendo clic <u>aquí</u> y después haga clic en el botón de enviar.

Si no toma ninguna acción, usted consiente a que la oficina del personal de las prisiones supervise el

contenido de todos los mensajes electrónicos intercambiados.

**Sus mensajes no pueden exceder 13,000 caracteres (aproximadamente dos páginas) o tener ningun archivo adjunto.** Si usted excede el límite de 13,000 caracteres, el mensaje entero será rechazado. Si usted envía un archivo adjunto con su mensaje, el archivo adjunto será borrado de su mensaje y no se entregara al preso.

Para obtener información adicional sobre este programa, visite por favor la página de FAQ de www.inmatemessage.com.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 3rd day of September, 2008, I caused a true and correct copy of the foregoing **SUPPLEMENTAL APPENDIX D** to be served electronically and on the following via:

Honorable Ellen Segal Huvelle                                    via Hand Delivery
United States District Court
     for the District of Columbia
333 Constitution Ave., NW
Washington, DC 20002


 

_____
Lydia Dean-Reese