

# The Saginaw Chippewa Indian Tribe of Michigan

### TRIBAL CHIEF

7070 EAST BROADWAY    MT. PLEASANT, MICHIGAN 48858    (989) 775-4000
FAX (989) 775-4131

06-1 (ESH)

September 3, 2008

Honorable Ellen S. Huvelle
United States District Court
For the District of Columbia
333 Constitution Avenue, N.W.
Washington, D.C. 20001

**FILED**

SEP 0 3 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Re:   United States v Jack Abramoff
      Court Docket Number CR-06-1

Dear Judge Huvelle:

Seven years have passed since Mr. Jack Abramoff presented himself to the governing body of the Saginaw Chippewa Indian Tribe of Michigan. The governing body is called the Tribal Council and consists of 12 members of the tribe elected pursuant to the requirements of our constitution. We serve two year terms and have four Executive officers of the Council which includes the Chief, Sub-Chief, Treasurer and Secretary. Our reservation is located in the lower part of Michigan. We are a federally recognized tribe with approximately 3000 members.

The Tribe's history is not unlike the history of other tribes from the standpoint that we once controlled land much larger than our current reservation. The Tribe dealt with traders, trespassers, land speculators and the whiskey peddlers, all of whom wanted something of value that we possessed. The United States government was the tool used by these people, and Treaty-making was the device to take from the tribe what it would not agree to give voluntarily. These were very dark times in our history. Little did we know that history would repeat itself in the contemporary schemes of Mr. Abramoff. Mr. Abramoff developed a system by which he would gain an advantage to obtain contracts for services. That advantage was to identify candidates for political office, assist them in their campaign and once elected demand the contract for services. He did not seek to provide services on the merit of his work; rather he developed a deliberate artifice to create opportunities to dispossess the Tribe of its valuable resources. Mr. Abramoff described his strategy to his business partner, Mike Scanlon, in an email between the two dated October 4, 2001 in which he reports on his meeting with Chris Petras, the Director of the Tribe's legislative office:

Abramoff to Scanlon: "I had dinner tonight with Chris Petras of Sag Chip. He is salivating at the $4-5 million program I described to him (is that enough? Probably not)." As to the election of 2001 Abramoff goes on to say, "They (Sag Chip) have their primary for tribal council on Tuesday, which should determine if they are going to take over (general elections in November). I told him that you are the greatest campaign expert since ...(actually I told him that there is no one like you in history!). He (Petras) is going to come in after the primary with the guy who will be chief if they win (a big fan of ours already) and we are going to help him win." Abramoff than concludes, "If he wins, they take over in January, and we have millions. I told him that you (Scanlon) are already in national demand and we need to secure you for them. He is very excited. GIMME FIVE lives."

Mr. Scanlon implemented the Abramoff strategy and what became known as the "Slate of Eight" were elected to office in November of 2001. In an email to his employees dated November 7, 2008 Mr. Scanlon said: "We had less than three weeks to take 8 guys we never met before and get theme (sic) elected. It was a great plan and great execution by a great team. Just to recap, we elected 7 out of our slate of 8 – and the last guy - Ray Davis missed it by ONE vote. We did get another one of our allies elected in district 2, and we now control 9 out of the 12 seats on the council." Scanlon went on to say: "Maynard (Kahgegab) will be elected Chief at the organizational meeting on December 4th, and hopefully we will be doing some more work for the tribe in the near future. THIS MAKES US 2-0 in tribal elections this year!" (Scanlon referring to election work for another tribe in addition to Saginaw Chippewa.)

On December 6th, with the help of the Council members that Scanlon reported that they controlled, Jack Abramoff was to be a lobbyist for a monthly retainer in the unprecedented amount of $150,000. In February Scanlon landed his first contract with the tribe for 4 million dollars. Later, Council member Bernie Sprague recalled asking Abramoff specifically about his relationship with Scanlon, to which Abramoff answered that he (Abramoff) knew him (Scanlon) and that he was a professional.

Mr. Abramoff, not satisfied with the expected loyalty of the elected officials that he assisted, then turned to cultivating employees as confederates to ensure that the elected officials would not turn on him. He impressed the tribal leaders with his status of major fundraiser for the President which, he said, gave him unlimited access to administration officials in many agencies. He bragged about his influence with key members of Congress and their staff. He promised our executive officers that he would make them nationally recognized tribal leaders and introduce them to the power brokers in Washington D.C. Very soon our leaders were publishing pictures of themselves at lavish fundraisers with Congressional and Executive branch leaders. Abramoff also supplied the Maynard Kahgegab and Chris Petras with gifts to retain them as his supporters.

Mr Abramoff claimed he had great influence with the Executive branch and the Congress. He furthered this influence after the tribe hired him by getting the council to contribute hundreds of thousands of dollars to individuals and organizations that the tribe had never heard of. To make matters worse Mr. Abramoff also solicited money from the Tribe for allegedly charitable purposes. The charity that he described was for underprivileged children in Washington D.C. when in reality the money was used either to fund an exclusive Jewish boys' school that Mr. Abramoff had founded or to fund sniper programs in Israel. The Tribe never authorized him to use these monies for those purposes. He pitched the charitable contributions as being programs favored by Tom Delay and that a contribution to them would be rewarded by assistance from Mr. Delay in Congress.

