UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | 06cr001 (ESH) |
| v. | : | |
| JACK A. ABRAMOFF | : | |

## NOTICE OF FILING

The attached letters are in support of the sentencing memorandum.

Abbe David Lowell, Esq.(#358651)
Pamela J. Marple, Esq. (#462921)
Christopher D. Man, Esq. (#453553)
MCDERMOTT WILL & EMERY LLP
600 13th Street, N.W.
Washington, D.C. 20005
(202) 756-8000

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 5th day of September, 2008, I caused a true and correct copy of the foregoing **NOTICE OF FILING** to be served electronically.

_____
Lydia Dean-Reese