# Appendix A

**APPENDIX A**

(Letters of particular significance are designated with an "*")

| | | | |
|---|---|---|---|
| * | 1. | Abramoff, Alex | |
| * | 2. | Abramoff, Daniel | |
| * | 3. | Abramoff, Frank | March 15, 2006 |
| * | 4. | Abramoff, Levi | |
| * | 5. | Ambramoff, Pam | March 17, 2006 |
| * | 6. | Abramoff, Robert W. | March 13, 2006 |
| * | 7. | Abramoff, Sarah | |
| | 8. | Accord, Vera | February 12, 2006 |
| | 9. | Akana, Rowena | June 27, 2005 [sic] |
| * | 10. | Alexander, James W. and Elizabeth N. | March 15, 2006 |
| * | 11. | Alexander, Patricia | March 13, 2006 |
| | 12. | Altschuler, David | March 15, 2006 |
| | 13. | Aminoff, Gary A. | March 18, 2006 |
| * | 14. | Altas, Batsheva | March 19, 2006 |
| * | 15. | Aviv, Jonathan E., M.D., F.A.C.S. | March 21, 2006 |
| | 16. | Baars, Rabbi Stephen | March 18, 2006 |
| * | 17. | Baldwin, Steve | March 13, 2006 |
| * | 18. | Barclay, Michael | March 13, 2006 |
| | 19. | Barron, David H. | March 13, 2006 |
| | 20. | Bensimhon, Zahava | March 20, 2006 |
| * | 21. | Berman, Chana | March 26, 2006 |
| * | 22. | Berman, Dennis | March 13, 2006 |
| | 23. | Bernstein, David | |
| | 24. | Bernstein, Matt | March 15, 2006 |
| | 25. | Black, Gary | March 15, 2006 |
| | 26. | Black, Joyce | |
| | 27. | Black, Stanley | March 16, 2006 |
| | 28. | Bleich, Moshe, Ph. D., LICSW | March 19, 2006 |
| | 29. | Bogdansky, Betsy | March 14, 2006 |
| | 30. | Bowie, Dutak Paddy | March 22, 2006 |
| | 31. | Boyle-Lewicki, Edna, Esq. | March 20, 2006 |
| | 32. | Bradford, Susan A. | March 17, 2006 |
| | 33. | Breitowitz, Rabbi Yitzcha A. | March 14, 2006 |
| * | 34. | Broder, Hillel | |
| | 35. | Butler, David J. | March 21, 2006 |
| | 36. | Calm, David L. | March 14, 2006 |
| | 37. | Caplan, Brian A. | March 15, 2006 |
| * | 38. | Charner, Rabbi Yitzchak | March 16, 2006 |
| * | 39. | Cohen, Captain Andrew J. | March 20, 2006 |
| | 40. | Cohen, Dan | March 14, 2006 |
| | 41. | Cohen, Jeffrey Lee | March 17, 2006 |

| | | | |
|---|---|---|---|
| | 42. | Colice, Gene L., MD, FCCP | March 22, 2006 |
| | 43. | De Freitas, Freddy | March 8, 2006 |
| | 44. | De La Guardia, Carlos | |
| | 45. | Denn, Meyer | March 17, 2006 |
| | 46. | Doucet, Laura Lippy | March 22, 2006 |
| * | 47. | Drevitch, Saul B. | March 16, 2006 |
| | 48. | Dunkin, Jared & Livia | March 19, 2006 |
| | 49. | Eackles, Ledell | March 18, 2006 |
| | 50. | Eisenberg, Harry | March 16, 2006 |
| | 51. | Elkin, David | March 16, 2006 |
| | 52. | Epstein, Marc S. | March 17, 2006 |
| | 53. | Epstein, Michael David | March 21, 2006 |
| | 54. | Erickson, Paul | March 15, 2006 |
| | 55. | Ettinger, Yoram | March 14, 2006 |
| | 56. | Ettner, Frederic M., MD | March 14, 2006 |
| * | 57. | Ettner, Randi, PhD. | March 13, 2006 |
| * | 58. | Felder, Chana E., LCPC | March 20, 2006 |
| | 59. | Feldman, Howard J. | March 18, 2006 |
| * | 60. | Feldman, Laurel | March 16, 2006 |
| | 61. | Feskoe, Gaffney J. | March 14, 2006 |
| * | 62. | Field, Lisa | March 17, 2006 |
| | 63. | Field, Philip and June | March 24, 2006 |
| | 64. | Finkelman, Ellen D., M.D. | March 13, 2006 |
| | 65. | Fischer, Murray D. | March 16, 2006 |
| * | 66. | Fitial, Gov. Benigno R. | March 20, 2006 |
| | 67. | Franco, Allan | March 14, 2006 |
| | 68. | Friedberg, Ezra M. | March 12, 2006 |
| | 69. | Friedman, Adina | March 16, 2006 |
| | 70. | Friedman, Laia | March 23, 2006 |
| | 71. | Friedman, Ruth | March 22, 2006 |
| | 72. | Friedrich, Bruce G. | March 15, 2006 |
| | 73. | Fuchs, Royal J. and Carol | March 19, 2006 |
| | 74. | Fuhrman, Nicholas A. | March 20, 2006 |
| * | 75. | Garfield, Sam | |
| | 76. | Gerow, Charlie | March 15, 2006 |
| | 77. | Gewirtz, Adina R. | March 13, 2006 |
| | 78. | Gewirtz, Blanche | March 19, 2006 |
| | 79. | Gibson, Derek | March 20, 2006 |
| | 80. | Glasner, David | |
| | 81. | Gobrin, Ohran | March 19, 2006 |
| | 82. | Gochin, Jeffrey | March 17, 2006 |
| | 83. | Gol, Abe and Janet | March 12, 2006 |
| | 84. | Goland, Michael | March 19, 2006 |
| | 85. | Goldberg, Rabbi Judge Sander | |

| | | | |
|---|---|---|---|
| | 86. | Goldberger, Gustav | March 15, 2006 |
| | 87. | Goldman, Richard | February 23, 2006 |
| | 88. | Goldrich, Jona | February 10, 2006 |
| | 89. | Goldschmidt, Stanley H., Esq. | March 16, 2006 |
| | 90. | Goodman, A. Gary, DDS | March 16, 2006 |
| | 91. | Goodman, Sorah | March 17, 2006 |
| | 92. | Graber, Jeffrey | March 15, 2006 |
| * | 93. | Gradon, Devora | March 21, 2006 |
| | 94. | Graff, Ivan | March 15, 2006 |
| | 95. | Grayson, Devorah | March 19, 2006 |
| | 96. | Gross, Fred | |
| * | 97. | Groves, Steven | March 20, 2006 |
| | 98. | Grun, Joseph | March 14, 2006 |
| * | 99. | Guiliani, Rev. John B. | |
| | 100. | Hauserman, Dick | February 20, 2006 |
| * | 101. | Hercenberg, Jerrold J. | March 19, 2006 |
| * | 102. | Hercenberg, Sunny E. | March 19, 2006 |
| | 103. | Herzfeld, Rabbi Shmuel | March 21, 2006 |
| * | 104. | Hexter, Rabbi Naftoli | March 17, 2006 |
| | 105. | Hickox, Jason | March 20, 2006 |
| | 106. | Higgins, James | March 21, 2006 |
| * | 107. | Hillman, Scott | March 16, 2006 |
| * | 108. | Hillman, Shari | March 16, 2006 |
| | 109. | Hoffman, Michael C. | March 17, 2005 |
| | 110. | Holland, Gary | March 19, 2006 |
| | 111. | Idstein, Pinchus | March 23, 2006 |
| | 112. | Ingila, Yotaka Alain | March 14, 2006 |
| * | 113. | Jackson, Dave | March 13, 2006 |
| | 114. | Jacobson, David, AIA | March 16, 2006 |
| | 115. | Jacoby, Daniel | March 24, 2006 |
| | 116. | Jaffe, Steven and Pauline | March 15, 2006 |
| | 117. | Jerome, Ian | March 14, 2006 |
| | 118. | Joseph, Akram and Amal | March 16, 2006 |
| | 119. | Kann, Garry Michael | January 7, 2006 |
| | 120. | Kapen, Gil | March 15, 2006 |
| | 121. | Kaplan, Michael B. | March 21, 2006 |
| * | 122. | Katz, Menashe | March 20, 2006 |
| | 123. | Katz, Shlomo D. and Sharona | March 15, 2006 |
| | 124. | Kerbel, E.D. | March 15, 2006 |
| | 125. | Kerbel, Uri | March 16, 2006 |
| | 126. | Kermaier, Alan and Judy | March 16, 2006 |
| * | 127. | Kermaier, Rabbi Daniel | March 20, 2006 |
| * | 128. | Kermaier, Rabbi Yaakov | March 16, 2006 |
| | 129. | Klein, Isaac and Carol | March 21, 2006 |

