**EDNA BOYLE-LEWICKI, Esq.**

March 20, 2006

Christopher D. Man, Esq.
Chadbourne & Park LLP
1200 New Hampshire Avenue NW
Washington DC 20036

Re: United States v. Jack A. Abramoff

Dear Mr. Man:

I have known Mr. Jack Abramoff since the late 1990's, when I was a student at Georgetown University Law Center and he was invited to address the Entertainment Law seminar on his experiences as a filmmaker.

Following the class, the late Professor Richard Gordon introduced me personally to Mr. Abramoff, noting that I was a former actress and then a law student with interests in policy and lobbying. Although Mr. Abramoff teased me about my lifelong affiliation with the Democratic party, he gave me his business card and told me to contact him if I had any questions or wanted advice about my nascent legal career.

Over the next couple of years, I emailed and phoned Mr. Abramoff for advice. He was particularly helpful in suggesting avenues for getting into international trade work, and later, the pros and cons of switching from a job with the Commerce Department's Office of General Counsel to a more internationally-oriented position in the Import Administration Office of Policy.

Mr. Abramoff was unfailingly kind and generous with his time and insights. As I have told you, I have absolutely nothing to gain from speaking out about Mr. Abramoff's thoughtfulness and decency, but Mr. Abramoff likewise had nothing to gain from offering friendship and encouragement to a married, middle-aged mother of two struggling to find her way back through graduate school to a new career. I am aware from the extensive press coverage of this case that Mr. Abramoff has admitted culpability for some terrible mistakes. I think it is important that the court also be aware that these mistakes were made by an essentially decent, generous man who made a difference for the better in my life, and will doubtless make a difference for the better in the lives of many other people when he has served his sentence. While justice must be served in this case, "earthly power doth then show likest God's/ When mercy seasons justice."[1]

Very truly yours,

Edna Boyle-Lewicki

---

[1]    WILLIAM SHAKESPEARE, THE MERCHANT OF VENICE act 4, sc. 1.

Susan Bradford

March 17, 2006

The Honorable Paul C. Huck
U.S. District Judge
James Lawrence King Federal Justice Building
99 N.E. 4th Street, Suite 1067
Miami, FL 33132

Dear Judge Huck:

I am a journalist in the Washington, DC metro area and have interviewed a vast number of
individuals over the course of my career. I would like to think that I am a good judge of character.

When I first read about Mr. Abramoff's guilty plea to fraud, tax evasion, and conspiracy to bribe
public officials, implicating members of Congress, I was struck by the contriteness of his response
before the judge. He did not seem brazen in arrogance, convinced through his own hubris that he
could circumvent the system. He also did not seem engulfed in ego or anger that he had been
caught and that the game was over. Instead, his expression was one of deep remorse and regret, of
personal disappointment and concern for those he had wronged. He also asked God for forgiveness.

I perceived at the time that this is a man who had a special calling in life which was shaped by higher
ideals and not the blind ambition and greed which typifies Washington, DC. I was hard pressed to
believe the caricatures in which he was portrayed, and decided to research his background further.
What I uncovered was a very noble, enterprising, and creative individual. As a young man, he was
inspired to such piety that he would walk barefoot to synagogue. He was so profoundly moved by
"Fiddler on the Roof" that he avowed to restore Jewish traditions and faith to his own family.

Throughout his college years and beyond, he was swept up in love of his country, feeling a call
during the Cold War to fight for freedom for the oppressed peoples of the former Soviet Union,
staging a mock tearing down of the Berlin Wall on his college campus. He was a figure whose ideals
and love of country became blended with the conservative movement, imbuing him with a sense of
historic destiny, that he and his fellows could restore faith and principle to Washington, DC and
promote freedom, democracy, and market economy, with the belief that through individual
initiative, man could freely pursue his God-given talents. He created movies and launched
movements which reflected his ideals, and followed the wave of conservatism right into
Washington, DC.

Somehow all the creativity, enterprise, and drive which had typified his life and career melded into
a toxic mix in Washington, DC. Through his whirl of activity, he lost sight of the fine print and
perhaps stopped paying attention and made some bad decisions.

The conservative movement on Washington, DC has been typified by arrogance, selfishness, sense

of self-entitlement and disregard for the rule of law. The pressure to win for the cause has been intense, with conservatives in Congress kept in line with an iron fist. Reporters and public officials who have criticized the Bush Administration have been retaliated against. The pressure within conservative circles has been such that not only were they forced to win but they were called to devastate their opposition. Somehow Mr. Abramoff became caught up in this madness, riding a wave of idealism which became entrenched in cynical real politik.

Yes, he clearly broke the law, but hasn't his unmitigated public humiliation around the world and the decimation of his career been enough of a punishment? Mr. Abramoff was not the driving force of the corrupt culture, but a well-meaning individual who had gotten caught up in it. His true character sought expression through his creation of Jewish schools to strengthen the faith of his children. He created charities to help inner city youth. Despite the enormity of the fees he charged and the amount of money he was bringing in as a lobbyist, he would immediately redirect that money where he felt it could do the most good, in stark contrast to the typical Washington lobbyist who tends to lavish that wealth on himself. Mr. Abramoff has instead lived a modest life, devoted to his family and his job and not to ostentation, greed, or avarice.

Mr. Abramoff is a casualty of the great conservative movement which swept through Washington, DC, but he is not at heart a criminal. As demonstrated, he is cooperating with the courts and investigators. Part of the media's unrelenting attack on him has been due to the fact that he has not stood up and fired back or made excuses. Rather he has accepted responsibility, and expressed his pain and regret with deep humility and remorse over what has transpired.

Your honor, Mr. Abramoff is a good, decent man. He has endured terrible humiliation and consequences for his crimes, which will follow him the rest of his life. He is a kind, gentle, humble soul who loves his family and friends. He has five children whom he dotes on and whom he loves dearly. Those innocent children will be endure devastating consequences if they lose their father at such a vulnerable point in their lives.

Furthermore, Mr. Abramoff can do so much more good outside of prison than within it. He can play a pivotal role in reforming the lobbying industry and helping to clean up corruption in Washington, DC. His desire now is to be with his family and to do good works. He is not drawn to return to his law-breaking days. If anything, those years were an exception to an otherwise noble, principle-driven life.

I hope you will take the entirety of Mr. Abramoff's life and the goodness of his character into consideration when you determine his sentence.

With deepest gratitude,

*Susan A. Bradford*

Susan A. Bradford



בס"ד

קייק אהבת תורה
**Woodside Synagogue Ahavas Torah**

March 14, 2006

**Rabbi**
Yitzchak Breitowitz

**President**
Richard Sassoon

**Vice President for**
**Administration**
Chanoch Kanovsky

**Vice President for**
**Programming**
Adina Gewirtz

**Vice President for**
**Membership and**
**Community Relations**
Alida Friedrich

**Treasurer**
Jerry Saunders

**Secretary**
Daniel Friedman

Hon. Paul C. Huck
U.S. District Court
James Lawrence King
Federal Judiciary Building
99 N.E. Fourth Street
Suite 1067
Miami, Florida 33132

Dear Judge:

    I am the Rabbi of the Woodside Synagogue in Silver Spring, Maryland. - an Orthodox Jewish congregation of approximately 120 families - as well as a Professor of Law at the University of Maryland. I have known Jack and Pam Abramoff well for almost 20 years, both as a Rabbi and friend. (In the interest of full disclosure, let me note emphatically that I have _not_ financially benefitted from this friendship).

    I do not excuse or condone the crimes Jack may have committed. Such wrongdoing is indeed repugnant to the moral teachings of Judaism as well as the laws of the United States. But the behaviors do not reflect the totality of the man I know well. In recent months, Jack Abramoff has been portrayed as nothing less than _the Devil incarnate,_ a despicable, totally-evil criminal with no redeeming qualities. This devastating carciature fueled by the media frenzy is false.

    The Jack Abramoff I know, like all of us, has flaws to be sure



בס"ד

קייק אהבת תורה
**Woodside Synagogue Ahavas Torah**

Rabbi
  Yitzchak Breitowitz

President
  Richard Sassoon

Vice President for
Administration
  Chanoch Kanovsky

Vice President for
Programming
  Adina Gewirtz

Vice President for
Membership and
Community Relations
  Alida Friedrich

Treasurer
  Jerry Saunders

Secretary
  Daniel Friedman

but he is a person of good motivations and generous heart; a man of vision and commitment; an individual who genuinely wanted to make a difference for the better in his community and in the lives of others and who tragically lost his bearings in the culture of corruption that is unfortunately so common in Washington.

I am personally aware of numerous acts of kindness Jack performed for others - not necessarily people who were rich, powerful or famous but people in need. He and his wonderful wife, Pam opened their home especially on the Jewish Sabbath to provide hospitality and friendship for persons who did not have family in the area. He helped people find gainful employmnet. He gave not only his money but his time, energy and creativity for many good causes. His now-closed Jewish boys' school - Eshkol Academy- was a bold attempt to create a Jewish parochial school that not only focused on academics but on the development of healthy, well-balanced personalities who would be imbued with both the nobility of their religious tradition and the commitment to civic virtue. ( I understand the irony here but Jack was truly committed to this process). He worked tirelessly to assemble a first -rate faculty and program.

