(

3-13-08 3"02

The Honorable Paul C. Huck
U.S. District Judge
James Lawrence King Federal Justice Building
99 N.E. 4th Street, Suite 1067
Miami, FL 33132J

Dear Judge Huck:

Please consider the effect of the prolonged incarceration of Jack Abramoff on the lives of his children and his wife, who will all suffer.

His family is the innocent victim here and will bear the brunt of his time away for them. His children are young and still in need of a father. His wife will have to be dealing with five children all on her own. Mrs. Abramoff will be struggling to keep the family together while the children will have to bear the shame of their fathers' wrongdoing.

Please have mercy on the children and Mrs. Abramoff. They have suffered terribly through this time period and normalization of their family as soon as is possible is to all of their interests.

Pam and Jack Abramoff were my friends for the years they lived in my neighborhood. They are hospitable, kind and generous neighbors. Please consider all who will suffer , not just Jack.

Sincerely,

Ellen D. Finkelman, M.D.

## MURRAY D. FISCHER

March 16, 2006

Honorable Paul C. Huck
Judge – Federal Court
99 NE 4th Street
Miami, Florida 33132

Dear Honorable Paul C. Huck:

I am writing this letter as I have known the Abramoff Family since the early 1970s. My primary relationship to the Abramoff Families was through Frank and Jane Abramoff, Jack Abramoff's father. Over the years, I have seen the love and the care that they have provided to not only their son, Jack but also to the other son Robert and their daughter Linda. They have always been a loving and caring family. Both Jane and Frank continuously instilled the meaning of charity and the purposes of charitable causes into their children's vocabulary with expectancy that they would carryout the deeds that their family has believed in and practiced for many years.

Over the years, I was able to witness Jack's response to these calls by his father with respect to his considered effort to help raise funds for the Jewish home in Atlantic City where his grandparents not only resided but were actively involved in the Jewish community of that area.

I also had an opportunity to see Jack's commitment to the Jewish people of the world in his effort to attempt to establish a Jewish Museum in the City of Washington that was designed to show all the good deeds that numerous Jewish people have participated in over the years especially in the United States.

I am sure you know anti semitism is still an ugly factor in the world today.

While I understand that Jack has agreed to take responsibility for those acts which he committed which were in violation of both federal and state laws, I sincerely believe that his debt to society would be best served if Jack's sentence was not to be incarceration in a penitentiary but was directed towards providing community service not only to the Jewish people but to other faiths for purposes of teaching them about morals and principles and how one can help other mankinds. While this might seem ironic to you, it might also re re-establish those ideals and principles his parents tried so hard to instill in him.

While I understand that examples must be set, I truthfully believe retribution to the community can best be served not by Jack sitting in a jail and doing small and inconsequential tasks but outside in the community while he could still be under the direct supervision of the federal government performing valuable community services.

I know it is not easy for me to write this letter as I always try to look at brightest picture possible and have seen a friend gone astray but I do understand that there is a level of decency to Jack Abramoff and would ask you to please look to that side with respect to the sentencing that you are about to hand out.

Thank you very much,

Murray D. Fischer

bcc: Frank & Robert Abramoff

 **COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS**

**Benigno R. Fitial**
Governor

**Timothy P. Villagomez**
Lieutenant Governor

<u>Via Fax: (202) 318-3011</u>

March 20, 2006

The Honorable Paul C. Huck
U.S. District Judge
James Lawrence King Federal Justice Building
99 N.E. 4th Street, Suite 1067
Miami, FL 33132

Dear Honorable Judge Huck:

Much has been said about Jack Abramoff, a former lobbyist for the Commonwealth of the Northern Mariana Islands, most of which is decidedly unflattering. However, as you consider Mr. Abramoff's sentence, I ask you to consider the Jack Abramoff I personally came to know and appreciate as a personal friend and political champion of our beleaguered United States Commonwealth.

During one of the darkest periods in our short history as a largely self-governing Commonwealth of the United States, Jack Abramoff emerged as a genuine champion and defender of our islands. Amid strident criticism of our local autonomy in the United States and abroad, Jack championed our rights under our Covenant agreement with the United States. He mobilized resources to educate policymakers about actual conditions in our islands. He delivered more than we ever expected and he often volunteered his personal service above and beyond the scope of his contract with our local government.

During the course of his representation of our islands, I came to know Jack Abramoff as a devoutly religious Orthodox Jew with a passion for conservative political causes. Out of genuine principle and conviction, he was an ardent advocate for the Commonwealth of the Northern Mariana Islands. He championed our cause for democratic self-government and economic opportunity and self-sufficiency. Jack strongly believed in the American free enterprise system and other Republican principles. He had a passion for ideas and for policy-making. He was a natural crusader and political activist, with great sympathy for our un-represented Commonwealth. Jack loved his job. He was getting paid doing what he loved most: championing causes he genuinely believed in.

With all that has been said and written about Jack Abramoff, I want you to know that, to this day, despite his current difficulties, I continue to regard Jack as a close personal friend. He is my friend and he was one of our Commonwealth's best friends and champions. His successful efforts on our behalf have not been forgotten.

When you consider his sentence, I ask you to consider Jack's good deeds for our Commonwealth and his genuine support for our worthy cause. I supported his representation of our government and, despite formidable criticism, I do not regret Jack's role in supporting our appeals to our federal government.  He was sincere and he did right by us.

Sincerely,

BENIGNO R. FITIAL

March 14, 2006

The Honorable Paul C. Huck
U.S. District Judge
James Lawrence King Federal Justice Building
99 N.E. 4th Street, Suite 1067
Miami, FL 33132

Dear Sir,

I am writing you concerning my good friend Jack Abramoff who faces incarceration in the near future.

I became a friend of Jack as a result of our crossing paths through our wives and children. My kids attended some of the same schools as his and I happened to coach his to sons Alex and Levi on the Montgomery County Baseball league for many years. My wife was on many volunteer school committees with Jack's wife and also became close to his entire family. His two daughters are the same age as my daughter and have spent many play dates together.

I became close to Jack through my coaching experience with his sons, as it seems no matter how busy he was he would always show up at their games. Inevitably we realized we both had many same interests in sports and eventually became racquetball partners and competitors.

Through the 15 years I have been his friend I have come to realize that like most of us, his family and kids are the most important in his life. Over the years as our friendship grew, my feeling for him and his family grew as well and I consider his family and himself as family.

I cannot even begin to comprehend the situation Jack is in and can only sympathize for him, as a family member would. I cannot pass judgement on his legal situation, as I only knew Jack through our personal relationship.

Hearing that he may have to be incarcerated in the near future has brought to my attention the reality of his situation and it scares me for him. His family depends on him so much and his kids love him so dearly it pains me to think of what life will be like without him. Jack is from the same faith as myself as we are both Orthodox Jewish. As the holiday Passover is coming up April 12th I can't even begin to think of what it would be like for his family to have to experience the religious Passover Seders without them. The Passover Seders are a Dinner Ritual, which in our religion, the main purpose is for the father to retell to his children to the story of the Exodus of the Jewish people from Egypt. In addition every Friday night (the Sabbath) the custom is for the family to be together as one to bring in our Day of Rest which is one of the foundations of our religion. I can't imagine how my own family could function without me on those nights.

If there was some way you might be able to delay his incarceration or reduce it and have him perform some sort of community service I think both his family and his community would benefit greatly. Through my friendship I have learned he is a genuine generous man who donates his time and money to many causes including Schools, Synagogues, Money for the poor and more.

I understand people make mistakes and must pay for them but if there were some way to alleviate the pain his family will experience I appeal to you to consider them. Thank you in advance for taking the time to read my letter and consideration.

Sincerely,

Allan Franco

# EZRA M. FRIEDBERG

March 12, 2006

The Honorable Paul C. Huck
U.S. District Judge
James Lawrence King Federal Justice Building
99 N.E. 4th Street, Suite 1067
Miami, FL 33132

Your Honor:

I write to you as a friend of Jack Abramoff. I understand that in a few short weeks you will be deciding on his punishment. I hope that my brief note will illustrate that not only is Jack not the evil man portrayed by the press, but Jack is actually a kind person and devoted father.

Enclosed you will find an article written by David Klinghoffer which offers a balanced look at Jack and his activities. I share Mr. Klinghoffer's view that Jack is a good man who has made a series of bad mistakes.

I have known Jack for four years or so. I know him in both a social setting and a communal setting. I have seen the kind way he interacts with friends such as me. Jack is always willing to assist a friend, be it with personal or professional issues. He has provided me with business advice on many occasions. Jack has also been incredibly charitable, both with his money and time. His efforts at establishing Eshkol, a yeshiva prep school, were ground breaking.

To be sure, Jack has made serious mistakes. Although he has suffered remarkable cruelty at the hands of the press, I recognize that he must still pay for the choices he made. Jack is a loving father of five children.

Despite his extensive travels and busy schedule, he was and remains intimately involved in each of their lives and development. He studies with the kids, helps them with homework, takes them to sporting events and Little League games. All the things a good father does.

The children have suffered terrible humiliation because of Jack's wrongdoings. Uprooting their father from their home will have a terribly harmful affect on their development. He has already suffered utter humiliation, and will have to return any ill-gotten monies. As an alternative to jail time, perhaps you would consider community service or home detention which would not tear him away from his children.

Feel free to contact me if I can be helpful in any way.

