talent for community service, a sentencing of community service would be appropriate. It would be unfair and unreasonable to punish the Abramoff family and the community that depends on Jack Abramoff by incarcerating him. Please allow Jack to perform his sentence in a manner that does not rob his family of their father and husband or rob the Jewish community of a much needed leader.

Thank you for your consideration in this matter.

Sincerely,

Devorah Grayson

2

The Honorable Paul C. Huck
U.S District Judge
James Lawrence King Federal Justice Building
99 N.E. 4th Street, Suite 1067
Miami, FL 33132 J

Dear Judge.

I am writing this letter on behalf of Jack Abramoff. I have known Jack and his family for well over a decade. Jack has had a stellar reputation in our community and needless to say, that I was terribly upset to learn of his indictment and wrongdoings

I feel, however, that in all fairness to Jack and especially to his wife Pam and the children, some consideration should be given to all the wonderful good things he has done over the years. He has helped many many people, being generous with his time and money, tried to make a difference in a good way, cared about his community, tried to be a good father and husband. One cannot condone or excuse Jacks recent wrongdoings, but it would be very unfair to judge any man exclusively by his mistakes.

Pam, his wife, has been a truly devoted wife and mother and has contributed substantially to the well being of our community. She and the children certainly deserve some compassion in this unfortunate situation. I just pray that the impact of this entire episode and Jacks sentence will not cause irreversible damage to the family.

Thank you for your time and consideration

Respectfully, yours
Fred Gross
( Fred Gross)
Prof. of mathematics
University of Maryland

The Honorable Paul C. Huck
U.S. District Judge
James Lawrence King Federal Justice Building
99 N.E. 4th Street, Suite 1067
Miami, FL 33132

Dear Judge Huck,

I am writing to you on behalf of Jack Abramoff in connection with your sentencing deliberations. I currently serve as Senior Counsel on the U.S. Senate Permanent Subcommittee on Investigations in Washington, DC. I knew you to be a fair and thoughtful judge when I practiced before you when during my service as an Assistant Attorney General at the Florida Attorney General's Office in Miami and Fort Lauderdale, and later with the firm of Boies, Schiller & Flexner in Fort Lauderdale.

As a Capitol Hill staff member, I am among many who have followed this matter in the national press. I have read and heard descriptions of Jack that bear no resemblance to the truth. I know Jack as a caring, pious, and generous man who dotes on his family and friends. I'm sure you would agree that Jack's case in Washington is unrelated to the matter before your court, and I hope that your decision will not be swayed by negative -- and inaccurate -- press accounts.

I am not sure how a term of incarceration would satisfy the interests of justice in the case before your court. My understanding is that Jack is completely without funds, with a wife and five children to support. After his treatment in the press, his prospects for employment in his field or any other field will at best be limited for some time to come.

Thank you for taking time to read this letter, and please allow justice to be tempered by mercy in Jack's case.

Sincerely,

Steven Groves

**Joseph Grun**

<u>Tuesday, March 14, 2006</u>

<u>TO THE HONORABLE U.S. DISTRICT JUDGE PAUL C. HUCK:</u>

My name is Joseph Grun and I am writing to you today on behalf of a friend of mine whose name is Jack Abramoff.

Jack and I met in Hong Kong when I was there on business about 20 years ago. At the time, he was there as well and in the process of producing a movie. Being that I was a novice in my business and just getting started at the time (medical supply imports) and far away from my own family (I have a wife and 10 children), Jack was extremely helpful to me in ways that he did not need to be. He barely knew me. I had to be in the Orient for three straight weeks and was very lonely in that strange place. Jack took me under his wing and personally helped me and shared contacts with me to make my stay as comfortable as possible. I will always remember that time and this man fondly. It was his great heart and kindness that made that trip palatable for me.

Years have gone by since then and I have met Jack's wonderful wife Pam and their children, some of them with special needs, and I was very impressed with how he takes care of his family and how they all relate to each other. They rely on him totally for everything and, needless to say, have been going through very difficult times in the past few years since these incidents have come to light. Our children have gotten to know the Abramoff children and we have all been good friends for all these years. In addition, we have shared the growing pains and difficulties of raising a family in today's day and age and the two families have gotten quite close. Our own children have since begun marrying (we have three children that have gotten married already) thank God, and each time the Abramoffs have come up from Maryland to New York to share our happiness with us together, as we have done for them.

Your Honor, I am writing this letter to you today with the understanding that the decisions you make on a daily basis as well as the one you have to make about Jack's future, are much larger than I understand. But I wanted to lend my own personal voice for consideration to a great friend and his family, who has done so much for me personally and for many people that I know, in general.

Sincerely,

Joseph Grun



·The BENEDICTINE grange·

The Honorable Paul C. Huck
U.S. District Judge
James Lawrence King Federal Justice Building
99 N.E. 4th Street, Suite 1067
Miami, Florida   33132

Dear Judge Huck,
I write to you on behalf of Jack Abramoff
who comes before you for sentencing on March 29, 2006.

When I saw Mr. Abramoff on the day of his first
sentencing and heard his public statement
of repentence asking for forgiveness and
redemption, I was moved to support him on
his difficult journey of trial and punishment.

Since then, he and I have been exchanging
sentiments of a religious and spiritual nature.
Remarkably, he an Orthodox Jew and I a
Catholic priest find common ground in
the power of scriptual texts. Jack Abramoff's

belief in the transformative nature of repentance and conversion of heart and mind continue to impress my appreciation of his profound religious convictions.

This is a man of exceptional intelligence and professional skills whose "fall from grace" has awakened his conscience not only to the depths of his crimes, but also and importantly, to a reformed life contributing anew to our society.

My personal interest and involvement with Native American peoples prompts me to suggest a possible scenario in which Mr. Abramoff might redeem the wrongs committed against these peoples in a supervised manner and in accordance with his particular talents.

It is my earnest hope, Judge Huck, that you will render upon Jack Abramoff a compassionate and merciful sentence worthy of the sincerity of his repentant conscience.

Respectfully and sincerely yours,

Rev. John B. Giuliani

# GOLDEN PEAK PUBLISHING COMPANY

### DICK HAUSERMAN
### PRESIDENT

2/20/06

His Honor Paul C. Huck
Judge Federal Court
99 N.E. 2th St.
Miami, Fla. 33122

Subject: Jack Abramoff

Your honor
You have an up coming decision to make. You have a record of being fair and square.

Many honorable persons have achieved commendable success through hard and creative work. Many of them were not as greedy as portrayed by the media and shared their growth with charitable and philanthropic contributions to help the less fortunate. Many as they neared the acme of success through naivete made mistakes.

I have known Jack since he was 13 years old when he was a student in America, just golf academy which I started with my partner Arnold Palmer in Vail Colorado.

1

# GOLDEN PEAK PUBLISHING COMPANY

**DICK HAUSERMAN**
**PRESIDENT**

His parents have been close friends for nearly 40 years. I have watched with great interest Jack's development in the business world. I had nothing but admiration for his talented growth.

He loved his family and set a good example as a father and husband.

We all know, in this world today the strong feelings between our two most prominent political parties. We also know the media in general can be biased. The opposition and media came down hard on Jack in an unfair way.

We continue to need good people in America, good family men, good producers and above all those who give to others.

Jack's willingness to cooperate with the government is a sign to help others from drifting from the course in the future.

2

# GOLDEN PEAK PUBLISHING COMPANY

### DICK HAUSERMAN
### PRESIDENT

Judge Huck, lets help Jack pay his debt to society in a way that will keep him with his family so he can help his children grow up to hopefully avoid mistakes. Thank you.

Sincerely

Dick Hauserman

3

The Honorable Paul C. Huck
U.S. District Court
James Lawrence King Federal Justice Building
99 N.E. 4th Street, Suite 1067
Miami, FLA 33132

Dear Judge Huck:

This letter is to request your understanding and compassion in sentencing Jack Abramoff.
I am a semi-retired attorney, who practiced law for nearly 20 years and have known Mr.
Abramoff through several Jewish religious, and communal service organizations during
much of that time.   As an orthodox Jew, I hold myself to the highest ethical standards in
my personal and professional life.  I have never been involved with any criminal
enterprise nor have I knowingly associated with persons engaged in criminal enterprises;
and I do not condone Mr. Abramoff's misconduct.  But, I understand that when a person
strays, they should be given a second chance, if they are deserving.  For this reason, I am
sympathetic to Mr. Abramoff.  I believe he has suffered immeasurably from the notoriety,
press reports, public disgrace and ridicule, associated with his crimes.  He has been a
victim of many who either envied his success or wished to exploit his misdeeds for their
benefit.  His family – his wife, and five children have also suffered immensely,
withdrawing from all contact with the community and suffering in silence with their
father.

