March 16, 2006

The Honorable Paul C. Huck
U.S. District Judge
James Lawrence King Federal Justice Building
99 N.E. 4th Street Suite 1067
Miami, FL 33132

Dear Judge Huck,

We only wish that we could appear before you in person to attest to the true character of
our dear friend, Jack Abramoff, and counter the distorted image the media has proffered.
The media humiliated and belittled him in ways that were not even germane to their stories
by mocking his wardrobe, for example, which served only to cause needless pain to his wife
and children.

We've known Jack and Pam for over twenty years, attended their wedding and celebrated the
births of their five children. Even as newlyweds they readily offered their help to all and
soon became known for their leadership and generosity. When Jack and Pam perceived the
need for a community elementary school that would offer a more intense and personal
education than was available, they energetically went about financing and organizing a new
school. This was an all-consuming project in which Jack was involved in every aspect and
detail. After a number of years when he was confident that the institution could stand on its
own, he stepped down as president to allow the community to steer the course of the
school's future. All the while he remained a staunch financial supporter of that school as
well as of all the other charities in the area. Not only did Jack and Pam give generously of
their time, talent and money but they even opened their home, providing room and board to
many out of town children who were attending the community school.

Jack has been a mentor to many young men in the community and inspired them to go on to
accept communal leadership roles themselves. He taught them to work hard, to think
creatively and to be thankful always that they live in a country where everyone has the
freedom to pursue their dreams. Our own son was the beneficiary of Jack's tutelage when
he was in high school eighteen years ago.

We fervently hope that what we have written will help you understand Jack, so that when you
decide his fate you do not inadvertently destroy his family and deprive them and our
community of his presence and good works. Perhaps, you would consider imposing
community service and/or house confinement rather than incarceration.


Sincerely,

*Alan & Judy Kermaier*

Alan and Judy Kermaier

02/03/1999  11:05                    JEWISH STUDY NETWORK                    PAGE  02

# Rabbi Daniel Kermaier
## Certified Mohel

March 20, 2006

To The Honorable Paul C. Huck,

I have had the opportunity to know Jack Abramoff for close to 20 years. My earliest memories of Jack are from my childhood. I was raised in a small orthodox Jewish community in Silver Spring, MD the same one Jack joined in the 1980's shortly before he got engaged to his wife Pam. Jack served as a role model and positive influence for all the children in the neighborhood. He embodied a strong work ethic, was actively involved in the community and devoted many hours to religious studies.

When I look back at my pre-teen and teenage years among the most influential people in my life was Jack Abramoff.

I am now in my thirties I am a rabbi, I have founded a nonprofit educational organization in California and I serve the greater Jewish community as a mohel, ritual circumcision practitioner. I understand that Jack has admitted to certain actions which are unbecoming of him especially as a religious person. However, he has shown tremendous remorse and has been shaken to the core by this entire ordeal. And as a rabbi I have had the opportunity to meet and be professionally involved with helping people who have made mistakes and are looking to redirect themselves. I have a keen appreciation for who is sincere and who isn't sincere. And I can unequivocally state that Jack Abramoff has sincerely changed. Not just by trying to reverse the damage he has done by cooperating with the government in their investigation of government corruption but also in his mindset. He has mentally put an end to his past behaviors and is eager to set straight that which he has skewed by his past misdeeds.

Understandably, the penal code and the judicial system require a punishment, as it is too difficult to ascertain who requires punishment and who does not. However, I believe that Jack is well on his way towards repaying his debt to society and those that he betrayed and does not require incarceration in a criminal prison.

In fact, I believe Jack can better repay his debt to society through community service. He has proven himself time and again to be creative and successful. And given the chance he can be a tremendous asset to the public by being able to dutifully apply himself to bettering those around him.

# Rabbi Daniel Kermaier
## Certified Mohel

I would like to conclude by appealing to you to consider that Jack Abramoff has led an upstanding and moral life. He has and continues to be an asset to society through his philanthropy and active role in communal affairs. He shows remorse and is cooperating and assisting the government in all ways to conduct their investigations. And that he can better repay his debt to society through community service not through incarceration.

Sincerely,

Rabbi Daniel Kermaier

FROM :FIFTH AVE SYNAGOGUE                                      Mar. 17 2006 02:36PM P2

# FIFTH AVENUE SYNAGOGUE



קהלת
עטרת
צבי

Yaakov Y. Kermaier
*Rabbi*

March 16, 2006

The Honorable Paul C. Huck
U.S. District Judge
James Lawrence King Federal Justice Building
99 N.E. 4th Street, Suite 1067
Miami, FL 33132

To the Honorable Paul C. Huck:

I write to you regarding Jack Abramoff, a good and decent man, whose dedication to his family, to others in need and to this country is extraordinary. To view this multi-faceted individual solely through the prism of his much-publicized lobbying activities is, of course, unjust. But more importantly, such a caricature of Jack makes it difficult to appreciate that this talented man still has so much to contribute to society. For this reason, I wish to share with you a bit about the Jack Abramoff that I know.

I am admittedly biased towards Jack. Nearly 19 years ago, Jack, then a neighbor of mine, correctly identified me as a wayward, somewhat troubled teen. In a gesture that I would later realize was typical of Jack, he invited me to work for him during my summer vacation on a real estate development project. To say that I brought with me no relevant expertise is to overstate my contribution to this project; I was plainly a nuisance. Nonetheless, Jack brought me to work each morning and conjured up assignments for me that (I now appreciate) were designed to make me feel important, and which Jack himself could have performed in less time than it took him to instruct me. Jack gave me self-esteem and confidence, and I was not the only recipient of such treatment. Over the years, I learned that Jack extended similar kindnesses to many, both young and old, and that these acts of sensitivity and kindness were simply expressions of Jack's core values. And I now worry that Jack's own children will be denied the support and encouragement that Jack has freely dispensed to others in need. Jack's wife Pam and their children really do need their loving husband/father at home.

Jack, however, is not only a man of many small kindnesses, but a man of big ideas. I have met precious few individuals who love America as much as Jack does. Five or six years ago, when I was serving as a rabbi in Hong Kong, Jack, in Asia on business, stopped by my home for a Saturday night visit. I was deeply honored. An American history buff, Jack was carrying with him a couple of books on Civil War-era America. Though we were in the Far East, our conversation that evening

was about American history. This was not surprising, though. Fundamental to Jack's ethos has always been the delicate blend of religious commitment and passionate support for the United States. Some time after our encounter in Hong Kong, I sent Jack a Jewish studies program idea that I hoped to implement myself and which I thought he might find interesting. The program combined a study of the biblical passages regarding the Jubilee Year emancipation with a field trip to the Liberty Bell, in conjunction with a discussion of the essential role that freedom plays in both the Jewish and American traditions. Jack was exhilarated by the idea; it was precisely the message that he wished to communicate to his own children and which he hoped to promote in his charitable activities. Jack harbors an abiding love for his nation; he is a proud American patriot whose enthusiasm in this regard is contagious.

This is why I hope that the Court will agree that this man can best repay his debt to society engaged with American society. He is thoroughly remorseful for his misdeeds and I know that his international vilification has subjected him and his family to excruciatingly painful humiliation. He has already suffered what many would view as the equivalent of a lengthy incarceration. Jack, humbled by a new appreciation of his own vulnerability, and still in possession of his vast talents, could surely do more to rectify his wrongs by serving the community than by serving in prison. Jack is a brilliant and tireless man. If you sentenced him to harness his prodigious skill and energy for the public good, America would be all the better for it.

I hope that this brief, anecdotal presentation will add some finer brushstrokes of detail to the somewhat crude portrait of Jack that is in wide circulation. And, vitally, I hope that you will keep this more nuanced portrait of Jack before you when you consider his fate. Jack Abramoff is truly a kind and decent man.

In advance, I thank you for your consideration.

With warm wishes,

Yaakov Kermaier

03/21/2006  13:32                     ISAAC KLEIN

Isaac and Carol Klein

March 21, 2006

The Honorable Paul C. Huck
U. S. District Judge
James Lawrence King Federal Justice Building
99 N. E. Fourth, Suite 1067
Miami, Florida 33132

RE:    Jack Abramoff

Dear Judge Huck:

We are writing on behalf of Jack Abramoff. We have known the Abramoffs for the past four (4) years. We met and became friends at a function of the Weinberg Academy, which is a school for learning disabled children where I was the President, and the Abramoffs were parents of a child at the academy. We kept meeting at various school functions.

Additionally, our daughters have been in class together in school and they struck up a close friendship. They participate in a variety of activities together and they especially enjoy attending fencing classes together. As a result, we have car pooled with the Abramoffs to the fencing classes. We have attended numerous fencing tournaments together and we have had an opportunity to develop a friendship with both Jack and Pam Abramoff. Jack and Pam Abramoff are doting, dedicated and devoted parents who enjoy their time with their children watching them grow and develop.

Last year when our baby was born with Down Syndrome both Jack and Pam offered their support and help.

In seeing our daughter interact with Jack's daughter we know that these times are very difficult for the Abramoffs and especially Jack's wife, children and extended family. From a perspective of a parent and a friend as well as a member of the community at large we are asking Your Honor to balance any sentence with a deep sense of mercy in light of

ISAAC KLEIN

03/21/2006  13:32

Jack's accomplishments and sensitivities as a member of the community, as a husband, as a son and as a father.