  The emails that have been produced as a part of this prosecution and the Senate and House investigations of Mr. Abramoff's activities clearly show, and often in his own words, the contempt within which he held our leaders. They expose the depths of his crude and vulgar characterizations of Indians generally and of our leaders specifically by his references. In an email sent to Scanlon from Abramoff on December 17, 2001 after the Council did not vote on a Scanlon contract Abramoff stated: "The f'ing troglodytes didn't vote on you today. Dammit" Scanlon responded by asking "What's a troglodyte?" To which Abramoff responded "What am I a dictionary?: )It's a lower form of existence basically." On December 18th in another email Mr. Abramoff goes on to describe the Council as "plain stupid" and "Morons". This was 10 and 11 days after the Council rewarded Mr. Abramoff with the $150,000 per month retainer. Mr. Abramoff in an email dated April 11, 2002 with the subject line "SagChip idiots" referring to the Council states that "Those mofos are the stupidest idiots in the land for sure." This was the Tribe's lawyer in whom the Council at the time placed their full trust.

  Mr. Abramoff did not reserve his disdain for the Tribal Council alone. In various emails he also denigrates his principal confederate within the Tribe, Mr. Petras. Mr. Abramoff described Petras as a "dork", stupid and an idiot. When providing testimony to the Senate Indian Affairs Committee Mr. Petras, who was being represented by Jim Van Horne, an Abramoff team member, was presented with these disparaging remarks. Mr. Petras' steadfast loyalty to Mr. Abramoff moved him to ask in what "context" were these comments made. Senator McCain then asked incredulously in what possible context these remarks could ever be viewed as positive.

  Mr. Abramoffs' interference did not end with his manipulation of the 2001 election. In 2003 a new Council was elected leaving those who supported Mr. Abramoffs' in the minority. The new Council requested to meet with Mr. Abramoff. During that meeting the new Sub-Chief asked Mr. Abranoff directly if he had any business relationship with Mr. Scanlon. He answered with a definitive no to the Sub-Chief. This new lie to his client would be exposed in the coming months. Mr. Abramoff than attemted, in concert with Maynard Kahgegab and Chris Petras to get the seated Council recalled from office. In an email dated March 30, 2006 from Scanlon counsel reporting to the Saginaw Chippewa Tribe answers to questions it raised to Mr. Scanlon he reported that at one point Abramoff and Petras were on a conference call yelling at Scanlon because he would not participate in their effort to recall the new Council. In emails dated February 9th and 11th, 2004 it was clear that Mr. Abramoff would fund the recall effort and directed Shana Tester, an associate to get Petras money from one of the accounts. The recall effort failed but not without creating deeper divisions within the community.

  Mr. Abramoffs' counsel suggests in the brief supporting a reduced sentence that Mr. Abramoff has taken several steps to seek forgiveness and redemption consistent with the requirements of his religion. It is important to note that Mr. Abramoff committed these crimes against the Tribe over six years ago. To this date he has made no effort to make amends or apologize to the Saginaw Chippewa Tribe. On January 30, 2006 our counsel Henry Buffalo wrote a letter to Abramoffs' counsel asking for a meeting with the Tribe who at the time were considering undertaking their own investigation regarding its tribal members involvement. Mr. Scanlon was asked to provide information and he complied. Neither Mr. Abramoff nor his counsel responded to the Tribes' request. This lack of response does not support Mr. Abramoffs' request for leniency. It is the Tribes' understanding that under Jewish law, the holy day of Yom Kippur serves as the time to express atonement, sorrow, regret and repentance for one's sins. Mr. Abramoff plead guilty to the crimes against the Saginaw Chippewa in January of 2004. The high holy day of Yom Kippur has been observed by the Jews around the world on four occasions since that time and it seems that Mr. Abramoff has expressed atonement to his family, to rabbis', to his friends and to the Department of Justice. The Saginaw Chippewa Tribe has not heard one word

of apology, regret or sorrow for his crimes against the Tribe – not one. Mr. Abramoffs' actions belie his words in his request to the Court.

I cannot begin to completely express to you how difficult it is to raise these gravely hurtful statements that have been made by Mr. Abramoff about our leaders and our Tribe. Yet I am compelled because your Honor will also hear from an individual tribal member who takes the position that Mr. Abramoff has done nothing wrong in spite of the clear language of his plea and in the face of a mountain of evidence and in his own words, in which he describes his intentional plan to control the Tribal Council through its election process and dispossess the Tribe of its resources in the "GIMME FIVE" scheme. What is also obvious is the contempt that he had for the very people that this individual purports to represent, the leaders who hired him in 2001, Mr. Kahgegab, Mr Pego and Mr. Petras. I urge the Court to view this statement of this tribal member as exhibit 1 of the ongoing negative impact that Mr. Abramoff continues to have on the Saginaw reservation to this day. The Tribe also deals with the impact of Mr. Abramoff on a daily basis off of the reservation. The Tribe continues to be treated as persona non gratis in the halls of Congress as a result of being a client of Mr. Abramoff. In the current legislative session in an effort to neutralize the Tribes opposition to legislation a senior member of Congress referred to Saginaw as an "Abramoff" tribe.

We thought that we had experienced our darkest hour during our Treaty period but that is not so. Our darkest hour as a Tribe has been and continues to be the result of Mr. Abramoff's activities. He betrayed our trust as our lawyer when he put into affect the plan to disposses the Tribe of it's resources in the most intentional and disdainful way. He continues to manipulate some Tribal members into some kind of sick loyalty to him. We disagree totally with the Department of Justice view that the cooperation of Mr. Abramoff should be rewarded by a reduced sentence. It is our position and our request that your Honor impose the maximum sentence authorized by law upon Mr. Abramoff.

Sincerely,

*Federico Cantu Jr.*

Federico Cantu, Jr.
Tribal Chief