| | | | |
|---|---|---|---|
| | 130. | Klein, Jeffrey | March 16, 2006 |
| | 131. | Klein, Renana | March 16, 2006 |
| | 132. | Klinghoffer, David | March 20, 2006 |
| * | 133. | Knoell, Stacy Lynn | March 15, 2006 |
| | 134. | Koslowe, Patricia and Neil | March 20, 2006 |
| * | 135. | Kramer, Harvey and Betty | March 16, 2006 |
| | 136. | Kramer, Miriam and Larry | March 13, 2006 |
| | 137. | Kronemer, Seth | March 20, 2006 |
| | 138. | Kwiat, Russell | March 15, 2006 |
| | 139. | Lafave, Arthur J., Jr. | March 14, 2006 |
| * | 140. | Landesman, Avrom | March 15, 2006 |
| * | 141. | Lapin, Rabbi B. David | March 14, 2006 |
| * | 142. | Lapin, Devorah | |
| | 143. | Lapin, Moshe D. | |
| * | 144. | Lapin, Raphael E. | March 13, 2006 |
| * | 145. | Latourette, Laurence R., Esq. | |
| | 146. | Laufer, Deborah and Pinchus | March 19, 2006 |
| | 147. | Lawson, Dan, M.D. | |
| | 148. | Lebovic, Linda Kramer | March 19, 2006 |
| * | 149. | Lebovic, Malka | March 19, 2006 |
| * | 150. | Lebovic, Stan | |
| * | 151. | Lefkovitz, Genusia | March 21, 2006 |
| * | 152. | Lerner, Ari S .Lerner | March 13, 2006 |
| | 153. | Lertzman, Dr. J.A. | |
| * | 154. | Levin, Rivka | March 23, 2006 |
| | 155. | Levine, Michele and Jay | March 19, 2006 |
| * | 156. | Lewin, Nathan | March 15, 2006 |
| | 157. | Litwack, Dave | March 20, 2006 |
| | 158. | Litwack, Michael | March 21, 2006 |
| | 159. | Litwack, Maury | |
| | 160. | London, Judith A. | March 16, 2006 |
| | 161. | Lopez, Kara M. | |
| | 162. | Lord, C. Douglas, M.D. | |
| * | 163. | Low, Nathan A. | March 13, 2006 |
| * | 164. | Lucier, James P., Jr. | March 22, 2006 |
| | 165. | Magilnick, Judd and Denise | March 20, 2006 |
| * | 166. | Mailman, Frederick | March 20, 2006 |
| | 167. | Mailman, Jodi S. | March 19, 2006 |
| * | 168. | Malnik, Leon | March 12, 2006 |
| | 169. | Manko, Joseph M. | February 16, 2006 |
| * | 170. | Margolis, Rose | March 16, 2006 |
| | 171. | Mattei, Michele | March 21, 2006 |
| | 172. | McKay, Karen | March 22, 2006 |
| * | 173. | Medinets, Tzivia | March 23, 2006 |

| | | | |
|---|---|---|---|
| | 174. | Melancon, Marc | March 17, 2006 |
| * | 175. | Mendlowitz, Rabbi Raphael | March 15, 2006 |
| * | 176. | Milgraum, Michael, Esq. | March 20, 2006 |
| * | 177. | Miller, Brian | March 20, 2006 |
| * | 178. | Miller, Israel C. | March 15, 2006 |
| | 179. | Miller, Dr. Neil | March 19, 2006 |
| * | 180. | Mond, Ita C. | March 19, 2006 |
| | 181. | Mond, James, M.D. .Ph. D. | |
| * | 182. | Moses, Ari | March 15, 2006 |
| | 183. | Moses, Donald J. | March 16, 2006 |
| * | 184. | Moss, Rachel | March 16, 2006 |
| * | 185. | Nadler, Richard | March 15, 2006 |
| * | 186. | Nedd, Rt. Rev. Council, II | March 17, 2006 |
| | 187. | Neugroschl, Ernest and Joan | March 16, 2006 |
| * | 188. | O'Brien, Tim | |
| * | 189. | Olsen, Thomas G. | March 12, 2006 |
| * | 190. | Oratz, Rabbi Yehuda | |
| * | 191. | Orenstein, Jason I., DVM, MBA | March 15, 2006 |
| * | 192. | Oshry, Judith W. | March 21, 2006 |
| | 193. | Pappas, Theodore M. | March 20, 2006 |
| * | 194. | Pieprz, Elie M. | March 16, 2006 |
| * | 195. | Pieprz, Judith | March 22, 2006 |
| | 196. | Pieprz, William | March 19, 2006 |
| | 197. | Pines, Abby and Jeffrey | March 16, 2006 |
| | 198. | Pogostkin, Arkady | March 20, 2006 |
| | 199. | Potter, Marshall R. | March 19, 2006 |
| | 200. | Potter, Sigla | March 19, 2006 |
| * | 201. | Prince, James G., Esq. and Barbie | March 12, 2006 |
| | 202. | Rabin, Douglas S., M.D. and Vivian Steir | March 13, 2006 |
| * | 203. | Reches, Michael | March 20, 2006 |
| | 204. | Reiz, Ira | March 22, 2006 |
| | 205. | Rephun, Nava, M.S.W. | March 16, 2006 |
| | 206. | Rishe, Adam M. | March 13, 2006 |
| * | 207. | Robinson, Ronald E., Esq. | May 17, 2006 |
| | 208. | Rogers, Adam | March 19, 2006 |
| * | 209. | Rohrabacher, Congressman Dana | March 13, 2006 |
| | 210. | Rolef, Steven A., Esq. | March 19, 2006 |
| | 211. | Rosenfield, Desi | March 17, 2006 |
| | 212. | Rossie, Barrett J. | March 14, 2006 |
| | 213. | Rothenberg, Allen L., Esq. | March 13, 2006 |
| | 214. | Rozen, Brian D. | March 20, 2006 |
| | 215. | Ruchelman, Charles M. | March 20, 2006 |
| * | 216. | Ruebelmann, Louis B., CPA | March 20, 2006 |
| | 217. | Rush, Herman | March 1, 2005 [sic] |

| | | | |
|---|---|---|---|
| * | 218. | Sabrin, Howard W., Ph. D. | March 13, 2006 |
| | 219. | Saltzman, Harold E., Ph.D. | March 17, 2006 |
| * | 220. | Sassoon, Richard and Jane | March 16, 2006 |
| | 221. | Saunders, Jerry and Toby | March 20, 2006 |
| | 222. | Schaffer, Herbert | March 17, 2006 |
| * | 223. | Schiller, Rabbi Mayer | March 14, 2006 |
| | 224. | Schlossberg, Eli W. | March 15, 2006 |
| * | 225. | Segal, Shaina B. | March 25, 2006 |
| * | 226. | Severe, William B. | March 20, 2006 |
| | 227. | Sharf, Brent | March 26, 2006 |
| | 228. | Shames, Ellen | March 17, 2006 |
| | 229. | Sidransky, David, M.D. | March 15, 2006 |
| * | 230. | Siegel, Audrey | |
| * | 231. | Siegel, Barbara Lehmann | March 15, 2006 |
| | 232. | Silver, Paul A., M.D., F.A.C.P. | March 18, 2006 |
| * | 233. | Singer, Beth and Michael | March 16, 2006 |
| | 234. | Singer, Hyam | March 15, 2006 |
| | 235. | Singer, Naomi | |
| | 236. | Singer, Rabbi Yosef | March 19, 2006 |
| | 237. | Slater, Reuvane | |
| | 238. | Snapper, Clifford M., M.D. | March 17, 2006 |
| | 239. | Snyder, Michele | March 16, 2006 |
| * | 240. | Sragg, Ken and Sarah | March 18, 2006 |
| | 241. | Steinberg, Devorah | |
| | 242. | Stern, Lawrence S., Esq. | March 17, 2006 |
| | 243. | Stuber, Robert | March 14, 2006 |
| * | 244. | Sunkin, Neil M. | March 15, 2006 |
| | 245. | Szanzer, Howard | March 18, 2006 |
| | 246. | Taksel, Ellen | March 19, 2006 |
| * | 247. | Taksel, Leon | March 20, 2006 |
| | 248. | Tan, Willie | March 14, 2006 |
| | 249. | Tave, Rabbi Gershom | |
| * | 250. | Teitelbaum, Esti | March 21, 2006 |
| * | 251. | Thomas, Christine | March 20, 2006 |
| | 252. | Topas, Judith Marie | March 13, 2006 |
| | 253. | Topas, Matt | March 12, 2006 |
| | 254. | Topolosky, Nancy and Allan | March 26, 2006 |
| * | 255. | Vallerand, Jeremy | March 15, 2006 |
| | 256. | Vender, Jacob George | February 15, 2006 |
| * | 257. | Wachs, Gerald N., M.D. | March 14, 2006 |
| | 258. | Warner, Monty | March 16, 2006 |
| | 259. | Weidenfeld, Yarden | March 15, 2006 |
| | 260. | Weiss, Todd M. | March 13, 2006 |
| * | 261. | Weissmann, Grace R. | March 21, 2006 |

| | | | |
|---|---|---|---|
| | 262. | White, Jerome M. | February 12, 2006 |
| | 263. | Winston, Rachel | March 20, 2006 |
| | 264. | Winter, Rabbi Kalman | March 20, 2006 |
| | 265. | Yifrah, Isaac and Leah | March 15, 2006 |
| * | 266. | Youlus, Rabbi Menachem | March 21, 2006 |
| * | 267. | Young, Captain Michael | March 15, 2006 |
| | 268. | Zieziula, Frank R., Ph. D., L.P.C. | March 20, 2006 |
| * | 269. | Zuber, Avi | March 22, 2006 |

Dear Judge Huck,

I know that the decision will be in your hands for the outcome of my father and I just wanted to ask you to hear me out before you do so. My name is Alex and I am the second child of five. I personally do not know a lot about you or your morals but I know that if you were to take a look into how my father leads his life you would see that he is not the kinds of person that should be sent to prison. He is a very kind man, a god fearing man and most of all a great father. My father has never wronged anyone in business or in life and he seems to be taking the blame for a crime he did not commit. If you could find it in your heart to at least look further into my father I would be eternally grateful.