As President of the Yeshiva of Greater Washington - another parochial school that he headed prior to starting the Eshkol Academy - he was instrumental in uncovering financial irregularities and initiating the process which eventually put the school back on a solid fiscal basis. His work for Eshkol and the Yeshiva was

2/6

בס"ד



קהיק אהבת תורה
**Woodside Synagogue Ahavas Torah**

Rabbi
Yitzchak Breitowitz

President
Richard Sassoon

Vice President for
Administration
Chanoch Kanovsky

Vice President for
Programming
Adina Gewirtz

Vice President for
Membership and
Community Relations
Alida Friedrich

Treasurer
Jerry Saunders

Secretary
Daniel Friedman

*uncompensated* and indeed compelled him to pour much of his own money to keep these institutions afloat.

Even his lobbying activities come from a good place. Strange as it may sound, Jack Abramoff is not a greedy man. Even at the height of his success, he lived (and continues to live) in a nice house located in a middle-class neighborhood in White Oak. His children attend the Orthodox Jewish day schools that hundreds of other middleclass children attend. They do not have noticeably more luxuries than other families. Their lifestyle is simple, if not exactly sparse. Jack's activism stemmed from a genuine belief in the tenets of Reagan Republicanism: limited government; the power of the individual to make a difference; the unlimited potential of human beings once they have freedom. He saw these ideas as reflections of the Judeo-Christian ethic emphasizing the dignity of man.. He saw power, influence and money as means, not ends. He saw lobbying as a way to do good in the world. Like others, he may have lost his moral bearings and sense of perspective in the process but I can tell you that, even at his worst, his heart was in the right place.

There is another point that needs to be made: <u>Contrition.</u> It is obvious that everybody about to be sentenced will express regret and contrition and I imagine that a judge would tend to dismiss these expressions as "crocodile tears". In Jack's case, however, these feelings come from a deeper place. Intrinsically, Jack is an idealistic visionary with a strong passion to do good. He has a deep commitment to the teachings of Judaism, one of which is to behave

בס"ד



קייק אהבת תורה
**Woodside Synagogue Ahavas Torah**

Rabbi
   Yitzchak Breitowitz

President
   Richard Sassoon

Vice President for
Administration
   Chanoch Kanovsky

Vice President for
Programming
   Adina Gewirtz

Vice President for
Membership and
Community Relations
   Alida Friedrich

Treasurer
   Jerry Saunders

Secretary
   Daniel Friedman

in such a way as to bring glory to the name of G-d and to the people of Israel. Jack knows that his behavior has brought disgrace to both and that fills him with a deep, painful genuine remorse. He found himself in a merry-go -round which suddenly stopped. The collapse of his career and indeed his life,has caused him to engage in introspection, to reevaluate his life and reassess his priorities, to change course, to figure out where he went wrong, to attempt to make amends to those he harmed. This entire experience has changed him in a profound way - it has made him humble, more sensitive to the feelings of others, more dependent on the grace and mercy of the Almighty. This process of inner change is called *"Teshuva"* - repentance - and is a religious obligation within Judaism. Jack's contrition is not an artifice to effect a reduction of sentence; it is a fundamental expression of his deep seated religious faith.

Jack is a devoted family man and has raised five children with Pam. All of his children have been raised in the Orthodox faith. For better or worse, the Orthodox Jewish family is somewhat of a patriarchy. To deprive these young children of a father would not only cause them shame and humiliation but who would recite the "Kiddish (sacramental blessings on wine) Friday night? Who would conduct the Seder on Passover? Who would take the boys to synagogue since men and women sit in different sections? Who would study Torah (Bible) with the children around the Sabbath table?

בס״ד



קייק אהבת תורה
**Woodside Synagogue Ahavas Torah**

**Rabbi**
Yitzchak Breitowitz

*President*
Richard Sassoon

*Vice President for Administration*
Chanoch Kanovsky

*Vice President for Programming*
Adina Gewirtz

*Vice President for Membership and Community Relations*
Alida Friedrich

*Treasurer*
Jerry Saunders

*Secretary*
Daniel Friedman

It should be noted that Orthodox people generally seek a marriage partner who shares the same commitments. This creates a very small pool of possible mates. Within that very small pool, there is virtually no one who would marry into a family where the father was a convicted felon serving prison time. Jack's imprisonment would not only make his children the equivalent of orphans but could irrevocably destroy their chances to create a family of their own in accordance with their religious traditions.

Jack is man of great talent. His creativity, vision, passion and intellect could benefit society in numerous ways, helping the people he may have victimized as well as others. What good would it be to warehouse him? What a waste it would be to deprive society of the gifts that he could provide. He has learned his lesson - he is a changed man who will not go down this path again. There is nothing more either he or society would gain from his incarceration and there is much that both would lose. Indeed, incarceration would directly harm the people he hurt by making it impossible for Jack to earn income and thereby make restitution.

I turn to Your Honor and respectfully request that the Court approach sentencing in this case with a sympathy and understanding that look at the total personality and circumstances of a fundamentally-good and decent man .This case is a tragedy on many levels but imprisonment will only compound the suffering for some and provide absolutely no relief for others.For reasons of compassion for the accused and his family; for the sincere regret ,

בס"יד



קייק אהבת תורה
**Woodside Synagogue Ahavas Torah**

**Rabbi**
Yitzchak Breitowitz

**President**
Richard Sassoon

**Vice President for Administration**
Chanoch Kanovsky

**Vice President for Programming**
Adina Gewirtz

**Vice President for Membership and Community Relations**
Alida Friedrich

**Treasurer**
Jerry Saunders

**Secretary**
Daniel Friedman

contrition and transformation that the accused has undergone; for the deep shame, humiliation and disgrace the accused has already suffered within his community and outside of it; for the fact that the accused hopes and plans to make full restitution to those he hurt; for the fact that incarceration would deprive society of a person with the potential to do much good; and is totally unnecessary for deterrence in the future, I urge the Court to consider long-term community service, perhaps coupled with house arrest. As tragic as this case is, justice is better served by mercy.

Sincerely,

Rabbi Yitzchak A. Breitowitz

Rabbi of the Woodside Synagogue & Professor of Law, University of Maryland

676

The Honorable Paul C. Huck
U.S. District Judge
James Lawrence King Federal Justice Building
99 N.E. 4th Street, Suite 1067
Miami, FL 33132

To The Honorable Paul C. Huck,

I hope this letter finds you well.

Although I am in no place to legally argue for the exoneration of Mr. Jack Abramoff from the accusations he has been charged with, I am writing this letter with the hope that you will perhaps find my appeal regarding my personal interaction with both Mr. Abramoff and his family reason to alter or lighten his sentence. The crass caricature that the media has painted of Mr. Abramoff wholly betrays the true character, values, ethics, and accomplishments Mr. Abramoff offered and continues to offer to his family, his community, and the greater advancement of our society.

Please let me begin my describing both my professional and personal relationship with Mr. Abramoff. As I am currently a college student working towards a career in a field of law, Mr. Abramoff afforded me the opportunity to first-hand exposure of a fast-paced, rigorous law firm by offering me an internship for two consecutive summers at Greenberg Traurig.

My time working under Mr. Abramoff was well spent; under Mr. Abramoff's tutelage and careful watch, I learned what it meant to work with integrity, passion, and a kind concern. Most of all, I learned what it meant to work as a "mentch"—a gentle, kind-hearted person—even in the callous world of Washington politics. I can personally attest to gaining much from Mr. Abramoff's respectful character, wise perspective, and kind-hearted attitude to those he worked with and for those he worked for.

My personal relationship with Mr. Abramoff only confirmed everything I learned of him in the workplace. As part of Mr. Abramoff's religious community, I saw him single-handedly establish and build a religious, private school based upon solid religious and ethical values. I also witnessed him contribute to our community by establishing a kosher restaurant with the strictest kosher standards—something that catered to a growing need in our Orthodox Jewish community. I saw that Mr. Abramoff's personal values extend throughout both his public and private life; his concern for the religious well-being of our community, and his continued efforts and projects certainly reflect a strong philanthropic attitude of concern and integrity.

Finally, my personal relationship with Mr. Abramoff's family gives me even more reason to explain to you the need to alleviate a harsh sentence. I am personally acquainted with Mr. Abramoff's three sons (Mr. Abramoff also has two younger daughters whom I don't know personally): Levi, Alex, and Daniel, and I must say that it would break these childrens' hearts if their father was incarcerated. I recently just attended a concert with Daniel (as a chaperone), and I must say that he, as well as the other two boys, are sensitive, caring, and kind—character traits they obviously learned and inculcated from their very capable parents. These are boys who need a father they can be in touch with while growing up and becoming men. This is a family that needs Mr. Abramoff's strong moral support and vision to continue developing the wonderful people they already are.

I personally feel that if Mr. Abramoff has to do any time in recompense for his charges, it should be time that he can continue doing what he does well! In this situation, incarceration would only be depriving a family, a community, and a society of a great contributor, builder, and visionary. Perhaps a possible alternative to be considered might be community service, so that he can continue affecting, building, and righting the world around him.

It is my humble plea before your Honor that you consider all that I have written as true, and only based on what I have personally witnessed through my interactions with Mr. Abramoff.

Sincerely yours,

Hillel Broder

March 21, 2006

The Honorable Paul C. Huck
United States District Judge
James Lawrence King Federal Justice Bldg.
99 N.E. 4th Street, Suite 1067
Miami, FL 33132

Re: <u>Jack Abramoff</u>

Dear Judge Huck:

I am a trial lawyer with Bingham McCutchen LLP, and president of The Jewish Federation of Greater Washington. I am writing to you, however, in my private capacity, as a friend of Jack Abramoff.