Sincerely,

Ezra M. Friedberg

cc:    Jack Abramoff

Enclosure

March 16, 2006

The Honorable Paul C. Huck,
U.S. District Judge
James Lawrence King Federal Justice Building
99 N.E. 4th Street, Suite 1067
Miami, FL 33132

Dear Mr. Huck,

I am writing to you on behalf of a friend and neighbor who has become too well-known all over the world: Jack Abramoff.

Our family knows Mr.Abramoff and his wife Pam as friends, and parents of our children's friends. They are good parents. When my youngest son was born and I was overwhelmed with childcare needs, they helped us immediately and unstintingly. Our children have been guests in their home, their children in ours. They both made themselves available to help out in the elementary school our children attended, not only with financial contributions, but with mundane and everyday matters – like helping to serve hot lunches..

I am well aware of the large mistakes in judgment made by Mr. Abramoff. But like all of us, he no doubt rationalized that he was doing things in the best interest of others – certainly not only in his own interests. Mr. Abramoff has done many generous and altruistic things in his life, but the press has now ensured that his positive contributions to society are obscured by his misdeeds.

Though the law cannot be as forgiving as the human heart, the law can have compassion. There is not only one man and his just punishment to think of; but also a wonderful and giving woman and five good kids who have seen their father humiliated and vilified before the eyes of the world. This woman and these children deserve to hold their heads high and make a life for themselves.

Though I imagine you cannot spare Mr. Abramoff from serving time in jail, I am asking you to limit the time to an amount that his family can bear. Please be lenient and allow him to serve his sentence in a place where his life will not be endangered, and he will be able to have regular contact with his family. He is a young enough man to make amends, to turn his life around, and to do wonderful things with his talents. There are certainly

many precedents here, among them public figures like Charles Colson and Michael Miliken, who have paid their dues to society, and dedicated themselves to helping others.

I am sure Mr. Abramoff is full of remorse and wishes more than anything to re-make the past few years of his life. You will need to sentence him, but please do not devastate the lives of Pam and the children by an overly harsh sentence.

Most sincerely and with hope for your compassion in judgment,


Adina Friedman

March 23, 2006

The Honorable Paul C. Huck, U.S. District Judge
James Lawrence King Federal Justice Building
99 N.E. 4th Street, Suite 1067
Miami, FL 33132

Dear Judge Huck,

As children, we can understand the emotional roller coaster that Jack Abramoff's children are experiencing. We are privy to their feelings of uncertainty regarding their family's future. The weight of the sentence will impact not only Jack Abramoff, but his wife and children as well.

In this task presented to you, we ask you to consider Mr. Abramoff as a person, and the good he has done. He has donated money to numerous schools to provide children with quality education. We, our classmates, and 100s of children are the products of this generosity. When Mr. Abramoff perceived a need in the community he did not just sit on the sidelines, but rather he took an active role.

Judge Huck, a person can not be judged solely based on his mistakes. One must endeavor to see the whole person. Mr. Abramoff has helped so many people, that we will probably never know the full extent of his philanthropy. He has admitted to his mistakes and has expressed his remorse. We ask you to take into account Mr. Abramoff's full character and the repercussions of his sentence on the family and community.

Imagine a child standing in the marketplace. The child, overcome by hunger at that moment, steals an apple from a passing cart. For one moment, thoughts of guilt disappear, and he takes a bite from the Forbidden apple. His sin is a common one, and has been done literally, since the beginning of time. A few minutes later a policeman, desperately wishing to carry out justice walks by the child. The policeman sees the stolen apple, and smiles at his opportunity to achieve justice. Delighted, he pulls out handcuffs and places them around the child's wrists.

Now rewind this disturbing scenario about 30 seconds, we find ourselves once again in the company of the eager policeman. Once again he approaches the child, yet this time with a stern expression upon his face. The policeman begins to explain to the remorseful child, the different ways in which he could have reacted to his hunger. The policeman then walks away content, and the child, determined not to fall prey to his whims. Consider the policeman's actions, which reaction had more of an impact?

Now, we ask you that question. Can Justice be the man who succumbs merely to instinct and strikes without warning or is true Justice one who reacts with the wisdom and mercy both capable and necessary of mankind?

A true Justice seeker must consider the past, present and future. We can tell you the past and present, but in your hands rests the future of Mr. Abramoff, his family, and all the organizations which he assists. We turn to you, and ask you to sentence Mr. Abramoff with an open hand, just as he behaved towards the 100s in need, giving to them with an open hand. Thank you for taking time to read our letter.

Sincerely,

The Honorable Paul C. Huck
U.S. District Judge
James Lawrence King Federal Justice Building
99 N.E. 4th Street, Suite 1067
Miami, FL 33132


March 22, 2006


The Honorable Paul C. Huck,


     I am writing to you from a perspective as a teacher, who has been in the field of education for well over a decade. I have taught many different grade levels, both here, in the United States, and overseas. I currently serve in the capacity of an educator in the Bais Yaakov School for Girls in Baltimore, Maryland.

     Upon reflection of the current situation regarding Jack Abramoff who, I understand is waiting for his sentence to be determined, I have come to the following conclusions. The impact on his daughters Livia and Sarah, both of whom are thirteen years old and my students, will be emotionally devastating. Family life is very important in the Abramoff house, as is evident from numerous discussions with the girls. As such, the influence of both parents being present is clearly the most critical of all factors in the healthy development of these two fine teenagers. It is my request that serious consideration be given when determining Mr. Abramoff's sentence.

     I implore you, therefore, when making your final decision to take the above comments to heart, in view of the effect it will most certainly have on Mr. Abramoff's innocent daughters.


                    Sincerely,

                    Q. Friedman

                    Mrs. Ruth Friedman

March 15, 2006

The Honorable Paul C. Huck
U.S. District Judge
James Lawrence King Federal Justice Building
99 N.E. 4th Street, Suite 1067
Miami, FL 33132

Dear Judge Huck,

I understand that you will be making a decision regarding the sentencing of Mr. Jack Abramoff very soon, and I am writing to ask that you be as lenient as possible with Mr. Abramoff when you make this decision. I have two reasons for making this plea: First, I see no value to putting Mr. Abramoff in jail—I believe that it will accomplish nothing for society and will cause unnecessary harm to Mr. Abramoff and his family, to no end that I can see. And second, Mr. Abramoff, specifically, is a good man who is repentant, which deserves to be rewarded.

First, as I understand the penal system in this country, the goal is either to stop the criminal from committing further crimes or to deter others. I think that anyone, upon reviewing Mr. Abramoff's case, will agree that he is very unlikely to commit another crime—the tar and feathering that has taken place and the loss of friends and colleagues would be enough to accomplish both of the aforementioned tasks. i.e., Mr. Abramoff will certainly not commit any of his crimes again, and anyone who was considering replicating his actions will certainly be deterred by what has happened to him in the press and among his colleagues. Sending him to jail will not add measurably to the level of deterrence already achieved, since the level of deterrence is already at 100 percent. Obviously I'm not suggesting that bribery will cease, only that based on Mr. Abramoff's case so far, no further penalty will add to the level of deterrence from his case specifically.

Add to this consideration the fact that Mr. Abramoff has five children with whom he is very close, all of whom still live at home. It is my understanding that Federal prison is not terribly taxing for the person in prison, but that it is awful for the person's loved ones—the full burden of childcare falls on the spouse; the children have to live with the stigma of having a father in prison, in addition to missing him and not having him there as a role model. While I am glad that prison is not onerous, that fact does beg the question of who is actually serving the time that is meted out. i.e., although Mr. Abramoff would be the one in jail, it is his five young children who will really suffer. Couple the fact that prison will not deter Mr. Abramoff or others to any significant degree beyond the current deterrent effect with the fact that Mr. Abramoff's children will suffer in an array of ways from having his father in prison, and it seems to me that the lightest possible sentence is surely warranted.

Second, I have gotten to know Mr. Abramoff over the past few months via email as we've been discussing issues related to Judaism and morality. My impression of Mr. Abramoff is of a man who is repentant, sincere, thoughtful, down-to-earth, and self-deprecating. Although he certainly made bad choices and appears to have postured about some of his clients in a way that is unkind, I would suggest that we all do things that shame us later. Most of us, however, do not find

ourselves the subject of global scrutiny. It seems clear to me that although Mr. Abramoff was unkind in email to one person about his clients, he certainly did their bidding, and did it effectively.

Although both he and others now recognize that his level of devotion to his clients was morally objectionable and illegal, I think I share the view of many Americans when I suggest that he was playing the lobby game, and that the difference between what Mr. Abramoff did and what other lobbyists do is, at most, a difference of degree. It speaks very well of Mr. Abramoff that he is now repentant, is cooperating with prosecutors, and sincerely hopes that his experience will lead to reform of the system, which is far more corrupt than this one lobbyist's experience. It seems to me that rewarding him for cooperating will send a much more useful and significant message to any future wrongdoer than will punishing him for his initial misconduct. i.e., if you put him in jail for a long time, despite his contrition and helpfulness with prosecutors, that may cause future defendants to behave in a manner that is much less helpful to prosecutors, and that for no real additional deterrent effect from the jail time.