Jack Abramoff was a highly ambitious person with many high-minded ideals and
objectives when I met him nearly a dozen years ago.  His intelligence, zeal,
entrepreneurship and energy were traits that caused him to be admired, trusted and
successful.  Yet, unfortunately, Jack Abramoff lost his way.  This is ironic because Jack
Abramoff was a self-made man religiously, who believes deeply in his religion.   I have
spoken with him since he submitted his plea and believe that he is making a wholehearted
effort toward "teshuva" (self-reproach).  This is further demonstrated by his stoic and
silent acceptance of his public humiliation and criticism for his wrong-doing.

It is said in several Torah writings that every person has two inclinations – one for evil,
and one for good. Based upon the overwhelming negative press about Jack Abramoff, it
would be easy to conclude that he succumbed to his "evil inclination" alone.  Yet, I also
know that he is a person committed to doing good.

I have personally witnessed his leadership and his personal involvement with Jewish
charities.  In our community, persons who are needy and Jewish often go door-to-door to
request charity.  Like in my own home, any Jewish person that knocks on my door is not
turned away. When they knocked on Jack Abramoff's door, his charitable heart was
always willing to give generously.

Mr. Abramoff was actively involved in trying to improve opportunities for Jewish
education not only for his own children but for the general orthodox Jewish community.
As a long-standing board member of several Jewish organizations, I am aware that many
orthodox families in our community could not afford the cost of private education.  Many

The Honorable Paul C. Huck
Page 2 of 2

earn low wages or are even below poverty, yet, they insist on giving their children a good
Jewish education. Mr. Abramoff extended himself financially at every turn to ensure
that no Jewish child was left behind in the schools where he took a leadership role. His
service to the Jewish community of Washington, DC included leadership of the Torah
School and the Eshkol Academy, both schools were founded by him almost entirely
single-handedly, He also served as President of the Yeshiva of Greater Washington
which might have gone bankrupt without his personal financial commitment.

Mr. Abramoff helped his community not just in a public way but especially in private
ways as well. Any individuals who needed help could turn to him and not be turned
away. One story demonstrates this "caring attitude" of Jack and his family toward
others. A certain rabbi could not support his family and was deeply in debt. His family
was overwhelmed with medical bills for an older daughter who had been injured in a
serious auto accident. A call was made to the Abramoff family. The very next day a
check was delivered from Jack Abramoff to the family for ten thousand dollars. This
check came with no loan agreement, no security agreement, no written note payable, no
nothing. Jack Abramoff did not even ask to be paid back.

Jack was and is a caring man who treated his fellow man with compassion and
generously supported many persons. Such compassion and generosity toward the needy
should not be ignored when you weigh his sentence and deprive him and the Jewish
community of a person who could still be a productive and contributing member in the
future.

                              Sincerely,

                              Jerrold J. Hercenberg

Cc:    Christopher Mann
       Chadbourne & Park, LLC
       1200 New Hampshire Ave., NW
       Washington, DC 20036

March 19, 2006

The Honorable Paul C. Huck, U.S. District Judge
James Lawrence King Federal Justice Building
99 N.E. 4th Street, Suite 1067
Miami, FL 33132

To the Honorable Paul C. Huck, U.S. District Judge,

I am aware that Jack Abramoff will be sentenced in court later this month to a crime that he has pleaded guilty. When sentencing a person for a crime, I'm sure that part of what you weigh is to try to rehabilitate the person so that they will not repeat the crime at hand. I want you to know that Mr. Abramoff is not your typical person that needs rehabilitation. Despite what you think or know about him, he already has helped many people in his life and continues that pattern even now.

For people that know Mr. Abramoff well, I'm told that his list of doing kind deeds is long. I do not know him well, but even I have heard of the many things he has done for others.

I happen to know of a family who had a daughter who had a serious head injury. The family was $10,000 in debt from the health bills and did not know where to turn. They went to Mr. Abramoff, who gave them the $10,000 as a loan the next day. He never asked the family to sign any papers and never asked when or how they would return the money.

Mr. Abramoff is a community minded person who steps up to help when there is a need in the community at large. He has given generously of his time to 3 schools in our area by taking leadership roles as President of the school board. He was the primary supporter of two of the schools even getting started. His intense volunteer work was one of the reasons that The Torah School of Greater Washington even got off the ground. It was the first Jewish elementary school in the Washington area that had a strong ethical foundation with separate classes for boys and girls. His financial backing and passionate effort were some of the reasons that the school was able to take hold and the school is still flourishing today.

A few years back, Mr. Abramoff recognized the need for a boys high school that was very strong academically, sports minded, yet would still give strong ethical Jewish values to the students.

Instead of complaining that there wasn't a school like this in our area, he started a school and it was so unique that it attracted boys from all over the country to attend it. It was well known that he was personally giving many scholarships to students who could not otherwise afford to attend the school.

Many people have benefited from Mr. Abramoff's kindness and generosity. I cannot imagine what the community would be like without his compassion, hard work and effort.

Sincerely,

Sunny E. Hercenberg

Message                                                                                              Page 1 of 1

## Higa, Karen

**From:**    Man, Christopher
**Sent:**    Tuesday, March 21, 2006 3:32 PM
**To:**      Higa, Karen; 'jack@abramoff.com'
**Subject:** FW: letter on behalf of Jack Abramoff

-----Original Message-----
**From:** Rabbi Herzfeld [mailto                               ]
**Sent:** Tuesday, March 21, 2006 3:27 PM
**To:** Man, Christopher
**Subject:** letter on behalf of Jack Abramoff

March 21, 2006

The Honorable Paul C. Huck
U.S. Dictrict Court
99 N.E. 4th Street, Suite 1067
Miami, FL  33132

Your Honor,

I am a rabbi of a Synagogue in Washington DC.  I have had no direct or indirect contact with Jack Abramoff.
Yet, I appeal to you to sentence Jack with leniency.

As I survey the Greater Washington Jewish community, I see a person who gave of his time and money to help
a better world.  We live in a world where the media tries to demonize individuals.  And when that happens
everyone else likes to jump on top of the person who is down.  Real life isn't that simple.  No one is all good
and no one is all bad.

When I see the world demonizing Jack Abramoff, I see a world that loves to blame others instead of looking at
itself.  Jack has become a symbol, not a person.  This scares me, because today it is Jack who is public enemy
number one, and tomorrow it is me, or even you.

When you sentence Jack, I ask you to please bear in mind that this is a man who has expressed regret for the
wrongs that he has done.  He is a man who is a father, a husband, and a charitable person.  The Talmud teaches
that only one who has given charity and mercy can in turn ask for charity and mercy.  Jack Abramoff has given
charity and mercy.

Sincerely,

Shmuel Herzfeld
Rabbi, The National Synagogue

3/21/2006



# BAIS YAAKOV SCHOOL FOR GIRLS
### RABBI BENJAMIN STEINBERG MIDDLE SCHOOL

March 17, 2006

The Honorable Paul C. Huck
U.S. District Judge
James Lawrence King Federal Justice Building
99 N.E. 4th Street Suite 1067
Miami FL 33132

To The Honorable Paul C. Huck;

I am the Principal of the school where two of the Abramoff children go. Both Livia and Sara are in our 7th grade and possess a beautiful balance between academic resolve and interpersonal camaraderie. These young ladies are sensitive and caring and are very committed to their religious heritage. It is obvious to me that this stems from a nurturing home where being raised on "auto-pilot" is <u>not</u> an option.

An intact family where both father and mother are home during these most formative years is paramount. A delay in sentencing would allow Mr. Abramoff to be home during his daughter's preadolescent years and have a definite effect on Livia's and Sara's ultimate development.

I respectfully urge the Honorable Judge to consider delaying sentencing so that Livia and Sara continue to receive the love and attention that all our children need and deserve in their most impressionable years.

Thank You for your consideration.
Sincerely Yours,

Rabbi Naftoli Hexter
Principal
HARRY AND JEANETTE WEINBERG EDUCATIONAL FACILITY

To: The Honorable Paul C. Huck
    U.S. District Judge
    James Lawrence King Federal Justice Building
    99 N.E. 4th Street, Suite 1067
    Miami, FL 33132

From: Jason Hickox

Your Honor, thank you for your time. I am pleased to have an outlet by which to express my deepest genuine admiration for Jack Abramoff, the man. I offer this private account to you alone.

I have known Jack for only a period of about five years. In that time, I have grown to appreciate who I believe he is in his heart, beyond who he is/was in his office. While no one should completely disregard who he was and what he did from his office, I choose not to focus on that narrow aspect of his character. This choice is not made the way an ostrich sticks his head in the sand, rather there is far too much more to see in Jack and I won't allow my focus to be made constricted by headlines, sound bites and quips.