Thank you for your kind consideration in this matter.

Very truly yours,

Isaac and Carol Klein

IK/tmc

The Honorable Paul C. Huck, U.S. District Judge
James Lawrence King Federal Justice Building
99 N.E. 4th Street, Suite 1067
Miami, FL 33132

March 16, 2006

To the Honorable Judge Huck,

If I may have a brief moment of your time, I would like to provide a brief glimpse
into the Abramoff family that I have become acquainted with over the last ten
years. It is my hope that, as the judge presiding over Mr. Abramoff's case, you
will be able to take into account the positive contributions he has made to his
community prior to passing sentence.

I know Jack and Pam Abramoff as neighbors, as parents who have children of
the same age who were in the same class, and as members of the same
synagogue and community. I have also worked with Jack on community projects.
I was always impressed at the extent of time and effort he put forth in support of
community causes.

Jack Abramoff has been a very generous financial supporter of many local
institutions and organizations.  But more importantly, in my mind, he also gave
very generously of his personal time and talents to assist both organizations and
people.  What I appreciated most about the involvement I saw is that it so often
went without a desire for public acknowledgement or recognition of his effort. He
did what he felt was in the best interest of the individual or institution, and he
never demanded a plaque or a speech recognizing his effort. I will mention a few
examples below that I think demonstrate that quality.

As the former treasurer of a local elementary school I had many occasions to
spend numerous hours working with both Jack and his wife Pam. On top of direct
financial support of the school, Jack provided a lot of logistical support in helping
us navigate the school through its formative years. During my tenure as treasurer
there were a few unfortunate occasions where a school family was struck with a
dire circumstance – a fire that uprooted a large family from their home, a serious
illness, or loss of a job. As the treasurer of the school at the time I would receive
a call from the Abramoff's that they will help cover the tuition bill for that family.
The families in question never even knew who specifically had helped them out –
they just got a call from the school letting them know that their tuition was
covered until they got back on their feet. Only I knew who had helped make it
possible. That is the ultimate form of charity – lending a helping hand in such a
manner that the recipient does not even know the source of the assistance.

The Abramoff's have also opened their hearts and home to many, allowing people to stay at their house, often for lengthy periods of time. Sometimes that would entail allowing an entire family to move in with them until that family could find a suitable home. Or it might be someone coming for treatment at the National Institute of Health. On at least one occasion I recall that it was a child who needed to get away from a very difficult home situation. It was always done with grace, a joint effort on the part of Jack, Pam and their children, to help someone through a difficult or trying time.

Jack Abramoff has dedicated a lot of personal time and effort to help local institutions as well as people in his community. The institutions became better and more responsive because of his involvement, a fact that still remains true today, even after his direct involvement in those institutions has ended.

People make mistakes. In Jack Abramoff I do not see that mistake and lapse in judgment as the sum total of the man, though. He has also used his talents and capabilities to benefit others, individuals as well as the community in which he lives. A prolonged absence due to a lengthy sentence will be felt most strongly and directly by his family, of course. My eldest daughter being the same age as his youngest, I cannot imagine how his twins will fare without his presence. He will also be missed by his friends and neighbors, as well as the community he is so involved with. I therefore again ask that you please take into account his many positive contributions to his community prior to his sentencing.

Respectfully,

Jeffrey Klein

The Honorable Paul C. Huck, U.S. District Judge
James Lawrence King Federal Justice Building
99 N.E. 4th Street, Suite 1067
Miami, FL 33132

March 16, 2006

To the Honorable Judge Huck,

I am writing you in an attempt to communicate to you my experiences and impressions of Jack Abramoff.

Mr. Abramoff was the president of the high school at which I was a math teacher. During his tenure as president, I, as a teacher, was asked by him for my contributions as to what I believed would help the students succeed. It was a welcomed change to be involved by a board member, and it was heartening to know that my thoughts were listened to and considered.

Additionally, I am familiar with some of the many contributions Mr. Abramoff has given to his community. He and his wife gave money where needed without waiting to be asked. However, they went further than that. They led and inspired the community to grow when the opportunity presented itself by encouraging others to recognize their own roles in supporting a community. One way they accomplished this is through a matching donation. They encouraged others to give charity by offering to match every donation given.

While giving money would have satisfied any moral obligation of giving, the Abramoffs always impressed me by giving of other resources they have: their talents and time. I have always been humbled that they found more time to volunteer for worthy causes than I could find, knowing that they did not have more leisure time than I.

I have seen Mr. Abramoff spend time with his children, playing with them, disciplining them in a loving manner, and singing songs with them around the dinner table.

Incarcerating Mr. Abramoff would negatively affect the community and, needless to say, his family members who truly need his presence and his guidance.

Should Mr. Abramoff be found guilty of any crime, is there not a way to make his punishment one where he has to help support those he financially harmed, as opposed to locking him up, which does nothing to help anyone else?

Thank you for your time,

R. Klein

Renana Klein

March 20, 2006

The Honorable Paul C. Huck
U.S. District Judge
James Lawrence King Federal Justice Building
99 N.E. 4th Street, Suite 1067
Miami, FL 33132

Dear Judge Huck:

I am writing in the hope that you will consider my request – and the requests of many others, I'm sure -- for leniency in your sentencing of Jack Abramoff.

Jack is someone I knew only a little before his troubles began. I spent a Jewish holiday in his home, and found him and his family to be remarkably gracious and welcoming toward a stranger as I was to them at the time. That was ten years ago. Since his case became notorious, as a journalist for Jewish newspapers, I've written about Jack on three occasions. In the course of this, I've had the opportunity to interview him at length.

Much has been written in the media about him by people who never so much as spoke to Jack, people who plainly had axes to grind against him. I can only say that, in my personal experience, the villainous and cynical Jack Abramoff portrayed in the media is not the real man as he is.

Some of the things that struck me in our long conversations were, first of all, the depth of the regret and shame he feels at having failed his family and his God. Jack has admitted his actions and repented in public. He has abased him. Of course this doesn't obviate the need for appropriate punishment, but surely what is "appropriate" is to some degree affected by how strongly the guilty man feels his guilt. Jack Abramoff feels true remorse.

Something else that struck me from talking with Jack is how deeply attached to him his children are. You know, of course, that how Jack is sentenced will determine the degree of punishment – and shame – to which his children are also sentenced. Again, I hope you will exercise mercy as well as justice.

Finally, while Jack's guilt in these matters is not in doubt, I came to believe from my own reporting that his motivations in doing what he did have not been fully appreciated, certainly not in the media coverage. However misguided and wrong he was, I believe that most of what he did that was illegal was done not for personal aggrandizement but in an attempt to do genuine good for his community.

Jack now understands very well that ends do not justify means. But again, as you decide how much mercy to apply and how much justice, the question of Jack's intentions – which were far from being all bad -- is surely relevant.

Thank you for your patience in reading this letter. Jack's friends, among whom I now count myself, are all grateful in advance for the thoughtfulness and consideration you undoubtedly bring to this case.

Sincerely yours,


David Klinghoffer

The Honorable Paul C. Huck
U.S. District Judge
James Lawrence King Federal Justice Building
99 N.E. 4th Street, Suite 1067
Miami, FL 33132

March 15, 2006

Your Honor:

I write to express my support for a friend and former colleague, Mr. Jack Abramoff. From February 2002 until January 2004 I worked as an executive assistant for a senior shareholder at Greenberg Traurig LLP in Washington D.C. During my time at Greenberg Traurig , a senior shareholder, to whom I answered directly, increasingly became abusive, inappropriate and sexually harassing toward me.

Mr. Abramoff was informed of my predicament and took proactive steps to move me into his group on his own volition. He spoke with the partnership on my behalf and ensured that my new assignment was free of harassment. Mr. Abramoff's actions were motivated by a genuine concern for my well-being. He took it upon himself to reach out and help me when he did not know me and certainly when he did not have to take such time and effort. He took the time to listen to me, he helped me understand the pros and cons of taking formal action, he helped outline all my alternatives, and most importantly, he made clear that he would support me regardless of what choice I made. He truly made a difference in my life at that time and I firmly believe his actions were selfless.

Ultimately, thanks to Mr. Abramoff's efforts I was transferred to work with him and his group. During the time I worked with Mr. Abramoff and his group he always treated me with the utmost respect. It was very refreshing to be in the presence of someone who did not use his position to take advantage of those under his control. His respect for women was well-known in the firm.

Further, during my time working with Mr. Abramoff I witnessed a hard working man who expected the best from himself and from his team. While I cannot speak to the details of what has happened in the courts and the press as I do not personally know anything about such details, I personally know that Mr. Abramoff and his team worked hard for the clients.

It has been very difficult and sad for me to watch the difficulties that Mr. Abramoff is experiencing. I know nothing of the events that are reported in the papers but I do know Jack Abramoff. He is a hard working, supportive boss that took very good care of his colleagues. He went out of his way to help me and I will never forget it. Please do not hesitate to contact me in Spain by phone with any further questions.

Thank you for considering my words.