Sincerely,

Alex Abramoff.

Dear Judge,

My name is Abramoff. What has been happening for the past 2 or 3 years with my family and my life has just been horrific from the Harassment to the incredibly evil and disgusting news articles and the news on tv. I have had to change my name in front of people just so they didn't feel bad about talking bad about my dad infront of me. You see I go to school in NY, so when people hear that I'm a border they first ask "where are you from?", I say "Maryland" then they say "O, what school did you go to?" and I say "Eshkol Academy" (which was the jewish private school which my dad started just to spread the knowledge of Judaism, but it didn't work out) and they would say "hey! isn't the owner of that school going to jail?" and I let him know that I wasn't sure and I think to myself "wow, this guy has no idea at all who hes talking to!" So I think how embarrasing for him It would be so When he asked his next question which was whats your last name, I either a, tell him that my last name is Abramoff and that I am sickened to my stomach about people who don't feel anything about the person thats suffering especially while the talk about him behind his back. Or b, I can say "yes, my last name is feldman, and act like nothings the matter. Well I took b, and it hurt so much inside

)

that at that time I felt like I wasn't proud to have my last name, to be part of my family, basically to be who i am. My dad is the greatest, finest, nicest, funniest, and most charitable man I've ever known. I feel horrible about how I used my parents for my things that I own and for that I am so sorry for that and I wish I can take it all back or in some sense give it all back. Sir, I believe in justice for criminals, meaning Robbers, Rapists, pedofiles, murderers, and so many more. My father does not fall under that catagorie. He has been casted out to be an evil villin by the news, but, the thing about all those crooked and heartbreaking journalists are that when they pass away and the get to god, and think that they will be going to heaven they are dead wrong because god will trial them for embarrasment. It says in the torah (bible) that embarrasment is one of the worst things you can do because you make them feel like they are dead inside. i have felt that every day in my school, almost every day its talked how my dad is a criminal! And about how hes goin to jail. If my dad wasn't my dad and I knew the truth about this man, about how everyone wanted a piece

of him because he was at the top of his game then I would be so sickened and would still be writing a letter about him, about how it is unfair, how its unfair how everyone treats him.

Not only will I be incredibly depressed up in New york but can you imagine how depressed my family is goin to be, with no protection, Nobody to pray with, nobody to do anything with. ~~[illegible]~~

These past 2 years have been the worst years of my life, please make it a little easier for me, my dad, and especially my family.

There has only been two things positive in these passed years, 1, I am so much closer to my family which I thank god for bringing us together, and 2, It has made me more religious in judaism because I still believe that god can help us, we need to stay strong with god and life.

please, make the right decision,

Abramoff

**FRANK ABRAMOFF**

March 15, 2006

His Honor Paul C. Huck
Judge, Federal Court
99 NE 4th Street
Miami, Florida 33132

Dear Judge Huck:

I am writing on behalf of my son, Jack Abramoff. Your Probation Officer, Orlando Burgos, suggested that I write to you. I understand that Jack will be sentenced in the near future, therefore, I am writing to you to sincerely ask for your consideration in reviewing my comments to assist you in your sentencing of Jack.

As Jack's parents, my wife and I, like the rest of our family, are heart broken that the current circumstances may lead to the destruction of our son's family. We are a proud family. Since the day my father and grandfather arrived in the USA more than 100 years ago, we have never had anyone in our family accused of or involved in any criminal activity. My wife and I have been married for almost 52 years. We are the proud parents of three children and have been blessed with ll grandchildren. Since I was 12 years old, because of my father's illness and the great depression, I was happy to be able to work and help support our family. For a period of time after my brother enlisted in the Army during the early stages of WWII, I was the sole provider form my family until I was 17 years old, at which time I enlisted in the US Navy in 1944. Both my brother and I served in the South Pacific Theater of War.

Jack has always been a totally obedient son and has strived his utmost to excel in every endeavor in which he has ever been engaged. His competitive spirit was evident in his school years in sports and scholastic activities and continued after he chose to live and work in Washington for the past 23 years. Our family has been aware of his accomplishments and successes. I do know that my son's nature has not been to ever purposely hurt anyone or to participate in a designed criminal activity. However, his unique ambitions are probably the reasons that have led him to his present problems.

Your Honor, my son has much to repent for and if given the opportunity will bring his drive and abilities in performance of public and charitable services. I believe he would be especially effective in helping young people to take the correct course in their endeavors would be one way of benefit to society. For my son to be incarcerated for any lengthy period of time would totally destroy his opportunity to repay society and would permanently adversely impact his ability to continue to be a good and caring husband and father of five children. Many others can confirm that Jack is an exceptionally bright and organized individual. With his very well rounded formal and practical learning experience, he would best be able to serve society by embarking on a long term and far-reaching program to help others.

Your Honor, unfortunately I will not be present at Jack's sentencing. Recently my wife has been diagnosed with liver cancer and for the last three weeks has been under treatment at the UCLA Medical Center. Her therapy treatment program requires me to be with her during this time. However, if you would care to discuss my son's case with me personally, I can be reached at my cell phone number (760) 668-0806. I hope that my thoughts expressed in this letter will assist you in the making of your decision.

Respectfully yours,

FRANK ABRAMOFF

Dear Judge Huck,

My name is Levi Abramoff. I am eighteen years old, the eldest of five of Jack Abramoff's children. On Wednesday, March 29th you will decide not only my father's fate, but also the path the lives of the rest of my family will move towards.

Over the past two years, my family has been through more pain than I hope anyone ever has to endure. From constant humiliation to the painful realizations that my (our) father may have to spend extended time in prison.

As I write this, my eyes start to tear. Because my father has been very strong, and a constant positive role model throughout these times (and my whole life), I have not cried very often about the events that have been overtaking our personal lives. It pains me greatly to even think about what life would be like without having him around to keep me strong.

The media has portrayed my father as a horrible person, as someone who cares only about personal wealth. It is very hurtful to read this because, I, someone who has lived with Jack Abramoff my entire life, knows that this is not the person he really is. My father has spent countless hours dedicating his time to the community, using most of the money he made to start schools, kosher restaurants, and helping many people in the Jewish community with anything and everything possible. The rest of the money was spent on making sure that the members of his family were happy and in good health.

It is very weird writing this letter. I feel as if I am writing a letter to God, pleading to not take my father away. I know that there is nothing I can do or say to convince you to be completely lenient with my father. There is nothing I can do or say to even show you the pain that my family and I have felt these two years. All I have are these words in this letter. I have never had much of a chance to voice my pain, and it is difficult for me to express it now that I have been given the chance.

On March 29th, you will be sentencing my father. The man who has taught me how to be a good person. The man who has shown me the difference between right and wrong. On March 29th, I will know if my families will become even more difficult to endure than it already has been. I will know if I will have to be separated from my father from an extended amount of time

Please, Judge Huck; from the bottom of my heart, for my mother, my siblings, for the people of our community, for myself and my beloved father; find it in your heart to help bring a little light on what has been a very dark two years.

Sincerely,
Levi Abramoff

The Honorable Paul C. Huck
U.S. District Judge
James Lawrence King Federal Justice Building
99 N.E. 4th Street, Suite 1067
Miami, FL 33132

March 17, 2006

Dear Judge Huck,

How is it possible to adequately convey in a letter how much a person means to you when the letter is addressed to one whose measure of mercy will determine that loved one's fate? Judge Huck, I pray that you will read my letter and will find room in your heart to be as lenient as you can possibly be when sentencing my husband, Jack Abramoff.

The Jack Abramoff so negatively portrayed in the media is not at all the man I have been married to for nearly 20 years. That is not the man who is first and foremost devoted to his children and family, nor the man who has helped so many in the community. I hope that my words will help you understand who Jack really is, the great amount of good he has done for others and the incredibly positive impact he has had on our family and our community.

Jack is my partner in every sense of the word. He is a thoughtful, loving and considerate husband who, to this day, I feel privileged to have married. I had no regrets walking down the aisle 20 years ago and I have no regrets now. We are a team. It takes a team to raise children, a challenging feat at almost every phase of children's lives. Jack has always been available, physically and emotionally, for our children. In fact, throughout the years, our family has been Jack's refuge and he our mainstay. I cannot imagine the pain and suffering we would all endure should Jack be incarcerated.

Our five children, all teenagers, love and need their dad. He is truly their best friend. The boys confide in Jack, talk sports with him, seek his advice. He tries so hard to relate to what is important to them and to keep the dialogue open at all times. He has been especially diligent with honest and open communication during the difficult times we have been enduring as a family over the last few years. It is devastating to think that Jack might not be with us, that his chair will be vacant at the dinner table.