I understand that you will be sentencing Mr. Abramoff at the end of this month. I recall from my days as a law clerk to a federal judge in Chicago that some of the judge's most difficult decisions related to sentencing. Back then, there were no formal sentencing "guidelines," and my judge used to struggle to find the right balance in making his sentencing decisions. Among the things he considered were input from a defendant's family, friends, clergy and associates, who often painted a different picture of the person the judge had seen and heard about through the trial or plea process. I suspect that the same is true here. In connection with your sentencing consideration for Mr. Abramoff, you are probably hearing things about him that provide a much different perspective than the one that has been so widely reported in the media and

Hon. Paul C. Huck
March 21, 2006
Page 2

characterized in the formal papers that have been filed in his case. I hope this letter serves to help in your evaluation.

I admit that I don't really know much about Jack Abramoff the businessman or the lobbyist. My contacts with Mr. Abramoff were more focused on his involvement in various activities that have impacted upon and benefited the Jewish community of the Greater Washington area, and our discussions focused more upon charitable giving and communal needs than business or political issues.

As I'm sure you have learned, Mr. Abramoff is a past president of the Yeshiva of Greater Washington, one of the oldest Jewish day schools in the Washington area, which serves the educational needs of hundreds of area children in grades 7 through 12. During Mr. Abramoff's tenure as president, the Yeshiva expanded its educational program beyond high school, and began what has now become a college level study program and an expanded communal study program for adults. And, of course, Mr. Abramoff founded and provided support to Eshkol Academy, another school in our area, that rose to prominence during Mr. Abramoff's years of success, and was closed as Mr. Abramoff's difficulties developed. Not everyone agreed that there was a need for a school like Eshkol Academy, but Mr. Abramoff thought there was. I remember him telling me that he wanted a school like Eshkol for his children -- because it would offer Jewish high school students the combination of educational and religious rigor with a strong athletic program that wasn't available elsewhere. And he gave generously of his time and resources to build and sustain the school.

Hon. Paul C. Huck
March 21, 2006
Page 3

Similarly, Mr. Abramoff saw the need for a kosher restaurant in the downtown area of Washington, DC. For kosher consumers who live or work in Washington, DC, and for kosher consumers who visit the city for business reasons or as tourists, the absence of a kosher restaurant in downtown DC was a problem. Mr. Abramoff's Stacks and Archives restaurants were a very welcome answer for kosher consumers, and Mr. Abramoff's willingness to keep the restaurants going even when not turning a profit was another act of selflessness and generosity by him from which many benefited.

As indicated above, most of my discussions with Mr. Abramoff focused on issues of concern to the Washington area Jewish community. I would meet with him yearly (usually for lunch) to solicit his contribution to our Federation's annual campaign. We talked about communal issues, we shared stories about our families, and he always responded generously to the annual campaign.

Does any of this make a difference? I think it does. Whatever it is that Jack Abramoff did to cause him to be before you for sentencing obviously needs to be considered and addressed in your sentencing decision. However, as you go through the process of evaluating the pluses and minuses of Mr. Abramoff's background and performance, and as you temper justice with mercy in making your decision, I urge you to consider some of the very good things that Mr. Abramoff did for his community over the past many years, and for which a number of people, including me, are very appreciative.

Hon. Paul C. Huck
March 21, 2006
Page 4

     I would be pleased to provide any additional information which might be helpful in your decision.

                    Respectfully submitted,


                    David J. Butler

# DAVID L. CAHN

(          (

March 14, 2006

The Honorable Paul C. Huck
U.S. District Judge
James Lawrence King Federal Justice Building
99 N.E. 4th Street, Suite 1067
Miami, FL 33132

Dear Judge Huck:

I am writing you on behalf of Mr. Jack Abramoff, who soon will appear before you for sentencing.

Mr. Abramoff generally is known only through sensational media reports. I have seen a different side of him, which I would like to bring to your attention. In my experience, Jack Abramoff is a dedicated and loving father and husband. This is illustrated by the following example.

A few years ago, I attended a social gathering at a private residence in Washington, D.C., at which Mr. Abramoff also was present. During the evening, I went outside on the front porch to get some fresh air. A minute or two later, Mr. Abramoff came out onto the porch, apparently to hear better on his cell phone. I overheard him talking to his wife and then asking her to put one of his children on the phone. He firmly, but lovingly, explained to his child the importance of doing his homework and elicited a promise that it would be completed prior to any recreational pursuits. He then told the child of his love, told the same to his wife, and hung up. We chatted about family matters for a minute before he went back inside to continue talking with others at the gathering.

What amazed me was that Mr. Abramoff, for all the talk of his zealousness as a lobbyist, took time out from an opportunity to win friends and influence people to deal with a minor family matter. I also was very impressed by the kind and gentle way in which he guided his child to the correct behavior.

Mr. Abramoff clearly is important in the life of his family, and his children should not be denied his effective and loving guidance. If there is any room for leniency in his sentence, I hope you will take this into account.

Sincerely,

David L. Cahn

March 15, 2006

**Harry and Jeanette**
## WEINBERG ACADEMY
*"Opening New Doors in Education"*

*Dr. Morton and Toby Mower*
*Educational Campus*

The Honorable Paul C. Huck
U.S. District Judge
James Lawrence King Federal Justice Bldg.
99 N.E. 4th Street, Suite 1067
Miami Fl. 33132

Dear Honorable Judge Huck:                                        www.jewishspecialed.org

I am writing to you as the Executive Vice President of the Harry and Jeanette Weinberg Academy. Ours is a school serving children with a wide range of learning disabilities.

I have been quite saddened by the case of Mr. Jack Abramoff and how the lessons of the sages ring true. One must be extremely cautious when entering the world of politics and business. The temptations of power and greed are terribly strong and all too often they prevail.

I will not take up your time to discuss Mr. Abramoff's case as the facts are there for the courts to try. However, I would like to speak of the Mr. Abramoff that I have had the privilege of knowing.

Mr. Abramoff has taken a strong interest in the success of our institution and the special needs children we serve. He has been most generous of time and financial support, ensuring that our dedicated staff has been paid in a timely and respectful manner. He played an active role in the purchase of our campus in order for the children to have an appropriate environment, conducive to their academic development. Mr. Abramoff has always been accessible to us for advice and guidance.

My great concern is that the implementation of any sentencing of Mr. Abramoff would have an immeasurable negative impact, not just for his already traumatized family, but for organizations such as ours who could benefit from his involvement.

With utmost respect, I would like to ask the kind consideration of possibly keeping any incarceration to the minimum time allowed by law, that the commencement of such incarceration be suspended until he has completed his cooperation with the ongoing investigations, and that, if at all possible, leniency be shown to allow Mr. Abramoff to serve time in the way of community service to such organizations as our school in lieu of prison.

Mr. Abramoff has clearly been humbled by his situation and has been suffering greatly from the humiliation and embarrassment in front of his family and friends. This pain is always greater when a person falls so far from such heights. I strongly feel that the punishment imposed by incarceration could not take a greater toll on him than the punishment he has been experiencing over the past two years. Please allow him to use his time now to have a positive impact on his community with the talents and gifts he has misapplied in the past. I assure your honor there are many less fortunate people who will benefit greatly from such a decision.

Thank you for your time and consideration in this matter.

Respectfully,

Brian A. Caplan
Executive Vice President

**Rabbi Yitzchak Charner**
**Headmaster**

March 16, 2006

The Honorable Paul C. Huck
U.S. District Judge
James Lawrence King Federal Justice Building
99 N.E. 4th Street, Suite 1067
Miami, Florida  33132

To the Honorable Paul C. Huck,

I am writing to you on behalf of Jack Abramoff. I obviously cannot address any of the legal issues which presently face him. However, I do know him in a different light and venue from all that has become public knowledge.

In 1994, a small group of people got together in Silver Spring, Maryland to start a new Orthodox Jewish elementary school. Their purpose was to open an institution which would meet the religious and philosophical needs of a growing element of the Greater Washington Jewish community. Mr. Abramoff put all his efforts into getting this project off the ground. He even took off large amounts of time from his work to accomplish this goal. The Torah School of Greater Washington opened its doors in September, 1994, largely as a result of the hard work and commitment of Jack Abramoff and his wife, Pam.

Mr. Abramoff served as the first President of the Torah School's Board of Directors and was a major factor in its success. We moved into a permanent building in June, 2004. Prior to that, we had to move from location to location six times. Jack Abramoff was instrumental in finding our first temporary site and worked to help us secure later venues. He was also always committed to doing what was in the best interests of our students, and this manifested itself in all board decision-making. Virtually any items of import that were recommended by the educational administration of the school were approved, in great measure due to Mr. Abramoff's backing.

In my position as Headmaster of the Torah School, I know of or hear about numerous needy families or individuals. Whenever the Abramoffs were approached to help these people, they gave generously – but on the condition of anonymity. There were also times that Jack and Pam Abramoff initiated the assistance themselves and approached me to be the intermediary – again, so they could remain in the background.

Mr. Abramoff has always been very devoted to his family. Despite his busy schedule which included communal responsibilities, he made sure to give his wife and children the time, love, and care they so deserved.