I would like to close by noting that Mr. Abramoff and I are polar opposites politically. I am on the most progressive side of the Democratic party, while Mr. Abramoff is on the most conservative side of the Republican party. Nevertheless, as a devout Roman Catholic, I admire his devotion to his faith. As a member of a very close family, I admire his devotion to his wife, children, and parents. And as someone who donates 20 percent of my salary to causes that I believe in, I admire his devotion to philanthropy, even as I chose different causes. Like others from among my more conservative friends, I find Mr. Abramoff's sincere desire to lead an ethical life and make the world a better place admirable, and I'm convinced that he will never again behave in the ways that caused his current situation.

If I can be of any further assistance, please do not hesitate to contact me. I can be reached during the day at

Sincerely,

Bruce G. Friedrich

Royal J. Fuchs
Carole M. Fuchs

March 19, 2006

The Honorable Paul C. Huck
U. S. District Judge
James Lawrence King Federal Justice Bldg.
99 N.E. 4th Street, Suite 1067
Miami, FL 33132

Subject: In re Sentencing of Jack Abramoff

Your Honor:

1.    Jack and Pamela Abramoff have been our friends and
neighbors as well as community leaders for a number of
years.  Our experiences with them have been exclusively
outside the realm of Mr. Abramoff's professional and
business endeavors of which we have no knowledge.  While we
are passionate defenders of the Rule of Law, we have deep
concerns over the merits of an extended incarceration of
Jack Abramoff as payment of his debt to our society.  These
concerns motivate us to inform you of those aspects of Mr.
Abramoff's character with which you may be unfamiliar.  We
are especially saddened by the media's ugly caricature of
Mr. Abramoff be it in the form of traditional journalism or
humor.

2.    Highlights of Mr. Abramoff's character perhaps not
known generally to the public are set forth below.

**PHILANTHROPY:**
- Founded and funded several educational institutions,
  e.g. Torah School of Greater Washington, Eshkol
  Academy and the GIFT Program for the Learning Disabled
- Established a fully-functional synagogue within his
  residence for Jewish youth and those residing nearby
  without the capacity to walk to the nearest official
  congregation

**CHARITY:**
- Generous contributor to numerous local, national and
  international charitable organizations

Subject: In re Sentencing of Jack Abramoff

**REDEEMING CHARACTER TRAITS OR ACTIONS:**
- Effective academic institution leadership beyond those founded or funded, e.g. Yeshiva of Greater Washington
- Caring and sensitive to needs of others
- Greatly concerned about America's apparent moral decline and secularization
- Loving parent dedicated to providing the optimal educational opportunities for his children as well as for their emotional and material needs

**PERSONAL EXPERIENCES:**
- Provided Royal J. Fuchs with many opportunities to develop his synagogue leadership skills not otherwise available to him
- Provided Carole M. Fuchs unlimited use of his residential pool for physical therapy purposes
- Invited us numerous times to share Sabbath and Jewish holiday meals as a gesture of warmth, friendship and compassion
- Provided consolation to us in times of loss

**IMPACT OF INCARCERATION TO FAMILY:**
- Wife Pamela is exceedingly competent and resourceful in her roles as mother, homemaker and professional who would experience extraordinary emotional pain, suffering and severely degraded effectiveness in the event of an extended incarceration of her husband. No doubt such a response on her part would affect her relationship with the Abramoff children to their collective detriment.
- The five Abramoff children are predominantly in their impressionable teenage years. They are all bright, sensitive and loving. In the event of an extended incarceration of their father, they would all likely suffer significant and lasting emotional trauma with unpredictable consequences to their entire lives.

3.    We humbly request that you recognize Mr. Abramoff over the entire spectrum of his being and take the foregoing into full consideration. It would seem to us that our American society would harvest far greater benefit by a sentence for Mr. Abramoff that would predominantly take the form of community service and minimize an extended incarceration. The community service should be extensive well defined, fully accountable, uncompensated and entirely

2

Subject: In re Sentencing of Jack Abramoff

compatible with the established Rule of Law and any
applicable sentencing guidelines.  Mr. Abramoff clearly
possesses extraordinary skills that could and should be
brought to bear on the many problems that our nation faces.
We believe that under the circumstances of such a penalty,
Mr. Abramoff would commit to any worthy community service
assignment(s) and be entirely successful in their
execution.  He has already suffered great public
humiliation and disgrace that in no small measure should
contribute to the payment of his societal debt.  We believe
our suggestion to represent a fair and just course and
thank you greatly for your consideration.

Very truly yours,


Royal J. Fuchs


Carole M. Fuchs


Cc: Christopher Man, Esq.

March 20, 2006

The Honorable Paul C. Huck
  U.S. District Judge
James Lawrence King Federal Justice Building
99 N.E. 4th Street, Suite 1067
Miami, FL  33132

Dear Judge Huck:

Now that Jack Abramoff comes before you for sentencing, his powerful "friends" in Washington unable to recall knowing him, it falls to those of us who perhaps have known Jack better, albeit from a meeker plane of existence, to testify on behalf of his true character.

I first heard of Jack Abramoff in the summer of 1983 when he was standing for re-election as Chairman of the College Republican National Committee.  I had just been elected Chairman of the Wisconsin College Republicans, and was approached by the campaign of his opponent from California, whose name is not important. He and his representatives told me a pack of lies about Jack's administration of the College Republicans, how he was unfit for a second term, that he was running the CRs into the political wasteland, and so on.

Unfortunately, I believed them.

I joined the worthless, juvenile campaign against Jack's re-election, wasted my own money, made a fool of myself, and left the convention thinking politics was too dirty and ugly for me.  Based on what I was told, I fully expected my own political career in collegiate politics and the Republican Party to end abruptly, my ties to the "movement" wing of the GOP slashed by Jack and his "henchmen."

Instead, Jack called me into his circle.  He came to Wisconsin.  He made sure he was a friend, especially when he least needed to be one.  Moreover, Jack went out of his way then, and over the years I have known him and Pam, to let me know that my mistakes towards him were always in the past, no matter how embarrassing they continued to be to me. I tell this aside because it may also help you to better know the person who comes before you, begging your fairness, if not your mercy.

Jack Abramoff knows about forgiveness, because he is the most forgiving person I have ever met in politics. He is also the most empathetic adult I have known, a person who sees hurt in others, feels it as though it were himself, and tries to fix it. He is and always was mature beyond his years, motivated to lead a purposeful life. In college, when most young men his age were experimenting with recreational drugs, drinking to excess and attending tailgate parties, Jack set out to change the world. It matters not whether one agrees that he did, what's relevant here is how, so early on in his life, Jack invested his entire persona in the belief one person can make the world a better, safer, more free place.

People like to say politics is a contact sport, especially while kicking someone when they're down. For Jack, politics was always the way to save the world from evil, which meant people who stood in his way politically— in an election, in an editorial, giving a speech— couldn't be blamed for what they were doing. Jack sincerely believed opponents and even his outright enemies just didn't know the harm they were causing. In fact, Jack's zealous approach to everything, from business to politics to his faith and his family's security, his "all-or-nothing" approach to life, would be traits to admire and cherish under any other circumstance.

Jack is paying an enormous price for the intensity with which he approached all matters in his life. What I beg you to understand is that Jack's apparent self-righteousness is actually sincere and genuine concern for people and causes he believes in. He walks the talk, lives to help people win in adversarial situations. He has not a hypocritical, jealous or vengeful bone in his body. For as long as I have known Jack, however, no subject matter was too small to be categorized in terms of "evil versus good." In this, Jack created "causes" where others simply see disagreements. I strongly believe— knowing only what is printed in newspapers— that Jack's involvement in the SunCruz acquisition began foremost by his desire to help someone whom he believed was a victim. When a person sees the world in such stark terms, it's hard for them to see everything else.

Jack's transformation of himself has doubtless begun. His faith in God, in the people he trusted and helped, in the goodness of life, everything important to him, are all on the table. Jack has used this time, confronting the idea that his life's honorable intentions and purposes have in fact taken him outside the law, to reflect deeply on his character flaws. He recognizes where he has led himself astray. He has not discounted— at any time— the severity of his actions.

The most important thing now in Jack's life is his loving wife and adoring children. Every gift he's given them over the years is now returned a hundred-fold. They are Jack's best guides as he puts his otherwise honorable life back together. As you impose

2

sentence on Jack in this case, please do not discount the importance of his connection with them.

You should also give consideration to Jack's natural abilities as a teacher and leader. Jack will always find ways to help others and serve the people around him. Trust me, you don't want to put him in prison long enough to get elected Warden, because he would. Owing to Jack's natural compassion and innate charisma, the risk is he could change the whole federal correctional system into a bona-fide democracy.

Quite seriously, Your Honor, Mr. Abramoff will be a much greater asset to the justice system, and repay his debt to society by orders of magnitude greater than his offenses, if he were to be put to work in the community, particularly with young people, for as much of his sentence as possible. Certainly you have the power to decide what is fair. I am just as certain that you will not see a more civic-minded, principled man in your courtroom again.

Thank you for reading my letter.