I know Jack Abramoff and he is not an innocent man, as I believe none of us are. I don't know all the details and facts and I don't know (were the facts at my disposal) if I would conclude that he meets the relatively subjective measure of *legal* guilt or innocence, but those matters are not mine to judge. In your charge as a Judge, I know you have had to learn to read between the lines, so I won't bore you with my regalia of why I find Jack's accusations, treatment and punishment ironic. Suffice to say, I fall into the category of those that think Jack is being punished (in large part) for being too good at what he did, professionally.

Notwithstanding my comments above, your judgment of Jack is very important. As I'm sure you must labor with each and every decision that so greatly affects one's life, I humbly wish to throw more on your heap to consider. Jack and I do not share identical (sometimes not even similar) religious, political or social viewpoints. Jack and I do not share an identical background or upbringing. However, I believe that Jack and I share a love of the world, a love of all God's people and a thirst for life.

I have seen this as Jack recognizes an old friend, not seen in a great while, at the opening of his Kosher deli, Stacks. He softens from a rigid, uncomfortably-formal man, satisfying the obligations of a restaurateur on opening night, to a boy on the play ground, meeting his buddy in anticipation of great fun. His joy and genuine delight are evident in a bear hug that seals out the room of hundreds with their prying eyes. I have seen Jack's unfettered love as his typically awkward and aloof 16 year old son, Levi, ambles into the

room to shake the hand of a business associate (me) and politely listens to what his father and this man in a suit discuss as their business. Upon reaching his duly met obligation, Levi takes leave of the boring conversation, but not before he crosses my path and around his father's desk to place a kiss on Jack's cheek. Now at 35, I'm not so old that I don't remember being Levi's age and I can tell you that I love my father dearly. But to think that I would have made such a demonstratively loving display would have been heretical. Jack has instilled love and integrity to each of his five children and each of them love and admire him. These children need their father.

These anecdotes (and there are many more) may not affect you in the same way the affect me, but for whatever it's worth, I felt I needed to share them. If you were to have met Jack two or three years ago, you would likely have met someone whom you thought was overly proud of his standing. Someone who, if you read anything about him as a power broker, you assume had no time for more than counting money and plotting his next conquest. I must tell you that, for better or worse, meeting Jack is not the same as knowing Jack. Jack is and has always been, warm and conscientious. Beneath a shy, sometimes seemingly indifferent exterior, Jack is engaging and charitable.

Jack and his family are rich in love and faith. They will meet upcoming challenges with their strength head-on. The growth of all the above is evident through this ordeal, but they are not without cost. I am pained when I think of what further "learning" might come from a protracted absence of their father and husband. Some might call this part of the lesson - *"Yeah, prison sucks. So don't break the law"*. It is my belief that Jack and those closest to him have already learned the lesson. Jack confirms the lesson every day. Jack punishes himself every day ~ more than the embarrassment and insults in the papers, more than the stares of those who recognize him and believe they know him and his 'evils'.

I certainly understand the need for a just society to punish those who are found to break laws and I know that lesson won't be lost on Jack and his family. I'm not one to suggest that his mental pain and suffering are the only form of punishment necessary. But the punishment should be carried out, principally, in the interest of teaching those lessons to the offender. Unfortunately, (perhaps with limited success) in this day and age, we use one man's punishment as a warning to others.

It is my belief that a long sentence for Jack, however, would neither make his learning any more clear, nor send a warning to those who might otherwise repeat his offenses, likely with greater negative impact. In fact, I believe that a long sentence for Jack, will merely serve as a relief valve for those who have ALWAYS committed and who are CURRENTLY committing identical and worse offenses. Along with Jack, the system is under indictment and if we allow Jack to hang for all others' sins, we are not only bastardizing true justice, but we are likely enabling further violations.

If Jack's story is to act as a warning, make him teach at community colleges. Make him speak to forums on lobbying, make new Hill staffers attend an ethics seminar where Jack relearns his lessons while imparting guidance to his audience. Make his experience

valuable to more than those who write the headlines, sound bites and quips. Make his
sentence affect those who first rode his coat tails and now wipe their brows.

Please forgive any presumption on my part. I write this letter knowing that I am also
imperfect and with awareness that my passion may not be shared by you. In fact I
understand that your decision is necessarily, largely dispassionate, but your decision is
also necessarily affected by all truth. I offer the above as the truth as I know it.

Respectfully,

Jason Hickox

03/23/2006 10:24                                                    ☐001

March 21, 2006

The Honorable Paul C. Huck
U.S. District Judge
James Lawrence King Federal Justice Building
99 N.E. 4th Street, Suite 1067
Miami, FL 33132

*In re: Jack Abramoff*

Dear Judge Huck,

I am writing to you in regard to Jack Abramoff, who I understand is to come before the
Court for sentencing on March 29.  I have known Mr. Abramoff since 1980. We worked
in College Republicans together at the state and national level from 1980 through 1984.
Since that time Mr. Abramoff and I have not been involved in any organization or
transaction together, but we have stayed in social contact. I therefore write this letter
solely as a friend of Mr. Abramoff and, I hope, of the Court.

I would respectfully encourage the Court to consider minimizing the sentence of
incarceration for Mr. Abramoff and imposing alternative penalties such as community
service for as much of the total sentence as the Court deems possible.

By saying this, I in no way downplay or minimize the severity of the offenses to which
Mr. Abramoff has pleaded guilty.  And I recognize and fully respect the determination of
the legislature, the executive, and the Court that a period of incarceration may be required
as a deterrent to others.

However, it is my opinion that Mr. Abramoff is capable of doing a lot of good outside of
incarceration.  He has always had strong leadership skills.  I believe that he is repentant
for what he has done and is extremely unlikely to engage in any such activity again.  Mr.
Abramoff has five children aged 18 and under who would be adversely affected by his
prolonged absence from home.  Mr. Abramoff has been dedicated to his family for as
long as I have known him.  It is my understanding that a very large portion of Mr.
Abramoff's gains from his misdeeds went to fund a school for his children and other
children.

I thank the Court for your consideration of this letter.

Very truly yours,

*James Higgins*

... for as much of the total sentence as the Court ... (James Higgins)

March 16, 2006

The Honorable Paul C. Huck
U.S. District Judge
James Lawrence King Federal Justice Building
99 N.E. 4th Street, Suite 1067
Miami, FL  33132

Dear Judge Huck:

I have known Jack Abramoff for over 20 years and worked with him in the establishment
of the Torah School of Greater Washington. I am writing today to ask Your Honor to take
into consideration Jack's great care for the educational needs of youngsters in our local
Jewish community when making your sentencing decision in his case.

Some 13 years ago, when Jack first proposed the development of a new school in our
community, there was considerable uproar. Some feared that a new school would weaken
existing schools by draining students and resources from them. Others were concerned
with community politics. But Jack felt that bringing together the right personalities and
the right educational philosophy would result in a school that would make a significant
contribution to the strength and future of the community. He was right, and today the
Torah School of Greater Washington is an exemplary Jewish day school.

There are many details to work through in building a new school from scratch, as it were.
In meeting after meeting (and the early meetings were in Jack's home), Jack led the
efforts to obtain a building, to take care of legal matters, and most importantly, to raise
money. Jack's mission, which he shared with the new school's principal, Rabbi Yitzchak
Charner, and with the other members of the board, was always at the forefront – to set
aside politics and make every effort to create a school steeped in Jewish tradition and
love of learning, offering strong general studies and an emphasis on the good character
and personal growth of each student. There was also always great effort made to ensure
that financial constraints would not prevent families from sending their children to the
Torah School, and Jack personally made great contributions toward seeing that financial
aid was available for needy families.

Ask anyone at the Torah School and they will tell you that there is no plaque with Jack's
name over the school's door. There is no room or course or chair named after him. But
his contribution to the school is in every classroom, every day. Hundreds of children owe
him a great debt of gratitude for the quality Jewish education they have received. Many
families have found in the Torah School a pedagogic perspective, a commitment to

values, and a desire to reach each child that simply do not exist in the same way in other day schools in the area.

Having worked with Jack on this immense project, through all kinds of challenges, I have seen impressive qualities in him. He is dedicated, caring, and unwavering in working for the things that make a difference in the lives of others.

Knowing that Your Honor may not have had the opportunity to see the tremendous good that Jack Abramoff has done, I felt compelled to offer my perspective. It is my sincere hope that you will take it into consideration when making your sentencing decision in his case, and that you will give him the lightest possible sentence, so that his insight, passion and dedication can be returned to the community which he has done so much to build.