Sincerely,

*Stacy Lynn Knoell*

Stacy Lynn Knoell (formerly Tune)

Patricia and Neil Koslowe

March 20, 2006

The Honorable Paul C. Huck, U.S. District Judge
James Lawrence King Federal Justice Building
99 N.E. 4th Street, Suite 1067
Miami, FL 33132

Your Honor,

We know Jack Abramoff as a neighbor in the Burnt Mills Hills Section of Silver Spring
and also as a member of the Jewish Orthodox Community in Silver Spring. We know him
as an attentive and devoted husband and father of five. The almost daily publicity
surrounding this case has only compounded the humiliation associated with actions we
know he regrets profoundly. We hope that in rendering his sentence you extend whatever
compassion you can to minimize his term and facilitate his connection with his family.

Sincerely,

Harvey and Betty Kramer

The Honorable Paul C. Huck                                    March 16, 2006
U.S. District Judge
James Lawrence King Federal Justice Building
99 N.E. 4th Street, Suite 1067
Miami, FL  33132J

Dear Judge Huck,

We would like you to know how our family has benefited from the generosity of the
Abramoff family.  They started a new elementary school, The Torah School, several
years ago which has benefited every child in this community that goes to a Jewish
parochial school.  The competition from The Torah School has improved all of the
Jewish schools in the Washington area, thereby improving the education of every child
who attends a Jewish school.  The school is still in existence and flourishing.

A few years ago they started a middle school for high school boys, The Eschol Academy,
which again gave parents an alternative choice for a Jewish High School.  We have
grandchildren whoattend both schools and have directly benefited from these schools.

It takes visionary, passionate people to think out of the box and not be satisfied with the
status quo. Most people just talk and their ideas end there. Jack Abramoff followed
through with his passion.  He was not only generous with his money but he gave of his
time. We know for a fact that he has spent hours and hours at meetings and on the phone
talking with and working with parents of school children. He never gave of his time for
financial gain but only to improve the education of school children. He has helped
hundreds if not thousands of Jewish families by his untold efforts in improving Jewish
education in the greater Washington-Baltimore area.

Please consider all the good Jack Abramoff has done for this generation of school
children and the carry over affect that this will have on future generations. His generosity
to education is what we are personally familiar with, but he has also been philanthropic in
other areas.

Thank you for your consideration and compassion to the Abramoff family.

Sincerely,

*Harvey and Betty Kramer*
Harvey and Betty Kramer

**Miriam & Larry Kramer**

March 13, 2006

The Honorable Paul C. Huck
U. S. District Court
James Lawrence King Federal Justice Building
99 N. E. 4th Street, Suite 1067
Miami, FL 33132

Dear Judge Huck,

Our relationship with Jack Abramoff, is of a very personal nature. It pre-dates his wedding to Pam and actually became solidified the week of their wedding. At which time we got to know Pam more closely.

Our families have been close for some 19 years. We have children that are the same ages and have participated in each others joys, sorrows, little league games, school performances and the like. We've shared school trips and serving school lunches together. We've gotten to know each others parents and other family members

Jack and Pam were instrumental in starting the Torah School of Greater Washington. It's a school that their children have outgrown age-wise but still thrives. This is due to the excellence of the principal and staff that were chosen at the school's inception.

We have a 3rd grader at that school. There are no placards proclaiming the generous donations of the Abramoffs and no wing named after them. Simply, their positive influences on the institution are the "middos" the good deeds and characteristics of the children that have passed through and will continue to pass through its halls.

We mention Pam and Jack starting the school because they have always been a team on a personal level. They have raised their children with a unique blend of singular focus and individual attention as necessary to raise responsible, lovable and caring members of society.

Whatever they have done in their lives, their children have been central to their motivation. While it is clear that on a business and global level we may be unaware of what transpired in Mr. Abramoff's life, on a personal level we don't feel this to be the case.

Whatever, corruption may or may not have transpired is unknown to us. We cannot speak knowledgeably about any of that. However, we can speak passionately about the respect Mr. Abramoff's children have for him and his wife, their mother.

Children have so few role models these days and often parents are not in touch with who their children are and what they need. Pam and Jack, have always kept their eye on what their children need. They never lose focus of their family and how important it is for all of them to remain a close unit.

It is imperative their family remain whole and Mr. Abramoff's absence in it be neutralized to the greatest extent possible. The innocent victims, their children should not suffer more than they already have.

People have been cruel in the media, people claiming to be fellow lobbyists proclaim on the radio their disgust for Mr. Abramoff and the degree of suffering he deserves to endure.
Does he? Does his family? Do people have the right to attack blindly without benefit of the moral character he presented as an example to his children, our children? Should his benevolence be completely disregarded as a function of other expenditures?

Is it really appropriate to dismiss any positive actions he has performed in an effort to punish? Could others in his field and any other area of influence survive such scrutiny as not only he but, his family have endured?

It is clear he will pay for whatever he has done but his good deeds should not go unnoticed. We are a democracy, not a nation that has a narrow self-limited view of things. The world is not black and white but shades of everything in between.

Mr. Abramoff wanted and still wants a world of tolerance and assistance and equality. His philanthropy speaks to that. He cannot be faulted for where he chooses to spend his money, we all make our choices for better or worse. That is what makes us who we are.

No matter what he did professionally, Mr. Abramoff always had time for his children, to work tirelessly on boards to build and improve on what the community could offer it's children.

We would request that when it is time to determine his sentencing you will consider all this. How many children has he helped through his philanthropy. How many children will succeed and live independent and meaningful lives because of the school he helped create with his wife, the Principal and many others.

How many children with learning disabilities were taught in the Torah School rather than medicated as in so many others. He gave these children hope and a belief in themselves.
If it is true that "our children are our future" and educational funding is so critical, where does Mr. Abramoff's influence in education get credited.

There is a much bigger picture than the media has portrayed. We are hopeful we have successfully painted our portion of it for you, these past 19 plus years.

Sincerely,

Miriam & Larry Kramer

Seth M Kronemer

The Honorable Paul C. Huck
U.S. District Judge
James Lawrence King Federal Justice Building
99 N.E. 4th Street, Suite 1067
Miami, FL 33132

March 20, 2006

Dear Judge Huck:

I am writing to you on behalf of Jack Abramoff, whom I understand you will be
sentencing later this month. I must tell you that I was both saddened and upset when I
learned of the nature and depth of Jack's crimes. However, I would like to tell you about
some aspects of Jack's life that I do not believe were touched upon by the media, and
which I doubt have been covered in court records.

Jack Abramoff is kind, caring, and devoted to both his family and his community.
Family in particular is of the utmost importance to Jack. The Abramoff family is very
close-nit, and when one sees Jack interact with any of his five children, it is clear that he
has worked hard to raise them to be respectful and productive members of society. No
doubt his family will be devastated by a long prison sentence.

Jack is also a central figure in the Washington-area Orthodox-Jewish community. Not
only has he helped build institutions that are a central part of that community, but he
continues, even now, to devote his time and resources to the Jewish community, going so
far as to allow the community use part of his home for synagogue services on occasion.
His efforts on behalf of the Jewish Community will surely be missed while Jack is in
prison.

Jack Abramoff should be punished for his crimes. Yet in spite of those crimes, I hope you
will consider the admirable aspects of Jack's life, and will be lenient when deciding his
sentence.

Thank you for your consideration.

Yours sincerely,

Seth Kronemer

*Russell Kwiat*

March 15, 2006

The Honorable Paul C. Huck, U.S. District Judge
James Lawrence King Federal Justice Building
99 N.E. 4th Street, Suite 1067
Miami, FL 33132

Dear Judge Huck:

I am writing to request that you provide lenient treatment in sentencing Mr. Jack Abramoff. I have been a member of the Jewish community of Greater Washington, DC and have, in that capacity, benefited from the generosity of Mr. Abramoff. Professionally, I am a manager within the Office of Chief Counsel for the IRS.

Mr. Abramoff violated serious laws at the expense of vulnerable and downtrodden people. As a result, he has disgraced both himself and the Orthodox Jewish community from which he and I identify ourselves. However, I believe it would be an injustice if his positive actions were ignored in the sentencing decision. As a former member of the synagogue that Mr. Abramoff attends and as a parent of children who attended school with Mr. Abramoff's children, I had personal contact with Mr. Abramoff on only a couple of occasions. However, I greatly benefited from his generosity in both time and money that he (and his wife Pam) contributed. Often times the monetary contributions from Mr. Abramoff to charitable institutions were anonymous. With respect to the local Jewish high school, Mr. Abramoff served as president and pushed the school to improve its program. When his views were rejected he undertook the major endeavor of establishing a new high school (i.e., Eshkol). I had hoped to send my son (who will be entering high school next year) there, which I believe is testimony to the positive vision that the school had. In addition, it should be noted that Mr. Abramoff has several children who are in their formative years. The absence of a father figure would, no doubt, have a significantly damaging effect on their development.

Mr. Abramoff has a wealth of knowledge regarding moral matters. Unfortunately, he was unable to understand how these lessons apply to him. However, I would argue that at this point he probably has a new understanding. With this new understanding he will be able to reform himself at a relatively quick pace. The Bible recounts King David's sin with Bathsheba. It was only after Nathan the Prophet pointed out King David's sin through a parable did King David understand the moral gravity of his actions. But once he had that "aha" moment, his moral training enabled him to rectify his deeds in a manner superior to ordinary individuals.

I believe that Mr. Abramoff's immense talents should be put to positive use. I am sure that he could undertake community service in lieu of a portion of his sentence.