Several of our children have learning disabilities and Jack has left no stone unturned finding ways to meet their needs and he also assists each of our other children. He helps them with homework, speaks to their teachers and attends

participation because she loved Jack from the moment she met him. She and my step-father always told me how lucky I was to have married such a wonderful person and I agree wholeheartedly.

Jack is a devoted and loving son and has always shown utmost respect for his parents. His mother, I am devastated to tell you, is suffering from a serious form of liver cancer. How much pain can a person endure? How much pain can a family be asked to endure?

Religion plays a critical role in Jack's life and in our family's life, as well. The obvious disparity between the religious teachings that he views as a guide to life and the wrongs he committed has caused Jack to do serious soul searching. He is keenly aware that he has created pain and caused shame and he is tormented by that.

There is not a day that goes by that Jack does not express remorse for his past actions. He is truly regrets his lapses in judgment. I know that Jack intends to make right his wrongs in any way he can and hopes to be able to influence others not to make the mistakes he made.

Judge Huck, I beg you to take into consideration my letter and every other letter written in Jack's behalf when deciding Jack's punishment. I pray that you forego incarceration and permit Jack the opportunity to use his skills for the betterment of society and allow him to be with his family, who need him more than you will ever know.

Sincerely,

Pam Abramoff



BURGEE &
ABRAMOFF
PROFESSIONAL CORPORATION

ROBERT W. ABRAMOFF

March 13, 2006

Hon. Paul C. Huck
Federal Court
99 NE 4th Street
Miami, FL 33132

Re: Jack Abramoff

Dear Judge Huck:

I am Jack Abramoff's brother. I wanted to write to you to express some of the feelings that my family and I have concerning my brother's situation.

It is very difficult to know where exactly to start. My brother has always meant so much to me since I was a child. I cannot and would not comment on his business dealings as I am not really very familiar with them, but I can tell you that he has always been a very compassionate and loving brother to me and uncle to my children. He is an exemplary family man who is very much involved with the lives of his five children. Of course, it is easy to say that a parent is loved by his children, but truly Jack's children love, respect and rely on him and their mother, Pam. Recently, I had the unfortunate opportunity of witnessing this first hand. I say unfortunate because I was there for his daughter Sarah when Jack was asked to turn himself over to the authorities in Los Angeles when he was indicted last September. Jack and Sarah were visiting Los Angeles when he received the call. I met them at the parking facility for the Federal Building and took Sarah back to my house while she watched her father leave for a night in jail. It was devastating.

I appreciate you taking the time to look at this letter and those of the other people close to Jack. I know that you have a tremendous responsibility in your capacity and ask only that you consider in your deliberations that Jack is not a "dangerous criminal" who needs to be kept from society for the security of this nation and its people. He is a gentle family man who can serve society in ways that few can even imagine. It would be a tragedy to see him sent away from his family when there are so many alternatives which would strengthen our social and political system. I know that you will use your considerable knowledge and experience in making the right decision for Jack, his family and the country at large.

Very truly yours,

ROBERT W. ABRAMOFF

Dear Judge Huck,
My name is Abramoff. I am the youngest kid in the Abramoff family. In the past few years I have gone through a lot for a 12 year old girl. For example the media making my Dad look like an evil man. My Dad is the sweetest man I've ever met. Hes become a laughing stock with a lot of late night show hosts. When I was wathing the Golden Globes this year I wasn't shocked that they would mention my dad out when George Clooney was supposed to be saying thanks you to everyone he could he goes and laughs at my dad. I guess why I ended up bursting into tears is because my favorite actors and role modle's were laughing back. If my Dad has to go to Jail for a long time it would be very awful to me, my family, and most of all my Mom. My Dad is the who holds are family together and without him we will fall apart. I know that my Dad has made a mistake but if all the people who made mistakes were going to Jail then everyone would be in Jail. Please Judge Huck please don't sentance my Dad for too long. because if you dont you will be saving me and my family. Its all up to you so please make the right decision.

Sincearly with respect,
Abramoff

takes were going to

**VERA ACCORD**

February 12, 2006

His Honor Paul C. Huck
Judge - Federal Court
99 NE 4th Street
Miami, Florida 33132

Dear Judge Huck:

I have been a legal secretary for 47 years and have had the pleasure of working with Jack Abramoff's father, Frank, for five years. If Jack is anything like his father, he is a kind, caring and considerate person. I believe that Jack Abramoff made some mistakes which he has admitted. I also believe that justice would not be served by imprisonment. Not only would Jack be punished, but his wife, children, parents and brother and sister will also be greatly punished.

So I ask you, Judge Huck, to consider these facts and to please be lenient when sentencing.

I thank you for taking the time to read this letter.

Sincerely,

Vera Accord

VERA ACCORD

June 27, 2005

The Honorable Paul C. Huck
U.S. District Judge
James Lawrence King Federal Justice Building
99 N.E. 4th Street, Suite 1067
Miami, FL 33132

Dear U.S. District Judge Huck:

Aloha! My name is Rowena Akana and I am a trustee-at-large for the Office of Hawaiian Affiars (OHA) in Honolulu, Hawaii. I am writing to ask that you please consider my positive experiences working with Mr. Jack Abramoff when determining his sentence.

Despite what I have heard in the media about Mr. Abramoff, my views of him as an honest and professional lobbyist have not changed. I got to know Mr. Abramoff while he was being interviewed by our office to assist us with lobbying the U.S. Senate on Native Hawaiian legislation. Mr. Abramoff stood out during the interview process with his honest and straightforward presentation. Mr. Abramoff was the only interviewee who was open about his fees and he remained genuinely passionate about our cause even though his firm was not chosen to represent our office.

During my subsequent visits to Washington D.C., I was able to get to know Mr. Abramoff further and there were three things that struck me about him. First he is deeply religious. Second, most of his conversations centered on his family, particularly his children. Third, he genuinely cares for his community and was proud of the fact that he helped to start a neighborhood school.

Again, I ask that you please take into consideration Mr. Abramoff's love for his family and his positive work with the community when determining his sentence. I also ask that you consider alternatives to incarceration, such as community service. Mr. Abramoff has a lot to offer his community and I feel he should be given a chance to remain a productive member of society.

Thank you for your attention regarding this letter. If you have any questions, please call me at (808) 377-5391.

Aloha pumehana,

Rowena Akana

# James W. & Elizabeth N. Alexander

March 15, 2006

The Honorable Paul C. Huck
U.S. District Judge
James Lawrence King Federal Justice Building
99 N.E. 4th Street, Suite 1067
Miami, FL 33132

Dear Judge Huck:

I am writing this letter in support of my brother-in-law, Jack Abramoff. Jack has been married to my sister for 20 years.

Jack Abramoff is a devoted family man and is very involved in the care of his five children. He has always been a positive influence on the entire family. He is deeply religious and has always made instilling high morals in his children a top priority.

Jack has been a solid rock for our family during a very difficult time. Our mother passed away unexpectedly this past year. Our father died when we were young children. Jack was unbelievably supportive to all of us, especially my sister. Although he has been going through a difficult time, his main concern has been for the well being of the family. He read a letter written by my sister at my mother's funeral that meant so much to all of us. My sister really needs him now.

The family has suffered tremendously over the last couple of years and his wife and children need him now more than ever. All of his children are teenagers and need a father to help guide them through the rest of their childhood. Please do not deprive them of their father any longer than necessary. Please do not let the media's portrayal of Jack be a factor in your decision. That in no way reflects the man that we all know and love. The things said and written about his character couldn't be further from the truth. He truly is a great man.

I trust you will take these factors in consideration when sentencing him. I respectfully ask that you exercise leniency within your discretion.

Very truly yours,


James W. Alexander, Jr.
Elizabeth N. Alexander

**Patricia Alexander**

March 13, 2006

The Honorable Paul C. Huck
US District Judge
James Lawrence King Federal Justice Building
99 NE 4th Street, Suite 1067
Miami, Florida 33132

Dear Honorable Judge Huck,

I am writing to respectfully ask that you consider this letter with regard to my brother-in-law, Jack Abramoff, as you decide on his sentencing. Jack has always been an outstanding citizen. He has generously offered his time, financial support and leadership to numerous family members, friends, and even to individuals he has never met who were in need, as well as to the many causes he personally supports. His life-long commitment to helping others has been evident in his many leadership roles.

Jack has always been an excellent father to his five children and a wonderful husband to my sister. He has been extremely involved in his religious community. To my knowledge, Jack has offered his full cooperation in his legal affairs and will continue to do so for as long as needed.

It is my deepest hope that you will consider that Jack has suffered tremendous pain as a result of his current situation. His life will never be the same, regardless of his sentence. He is deeply remorseful and I am certain that he will live the rest of his life as a conscientious and law abiding citizen. Jack's five children have suffered a great deal of pain as they contemplate their father spending time in prison. My sister has also suffered tremendously.

I hope and pray that you will consider these factors while deciding Jack's sentence. If I may be of further assistance in this matter, please do not hesitate to contact me. Thank you for your consideration.