In summary, I respectfully ask his Honor to take all the above into serious consideration into the possible reduction of Mr. Abramoff's prison sentence.

Respectfully yours,

Rabbi Yitzchak Charner
Headmaster

20 March 2006

Captain Andrew J. Cohen
Chaplain

The Honorable Paul C. Huck
U.S. District Judge
James Lawrence King Federal Justice Building
99 N.E. 4th Street, Suite 1067
Miami, FL 33132

Dear Judge Huck,

I am writing to you in the matter of Mr. Jack Abramoff, a man whom I am not at all ashamed to call a friend of mine. In July of 2005, my family and I were reassigned to Bolling Air Force Base in Washington, DC, where I now serve as a Chaplain to the 11th Wing. We had just arrived from a three year overseas tour at Ramstein Air Base, Germany, including my wife and five children, and we had no place to stay while we were awaiting to close and take residence in our new home in Silver Spring, MD.

The Temporary Living Facilities on Bolling AFB, where newly arriving families stay upon arrival until their new quarters are vacated and readied, were completely full. In lieu of that the Housing Office grants stipends for up to three weeks to be used for hotel accommodations in the area. However, given the size of my family, I would have had to take two hotel rooms, besides the significant expense in feeding a family of seven. Unfortunately, the aforementioned stipend was under $150 per day, which did not cover even the hotel accommodations of a reasonable family hotel in relatively safe part of town. Moreover, we had a six week interim period between our arrival and the date at which we could take residence in our new home.

When Jack and Pam Abramoff heard that a new military family was arriving to the Silver Spring community in such a predicament, they graciously opened their home to us, and I and my wife and five children took up residence for a month and a half in the Abramoff's home. The entire Abramoff family was extremely gracious to us, we took many of our meals together, and they even extended themselves to hold social events in the home on our behalf in order to introduce us to others in the community.

Your Honor, we are extremely grateful to Jack and Pam and their family for the incredibly honorable and compassionate hospitality they provided for us in our time of great need. And I might add that Jack's motivation was not only due to humanitarian

considerations, but also out of a sense of national service and duty to assist a service member and his family.

As I am sure Your Honor is aware, Jack and Pam have been pillars of our community, stalwart supporters of numerous educational, religious and humanitarian organizations. And I would urge you, Judge, to weigh that heavily in your analysis in the sentencing phase of this case. The impact of a harsh punitive sentence, lengthy prison time, etc., would have extremely deleterious consequences on the Abramoff family and the Silver Spring community where Jack has been such positive force for good.

I would argue, sir, that much of the impact of Mr. Abramoff's errors in judgment and conduct are largely material and therefore can be compensated. Money can be returned, and much of the damage undone, which seems to me is the primary concern in maintaining an orderly, just society. I am sure that Jack wants to do the right thing, and to help rectify whatever wrongs he has committed. In that light, harsh punitive incarceration would cause inflict extraordinary pain and suffering upon his family and community, and would, therefore, not seem to serve the needs of justice.

I would therefore urge for Your Honor to show mercy, to minimize incarceration, and maximize community service, and to order the righting of whatever wrongs Mr. Abramoff may have committed.

Sincerely,

ANDREW J. COHEN, Captain, USAF

( )INAMED

March 14, 2006

The Honorable Paul C. Huck
U.S. District Judge
James Lawrence King Federal Justice Building
99 N.E. 4th Street, Suite 1067
Miami, FL 33132

DAN COHEN
Vice President
Global Government Affairs

INAMED-WASHINGTON


INAMED CORPORATION


INAMED AESTHETICS
Santa Barbara, CA
Arklow, County Wicklow,
Ireland

INAMED HEALTH
Santa Barbara, CA

Dear Judge Huck:

I am writing to you on behalf of my friend of over 26 years, Jack Abramoff. I have an additional interest in this case as I am also a part-time Floridian, with my second home in Key Largo.

I confess that I can not identify the man I have known all these years as the one portrayed by the media caricatures of him and his actions. And I recognize that his plea to your court is an admission that there is validity to the charges. I am disappointed in Jack and hurt by his decisions – no less so than he has disappointed and hurt himself.

Still, I do not believe in abandoning friends when their need is greatest. What may be politically expedient for many is personally exigent to me. Jack owes a debt to repay society for the wrongs he has committed. As you considered an appropriate punishment, I urge to examine his skills, resourcefulness and capabilities to structure a sentence that allows him to add value to society -- and not to be a continuing drain on our resources.

The man I have known as a politician, entrepreneur and doting father does everything possible to explore every angle and takes every risk to succeed. He has a presence and confidence that both fueled his successes, and his downfall. His talents and creativity that I saw in recruiting College Republicans to win Massachusetts in 1980 for former President Reagan, develop the College Republican National Committee, establishing a film production company and building a lobbying practice are skills that are best put to use in paying his debt to society.

Would the former investors and employees of Sun Cruz be better served by incarceration or restitution? Are the taxpayers of Florida enhanced by expending resources to incarcerate Jack of receiving the benefit of his labors to repay our citizens? While the sentencing guidelines may suggest both concepts can be part of a sentence in theory, the reality is always either one course or the other.

I urge that this Court consider designing a sentence that focuses on appropriate and substantial repayment of the actual and implied damages, with penalty. I would prefer to know that Jack is spending his time earning his way back into society by making those whom he has defrauded whole, rather than using my tax dollars to drain from society by incarceration.

Jack will always have to live with the pain and the look in his children's eyes of their knowing of his actions. For the Jack I know, that is a greater punishment than any court could successfully mete out, and one for which there is no repayment or restitution possible. I would rather he is put into a position to save what part of society he can, by working off his debt, than to be become – effectively – a ward of the State.

I have seen the heights Jack can reach the people he has touched and the lives he has bettered. I have also read about a man I do not recognize, but must acknowledge also exists.

When delivering one of his final speeches in Washington, D.C. during the waning days of the Civil War, President Lincoln said, "I have always found that mercy bears richer fruits than strict justice."

It is in that spirit that I urge this Court to apply the principles of equity, rehabilitation and restitution to craft a sentence looks beyond penal institutions. Sentence my friend to an active program of restitution that uses his many skills while those skills remain viable.

Thank you for your consideration.

Sincerely,

JEFFREY LEE COHEN

March 17, 2006

The Honorable Paul C. Huck
U.S. District Judge
James Lawrence King Federal Justice Building
99 N.E. 4th Street, Suite 1067
Miami, FL 33132

Dear Judge Huck:

I have known the Abramoff family for 10 years and would like to share with you the impact that they have had on the Jewish community in the Washington, DC area.

Jack was the driving force behind opening of the Torah School of Greater Washington. The Torah School has educated three of my children along with hundreds of other children in our community. This school, which provides a wonderful secular and religious education, was supported by Jack almost single handedly for a number of years. Jack saw a need in the community and he took action. He put his strength, money, and soul into the formation of the school. We rarely see this attribute in the community.

Jack started another school, Eshkol Academy, and was President of the Yeshiva of Greater Washington. Jack took on these thankless jobs because he felt he could make a difference in the lives of the children, and since he had the ability, Jack felt he had a responsibility to act.

Jack has many talents, some of which he misused, and I believe he has repented for these mistakes. This is certainly a case where rehabilitation would serve the community well. The idea of using Jack's talents to help others, to teach others, and to engage in community service that will positively affect others, would be of incredible benefit in this case. In life we all make mistakes - the key is to recognize our mistakes and then to learn from them in order to achieve our potential. I urge you to consider alternative types of punishment that will benefit Jack and the entire community.

Sincerely,

Jeffrey Lee Cohen



Gene L. Colice, MD
Director
Professsor of Medicine, GWU



# Washington
# Hospital Center

Section of Pulmonary, Critical Care
and Respiratory Services

22 March 2006

The Honorable Paul C. Huck
U. S. District Judge
James Lawrence King Federal Justice Building
99 N. E. 4th Street, Suite 1067
Miami, FL 33132

Dear Judge Huck,

I write in support of Jack Abramoff. I have never worked with Jack, but I have lived next door to the Abramoff's for the past 7 years. It is easy to say that living next door to someone for this length of time allows you to see them from a different perspective, but I think it is fair to say that my wife, children and I have gotten to know the Abramoff family very well. There are many anecdotes that I can relate to you, such as trying to find a lost hamster on a Friday night or helping the Abramoff's oldest son learn to parallel park, but our sum experience is that we think that they are a wonderful family. Pam is a terrific Mom and the five children are great. I can also say that I know Jack as a devoted husband and father and a highly religious man.

I understand that you have a difficult task. Making sense of technical issues of the case and sentencing guidelines is not easy for someone with no experience in the law. However, I think that I do have a sense of what is fair and I do feel that sending Jack to jail will not be particularly helpful. My suggestion would be to ask Jack to perform long-term community service. Instead of making this simply a punitive issue, long-term community service would be an appropriate rehabilitative step for Jack and would probably provide tremendous benefits to the community. There is value in all of us and I know that there is good will in Jack. In this case bringing out the good in Jack would be best for Jack, his family and also the community.

Thank you for considering these points in your sentencing of Jack.

Sincerely,

*Gene L. Colice*

Gene L. Colice, MD, FCCP

*MedStar Health*

The Honorable Paul C. Huck
US District Court for the Southern District of Florida
James Lawrence King Federal Justice Bldg.
99 N.E. 4th Street, Suite 1067
Miami, Florida 33132

## United States of America v. Jack A. Abramoff

**Dear Judge Huck,**

I am a Brazilian-born American Jew.