Sincerely,

Nicolas A. Fuhrman

The Honorable Paul C. Huck
U.S. District Judge
James Lawrence King Federal Justice Building
99 N.E. 4th Street, Suite 1067
Miami, FL 33132

Dear Judge Huck:

My name is Sam Garfield. I currently serve on the board of the Torah School of Greater Washington, an institution that owes its very existence to Mr. Jack Abramoff. As a member of the community in which he lived and as a Board Member of the Torah School of Greater Washington, I can honestly say that I have never seen a more generous individual in all my years. There were many times when our school had accumulated such a large deficit that it brought us to the brink of closure, Jack stepped in and saved the day. We were not the only school Jack was keeping afloat; he was actively sustaining many institutions in our local area. Your honor, I would challenge anybody to find a person as generous as Jack Abramoff was to our local community. I am willing to admit that I don't think I could live up to the example, Jack has set in his dedication to community institutions. I can personally attest to the generosity he has shown to others including strangers who were in a time of need. It is in his time of need, that I ask you to show mercy in your sentence ands allow Jack to return to his family at the earliest time possible.

Your Honor, we are all human and make mistakes. Please be humane and give Jack Abramoff the lowest sentence permitted by law.

Respectfully,

Sam Garfield



**Quantum Communications**

Strategic Communications Management

- Issues Management / Coalition Building
- Strategic Marketing
- Public Relations
  Crisis Communications
- Media Training

March 15, 2006

The Hon. Paul C. Huck, Judge
UNITED STATES DISTRICT COURT
James Lawrence King Federal Building
99 N.E. 4th Street, Suite 1067
Miami, FL 33132

RE: Jack Abramoff

Dear Judge Huck:

I write regarding the unhappy circumstances surrounding Jack Abramoff. I very much appreciate Your Honorable Court's consideration of my thoughts.

I have known Jack Abramoff for more than 25 years. While our paths have not frequently crossed over the years, we maintained a circle of friends who interacted and I have followed his career and visited him occasionally.

My first contact with Mr. Abramoff was as a young staffer on the Reagan for President campaign. Later I served as an area Chair of Citizens for America when Jack was the organizations Executive Director. Jack was always a leader. He possessed extraordinary skills, tenacity and drive. On the occasions when I dealt directly with Jack he always evidenced a concern for "the least of his brethren". He seemed genuinely concerned for how his actions affected the lives of others.

Jack has always cared very deeply for his Country. In private conversation, away from the television cameras and microphones Jack spoke in the same tones as he did at press conferences. I believe that he genuinely wanted to make a positive contribution to the life of the nation he loves so much.

Jack is a devoted father, husband and family man. No one that I know would question his devotion and commitment to his family and their future. As I understand it, Jack has been and is the sole support of his wife and five children.



**Quantum Communications**
Strategic Communications Management
- Issues Management / Coalition Building
- Strategic Marketing
- Public Relations
- Crisis Communications
- Media Training

Hon. Paul C. Huck
March 15, 2006
Page 2

I recognize that you must see that justice is done for the things to which Jack has pleaded
guilty. I trust that justice will be tempered to reflect the totality of Jack's life and record
and the fact that, as a young man, he still has an opportunity to put his incredible talent to
work for good. I ask Your Honor to mitigate or "downwardly depart" (I am a lawyer by
training!) to the greatest extent possible so that Jack may be allowed to best care for his
family, do good for his community and serve others with the rest of his life.

Respectfully,

CHARLIE GEROW
CEO

CG:tbm

Adina R. Gewirtz

March 13, 2006

The Honorable Paul C. Huck
U.S. District Judge
James Lawrence King Federal Justice Building
99 N.E. 4th Street, Suite 1067
Miami, FL 33132

Dear Judge Huck:

I am writing to you on behalf of Jack Abramoff. I have been friends with Jack and his wife Pam since before their marriage, for twenty five years. Although I cannot speak to the circumstances that brought Jack into your courtroom, since I have no knowledge of them outside what I've read in the media, I can tell you that I know Jack as a friend, a good father and husband, and a man who has spent his life trying to give to his community.

What I read in the newspapers is shocking, but the Jack I know personally is not the man they describe. Over the years, I've seen how kind and giving Jack can be, how he will help a friend in distress, and how much he will give of himself to do what he thinks is right. I know that, despite the wrong he has done, he is also a spiritual person, who wants to do right, and will, if given the chance, put all his strength into correcting what he has done.

To take Jack from his family would be devastating, not only to him, but to them. Despite what he's done, Jack remains a caring and loving father, and his family would be destroyed without him. He has five children – his youngest daughters are just 12 – and all of them need their father as they grow into adulthood. For Pam, who recently lost her mother to cancer, losing Jack would be nothing short of tragic. This family has already suffered from the scandal and shame of Jack's notoriety. Please give Jack the chance to repay his debt to society in some productive way. He's a brilliant and good-hearted man, and, given the right direction, could do much to right the wrongs he has committed. By keeping him with his family, you will be saving them, and directing Jack onto a positive path that will help the greater society at the same time.

Sincerely,

Adina R. Gewirtz

BLANCHE GEWIRTZ, BA, CSR, RPR

The Honorable Paul C. Huck
U.S. District Judge
James Lawrence King Federal Justice Building
99 N.E. 4th Street, Suite 1067
Miami, Florida 33132J

March 19, 2006

Your Honor,

It is hard to find the words to describe a brother who has gone astray, but who nevertheless has done so much good in the past.

When I first met Jack, it was at the home of one of our daughters. He and Pam were a young couple and were friends of our children.

He came to mind again when I was called to Greenberg & Traurig one day to take a deposition. (I'm a court reporter).

Jack was elsewhere that day, but it was a long, involved deposition regarding one of the Indian nations, and he was never far from my mind, because my husband had told me once that Jack started working with the Indians way back when they had no money.

When things went well financially for Jack, and his business progressed, he founded a school, gave a lot of charity, paid for scholarships for those who could not afford it, supported at least one family in Israel, and kept "Stacks" going, finally a kosher restaurant, much appreciated by the Jewish community.

Your Honor, this is a man who worked hard and tried to do much good. He was an example to many people who really didn't know anything about lobbying, but saw Jack act charitably and thus were inspired to do likewise.

Jack's wife, Pam, and his five children (3 boys and a set of twin girls) are suffering mightily at this time.

Scorned by many (who, of course, are not totally blameless themselves) the finger is pointed at them and they read about their father constantly in every newsmagazine, in the newspaper, and online.

Four of the children are teenagers, a terrible age for them to go through this. (I believe the eldest boy is 20). They know what is going on. They are not oblivious. They will be scarred for life. Who knows in what way that will manifest itself.

BLANCHE GEWIRTZ, BA, CSR, RPR

I beseech you to send Jack home to his family, to do good, to do community service, or to work and in some way make financial reparations. He knows that his life is ruined. He knows that nothing will ever be the same again.

A lengthy imprisonment for someone who is intelligent and can improve their behavior and make reparations would, I believe, be a waste of the gifts they were meant to use for good in this lifetime.

In the Jewish prayers, we often reiterate the qualities of the Lord. Our goal is to seek to emulate the Almighty. One of our beliefs is: "Just as He is merciful, so be ye merciful." Your Honor, please be merciful.

Many people used to wonder: "If I were blessed with wealth, would I spend it on others?" Jack did, and gave a lot to others. He never hesitated when someone was in need. That, at least, he did right.

Sincerely,

Blanche Gewirtz

The honorable Paul C. Huck
U.S. District Judge
James Lawrence King Federal Justice Building
99 N. E. 4ᵗʰ street. Suite 1067
Miami, FL 33132


20ᵗʰ March 2006
Re Jack Abramoff


Honorable Judge Huck,


I am taking the opportunity to write to you about Mr. Abramoff whom I have known for fifteen years.
During this time I have had the chance to get to know Jack and have always found him very professional and a man who has carried out his commitments in a generous and honest manner. He was always interested in helping others and I found him extremely willing to be of assistance not only to myself but to friends and associates -some whom he did not know- without even requesting consideration. He was always trustful of others. In numerous discussions I got to know an extremely religious and dedicated family man who was very active and generous to his community.
At times I did not know how Jack managed all of his commitments and possibly he has over extended himself and relied on others to work out the fine details.

I am sure as he looks back he would wonder how he found himself in this current predicament, I therefore write to ask the court to take into account Jack`s generosity to his community and his family and I am sure it would be a great loss to both if he could not continue to be actively present and involved in both.

Thank you for your time in reading this letter

Yours faithfully,

Derek Gibson

# DAVID GLASNER

The Honorable Paul C. Huck, U.S. District Judge
James Lawrence King Federal Justice Building
99 N.E. 4th Street, Suite 1067
Miami, FL 33132

Dear Sir:

I am writing to you to request respectfully that you use your discretion to mitigate the sentence that you will soon pronounce on Mr. Jack Abramoff. I have known Mr. Abramoff for over ten years as he was one of the founders, and later President, of the Torah School of Greater Washington which both of my daughters attended. He later moved to our neighborhood and became a member of the same synagogue of which I am a member.

I can speak only as a friendly acquaintance. Jack struck me as an extraordinarily talented, and hard-working individual, of enormous energy, drive and dedication. He also seemed to me to be motivated by high ideals and a genuine desire to use his time, energy, and resources to make his community and his country better off than they would otherwise have been. Whatever ethical lapses and misdeeds he may or may not have committed, I cannot believe that the sincerity and idealism that I saw were not real.

Jack's personal life has obviously taken a very tragic turn. For him to be sentenced to a long prison term would impose a crushing burden on his family, which would only compound many times over the tragedy that has already befallen those truly innocent bystanders. Prolonging his prison sentence would also lessen the chances that Jack could eventually make restitution to the clients whom he was found guilty of defrauding. It is hard for me to imagine how justice would be served by his serving a lengthy prison sentence that would harshly punish not just him but his innocent family. I implore you to temper justice with mercy in considering the sentence that Mr. Abramoff will have to serve.