Sincerely,

Scott Hillman

Scott Hillman

March 16, 2006

The Honorable Paul C. Huck
U.S. District Judge
James Lawrence King Federal Justice Building
99 N.E. 4th Street, Suite 1067
Miami, FL 33132

Dear Judge Huck:

I am writing to you as a friend of Jack Abramoff. I have known Jack and his family for more than 20 years, and have known him as a boss, a mentor, a fellow parent in the community, and always as a friend.

Learning that Jack had committed crimes was a painful disappointment. I am deeply saddened that someone I have liked and respected for so long did what he did. But I have been particularly distressed by the terrible image of Jack which has been portrayed week after week in the media. I respectfully ask that Your Honor, in approaching Jack's sentencing, set aside that image and consider the man I have known.

As a young College Republican working for Jack in Washington, DC in the early 1980s, I found him to be bright, sometimes brash, but deeply committed to the Reaganite ideals we shared. At that time I was learning more about my Jewish heritage and taking on greater observance of Jewish law. I was inspired by Jack, who had begun his own journey of discovery and commitment a few years before. He was the first person I knew in the working world who wore a yarmulke every day – at the office and at home. The core foundation of principle, dedication, and action which I found in Jack was consistent in both his political and his religious life.

Jack and his soon-to-be-wife Pam were at my wedding. A couple of years later, when my husband and I needed help getting established again in the Washington community, Jack and Pam graciously opened their home to us. Their kindness saw us through the initial months of job-searching and house-hunting and helped us set down roots in a vibrant and diverse community.

When our first child was a toddler, some members of our local Jewish community began to discuss the possibility of founding a new Jewish elementary school in the area. A well-respected school principal left a post in the community, and Jack and others pleaded with him to stay in the area and help create the new school. He agreed, if the community could support the school, financially and with students. Jack led the efforts to make the Torah School of Greater Washington (now in its 12th year) a success. He was the first president

of the school board, a generous donor, and the person who stepped up at difficult moments to tide the school over in the early days when finances got tough. The Torah School began with about 50 students and now has several times that many. Our oldest child was in the first kindergarten class and today five of our six children have been in the Torah School (the youngest is still too young). We know that our children would not have received the quality Jewish and general education that they have had, were it not for the Torah School.

Jack's dedication (and no less that of his wife) to the Jewish education of every child in our community built a school that is committed to teaching each child in the best way for that child. The school puts great emphasis on building the character and love of learning in each student. It offers a comprehensive, dual curriculum (half the day is Jewish studies, the other half is general studies). It attracts strong teachers and has a passionately committed parent body. By every measure, it is a successful school that contributes tremendously to the local Jewish community and to the broader community, turning out youngsters who are academically prepared for the challenging Jewish high schools in the Washington-Baltimore corridor and prepared to be constructive and contributing members of the larger society as well.

My family is deeply grateful to the Abramoffs for the educational opportunities they have made possible. I know that without their generosity, not only would our children's school not exist, but the financial assistance that makes it possible for our children and many others to attend the school, would not exist.

I have seen the same dedication to building for the community in Jack's restaurant efforts in Washington as well. Many of the social rituals that are so important to building business relationships are closed to those who keep kosher, because they can't eat out in non-kosher restaurants. At his restaurant, Stacks, Jack created a place where observant Jewish professionals could have lunch or dinner with clients, colleagues, and friends.

Throughout the years I have known Jack and his family, I have continued to be inspired by their commitment to Judaism. Jack and Pam have instilled strong values in their children and made a stable and loving home for them. The Abramoff house is not ostentatious and they do not spend lavishly on themselves. Their primary concerns are their family and their community, and Jack and Pam have – individually and as a couple – made significant and lasting contributions to both. Those of us who know Jack personally have seen his compassion, his loyalty in friendship, his passion for education, and his determined observance of Jewish teachings, and have seen these traits in his children, as well.

For these reasons, it has been particularly difficult for me to see how Jack has been portrayed in recent months. I can only imagine the pain that his family has experienced – not only because of the actions which have brought him before Your Honor, but sharply exacerbated by the inaccurate and often cruel cartoon figure of Jack that we have seen in the media.

I ask Your Honor to please consider that Jack Abramoff has been a profoundly generous and influential member of his community, that he is a loving and involved parent, and that he has many, many friends who continue to love and respect him for who he is and the good he has done, in spite of the wrong actions that have brought him before the court. I sincerely hope that in light of this depiction of Jack's character, Your Honor will impose upon him the lowest possible sentence in this case.

Sincerely,

Shari Hillman

**Michael C. Hoffman**

March 17, 2005

The Honorable Paul C. Huck, U.S. District Judge
James Lawrence King Federal Justice Building
99 N. E. 4th Street, Suite 1067
Miami, FL 33132

Dear Judge Huck:

My letter contains a brief, urgent request to you regarding Jack Abramoff. But I first need to inform you of an event that took place approximately 350 years ago:

> *During the time of the Tosfot Yom Tov [Rabbi Yom Tov Lipman Heller, Chief Rabbi of Prague and Cracow during the 17th century and author of a commentary on the Mishna], there lived a wealthy individual who ostensibly never contributed to charity. After this miser died, the Chevra Kadisha [Jewish burial society] felt that he was unworthy of being interred next to any upright and respectable individual. They buried him in an area of the cemetery called hekdesh, where society's outcasts were buried.*

> *A few days after the funeral, there was a tumult in Prague. Two prominent members of the community, the butcher and the baker, who had previously been extremely charitable and generous, suddenly stopped distributing their funds.*

> *The poor people of the city, who had always relied on the benevolent pair for their sustenance, were in an uproar. Emotions ran so deep that the matter was finally brought before the Tosfot Yom Tov.*

> *The Tosfot Yom Tov asked the butcher and baker why they had so suddenly stopped their acts of charity. In reply, they informed the Tosfot Yom Tov that they were not personally wealthy.*

> *"We were only able to give so much charity because the 'miser' who died just a few days ago constantly supplied us with funds for charity. He strictly warned us, however, not to disclose from whence the money had originated, since he wanted the great merit of performing the mitzvah [commandment of giving to charity] anonymously. Now that he is gone, we no longer receive the funds, and are, unfortunately, unable to continue with this worthy work."*

> *The Tosfot Yom Tov was so impressed by the modest behavior of this unassuming "miser" that in his own will he requested to be buried next to this humble man. (Reprinted from the Crown of Creation by Chana Weisberg.)*

The public perception of Jack Abramoff is that of an arrogant villain. But he is no villain. He is **an extraordinarily generous and caring man.** Jack:

--Anonymously contributed $400,000 to allow PTACH of Baltimore (now the Harry and Jeanette Weinberg Academy) to buy its current campus. Without this money, PTACH (serving 240 special education children) would have no campus.

--Quietly contributed to families in need: Helped pay a number of needy families' medical bills; helped a family purchase necessary medical equipment; helped a needy family buy a house; helped a needy family pay for a Bar Mitzvah; helped pay $40,000 in debts to help a family get out of its debt crisis & prevented creditors from seizing items; housed individuals & families free of charge while they were looking for housing in the area.

**These examples are only a fraction of the extraordinary good Jack has done.**

Judge Huck, you are now in the position of the Tosfot Yom Tov. You have the ability, wisdom and power to see Jack for who he truly is—an extraordinarily philanthropic man who has made some serious mistakes. He has admitted them, expressed sincere remorse, and is cooperating with the authorities.

<u>And he also has people in need who depend upon him—many more than just his family.</u>

Any college or professional baseball fan knows that the temptations of fame and fortune lead honorable and decent players to momentarily act dishonorably. Yet, for the most part, they are given an opportunity to redeem themselves. The NCAA and Major League Baseball know that the ultimate punishment—expulsion—hurts the entire team, and the fans of the community.

Please give Jack the opportunity to redeem himself. Expulsion (incarceration) may be what the media is seeking. But justice is what is needed. Justice that incorporates a solution that will help those in need, benefit the community and prevent a repetition of these misdeeds.

The Tosfot Yom Tov understood that appearances can be deceiving and that a wise person must discover the true inner soul of a person before passing judgment. You are now acting as the Tosfot Yom Tov. Jack, his family, and our community now await your judgment with both fear and hope. Thanks very much for reading my letter.

Sincerely,

Michael C. Hoffman

Immediate Past President, Southeast Hebrew Congregation

**Gary Holland**

March 19, 2006

The Honorable Paul C. Huck
U.S. District Judge
James Lawrence King Federal Justice Building
99 N.E. 4th Street, Suite 1067
Miami, FL 33132

Dear Judge Huck,

I hope this letter does not arrive too late but I had rotator cuff surgery on my right (dominant) shoulder on Friday March 3rd and I am typing this letter with just my left hand and it is taking a long time. Given those circumstances in most cases I would simply not write a letter at all but Jack Abramoff made a material difference in my life about 22 years ago at a time when it mattered most.