Sincerely,

Russell Kwiat

**Arthur J. Lafave, Jr.**

March 14, 2006

The Honorable Paul C. Huck
Judge of the U.S. District Court
Southern District of Florida
99 NE 4th Street
Miami, FL 33132

      Re:  <u>In Support of Jack Abramoff</u>

Dear Judge Huck:

      I have known the parents of Jack Abramoff for approximately 40 years and knew Jack as a youngster and as a school boy.

      While I did not know or work with Jack during his adult life, I can tell you at first hand about his family, those who had the greatest influence on shaping his values and approach to society.

      Jack's father, Frank, was a business associate and close friend and companion of mine for several decades beginning with the time when as an officer of Arnold Palmer Enterprises (APE), we purchased Frank's miniature golf manufacturing company and incorporated it within APE.

      As a result, Frank became a pioneer in the growth of the business that surrounded Arnold Palmer and was a strong influence on the formation and development of the worldwide sports company now known as IMG, of which I was until November 2004 an owner, CFO, and a director.

      In those capacities, I had occasion to work closely with Frank, and, in fact, we traveled together over much of the world.  I found Frank's admirable moral values very well grounded and deeply held. He, and his wife Jane very carefully passed these values on to their three children.  I also found Frank to be a clear thinker and  a very good salesman.  Some of these attributes were passed on to Jack as well.

3-23-06; 4:18PM;BURGEE ABRAMOFF                                          # 2/ 7

The Honorable Paul C. Huck
March 14, 2006
Page 2

Jack's parents were always proud of him and his accomplishments, but I think most of all, they were proud of the fact that Jack became a wonderful father within his own family, where he is much needed by his own five children.

I find myself very empathetic with Jack's plight. After all, what is the job of a lobbyist if it is not to find a way of convincing others to help his clients? He was successful as a lobbyist because he was bright and aggressive and was able to achieve significant benefits for his clients. Had he done this on a more modest scale, it would have been seen as normal for his industry, but the fact that he pushed these activities into a much higher level attracted criticism greatly exacerbated by the political situation at the time. Many other numbers were soaring during this period. Think, for example, of the national debt, the trade deficit with China, and, much more to the point, the cost of political campaigning. It is not surprising that the cost of and the money consumed by successful lobbying would also rise to keep pace with the times.

Perhaps the entire industry is in need of reformation, but if that must be done, does it not seem inappropriate and unfair to have so much of the blame and burden of all on the shoulders of a single individual?

Jack has been vilified the world over to an unprecedented extent. He has certainly lost his reputation, his ability to earn a living in his chosen career, and most of the financial security that he thought he had provided his family.

I pray that he be given the opportunity to recover from these setbacks.

Yours sincerely,

Arthur J. LaFave, Jr.

AJL/jb438

Avrom Landesman

March 15, 2006

The Honorable Paul C. Huck
U.S. District Judge
James Lawrence King Federal Justice Building
99 NE 4th Street, Suite 1067
Miami, FL 33132

Dear Judge Huck,

I am taking the liberty of writing to you concerning Mr. Jack Abramoff, whose sentencing is scheduled in your court later this month.

Jack Abramoff is a close friend whom I have known for more than twenty years. I also know Jack's wife and his children. Jack and I have worked together on numerous charitable endeavors. I hope that my observations will be helpful to the court.

The perception of Jack Abramoff that has appeared in the press over the past couple of years is thoroughly incorrect. Those reports, prompted largely by public displeasure with the conduct of certain public officials, have portrayed Jack as a ruthless, greedy and insensitive man. That is not at all the Jack Abramoff that I know.

The real Jack is a person of high ideals, interested in and involved with public affairs, and committed to work toward improving the community. His interest in the political process stems from a passionate interest in public welfare and his sense that a single individual can make an important contribution to the betterment of society. Jack cares about people and he has always been willing to help people. He has helped many young people by finding them jobs or steering them to meaningful careers.

Jack is a deeply religious man. As an observant Orthodox Jew, Jack has made the many personal sacrifices that his religious devotion entails. He has acquired a sophisticated knowledge of Jewish learning largely from his own persistent studies. I recall seeing Jack walking to the synagogue on Saturday morning while studying religious texts.

Jack served as President of three Jewish schools in the greater Washington area. Those periods of service entailed giving a great deal of attention to administration and to fund-raising. I had the privilege of working closely with him in connection with two of these institutions. To this day, I marvel at his immense talent and his enormous sense of communal responsibility. Many hours were spent working together at his office, often long past midnight, on complex problems that needed his attention and his leadership skills. His decisions reflected a background of idealism and sound judgment. The charitable organizations with which he was affiliated also benefitted greatly from Jack's very generous financial support. On numerous occasions, he provided substantial support to save these schools from financial collapse. Beyond his personal generosity,

he enlisted assistance from friends and associate on behalf of these schools.

Over the years, I have had occasion to observe Jack's life as a husband and as a father. Despite a very busy schedule and a heavy burden, Jack is the center of his family's life. He takes those responsibilities very seriously and the happiness of Pam and their children is clearly his highest priority. His family is devoted to him and the beautiful home life that Jack has struggled to develop is truly inspiring. The depth of the Abramoff family is clearly evident by its having survived a never-ending barrage of sometimes vicious attacks by ambitious and perhaps selfish investigative reporters. Average families would be destroyed by the constant descriptions of Jack as an evil and corrupt human being, but the Abramoff family has held together.

In passing judgment on how the legal system should deal with Jack Abramoff, I hope that Your Honor will take into account the aspects of Jack's life described above. As a friend, I shudder at the prospect of his family having to struggle without his leadership and his guidance, particularly as the children go through critical years of personal development. Pam and the children are not guilty, yet will be the real victims of a prolonged absence by Jack.

The community as well would be deprived of significant leadership by Jack's absence. The education of our children, particularly their religious education, requires the kind of committed leaders and supporters that Jack Abramoff represents.

I would like to suggest that Your Honor consider an alternative to a sentence of imprisonment – one which would be less harsh on his family and yet be beneficial to the general society. A sentence of substantial community service geared to utilizing Jack's vast intellectual and organizational talents could satisfy the criminological policies of the law while sparing innocent people from harsh punishment.

Thank you for affording me the opportunity to comment on this matter of great significance to me.

Sincerely,

Avrom Landesman



**RABBI B. DAVID LAPIN**
**Senior Rabbi Emeritus**
Pacific Jewish Center
Venice-Santa Monica, California

March 14, 2006

The Honorable Paul C. Huck
United States District Judge
James Lawrence King Federal Justice Building
99 Northeast 4th Street, Suite 1067
Miami, FL  33132

Dear Judge Huck:

I am currently on a lecture tour overseas, but I feel a sense of importance and urgency in addressing this letter to you.  I am writing to you because although Mr. Abramoff's actions are clear for all to see, the person that he is and his character have been utterly obscured and hideously distorted by the media.  Media hysteria has made it socially unsafe for those who know the other sides of Mr. Abramoff to speak in defense of his character.  And most have not.  Mr. Abramoff is not a man of ugly personality.  There is another side to Mr. Abramoff: a side of boundless compassion and caring, a passion to make the world a better place, a readiness for self-sacrifice, an energetic willingness to serve the community, and much more.

Your Honor, I do not write to you in defense of Mr. Abramoff's actions.  I write in defense of the man.  I write to you because his character has been assassinated, and he has already suffered untold pain, humiliation, and loss, before any sentencing by the courts of the land.  I write to you because hardly ever before have I seen a person undergo so much deep soul searching, remorse, and personal transformation as has Mr. Abramoff in the past months.  He has not become bitter at all—only humble and very, very sad and sorry for the actions he took and the far-reaching impact they have had.

There are few people, if any, who know Jack Abramoff as do I.  I know his strengths and his weaknesses; I know his confidence and his humility; I have seen his excesses and his self-discipline.  I have seen Mr. Abramoff at the heights of his careers and at the depths of loss and despair.  I know Mr. Abramoff the brilliant and passionate professional and strategist, and I know him also as the sympathetic man who has helped countless people not only financially, but in so many different expressions of human compassion and caring.  I know the public man and the private family man.  I know his religious conviction and his religious conflicts.

I also acknowledge with profound respect, the awesome responsibility that your office confers upon you.  My intention is far from one of interference but rather to implore you to take the man and his very many good deeds into account when you decide his future.  To consider his suffering to date as part of his sentence.  To recognize his remorse and his desire to make up to society not just by languishing in prison, but also through constructive efforts on behalf of the communities and the country he lives in.



- 2 -

If the purpose of a sentence is to correct behavior, Mr. Abramoff's tribulations of the past few years and his suffering have already modified his behavior and attitudes beyond the recognition of many of his friends. If the purpose is to punish him for illegal and unethical deeds, then I trust in your capacity to determine ways that will punish but not destroy him. Ways that will allow him to rebuild a constructive life and contribute to the very society and communities that his actions damaged.

I have been witness to Mr. Abramoff's human caring over and over again. I have seen him help people to whom he owes nothing. I have seen him help people who have been his enemies. I have seen him provide opportunities for many who would otherwise have had none. I have seen his love and dedication for his family. I have seen him invest unreasonably large proportions of his assets in charitable efforts. He has helped people educate and marry off their children. He is a man who did not spend money lavishly on himself and has none of the usual vices that afflict so many others. He is a fiercely loyal husband and very dedicated father. He doesn't drink or gamble. He studies; he reads; he tries to help the Jewish community and has so often answered calls to help other communities, too. Only a wise psychologist could explain why a man with such goodness in him, and who was so brilliant and talented, could have allowed himself to do the things he did.