Sincerely yours,

Patricia Alexander

Patricia Alexander

Mar. 21 2006 03:08PM P2 FROM :ARSIMON

The Honorable Paul C. Huck
c/o Christopher Man
Chadbourne & Parke, LLC
1200 New Hamshire Ave., NW
Washington, DC 20036

Dear Judge Huck,

I read that you will soon sentence Jack Abramoff. I was once a close friend of his, though I have not seen or spoken to him since the early 1990's. If personal considerations are a factor in sentencing, I may have some useful input; he often stayed with my family for days at a time while in Los Angeles on business.

We have all read that Mr. Abramoff is very charming. Some might infer a manipulative intent behind the charm. But the Jack we saw was never manipulative. His ever-present humor was self-deprecating; never boastful or improper. Tales of mistranslated foreign phrases and bumbled activities entertained our family thoroughly. My children were always delighted to hear that Mr. Abramoff would visit us, as he had many humorous anecdotes about his travels and his children, whom we all became eager to meet. He stumped my children with unusual vocabulary words. When I had things to learn about areas which he had expertise, his patience in teaching me was extraordinary. He was generous with his time and "self", which my then-5-year-old daughter recalls to this day.

We have also read that some of his actions and emails show arrogance on his part. If these reports are fair, I wonder who would have done better with such a rapid and dramatic success as his. During the 1990's dot.com era, news about wealthy people with mistresses wasting lots of money was commonplace. Mr. Abramoff's extravagance (outside his work) seems to have been limited to giving large sums to charity. This behavior is rare among recently wealthy people, in my experience.

I am not a psychologist, but Mr. Abramoff seems an atypical white-collar criminal. His charm and generosity do not speak of a heartless man. While we have yet to see how much he can help to "clean up Washington" (which might not be completed during our lifetime!), my memories of him indicate that he is eager to undo damage he caused. He can be more useful to the Justice Department outside prison walls than inside them.

The ancient Greeks told of Icarus, whose man-made wings allowed him to fly too close to the sun until they melted and could not support him. That's Mr. Abramoff; who flew too high too soon, and fell. Had Icarus survived he would have had superb advice for other fliers. Who knows more about lobbying and legislation (with no interest in keeping the system as it is) than Mr. Abramoff? Who can help more on Congressional reform?

I hope this letter has been useful and adds to the picture the media have painted.

Sincerely,

David Altschuler

03/15/2006 20:08 PAGE 01

GARY A. AMINOFF

March 18, 2006

Hon. Paul C. Huck
Judge - Federal Court
99 NE 4th Street
Miami, FL 33132

Re: Jack Abramoff

Dear Judge Huck,

I am a family friend of the Abramoff family. I have known Frank and Jane Abramoff and their sons, for nearly 30 years and have great affection for them. I have been involved in business transactions with Frank Abramoff and I have found him to be an honorable and highly ethical individual.

I know the family to be one which puts a high premium on integrity and on doing good works. Frank and Jane Abramoff have been heavily involved in community charitable activities, and have raised their sons to do the same.

Jack Abramoff has been involved in charitable activities since he was a young boy. He has contributed to the community for years by supporting educational causes and other worthy charitable endeavors.

Jack is basically a good person. He is a kind, generous and decent man, despite the fact that he got caught up in what may be questionable activities as a lobbyist. He is a good husband and a wonderful father to his five children.

While you will ultimately have to make the decision relating to Jack's future, I would like to express that I think the general community would be much better served by having Jack contribute community service rather than incarcerating him. To deprive his five young innocent children of their father's presence at their vulnerable ages would result in punishing them, in addition to their father.

GARY A. AMINOFF

I am pleading that as a punishment for his admitted wrongdoing, Jack Abramoff serve time in community service, perhaps assisting the government in drafting new legislation relating to the activities of lobbyists, or other community service which would enable Jack to provide something worthwhile to society while, at the same time, allowing him to be able to continue as a loving father to his five children.

Jack has much to contribute to society and community service would provide much more benefit to the community than simply incarcerating him.

Thank you for allowing me to express my thoughts.

Sincerely,

Gary A. Aminoff

**BATSHEVA ATLAS**

March 19, 2006

The Honorable Paul C. Huck
U. S. District Judge
James Lawrence King Federal Justice Building
99 N.E. 4th Street, Suite 1067
Miami, FL 33132

Your Honor:

I am writing about the enormous, serious impact that the sentence for Jack Abramoff will have on his twin daughters, Livia and Sarah.

I know Livia and Sarah Abramoff, as their teacher and guidance counselor last year at the school they attend in Baltimore. Given their family circumstances I had opportunity to get to know them well.

Livia is acting depressed and withdrawn with her peers. Her inability to concentrate has already placed her in a class for students with learning disabilities even though she doesn't have one. I fear that a prolonged sentence for her father would make it extremely difficult and unlikely for her to develop appropriately during these critical adolescent years.

Sarah has many real learning issues which make it difficult for her to succeed. Because of this she is already drifting into a group of friends who treat school like a joke and may very well be throwing away their futures by not getting a decent education. Again, I fear that a prolonged sentence will not allow her to have the supervision and involvement of her father, which would have a stabilizing effect.

Thank you for your consideration of this matter.

Very truly yours,

Batsheva Atlas

Batsheva Atlas

JONATHAN E. AVIV, MD, FACS

March 21, 2006

The Honorable Paul C. Huck
US District Judge
James Lawrence King Federal Justice Building
99 NE 4th Street, Suite 1067
Miami, FL 33132

RE: Jack Abramoff

Dear Judge Huck,

I have known Jack Abramoff since 9th grade when we were classmates together in public high school in Southern California. We met at the high school weight room, while I was a member of the school water polo team, gawking at the football players, one of whom was Jack, who were lifting prodigious amounts of weight compared to the water-based athletes I was involved with. What was notable about Jack was his warmth and willingness to help, teach and motivate non-team members, but athletes all the same, in various techniques of leg strengthening exercises. His leadership capabilities even as a high school freshman where soon followed by his team mates. Jack's selflessness, patience and leadership skills were honed as his high school career progressed. As a result, I was witness to numerous instances where Jack would successfully mediate between hot heads in the lunch room, on the playing field or in social gatherings. One of the remarkable features about Jack's personality was his ability to use humor and passion to get his points across without inciting those possessing another point of view.

One instance in particular stands out which illustrates Jack's selflessness and caring for others. During our senior year in high school Jack was trying to get support for a community service initiative involving indigent high school students who needed funding for educational programs. Somehow, Jack was able to get in touch with Sylvester Stallone- fresh from his first Rocky movie- and compellingly describe what he was trying to do. Mr Stallone – and others- ultimately lent their support to Jack's initiative and that entire endeavor jump started a long and fruitful relationship between Jack, members of the entertainment community and members of the Southern California educational community.

I have kept in touch with Jack through the years enough to know his dedication to his family and to the community in which he has been living. The vitality of Jack's personality, his willingness to give of himself and his perseverance in assisting others are essential to the make up of Jack Abramoff. I would hope that these stellar qualities of Jack Abramoff can be balanced as fairly as possible as Jack's reformation begins.

Sincerely,

Jonathan E. Aviv, MD, FACS

The Honorable Paul C. Huck
U.S. District Judge
James Lawrence King Federal Justice Building
99 N.E. 4th Street, Suite 1067
Miami, FL 33132

March 18, 2006

Dear Judge Huck,

I have known Jack Abramoff for as long as I have been in Washington – he was probably the first person I came to know when I moved here, over 14 years ago. Jack and his wife went out of their way to help me and my family settle into Washington – I cannot tell you how much they did for us, just because they knew that we were new to the area and needed the help.

I have witnessed many many personal and selfless acts of kindness from Jack and his wife. Not the least of which included the support of children's education. Jack put in many hours helping local schools in whatever way he could.

I can also tell you, that Jack's apology is for me as sincere as they come:

"For all of my remaining days, I will feel tremendous sadness and regret for my conduct and for what I have done. I only hope that I can merit forgiveness from the Almighty and from those I have wronged or caused to suffer."

I know people, who behind the scenes, with no public fanfare or disclosure have been approached by Jack and asked for their forgiveness in a similar and equally contrite, elegant language.

I truly believe Jack is deeply sorry for what he has done, and given the opportunity will work to rectify his mistake.

I ask the Judge to please consider other methods of chastisement that can make use of Jack Abramoff's skills and desire to help the community and make-up for his mistakes.

Most sincerely,

Stephen Baars

Rabbi Stephen Baars
Executive Director
Aish HaTorah Washington

March 13, 2006

Dear Judge Huck
U.S. District Judge
James Lawrence King Federal Justice Building
99 N.E. 4th St, Suite 1067
Miami, FL 33132

Dear Judge Huck:

I write to you as someone who has known Jack Abramoff since 1980 and I am of course deeply saddened by some of Jack's actions and the resulting legal action he finds himself in. We're all sinners and we all pay the price for our sins in some way, but for some reason the media has decided to put a spotlight on his crimes in such a way that it has created a image of him that I don't even recognize.

But I do want you to know that Jack has a good heart down deep and he has inspired hundreds of people and helped thousands more throughout his life. I am one of those whom he has inspired. I came to DC as a young kid right out of college and worked for Jack at the national College Republicans office on Capital Hill. He quickly became a mentor to me.

It was his love of country that inspired me and it was due to his influence that I decided to dedicate much of my life to politics and government. He believed in America and in the capacity of its people to do the right thing. After a few years of working with Jack, I returned home to California and ran for office and eventually become the Minority Whip of the California Legislature.