I am very proud of being an American Citizen. I am very proud of being a Jew.

I know I have constitutional rights to speak freely. I'm asking you to protect my religious rights.

The case that concerns me is the United States of America v. Jack A. Abramoff.

Mr. Abramoff pleaded guilty to fraud, tax evasion and conspiracy.

What he did was wrong and he deserves to be punished, but I ask you don't be too hard. He has already been punished by the Almighty

He is a wonderful father of 5 kids. He is a great husband.

I have never met Mr. Abramoff.

According to Time magazine (January, 16, 2006), "While his parents were not particularly observant Jews, Abramoff's life took a pious turn when he was 12 and saw Fiddler on the Roof. He began to study Judaism, taught himself Hebrew and walked to temple on Saturday."

Mr. Abramoff has been massacred by the media lately.

I know what discrimination is.

I was a dishwasher, busboy, deliveryman, waiter, and bartender. I know how living with a minimum wage is. I am attending a non ABA approved Law School because I feel sometimes I am too Jewish and I am not a white Christian to be accepted in any Institution in Indiana. I often get anti-Semitic comments from people where I live.

The American media, controlled by Reform Jews, doesn't waste any chance to portray Mr. Abramoff as a criminal and an Orthodox Jew. **Being an Orthodox Jew is not a crime.** Being a Brazilian-born America Jew is not a crime either. Many Jews are returning to our traditions.

David Klinghoffer,  a senior fellow at the Discovery Institute and the author recently of "Why the Jews Rejected Jesus: The Turning Point in Western History" (Doubleday), says about Mr. Abramoff, "A rule in Jewish law holds that **when all the judges on the Jewish high court unanimously condemned an accused criminal, he must be set free.** The very unanimity was suspicious and called into question the justice of the proceedings."

What hurts me the most is the way everyone wants to cut his head off.

Mr. Abramoff is a Human Being.

**WHAT HE DID WAS WRONG.**

But he did not live in lavish lifestyle.  He is a dedicated husband.  He does not have a mistress .He does not have any summer house, boats, jets. He owns a middle-class home in Silver Spring (MD). **He did great things for his community. He helped many Jewish organizations in the United States.**

**He was thirsty to do great things for his community. He was wrong to believe that the causes he supported merited committing fraud against others.**

As a tax payer and a citizen of the United States, I do not agree with the sentencing system nowadays.

Sentencing a model of father, husband, Orthodox Jew, for many years in prison does not make the people win in the Court, but causes the feeling that there is a big hole in our society.

Yours truly,

Freddy de Freitas

The Honorable Paul C. Huck
U.S. District Judge
James Lawrence King Federal Justice Building
99 N.E. 4th Street, Suite 1067
Miami, FL 33132

Dear Sir,

I have known Jack Abramoff for three years, first as business friend when I was a diplomat for a foreign government in Washington, DC and later as a personal friend.

I have met very many people around the world and I am proud to say the Mr. Abramoff has been one of those that have made a great impact in my life. Getting to know Jack deeply enough to find out his spiritual interior has been a delightful experience to me. Not only have I learned the loyalty and love he feels for his friends, but also, have I learned the love he has for his family, especially his five beautiful children and lovely wife.

If my friend has broken the law he must be punished, as he has admitted several times publicly. I would only wish there would be a way for him to pay for his mistakes without punishing his innocent children. I would only wish there would be a way to pay for his mistakes without leaving home. I would only wish this letter would help convince you that keeping Jack away from his children means punishing them. The longer Jack could be there for his children, the better it is for those young lives.

I am the father of three children I am proud to say that Jack Abramoff has been a great example of a father to me. I am proud to call Jack my friend.

Carlos De La Guardia
Former Diplomat
Washington, DC
United States of America

# MEYER DENN

March 17, 2006

The Honorable Paul C. Huck
U.S. District Judge
James Lawrence King Federal Justice Building
99 N.E. 4th Street, Suite 1067
Miami, FL 33132

Dear Judge Huck:

I am writing to you regarding the sentencing of Mr. Jack Abramoff.

I have not been associated with Mr. Abramoff for several years. However, to the extent this information might be helpful to you, I knew him during my tenure as executive director of the Pacific Jewish Center from 1987-1992. Mr. Abramoff was a guest at our synagogue, and I knew him to be a very kind, sincere and generous individual, both with his time and money. Mr. Abramoff attended numerous lectures and religious services during his many visits from the East Coast and was respected and liked by all those who knew him. With regard to charitable causes, Mr. Abramoff was well known to be liberal with his assistance to every good cause.

It pains me to think that Mr. Abramoff has been implicated in the matters that have recently been brought to light, and I feel astonished, because his behavior in no way reflects the personality of the man that I knew during those times. I simply cannot reconcile the character of the man that I know from personal experience with what I have read and seen in the news media. I know that his guilty plea will require Mr. Abramoff to serve time for the laws which he broke, but I would ask your honor to please bear in mind when sentencing Mr. Abramoff, all of the good and meritorious things that Mr. Abramoff has done to benefit not only the Jewish community, but indeed many worthwhile causes. I believe strongly that once Mr. Abramoff has paid his debt to society, he will once again be active to better the lives of others in need.

Kind regards,

Meyer Denn

Meyer Denn

Laura Lippy Doucet

March 22, 2006

The Honorable Paul C. Huck
U.S. District Judge
James Lawrence King Federal Justice Building
99 N.E. 4th Street, Suite 1067
Miami, FL 33132

Dear Judge Huck:

As a former full time administrative assistant at Greenberg Traurig, I had the pleasure of working for Jack Abramoff and am writing to express my support of his kind character and deeply religious soul.  As a mother of two daughters, I cannot imagine that this father of five teenagers may be taken away from his family for a period of years.  His children are at such vulnerable ages that I cannot fathom how this decision of incarceration will affect each and every one of their futures.  If there is any other option for Mr. Abramoff to pay back society other than the above, I know his family would be eternally grateful.

Sincerely,

Laura Lippy Doucet

# Saul B. Drevitch

March 16, 2006

The Honorable Paul C. Huck
U.S. District Judge
James Lawrence King Federal Justice Building
99 N.E. 4th Street, Suite 1067
Miami, FL 33132

Dear Sir:

I am writing to you in support of Jack Abramoff. While, I certainly can't add anything of evidentiary substance to the mound of information that has already been disseminated about Jack's professional dealings and associations over the past several years, I can probably add some information that is not public.

Jack Abramoff was a very dear friend of mine in college. The man I remember is a generous, devoted, and selfless friend who went out of his way to care for the people around him. Many stories I have read about Jack, perhaps trying to get at the nascent demon, have written about his athletic and weight-lifting prowess in high school as a precursor to the single-minded, self-absorbed, "success-at-any-cost" picture they have painted of Jack as an adult. Let me show you the other side of that coin.

I started college as an overweight, hopelessly out of shape young man with a big personality but none of the self-confidence one would need to make that an asset in dealing with the world. Within the first two weeks of freshman year, Jack pulled me aside and asked me if I actually wanted to do something about the frustrations I had mentioned regarding my weight. When I said yes, he told me that if I was ready to work, he would show me the path.

For most of that year, Jack ate nearly every meal with me to insure that I was eating well. He also worked out twice every day: once to go through my workout with me and later to do his own. I lost seventy-five pounds that year and gained a great deal of respect for a friend who certainly could have found better things to do than hang out with a fat, loud mouthed kid from a working class family.

Several weeks ago, after months of trying to track him down, I finally reconnected with Jack. It was the first time we had spoken in twenty years and, like many conversations with old friends, we talked about old times and old friends, retold old jokes, and laughed a lot. I was encouraged to hear that my friend still sounded the same and that he did not seem defeated by the storm that he and his family have weathered.

For months, I have watched and read media reports that have reduced my friend to a one dimensional caricature. Jack has already been judged on his actions and admitted indiscretions. However, in this next step, I hope you will be able to look at the man behind those actions who is repentant, who is unfailingly loyal to friends and family and who will leave an enormous void in the lives of those he will be taken away from. Thank you for taking the time to consider this perspective.

Yours truly,

Saul B Drevitch

( **Jared & Livia Dunkin** (

March 19, 2006

The Honorable Paul C. Huck
U.S. District Judge
James Lawrence King Federal Justice Building
99 N.E. 4th Street, Suite 1067
Miami, FL 33132

Dear Honorable Judge Huck,

We are writing to you regarding someone who you probably only know as a cruel, manipulative and pitiless man. This is how the media wants you to view him, and this is how most of the world does view him. But we are writing to let you know that there are two sides to every story. There is a side of this man that the media will never portray. That is his kind, compassionate, loving and caring side. He has a generous, genuine and humorous personality too. He is a giving father, a devoted husband, and a considerate son. He cares about his family, his friends, his community. This man is named Jack Abramoff.

We have known Jack for some time and we have spent much time with him and his family. Never have we been accepted with such open arms and hospitality as we have been with this warm family. His children adore him, his wife loves him, and his community needs him. Most of the Greater Washington Jewish community owes Jack gratitude for the multitude of kindness he has shown them. In fact, we ourselves would never have married without their assistance.