Respectfully yours,

David Glasner

# OHRAN GOBRIN

March 19, 2006

The Honorable Paul C. Huck
United States District Judge
James Lawrence King Federal Justice Building
99 Northeast 4th Street, Suite 1067
Miami, FL 33132

Dear Judge Huck:

I write to your Honor with a deep and heart-felt plea that in sentencing Mr. Jack Abramoff, justice be tempered with mercy. I am not asking that wrongdoing be condoned or that actions which are against the law be excused. I am pleading, however, that in judging Mr. Abramoff's mistakes the court also recognize Mr. Abramoff's goodness. I am also pleading that in sentencing Mr. Abramoff's wrongdoing the court consider the enormity of the pain he has already suffered.

The Jack Abramoff I know and care about is a kind and companionate person. He is a loving son, husband and father who invests extensively in his family. He is a man that helps friends and strangers alike. He is a deeply religious man who values study and personal development. He is a visionary and a community builder. If his boundless energy and need to give has spilt over into wrongdoings that should be punished, then I beseech you, please, let the punishment not extinguish his capacity for continued good.

It is the imprisonment of the soul that that causes the deepest of isolation. Mr. Abramoff has spent the greater part of the last two years in such a prison. He has endured extensive, unrelenting and unfounded defamation of character through the media and the internet. He has watched the very people he is accused of influencing deny any knowledge of him or acquaintance with him. This has not been a prison cell of solitary confinement but rather one which has shared with his parents, wife and five children. There is not a day that goes by that this family is not reminded of this imprisonment. Society has already sentenced the Abramoff family — a sentence that will endure for a very long time.

I have seen Jack Abramoff fall from the heights of achievement to the depths of despair. And yet, throughout this fall, he has not become angry or bitter but rather remorseful and repentant. He recognizes his wrongdoings and regrets the implications of his actions. Most importantly he has a genuine desire to right the wrong in a way that is contributive and meaningful to those he has harmed and to society.

Please, Judge Huck, sentence Mr. Abramoff with compassion. Allow Mr. Abramoff to continue to be a loving son to his parents, husband to Pam and father to Levi, Alex, Daniel, Livia and Sarah.

Yours Respectfully and Sincerely,

Ohran Gobrin

17 March 2006

The Honorable Paul C.Huck
U.S. District Judge
James Lawrence King Federal Justice Building
99 N.E. 4th Street, Suite 1067
Miami, FL 33132
United States of America

Dear Judge Huck,

Mr. Jack Abramoff was a member of our synagogue during the time that he was in South Africa. He was always willing to help the community in whichever way he was able. He was very charitable and we considered him to be upright and helpful in all his dealings with us.

Although South Africa is such a long distance from the US, we have seen the vicious press attack on Mr. Abramoff and while we do not condone any wrongful acts he may have committed, it appears to us that he has been subjected to adverse media coverage that does not appear to be commensurate with other wrongdoers or his crimes.

May I take this opportunity to enter a plea on his behalf that he be sentenced to community service or the equivalent instead of a prison sentence. If punishment is supposed to rehabilitate, I hope you would consider this form of sentence together with the pain and suffering Mr. Abramoff has already suffered to be sufficient punishment bearing in mind that his family have suffered greatly because of the overwhelming media exposure and the shame of Mr. Abramoff's actions.

Yours Sincerely,

Jeffrey Gochin
Trustee: Keter Torah Congregation

March 12, 2006


The Honorable Paul C. Huck
U.S. District Judge
James Lawrence King Federal Justice Building
99 N.E. 4th Street, Suite 1067
Miami, FL 33132

Honorable Judge Huck,

We are writing this letter to you in hope that you can understand the importance that love of family, and love of country have for Jack Abramoff.

Janet Gol, formerly Janet Abramoff, and Jack Abramoff are the oldest children respectively of Bernard and Frank Abramoff. As first cousins, both Janet and Jack were brought up with the understanding and knowledge that family and country are the of the utmost importance as they go through life.

We both know Jack Abramoff as devoted son, and an even more devoted father to his immediate family. Jack has always demonstrated to his siblings and cousins that love of family really means more than anything, and if you have your family around you, you certainly be considered as truly blessed. As Jack went off to school, his convictions to that affect grew even stronger, as he became more involved in embracing the teachings and lifestyle of an Orthodox Jew. Even to this day, Jack Abramoff holds his beliefs and teachings of our religion very close and dear to his heart.

With that in mind, as Jack's children grow into young adults, and will be making their way into their communities and schools, the loss of their father to incarceration could be most devastating. As a strong family man, Jack Abramoff and his wife Pam have worked hard side by side to ensure that their children grow up to become model citizens with a constant devotion to G-d. It would be exceptionally difficult for one parent, in this case Pam Abramoff, to properly guide and teach their children the directions of life that should be taken.

Your Honor Judge Huck, as members of the Abramoff family, we ask that you give Jack Abramoff all consideration and leniency insuring that Jack Abramoff's immediate family can stay in tact, and his extended family can still have his love and support that was always so cherished.

Sincerely,

Abe and Janet Gol

# MICHAEL GOLAND

## (310) 270-7247
March 19, 2006

Judge Peter C. Huck
United States District Judge
James Lawrence Federal Justice Building
99 N.E. 4th Street, Suite 1067
Miami, Florida 33132

Dear Judge Huck:

I am writing this letter to apprise Your Honor of the character of Jack Abramoff as I know him and how my feelings are impacted by his plea agreements and sentencing.

I have known Jack for more than twenty years. I first met him in 1984 when I undertook an independent political expenditure—a political campaign where my free speech positions are expressed along with that of the candidates running for office -- against then U. S. Senator Charles Percy (R-Ill). Percy, an avowed anti-Semitic Senator whose voting record reflected his consistent effort to mitigate any U.S. support for Israel and to intentionally vote on both sides of every other major national substantive issue. Because of Percy's consistent conflicting voting record, I had solicited every constituent organization that had a position where Sen. Percy had ever voted against their issue.

Jack, through his organization, College Young Republicans, was the preeminent grass roots organization that is most credited with successfully organizing the get-out-the-vote and a major contributor to President Ronald Reagan's election. Jack not only embraced my positions against Percy, as they rang true to him also, but co-opted most other conservative organizations to join our efforts. Further, Jack got most of these organizations to encourage their political oppositions to join in an anti-Percy opposition also because of Percy's voting record.

Because of this close working relationship for almost one year, I got to know Jack and his then secretary and future wife, Pam, very well. I shared time with them, partook in their wedding, attended their five children's circumcisions or naming ceremonies and their Bar and Bat Mitzvahs (Mitzvot), and look forward to attending their weddings.

A very personable man with strong character-based positions, Jack was driven by many principles. One was "Am Israel Chai" which is loosely translated as "the Jewish people

1

lives"; it encompasses all aspect of Jewish life. For Jack, this isn't an issue of life or death, it is more important than that.

After our successful anti-Percy effort, Jack and two associates, Grover Nordquist and Ralph Reed, went to work for me in the formation of a lobbying company. After eighteen months of financial support, I abandoned this effort because of lack of contracts despite Jacks encouragement otherwise. Two months after dissolution, Jack finally landed a multi-million dollar lobbying contract and invited me to rejoin in our effort with no further capital required of me; he said it was only fair. I declined Jack's offer, but never forgot his sense of honesty and fairness.

As to his junior associates, each went their own way: Grover Nordquist ultimately became the head of Americans for Tax Reform from which most of the tax legislation for the past six years were initiated from this group; Ralph Reed became the very successful chief lobbyist and spokesman for the Christian Coalition, a social and religious conservative organization. Both owe their entire success to the wisdom, emotional support and guidance of Jack.

My political activism came to an ended after nine successful Senatorial independent political expenditures, one successful congressional independent political expenditures and numerous successful efforts on legislation involving American security and/or American-Israeli issues (I am generally credited as causing the Reagan Administration to remove the Stinger sales to the Saudis as part of the 1985 Saudi AWAC Sale on the grounds that we saw the Saudis as the primary backer of Arab terrorists and such ground-to-air attack weapons in Saudi hands, and those they support, would be irresponsible). Through most of my efforts, I was supported and encouraged by Jack whose insightful and wise guidance I found indispensable. Often Jack pointed out potential problems that I had never even considered. Some of which were about strategy, others were about fairness and how ignoring these issues could come back to hurt my efforts, and me; others dealt with potential infractions and pitfalls. Never did Jack even encourage any effort that approached pushing the gray line. He was always honorable and his advice was designed to encourage the right choice, because, as he often said, "we win because we are right and we do the right things."