Your honor, Today I am a successful 47 year old money manager with my own firm, Holland Investment Management, in the Dallas/Fort-Worth Metroplex. I am a graduate of the University of Pennyslvania's Wharton School of Finance. I've worked hard my whole life and things have worked out well for me on the whole. Most observers would say that I've been successful at everything I've ever set my mind to from sports to my career. Most people would assume that I'm not the type of person that ever needed any help with anything. But the truth is I had one very low period in my life as I was finding my way as an adult.

I went to work in 1981 with Chase Manhattan Bank determined to set the world on fire but it turned out the my high IQ didn't matter that much in a huge organization where EQ and political savvy were more important. After 3 years of running into brick walls at Chase I wanted to move to the investment banking side of Wall Street but the 1966-1982 year bear market was just ending and jobs were not yet plentiful. Seems hard to believe now but that was how it was at that time. I was told to get an MBA and re-apply again. Since I had just finished a Wharton Undergraduate Program that was absolutely identical (same courses and same professors) to the Graduate Program I thought that was ridiculous. I didn't want to waste 2 years and I didn't have $50,000 (1983 dollars) to just get a diploma for things I had already learned. So I was a very frustrated 25 year old who felt I couldn't get anyone to recognize my talents and education. It was really the only time in my life I was that utterly frustrated and I was down in the dumps and didn't know how to pull myself out of it.

After a good deal of searching around I heard about a company in Los Angeles which was in the booming direct mail industry. I didn't know much about that field but I really needed a change of some kind. I was able to arrange a meeting with the president of the company who was happy to get a bright, energetic Wharton trained young man into his firm. His industry had been so sleepy prior to the introduction of computers that quality people had been hard to recruit. So in November 1983 at age 25 I moved to Los Angeles California where I did not know a single person!

A year or two earlier while living in NYC I was invited to attend a weekend long meeting of the Conservative Conference. My college roommate, John McCormack had been head of the U/Penn Political Union, a debating society, while I had been President of the Conservative Party. John had told me about a young man named Jack Abramoff who was head of College Republicans and was making great progress in bringing Young Americans back into the conservative side of the political spectrum after the long years of the seventies. I went to that conference in Washington DC in the Spring of 1983 and met Jack who was a outgoing, friendly and impressive young man. I spent 6 or 8 hours in his presence that weekend at a couple of dinners and events.

So there I was in Los Angeles in November 1983 where I didn't know a sole. I got a small apartment and each morning I rose at 5:30am and was the first one to work everyday for the first 5 years in a company of 300 persons. Each night I came home to my same apartment and made a few phone calls to my friends back east and to my folks.

One day a couple of months after I got to LA I got a call from Jack Abramoff. He told me that he had heard from John McCormack that I had moved to LA. He informed me that he grew up there and that his parents lived in Beverly Hills (only 30 minutes from where I was living) and that he came back home each Thanksgiving and on religious holidays. He told me that he was coming home on Passover (March 1984) and invited me to have dinner with him and his family. I was delighted. My budget was small at the time and I couldn't afford to fly back to Rhode Island to see my family more than a couple of times a year at best. My circle of friends in LA was tiny as I had only been a there a couple of months.

When I got to the Abramoff's home I was very welcomed. They were great. I had such a good time that it made a big difference and made LA start to feel like home for me. For the next 2 or 3 years I was invited to the Abramoffs on every single Passover, Thanksgiving, July 4th Barb-b q.....you name it. Jack and his parents even set me up on a few dates and tried to get my social life kick started. They treated me like a member of the family. It was really special.

As time went by I became successful in that business and moved into real estate investing and my life settled in nicely with a good social life and a circle of friends. Around 1987 or 1988 Jack got into the movie business and we lost touch with one another.

I later moved to Dallas/Fort Worth in 1990 for a business opportunity where I now have a wonderful fulfilling life with a soon-to-be fiancee, many friends, a lovely home and a very successful investment advisory practice.

In 2003, I re-established contact with Jack when I heard he was in DC. In the Summer of 2003 Jack invited me to his home in Maryland for dinner and we had a great time reminiscing and catching up on lost time over a home cooked dinner with his lovely wife Pam of 17 years who I had only met when they were engaged in 1987 and his 5 terrific kids who I had never met. His two twin girls were shy but the three teenage boys were full of Jack's enthusiasm and energy.

Your honor, perhaps I'm not a very good writer. Good stock pickers and investment advisors aren't known for their literary skills. <u>The point I want to make is this. I'm a successful accomplished man but even so there was one very low moment in my life when I was alone in Los Angeles at age 25 when Jack Abramoff who really didn't know me very well made a big effort to bring me into his family and help me through that very difficult time. Maybe he just liked me and enjoyed my company</u> **but my guess is that Jack was a very bright, intuitive and compassionate young man who felt he could really help me out and he did. He didn't just intend to help me out he did help me out.** <u>When you're young and alone and 3,000 miles from your family and friends being invited to a warm loving home for every holiday instead of sitting alone in a small apartment over a long weekend can make a world of difference and it did to me.</u> So while a Thanksgiving dinner or a July 4th cookout doesn't mean as much to me now that I am surrounded with friends and family...at that critical moment in my young life it meant the world to me.

Your honor, I consider Jack a good friend and a patriotic American and I hope you will spare Jack, his wife and his children from any more pain than they have already endured. I know Jack is sincere in his regrets for his mistakes. He is a fine person, a fine human being, a great father and husband. <u>I hope my small story helps you see his compassionate side.</u> I am hopeful that you will be able to see how helpful Jack has been to so many people that you may find it within your wisdom to treat him compassionately.

Sincerely,

Gary Holland (signed with left hand.....right hand still in sling)

March 23, 2006

The Honorable Paul C. Huck, U.S. District Judge
James Lawrence King Federal Justice Building
99 N.E. 4th Street, Suite 1067
Miami, FL 33132

Dear Judge Huck,

I am writing you as a friend and neighbor of Mr. Abramoff. I have known him and
his family for years. We attend the same synagogue and have sent our children
to the same private schools.

While it would be out of my purview to address any of the legal issues involved in
the ruling you have to make, I do feel that maybe I can present to you an image
of a man who supersedes the allegations he is charged with.

Mr. Abramoff is a man who with fervor and zest has done anything he could for
the betterment of Jewish education in our community. While it can be said that
Mr. Abramoff and myself were not always in agreement, I will honestly say that
his motives in what ever he undertook was to provide the children of our
community with what he thought the best education was.

Mr. Abramoff is a family man with a wonderful wife and beautiful children. He
enhances their lives in any which way he can and tries with every fiber in his
body to be the best possible father and husband. He is someone who always is
there to help those in need with hospitality, with an open door policy in his home.

I would ask that you please consider these parts which are unknown and hidden
from the public eye when presiding over his case.

With respect and gratitude,

Pinchus Idstein

*Yotaka Alain Ingila*

03/14/06

**To a particular attention of**
**Judge Huck**

**Subject: My Testimony for mister Jack Abramoff.**

**Your Honor,**

**I am pleased and honored to address at your particular attention my testimony about a friend who treated me like a brother. I am Yotaka Alain Ingila  originally from Democratic Republic of Congo. I live in Silver Spring Maryland  since almost five years. I am an analyst.**

**I am testifying today for a good friend Jack Abramoff that I know, not because of the media, but from a personal and close relationship. I don't have any particular title, and I live a very simple life but, yet I was treated as a  special friend. Jack Abramoff and I have found a common ground which was the suffering of others. As you know my country DR. Congo went through a very difficult time and yet the Media didn't focus much on the Invasion of my Country by foreigners troops. This situation has left my Country in a very difficult humanitarian situation.**

Jack Abramoff and I were about to help the orphans and get
Media attention to my Country. Unfortunately we didn't finished
our mission and today he has to face the justice.

I believe and I have a deep respect for the Justice of the United
States of America who has showed more humanity and
compassion face in her record, this is the main reason why I am
sending this testimony which I think will be consider.