I implore you to take all of this into account and to see beyond Mr. Abramoff's actions into the heart of his soul. Please, Judge Huck, find creative ways that will fulfill the dictates of the law, but still leave what is left of the man intact enough for him to recompense the people and communities he damaged and rebuild his own life. Please find ways that will not destroy his family. Please consider how much he has already been through. Please consider how, for a man of Mr. Abramoff's background and experience, prison would be far, far more destructive than for the average criminal. Please preserve the human being, even as you punish the crime.

Thank you in anticipation for your consideration.

Yours Respectfully and Sincerely,

Rabbi David Lapin*

Devorah Lapin

The Honorable Paul C. Huck

U.S. District Judge

James Lawrence King Federal Justice Building

99 N.E. 4th Street, Suite 1067

Miami, FL 33132

To: The Honorable Judge Huck:

So, what is it like knowing that you were living with a criminal? This often asked question of me is only one of a dozen that I am approached with when people find out the close contact I have had with Jack Ambramoff. I am no longer taken by surprise, nor take offense. I simply respond, having Jack Abramoff as a surrogate dad for two years during high school was one of the most important events in my life.

Coming from a Jewish Background, my parents wanted me to attend a Jewish High School. San Jose, CA had nothing to offer in that arena, and hence - the idea to go away for high school became a reality. I spent the first two years in Cincinnati and led a dorm life in an all girl's boarding school. By the time I hit my junior year, I felt that Cincinnati had offered me all it could, and having had two siblings in school in Maryland - I headed in that direction as well.

The Abramoff's and my family go back many years when Jack had gotten to know my grandfather in South Africa. He had maintained the relationship with our extended family ever since. My personal relationship with the Abramoff's began when I showed up at their front door a day before school began in 2000, waiting to be led into what would become my family for the next two years of high school. And forever.

Living with the Abramoff's was an extraordinary learning experience. Jack was one of the most generous individuals that I have crossed paths with, and watching his generosity spread to so many taught me a significant amount about the giving person that I hope to one day become. One thing that I consistently noticed in Jack's giving to others was how the receiving individual was never made to feel embarrassed or ashamed for having asked for the help nor receiving it. Jack has this incredible ability to make the people around him feel like truly valued individuals no matter what their circumstances were.

Being around Jack for those two years has taught me how to give to others in a variety of ways. I learned the beauty of hospitality. Whenever he would have a guest in his home, that guest's comfort and satisfaction during the stay was the priority in the home. Whether it was in the form of leaving a basket of goodies in the room, or offering to give them the family car for the day. The Ambramoff house was always open to others, either to stay over or simply for a meal. Jack is my role model in terms of bringing guests into the home and treating them like royalty. I learned to be a hospitable person through the Abramoff's.

Jack's office in the house was always open to those who needed mentorship, support or advice. He never turned anyone away and was always willing to give people a chance. Jack was able to guide others in decisions involving work, education, family etc. One particular incident that I recall was when I took my SAT's. I was feeling incredibly anxious about the results. When I finally received the results in the mail, I would not open it for days, worried about the disappointment I might feel. I remember Jack reassuring me on a daily basis during those days that he is sure that I did well, and sharing that no matter what, I should give myself credit for taking it, and I can always take it again... simply giving me that boost of confidence that a timid insecure high school girl needed. I know this may seem insignificant, but it made a difference in me, and it made me realize how sometimes the small things that you say to others can have a deep long lasting impact.

There was also the financial generosity that Jack and Pam would bestow on so many. Myself being just one example, where they fed me and provided me with a beautiful room at no charge for two years. They are charitable people who help many others get back on their feet when things are tough. While money seemed to be abundant – There was no doubt that the priority reinforced in the home was always that the purpose of it is to give to others.

When viewing Jack Abramoff, the press, media, and general population see a criminal at the core of this individual. When I see Jack - I see a loving father sneaking into his children's bedroom to wish them a good night and give them a kiss. I see a mentor who is open and willing to help those that seek his advice. I see a caring husband who has the ability to brighten the mood of his wife, no matter how dreary things may be. I see an innovator - who if given the chance and the opportunity will significantly contribute to society. I see a man who was born to make a difference and who has already done so. I see a man who perhaps made mistake, but the man that I see and know – Jack Abramoff, is an individual who deserves a second chance.

I probably should be more knowledgeable than I am about the sentence that is awaiting Jack at this point, but I am aware that we are looking at a sentence of at least a couple years. A couple years too long. I can't help but recall at this moment, a conversation I had with a cab driver that was giving me a ride to the airport last night. He had come from India a few months back and had graduated college in India with a degree in chemical engineering. I asked him what its like to be driving a cab, because you need the money – when you know that you have the potential to do so much more. He replied by saying, "the frustration is unbearable".

While so many believe that Jack should be in that cab – working his time in jail – I feel like Jack has too much to offer to society on a variety of levels, that to label them "unusable" is a true waste. I am aware of the concept of consequence for one's actions. I am also aware that when taking a step back and viewing society as a unit in which systems are in place in order to make everything run efficiently, taking advantage of the talent and skills amongst us can only serve as a benefit. Jack is capable of enriching and contributing to society and will most definitely do so. He just needs the chance. Perhaps there is some way that Jack can serve less time in prison where his essence and all that he can offer is dormant, and instead serve as some form of a community service member in its place.

I am only a naïve college student who doesn't have much knowledge of anything. Nor do I have much life experience. There is one thing that I can confidently say that I am certain of. One thing that I can guarantee you, your honor, and that is – providing Jack Ambramoff – a father, husband, son, brother, friend, and leader - another chance to contribute to our society is something you will never regret.

Thank you for taking the time to read and consider my thoughts.

Devorah Lapin

The Honorable Paul C. Huck
U.S. District Judge
James Lawrence King Federal Justice Building
99 N.E. 4th Street, Suite 1067
Miami, FL 33132

Your Honor,

Down to the selection of photos, the media has done a remarkable job depicting Mr. Abramoff as a heartless, evil villain. As someone who has known Mr. Abramoff for approximately seven years, I feel that it is my obligation, along with all others who know him personally, to attempt to balance the horrible image painted by the media with personal accounts of his love, warmth and sensitivity towards those around him. While I can fill many pages with such relevant memories, I have chosen to write about one recurring account that touched and impressed me most. Your Honor, please consider Mr. Abramoff's activities in light of the sensitive person many know him to be.

On numerous occasions I accompanied Mr. Abramoff to the White Oak Synagogue for prayer services. What I found interesting about that synagogue was that it is comprised of all types members, young and old, rich and poor. And for such a broad spectrum of individuals, I was impressed by the atmosphere of general unity felt by an outsider like myself. At the end of prayer services, the synagogue members would exchange greetings and head home. Not surprisingly, Mr. Abramoff would be one of the last members to leave the synagogue because of the many individuals who were waiting to have a word with him. He would never rush anyone or indicate his desire to end conversation with an individual. More importantly, Mr. Abramoff would not treat the less influential members of the community any different from the more influential, treating them both with equal respect and friendliness.

On one of my first visits to the synagogue two young individuals, who seemed to have been ignored by many, caught my attention. The one was an approximately 12-year-old boy in a wheel chair who looked as though he had little control over his bellow-the-waist movements. The other, a bit older, was an awkward child, and although I could not initially identify his exact condition, it became apparent to me later that he was slightly challenged by learning disabilities. After services a number of people made an effort to engage these young men in conversation in an attempt to make them feel comfortable and wanted. On every one of my visits to the synagogue Mr. Abramoff was one of those individuals, always finding the time to talk to these young men, on many occasions at length, to make them feel "normal" and loved. He would always talk to them as equals, as friends.

I noticed that Mr. Abramoff had a way of finding the one topic that brought life to the eyes of these kids and engage them in conversation about it, whether it was the Washington Redskins game or some movie that had recently come out. The joy that such a simple gesture brought these kids was clearly evident in their demeanor and expressions. Their body language, when in discussion with Mr. Abramoff, reflected their feeling of belonging- like they too had something unique to contribute, and that someone actually wanted to listen. Most of all, Mr. Abramoff's kindness in taking time to engage these young men undoubtedly helped in restoring their much needed self-esteem. These kind actions by Mr. Abramoff left such a positive impression on me because I know

personally what such kindness means to an individual challenged with a disability. A family member of mine has some learning disabilities and, due partially to that condition, is quite shy. However, when a person outside of my family engages him in conversation over the San Francisco Giants, for example, he lights up and is a completely different person – one who is confident and who has determined views. Baseball, unlike almost every other aspect of his life, is a game he understands and can fully grasp. It is the one area of his life over which he feels complete control. It is that comprehension and confidence to voice a coherent view, albeit in a limited area, that brings so much joy to one struggling with other aspects of life. It is this joy that I found on the faces of the young men on every occasion I saw Mr. Abramoff interact with them.

It takes a sensitive, and loving person to appreciate and act upon these fine emotional needs of others. The villain you saw in the Washington Post, Your Honor, could not possibly be capable of the sort of caring and selflessness that such kindness requires.