I can tell you that over the years countless others were inspired and motivated by Jack and I have no doubt that the school he founded has changed the lives of hundreds of kids.

Yes, he made some mistake and yes, at some point in his lobbying career, "winning" become more important than the principles he stood for. But it would seem to me that it doesn't do anyone any good to place a man with his talent behind bars for years on end. Surely, there are creative things that can be done which allow him to pay his debt to society in a way that best utilizes his talents.

He is a man who knows how to get things done. Why can't a sentence involve something creative such as undertaking some needed task for a poor community? Perhaps something like raising the money and building a homeless shelter in an area that desperately needs one? Or raising some corporate money to assist in the reconstruction efforts in New Orleans?

Jack is clearly not a threat to society and as long as he is cooperating with the authorities, it seems that incarceration would be counter productive.

Sincerely,

Steve Baldwin

LMU|LA
Loyola Marymount University

Department of Theological Studies

March 13, 2006

The Honorable Paul C. Huck
U.S. District Judge
James Lawrence King Federal Justice Building
99 N.E. 4th Street, Suite 1067
Miami, FL 33132

Re: Jack Abramoff

Dear Judge Huck:

I am a Professor of Ethics and Theology at Loyola Marymount Univ. in Los Angeles, and am writing you on behalf of Mr. Jack Abramoff, whose case I believe you will be reviewing in the near future.

I have known Mr. Abramoff and his family for almost fifteen years, from when he was in the entertainment industry here in Los Angeles. He and I have not had a lot of contact since he moved to the Washington area, so I cannot honestly comment on all of the news that I have read, nor on the allegations that are made against him. But...

I can comment on Jack as a human being of ethics and principle. I don't know what may or may not have happened in Washington, but I have been blessed to see this man's spirit and soul in action as he helped numerous people here in Los Angeles. His family is one of the highest ethical standards, and I experienced multiple times how those qualities that his parents instilled in him would manifest in his dealings with people. I participated with him in an attempt to make a film about the need for hope and faith in times of horror; as Jack made every effort possible to secure funding for a film entitled "The Day the Clown Cried", a movie about the importance of taking care of children that was set in a WWII concentration camp. I watched as he repeatedly tried to do the right ethical action, including seeing him turn away from a significant potential profit because one of the participants in the transaction was shown to be a man without ethics. In other words, I saw Jack do something very few "Hollywood" producers ever do... he walked away from a deal not because of finances, but because of principle.

Not only do I teach Ethics here at LMU, but also Contemporary Judaism. A few years ago I decided to go back to rabbinic school as an adult (and will be ordained next year), partially because of my respect for Jack and the dignity of his beliefs that he demonstrated in his actions. And I would like to share with you a Jewish belief that I feel may be important in your understanding Mr. Abramoff. Hopefully, this understanding of one of the most basic of Jewish concepts will allow you to create a creative way of helping Jack redeem himself for whatever he may have done.

This primary Jewish concept is known as "tshuvah", which means "reconciliation". In Judaism, the Hebrew term for a "sin" is the word "Heit", which is actually an archery term meaning to "miss the target". Tshuvah is the process of fixing that "Heit". It is a multi-stepped process, which involves recognizing what one has done; apologizing for doing it; fixing what you did to the best of your capability; making a commitment not to do it again; and then, when the opportunity comes up, not to do the same "heit" again. Because I saw the seriousness which Jack took this process of Tshuvah when he would accidentally insult or offend someone here in Los Angeles, I have no doubt that this Jewish process is a primary part of his psycho/emotional patterning.

Judge Huck, I am deeply asking you to consider allowing Jack Abramoff to pursue a path of "tshuvah". Again, I am unaware of what he has actually done, and am not even fully aware of what he is being charged with. But I do know this man, have watched him inspire me and inspire others with his ethical behavior, and have faith that if he did something wrong, and recognized it, that he would do everything in his power to make tshuvah. It seems that he has recognized that he did something wrong, has apologized profusely publicly, and is doing what he can to rectify whatever "heits" he made by cooperating fully with the government and agencies. He has made a commitment not to do this type of behavior again. Now, please choose to allow him the opportunity not to make the same mistakes again.

In teaching ethics to college students over the last number of years, I have found that when I assign them the task of making tshuvah with someone they have hurt; that it invariably is an incredibly difficult task for them. And yet, it consistently is rated as the most valuable assignment they get in not only the class, but often in their college career. We all make mistakes; the question is not whether we do, but rather what we do to rectify those mistakes when they happen.

Please Judge Huck, allow Mr. Abramoff the opportunity to rectify his mistakes. Allow him to fully enact this process of personal tshuvah, and to heal the wounds he has not only done to others, but to himself. He and his family have been the brunt of jokes and satires internationally; his brother and parents have been ridiculed in public arenas such as Hollywood Award shows (specifically the Golden Globe Awards). The ridicule and media exposure has been and will continue to be damaging to the wellbeing of his wife and children. Moreover, many of the charitable works he has done are now constantly being questioned, and will be stopped as a result of the excessive media exposure that has come about. If "punishment" is ever justified, then he and those around him have

experienced a punishment exponentially beyond what could possibly be deserved by anyone.

Again, I do not know what happened once he went back to Washington. But I do know that given the opportunity, Jack will do all in his power to achieve "tshuvah" for all that he may have done.

Please, give him that opportunity.

With best regards, and hope,

Michael Barclay

DAVID H. BARRON

MARCH 13, 2006

THE HONORABLE PAUL C. HUCK
U.S. DISTRICT JUDGE
JAMES LAWRENCE KING FEDERAL JUSTICE BUILDING
99 N.E. 4TH STREET, SUITE 1067
MIAMI, FL 33132

RE:  JACK ABRAMOFF

YOUR HONOR:

I SERVED AS NATIONAL CHAIRMAN OF THE 'YOUNG REPUBLICANS'
FOR TWO YEARS OVERLAPPING THE FIRST TERM OF JACK ABRAMOFF AS
NATIONAL CHAIRMAN OF THE 'COLLEGE REPUBLICANS'. I WORKED
CLOSELY WITH HIM IN THAT CAPACITY AND AS MEMBER/PARTICIPANT IN
OTHER ORGANIZATIONS WITH JACK AND SAW HIM OFTEN, TRAVELED
WITH HIM, HAD DINNER IN HIS HOME, ETC. DURING THE EARLY '80's'.

THE JACK ABRAMOFF I KNOW IS A TRUE PATRIOT, A TIRELESS
ADVOCATE OF JUST CAUSES, A DEVOUT, PRACTICING MAN OF FAITH AND
A DEDICATED HUSBAND AND FATHER, AND A LOYAL FRIEND TO HIS
FRIENDS AND TO GOOD CAUSES.

OBVIOUSLY, JACK GOT OFF TRACK IN HIS BUSINESS DEALINGS,
WRAPPED UP IN AN EXTREME SPIRIT OF COMPETITION AND DISREGARD
FOR 'THE RULES', WHICH MAY BE THE NATURAL TENDENCY OF ALL REAL
JEFFERSONIAN LIBERALS.

WHAT I HOPE THIS LETTER MAY IMPRESS UPON YOU, YOUR HONOR,
IS THAT THE JACK ABRAMOFF YOU DO NOT KNOW WOULD PUT HIS LIFE
ON THE LINE TO PROTECT YOUR RIGHTS, AND MINE, AS AMERICANS. HE
WOULD AND HAS WITH GREAT ENERGY FOUGHT COUNTLESS FIGHTS FOR
SUPPRESSED PEOPLES AND GOOD CAUSES AROUND THE WORLD, AND
WILL AGAIN IF ALLOWED THE OPPORTUNITY.

JACK IS A NOBLE MAN WHO GOT LOST AND DID SOME STUPID
THINGS, THINGS WHICH I'M SURE HE IMAGINED ULTIMATELY WOULD NOT
'REALLY' HURT ANYONE.

NOW THAT JACK IS DOING THE RIGHT THINGS, AGAIN, HE NEEDS THE TIME AND SUPPORT TO SET THINGS RIGHT AS MUCH AS POSSIBLE. HOPEFULLY YOU WILL GIVE HIM THE FULLEST OPPORTUNITY TO PROVE HIMSELF IN THIS CURRENT PROCESS BEFORE YOU PASS FINAL JUDGMENT AND DECIDE ON ANY SENTENCING.

IF YOU DECIDE THAT SENTENCING MUST BE DONE NOW, PLEASE TAKE INTO CONSIDERATION THE YEARS OF JACK'S VALUABLE AND SELFLESS WORK ON BEHALF OF SO MANY GOOD CAUSES IN THE UNITED STATES AND GLOBALLY.

AND, SIR, PLEASE COMPASSIONATELY WEIGH THE DEVASTATING AFFECT THE LOSS OF HUSBAND AND FATHER WILL HAVE ON THE ABRAMOFF FAMILY THAT IS ALREADY SUFFERING SO MUCH. JUSTICE MUST SUPPORT PAM AND THEIR KIDS DESPERATELY NEEDING AND DESERVING TO GET THEIR LIVES AND THEIR FAMILY BACK TOGETHER.

THANK YOU AND BEST WISHES.