A few years back, Jack was the person in the community to go to for advice, help, monetary loans or assistance. He did all that he was capable of to help people in need. Wherever he saw something lacking, he would try to fill the void. For example, he single-handedly created a new private Jewish school so his children, and those of many other people, would have a place to grow in Judaism, education and in sports. Many children went to school for free, were housed and fed by the Abramoffs, and were treated like one of their own children.

Jack is a changed man. He has been humbled and has suffered and has been disgraced in the media. He has made many enemies, but he still has many friends. As a friend, we are standing by him. We are honored to call ourselves his friend. He may have done some things wrong, but he has also done many things right, gracious and generous. Please consider this side of him too.

Sincerely,

Jared & Livia Dunkin

# Ledell Eackles

March 18, 2003

The Honorable Judge Paul C. Hauk
U. S. District Court
James Lawrence King Federal Justice Bldg.
99 N.E. 4th Street, Suite 1067
Miami, Florida 33132

Dear Judge Hauk:

I am writing to express my support for Jack Abramoff. I am currently a Public Relations and Community Service Representative for the Washington Wizards. Before my current position I was Assistant Coach of the Washington Mystics and prior to coaching, I was a member of the Washington Bullets/Wizards Basketball Team.

I have known Jack for three years. We first met through a mutual friend, Coach Kovalski, a basketball scout for the Israeli Basketball League. Jack and I quickly became friends. I have interacted with Jack and his family at his home on numerous occasions. I feel I know Jack fairly well and in my conversations with him, I have seen firsthand the remorse Jack feels. I truly believe if given the opportunity, Jack will make the commitment to move forward with his life in a positive way. With this in mind, I respectfully ask you to please consider leniency when making decisions in regards to Jack. Give Jack a chance to prove that in spite of his past mistakes, he is still a productive member of our community.

If you have any questions please feel free to contact me at 301-751-8502.

Sincerely,

Ledell Eackles

March 16, 2006

The Honorable Paul C. Huck, U.S. District Judge
James Lawrence King Federal Justice Building
99 N.E. 4th Street, Suite 1067
Miami, FL 33132

Dear Judge Huck:

My father, Rabbi Emanuel Eisenberg, OBM, have during his career, consulted with many judges on behalf of his fellow Jewish brethrens with many successes. Having seen first hand the effects of such actions, I would like to follow in his footstep by writing this letter on behalf of Jack Abramoff. I have known Mr. Abramoff as a life member of my congregation, which began in 1993 while I was the Treasurer of my synagogue. While our association may not have been extensive, I found Mr. Abramoff and his family to be a very caring member of our community.

Mr. Abramoff has been, until recently, an active leader in the Washington D.C. Jewish community. He had made many contributions, financial and time, to worthwhile causes. In the field of education, he not only gave to Jewish day schools, including a special education school, but he also founded two schools, one of which is still going strong. He gave to his synagogue as well as to other Jewish institutions, all of whom are very grateful for Mr. Abramoff' contribution. His wife, Pam Abramoff, is a very active partner in the family pursuit of doing worthy things for the Jewish community.

While I do not condone the illegal actions he may have done, I do not believe that incarceration is the answer in this case. Sentencing Mr. Abramoff to serve time in prison would be a very devastating blow to his wife and five children. Additionally it would be a resource drain on the government, counterproductive, and a waste of such creative talents. I really do believe that Mr. Abramoff is truly sorry for what he did. I honestly feel that prison term in his case is an inappropriate method of "paying his debts". Even our own Jewish laws do not recommend incarceration for the types of crimes that he is charged with.

I would like to suggest the following sentence. A ten year probation, with any reasonable financial restitution imposes by the court to occur during the probation period. In addition, Jack Abramoff should do a total of 4000 hours of community service working for a Maryland Indian tribe or an American Indian organization in the Washington, D.C. area. The 4000 hours should be broken down to 750 hours yearly for the first two years, 500 hours yearly for the next two years, and 250 hours yearly for the remaining six years of his probation. Furthermore, an additional 5000 hours (500 yearly) should be spent learning business concepts and human relationships in the Talmud with a rabbi at the Yeshiva of Greater Washington. Mr. Abramoff' rabbi would be chosen by my congregation's rabbi, Rabbi Kalman Winter. Rabbi Winter's address is 301 Burnt Mills Avenue, Silver Spring, MD 20901.

I have every reason to believe that the aforementioned actions should give Jack Abramoff a deeper understanding of who he should be and a greater appreciation of his behavior with his fellow men. Should Mr. Abramoff violate any of his probation term, I would not blame you if you then impose a prison term at that time. I am hoping that will never be the case.

I know that you have a very tough job weigh down by very heavy responsibilities. I do sincerely hope that you will consider my suggestions very seriously. I know that you also have to coordinate with the court in Washington D.C. I believe that by agreeing with my recommendation, the American public interest would be served at the highest level. Thank you for reading my letter. May G-d give you strength and his blessings.

Sincerely,

Harry Eisenberg

16 march 2006

The Honorable Paul C. Huck
U.S. District Judge
James Lawrence King Federal Justice Building
99 N.E. 4th Street, Suite 1067
Miami, FL 33132

Dear Judge Huck:

This is to respectfully request your consideration for the wife and children of Mr. Jack Abramoff who stand to suffer innocently upon sentencing of their husband and father. As Mrs. Abramoff is a person who consistently offers her time and help to others including myself, I simply wish to express that your mercy and compassion for them will be well placed.

Respectfully yours,

David Elkin

Marc S. Epstein

March 17, 2006

The Honorable Paul C. Huck
U.S. District Judge
James Lawrence King Federal Justice Building
99 N.E. 4th Street, Suite 1067
Miami, FL 33132

Honorable Sir,

I am writing this letter with regard to Mr. Jack Abramoff. Jack is an old college friend and we met again in 2000 with our families during Passover in Arizona. We spent time with them, and got to know his children and his wife Pam. Since then, we have had occasion to visit them in Washington and here in Boston.

I also know Jack to be a very generous man. He has donated time and money to help educate children, and provide for those less fortunate.

Yet, I am terribly saddened by Jack's actions. I feel that it hurts our nation and brings disgrace, in particular, to the Jewish people. At the same time, I believe that Jack is heartfully repentant and, I hope, that at some future point in his life, he will seek ways to make amends.

It is necessary to meet out a sentence and punishment to Jack. But I also understand that his children and wife will bear the ultimate cost of this punishment.

Yours is not an enviable task. I pray for you to have wisdom and to be able to discern the proper balance between assigning a just punishment for Jack and extending mercy to his family and to him to give him a chance to make amends.

Sincerely,

Marc S. Epstein

3013545555

T-417  P.02/02  Job-676

Michael David Epstein

The Honorable Paul C. Huck
US District Judge
James Lawrence King Federal Justice Building
99 N.E. 4th Street, Suite 1067
Miami, Florida 33132

Dear Judge Huck,

I've read many of the newspaper and magazine articles recently written about
Jack Abramoff and understand the severity of the crime for which
Jack acknowledges his guilt. I also understand that you have the responsibility
to determine the appropriate punishment for Jack. Since you are already familiar
with Jack's bad side, I am writing this letter with the hope that it may acquaint
you with Jack's other side....to his good attributes.

I have known Jack for the past ten years. Jack is a very good husband and a
caring and loving father. Jack always made time to spend with his children and
attend their school plays and watch their games.

Jack cares about people. Jack visits people who are sick or who suffered the loss
of a loved one. When my Father died three years ago, Jack took the time to visit
me, tended to my emotional needs and helped me adjust to the pain of my Dad's
death. Jack showed me a great deal of kindness.

Jack is concerned about his community and is very charitable with both his time
and money. Jack always honored his word with me. When Jack agreed to make
a donation to a charity, I always knew that the check would be sent without any
reminders.

Jack is a religious man and has trust in G-d. Jack is introspective and will dwell
on his mistakes, try to understand his weaknesses and improve himself. Jack
acknowledges that he erred in his current situation.

Judge, I hope you will take into consideration Jack's positive character traits as
you evaluate and determine Jack's appropriate punishment.

Respectfully yours,

Michael David Epstein

PAUL ERICKSON

March 15, 2006

The Honorable Paul C. Huck
U.S. District Judge
James Lawrence King Federal Justice Building
99 N.E. 4th St.
Suite 1067
Miami, FL  33132

**In Re: Jack Abramoff Sentencing**

Dear Judge Huck,

I'm a sinner who relies heavily on the redeeming power of my Christian faith. And although I've lived a life that I like to believe has been filled with many more praiseworthy moments than shameful ones, I oftentimes wonder what my friends or my God would think of me if the headlines one day exploded with details of a rare but significant lapse in my good judgment. Would anyone weigh my other good deeds in the balance? How would anyone even know of them? Or is the transgression so egregious as to overwhelm and wash away countless acts of strong character over years of personal and professional relationships. Such are my concerns about my friend Jack Abramoff as you face the burden of meting out justice for his acts of avarice.

I have been a friend of Jack Abramoff for 25 years. Our friendship was forged in political battles of real consequence: Winning the Cold War, turning back the tide of runaway federal government taxation (rates as high as 72%!) and restoring the historic vision of American exceptionalism. What made our bond so deep was the searing emotional tone of so many of these fights. We were college students in the first days of the Reagan administration – the conservative Camelot. Our opponents weren't only Democrats, but actual Communists – both on the campuses here and in battlefields around the world. Our generation's Selma took place in Afghanistan, our fateful assassinations were the botched attempts on the life of President Reagan and the Soviet hit on Pope John Paul II. We fought and believed as only college ideologues could – free of doubt, free of memories of defeat and with the joy of convictions proven correct by unfolding history. We were a band of brothers and Jack was my brother as surely by battle as by birth.