My father often told me that it was easier to fight for the principles we believe in than to live by them. This was never the case for Jack; for him they were congruent. An example: Jack organized and personally funded virtually the entire operations of a Jewish day school in Silver Spring, Md. More than the tremendous amount of personal administrative time and just dedicating the overwhelming amount of his net earnings for more than ten years, Jack turned his, Pam's, and their five children's home into a free boarding home for more than ten other children who also attended this Jewish school. This school was shut down when Jack's indictment problems stopped his sources of income that supported the school

My political activism ended abruptly also when I was indicted the first time at the end of 1988. The same prosecutor indicted me a total of three times with seven superceding

indictments. My first trial—17 felony and 11 misdemeanor charges-- ended in a hung jury; my second trial on these same election issues ended with a single misdemeanor: the third indictment, which came only two days after the misdemeanor sentence, resulted in all 20 felony convictions for conspiracy to aid and abet the false statement filings by ten individuals—doctors, lawyers, dentists, business men (some of which were dead by the time of trial) involving a savings and loan that did not go broke, the government lost no money, the public shareholders lost no money and I had never been inside the institution, borrowed any money from it, had no deposit relationship, but which trial was in between the courtrooms next to Charles Keating of Lincoln Savings and Loan's scandal—the nation's largest savings and loan and bank fraud--and next to David Feldman, who was also convicted in his case for nearly breaking Bank of America financially and ultimately forcing its merger out of California. Indeed, the local and national media was laden with constant daily stories of savings and loan and bank fraud, and these stories were not lost on my prosecutor, my jury and subsequently on Jack. In the end, I spent 15 months in federal prison on the last of these three indictments, which conviction based upon the government's chief witness's testimony has since been recanted, but which *habeas corpus* doesn't apply to me any longer and I am forever stuck with this conviction.

Prison was perhaps the most boring time of my life, but Jack worked hard at trying to get me various study books, some on reading and speaking Hebrew and others on Jewish philosophic thoughts and studies. The guards assured that the three different sets that Jack had sent me were destroyed and never reached me; one destroyed set was even returned to Jack. In an act of Chesed--kindness—Jack continuously endeavored to keep in contact with me; acts of kindness such as this, visiting the sick and other similar acts of Jack's I suspect will be more fully described by others. I can assure Your Honor that anyone who knows anything about Jewish laws of Kashrut will quickly see that the BOP's "Common Faire", the supposed Kosher food faire for prison inmates, isn't kosher for numerous reasons, and I lost 81 pounds (weighing 138 lbs at 5'11" when I left), at times feeling that I was starving and I am sure Jack will find this also.

My grandfather had taught me that the art of politics was two-fold: 'make friends, support your friends, and neutralize your enemies'; and 'look in all directions, as you don't know where your friend and enemies are coming from'. Jack was only partially successful in applying his principles. I won't belabor Jack's successes, except to point out to Your Honor that to most knowledgeable political people including myself would find that the majority of issues confronting our elected officials are generally equally arguable from either side of that issue; it is the lobbyist that must gain enough time from the elected decision-maker, the Senator or Congressman, to make his client's position clear and to argue persuasively for that position.

These issues and the positions are often too complicated to be made in just the average fifteen minute meeting with the elected decision-maker that their staff schedule; hence the reason all lobbyists, like Jack, desire to be part of any trip away from Washington, DC, in which the elected decision-maker can be approached on a calm, non-stressed basis on these issues. The suggestion, as the media gingerly dances around, that elected Senators and Congressmen votes can be bought is naive and that political contributions

do anything more than to get an elected official to answer your telephone call is
preposterous. If the opposite were true, then why haven't the courts been littered with
indicted elected officials both on a state and federal level? I had lobbied these elected
decision-makers, who, for the most part, are thoughtful, careful individuals more inclined
to preserve the status quo than to do anything adventurous. All lobbyists' efforts are not
without the need to overcome a great inertia to do nothing, and I have seen that Jack's
successes were based on his keen ability to logically argue otherwise: that's what a good
lobbyist does for his clients' issues, one of the three rights guaranteed by the United
States Constitution.

But I would also like to address the portion of my grandfather's advice that Jack missed:
Jack never saw or perceived of one of his enemy's. The Republican Presidential
Campaign in 2000 had Sen. John McCain winning the New Hampshire Primary election
and Sen. John McCain was well on his way to winning the 2000 Republican Presidential
nomination as he went into the South Carolina Primary; a primary in which Jack had
raised more than $3,000,000 for an independent political expenditure in support of
George W. Bush. After Bush's resounding South Carolina primary victory, Bush went
on virtually unopposed to win the Republican nomination for President and the rest is
history.

Jack's criminal charges only began after the Senate Indian Affairs subcommittee, which
is headed by my friend, Sen. John McCain, began to question Jack's ethics, policies and
billings with Indian tribes. .

Much media play has been made of pejoratives attributed to Jack and Michael Scanlon,
Jack's sometime partner and associate, as being directed at American Indians. The truth
of the matter is that for more than twenty years, I have heard these same terms applied to
other politically *uninvolved* individuals and organizations who wish lobbyists to redress
their grievances or issues to *their* government officials instead of doing it themselves; and
they see the lobbyist as a super-bribing or super-manipulating party to buy off or
manipulate politicians without, for the most part, any of *their* substantive involvement or
getting *their* hands "dirtied". These lobbyist "tags" for them are not applied just to
American Indians, who control millions of gambling revenue dollars and who employ
competent MBA advisors and attorneys; these "tags" are applied to a broad spectrum of
the "clients "of many lobbying firms and I have heard other lobbyists unconnected to
Jack and Scanlon use the same words in the same way. As to the Indians being
overcharges or defrauded, these are not a group of ignoramuses, as I had overheard Jack
negotiating more than one agreement in which the fees were based upon a small
percentage of a one year stabilized net revenues from their casinos' operations.

I also would like to address the offense that Jack is before Your Honor for sentencing. I
know something of the events involving the circumstances involving this crime. I had
met Adam Kidan years ago. Our first meeting at Jack's office headquarters led me to tell
Jack immediately afterwards that, based upon some of the things Kidan said, that I did
not think Kidan was trustworthy, that he was impulsive, lacked discipline, was inclined to

cut corners and was lazy. Jack wasn't concerned then, as he had no intent to do business with Kidan.

Years later, when I found out that not only had Jack allowed Kidan the use of Jack's personal financial statement as his substantial contribution into an investment of Kidan's promoted entities, that Jack was so uninvolved he had also given Kidan blank stationary pages with Jack's signature placed at different spacing/lengths on the pages so that Kidan could write letters for Jack for their investment without Jack's need for further involvement; this disclosure to me occurred before the failures of Sun Cruz and the indictment before Your Honor's court. I was dismayed at this level of trust that Jack had then recently placed in this man when only several years earlier Jack had no intent to do business with him, but when I read the lawsuit between Foothill Capital Corporation, Citadel Equity Fund Ltd, vs. Kidan, Abramoff, et al filed in the United States District Court, Southern District Of New York as Case No. 03-cv-3976 (RMB), and the much more important case captioned Citadel Equity Fund, Ltd. vs. Wells Fargo Foothill Capital Corporation, et al, filed November 1, 2004, as Case No. 04-cv-08648 SAS also in the New York Southern District that revealed that only Kidan and Boulis had been involved with Foothill in the loan fraud transaction (which I believe is a related case).

According to the present indictment before Your Honor, Jack had supposedly sent a true copy of what Jack used as Jack's financial statement to Foothill Capital's offices for the loan closing--from Deana Beach Florida, a city Jack had never been in but where Kidan lives--to facilitate the Foothill Capital fraudulent loan transaction between Konstantinos "Gus" Boulis (a man Jack barely met) and Kidan; it is clear from the litigation cases cited and from the present indictment that it was Kidan and Boulis that worked out the fraudulent loan transaction with Foothill and that Jack had no involvement even though a different fraudulent form of Jack's actual financial statement that he had prepared was sent--via facsimile over Jack's signature from Deana Beach, FL-- to Foothill for the fraudulent loan closing. This is what resulted in Jack being named as a co-conspirator in that loan fraud transaction. This knowledge made me inquire why Jack did not attempt to defend himself in this matter.

However painful the decision was in any one case, let alone all six of them, pragmatic Jack reasoned that he could not put himself and his family through four to six years of excessively stressful, anxiety riddled, emotionally depleting, frustrating, depressing trials with the aspect of spending more than $5,000,000 on legal defense that he did not have, and that, in light of any unfavorable outcome, leading to an equal amount thereafter of loss of life spent through either trial or jail (or possible longer terms). Jack had experienced what happened to me on a personal basis. And Jack was overwhelmed by what he had seen in the O.J. Simpson, President Clint Impeachment and the Robert Blake trials, and by his personal negative publicity impact then in the media on Jack and his family. To Jack, the words of Robert Blake ran true: "Your Innocent until proven broke" For Jack, the "Greater Good" for all who Jack cared most about was the plea agreements, realizing that it would cast shame upon him and his family forever and that they would all live with this shame and regret, that he would loose his personhood as I did, and that no only would he be a public source of derision, but that he would become the political

punching bag at least through the 2006 election cycle. Can one person be more giving than to take on such responsibility and decision in light of these circumstances?

How do you measure remorse? Can you say it is just a group of words said in front of some Judge that the convicted person will never see again? Or is it the heartfelt catharses, which expresses itself with seeming never-ending pain for having ever been involved with a group of conmen such as Kidan. From my first hand experience, I can share with you that Jack deeply regrets ever being involved in any dealings or acts which led to the claimed fraud that Jack helped cause.

As Your Honor is undoubtedly aware, Your Honor's sentence will play into some portion of the current 2006 political election period milieu. But more than that, because of the first filing of this case, Your Honor has the capacity to compel an examination of all matters where Jack may have been railroaded into these collective plea agreements by an overwhelming government onslaught, instead of just a sentence that adds to the tapestry of the 2006 political landscape. Aren't Judge's supposed to protect individual's rights from such practices. Whatever Your Honor does now, it will have an impact of more than only Jack, but also upon the whole nation. One thing I know for certain, is that my thoughts, expressed here, would not be endorsed by either Jack or his attorneys; but this is my letter not theirs.