Your honor, with all my respects, I would like to say that Jack
Abramoff is a very kind, humble and careful person, regardless
your origin or your social rank. Many time I stopped at the
signature restaurant just to shake his hand and yet I was
consider as a special guest. I was served  and had everything I
desired. I had even the opportunity to meet Mister Abramoff's
family and I realized how much they were united, cherished one
and other. Jack Abramoff lives first of all for his family. I saw a
father who was concerned for the future of his kids. He was even
excusing himself just to drive his kids to the doctor.
The first time when I heard from the news what was going on, my
thoughts went directly to his family. In my entire life I rarely saw
such an harmony among  people who belongs to the same family.
Jack Abramoff is a tree. He is covering so many branches who
need him for their future not only in His own family but others
places as well. I was just surprised to hear the fact that Jack
Abramoff invited some officials to play golf was a crime. Myself I
was one day invited to attend a basket ball game at the MCI
center with his family without being an official and we had a
good time. This is his way to treat  friends no matter where you
from and also who you are.

Your Honor, please allow me to highlight the fact that you might
not receive many testimonies like this because human being
usually stand as a friend when life is easy for us. I am standing
for mister Abramoff today because I truly believe that he is a
good gentleman and he deserve your forgiveness. He is a good
man of faith he acknowledges his mistakes before God and men.

If you give him a second chance you would make him the most humanitarian man for the cause of the orphans around the world.

The world need his contribution to move toward peace. He is a great communicator and has the ability to put people together. On my table right now, I have a draft in regard of the peace process in the middle East which is affecting the world. This project would help the youth from Israel , Palestine, and United states to communicate though the school system in order to avoid further terrorism activities against the free world. This project would never be implemented if for any reason Jack Abramoff was send away. I plead to you your honor to consider also the fact that all Jack Abromoff's kids are so young and I believe strongly that they need to grow up with their father.

Thanks your honor for attention and considerations. Please receive my deepest respect for you as a representative of American judiciary system.

May God bless America!


Sincerely


Yotaka Alain Ingila

March 13, 2006

Dave Jackson

The Honorable Paul C. Huck
U.S. District Judge
James Lawrence King Federal Justice Bldg.
99 N.E. 4th Street, Suite 1067
Miami, Florida  33132

Dear Sir,

     I am writing to you on behalf of my friend, Mr. Jack Abramoff. He is appearing before your bench and is most probably in need of some favorable depiction.

     My name is Dave Jackson and I work as a referee in the National Hockey League. I have known Jack for eight years on a completely personal level. I am a Canadian citizen and therefore have absolutely no polititcal affiliation. Jack had no adgenda in befriending me, I am of no material benefit to him. I do not have business with him nor do I have any stake in the outcome of his trial other than sadness for the circumstances surrounding a wonderful family.  I know him only as a father, husband, and loyal friend.

     I met Jack through a mutual friend at a Washington Capitals game. He came down to our dressing room after the game with his Rabbi as well as fourteen children he had brought to the game. The kids were thrilled to be so close to pro hockey. Jack then told me about the programs he had set up for the students at his school to excel at hockey and basketball. He was passionate about making sure that all kids had access to athletics. Jack and I became close because of our common interests. Namely, hockey and our children. We have shared many dinners together over the years and in that time it has become incredibly evident that when Jack is not at work, he is a devoted, loving and caring individual who loves his family more than anything in the world. I attended one of his sons' Barmitzvah and met many people who were given a chance to make something of themselves because of Jack's advice, frienship and his belief in their abilities. He has had a positive impact on many,many people. He has certainly done more good in this world than any harm  his newsworthy transgressions may have caused. To meet all the people he has touched and to hear about what he has given to his community, meaningful things that would never make it  to the media, is very inspiring.

     As a referee I'm confronted on a daily basis with situations that are not "black and white." I'm left to my own judgement and integrity in order to decide on the appropriate punishment. It can be a daunting task. Jack is a good person, who, in his quest to be successful lost sight of the rules. His

reputation is ruined, his future is uncertain and his family has suffered immeasurably. I know that you must uphold the law and do what you feel is right. My hope is that you can offer Jack a second chance to be the community leader and family man that he is capable of being. His wife and children would be the grateful beneficiaries of this.

I know that you are extremely busy and I thank you for taking the time to read my letter.

Sincerely,

Dave Jackson

# David Jacobson, AIA
## Consulting Architect

March 16, 2006

His Honor Paul C. Huck
Judge – Federal Court
99 NE 4th Street
Miami, FL 33132

Re: Jack Abramoff

Your Honor,
It was my pleasure to meet Frank Abramoff and his wife Jane when I opened a third
office in 1975 in Atlantic City NJ, when I became involved in the design of a number of
hotel projects at the inception of New Jersey gaming , and through my residence there
also came to know their sons , Jack and Robert.    I maintained an office there until 1988,
when I closed that office and returned to Las Vegas.

I have an ongoing professional and personal relationship with the Abramoff family, and
although I have no detailed knowledge of Jack's activities as an attorney and lobbyist, I
have met and or communicated with a portion of his clientele and have a professional
understanding of the benefits they have obtained through his work.

It is my opinion that Jack's efforts on behalf of his clients have been compensated in a
very reasonable proportion to the social and economic improvements visited upon the
Native Americans and inhabitants of the Pacific Rim protectorates of the U.S.   He has
also contributed a generous proportion of his income to charities and to the schooling of
people of his faith.   While in my first employment with the U.S. Department of
Agriculture after graduating from M.I.T., I observed first hand the activities of federal
employees "lobbying" members of the U.S. Senate and House of Representatives to
allocate taxpayers funds to projects dear to the hearts of businesses not necessarily
supported by the will of the people.   In those days they were called "liaison", not
lobbyists.  I believe that Jack has been made a target for many elected and appointed
political officers who feel the need to shift responsibility from themselves; he is a
convenient mark.
Through supervised community service he can contribute much to our sundered society,
and his wholly supportive wife and five children will not be forever branded.

Sincerely,

David Jacobson
Associated Architect
Bergman, Walls & Associates, Ltd.

Daniel H Jacoby

March 24, 2006

The Honorable Paul C. Huck
U.S. District Judge
James Lawrence King Federal Justice Building
99 N.E. 4th Street, Suite 1067
Miami, FL 33132

Dear Judge Huck:

I am writing as an acquaintance of Mr. Jack Abramoff and as a friend of the family to request that you demonstrate compassion to him and his wife and five children, to the fullest extent possible.

Mr. Abramoff and his family have already experienced great suffering as a result of his misdeeds. While misconduct should not go unpunished, I feel that any extended sentence would very adversely and perhaps irreparably affect innocent members of his family, including young children. Mr. Abramoff in the past has contributed in a positive way to the community and to his family and I feel that, given an opportunity, he can do so again.

Thank you for your consideration of this request.

Repsectfully,

Daniel Jacoby

Steven and Pauline Jaffe

_____  _____

The Honorable Paul C. Huck, U.S. District Judge
James Lawrence King Federal Justice Building
99 N.E. 4th Street, Suite 1067
Miami, FL 33132

March 15, 2006

Dear Judge Huck:

It is with a great deal of sadness that we write to you regarding Mr. Jack Abramhoff.
With the sentencing of Jack coming up, we wanted to briefly share with you some of the
positive impacts that Jack and Pam have had on our community. While we are not
getting involved in the legal issues, nor are we condoning any wrongdoing, we believe it
is very important that you know of the good things that Jack has done.

Jack and Pam were major contributors to the Torah School of Greater Washington, the
Yeshiva of Greater Washington, and our synagogue, Southeast Hebrew Congregation.
Our children attend both these excellent parochial schools. We believe it is a fair
statement that without the financial support of the Abramoffs, the Torah School of
Greater Washington might not be in existence today. And their benevolence to the
Yeshiva and the synagogue have greatly reduced the heavy financial burden of both
organizations.

Jack and Pam are very loving and involved parents. This case has, no doubt, brought
tremendous strains to the family. Any jail time that Jack might serve will be a severe
hardship on Pam, and especially, the children, who had no role in this matter.

We would respectfully ask you, Your Honor, to take into consideration the good that Jack
has done for the community, and the devastating impact to his wife and children, when it
comes to sentencing.

Respectfully,

Steve and Pauline Jaffe

 **Jerome Associates**

March 14, 2006

His Honor, Paul C. Huck
Judge, Federal Court
99 NE 4ᵗʰ Street
Miami
Florida 33132

Dear Judge Huck:

This letter is provided as a testimonial regarding Jack Abramoff. This is a letter that I am grateful for the opportunity to provide.

On a professional and personal basis, I have known the Abramoff family for approximately 21 years. On an almost constant basis during that time, I have worked with Jack's father, Frank Abramoff, in his capacity as the managing partner of a real estate development project in New Jersey. During this time I have had the opportunity to get to know Jack Abramoff. The following represents my knowledge of Jack's character, which I believe you should have the opportunity and benefit of reviewing prior to making the decisions you are faced with in this case.

Jack is a man of faith, family and charity.