I thank you for your time and hope that, through such accounts as my own, Your Honor may look beyond the superficial power-consumed person responsible for some greedy acts and into Jack Abramoff, a sensitive and an extraordinarily giving individual.

Sincerely,

Moshe D. Lapin



**Conflict Management**
**Negotiation**    March 13, 2006
**Mediation**

Raphael E Lapin

The Honorable Paul C. Huck
U.S. District Judge
James Lawrence King Federal Justice Building
99 N.E. 4th Street, Suite 1067
Miami, FL 33132

Your Honor,

Re: Mr. Jack Abramoff

Many of us have come to know Mr. Abramoff through the news media over the last number of years. When we read, see and hear how the media has presented this man to us, it is easy to perceive him as an evil and ruthless criminal that will do anything necessary to achieve his own self-serving interests. The purpose of this letter is to present him to you, not through the sensational lens of the media but through the human eyes of an acquaintance who has known him and his family on a personal level for many years.

As I try to sketch the character of Mr. Abramoff as I have experienced him, three elements come to mind: His efforts in helping those in need; his commitment to improving community; and his devotion as husband and father to his family.

*Helping those in need:* I had the privilege of being hosted as a guest in the Abramoff home on numerous occasions. Their selfless and gracious hospitality was truly beyond belief, whether it was a new family that had just moved into the neighborhood and felt lonely and lost, or a homesick child far from home attending school in the area (such as our own daughter!) all were made to feel comfortable and at home in the Abramoff household.

*Commitment to Improving Community:* Despite a heavy work schedule, Jack was always involved in community. He was never satisfied with complacency. Having the unusual combination of remarkable vision AND passionate action he would go to all lengths to elevate the community to higher standards whether it was

education, synagogue or communal amenities he was there investing heavily of his time and money to improve the communal condition for his fellow-man.

*Devoted husband and father:* Having spent time in the Abramoff household, it was abundantly evident that nothing in the world was more important then his family. He was a devoted father and concerned about the development and growth of his children as any devoted father would be. Exemplary character was really important to his approach to parenting, and values such as honesty, integrity, good sportsmanship and respect were values that he always emphasized to his children in a consistent way.

Mr. Abramoff is no evil, ruthless and dangerous criminal. He is a man with enormous vision, talent, intellect and bigness of heart. It would be a great shame to withhold this from society. If there was anyway in which his sentence could be one that uses his greatness to help society rather than let all that human potential be squandered in prison, it would turn atrophy to useful resource and deliver value and usefulness to society which he feels a duty to repay.

Respectfully

Raphael E. Lapin

VERITAS LEX, LLC

LAURENCE R. LATOURETTE, ESQ.

The Honorable Paul C. Huck
U.S. District Judge
James Lawrence King Federal Justice Building
99 N.E. 4th Street, Suite 1067
Miami, FL 33132

Re: Jack Abramoff

Honorable Judge Huck:

I have been a friend of Jack Abramoff and his family for over ten years. I first met Jack
when he joined Preston Gates Ellis & Rouvelas Meeds in Washington, D.C. in 1995. I
was Managing Partner of the firm at that time and worked with Jack until I returned to
my corporate practice in the middle of 1996. Since then, Jack and I have remained friends
and frequently played racquetball several times a week. I have been over to his house on
numerous occasions, the latest being two weeks ago for Shabbat when he invited me and
my two sons to join his family.

Jack was one of the most tireless and committed workers that I have ever met and acted
as a zealous and effective advocate for his clients when I was involved with him. While
he subsequently made serious mistakes, he is not the ogre painted in the press, but rather
a tragic figure whose very success and resulting hubris brought about his spectacular and
very public downfall. On the racquetball court, for example, he is an intense player but
always acts honorably and will call himself on infractions even when I'm not looking.
His humanity is best demonstrated in his being a loving, kind and responsible parent,
taking phone calls from his kids even during business meetings, bringing the kids to
different events and even trying to establish a school where they could have a religious
but complete education.

Jack is sincerely remorseful for his mistakes and fully cognizant of the pain and suffering
that his various criminal actions have caused. His highly publicized fall from grace has
already imposed an enormous and cruel punishment that is a far more effective deterrent
than any sentence that may be imposed. Finally, he and his family, especially his twin 12
year old daughters, will suffer terribly during his incarceration. Given these facts, there is
little to be gained by imposing more than the minimum sentence and I respectfully urge
you to show compassion in the sentencing of Jack Abramoff.

Sincerely,

Laurence R. Latourette, Esq.

Deborah and Pinchus Laufer

March 19, 2006

The Honorable Paul C. Huck
U.S. District Judge
James Lawrence King Federal Justice Building
99 N.E. 4th Street, Suite 1067
Miami, Florida 33132

Dear Judge Huck:

We are writing on behalf of our friend Jack Abramoff. We have known Jack since 1985 and have appreciated the generosity and kindness of him and his wife, Pamela, many times over the years. Jack has been so harshly dealt with in the press that he and his family have become virtual recluses in their own neighborhood and home. It is at the point that friends who would naturally want to voice their support and compassion for what the family is going through feel that neutrality within public venues is close to impossible.

We sincerely hope that this letter will be considered with the fairness and impartiality natural to your position, and that this information will provide you with some background on aspects of Jack Abramoff that don't make the headlines.

One of the many characteristics of Jack is his generosity. Within the Silver Spring, Maryland, community Jack has provided extensive support to at least two synagogues and three parochial schools. One of these schools, Olameinu, was an endeavor we were personally involved in. From its inception in 2001, Jack has always given his advice and helped the school when it needed seed money to get off the ground. It would have been just as easy for Jack to disregard our request for advice and financial support as our request came at the same time that Jack was supporting many other local charities. However, he invited us to discuss the project with him and to brainstorm on how to make it successful. Regarding other schools and local charities, I know people whom Jack has helped personally by encouraging them in their career and supporting payment of their salaries.

An even earlier memory of Jack is when our daughter was four years old and went to their own daily after school. We would pick our daughter up during the mad dash between dinner and bedtime. The Abramoffs had three young boys of their own at the time. Their eldest was just a few months older than our daughter. You really get to see someone when you observe them during the stressful evening hours when they are

transitioning from work to home. Jack and Pam cared for each of their children with individualized attention and love. When they spoke to a child you knew that they were concentrating on that child and that interaction. As a result, the child felt that he was the center of his parents' universe. Over the years, we have continued to see the same level of care. Pam and Jack's ability to teach their children the values of love, respect and kindness is greatly admired as there is no doubt that their lives have become difficult and unpredictable in the past months.

In closing, we want to reiterate our thanks that you would consider this letter in your review of Jack's case.

Sincerely,

*Deborah and Pinchus Laufer*

Deborah and Pinchus Laufer

### Dan Lawson, M.D.

Tel: 301-992-0534                                          Fax: 301-588-0844

The Honorable Paul C. Huck
U.S. District Judge
James Lawrence King Federal Justice Building
99 N.E. 4th Street, Suite 1067
Miami, FL 33132J

Dear Judge Huck:

My former neighbor *Jack Abramoff* is facing sentencing in your Court after pleading guilty to a variety of Federal charges. To say the least, I am not condoning wrongdoing or excusing behaviors that are in violation of the law of the land. However, it is vitally important for you to know that their is more to Jack than this wrongdoing – for over the 17 years I have known him, Mr. Abramoff has been generous with his time, making a difference in many small ways, caring for his friends and neighbors in this community, and working in many ways be a good father and husband.

I am imploring you as Judge, to see Mr. Abramoff for more than his mistakes. There has been, and there will always be an impact of on his wife Pam, and his children. The tremendous amount of adverse publicity surrounding this case, much of it driven by exuberant and politically driven reporting at the Washington Post, only complicates matters. In fact, the Washington Post has admitted in its articles that information used to create headlines was often derived from Democratic political sources in direct competition with Mr. Abramoff for access to Congress! To some extent, Mr. Abramoff has come to represent all that is wrong in our political system. For many, he is now a larger than life caricature of a real person.

I am confident you will find compassion in your heart when reviewing this man's entire life. In particular, I am hopeful you will alleviate the impact of the adverse publicity, and I trust that you will consider using the more innovative methods available to the court for repaying societal debts, other than incarceration, in your final sentencing decisions.

Thank you,

Dan Lawson, M.D.

cc: Christopher Man
     Chadbourne & Parke, LLC

March 19, 2006

The Honorable Paul C. Huck
U.S. District Judge
James Lawrence King Federal Justice Building
99 N.E. 4ᵗʰ Street, Suite 1067
Miami, Fl 33132

Dear Honorable Paul C. Huck,

I'm writing this letter to let you know that I've known the Abramoff family since they've been married. I recall I even went to a wedding party in their honor. I now live in Baltimore and see Pam and her 2 girls, being that she works here and her girls go to school in Baltimore. They are good people who deserve to have their husband and father around. The Girls have done Hip-hop and basketball with my girls. Because of the school Jack started, my nephew was able to academically turn himself around and the same goes for my neighbor's son who was a student at the school. As a member of Jack's community I feel indebted to Mr. Abramoff's efforts on our behalf.