SINCERELY,

DAVID H. BARRON

## Higa, Karen

**From:** Man, Christopher
**Sent:** Monday, March 20, 2006 3:49 PM
**To:** Higa, Karen
**Subject:** FW: Letter to Judge re: Jack Abramoff

-----Original Message-----
**From:** zzupergirl@aol.com [mailto:zzupergirl@aol.com]
**Sent:** Monday, March 20, 2006 3:45 PM
**To:** Man, Christopher
**Subject:** Letter to Judge re: Jack Abramoff

To whom it may concern,

This letter is regarding Jack Abramoff, who has been a well-respected and important member of our community for many years.

Jack has been involved in many community-service related projects, often anonymously. He has contributed large amounts of money to area day schools, enabling them to continue to keep their doors open and continue providing an education for many of the Jewish children in this area.

Jack has not only provided for the area day schools, but also for many needy families as well. Families that would have been unable to pay basic medical bills and purchase necessary items were helped greatly by Mr. Abramoff, who gave both of his time and his money to help others in their times of need.

Please also think about the pain and sadness that his family will have to ensure should he be sentenced for a lengthy amount of time. He has clearly shown regret; need his family be punished for his wrongdoings?

Please show compassion in your sentencing.

Sincerely,

March 26, 2006

The Honorable Paul C. Huck
U.S. District Judge
James Lawrence King Federal Justice Building
99 N.E. 4th St.
Suite 1067
Miami, FL  33132

The Honorable Paul C. Huck,

As the sentencing of Jack Abramoff approaches, I am writing to you to ask that you strongly consider how this sentence will affect my student, Sarah Abramoff. In my experience as a middle school teacher, I have seen countless times how a traumatic situation in a student's personal life can affect the child's overall development and ability to succeed.

Please look at young, innocent Sarah. A fine, cooperative student, she comes to school each day eager to learn and to grow. Surely it is not only the education she receives that will determine her development into a well adjusted adult, but rather all the combined experiences of her adolescent years. How vital to a young adult's development is the sense of security afforded by a strong family structure. And how devastating a blow would be the loss of that loving embrace.

In my capacity as Sarah's teacher, I have had the opportunity to communicate with the Abramoffs about their daughter's progress. My impression from my contact with them, is that Sarah is blessed to have parents who are strongly involved in her education. As you are faced with weighing the difficult decision with which you are entrusted, I implore you to view Mr. Abramoff as the father of his children.

Sincerely,

C. Berman

Ms. Chana Berman
Teacher, Bais Yaakov Middle School

Dennis Berman

March, 13, 2006

The Honorable Paul C. Huck

U.S. District Judge

James Lawrence King Federal Justice Building

99 N.E. 4th Street, Suite 1067

Miami, FL 33132

Dear Judge Huck,

I am writing this letter on behalf of Jack Abramoff.

Every time I read about Jack in the newspaper, the accounts are always totally one-sided. Jack is portrayed as a villain whose every action was calculated for the benefit of his own self interest.

These accounts do not reflect the Jack Abramoff whom I know.

I have been involved many years with numerous pro bono activities in the Washington, DC area. Of particular interest to me has been the subject of Jewish education. My involvement has been one which includes the expenditure of very large sums of my personal money and countless hours of activities for the benefit of Jewish education.

The list of people who have taken the subject of Jewish education to heart at such a level is a very short one, but, at the top of this list is Jack Abramoff. Jack has been the primary supporter for two schools (both with his money and his time), and Jack served as President of a third school.

At least ten years ago, a new Jewish elementary school opened in the Washington, DC area called the Torah School of Greater Washington. At the time, I was quite surprised since the establishment of a new school is a very expensive and time consuming proposition. I asked who was the driving force behind the new school, and I heard it was Jack Abramoff. At that time, I had not previously met Jack, but I met him soon thereafter at a Torah School event, and I found him completely committed to the furtherance of Jewish education. As one who is familiar with the fact that most people like to complain instead of act, I was thrilled to find someone who was willing and eager to devote both his time and his money to a cause that was so dear to me. Since that time, the Torah School has "grown up" and become a thriving important part of the fabric of Jewish education in the Washington, DC area.

About five years ago, Jack told me about his concept for a new type of Jewish High School which would be devoted to the best of religious and secular education. He founded Eshkol Academy and was again the main driving force behind the new school. Unlike the Torah School, Eshkol was not in existence long enough to wean itself from being dependent upon one major supporter. When I read articles in the paper, though, the writers make it seem as if somehow Jack was using Eshkol as a private profit center. I can assure you that this is not the case, and that Jack spent extraordinary amounts of time and money trying to make Eshkol a success, and I personally have no doubt that, like the torah School, it would have been a long term success if Jack had

been able to support it for a few more years.

In addition to being the primary founder of two schools, Jack somehow found time to be President of a third Jewish school prior to his founding Eshkol.  This school, the Yeshiva of Greater Washington, has a proud history of over forty years.

My point, as one who is very involved in these aspects of Jewish education, is that it is absurd to think that Jack was involved in such undertakings only for his own benefit.  The other people involved in these schools are not the "movers and shakers" of Washington (not by a long shot!), and Jack would have been financially far better off if he had just sent his children to the existing Jewish schools and made ordinary donations like almost everyone else.   There was no personal gain either monetarily or influentially to be had through these endeavors. I have met with Jack numerous times over the years, and I know that his interest regarding these activities was for the purpose of the furtherance of Jewish education.

I hope that this letter is able to give you a glimpse of another side of Jack Abramoff that has not been fairly reported and disclosed.   I can be contacted by E-mail at Berman613@aol.com and by phone at 301-816-1555.

Sincerely,

Dennis Berman

The Honorable Paul C. Huck
US District Judge
James Lawrence King Federal Bldg
99 N.E. 4th Street, Suite 1067
Miami, FL 33132

Dear Sir:

My understanding is that his honor will soon be making a decision regarding the sentencing of Jack Abramoff. I do not know the details of the case but am aware that Jack has pleaded guilty. As such, I do not seek to condone his actions but would like to ask his honor to consider tempering his judgment with mercy.

I barely knew Jack but we were members of the same synagogue. My friends, who had a personal relationship with him, often spoke of how he was always ready to help both individuals and the community. I am saddened that his good deeds have now been tainted by this scandal but ask that his honor consider the good that he has done. I hope to illustrate that Jack was not selfish with his time and resources but rather contributed in ways that he thought would improve the community and help individuals in need. I no longer live in Maryland, and was not close to Jack, but out of gratitude to his concern for the community, I felt the need to write this letter.

I am not married, nor do I have children but I was aware that Jack helped to establish two schools to meet the needs of our community. As his honor, is no doubt aware, an undertaking of this nature requires great dedication in time and resources. Unfortunately, Eshkol Academy closed when his current problems started but he worked hard to make it a success. He opened his house to board students from out of town. Held services in his home and worked hard to provide a robust curriculum and a living wage to his teachers. Indeed one of my friends briefly worked for Eshkol and mentioned that the salaries for teachers were very generous as Jack was striving to attract the best and the brightest.

Jack also helped in upgrading the appearance of our synagogue that was in dire need of repair. Further, he saw a need for kosher food in downtown Washington DC for the many tourists and professionals that frequented the area. His restaurant filled a desperate need in the downtown area for the kosher consumer. My understanding is that many restaurants fail, and unfortunately his restaurant closed after his troubles began but Jack took that risk in order to help the community.

I could mention other events but the bottom line is, in a time when many do not know the names of people living on their block, Jack took an interest and active involvement in the needs of the community and the needs of the individual. He invested time, energy, resources, and passion to tackle problems few knew how to face. He was concerned for others and he reached out and helped. I do not know how much of this scandal is political or real but I did read that Jack is remorseful and has cooperated fully. Please consider these other factors when deciding a just punishment. Thank you for your consideration.

Sincerely,

David Bernstein

The Honorable Paul C. Huck
U.S. District Judge James Lawrence King Federal Justice Building
99 N.E. 4th Street
Suite 1067
Miami, FL 33132


March 15, 2006


The Honorable Paul C. Huck:

I have known Jack Abramoff for numerous years and I write you to make a
plea for a leniency in his sentencing.  Beyond his personal and financial
contributions to the Washington DC-area community, Mr. Abramoff and his
family has shown enormous kindness in the lives of me and my family.  Please
understand that Mr. Abramoff is a very good man who has made an
unfortunate mistake.  Again, I ask for leniency when you sentence him.


Sincerely,
Matt Bernstein

Nurture

Educating · Empowering · Enhancing

March 15, 2006

The Honorable Paul C. Huck, U.S. District Judge
James Lawrence King Federal Justice Building
99 N.E. 4th Street, Suite 1067
Miami, FL 33132

Dear Honorable Judge Huck,

I am writing a personal appeal for my friend and neighbor Jack Abramoff. I have read many of the things said about him in the newspapers but would ask for your mercy when you decide sentence. Jack Abramoff is first and foremost a gentleman. He has always shown the utmost humility even when dealing with children. I have known him for a few years and he has always been very generous and hospitable to both friends and strangers.