I watched Jack mold men and women into decisive figures of action and accomplishment, in both politics and, later, business. And always with a strong dose of good humor and a sense of perspective that taught that business could coexist with personal and family lives. The timid Louisiana college student who became a strong state legislator; the middle aged DC attorney, burned out by the seeming sameness of his office life, ennobled and re-energized by the prospect

of his work not only helping a client but also a cause. Jack shaped an entire political movement by the sheer force of his will and commanded the respect and friendship of thousands.

But the power to persuade and to engender trust carries a commensurate duty to never abuse those gifts for purely personal gain. When Jack added the title lobbyist to his credentials as an ideologue, it began a process of erosion that eventually made it easier to shirk this duty. It has cost him his career and soon, his freedom.

So how to design a sentence to pay his debt to a society that he once served so unselfishly. I would begin with an accounting of the price he has already paid – and, despite the personal pain it has caused him and his family, this is most assuredly *not* measured in the volume of bad headlines his case has generated.

He is now broke. More profoundly, due to the utterly unique circumstances of his public destruction, he will be forever denied the ability to trade upon (and thus earn a living from) his most formidable personal and intellectual gifts. His court-imposed fines are gargantuan and in all likelihood outweigh the balance of his remaining lifetime earning potential. What is *already* known of his criminal sentence has thus, for Jack, made any future financial ambition purposeless.

But the sharpest arrow already embedded in his soul (given the life-defining nature of his long political history) is his loss of the right to vote. It's my belief that his coming years in prison will be easier for this former football lineman to endure than the near constant reminder of his estrangement from the most fundamental right of the democracy that he has labored so mightily throughout his life to protect.

As a surrogate uncle to Jack's five children, I am deeply troubled by the timing of the impending loss of their father – squarely in the midst of all five's adolescence. Other men and I will attempt to provide male moral support to the kids, but by necessity it will be a pale imitation of that provided by a strong, loving father such as Jack.

I would humbly make only a single request to you as you ponder the years and location of Jack's sentence: As is so often the case of powerful men suddenly brought up short by the second to last chapter in their careers, Jack's plea has broken him. His pride and defiance are gone. There has to be a way to direct his enormous intellectual prowess toward social causes that would benefit his community and the preservation of his family (in the same manner that Michael Milken redirected his skills following *his* fall). I am not naïve enough to believe that Jack will be only briefly incarcerated. But I am hopeful that his years behind bars will be brief enough to allow him to begin both his active repayment of debts and the rebuilding of his family life – the *final* chapter in his career – as soon as possible.

Thank you for your time, consideration and understanding.

Sincerely,

Paul Erickson

## U.S. - ISRAEL OPPORTUNITIES, Ltd

**Yoram Ettinger**
*President*

March 14, 2006

The Honorable Paul C. Huck
U.S. District Judge
James Lawrence King Federal Justice Building
99 N.E. 4th Street, Suite 1067
Miami, FL 33132

Shalom the Honorable Judge Paul Huck,

I am a friend of Jack Abramoff, who is aware of Jack's fallibilities, but has not forgotten Jack's exceptional involvement on behalf of fellow human beings, and especially the needy ones.

Jack's concern for the education, personal safety and human services of the needy has been exemplary. He has been known to have difficulties turning away requests for contribution toward such goals.

Jack's involvement has not been limited to writing checks. He has studied the issues at stake, and on many occasions has been personally involved, donating his scarce time and abundant experience.

Hopefully, Jack's sentencing will enable him to pay his debt to society by continuously sharing – with the needy - his unique experience in the area of enhancing education and human services.

Sincerely,

Yoram Ettinger

# FREDERIC M. ETTNER, MD

---

March 14, 2006

The Honorable Paul C. Huck
US District Judge
James Lawrence King Federal Justice Building
99 NE 4th Street, Suite 1067
Miami, Florida 33132

Dear Judge Huck,

I humbly and respectfully ask you to be lenient in the sentencing of Jack Abramoff. I sincerely hope that the following narrative will be informative.

I met the Abramoff family in synagogue during the Passover holiday in 1999. Jack Abramoff was sitting next to me with his sons. Our friendship grew during subsequent Passover holidays that our families have spent together.   Living together for two weeks permitted our families to interact during holiday worship services, meals, and at leisure. Since I am a family physician, I was called upon to attend to some of the health concerns of the Abramoff family. I believe that through my interactions as a physician and friend, I am in a unique position to comment on Jack Abramoff's character.

Jack is one of the most generous people I have known. Giving of himself to effect change in the education of our children is one of his many passions. On a personal level, the kindness he demonstrated toward my aged and infirm mother-in-law came from his heart. He was able to interact with her and that gave her great comfort and happiness. He valued her and her opinions.

The importance of Jack's presence in his family is paramount. Despite his long work hours, he is a loving, sensitive, and supportive father. His participation in his children's development, education, and lives is constant and consistent. His public tribulations have been devastating to his family. I am extremely concerned about the effects that long term separation would have on his family.  His twin 14 year old daughters Livia and Sara are at a critical age. The need of a strong supportive father is mandatory to assist in the consolidation of their attitudes toward males and self.  He has taught his daughters to be smart, bold, and independent. Fathers like Jack Abramoff fight the narrow stereotypical definition of their daughters' worth and support their wholeness. His absence threatens and might shatter their burgeoning identities. His three sons honor and respect their father and look to him for guidance and direction. Without him, they would certainly be adrift in unchartered waters.

Thank you for time, attention, and consideration.

Sincerely,

Frederic M. Ettner, MD

RANDI C. ETTNER PHD CLINIC PSYCHOLOGIST

March 13, 2006

The Honorable Paul C. Huck
U.S. District Judge
James Lawrence King Federal Justice Building
99 N.E. 4th Street   Suite 1067
Miami, FL 33132

Dear Judge Huck,

I am writing to express my concern in the upcoming sentencing of Jack Abramoff. While I have been acquainted with Mr. Abramoff for five years, I had a rare opportunity to gain insight into this man two years ago.

In April of 2004, my son told me a friend of his was having some psychological problems. He asked me to speak to this teenager, as he was quite concerned about him. That young man was Lavi Abramoff, the son of Pam and Jack Abramoff. I did agree to chat with Lavi about his problems which, at that time, were quite worrisome. Unbeknownst to me, his father was beginning to experience the difficulties for which he will face sentencing. It is well known that children are very sensitive to the tribulations of their parents and Lavi Abramhoff was suffering from crippling anxiety. He was unable to sleep, his hair was falling out, and he was developing multiple phobias in response to his fears about his father and the future of his family.

When I spoke to Jack Abramoff about his son, I was impressed with his unwavering love and support for this child. Although he clearly was under a great deal of pressure, his overarching concern was the integrity of his family and, particularly the well-being of his children. As a clinical psychologist, I have spent 25 years studying human behavior. I rarely see fathers who are as devoted to their children, and who demonstrate this devotion. Jack Abramoff is such a father: a model parent.

In time, I was able to help Lavi Abramoff to cope with the problems he presented. However, the following year, as Mr. Abramoff's difficulties escalated, and humiliation came daily with the morning news, the other four children began to suffer, as well. These young people are the innocent victims of a steady barrage of ridicule, and they are being traumatized in subtle and obvious ways.

I have spent a good deal of time with the Abramoff family, and I am proud to know them. They have been role models for my own children, who have only seen the kind interactions, the love that binds them, and the Passover holiday seders where the family breaks bread with their father, their hero.

I hope that the Court will be lenient with Jack Abramoff. His children desperately need his presence as they grow into maturity in order to live healthy, triumphant lives.

Sincerely,

Randi Ettner, PhD.

Randi Ettner



ב״ה

# BAIS YAAKOV SCHOOL FOR GIRLS
## RABBI BENJAMIN STEINBERG MIDDLE SCHOOL

The Honorable Paul C. Huck                                    March 20, 2006
U.S. District Judge
James Lawrence King Federal Justice Building
99 N.E. 4th Street, Suite 1067
Miami, FL 33132

To The Honorable Paul C. Huck,

I am writing to you as the school counselor of Livia and Sara Abramoff, who attend the
Middle School of Bais Yaakov of Baltimore.  Both Livia and Sara are exemplary students
in our school and unfortunately have suffered greatly this past year because of the turmoil
surrounding their father.  I know the family is close-knit, warm and supportive, and the
fear of the future has greatly affected both of the girls.  Please understand that whatever
happens to their father will have a major impact on the daughter's emotional and
psychological well being.

Thank you for your understanding and for your kind consideration of the family as a
whole.

Sincerely,

Chana E. Felder

Chana E. Felder LCPC
Counselor, Bais Yaakov Middle School

March 18, 2006

The Honorable Paul C. Huck
U.S. District Judge
James Lawrence King Federal Justice Building
99 N.E. 4th Street, Suite 1067
Miami, FL 33132

Dear Judge Huck,

I have known Jack Abramoff for the last decade on a personal level. While I cannot comment on any of his business actions, I can speak to efforts on behalf of the community and his family.

Jack has been extremely generous and community-minded. He founded two different schools, one that continues to benefit hundreds of children each year. I know that without his contributions, these schools would have never come into existence.