In closing, Your Honor, I would like to share with you an experience I had with Jack when I exited prison. There is a Jewish Torah learning process/study one does regularly with another person; it's called "Chevrusa". Jack initiated our Torah study session shortly after my release about when Moses first came down from Mt. Sinai with the Ten Commandments and, upon seeing the Golden Calf, lost control of the tablets, which were then smashed. Notwithstanding this, Moses then went back up the mountain and received another set of tablets from G-d also containing the Ten Commandments and both of these sets of tablet were thereafter carried together in the Mishkon; it is to remind each of us that our lives contain both losses and mistakes as well as good and positive times. I pray that this Torah study from that time will not be lost now on Jack or on Your Honor.

Sincerely,

Michael Goland

6

The Honorable Paul C. Huck,
U.S. District Judge,
James Lawrence King Federal Justice Building
99 N.E. 4th Street, Suite 1067
Miami, FL 33132

Dear Judge Huck,

I first met Jack Abramoff about nine years ago. Since that time we have met on occasion, usually to discuss matters concerning Jewish scholarship and education. I have found Jack to be both sympathetic and generous as a person. He has been a great supporter of numerous charitable causes and lived well below his means as a result of significant financial investment in "The World to Come".

I have read the newspaper accounts of his business indiscretions, and despite my lack of firsthand knowledge, through my own experience, I am highly doubtful that the allegations are fully true. The media has a way of "spinning" a story and coming down with an iron fist, especially against a republican conservative, and even more so when he is caught on email characterizing some minority individuals (in this case Native Americans) as "stupid".

As for Jack Abramoff, he has always been a community service oriented person. Perhaps, better than sending him to jail, sentence him to community service for an equivalent time period. Let him get into a court approved and supervised business (he is very likely to succeed), so that he can at least pays the bills, and at the same time put in hours every day helping charitable institutions. He certainly poses no danger to society and he has undoubtedly gained a lot of experience in the administration of charitable institutions over the past twenty (or more) years. I feel it would be a greater benefit for society to impose on him this alternative than for the taxpayers to spend $50,000 a year to keep him caged (and supplying him Glatt Kosher food). Furthermore, I am aware of the tremendous emotional hardship on his family. I think it is reasonable to take this into consideration to favor imposing an alternative sentence.

Rabbi Judge Sander Goldberg

# GUSTAV GOLDBERGER
*ATTORNEY AND COUNSELOR AT LAW*

Admitted to Practice in
The District of Columbia
and Ohio

DC Bar No

March 15, 2006

The Honorable Paul C. Huck
U.S. District Judge
James Lawrence King Federal Justice Building
99 N.E. 4th Street, Suite 1067
Miami, FL 33132J

Re: Jack Abramoff

Your Honor:

I am writing this unsolicited letter on behalf of Jack Abramoff who I understand will appear before you for sentencing in the near future. I consider Mr. Abramoff to be a personal dear friend having had many social encounters with him during the past 25 years. I am also well acquainted with his wife, Pam, and his wonderful children who grew up in a fine and genuine religious home.

It is not my purpose to address the merits of the pending case. As an attorney in good standing with the District of Columbia Bar, I respect the fact that it is the Court who has the ultimate discretion to mete out whatever sentence is deemed appropriate. It is, however, my purpose to respectfully convey to your Honor that I know another side to my good friend, a side that needs to be told in order to put his character in proper perspective.

Over the years I have observed Mr. Abramoff as a kind and good person. My wife and I have been in his home on several occasions and have had many opportunities to observe how he relates to his wife and children in a loving and gentle manner. I always thought of him as being exceptionally caring and helpful to so many individuals and to the community at large at a time in his life when he could not reasonably have expected something in return.

While it is clearly not my place to question Mr. Abramoff's guilty plea, a reality which I sadly accept, I nonetheless feel obliged to state my personal belief that he is worthy of leniency not only for his own sake but for the sake of his wife and children as well. Mr. Abramoff owns

up to his mistakes and deeply regrets his recent behavior.  That said, I
am confident that he can be rehabilitated in a relatively short period of
time and that justice would be served if he were to be granted the
privilege to resume his proper place as father and husband in time to
ensure family unity.  Moreover, I have no doubt that Mr. Abramoff,
given the chance, would want to pay his debt to society in more
constructive and significant ways in the future.

I respectfully declare to your Honor that I have nothing personally to
gain by making this plea on Mr. Abramoff's behalf.  My friendship with
him and his entire family is what compels me to state the truth as I
see it.

Respectfully submitted,

Gustav Goldberger

**Richard Goldman**

February 23, 2006

The Honorable Paul C. Huck
Judge – Federal Court
99 NE 4th Street
Miami, Florida 33132

Dear Judge Huck,

   I am writing this letter in regard to Jack Abramoff who will be sentenced by you in the near future.

   Jack comes from an outstanding family in the Los Angeles area. The Abramoff family is a close knit and honorable family with a long history of charitable deeds.

   Needless to say, Jacks family is extremely distraught over his current problems; however if the court can see fit to lesson his sentence to community service, of the type Jack has always been deeply engaged in, it would seem that his dept to society could be repaid many times over.

Very truly yours,

Richard Goldman

# *Goldrich & Kest Industries*, LLC
L E A D E R S   I N   R E A L   E S T A T E   S I N C E   1 9 5 7

February 10, 2006

His Honor Paul C. Huck
Judge, Federal Court
99 NE 4th Street
Miami, Florida  33132

      RE:   Jack Abramoff

Your Honorable Judge Huck:

I have known the Abramoff Family for over 30 years, including Jack, whom I first met when he was still in high school.  Over the years, my family has been to the Abramoff home many times.

I always found Jack to be a very decent and very intelligent young man, very interested in education, including Jewish education.  At the time I was very involved with Israel and Jack use to ask questions about the situation in Israel and political questions regarding support for Israel.

He completed college with a very good academic record.  As I recall, Jack became the leader of Young Republicans in college.

As I talk with his family and read the various newspaper articles about Jack, it is difficult for me to reconcile this depiction of this good person with the man I have known for 30 years.

Your honor, I hope you will take into consideration his many charitable deeds, such as his work with TOWARD TRADITION, the non-profit Judeo-Christian foundation.

Jack should be allowed to spend the rest of his life with his wife and five children and parents, and continue to participate in charitable causes.  Any harsh sentence would be devastating to his entire family.

I hope you will be inclined to consider this man's positive qualities.

Very truly yours,

Jona Goldrich

Stanley H. Goldschmidt, Esq.

March 16, 2006

The Honorable Paul C. Huck
United States District Court for the District of Florida
James Lawrence King Federal Justice Building
99 N.E. 4th Street, Suite 1067
Miami, FL  33132

    RE:   Mr. Jack Abramoff

Dear Judge Huck:

    I write in connection with the upcoming sentencing of Mr. Jack Abramoff.

    By way of background, I have been practicing law for the past twenty eight years. I am a 1975 *magna cum laude* graduate of Yeshiva University and I graduated *cum laude* from Georgetown University Law Center in 1978. I am a member of the District of Columbia and Maryland Bars. In addition, I am admitted to practice before the United States Courts of Appeal for the District of Columbia, the Third Circuit and the Ninth Circuit, and the United States District Courts for the District of Columbia, Colorado, Idaho, Maryland and Pennsylvania. I have an AV Rating from the Martindale-Hubbell Law Directory.

    On a professional basis, I know Jack Abramoff from having represented one of his restaurants in a contract negotiation about five years ago. Although I never met Jack in person, I can tell you, without qualification, that Jack acted in a thoroughly professional, upright and ethical manner throughout the negotiation. There was not a hint that he wanted to "cut corners", or take unfair advantage of the adverse party.

    On a personal level, Jack is known as one of the most philanthropic individuals in the community in which he resides. His philanthropy is not "ego based" – I do not recall him ever accepting any honors from the charitable organizations that he benefited – but is truly derived from the goodness of his heart. He has been a source of support to educational and other eleemosynary institutions, and has also assisted individuals financially on an anonymous basis. Although much has been written in the press (in a derogatory fashion) about his involvement in restaurants, his main purpose in starting one restaurant – Stacks – was not profit motivated, but was to ensure that professionals and others who maintain a kosher diet (along with visitors to our nation's capital) would have a first class kosher place to dine in the heart of Washington.

The Honorable Paul C. Black
March 16, 2006
Page 2

Without meaning to sound facetious, besides Osama Bin Laden, no one has been vilified "inside the Beltway" more than Jack Abramoff. While the press, politicians and others may be clamoring for Jack to receive a long sentence, I would respectfully suggest to the Court (and without condoning anything for which Jack has plead guilty) that the Court look at things in perspective. Jack is not charged with murder, rape mayhem or any such violent crimes. Jack did not cause any physical injury to anyone. He is not a congenital criminal. In fact, our Court system typically looks for ameliorating factors in sentencing those who are found (or plead) guilty to such heinous crimes, and Jack, no doubt, deserves the same considerations.