Jack's faith is a cornerstone of his life. While a private component of his life, it is evident in everything that Jack does.

Jack's family is as hallowed as his faith. I attended Jack's wedding many years ago and have followed the growth of his family through my relationship with his father and mother. His integrity as a husband, father, son and brother is without question.

Charity is the third cornerstone of the fabric of the man standing before you. His commitment of funds, time and energy to a multitude of charitable works goes far beyond a normal individual's commitment and belies the way he has been presented in recent media coverage.

I cannot shine any light on, or dismiss the legal issues which Jack faces. The purpose of this letter is to provide you with a framework and a perspective of this man's true nature and character, around which I believe you have the opportunity to craft a creative and just sentence. I strongly believe that your sentence can utilize this man's faith, charity and inexhaustible energies to allow for deeds beneficial to the community as an alternate to incarceration.

Sincerely yours,

Ian Jerome

March 16, 2006

The Honorable Paul C. Huck
U.S. District Judge
James Lawrence King Federal Justice Building
99 N.E. 4th Street, Suite 1067
Miami, Florida 33132

Dear Judge Huck:

I have known Jack Abramoff for 7 years – the first two years I worked as a driver for his clients and the last five years I was Jack's personal driver.

I got to know Jack in a personal way, one that is totally different from the media's perception.

He was always generous to me, never forgetting Christmas gifts. He always remembered his employees' birthdays. I remember when his 9-year-old son brought me a gift for my new baby, when he and his mother returned from a trip. Jack never forgot to bring back a gift when coming back from trips. He once bought my wife and me roundtrip tickets to Egypt, using his frequent flyer miles.

In his relationship with me, he treated me almost as an equal, certainly always with courtesy. He would not allow me to open the door for him. He would have sat in the front seat of the car if I had let him! He invited my wife Amal and me to attend his son's bar mitzvah, where we enjoyed socializing with his family.

I remember one incident that was typical of Jack's kindness. Once when I needed to leave earlier than usual so as to take my wife to a concert, Jack was hard at work and seemingly had forgotten. But when his assistant reminded him, Jack gathered all his papers and willingly left his office quickly so as to help me out. Another example of his thoughtfulness was when he offered to do something special for my mother when he learned she was visiting from Egypt.

As Jack's personal driver for five years, I can vouch for the fact that he was faithful to his wife. This is one quality I really admire about him. It was obvious to me that Jack was a loving husband. He asked his wife for her opinions when hiring his secretaries. On many occasions, I observed Jack with his wife and children and saw how well he treated them. He always came back earlier than expected from his business trips, having me drive him straight home to be with his family.

As the judge in Jack's case, both my wife and I plead with you to delay his sentencing as a mercy towards his family. Also, we humbly request that the length of incarceration be shortened if at all possible. We are not asking that justice be bypassed.

Thank you very much for taking the time to read and consider this letter.

Sincerely,

Akram and Amal Joseph



**KANN
CAPITAL
LTD.**
Investment Bankers

January 7, 2006

The Honorable Paul C. Huck
U.S. District Judge
James Lawrence King Federal Justice Building
99 N.E. 4th Street, Suite 1067
Miami, FL  33132

Re: Jack Abramoff

Your Honor:

I have personally known Jack Abramoff for almost 15 years.

In brief, there are few people that I have met in my business and personal life that has accomplished more than Jack.  He is an extremely learned scholar, a dedicated family man and a very ethical business professional.

Not withstanding the charges that have been levied against Mr. Abramoff, I and anyone else that I have had direct interaction with, have never found Jack to be in anyway unethical or conducted any business dealings that are in any way illegal.  In the industry which I work, the only way you stay in business is by adhering to your word as both a business professional and gentleman.  Jack Abramoff has always lived up to those standards.  Jack has helped many, many people both here in this country and around the world.

To say that I am proud to call Jack Abramoff one of my friends does not begin to express my depth of feelings and respect for this man.  I ask that you take Jack's many, many years of public, private, and religious service into consideration when deciding what to do with a man who is quite obviously a valuable asset and mentor to his community and his country.

Please feel free to call me with any questions you may have.

Sincerely,
KANN CAPITAL, LTD.

Garry Michael Kann
President

Gil Kapen

March 15, 2006

The Honorable Paul C. Huck
U.S. District Judge
James Lawrence King Federal Justice Building
99 N.E. 4th Street suite 1067
Miami, FL. 33132

Dear Judge Huck:

I am writing on behalf of Jack Abramoff voluntarily and of my own volition. I feel compelled to do so because I have known Jack for over ten years and feel I can testify first hand to the kind of person he really is.

I am disturbed about the fact that the public portrayal of Mr. Abramoff has been, to say the least, grossly unfair. The vilification he has gone through recently is, I believe, very much undeserved.

The Jack Abramoff I know is an extremely kind, thoughtful human being, devoted to his family and friends, and with a heart of gold. He has admitted to his mistakes and has shown sincere contrition. I believe he has already suffered immensely due to what has happened to him and the character assassination he has undergone.

My experience with Jack as a friend is as follows: throughout the years when he was a powerful personality in Washington, DC, he was always accessible to me. He always made time to meet with me, offer advice, help, and numerous kindnesses. In particular, I have an autistic brother, and Jack always went out of his way to pay attention to him and to do nice things for him. I might add that I was in no position to really be of any benefit to Jack in his business, and he nonetheless always proved his loyalty as a good friend. I have met his wonderful family numerous times, and they are a credit to him as a father and husband.

I hope I have been able to shed some light on Jack's true character, from the vantage point of one who knows him, and who has always thought of him as a man of wonderful character.

Sincerely yours,

Gil Kapen

03/22/2006 11:52 FAX                    ARKA PROPERTIES GROUP                    ☑002/002

March 21, 2006

The Honorable Paul C. Huck
U.S. District Court Judge, Southern District of Florida
99 NE 4th Street
Miami, Florida 33132

Re:    Jack Abramoff

Dear Judge Huck,

I am writing this letter on behalf of the Abramoff family. I have known the family for
more than 25 years. I have traveled extensively around the world with Jack's dad, Frank
Abramoff. I understand that you will be making the determination as to what the
sentence will be for Jack.

I am writing this letter is to ask you to consider the benefit to the American people when
you sentence Jack. Wouldn't it be more beneficial to require him to do substantial time
in public service by using his knowledge to help the system, rather than his doing
substantial time being incarcerated wasting the taxpayer's money?

As a former deputy city attorney, criminal division, it was my position that people who
are not recidivist and who make one giant mistake should be treated differently from
criminals who stay in the criminal system. To that end I would look to see what kind of
community service would help both the individual to confront his (or her) wrongdoing,
but, more importantly, I would want to see the system and the taxpayers realize some
actual benefit. My hope is that you will take into consideration these thoughts.

Thank you for taking the time to read this letter.

Sincerely,

Michael B. Kaplan

March 20, 2006

The Honorable Paul C. Huck, U.S. District Judge
James Lawrence King Federal Justice Building
99 N.E. 4th Street, Suite 1067
Miami, FL  33132

Dear Judge Huck,

I am writing to you on behalf of Jack Abramoff, a long-time member of my community and synagogue. In the almost twenty years that I have known Jack and his family, what has always struck me first and foremost is his and his wife Pam's sense of caring and concern for the community and the individual.

For several years, Jack served as the President of the Yeshiva of Greater Washington, the local Jewish Orthodox high school. He then founded an alternative religious school, with the belief that—using the lessons and experience that he had gained—he could build a top-notch school while offering parents a choice in their children's education.

Jack's charitable activities in our community are legendary. He and his wife Pam are lifetime members of our synagogue. When funds are needed for a communal project, the Abramofs are always the first to offer assistance. Jack was among the primary founders of the Torah School of Greater Washington, the local elementary school, and perhaps single-handedly acted to prevent the headmaster from facing foreclosure and starvation due to non-payment of his salary by the previous school.

On a personal level, Jack and Pam have been an influence in my life. During some **very** difficult years for me, the Abramoffs offered to help me with my search for employment. My family and I were guests in their house on the Jewish Sabbath. What we experienced was the warmth and beauty of a loving family.

Honorable Judge Huck, the Abramoffs have young children, on whom this terrible ordeal is likely detrimental beyond description. Your Honor, while I thank G-d have never faced legal trouble, I know exactly what the destruction of a family is like and what it does to children, and I respectfully submit that it is not too late to avoid this irreparable damage to the Abramoff family.

I am also aware—although I am unsure of their exact nature—that Jack suffers from several maladies/illnesses which are almost certain to be exacerbated by incarceration.