Thank you,

Linda Kramer Lebovic

March 19, 2006

The Honorable Paul C. Huck
U.S. District Judge
James Lawrence King Federal Justice Building
99 N.E. 4th Street, Suite 1067
Miami, Fl 33132

Dear Honorable Paul C. Huck,

I am 14 years old and live in Baltimore. I have had the pleasure to meet 2 of Jack Abramoff's children, one of his twin girls played basketball with me at the JCC and his son went to the same sleep away camp as me. These kids are a lot like me and my dad makes mistakes all the time, and I know I would not be able to be the person I am without him around, so I an writing this so that his kids only have to experience that loss for the shortest time possible.

Thank you,

Malka Lebovic

The Honorable Paul C. Huck
U.S. District Judge
James Lawrence King Federal Justice Building
99 N.E. 4th Street, Suite 1067
Miami, FL 33132J


I've never taken up the task of writing a letter in support of anyone.
This case is unique. From what I know of the case, and my interaction with Mr.
Abramhoff, I felt strongly that a request for leniency be made.

It is rare for an individual like Jack, to be so involved in making this world a
better place for so many people. Wrong doing can not be over looked, but neither
can a persons good deeds. When it comes to good deeds, few have nearly as
many as Mr. Abramhoff. I personally know of many children who traveled long
distances to attend educational institutions founded by Mr. Abramhoff. Students,
who had no where else to turn but the streets, are now thriving academically.

The facts of the case are all before you. All I am trying to convey is that whatever
wrong doing is piled up against Jack, a mountain of good stands in his defense. I
pray that you find it in your heart to take the good Jack has done along with
whatever else there is and judge the entire man.

Jack is a man who has given more than he has ever taken.

Thank you for your time and consideration,


Stan Lebovic
Precious Cargo Publications

בס״ד



# BAIS YAAKOV SCHOOL FOR GIRLS
### RABBI BENJAMIN STEINBERG MIDDLE SCHOOL

The Honorable Paul C. Huck                          March 21, 2006
U.S. District Judge
James Lawrence King Federal Justice Building
99 N.E. 4th Street, Suite 1067
Miami, FL 33132

To The Honorable Paul C. Huck,

     I am writing this letter as a teacher of Sarah Abramoff at the Bais Yaakov Middle School of Baltimore, Maryland. Sarah and her twin sister Livia are fine, sweet students in our school who are currently facing a traumatic experience in their personal lives that will certainly impact their future. I appeal to you at this time to consider the well-being of these innocent children as you make your decision concerning their father's upcoming sentencing. I humbly request that you take any alternative action to prevent their lives from being completely shattered, now and forever.

     As young teenagers, they are fragile, vulnerable and insecure. Please extend your mercy upon Sarah & Livia and afford them the opportunity to grow and to develop and to blossom into their fullest potential, without the tragedy and disgrace which cast their shadow upon their family at this time. May your wisdom, kindness and vision guide you as you make this monumental decision, which will impact their lives and the survival of Sarah and Livia and the entire Abramoff family.

Sincerely,

Genusia Lefkovitz
Teacher, Bais Yaakov Middle School

The Honorable Paul C. Huck
U.S. District Judge
James Lawrence King Federal Justice Building
99 N.E. 4th Street , Suite 1067
Miami, Fl 33132

March 13, 2006

Dear Judge Huck:

I am compelled to write this letter so that some measure of fairness may be employed while tending to the matter of Jack Abramoff.

In recent months I have witnessed a media portrayal of Mr. Abramoff that is not only one-sided and subjective it is patently false. On many occasions either by news sources, editorials or through satire, a picture is painted of Mr. Abramoff that appeals to the lowest sense of human voyeuristic interest. It is not necessarily popular or appealing to learn of the true and complete Jack Abramoff when that may diminish part of the commercial, comical, or partisan appeal.

Mr. Jack Abramoff is without question one of the most generous people that I have ever met. It is a matter of record that over the years Mr. Abramoff contributed extremely generously to local schools, synagogues, and various non-profit organizations. Aside from financial support he also served in lay-leadership capacities giving enormous amounts of time and energy to promoting beneficial causes.

It is not only the public giving that is noteworthy. There are many forms that charity can take, the most admirable being financial assistance given inconspicuously as to not humiliate the recipient. I personally know that scores of indigent families were assisted in this way by Mr. Abramoff. In these instances, not only did he provide for them materially, he allowed them to maintain their dignity. This form of charity is priceless. Additionally, the Abramoffs always opened their home with warmth and hospitality. Whether it was a family that was relocating or an underprivileged boarder student from abroad, they provided for strangers as naturally as you or I would care for our own family. The Abramoff home was always bustling with activity, usually related to providing some act of kindness to someone somewhere. I honestly believe that one of the most difficult things that Mr. Abramoff is currently coping with is the fact that he is not presently able to give.

I am not in a position to make any judgment on activities beyond the scope of my immediate knowledge. However, I feel strongly that if Mr. Abramoff's true character is to be used in determining his fate, it is absolutely imperative that those who know him quite well make an accurate representation of Mr. Abramoff, rather than relying on inaccurate depictions from those whose motivation is public incitement and commercial or political gain.

Sincerely,

Ari S. Lerner

**Dr. J. A. Lertzman**

His Honor Paul C. Huck
Judge-Federal Court
99 NE4th Street
Miami, Florida 33132

Your Honor,

I am writing this letter to tell you what I know about Jack Abramoff.

I have known the Abramoff family for at least twenty five years or more.  Frank and Jane, His Mother and Father, are good people.  They have taken excellent care of their children, and made sure they had a good education, a religious background and were taught to be responsible adults.

Jack followed in his Mother and Fathers foot steps.   He is a good husband and Father of five Children.   He has also helped many needy people. The only things you have heard about Jack are inflammatory and I am sure they are not true.  He is a good man and has always tried to help other people for I am sure he would knowingly never hurt any one.

It is a privilege and pleasure to write a character letter for Jack Abramoff, A GOOD MAN.

Thank you,

J. A. Lertzman.OD

March 23, 2006

The Honorable Paul C. Huck
U.S. District Judge
James Lawrence King Federal Justice Building
99 N.E. 4th Street, Suite 1067
Miami, FL 33132

To the Honorable Paul C. Huck:

On March 29th, the father of two of my students, Livia and Sarah Abramoff, will be sentenced by the Honorable Judge Paul Huck.

As a teacher, I can ascertain that the success of a middle school aged child; academically, socially, and emotionally, will have an everlasting impact on the rest of that child's life.  It is for this reason that I can confidently picture Livia and Sarah's future as one of success and purpose.

I am confident because these two young ladies, with their sweet and loving nature, are beloved amongst their teachers and classmates alike.  I understand that students of such high quality do not just blossom overnight.  It is the endless love and devotion of both parents that produce children of such high caliber.

Unfortunately, I am hesitant though, as I feel that their father's absence at home will have a lasting traumatic and harmful effect on the lives of Livia and Sarah.

Therefore I am making my plea for your consideration in any way for their father to avoid incarceration.

Thanking you in advance, I remain.


Sincerely Yours,

Ms. Rivka Levin

# Michele and Jay Levine

March 19, 2006

The Honorable Paul C. Huck
U.S. District Judge
James Lawrence King Federal Justice Building
99 N.E. 4th Street
Suite 1067
Miami, FL 33132

Your Honor:

We are writing to you today regarding the upcoming sentencing of Jack Abramoff. We have known the Abramoffs for quite a few years; in fact, when our children were younger we carpooled together. We therefore feel that we can provide a perspective that Your Honor will not receive from the prosecution.

As Your Honor reviews Jack's record, please also consider the immense good that Jack has done, both known and unknown to the public. When there was a need to build an elementary school in suburban Washington for our community, Jack stepped up quickly and ensured that the school was properly funded and established with a solid foundation. That was 11 years ago and the school – The Torah School of Greater Washington – thrives today. Hundreds, and perhaps thousands, of families owe an incredible debt of gratitude to Jack for providing an opportunity for us to send our children to a local school that provides the type of education our faith requires.

Jack founded one other parochial institution in suburban Washington. When the need for a boy's high school that catered to students with learning difficulties arose, Jack quickly built a school to provide for these boys – Eshkol Academy. Jack was also instrumental for a number of years in guiding yet another educational institution – The Yeshiva of Greater Washington.

Everyone in the community knows that whenever financial assistance is needed, Jack will be the first to help out. Not only do the Abramoffs contribute financially, but they also contribute their time as well. For many years Pam Abramoff has chaired the Torah School dinner, the biggest fundraiser of the year, and she has lent of her time and resources to many individuals who are "down on their luck." A parade of people soliciting funds for charity – whether for themselves or for an institution – can always be seen leaving the Abramoff household with a smile on their faces.

The Honorable Paul C. Huck
March 19, 2006
Page 2

We do not know what drives a person to do what he does. We do know, however, the enormous good that Jack and his family have done for our local community and for communities around the world. A person who has had such a positive effect on, and bettered the lives of, so many people must have good to him as well. We implore you to consider this good when you sentence Jack.

We also beg you to consider Jack's family when you sentence him. The one thing that we have learned during these past few months is that there are always real people behind the names and pictures that we see in the media. Please have empathy for his family. To us, Jack Abramoff is Pam's husband and Levi, Alex, Daniel, Sarah and Livia's father.