Yours truly,

Gary Black

VP Information Systems

Nurture Care

Mr. and Mrs. Stanley Black

His Honor Paul C. Huck
Judge – Federal Court
99 NE 4th St.
Miami, Florida 33132

Dear Judge Huck

I have been a close friend of the Abramoff family and have known their son, Jack, since his early days in grammar school. I have read an unbelievable number of articles that have been written about Jack concerning his lobbying activities. I cannot believe the "cartoon images" that he has been depicted as. I do not know the ramifications of the political activities and the charges that have been made against Jack.

I do know that his family has had their name ruined by those who do not know the Abramoffs. I understand that he is finding it difficult to find employment or business opportunities because of the relentless purloining of this name. The many friends that the Abramoffs have in this community will never believe that the depiction in the media is the Jack Abramoff that we know. However, we do know that he has tremendous talent that would be best used to contribute his services to explain the differences of right and wrong which he is certainly been able to experience.

Your Honor, please consider this request for leniency as representative of a tremendous number of people that cannot shout over what the media has portrayed.

Sincerely yours,

Joyce Black

JOYCE BLACK



**Black Equities**
OWNERS OF INCOME PROPERTIES

March 16, 2006

His Honorable Paul C. Huck
Federal Court Judge
99 NE 4th Street
Miami, Florida 33132

RE: JACK ABRAMOFF

Dear Judge Huck:

For over thirty years my family and the Abramoff family have been good friends. We have spent much time in social, charitable, business and civic endeavors together. We have seen how each of our children has grown and has given us the pleasure of being grandparents. Although I am a democrat, when Jack Abramoff was an early college student, he indicated his interest in becoming involved politically during the Reagan administration and indicated he was going to run for the presidency of the National College Republican Organization. I sponsored a small fund raiser for him because I believed in his goal to become active as a citizen and a participant in the political process. I was certainly not surprised to see his many accomplishments in the political community in Washington, D.C.

I am not familiar with the person who is described by the media. The Jack Abramoff I know has always been a willing participant in charitable, religious and other civic endeavors. I have never known him to refuse help to anyone.

Your Honor, I don't know all of the reasons for the trouble that Jack is in, but I do know that he has always, and continues to be, a dedicated and honorable man and now a great father, husband and son of parents whom I admire very much. I sincerely believe that the government and community can be best served by having Jack repay his debt to society for any mistakes that he has made by assisting in governmental, community and educational services; not the least by helping the government create rules, regulations and laws that would truly correct the present lobbyist regulations that seem to be ambiguous and in disarray.

I can be reached at (310) 278-5333 if you wish to discuss this further. Thank you for taking the time to read this letter and for considering this request.

Most sincerely,

Stanley Black

SB:nv

bcc: Frank Abramoff

Mar 19 06 02:13p PALM COURT p.1

**MOSHE BLEICH, Ph.D., LICSW**

March 19, 2006

The Honorable Paul C. Huck
U.S. District Judge
James Lawrence King Federal Justice Building
99 N.E. 4th Street, Suite 1067
Miami, FL 33132

Dear Judge Huck:

I have known Mr. Jack Abramoff for the last several years. My acquaintance with Jack commenced after Mr. Abramoff had decided to create Eshkol Academy, a school that he believed would fill a void in Jewish education. Jewish schools that provide a dual curriculum of Judaic and secular studies often lack the resources to provide a quality extracurricular program as well. Jack's dream was to elevate the both the quality of the level of Jewish education as well as providing a rich variety of extracurricular activities including a strong athletic program. His goal was to utilize his resources to develop such a school locally and its success would serve as a model for other schools, which could be developed on a national level with his support. Jack perceived that the establishment of Eshkol Academy as being the first step in achieving his goal.

Jack's sense of responsibility and compassion triggered his concern to provide education for ALL the youth including those that had various learning disabilities and were woefully underserved. Eshkol's success with these youth is a tribute to Jack's insistence and persistence in establishing a top-notch educational program to meet these students needs. Since Eshkol's closing, a program of this quality has not been replicated at least in the greater Washington area.

Two of Jack's sons also attended Eshkol. In all my discussions with him regarding the school Jack always discussed his son's progress with great concern. In my personal meetings with him when his children and wife were present his love, affection and concern for them was self-evident. There is no doubt that a long term enforced separation from the family would have a strongly negative impact on the entire family system and particularly for Jack's children who are in the developmentally vulnerable stage of adolescence.

Although I am not privy to the crimes that Jack has committed I can attest that Jack Abramoff is a devoted husband and father and man of deep compassion. Jack is deserving of whatever compassion that can be provided, an attribute that he has so generously shown others.

Respectfully yours,

Moshe Bleich

Moshe Bleich, Ph.D., LICSW

March 14, 2006

The Honorable Paul C. Huck
U.S. District Judge
James Lawrence King Federal Justice Building
99 N.E. 4th Street, Suite 1067
Miami, FL 33132J

Dear Honorable Huck:

Regarding Jack Abramoff and his sentencing, please bear in mind that no man/woman is perfect. There is more to Jack than his wrongdoing -he has helped many people, been generous with his time and money, tried to make a difference in a good way, cared about his community, tried to be a good father and husband. No person should be judged exclusively by his mistakes. Please bear in mind that the impact of his sentencing affects his family, Pam and their children and future generations!

Sincerely,

Betsy Bogdansky

Betsy Bogdansky

PADDY SCHUBERT SDN. BHD.
(28203-D)
Strategic Corporate Services

**BY COURIER SERVICE**

March 22nd 2006

The Honorable Paul C. Huck
U.S. District Judge
James Lawrence King Federal Justice Building
99 N.E. 4th Street
Suite 1067
Miami, FL 33132
United States of America

Your Honour

I write from Malaysia in the matter before the Court of Mr Jack Abramoff. I write as a friend of long standing of the accused in the hope I may be allowed to testify to his good character as I have in the past had ample reason to know it over the years and having searched my conscience that I am honour bound to speak up on this.

I do so in full cognizance of the gravity of the case with no wish to exceed any limited privilege. This on the basis of some acquaintance with the Law having lectured at the Law Faculty in Singapore University (in communications). My late husband was a Barrister of the High Court of England who imbued me with respect for due process and the independence of the Judiciary.

I have known Jack Abramoff over twenty years both as a business associate and personal friend. I was formerly Trade Relations Director on the main Board of the Shell Group Malaysia and Singapore where I first became involved in films. Now I run my own corporate services company. My professional contact with Jack was in connection with a film project here. He was referred to me, with all that that means by way of endorsement, by our International Trade Minister, the Honourable Datuk Seri Rafidah Aziz. She also kindly agreed to be patron at the launch of the project.

We worked on this for several years. My business relations with Jack have been exclusively in relation to his film career. When he became a lobbyist we remained friends but I was not involved nor did he involve me in his new role. I know him as a passionate devote of films, if not a fanatic.

I also know him as a good man, inspired by his faith. He was deeply religious and worked from a moral compass. This permeated all his values including, even especially, his family values, and in his charitable role helped many Jewish causes.

He was a devoted family man. I have visited his home and have reason to know him as a loving husband and deeply caring father choosing to educate his children where they would best be taught lifelong moral principles. It is a close knit family which is going to be utterly devastated at the loss of their father and mentor. And deprived.

What staggers me is the character assassination over the past year by the media which bears no resemblance at all to the man I know so well.

What may be pertinent to the case are one or two incidents I recall:-

1. He was unfailingly kind and supportive of my children. I had at the time become a single mother. He not only welcomed them to his home and gave them hospitality he assisted my daughter in her acting career. With his help she worked a little with the Power Rangers and Jack obtained for her admission to the Strasbourg School of Acting in Los Angeles.

2. Yet never once did he ask for help from me by way of political introductions or political favour where I might have been in a position to assist. Inter alia I run the Country Programme for the Economist Conferences Unit bringing together the decision makers in the Public Sector with those in the corporate sector. In our regular meetings I have frequent contact with Cabinet members and other influentials. Never once did Jack seek to leverage this. After he became a lobbyist his visits to Malaysia ceased.

3. Most inexplicable of all are his alleged dealings with Dr Mahathir, our former Prime Minister. It so happens I have written a biography on the latter and produced a Film on him involving frequent contact. Again I was never asked even to introduce the two,.

4. There was one particular occasion when one of our politicians asked me for my help in setting up a series of meetings with officials on Capital Hill and the White House during a one day visit. I approached two consultants in Washington Jack being one of them and they obliged.

5. One particular incident I'd like to recall since it attests how honourable Jack Abramoff is as far as I am concerned. The film project had to be abandoned at a fairly advanced stage when the main sponsor pulled out. This left a couple of others who had put in lesser contributions (RM1 million). The contract had stipulated that if production did not take place by a certain date, they would be

entitled to a refund if they applied by a certain deadline. I duly brought this to their notice. They failed to comply. Later when they protested Jack very generously surrendered to them the rights of the film rather than have me implicated in any way. He did not have to.

Your Honour I can only appeal for your compassion. I know Jack's family, his aged parents and brother who must all be suffering on his behalf as am I. Incarceration would deprive the US of a sincere patriot, a man of many talents and committed to the cause of his community and his country.

I pray all this will be taken in consideration.

I can ask for no more knowing that the Law can be left to see that justice will prevail.

I thank you for your forbearance.

With best regards

Paddy Bowie

Datuk Paddy Bowie

rendered to them the rights of the

will be taken in consideration.