One of my children was also friendly with one of Jack's, so I have had the opportunity to see how he interacts with his family and the central role he plays there. Jack always puts his children first and foremost. His absence will be devastating to his children and wife.

I urge you to consider any alternatives to incarceration or the lightest sentence possible so Jack can resume his community efforts and be the focal point in his family.

Sincerely,

Howard J. Feldman

March 16, 2006

The Honorable Paul C. Huck, U.S. District Judge
James Lawrence King Federal Justice Building
99 N.E. 4th Street, Suite 1067
Miami, FL 33132

Dear Judge Huck,

I am writing to you on behalf of my neighbor, Jack Abramoff. Although I read in the Washington Post that he himself pleaded guilty to the crimes of which he has been accused, it was very difficult for me to believe. The Jack Abramoff that I know is one of three men who, through their donations and guidance prevented my children's parochial school from closure five years ago. He is also the man who allowed my entire family (of seven) to use his home as a temporary residence for over a week while he and his family were away on vacation. I know of a recent divorcee, with nine children, whom he helped purchase a home. He had previously helped this same woman pay for mental health treatments for one of her children. Practically everyone I know in our neighborhood either knows of, or was a direct recipient of Jack's generosity.

Although one could argue that the money that he used to do his acts of kindness was not his own, one could also argue that the fact that whatever he was doing allowed him to help so many people is what clouded his vision and prevented him from distinguishing between right and wrong.

Jack has a wonderful wife who, even though the Abramoffs were covering a good deal of the teachers' salaries from their own funds, volunteered daily in my first grader's classroom for an entire school year. As I'm sure you are aware, he also has five teenaged children, two with learning issues, all whom desperately need the presence and support of their father.

I'm begging you, on behalf of his family and all of those who have benefited from Jack's benevolence to weigh his good against his bad when determining his sentence.

Sincerely,

Laurel Feldman



# HANDY ASSOCIATES CORP.
MANAGEMENT CONSULTANTS

GAFFNEY J. FISKOE
PARTNER

March 14, 2006

The Honorable Paul C. Huck
U.S. District Judge
James Lawrence King Federal Justice Building
99 N.E. 4th. St.
Suite 1067
Miami, FL. 33132

Dear Judge Huck:

I am writing to you in reference to Mr. Jack Abramoff.

Mr. Abramoff and I first met in June of 2005 in Washington, D.C. Mr. Abramoff was a very peripheral component of a proposed transaction represented by a leading Washington law firm. I was on the counterparty side of the transaction. My meeting was in the law firm's offices but Mr. Abramoff did not attend the meeting. After the meeting, I was invited to have lunch with three other attendees at a downtown restaurant where Mr. Abramoff subsequently joined us. In the end, the proposed transaction never took place and apart from my being a guest at the luncheon, I have never given anything to nor have I ever received anything from Mr. Abramoff.

In fact, at the time I was introduced to him at the luncheon I was unaware of Mr. Abramoff's identity or renown. While this rather amused everyone at the table it did allow for Mr. Abramoff and myself to get to know one another without the trappings of prior business association, politics or media stories. In other words, Mr. Abramoff and I were able to have a completely unaffected conversation mostly about our respective families, as I recall it. This permitted me to see Mr. Abramoff in another dimension than the one with which he is now associated.

I wanted to mention these circumstances because the Jack Abramoff whom I met then and have subsequently come to know a bit is a man who struck me as someone whose family is at the very center of his existence, which I believe grows out of his deeply held religious convictions. I admire this in Mr. Abramoff as I would in any other person, but I was struck by his sincerity in this.

While mistakes are made in life as one's compass can be distracted by many things, I sense that at the core of his being, Mr. Abramoff is a very decent person with a family who is devoted to him.

Further, I believe Mr. Abramoff to be generous of heart supporting enterprises in his community, especially those associated with his faith, for which in the end consideration, the entire community benefits.

-2-

While it is clear that Mr. Abramoff will be sentenced, I wonder if your Honor could take into consideration the traits that I have mentioned in this letter. I believe that the community at large would be better served by Mr. Abramoff's formidable abilities and talents if he were to be sentenced to time performing community service.

I appreciate your Honor's taking the time to read this letter.

Respectfully,

LISA FIELD

March 17, 2006

His Honor Paul C. Huck
Judge-Federal Court
99 NE 4th Street
Miami, FL 33132

Dear Judge Huck:

I have known Jack Abramoff since 1982, the year I graduated from Brandeis University. I had known of the Abramoff family because our parents have been friends for many years, but I hadn't really met Jack until I applied for a job at the College Republican National Committee.

I got to know Jack very well while I worked for him that summer; he was the president of the CRNC. He was a good boss, never yelling or mistreating me or any of his employees even under times of stress. He was a good teacher; he taught me the ins and outs of Washington politics, the knowledge of which made me a better citizen and active member of society. He understood, even at 22 years old how Washington works and the importance of the relationships you make. I noticed that everyone who knew Jack from the Senators to the assistants- thought of him as a smart man and a man of integrity. (This is something if you know Washington!)

He also hosted me at his temple during the Jewish high holidays, as I was alone without my family. Religion was and continues to be important to him, but it doesn't insulate him from others; he integrates it into his life via attending services and also giving back to the community. I know he has given both money and time to many charitable institutions.

Finally, he is a family man. He loves his parents and his siblings and is most proud of his family, taking great care to instill integrity and faith into the lives of his kids.

Sincerely,

Lisa Field

## Philip and June Field

March 24, 2006

His Honor Judge Paul C. Huck
Federal Court
99 N. E. 4th Street
Miami, Florida 33132

Dear Judge Huck:

We are writing on behalf of the Frank Abramoff family and their son Jack who we have been quite close to for a long time. To substantiate our relationship, we can turn the clock back to 1969 when I, Phil Field, left the ad agency business in Chicago to move to Los Angeles where, by a quirk of fate, I went to work for Frank Abramoff who had recently moved West from New Jersey. Frank had resigned from his excellent position as vice president of Arnold Palmer Enterprises. Arnie was to golf then what Tiger Woods is today.

As we worked long hours together and my two children were in the same age bracket as Jack, Bobby and Linda Abramoff, a warm, gratifying, and respectful relationship developed between our two families that has lasted for more than three decades.

In 1970, after working with Frank for just a year, my workload increased substantially as business grew and I told him I needed an assistant. Shortly thereafter, he traveled back East and convinced his extremely talented ad manager (June Friedman) who was still with Arnold Palmer to move West, experience the good life in California, and become my administrative assistant. Since we were both divorced, it wasn't long before we realized we shared many of the same values both professionally and personally. Thanks to our association with Frank and Jane Abramoff, June and I will celebrate our 34th wedding anniversary on May 21.

Frank's business mainly dealt with various franchises and celebrity endorsements. When the franchise bubble began to burst, Frank had to downsize his staff and I accepted a marketing director position for a large land development firm in Las Vegas. We still reside here but have never lost touch with the Abramoff family. Through letters, e-mails, phone calls and personal visits, our friendship still endures. Naturally, we always exchange notes on the various activities of our kids. Jack's college grades and accomplishments usually headed the list of pride for his family. Frank and Jane always exhibited unconditional love for their three children as they excelled in college, their careers, their community accomplishments, their strong

religious beliefs, and their undevoted dedication and love for their families.

Now we, as cherished friends of Frank and Jane, along with their other friends, business associates, and family members are completely devastated! As we write this letter, Judge Huck, Jane, Jack's mother, was recently diagnosed with liver cancer along with other health problems. His father, Frank, who has always been a diehard optimist, is completely shellshocked and powerless on how he can help his son in a political dilemma that has been twisted to play upon a few wrongs that overshadow the numerous amount of good he has done in his life.

Where are we leading with the above background details? First, Your Honor, we are not begging that you be merciful... just fair. Jack Abramoff has accomplished an incredible list of achievements in a timeframe when most entrepreneurs are just getting started. Most of his achievements were perfectly legal and benefitted many; a few were illegal and benefitted only a few.

In our humble opinion, there can be no one in Washington, D.C. today who understands the ins and outs of a lobbyist more so than Jack Abramoff. There have been countless news articles that outline methods the government officials should evaluate, initiate, and revise for the rules and regulations applicable to the lobbying contingent and its influence in political decision-making.

We strongly believe, Judge Huck, that consideration should be given to utilizing Jack's knowledge in the capacity as a consultant to an appointed committee designated to work toward "cleaning house" for the obviously influential lobbying profession. This may appear to be a highly unusual move, but in essence it would be a highly viable one to deal with a problem that has been challenging government for decades and prove to be a more realistic way to uncover solutions.

To allow a mind as sharp as Jack's to degenerate in a prison cell would constitute justice for no one... especially to Jack. He is currently ungoing the most painful punishment of all. Humiliated. Exposed. Name ruined. Career over. Financially devastated. Degraded in the eyes of associates, friends and, most importantly, his family. As you may or may not know, Judge Huck, Jack has been a very religious person, has participated in charitable endeavors since he was a young boy, has financed a religious school for children, and idolizes his family. The torment he is experiencing from some of his lobbying endeavors is tearing him apart... the stress he has unwittingly imposed on his parents, his siblings, his wife, his children, and others who love him will forever haunt him.

Please consider a sentence, Judge Huck, that will serve to accomplish right from wrong, good from evil.

Respectfully submitted,

Phil and June Field