As the Court is aware, Jack is married and has five young children. I cannot imagine the unmitigated tortured feelings and emotions that Jack is experiencing as a result of that with which his family has had to contend – and how they will carry on their lives if their husband and father is sentenced to a long prison term. As a husband, father and grandfather, I know that no sentence that a Court may impose can compare to the punishment that Jack is surely experiencing as a result of the pain that he has caused his family. His family will bear Jack's "scarlet letter" for the rest of their lives. No one on this earth can ever grant Jack a "pardon" or "parole" from this kind of punishment.

While the public may be expecting the Court to impose a harsh sentence on Jack, mainly because of the one sided adverse publicity that this case has received in the media, I respectfully suggest that such an environment actually requires the Court to be extra judicious and thoughtful in passing sentence on Jack. I would strongly urge that this Court not only consider the "black letter" law components in formulating a sentence, but also be mindful of the compassion that Jack's family deserves. In the first instance, this Court could mandate that any sentence it imposes run concurrently with any sentence Jack receives in the matter pending before the US District Court for the District of Columbia. Also, I would respectfully suggest that this Court give consideration to what Jack can still offer to society. He has made serious mistakes, as we all have. However, he is an intelligent and talented individual, which traits are in short supply in many underprivileged communities in this country. Requiring Jack to live with, assist, work with and teach the destitute, impoverished and downtrodden, who are rarely exposed to a man of Jack's faculties and abilities, will be more useful and remedial than allowing a man of his immense talents to rot, without purpose, behind bars.

Thank you for your kind consideration. I have faith that this Court will do the right thing for Jack and his family.

Sincerely,

Stanley H. Goldschmidt

1262.1.000000.0898

2

A. Gary Goodman, DDS

The Honorable Paul C. Huck
U.S. District Judge
James Lawrence King Federal Justice Building
99 N.E. 4th Street, Suite 1067
Miami, FL 33132

March 16, 2006

Dear Judge Huck:

I have known Jack Abramoff and his family for about twelve years. My first contact with Jack was associated with the founding of a new religious elementary school. He was one of the founders of that school, and it is fair to say that without his dedicated hard work, and financial support, that school would never have gotten off of the ground. Because of his dedication to the community, and leadership, the Torah School of Greater Washington is thriving today, and hundreds of children and the community as a whole have benefited directly from his efforts. I served on the board of this school with Jack, and witnessed first hand his dedication and service for the good of the community.

I also know the Abramoff family very well on a personal level. I have coached his children in little league baseball, have been their cub scout leader, and have shared many communal and religious occasions with the Abramoff family. My wife has taught first grade to most of their children. From these experiences with the Abramoff family, we have seen a very dedicated husband and father, who was always there for his family.

While I am certainly in no position to comment on Jack's legal affairs, I feel that I am well qualified to attest to Jack's exemplary character traits, and accomplishments related to his family and community at large. For this reason I urge you to exhibit mercy and leniency in your judgement.

Sincerely,

A. Gary Goodman, DDS

March 17, 2006

The Honorable Pal C. Huck, U.S. District Judge
James Lawrence King Federal Justice Building
99 N.E. 4th Street, Ste 1067
Miami, FL 33132

To Whom It May Concern

At the end of this month member of my community will be sentenced for crimes for which he has pleaded guilty. His name is Jack Abramoff. I have known Jack for over thirteen years. He has not been a close friend but he has been an active and compassionate member of my community. I know that he is accused of terrible mistakes but it is important to know that there is more to this man than what is stated in the community.

Jack has created wonderful institutions of learning in the Silver Spring community. My children have benefited greatly from a wholesome, happy and well run school environment. This would not have been possible if not for the efforts of the Abramoffs. Anytime the community was in need of emergency funding, we all were aware that Jack and his family would help. He has been a strong and supportive community member for many years.

Please keep in mind that he has five lovely children. Each of his children has been terribly hurt by all the news about their father. Jack has always tried to be the best father he could to his children. They are still young; imagine what their lives will be like with their father in jail. His wife Pam has always been wonderful in our community. She is a warm, unpretentious person who always has done her best as a wife and mother. This has been a terribly humiliating experience for the whole family.

Please keep in mind that there is another Jack Abramoff, with a lovely family and innocent children. He has made mistakes but I know he regrets them more than anyone can know.
Please keep this in mind.

Sincerely

Sorah Goodman

March 15, 2006

The Honorable Paul C. Huck, U.S. District Judge
James Lawrence King Federal Justice Building
99 N.E. 4th Street, Suite 1067
Miami, FL 33132

Dear Judge Huck,

I am requesting that you consider great leniency for Jack Abramoff. My
knowledge of him is not professional but charitable. I know he was very
generous in support of many charities in this area.

He is also being very contrite and cooperative. His cooperation with the
investigation will be of great benefit to our country and this should be
considered in his favor.

He could also do a lot of good if you were to assign him community service
to charities in our community. Please give him every consideration.

Thank you so much.

Sincerely,

Jeffrey Graber

Devora Gradon

March 21, 2006

The Honorable Paul C. Huck
U.S. District Judge
James Lawrence King Federal Justice Building
99 N.E. 4th Street, Suite 1067
Miami, FL 33132

Dear Sir,

     I am writing to you in reference to the upcoming sentencing of Mr. Jack Abramoff. I am a special education tutor in the Bais Yaakov Middle School for Girls in Baltimore, Maryland. I work one-on-one with Livia Abramoff, Mr. Abramoff's twelve-year-old daughter. Needless to say, she has had a very difficult year and has been significantly disturbed by her father's situation. Livia has strong family ties in general and is exceptionally close to her father. My experience with Livia and the way she handles this on-going stress, frightens me to think of her reaction to a prolonged separation from her father. I fear for her emotional stability under such circumstances. Any clemency in the sentencing of Mr. Abramoff can only be to his daughter's benefit.

Respectfully yours,

Devora Gradon

March 15, 2006

Ivan Graff

The Honorable Paul C. Huck, U.S. District Judge
James Lawrence King Federal Justice Building
99 N.E. 4th Street, Suite 1067
Miami, FL 33132

Dear Judge Huck,

I am writing this letter to you in an attempt to illustrate how much good and how important Jack Abramoff is to the greater Washington, D.C. area. Although I have lived in Silver Spring, MD for just the past seven years, I am aware of Mr. Abramoff's rock solid support of two of area schools on which the larger community depends: elementary school *The Torah School of Greater Washington* and high school *The Yeshiva High School of Greater Washington*. Although I am unaware of the exact nature of these contributions, I understood the schools came to rely on his abundant generosity. Mr. Abramoff also supported a synagogue quite near to his home, of which I am a member, Southeast Hebrew Congregation. I am aware that Mr. Abramoff's gifts have led to much needed interior improvements as well as routine maintenance of the grounds.

As I am sure you know, Mr. Abramoff has a large, young family. Folks in the Washington, D.C. area are very concerned that a lengthy prison sentence will cause irreparable damage to Mr. Abramoff's children. These children need the love and support only a father offers his children. The public castigations, the humiliating newspaper articles, and constant reminders of his errors not only take a punishing toll on Mr. Abramoff, but have no doubt deleteriously impacted his children. Surely these kids have suffered enough. I am not sure what leniencies the law offers, but a sentence that maximizes the potential for contact between Mr. Abramoff and his children (like perhaps home incarceration) would minimize the punishment's unintended consequences.

It is my sincere hope that you consider Mr. Abramoff's track record of generosity and his children's needs when you sentence him. I want to thank you for taking the time to read this letter, consider its main points, and for offering Mr. Abramoff leniency wherever possible.

Yours truly,

Ivan Graff

DEVORAH GRAYSON

March 19, 2006

The Honorable Paul C. Huck
U.S. District Judge
James Lawrence King Federal Justice Building
99 N.E. 4th Street, Suite 1067
Miami, FL 33132

Dear Judge Huck:

It has come to my attention that you will be holding a sentencing hearing for Jack Abramoff, who is a close friend of mine for more than twenty years. I am hoping this letter reaches you before you make a sentencing decision so that I may act as a character witness on Jack's behalf through this letter.

The media has painted an evil picture of Jack. I would like to describe to you the Jack that I call my friend. Jack Abramoff is a remarkable human being in many ways. He is a man who is driven by good deeds. When Jack sees a void in a person's life or in community life, he springs into action to fill that void. Whether it be to lend monetary support, emotional support or professional support, Jack has never refused anyone or any institution whatever form of aid they needed. When Jack felt that one of the local Orthodox day schools lacked leadership, he did not speak negatively of the institution, instead he stepped up to the plate and became President of the school. He organized the administration and brought in outside help to turn the school around and make it into a fine institution. And when Jack and his wife Pam realized that their children needed more extra curricular activities than the local Jewish schools offered, Jack again took the initiative and started a new school that would serve the needs of other students as well. Jack supports individuals, synagogues, schools and many charities, both here and abroad.

Jack is also a wonderful husband and father. He has always been devoted to his family. Many of positions he holds within the Orthodox Jewish community are in order to create a better atmosphere for his family and friends. I have often seen Jack with his wife Pam and their family at various community activities. When I have visited the Abramoff home, Jack is often doing homework with his children, playing piano to entertain his family or doling out good humored advice.

As I mentioned, I have known Jack, Pam and their children for many years. I consider the Abramoff family an extension of my own. I have always felt a deep sense of closeness and loyalty to the Abramoffs. Every family deserves to remain whole and for that reason, I hope you will consider a lenient sentence for Jack Abramoff. Since Jack has a proven

1