While I would not presume to dictate to the Honorable Judge what is "fair" and what is not, I would politely suggest that there are most certainly alternatives to imprisonment. Jack is known to be a most generous and caring individual, as well as a loving husband and father. Surely there are alternatives which would both preserve the health—both mental and physical—of Jack and of the Abramoff family, while at the same time allow Jack to address his misdeeds.

Sincerely,

Menashe Katz

Shlomo D. and Sharona Katz

March 15, 2006

The Honorable Paul C. Huck
U.S. District Judge
James Lawrence King Federal Justice Building
99 N.E. 4th Street, Suite 1067
Miami, FL 33132

     Re: Jack Abramoff

Dear Judge Huck:

     I am writing in support of Jack Abramoff whom I have been privileged to know socially and professionally for more than a decade.

     By way of background, I am an attorney by profession. I am also a lay leader in the Silver Spring, Maryland synagogue to which my family and the Abramoffs belong. For those of us who know Jack and his family personally, the events of recent months have challenged us to reconcile the public Jack Abramoff who has pleaded guilty to violating the laws of our land with the private Jack Abramoff who we know as a charitable, kind and deeply religious individual.

     To do so, my wife and I, along with many of our friends, have focused on the teaching of our faith that one must judge the *whole person*, because even the finest person sometimes makes mistakes—even big mistakes. Jack Abramoff has pleaded guilty to making mistakes, but those mistakes can never erase the good that he has done for thousands of adults and children through his philanthropy and sense of communal responsibility. We respectfully ask the Court to view Jack Abramoff in that light.

     I first met Jack in 1994, when my twin sons, Yehuda and Moshe, were about to enter kindergarten with Pam and Jack Abramoff's son, Alex. At the time, there was an urgent need for a new primary school to serve the Silver Spring, Maryland Jewish community. Led by Jack, a group of parents not only succeeded in creating the Torah School of Greater Washington, hiring a staff and leasing a building in a matter of only six months, but they even enrolled more than 80 students for that first year. The Abramoffs personally contributed not only their time, but also their money, to this endeavor. I was privileged to have provided pro-bono legal services to the fledgling school, which now boasts attendance of more than 200. Throughout my dealings with him, Jack acted professionally, motivated only by his concerns for the community's children. Hundreds of children have since graduated from the Torah School. Those children are practicing and living the lessons of devotion to faith and good citizenship that they learned in this school that Jack was instrumental in founding.

As the Abramoff's and my own children grew, they moved on to another school—the Yeshiva of Greater Washington. Although the "Yeshiva" had then been in existence about 35 years when Jack oldest son, Levi, enrolled there, what it needed at that particular time was strong, fresh leadership that would bring financial discipline. I don't think anyone was surprised when Jack stepped up to bat. Although Jack's tenure at the helm of the Yeshiva's board of directors was short, the fruits of his labor are evident. (For the Court's information, the above-mentioned schools are different from, and unrelated to, the Eshkol Academy high school that Jack later founded and which has been mentioned in the news in connection with allegations against him.)

Finally, Jack and his wife Pam, along with their children Levi, Alex, Daniel, Livia and Sarah, have been our neighbors and members of our synagogue for most of the last ten years. Although I am not privy to specific information, I understand that they have shared generously of their resources with our synagogue and the community. One case I am personally aware, of a community member who was forced out of his home in a bitter divorce dispute and who found the Abramoff's door unconditionally open to him when he needed a place to stay. Although the Abramoffs are a private family, they never hesitate to help a friend in need, and this has not changed despite their very public troubles of late.

The above activities are just part of the *whole* Jack Abramoff. On behalf of my wife and myself, I respectfully ask the Court to consider that whole person when Jack is sentenced for his wrongdoings. The Court should please remember that Jack has a long-standing, well-deserved reputation as a philanthropist that even rivals his professional reputation. Most importantly, he is a husband and a father to a wife and five teenage and pre-teenage children who need him now more than ever.

Thank you.

Very truly yours,

Shlomo D. Katz

# *E.D.Kerbel*

---

15 March 2006

The Honorable Paul C. Huck
U.S. District Judge
James Lawrence King Federal Justice Building
99 N.E. 4th Street, Suite 1067
Miami, FL 33132
United States of America

Your Honor

Please allow me to describe Jack Abramoff, the man as I have known him for 17 years. The caricature of him portrayed by the media in recent times is a shocking distortion of the truth and in no way an accurate picture of him.

Jack had come to work in Johannesburg, where we then lived, accompanied by his young wife, Pam, and their baby son. He joined the synagogue where I was a member and his family became regular guests at our Sabbath table, where his gentle self effacing demeanor and wonderful sense of humor made him a firm favorite with everybody. His academic interests gelled perfectly with mine and we struck up a close personal friendship that exists until this day. He bought a house in the same street as ours, right next to the synagogue, and when the time came for the Abramoffs to return to the United States, Jack donated the house to the Synagogue Trust. I know, because I was a senior member of the committee that accepted it from him with grateful thanks.

Sir, this trait of incredible warm generosity has been the hallmark of the man in all our dealings with him. This was long before he became so involved in public life; when he was an ordinary private citizen. While public life brings with it a multiplicity of challenges, Jack in all our experience has never altered one iota, always remaining the warm, compassionate caring person we first met back in those days,

An intensely devoted family man, who neither imbibed alcohol, nor smoked, Jack conducted his daily routine according to the wonderfully disciplined regimen of the Orthodox Jewish faith. Jack has raised a beautiful, closely knit, large and caring family. Everyone who is familiar with him knows the lengths he went to in order to support the communal and educational institutions that were so dear to him. He poured everything he had into these, the very opposite of the distorted picture painted of him by an unknowing and uncaring press, bent only on sensation.

Sir, as a jurist you are familiar with the weaknesses with which all men must constantly contend. In fact what is life, if not a constant battle to meet with the standards of behavior and ethics that we have all set ourselves? Jack, like every

human being, has weaknesses and may have erred in judgment if not intent, but that does not make him the savage figure portrayed by the media and with which his name has now become synonymous in the public eye. This is a gross travesty of the simple truth, it is a perversion of everything that Jack has and does still hold dear and everyone who knows him as a friend will confirm this.

A very fine line often exists between the acceptable and the imprudent, but stepping over it on occasion does not turn a man into a hardened criminal.

Even if he has acted, perhaps unwittingly, in a way that requires society to impose censure, is it not possible for this to be done in a manner that will not require him to be separated from his family and the community? There may well be ways in which he can redress the legal wrongs he has done as an active member of society and thereby fulfil a useful and meaningful role at the same time.

The sword which hangs over his head and the opprobrium of his peers occasioned by the terrible publicity which has accompanied this whole sad affair has in itself been enormous punishment in its own right. His whole career, which seemed so bright, has been brought to an abrupt and sad end. It is my fervent prayer that the eminent judge will take this all into account in rendering a just and fair judgement.

Thank you for your patience in reading this.

Yours truly,

**ERIC KERBEL**

March 16, 2006

Honorable Paul C. Huck
United States District Judge
James Lawrence King Federal Justice Building
99 N.E. 4th Street, Suite 1067
Miami, FL 33132

Dear Judge Huck,

It is with a saddened heart that I write this letter to you in an attempt to provide some insight into the true background of a man I consider a close personal friend and a true role model. I am referring to Jack Abramoff whom I have known for almost twenty years.

Over the years, I have personally witnessed Jack's growth both in the community as a highly religious orthodox Jew as well as a father, husband and inspirational leader in the political arena. The one attribute that has always shone though has been his humility and his ability to down-play his true accomplishments. Sadly this is the exact opposite of how he is currently being portrayed.

Sir, it is in my opinion a gross injustice the way the media are portraying Jack. Sadly, this is not the first time the media have been able to twist circumstances and to destroy people's lives through grossly exaggerating and misconstruing underlying facts. Ever since I have known Jack he has always had strong values and morals and has served as a tremendous role model. I have been with him in public places on several occasions and have never seen him mistreat or degrade anybody. I have witnessed him several times take a backseat and shy away from public flattery. This is the true nature of the man and the reality is that the gross misrepresentations currently taking place could not be further from the truth. We are all only human at the end of the day and we are all subject to mistakes, but it is critically important to understand that Jack's true persona is that of a kind and gentle man who has been tremendously generous to the community and has done more good than can possibly be described in a brief letter.

There is no question that Jack has established himself as a key individual in the world of politics. I believe that he could serve as an asset to the community and a role model by lecturing and addressing the general public in a positive way. We are striving for a better world with stronger values and morals and who better to provide these messages than someone that is strongly in the limelight. I believe that an individual with Jack's stature and publicity could be used in a most effective manner to convey important messages to the public.

Respectfully,

Uri Kerbel