This past year has been trying on the entire Abramoff family and their lives are already forever affected even before you sentence Jack. Your sentence, however, will affect greatly how quickly the Abramoffs can resume some semblance of normalcy and allow the children to grow up with less notoriety and in a complete family unit. We know the love that Jack has for his family and that his family has for him. Jack is heavily involved with his kids, helping them, being there for them and generally being a wonderful father to them. He needs and relies on them as they need and rely on him. Please do not keep them apart; if you feel you must sentence him to some jail time, please do not keep them apart for long.

Respectfully,

Michele and Jay Levine

# NATHAN LEWIN

March 15, 2006

Hon. Paul C. Huck
United States District Judge
James Lawrence King Federal Justice Building
99 N.E. 4th Street, Suite 1067
Miami, FL 33132

       Re: *Jack Abramoff*

Dear Judge Huck:

    I am an attorney-at-law in Washington, D.C., and a member of the Bars of all Federal Circuits and of the Supreme Court of the United States, and I have taught at Harvard Law School, Georgetown Law School, Columbia Law School, the University of Chicago Law School, and George Washington University Law School. I am writing to you with regard to Jack Abramoff not as a lawyer, however, but as an active member of the Jewish community of Washington, D.C. In that regard, I was President of the Jewish Community Council of Greater Washington between 1982 and 1984 and have been extremely active in the Washington Jewish community's educational and social-service institutions for more than 40 years.

    From the time he arrived in Washington and succeeded as a lobbyist, Jack Abramoff dedicated enormous financial resources and much of his personal time to improving the educational, religious, and social life of Jews living in Washington who observed the rituals of our faith. He provided great support to the Yeshiva School of Greater Washington and rapidly became its lay leader. When he determined that improved educational opportunities could be provided to the Washington community in a new Jewish Day School, he formed the Eshkol Academy, which hired top-flight faculty and provided a quality education to young Jewish men who were committed to observance. To my understanding, Mr. Abramoff individually financed the new school and its physical location. When he saw that Washington's kosher-observant Jews did not have a downtown restaurant that followed the Jewish dietary laws, he founded Stacks, which he sponsored at great personal financial sacrifice just so that Jews would have a place where they could dine in comfort.

    I have no doubt from my own observation of his efforts and from the discussions that I had with him during the time that these facilities were in existence that his activities on behalf of Washington's Jewish community were motivated overwhelmingly by a charitable unselfish interest in helping the community. He did not seek awards or public plaudits from the beneficiaries of his good deeds. I cannot presume to judge the offenses to which he has pleaded

Hon. Paul C. Huck
March 15, 2006
Page 2

guilty, but it is plain to me that he has many fine and praiseworthy personal qualities that should
not, in fairness, be ignored at this time of personal humiliation. The good that Jack Abramoff has
done should not, in the Bard's terms, be "interred with his bones." I respectfully urge that it be
given great weight in the judgments that the courts will impose.

Sincerely yours,

Nathan Lewin

**FAX NOTE**

From: DaveLitwack@cs.com

To: Christopher Man@12023183011

Fax Subject: Judge_Huck_letter

March 20, 2006

The Honorable Paul C. Huck

U.S. District Judge

James Lawrence King Federal Justice Building

99 N.E. 4th Street, Suite 1067

Miami, FL 33132

Dear Judge Huck:

I am writing to ask you to please consider not incarcerating Jack Abramoff. I have known Mr. Abramoff since 2000 when I was Director of Development at the Yeshiva of Greater Washington and Mr. Abramoff was President of the Yeshiva. While he was President, I witnessed many personal acts of charity on his part, including personally housing children who could not afford to attend the Yeshiva and helping them with tuition. Despite the media caricatures of him as the personification of evil and greed, I only witnessed acts of selflessness and service to the less fortunate members of our community--to Jews and non-Jews.

I would ask you to employ other forms of punishment in lieu of incarceration for several reasons. First, his incarceration would have a devastating impact on his wife and children. They have already watched him be publicly humiliated and excoriated by national and local media and celebrities on an almost daily basis for the past year. He has already been destroyed on so many levels; what purpose would it serve to destroy his family by putting him in prison? I donâ€™t believe his wife and five children will be able to survive emotionally or financially if he is forced to serve a prison term.

I hope you will recognize the immense amount of suffering and punishment Mr. Abramoff and his family have already endured and find a more merciful way to punish him other than imprisonment. I implore you to find an alternative form of punishment which will not destroy his family.

Sincerely,

Michael Litwack

March 21, 2006

The Honorable Paul C. Huck
U.S. District Judge
James Lawrence King Federal Justice Building
99 N.E. 4th Street, Suite 1067
Miami, FL 33132

Dear Judge Huck:

It is common in our culture that things need to be painted for us in portraits of black and white. We often do not get to see entire portraits of people and instead are presented with a one dimensional version of a human being. Unfortunately, this is very much the case with Jack Abramoff. One in Jack's position has no voice to counter the onslaught of media ferocity. Very little has been shed on Jack's generosity or kindness because it makes poor news. I have known Jack for several years and have had the opportunity to get to know him. The first thing I will tell you about Jack is that he will not talk about his generosity. He never bragged about the work he did in the community, nor did he revel in the role of generous benefactor. However, Jack Abramoff always listened to people, anyone and everyone. He would hear them out, regardless of their religious affiliation or personal opinions. If I went to dinner with Jack, he was interrupted numerous times by people asking for a moment of his time, of which Jack always gave. Jack has given a lot of his money to needy people in the community quietly. Jack will NEVER talk about this for fear of embarrassing these families, but he has financially supported poor people in his community. This topic was brought up once at a meal I shared with Jack and he said that he could never talk about this generosity because he would embarrass people. That's the kind of man I know Jack to be. A lot of attention has been brought up regarding Jack's use of language toward his clients. While seemingly in poor taste, these e-mails are taken out of context. Jack makes jokes and joked in his e-mails. He did have tongue planted firmly in cheek most of the time though and that is the behavior you see in the e-mails. I personally ask that you take these facts into account when you sentence Jack. Jack has been through a personal hell by the demonizing of his character in the media, his family has been constantly insulted and humiliated in public and Jack's lobbying empire has fallen. I'm sure the media and public must have their blood, but how much more needs to be done to this man before everyone is sure he has been destroyed.

Sincerely,

Michael M. Litwack

The Honorable Paul C. Huck
U.S. District Judge
James Lawrence King Federal Justice Building
99 N.E. 4th Street, Suite 1067
Miami, FL 33132

Dear Judge Huck:

I write to urge you to reconsider your sentencing decision in regards to the Jack Abramoff trial. There is no reason for me to write this letter. There is no benefit that I receive from urging you to reconsider your decision to sentence Jack before he has finished cooperating with the Department of Justice. Rather, this letter could have quite the opposite effect and be misconstrued and used against me by the media or others. I write this letter purely motivated to see justice meted out fairly and with appropriate clarity.

I have known Jack Abramoff for many years and during that time I have always thought of him as a charitable man rather than as the "political fiend" that he has been caricatured as in the national media circus. In Judaism, the highest form of charity is to provide employment and create a career path for those in need. Through his individual efforts, Jack worked tirelessly to provide education, opportunities, and guidance to all those in need. It was always Jack's belief that G-D places us here for a reason and our opportunity and success is a tool to be used to help others. Jack exemplified this belief and his charitable actions were always exercised by compassionate motivations fueled by a sense of responsibility to others.

I know that Jack has been accused of and plead guilty to numerous financial improprieties and I am not going to justify those actions. However, I will ask that you consider the situation and ask why a criminal would waste his time by being so devoted to his community and those in need. If he is merely a criminal with no honest bone in his body what was the purpose of all of his charity and goodwill?   More time would allow you to fully consider the nature of this situation and this individual before passing judgment.

I am certain that many people have urged you to not delay the sentencing. To delay this sentencing wouldn't satisfy those that would rather have blood than justice. It is regrettable that vengeance and hate motivate some to increase the suffering of others. Jack has no source of employment, has been publicly humiliated, and his family has been subject to ridicule and scorn.   I ask that you ignore the biased pleadings of others and take my plea for proper justice into consideration.

I believe passionately that we must do onto others what we would want done to ourselves. If the tables were turned I can't imagine any individual would wish for a speedy and incomplete sentencing for such a high profile and important case.

I thank you for your time and your service to our country.

Sincerely,

Maury Litwack

**Judith A. London**

3/16/06

His Honor Paul C. Huck
Judge–Federal Court
99 NE 4th. Street
Miami, Florida 33132

Re: Jack Abramoff

Dear Judge Huck,

My name is Judith London, and I am writing on behalf of Jack Abramoff. For the past 12 years I have worked as a personal assistant to Mr. Frank Abramoff, (Jack's Dad) and Jack's brother, Robert Abramoff, Esq. I am quite familiar with the entire Abramoff family. As a matter of fact I have always been treated as if I were a member of their immediate family.

This situation concerning Jack Abramoff is extremely upsetting not only to his family but also to his friends and associates. Quite frankly, in reading the news stories, I cannot believe that the person I have known for so many years could be blamed for an operation that he had to little to do with.

Your Honor, wouldn't it be better for Jack to be allowed to contribute his time, effort and services to enhance the community and teach others a direction that would be most beneficial rather than incarcerate him which would ultimately destroy his entire family?

Respectfully

Judith London