Kara M. Lopez

March 15, 2006

Honorable Judge Paul C. Huck
U.S. District Judge
James Lawrence King Federal Justice Building
99 N.E. 4th Street, Suite 1067
Miami, FL 33132

Dear Honorable Paul C. Huck:

I am writing this letter on behalf of Jack Abramoff, a personal friend of five years. Jack is a loving, supportive, and devoted family man. Although Jack is an exemplary husband, his adoration of his children remains his most remarkable quality. His constant presence at his children's sporting events and school activities reflects his pride and commitment to them. Jack is their advocate when they need protecting and their counsel when they experience the obstacles of growing older. He provides his children with a strong foundation in faith to ensure they grow into sensitive, compassionate, and spiritual adults. Regardless of the situation, Jack's children know their father loves them unconditionally and will always do his best to be there for them.

Jack Abramoff's caring, compassionate nature extends beyond his family. He embraces members of the community and offers support and guidance to those in need. Jack's generosity assists them in bettering their lives. His friends know they can always depend on him. Jack's personal ideology includes: love your family, give back to your community, and gain strength and moral guidance from your faith.

I am asking you to consider the personal side of Jack Abramoff when you sentence him on March 29th. The impact of an extended separation from his family would be devastating to his children. In addition, I believe that society would benefit more if Jack received community service in lieu of a lengthy jail sentence. Jack's intelligence, spirituality, and affable personality would positively influence others. As a teacher, I believe he would be a superior candidate for participating in mentoring and tutoring programs or teaching religion courses so that others may gain knowledge about Judaism. This type of community service would provide children with much needed assistance while enlightening them with knowledge they may never receive.

Jack Abramoff possesses so many exceptional qualities that should be utilized for the benefit of others. Please consider these qualities and the positive changes they would bring so that Jack may make an unfortunate situation better.

Sincerely,

*Kara M. Lopez*
Kara M. Lopez

# C. Douglas Lord, M.D. PA.

## 301-681-3300

The Honorable Paul C. Huck
U. S. District Judge
James Lawrence King Federal Justice Building
99 N.E. 4th Street, Suite 1067
Miami, Fl 33132

Dear Sir:

I am writing this letter in reference to Jack Abramoff. I have known Jack for about 10 years. I am not involved with politics and I know Jack as a neighbor and friend. I also know his wonderful wife and children. I believe that while Jack has done some bad things, there are many wonderful things he has done for the community, his neighbors, and his synagogue. I would ask that you please take into consideration his wife and children. I'm sure that you have not familiar with all the good things that Jack has done. It is also my understanding that he is fully cooperating with the government to help convict the wrongdoers. I would ask that you consider delaying his sentence until you can see how cooperative he will be. And when he is sentenced possibly reduce the time in jail as he and his family have suffered enormous emotional and financial pain already and will continue do so in the future. I thank you for your consideration in this matter.

Sincerely,

C. Douglas Lord, M.D.

**Nathan A. Low**

March 13, 2006

Dear Hon. Judge Huck,

I have known Jack Abramoff since high school in Los Angeles. He ran for student government and I helped him campaign. His platform was one of improving student input into faculty and administration forums, and he was able to implement many improvements during his semester in office. He was a great help to me in terms of advice and as a role model when I ran for office and he was already graduated.

We grew up among the non-upper class in a land of spoiled kids, and he and I bonded as such, given the higher socio-economic circumstances of our better off classmates.

We reconnected about 5 years ago, and found that our lives had taken parallel tracks: marriage, large families, deeper connection to our age-old religion, and more.

When I read what the papers wrote of Jack, I cringed as how could this be the same man I had known for over 30 years? I can only great conclude that this aberration was due to either the Washington rat-race (inside the Beltway insulation from the real world beyond) or a brain-freeze and loss of moral compass--the one he had so strongly aligned correctly in high school.

I have communicated extensively with Jack since his plea in your court, and I can assure you he is totally remorseful--in private exchanges, he is downright mortified by the embarrassment he has brought to his family, friends, community, and co-religionists.

No penalty you give him can begin to compare to the supreme humiliation he and his family are subjected to regularly in the community for having brought upon himself and our community so much public shame.

I ask you to consider leniency in this light, since one of your primary goals must be deterrence, and given the remorse he has expressed to me, I cannot fathom his ever jaywalking, let alone breaking more serious laws.

As a family man myself, I appreciate the importance of having two parents at home for role modeling and homework helping. Give him 50 years of parole and the maximum home detention, yet let him help raise these kids who did not volunteer for any punishment meted out by US Sentencing Guidelines.

I would be happy to travel to your courtroom to testify on Jack's behalf in person, if you felt it would help.

Sincerely and respectfully yours,

Nathan A. Low

MAR 22 '06 13:35 FR                          TO 9120...183011    P.02/02

# James P. Lucier, Jr.

March 22, 2006

The Hon. Judge Paul C. Huck
U.S. District Judge
James Lawrence King Federal Building
99 N.E. 4th Street, Suite 1067
Miami, FL 33132

Dear Judge Huck:

I first met Jack Abramoff in June 1982 and have been in touch with him continuously for 24 years. I had the privilege of working for him in two organizations in the mid 1980s and later working with him as a colleague in common projects in the mid 1990s.

Jack always represented his clients with passion and energy. He played to win and nearly always did. But on a personal and professional level he was capable of showing great empathy for his friends and co-workers.

Though much has been made of his career in the lobbying world, Jack is responsible for launching the careers of dozens of young people, including me, whose work has nothing to do with lobbying. In my case, I am an industry analyst at a major financial firm. Others I know work in business, government, journalism, education, and charitable activities. At least some of us have reached the top rank in what we do because of Jack's leadership, example, and guidance. He showed us how to be successful while taking time out for family, friends, and rest on Shabbos. He never turned away an old friend or family member who needed help, especially if that help involved finding new directions.

Lost in the controversy over Jack's business dealings is the way he conducted himself at home and in the broader community. Jack had the influence on others and inspired the loyalty that he did because so many other people saw him as an honorable and good person worthy of respect.

Jack indeed may have been hypercompetitive as a lobbyist. But unlike others who made lobbying a career, Jack left active politics for nearly ten years. He wasn't even in Washington much of this time. How was he able to come back at the pinnacle of his profession after such a long absence? I think a big part of the story is a sterling reputation and accumulated good will strong enough to last through many years in the notoriously fickle town of Washington, D.C., when purely political people didn't see him and only friends did. Jack has been a positive force in his community, for which many of us are grateful.

Sincerely,

James P. Lucier, Jr.

Judd and Denise Magilnick

March 20, 2006

The Honorable Paul C. Huck, U.S. District Judge
James Lawrence King Federal Justice Building
99 N.E. 4th Street, Suite 1067
Miami, FL 33132J

RE: SENTENCING OF JACK ABRAMOFF

Dear Judge Huck –

We are writing to you as friends of Jack Abramoff for more than 15 years, to testify
to the kindness, decency, and generosity we consistently saw in him during that
time. His excuse-free, contrite acceptance of guilt is consistent with the kind of
honorable man that we know and have known.

As was clearly demonstrated in both his successes and his mistakes, Mr.
Abramoff is a man of tremendous intellect, talent and work ethic. We're guessing
that others have petitioned you and compared him to Michael Milken, who has
certainly been an exemplary citizen since his white collar incarceration, in
particular his successful efforts to achieve cancer cures. Well, we would submit
that Jack Abramoff has *more* potential. With all due respect to Mr. Milken's life up
until jail time, Mr. Abramoff has a far deeper portfolio of social work and
philanthropic commitment. We are confident that the world will start being a better
place the moment Mr. Abramoff is once again free to actively participate in society.

During this entire time we have known him; we have been residents of Santa
Monica California. We want to use that perspective to tell you that – out of the
Washington DC or Florida limelight – when there was no professional or social
upside – we saw Mr. Abramoff behave in a manner of kindness and charity far
above the norm. Though we did not see him often, he took an interest in the
education of our children, offering to open doors of opportunity himself if
necessary. Similarly, out of kindness and a sense of shared basic values, he was
totally available to us on the several occasions when we needed guidance on
navigating our small marketing business.

A final example of his unusual personal attributes, which we'll bet less than three
people know about, and we only know through happenstance: In California,
Parties A & B were having an argument. Mr. Abramoff made a purchase of
considerable value from Party B for items in dispute (that he did not need) – strictly
to diffuse the dispute and to "disarm" from Party B the ammunition to hurt and
embarrass Party A. We're not even sure that Party A is aware of Mr. Abramoff's
role in carrying out this strategic kindness.

Judge Huck – we petition you from the bottom of our hearts to understand that this
is a man whose flaws are part and parcel with his literally unnatural genius to help

and connect with people. We ask not for special consideration, but rather *specific* consideration of the nature of this singular man, and an understanding of how measured justice in this case may indeed be the most profound justice of all.

Thank you for considering our thoughts. We are of course available to your aides to confirm any part of this letter.

Sincerely,


Judd and Denise Magilnick

# SOUTHEAST HEBREW CONGREGATION
## KNESSET YEHOSHUA

**Rabbi Kalman Winter**

**Rabbi Simon Burnstein ז״ל**
**1942-1980**

President:
Frederick Mailman

Past Presidents:
Chaim Snyder, z"l
Alec Berlin, z"l
Morris Katzen, z"l
Philip Cohen, z"l
Max Simon, z"l
Samuel Rosenbloom, z"l
Nathan Silbert, z"l
Charles Macklin, z"l
Sidney Tarl
Victor Perlmutter, z"l
Leo Silbert, z"l
Howard Katz
Israel Teitelbaum
Yosef Pavlov
Harold Saltzman
Emanuel Sadwin
Michael C. Hoffman
Sheldon Z. Meth
Jack Delman
Raanan Shemes
David Kramer z"l
Howard W. Sabrin
David Cohen
Hyam Singer
Zev Talchman
Michael C. Hoffman

March 20, 2006

The Honorable Paul C. Huck
U.S. District Judge
James Lawrence King Federal Justice Building
99 N.E. 4th Street, Suite 1067
Miami, Florida 33132

Dear Judge Huck:

I am writing to you within my capacity as President of the Southeast Hebrew Congregation in Silver Spring, Maryland, and as a personal friend of Jack Abramoff. As any good friend I am saddened to see the unfortunate events that have unfolded in relation to Jack's activities. In an effort to help share a very positive side of Jack that has not been shared in the media, I would like to convey my feelings for Jack and give you a small sense of the tremendous positive impact Jack has had on our community for many years.

Jack and his family have been members of our Congregation for over 10 years. In that time Jack and his family have continued to open their home to Congregation members and guests without hesitation. Whether a new family in the community needed temporary quarters, a weekend guest needed a friendly environment and a good home-cooked meal, or a community member needed a simple favor the Abramoffs have always been there to lend their help. Jack has continued to set an outstanding example of how a person should be involved in communal affairs and can make a real difference. On a number of occasions Jack has been instrumental in assisting with various Synagogue projects.

On the few occasions that I have been privy to some of the extremely generous assistance Jack was instrumental in providing to individuals and to families with financial problems due to medical bills, large debt or tuition obligations, I have been utterly impressed at how Jack has been able to handle these situations. Not only has Jack been there to literally help turn around the life of another, but has always treated others in the community with dignity and respect. Many times Jack's help was given anonymously specifically out of care and feeling for another. I will always admire Jack for this care and sensitivity.

In spite of the current difficult times, Jack and his family continue to play an important role in our community. Jack has a heart of gold and if given the opportunity I do not doubt that he will continue to be in the forefront when there is a personal or community need to be addressed. Please consider that any period of time that Jack is away from our community is a loss for us all.

Sincerely,

*Frederick Mailman*

**Formerly of Capitol Hill ✡ Incorporated 1921**

# Jodi S. Mailman

March 19, 2006

The Honorable Paul C. Huck
U.S. District Judge
James Lawrence King Federal Justice Building
99 N.E. 4th Street, Suite 1067
Miami, Florida  33132

To the Honorable Paul C. Huck,

I am writing to introduce you to a side of Jack Abramoff that was never mentioned in any of the newspaper articles. This is the true perspective of the Jack Abramoff I know, and a perspective that I respectfully ask you to consider.

The Jack Abramoff whom I have had the pleasure to know, even prior to his employment as a lobbyist, is charitable. I served on the Board of the Torah School of Greater Washington with Mr. Abramoff. He was instrumental in founding this private, Jewish day school when a group of us saw a need for the school in his Silver Spring community. Not only did Mr. Abramoff financially help the school get started, but he generously devoted hours of his own free and professional time to assist the school in finding a location and getting off the ground. There were many meeting over which Mr. Abramoff presided where he consistently showed a genuine concern for filling this particular educational void in his community.

Mr. Abramoff's altruism did not just end when the school was established. His care and concern spread to other areas where he might see or hear of a monetary need that a family had. Jack and his wife, Pam, would endeavor to assist the family, usually anonymously, and not just financially. There was a family who had to move, and the parents were not well. The possessions of the house were scattered, plentiful and in total disarray. The Abramoffs gave their time to help this family pack and clean up their house so they could move when they had to vacate. Mr. Abramoff has done many things quietly and generously. I have heard that he helped pay a number of needy families' medical bills, helped a family purchase necessary medical equipment, and housed individuals and families, at no charge, while they were looking for housing in the area or waiting for a house to be available. All of these things, Jack Abramoff has done generously and quietly, with no fanfare and limelight, and definitely selflessly. On a personal level, I have often observed the loving relationship he has with his wife and children.

I respectfully ask you to take these qualities of Jack Abramoff into account. There is no doubt in my mind that I was shown the true heart and essence of Jack Abramoff. Please take into consideration the myriad of good deeds Mr. Abramoff has done and can continue to do in his community.

Sincerely,

*Jodi S. Mailman*

Jodi S. Mailman

3-12-06

Dear Honorable Judge Huck;

My wife and I are writing to you because were care deeply about Jack Abramoff and his family. We want to give you a short statement to try to convey the personal side of the man and the type of feelings we saw he had for his community and his family. That which we have read describing the public characterizations of Jack Abramoff has almost no relationship to the man we know.

My wife Judi taught his middle son privately. Over dinner I remember clearly how she would describe to me how the boy idolized his father. How he would stay up late past his bed time to see his dad, who worked late at night meeting with clients, to spend some few moments together. To say he worshiped his father would not be overstating his admiration.

Whatever Jack is, he is certainly the most generous and benevolent man we've ever met. Jack had a dream, one that I shared, but Jack had the ability to make it actually happen. Eshkol Academy, an orthodox Jewish school, was to be a kind of Jewish Prep school. His goals were to establish a strong Jewish education coupled with interscholastic sports competition in baseball, basketball and ice hockey. We embraced his dream and sent our only son there. I had ice hockey experience and assisted in the program. He was very generous and without him none of the school's development would have transpired. He and his wife did not give only money, but their time. It became part of their life. He opened his home to out of state borders and fed them at his family kitchen table.

Maybe Jack Abramoff is a flawed man. Those of us that know the man, his wife, and his family have seen much more. His generosity and charity to our community has been more than generous. He gave generous donations to many small private Jewish day schools. He is responsible for helping start the financing and promoting the Torah School of Greater Washington, a school both my children have attended.

Judge Huck, when deliberating the charges Jack faces, please bear in mind the good deeds Jack has displayed. He may be a larger than life kind of guy but so are his heart and his generosity. His two years of public humiliation

must have been overwhelming for him and his family.  Please take into account these factors and offer him as much leniency as we feel he deserves.

Most respectfully yours,

Judi Malnik

Leon Malnik

# MANKO | GOLD | KATCHER | FOX LLP

### AN ENVIRONMENTAL LAW PRACTICE

JOSEPH M. MANKO
MARC E. GOLD
BRUCE S. KATCHER**
NEIL S. WITKES*
MICHAEL M. MELOY
ROBERT D. FOX
JILL HYMAN KAPLAN
JONATHAN E. RINDE*
JOHN F. GULLACE*
BART E. CASSIDY*
BRENDA HUSTIS GOTANDA*
JONATHAN H. SPERGEL*
RODD W. BENDER*
CAROL F. McCABE*
LYNN ROSNER RAUCH
ADAM H. CUTLER
TODD D. KANTORCZYK
NICOLE R. MOSHANG*
MICHAEL C. GROSS*
KATHLEEN B. CAMPBELL*
MEREDITH DuBARRY HUSTON*
REBECCA C. RODNER*
BRIDGET L. DORFMAN*
KATHERINE L. VACCARO

TECHNICAL CONSULTANTS
DARRYL D. BORRELLI
MICHAEL C. NINES

February 16, 2006

Honorable Paul C. Huck
99 N.E. 4th Street
Miami, FL 33132

    Re:   <u>Abramoff Reference</u>

Dear Judge Huck:

    I am writing to advise you that I have served as an environmental attorney for Frank Abramoff since 1984, and in that capacity have come to know him and his family. Although as an active Democrat I never had any political or other dealings with their son, Jack, I can assure you that he comes from a fine upstanding family who have been active in the Jewish and secular communities in both southern New Jersey and California. Their anguish at the travails of their son and his wife and family weigh heavily on them and prompt me to write this letter that you take that into consideration in your sentencing decisions.

Respectfully,

Joseph M. Manko

JMM/law

CHERRY HILL, NJ
PHILADELPHIA, PA

*ADMITTED IN NJ AND PA
**PARTNER RESPONSIBLE FOR NJ
OTHER ATTORNEYS ADMITTED IN PA ONLY

March 16, 2006

The Honorable Paul C. Huck, U.S. District Judge
James Lawrence King Federal Justice Building
99 N.E. 4th Street, Suite 1067
Miami, FL 3313

Dear Judge Huck:

I am writing this letter to you about Jack Abramoff. I am sure you will be getting other letters about Mr. Abramoff's philanthropy, which is well- known in our area. But, I would like to share with you a bit about Jack Abramoff, the human being.

My husband had a serious heart attack in October of 2003, a little over three years ago. I was at the hospital with my husband for many hours into the night and following day. I was not able to get home as my car had a flat tire in the parking lot. I did not have the cash with me for a taxi home. I was beside myself with worry and exhaustion. And I was so afraid of losing my husband, only 53 years old at that time.

I tried calling a number of friends from the hospital and had no luck getting in touch with anyone. I called the Abramoff home and spoke with Pam, a good friend. I told her that I had no way of getting home. It did not take an instant for her to respond. She said would take care of it, and I knew I could depend on this.

That evening, Jack came up to my husband's hospital room and visited with him. Jack stayed and talked with my husband and cheered him up. Jack said his car was waiting downstairs to take me home. I was so emotionally and physically exhausted. I cannot tell you the sense of relief I felt. I knew I would be able to get home to rest and get some much- needed sleep myself so I could go back to the hospital the next day.

Jack and I went down to this car and he took me home. He asked me if there was anything else that I needed. At that time, I did not, but I am sure if I had needed anything, Jack would have done anything he could to make sure I was cared for. I cannot tell you how good it felt to know there was someone I could depend on when I was feeling so fragile myself. I had almost lost my husband the day before. I needed to know that someone cared and that there was someone on whom I could depend, even for what

seemed like such a simple request, a ride home. Yet, with everyone's hectic life, I could find no one that day, except Jack to give me that simple ride home.

Jack Abramoff came through for me. He is a man who is compassionate and caring, a man with a heart. He understood what was important that day. He put me on his priority list that evening. He is a man who cares deeply for others in need. That is a quality that is in short supply in today's world.

I will always remember that day, not only because I almost lost my dear husband, but because Jack Abramoff was there for me when I so very much needed someone to depend on during a medical crisis.


Respectfully yours,

Rose Margolis

# MICHELE MATTEI

### photography

THE HONORABLE PAUL C. HUCK
U.S. DISTRICT JUDGE
JAMES LAWRENCE KING FEDERAL JUSTICE BUILDING
99 N. E. 4TH STREET. SUITE 1067
MIAMI, FL 33132

DEAR JUDGE JONES,

I AM NOT A FRIEND OF MR. ABRAMOFF, I ACTUALLY HAVE NEVER EVEN MET HIM BUT I FEEL COMPELLED TO TELL YOU HOW HE IMPACTED MY LIFE.

I AM AN AUTHOR AND A PHOTOGRAPHER AND I SENT MR ABRAMOFF A DESCRIPTION OF A BOOK PROJECT I WAS WORKING ON TO ENQUIRE WHETHER HE WOULD HELP ME GET IN TOUCH WITH MRS. REAGAN FOR MY BOOK. THE ONLY THING I KNEW ABOUT MR. ABRAMOFF WAS THAT HE WAS A LOBBYIST AND HAD WORKED ON PRESIDENT REAGAN'S ELECTORAL CAMPAIGN.

WITHIN A FEW DAYS I RECEIVED A VERY KIND LETTER SAYING THAT HE LIKED MY PROJECT AND SAID HE WOULD TALKED TO MRS. REAGAN'S OFFICE WHICH HE DID.

I WAS EXTREMELY TOUCHED BY HIS IMMEDIATE RESPONSE AND OFFER TO HELP ME.

I FEEL OBLIGED TO SHARE THIS WITH YOU WITH THE HOPE THAT YOU WILL FIND SOME UNDERSTANDING IN THE HEART OF A MAN WHO WAS SO READY TO HELP SOMEONE HE HAD NEVER SEEN OR HEARD OF AND ONLY HAD A GOOD BOOK PROJECT.

I THANK YOU FOR TAKING THE TIME TO READ THIS.
WITH MY DEEPEST RESPECT

MICHELE MATTEI

# *Karen McKay*

March 22, 2006

The Honorable Paul C. Huck
U.S. District Judge
James Lawrence King Federal Justice Building
99 N.E. 4th Street, Suite 1067
Miami, FL 33132

Your Honor:

It's been more than 20 years since I last had contact with Jack Abramoff. We weren't friends socially, but I knew him only to be a sincere, decent man on the side of the angels. When reports in the media started surfacing, I assumed that he was just caught in the dragnet of a witch hunt because he is a political conservative and a Jew. I was sure he would be absolved of all charges, and I was shocked when he pled guilty.

Whatever it is that Abramoff is guilty of, it certainly wasn't violent crime. In the spectrum of corruption and crime in politics, I'm not even sure where it would stand against bribery, check kiting, prostitution, drugs, blackmail and other nefariousness committed by our public officials in recent memory. While murderers, armed robbers and child molesters get off easily in our legal system--just today we heard on the news that a child rapist is walking without doing time-- Abramoff is facing prison. The perspective speaks of an inverted sense of justice.

This much I know, your Honor. Abramoff has a wife and children. If you send this man to prison, you sentence them as well. Perhaps his wife can go out and get a job if she doesn't have one now, but those kids need their father. I am certain that the entire Abramoff family has experienced public humiliation, loss of friends and financial ruin as a result of all this—that's a pretty heavy sentence right there.

What price might our society pay in the future because these five children's father went to prison for the rest of their formative years? How much more instructive would it be for them to watch their father work hard to support them and to recover his honor? He can't do that from a prison cell.

I urge...beg...you to consider this man's family, and to choose a sentence that will best serve them and our country.


Most sincerely,


Karen McKay

Tzivia Medinets

The Honorable Judge Paul C. Huck
U.S. District Judge
James Lawrence King Federal Justice Building
99 N.E. 4ᵗʰ Street, Suite 1067
Miami, FL 33132

Dear Judge Huck:

I am writing on behalf of the Abramoff children who are facing the imminent loss of their father in their daily life. Jack Abramoff has always been a devoted father. As his daughter's teacher, I am aware of what a dedicated and hardworking parent he is. My student is a sweet and sensitive girl, and should her father be incarcerated, the impact on her and her family would be devastating. We are all hoping that any sentence he is given would take into consideration the fate of his innocent family. As Shakespeare wrote, "The quality of mercy is not strain'd...It blesseth him that gives and him that takes..."

Sincerely,

Tzivia Medinets

March 17, 2006

The Honorable Paul C. Huck
U.S. District Judge
James Lawrence King Federal Justice Building
99 N.E. 4th Street, Suite 1067
Miami, FL 33132

     **Re:**    **Sentencing Considerations for Jack Abramoff**

Your Honor:

    Thank you for graciously allowing those of us who are Jack's friends and acquaintances to share with the Court our experiences with Jack and the impact he has had on our lives.

    I reached out to Jack shortly after his arraignment in Florida through the attorney who represented him in the case that is before you. Within minutes, I received a very warm response from Jack and began one of the most extraordinary exchanges that has consistently continued over the last few months. At this time, I would like to share with you what I know to be Jack's primary attributes. Jack is patient and kind. He is generous with the most precious commodity he has, his time. Jack's greatest pleasure is sharing his faith and gives profound spiritual insights and inspiration. He always puts the other person first.

    Jack has a great love and respect for our institutions of justice. Shortly after he began cooperating with the Justice Department, he sent me an e-mail stating that the professionals who were working with him treated him with dignity and respect for which he was very grateful. He is anxious to cooperate and make tangible and moral amends. Jack is unflinching in his self-examination and is open and honest about the mistakes that he has made and his desire to make things right. In our many letters, he has never once expressed bitterness or anger, only remorse.

    I believe that Jack's greatest days are ahead. His openness and accessibility to people of all walks of life belie the portrait of him that has been drawn in the public sector. I know this in a personal way because I am not a person who is connected with the political or financial establishment. I am merely a support staff member in a service-related industry. The only resource I have to assist Jack with is my heart, and that has always been enough for him. He treats me with dignity and respect and in all instances I feel most blessed by our friendship.

    Once Jack has completed his cooperation with the Justice Department, it is my hope that he will be able to use the vigorous and passionate approach he has to life to be of service to others. He has so much to offer in the form of counseling and mentoring for the very young, for

The Honorable Paul C. Huck
March 17, 2006
Page 2

those at the mid-point of their lives who need direction, and for those who have reached their golden years. His care and compassion are boundless. I know in my heart that Jack desires to be of service to others and would be effective in a variety of programs, whether it is teaching young people, helping service organizations with grants and proposals, or working as an advocate for those who for whatever reason are unable to speak for themselves.

There are also no words that can adequately describe the love that Jack has for Pam, his beloved wife, their children and his loving parents. The family is extremely close and I admire the way that they have all pulled together in these very difficult circumstances. I believe that part of this can be attributed to Jack's love and his strength. In the months that I have known him, it is impossible for me to think of Jack without thinking of his loved ones. The devotion that his wife and children have for him is very touching and it is my hope that he will be able to spend as much time with them as possible, especially with regard to his youngest children. A prolonged absence by Jack would most likely devastate them in ways that are not possible to measure.

I would like to close by saying that I have been blessed personally by my contact with Jack and know that my relationship with him is not really all that unique. I believe that he treats everyone with love, compassion and respect. I am proud to know him and to let people know that he is my friend and humbly beseech you to consider this when you make your decision. I would like to thank the Court again for your gracious consideration and for your service to our nation.

Sincerely yours,

Marc Melancon

Marc Melancon

Rabbi Raphael Mendlowitz

March 15, 2006

The Honorable Paul C. Huck, U.S. District Judge
James Lawrence King Federal Justice Building
99 N.E. 4th Street, Suite 1067
Miami, FL 33132

Honorable Judge Huck,

I am writing this to you as a friend and neighbor of Jack and Pam Abramoff. We have
known the Abramoff family for the past 15 years and have been beneficiaries of their
charitable acts giving of their time and financial resources to assist us personally and
community wide.

We have a son who is wheelchair bound and has limited ability to experience life's
enjoyments. Many times, Jack took on the responsibility and the sensitivity to entertain
our son in and out of our home. He has used their pool many times for therapeutic
purposes and has benefited from their generosity. As the synagogues youth director, Jack
has provided for me much assistance to encourage and enlighten the youth of our
community. Jack and Pam have always cared for their children's development and
growth and cared for the needs of others in our school as well. They have encouraged us
to continue our work in the field of education and to teach the children of the community
about their Jewish heritage.

Both I and my wife have taught the Abramoff children in the community's private
schools. We have seen both Jack and Pam as involved parents caring about the education
and achievements of their children. We are aware that the Abramoff's have provided our
school's with significant financial assistance in their times of need. Our son's special
education program, Sulam, has also benefited greatly from their generosity.

Although we understand and are aware of a guilty plea from Jack, we request from the
Honorable Judge Huck to take into consideration all of Jack's honorable deeds and the
effects his incarceration will have on his family, friends, and community. Thank you for
your consideration of this matter. May you be blessed with many years of success and
happiness.

Sincerely,

Rabbi Raphael Mendlowitz

Michael Milgraum, Esq., Ph.D.

3/20/06

The Honorable Paul C. Huck, U.S. District Judge
James Lawrence King Federal Justice Building
99 N.E. 4th Street, Suite 1067
Miami, FL 33132

Dear Judge Huck:

I write this letter to inform you of the outstanding generosity and character of Jack Abramoff. I make my comments with full respect for the law, and with a hope that qualities of personal character can be considered in Mr. Abramoff's sentencing.

Mr. Abramoff has been a valued member of our local Jewish community for many years. I have eaten at his table and have always experienced him as a serious, dignified man who was raising his children to be responsible adults. In my many contacts with him, he has always acted with decorum, respect for others, and self-control.

While I value Mr. Abramoff as a friend and community member, my esteem of him goes way beyond his personality and deportment. Mr. Abramoff has been an outstanding benefactor to the local Jewish community. Further, Mr. Abramoff's pattern of giving indicates that he does not donate to causes for praise or notoriety, but just out of a sincere desire to build important institutions and help those who are it need. For example, Mr. Abramoff anonymously donated $400,000 to the Harry and Jeanette Weinberg Academy in Baltimore, a school dedicated to helping children with learning disabilities. Further, it is well known in our community that Mr. Abramoff has given to numerous families in dire financial circumstances. I personally know about dear friends of ours, a family of six, to whom Mr. Abramoff loaned the full down payment for a house, at a time that they were in serious financial need. Over the years I have heard of many similar stories about Mr. Abramoff, not because his brags about his philanthropy, but rather because one just comes to hear of such things in a close-knit community. Mr. Abramoff has also been a pivotal donator for Jewish schools and synagogues, in Silver Spring, Maryland. Without his help it is very likely that some of these institutions would not exist.

In short, Mr. Abramoff has contributed to causes where it counts the most—individual families in great need and communal institutions that educate our children and/or provide stability and structure to our society. I personally have three children in the Torah School of Greater Washington, an institution that Mr. Abramoff's donation was pivotal in founding. I am proud to say that the Torah School is raising my children to be responsible and courteous, and to realize the importance of a social conscience. It is Mr. Abramoff's generosity that has allowed my family and many others with such an opportunity.

I hope that you can take Mr. Abramoff's character into account in the sentencing process. If there is any alternative to jail time, I urge you to consider it. Perhaps probation with community service would be possible, or if not, I greatly hope you would consider a reduced sentence. Mr. Abramoff is a father of five, with teenage children. Obviously, his imprisonment would serve as a great hardship on his family, and I sincerely hope that a different alternative can be chosen.

Respectfully yours,

Michael Milgraum, Esq., Ph.D.
Licensed Psychologist and Attorney at Law

## Higa, Karen

**From:**     Man, Christopher
**Sent:**     Monday, March 20, 2006 4:52 PM
**To:**       Higa, Karen; 'jack@abramoff.com'
**Subject:**  FW: Jack Abramoff

-----Original Message-----
**From:** brian770 [mailto:brian770@verizon.net]
**Sent:** Monday, March 20, 2006 4:49 PM
**To:** Man, Christopher
**Subject:** Jack Abramoff

The Honorable Paul C. Huck, U.S. District Judge
James Lawrence King Federal Justice Building
99 N.E. 4th Street, Suite 1067
Miami, FL 33132

Dear Judge Huck,

I am writing to you to plead that you grant leniency to my good friend Jack Abramoff. I know he made some serious mistakes, but I am hopeful you can consider that Jack has done some extremely good things also. I am sure his motives were not evil, nor is he a bad person. I think power and money caused him to make some bad decisions.

My son attended Eshkol Academy in 2002/2003 school year. It was the best school my son had ever attended, and he had been to 4 others. Jack's vision to have a school to teach character in addition to academics worked for my son. The school had problems, as any new organization, however the school still managed to teach my son everything they set out to accomplish that year. The next year we hosted a boarding student and he, too, prospered tremendously from Eshkol. As a matter of fact he attend the school tuition free because his parents would not pay for a private school.

Jack also started The Torah School where all 4 of my sons went for many years. The school could not have existed without his support. He gave hundreds of thousands of dollars to the Torah School and sunk Millions into Eshkol. He gave generously to many many Jewish organizations over the years I have known him.

I have called Jack and his wife Pam for guidance and advice on personal issues. They have always given me of their time very freely and help me to make some decisions that were troubling me. They never say know to a person in need whether it be financial or otherwise in nature.

They lived their lives very simply and tastefully. They have a nice home. It is large, but not showy. They offer its use to organizations often for meetings and other gatherings. They never came across to me as wealthy people.

I am also friends with Jack's wife Pam and I have gotten to know his sons over the years. I feel bad that they too will suffer immeasurably if Jack's sentence is too severe. I know Jack is remorseful and regrets his actions. I know he must feel terrible that Pam and his kids have been disgraced. I know he should have thought about this before, but I hope that you will believe a lesser punishment will do as much as a severe one. I beg of you to consider that he has learned his lesson and putting him in jail for so long will not serve a purpose more than a shorter sentence.

The goal is to punish him for his mistakes. I believe home detention as well as other restrictions in what businesses he can engage would serve the purpose. He can continue to love and support his family from home rather than put them through the shame of having their father in jail during the most important years of their lives.

Please take my words into consideration. I hope that through my prayers and the prayers of all his friends and communities that you will see the proper way to deal with him. I hope it is with lenience.

3/21/2006

Sincerely,

Brian Miller

March 15, 2006

The Honorable Paul C. Huck, U.S. District Judge
James Lawrence King Federal Justice Building
99 N.E. 4th Street, Suite 1067
Miami, FL 33132

To the Honorable Judge Paul C. Huck:

I am writing this letter to make known to you some of the tremendous good deeds that Jack Abramoff has done for the Washington Community. Jack has been instrumental in the financing and spiritual help of many of the Jewish schools that are and have been in the Washington Area. He has risen to the occasion many times to provide financial assistance to members of the community as well as provided a school that catered to all children including those with special needs. He opened his home to private and public functions to provide assistance to the community at large. There is hardly a person in this community who has not been touched by the Abramoff kindness. On a personal note, one of the things that impressed me most about the Abramoff family when they moved to our community was their immediate concern to set up a clothing exchange to provide clothes for needy families and their outpouring of generosity to those who were less fortunate. Jack Abramoff, aside from being a philanthropist in the community always opened his home to those in need.

Jack, aside from an individual who tried to make a positive difference for the community, is also a good father and husband. Jack and Pam complement each other and are a role model couple for the community. Jack is always there for his children, whether it be in scholastics, on the baseball diamond or in soccer practice. His wife and his children mean everything to him and he provides them with the proper direction and love.

I realize that jack may have made some mistakes, however, I ask that you show leniency and consider the wonderful generosity that Jack has provided to thousands of people as well as the impact this can have on his wife Pam and their lovely children.

Thank you and May G-d bless you.

Sincerely,

Israel C. Miller

March 19, 2006

The Honorable Paul C. Huck, U.S. District Judge
James Lawrence King Federal Justice Building
99 N.E. 4th Street, Suite 1067
Miami, FL 33132

Dear Judge Huck:

I am writing to remind you that Jack has been a great asset to the Silver Spring community. He is a source of incredible kindness to his family and those around him, and it would not be fair to him nor to any of them to separate him from them.

Would you please consider alternatives to incarceration such as:

- community or public service
- home confinement
- probation
- suspended sentence

Your concern would be greatly appreciated.


Sincerely,

Dr. Neil Miller

The Honorable Paul C. Huck, U.S. District Judge           March 19, 2006
James Lawrence King Federal Justice Building
99 N.E. 4th Street, Suite 1067
Miami, FL 33132

Honorable Judge, Paul C. Huck,

I have known Jack and Pam Abramoff for almost nine years. We have interacted through the schools, through our children, and on a social, personal level. Sharing many meals throughout the years, we have shared our concerns about our children's growth and our own growth. At these meals we have discussed many issues, among ourselves and with our children. This interaction was especially important to both our families, in presenting good examples that would be clear to our children and in making life changes that we felt were necessary to promoting good values.

I have seen the Abramoffs open their home, sometimes for weeks at a time, to those less fortunate, who needed a helping hand; to charity cases that no one else would handle. This was always done in an open, generous and giving manner. They always kept other's needs and the community's needs a priority, and helped generously whenever and wherever they could.

Jack and Pam gave unending and tireless attention to the details of raising their five wonderful children. Jack helped his children with their studies, imparted to them life's lessons, and always cared for their emotional and physical needs. They chose schools for their children based on individual needs, no matter how inconvenient. And they worked tirelessly to get them there and back no matter how difficult. They are a close-knit family and I am certain that the separation that they will have to endure will be quite painful. It will be only more so because of the special closeness of their family. Their children are all in their teen years and having their father absent from the day to day home life will surely impact on them tremendously, as he was so involved in their daily lives.

I have read the reports in newspapers, magazines and seen the various cartoons that mercilessly ridiculed Jack. I personally know how difficult this parade of unending reports and gossip was for their children. But that is the nature of our free news media and those are the consequences of apparent misconduct that is made public.

I can't judge or evaluate the nature of Jack's complicity or his level of instigation in the matters of illegal behavior. But I can attest to Jack's kind deeds and fine character and to the character and nature of his wonderful wife Pam and to that of their children, who are of a delicate age, and will miss him most terribly. The children have been brought up properly with strong family values. Being a parent of eight children, some of them in their teens, I understand the depth of the pain and anguish of this visibility to the public. And the anguish of their approaching separation, no matter how long it will be, will be endless and probably everlasting. But the length of separation will surely determine the depth of impact of all of this, on the family as a whole, and on the children in particular. I would respectfully request that in your final sentencing, you look at Jack, not only as the offender, but also as the family man that he is and through the many acts of charity and kindness that he has demonstrated on a personal and community level all through the years, both monetarily and in human benevolence.

My humble opinion, as both a friend to Jack and his family and as citizen of this wonderful country, is that all cases should be considered in their totality; in a picture that not only includes the wrong-doing, but also the more invisible factors that complete a picture of the human being set before you to pass judgment on. It is a picture that is very hard to grasp in the business-like atmosphere of a courtroom. But those who know Jack on a more personal level do understand a very different kind of person; a more complete person. Perhaps there is some way to substitute part of the time spent locked away by using his

positive, high energy and natural kindness in a way of service to others. He would surely be successful in any endeavor that is assigned to him and those around him would benefit greatly.

May G-d grant you the wisdom and insight to pass the proper judgment in His eyes, in the eyes of the American people, and in the eyes of his family.

Respectfully submitted,

Ita C. Mond

Housewife, Mother and Artist

The Honorable Paul C. Huck, U.S. District Judge
James Lawrence King Federal Justice Building
99 N.E. 4th Street, Suite 1067
Miami, FL 33132


Honorable Judge

I have very closely followed the news relating to Jack Abramoff's misadventures and legal
trespasses with pain knowing the hurt that he inflicted on others because of apparent
thoughtlessness. Since however it is only through the media that often exaggerates and
sensationalizes the news, any conclusions that I draw regarding his exploits may well be
inaccurate. There is another side to Jack that unfortunately the news has not reported and thus
remains invisible to the public but is apparent to all those that have known him and his family over
the years. Jack has given both of his time and money to support many philanthropic causes both
inside and outside the community and they continue to flourish and nurture both young and old. In
a society where the acquisition of money often translates to power, Jack did not abuse this power
in his community and within his wide circle of close friends that he acquired over the years. As
one of many examples of his charitable nature: I visited his office with the principal of a school for
children with various learning disabilities and asked for his support. His generous donation
allowed the school board to buy a new building and campus that has greatly benefited so many
children. I as well as hundreds if not thousands of other families are the beneficiaries of another
of his projects, the establishment of a Jewish day school for young children. The list is long and
these are but two small examples of the community responsibility that he has shouldered over the
years. His wife and children are also well known in the community for their acts of kindness and
hospitality that they are so famous for. I would ask that in your final review of Jack you consider
that he has an honorable and admirable history of charitability, leadership and as a promoter of
family values. His absence would be painful not only for his wonderful family but also for the
community at large and I humbly request that the whole picture be considered prior to final
sentencing.


Respectfully submitted

James Mond M.D.-Ph.D.

15 March 2006

The Honorable Paul C. Huck
U.S District Judge
James Lawrence King Federal Justice Building
99 N.E 4th Street, Suite 1067
Miami, FL 33132


Dear Judge Huck,
I would like to start off by saying that
I realize Jack is guilty of a terrible crime,
but I dont feel he is guilty of a
crime that can keep him away from his
loving family for so long. what you may
not realize is what kind of man Jack
is; since I was 5 years old, I have had
the pleasure of being close friends with his
son, Daniel. Through my friendship with Daniel,
I met and became friendly with Jack over
the course of about 10 years. what I
saw in Jack, was not a terrible crime-commiting
man, I saw a kind philanthropist, who not only
donated money to dignified yet needy institutions,
but also donated his time to his family,
community, and friends. Another very important thing
he did, that personally affected my life was his
help in starting my elementary school, the Torah
School of Greater Washington. If it wasnt

I would not have had a strong educational
background that I can now claim as mine.
I know you may be thinking that the
crime he commited was out of personal
greed, but that is where many are wrong.
It is true that he did something horrible,
but you must look at the good that
he did with the money (however ironic it may seem).
I sincerely hope that you can find it
within your heart to find compassion for
Jack and his case. Just think of all
the good he does for the world, and his
family. May God Bless You.

                    Sincerely,
                       Ari moses    —Ari moses

BS"D

March 16, 2006

The Honorable Paul C. Huck, U.S. District Judge
James Lawrence Federal Justice Building
99 N.E. 4th Street, Suite 1067
Miami, FL 33132

Dear Judge Huck:

I am not writing to weigh in on the legal merits of Mr. Jack Abramoff's case before your court. I am writing to share insights into the Jack Abramoff I have known for about ten years as a neighbor, fellow synagogue member and fellow parent of children in the same school. We, in our community, don't know the facts in Jack's case. We only know the feeding frenzy we witnessed through the various media who found a "good story" to grab headlines and keep viewer/readership up.

In spite of Jack's wealth and fame, Jack always had altruistic goals to help his Jewish community, particularly through developing good schools to promote quality Jewish and secular education. He helped to fund several different Jewish schools over the years and helped many individuals in need. It may seem incongruous that he might have taken advantage of people on the one hand and then helped people in need on the other. Life has many inconsistencies, but the real story here is that when he could have bought a bigger yacht, a bigger house and more jewels, he worked to build schools and help those in need. There is a good soul inside that body. He may have made major mistakes but he was misguided and blinded by power more than evil and malicious or a danger to society. The real victims of a prolonged incarceration for Jack would be his family. We know his three sons and twin daughters and wife, Pam. They have already been through severe challenges and pain even without Jack being in jail. A long jail term for him would mean five more devastated lives for them. A single mother, used to comfort and means, stripped of privacy, dignity and presumable funds and father-less children having to carry the shame and burden of this story through their lives.

If a jail sentence is called for at all in this case, please keep it short and allow community service as a substitute for jail time. Then Mr. Abramoff could take his considerable organizational skills and apply them to constructive activities and give his family something to be proud of in his repentance and service.

This man may need psychological counseling more than "Hard-time" as he exhibited extremely poor judgment and an ability to believe in his own power and his being above the law.

Judge Huck, please consider a merciful judgment for Mr. Jack Abramoff with a focus on repentance and community service and then maintain the possibility of him keeping his personal life moving forward and saving the future of his children.

Thank you for your consideration of my request and may G-d inspire you with the wisdom to judge great and complex cases fairly.

Sincerely,

Donald, J. Moses

March 16, 2006


The Honorable Paul C. Huck
U.S. District Judge
James Lawrence King Federal Justice Building
99 N.E. 4th Street, Suite 1067
Miami, Florida  33132


Dear Judge Huck,


Before the name Abramoff  became a household word synonymous
with power and money, I became acquainted with Pam and Jack
Abramoff through their twin daughters , Livia and Sarah, classmates of
my daughter. The Abramoffs I got to know have been the most down
to earth, kind and generous people you could ever meet. They are
giving people in the fullest sense, not simply throwing money at
causes, but donating time and energy to others in need.

One reads about the villain Abramoff wheeling and dealing with the
rich and famous. How starkly this contrasts with the Jack Abramoff I
saw in action at a holiday dinner party in his home when two uninvited
guests showed up hungry in mid-meal. Without hesitation, Jack
welcomed them warmly, as if they were important people he'd been
expecting and hoping would join his family for dinner.

Get to know the Abramoffs, and you see at once that Pam and Jack
have dedicated their lives to family and community. Jack is deeply
involved with his three teenage sons and his 12-year old twin
daughters. At times, Pam was driving up to 4 hours a day to get
appropriate schooling for her 5 children. But they reach out to children
who are not their own, too. In one recent instance, they not only
provided courtside basketball tickets to buoy the spirits of a sick
teenage boy, but made calls to try to arrange for a friend to
accompany this boy to the game.

The Jack Abramoff I know cares for kids who are struggling, for a
family struggling with debt, for the little guy who can't afford a
$3,000 hearing aid. For over ten years, Pam volunteered with the local
burial society, performing 'taharas', ritual washing and preparation of

dead bodies for burial. The Abramoffs I know give from their hearts, without fanfare, even when it's unpleasant or inconvenient.

Jack has acknowledged that he has made serious mistakes which he will regret for the rest of his life. But please don't allow these lapses in judgement to negate the good that this man has done and is capable of doing. Instead of locking him away for a long period of time, harness his sharp mind and good heart and his desire to atone for his mistakes. Jack certainly has great potential to accomplish so much that can benefit not only those who love him, but those who revile him as well.

Respectfully,

Rachel Moss

Richard Nadler

The Honorable Paul C. Huck
U.S. District Judge
James Lawrence King Federal Justice Building
99 N.E. 4th Street, Suite 1067
Miami, FL   33132

March 15, 2006

Judge Huck,

At the end of March of 2003, it was my pleasure to spend a Sabbath as a weekend as a guest of Pam and Jack Abramoff at their home in Silver Springs.  One of the felicities of our faith is hospitality to fellow Jews who are a long way from home, and Jack and Pam were generous practitioners of that mitzvah. Besides providing bed and board for a virtual stranger, they invited me to join their weekly minyan. At the time, Jack was hosting weekend services for friends and neighbors of the Jewish faith at his home on Edulblut Drive.

Jack was in considerable pain that weekend, having strained his shoulder in a sports injury.

I was not the only guest.  Jack was hosting a group of teenage yeshiva boys – five, as I recall – who were staying at the house.  I remember his lively interest in each of them at table, as we ate Pam's excellent meal after Sabbath Kiddush.  He discussed their progress at school, that of their basketball team, and their hopes for the future. Not a word of politics was spoken there.  I could have been listening to any concerned Jewish uncle.

But I think what I remember most was a discussion that went on early in the evening, after Sabbath ended.  The boys wanted to see a movie with "PG" rating – I don't remember the precise title, but from the discussion, I inferred that it was an action-adventure film, with the quantum of gratuitous violence and titillation typical of the genre.  The boys were making the point that it was not particularly obscene, nor particularly violent, and that they were old enough to see such fare.  Some of them – not all – were saying that their parents allowed them to attend such films, and that they saw worse on TV every night.

Jack patiently explained to them that as their temporary custodians, he and Pam were responsible not for replicating their home life, but for maintaining content standards appropriate to their faith.  He was not criticizing what others did: merely modeling what adults ought to do.

2

I remember his graceful style of argument. Instead of framing his position as a limit he was imposing on the young, he invited each to see himself as a Jewish adult, responsible for the behavior of the young. He was very persuasive.

Like everyone else, I've heard a lot said about Jack's public life. What I observed was not part of that life. It was private. It was generous. And the acts of generosity were exercised with no ulterior purpose I could see.

I will always cherish these Sabbath memories of the warm hospitality with which Jack and Pam Abramoff treated a stranger from a place far away.

Sincerely,

*Richard Nadler*

Richard Nadler



March 17, 2006

The Hon. Paul C. Huck
United States District Court
James Lawrence King Federal Building
99 N.E. 4th Street, Suite 1067
Miami, FL 33132

Dear Judge Huck:

I hope you will indulge me, as I am writing you concerning the unfortunate situation of Mr. Jack Abramoff.

I have known Jack Abramoff for about fifteen years. I met him while I was still working in the public policy arena and I have maintained a friendship with him while transitioning into full time ministry as a priest and now as a bishop. While I have not spent a lot of time with him in recent years, I would consider him a friend and, I have broken bread with him in his home.

I am a black-American, and my single most memorable conversations with him was when I faced an act of overt discrimination by some mutual associates. I was upset by what occurred, and I spoke to Jack about the matter. I was not surprised that he took the time to listen to me, or even to say that those people were wrong. However, what did surprise me was that he offered to stand by me through this, and he offered to pay my legal bills, if I decided to pursue legal action (which I did not).

Jack explained his offer to assist me as part of his belief in the shared history and circumstances between blacks and Jews. He went on and explained, while he is in a position where is he now sheltered from a lot of discrimination and racism, he recognizes that this evil still exists, and it must be combated at every instance. He was equally supportive when I decided to pursue becoming a priest. Despite all of his legal troubles, when I was consecrated a bishop on September 17, 2005, he contacted me and congratulated me.

Jack loves, and is devoted to, God, his family and country. He has been the sole support for his wife and five children. You honor, I understand that Jack has pleaded guilty, and he is taking responsibility for his actions. However, I am writing with the hope that you will be merciful to Jack in your sentencing of him,



so that he may quickly return to his family.  It is also my firm belief that Jack still has a lot to offer his community and nation.

If I can provide any additional information, please do not hesitate to contact me.


Respectfully,

The Rt. Rev. Council Nedd, II
Bishop of the Chesapeake

Ernst Neugroschl

16 March 2006

The Honorable Paul C. Huck
U.S. District Judge
James Lawrence King Federal Justice Building
99 N.E. 4th Street, Suite 1067
Miami, Fl   33132J

Honorable Judge Paul C. Huck,

 I am writing to you on behalf of Jack Abramoff who will be facing you for
sentencing in Federal court shortly.

In light of the tremendous adverse publicity, Mr. Abramoff, will unfortunately be
facing an uphill battle.

I am not about to minimize his actions, but I would like to recall the many
deeds of charity, largesse's and personal assistance Jack Abramoff, gave
to others less fortunate.
He has helped many people by being generous with his time and money and
cared about his community in a sincere and generous way.

We have known Jack, for over twenty years and know him to have been kind and
caring to our children when they were growing up. We also know him to be a
wonderful husband and father. Needless to say, he is wanted and needed by his
family, and we hope that the court will be merciful in it's ruling. The court should
please take into account that a man is more than the sum total of his mistakes.

Thank you for taking the time to read our remarks.

Sincerely,

Ernst & Joan Neugroschl

The Honorable Paul C. Huck
U.S. District Judge
James Lawrence King Federal Building
99 N.E. 4th Street, Suite 1067
Miami, FL 33132

Dear Judge Huck,

I write on behalf of my friend, Jack Abramoff.

I'm persuaded that the Jack I know bears little resemblance to the Jack Abramoff portrayed by prosecutors .... and no resemblance at all to the Jack Abramoff portrayed in the news media.    The sentencing task before you is both solemn and awesome.  I hope that you might take some time to familiarize yourself with Jack, as he is known to his family and friends.

My association with Jack has been purely social.    When I'm not pursuing my career as a journalist (I covered the U.S. Supreme Court for ABC News for more than 20-years) or my alternative career as a law professor (currently Distinguished Visiting Professor at Nova Southeastern University in Ft. Lauderdale), I spend quite a bit of time managing Baltimore Orioles baseball tickets for a small group of guys who simply enjoy the national pastime.  Jack has been a member of our pool for about the last five years and it is through our mutual love of baseball that I have come to know him.

As has been reported, in his work as a Washington lobbyist, Jack—like others successful in the field—kept some high profile company.    I know nothing personally of this.  So far as I can tell, Jack's tickets always went to his employees and his young sons. (I often delivered the tickets personally.)   We never saw anyone else in Jack's seats. Through the years, I came to appreciate why this would be so.      Contrary to the Jack Abramoff characterized in the media, the most important people in Jack's life are, and have always been, his family and friends.

From our first meeting, it was clear that a guiding force in Jack's life has been his faith. The Jack I know is a deeply religious man.    And his faith has been a source of personal strength and discipline.  Jack is also a man of exceptional generosity and kindness, often to those he doesn't even know.

In light of the above, I write without hesitation in Jack's support. Having heard that his sentencing hearing was fast approaching, I called Jack last night to ask if there was anything I could do to help him. When he told me that some of his friends had written letters on his behalf, I insisted that I be permitted to write one as well.

I would imagine that sentencing, at least in some cases, must be one of the most difficult responsibilities facing a judge. Your decision obviously affects not just the defendant before you but also family, friends, loved ones--all of whom are innocent of wrongdoing. They feel the pain too and in a way are "punished" as well.

In law school, we teach the four classic purposes of punishment: Deterrence, Prevention, Rehabilitation and Retribution. How should these purposes be applied to Jack?

Deterring others. I submit it is important to note the explosive (and healthy) debate over reform that this case has triggered on Capitol Hill. Why is Congress taking the lead on this? It might be because much of what Jack sought to do was perfectly legal. If Jack entertained lavishly, it was in order that he might have access to decision-makers. There's nothing new, or improper, about that. The practice goes back to Marcus Aurelius and the Roman Senate, to Sparta and the dawn of Democracy. The problem Congress now seeks to address is not so much that citizens (speaking through their "lobbyist") might try to buy *access* to decision-makers, but rather that once they succeed, the decision-makers start to *sell influence*. To what extent may Jack be blamed for that? A large part of the deterrence should be, and is being directed at Congress.

Prevention, that is—preventing Jack from becoming a repeat offender. There's no chance of that. Jack's career as a lobbyist is over.

Rehabilitation. Jack is not the kind of person who stands to be rehabilitated by incarceration. In his personal life, Jack has shown an exceptional capacity and desire to contribute to the community around him. It is basic that we ourselves benefit when we give to others. Arguably, the most rehabilitative step the court could take would be to allow Jack (require Jack?) to continue those efforts from home.

And then there is Retribution, society's need to "get even." Jack has already agreed to pay back former clients an estimated twenty million dollars, even if it should take the rest of his life to do so. That is so, notwithstanding that some of these clients had done extraordinarily well as a result of Jack's efforts.

There has already been substantial retribution for Jack and his family. He has been maligned and humiliated in newspaper editorials and by late night talk show hosts. And the greatest pain of all is to see how this has hurt his five children, to whom he has been so absolutely devoted.

There is little punishment the Court could impose that could possibly match the suffering that this loving husband and father has already endured.

What they usually don't teach in law school are other characteristics of punishment that also might play in your decision, such as mercy, and forgiveness, the sacrifices of family and understanding the unique circumstances (in this case, extraordinarily unique circumstances) in which the alleged offenses arose.     To those close to him—not only his pals in the baseball pool—Jack is not just an exceptionally good friend, he is also an exceptionally good guy.

Our hearts are with him, and with you, as you weigh the competing interests in this case.

Thank you for your consideration.


Yours truly,

Tim O'Brien


March 21, 2005

Mr. Thomas G. Olsen

3/12/06

HONORABLE PAUL C. HUCK
U S DISTRICT JUDGE
JAMES LAWRENE KING FEDERAL BUILDING
99 NE 4TH STREET
MIAMI, FL 33132

DEAR JUDGE HUCK:

SOON YOU WILL BE MAKING SOME DECISIONS
CONCERNING MY SON-IN-LAW, JACK ABRAMOFF.

OUR EXPERIENCE WITH JACK OVER THIS LAST 20+
YEARS HAS BEEN AND CONTINUES TO BE OUTSTANDING.
HE IS A COMPLETE AND LOVING HUSBAND TO OUR
DAUGHTER, PAMELA. FURTHER, HE IS A TOTAL
FATHER TO OUR GRANDCHILDREN, LEVI, ALEX, DANIEL,
LIVIA AND SARAH.

JACK HAS ALWAYS SHOWN LOVE AND COMPASSION
TO HIS ENTIRE FAMILY ... HIS PARENTS, HIS SIBLINGS,
HIS NIECES AND NEPHEWS BY ALWAYS BEING THERE
TO AID AND ASSIST.

ALSO, HE CONTINUES TO BE TRUE TO HIS
RELIGIOUS BELIEFS.

I TRUST YOU WILL GIVE HIM EVERY CONSIDERATION
IN YOUR PENDING DECISIONS. THANKING YOU
IN ADVANCE.

YOURS TRULY,

Thomas G Olsen

THOMAS G OLSEN

The Honorable Paul C. Huck

U.S. District Judge

James Lawrence King Federal Justice Building

99 N.E. 4th Street, Suite 1067

Miami, Florida   33132


Your Honor,

I write today pleading with you that when sentencing Mr. Jack Abramoff you take into consideration the countless people he has helped, the numerous institutions he has supported and most importantly his family for whom he is their anchor.

 I met Mr. Abramoff while serving as the Principal of Eshkol Academy, a small private school Jack founded after recognizing the needs of our growing community. As part of the administrative team I had the opportunity meet with Mr. Abramoff and his family on countless occasions. My wife often reminds me how after many of our meeting I would call home to marvel at how while Mr. Abramoff was obviously such a busy man his focal point was clearly his family. In a society where teenagers rarely turn to their parents for advice and are often embarrassed by them, Levi (his oldest son) cherishes his fathers input in his life. In fact his relationship with father is so tangibly special that many of his friends, often lacking guidance at home seek counsel from Mr. Abramoff. Mr. Abramoff's commitment to his family demonstrates itself through his involvement in all aspect of the family's life.

He was involved in many different ventures and yet has always found time for our school. There was not a time during the day or night I could not reach Mr. Abramoff regarding a school issue. The amount of time, effort and especially the personal sacrifices he made for the school is truly astounding. When I approached Mr. Abramoff with a boarding problem hoping to brainstorm for a solution he promptly opened his own home and housed more then a half dozen teenagers for two full years. During that course of

Mar 22 06 02:22p    Beth Tfiloh    Up School                    p.2

time he served as a full father figure to those students. He showed the love and support, friendship and discipline when necessary. He afforded those students a quality education, one that most of them might not have had if not for his benevolence.

I recognize that Mr. Abramoff has made mistakes and that he is obligated to make good for those decisions. However I also recognize that it will be his family, his wife and his five beautiful children who will suffer most. I fear most for his young impressionable children having to grow up without a father.

Thank you for taking the time to read this letter and please do all you can to ease the pain of family who already have been dragged through so much.

With respect

Rabbi Yehuda Oratz

Dr. Jason Illya Orenstein

March 15, 2006

The Honorable Paul C. Huck
U.S. District Judge
James Lawrence King Federal Justice Building
99 N.E. 4th Street, Suite 1067
Miami, FL 33132

Dear Judge Huck,

My name is Dr. Orenstein and I am a 37-year-old veterinarian.  I am writing your Honor today to tell you about Jack Abramoff and his family.  I have known of Jack for years.  He has always been a very highly respected member of our community.  He has given generously to charities, showed concern for local Jewish education, and participated actively in the leadership of a nearby synagogue.  I finally had the opportunity to meet him, and his family, when they joined our synagogue a little over a year ago.  I quickly befriended his sons, talk to his wife often, and take care of his three dogs.  I have always found Jack to be a quiet man.  He appears very different than the caricatures of him in the news.  He always seems more concerned about how others are doing than with his own problems.  He is very knowledgeable about religion and it is a pleasure to hear him lead services for the holidays.  He has five, beautiful children who love him dearly.  His three sons are usually close by his side.  His son Levi is in college, plays in a band, and is studying filmmaking.  His twin daughters are a little shy, very quiet, and well mannered.  His wife, Pam, works at a Jewish school.  A year ago my wife almost died during delivery.  Despite all of Jack's problems at the time, and the fact that we were just acquaintances, Pam brought food to our house and his daughters volunteered to baby-sit.

It is hard to have watched Jack's family over the past year because I have seen a change in how they act.  His daughters now seem to walk with their head held a little low.  I almost never hear them talk anymore.  His sons come to synagogue less frequently and are quick to leave after services.  They no longer seem to want to talk as they are frequently asked how their father is handling things.  His wife, Pam, has come to tears many times when she mentions that Jack might go to prison or when she mentions how her family is being hurt by the media.  When visiting their home one can almost feel the gloom that hovers above.

I understand that perhaps Jack did some things wrong.  I ask your honor to take into account that there are five innocent children and a loving wife that will be sentenced along with Jack.  For his families sake I hope that you will find it in your heart to be lenient in any decisions you make.

Sincerely,

Jason J. Orenstein DVM, MBA

March 21, 2006

The Honorable Paul C. Huck
U.S. District Judge
James Lawrence King Federal Justice Building
99 N.E. 4th Street, Suite 1067
Miami, FL 33132

Dear Judge Huck:

At the present time, I serve as the academic tutor for Livia Abramoff, the 12-year-old daughter of Mr. Jack Abramoff. Livia is a wonderful young girl who needs help with her school subjects at the Bais Yaakov School for Girls in Owings Mills, Maryland. My job is to help with her studies and alleviate some of the stress in her life, which, I am sure you understand, is considerable. She understands what is happening to her father and our job is to help her feel secure during these trying times.

I have never met Mr. Abramoff. Whatever he is facing, I know that his wife and children see him as a loving and caring husband and father. I am writing this to ask you to consider the child Livia and her twin Sara when you decide for how long they must be separated.

With respect,

Judith W. Oshry

Judith W. Oshry

March 20, 2006

The Honorable Paul C. Huck
U.S. District Judge
James Lawrence King Federal Justice Building
99 N.E. 4th Street, Suite 1067
Miami, Florida 33132

Dear Judge Huck:

My association with Jack has been one of a purely social nature. We met by chance while he was on an outing with his children when they were still quite young. It was a rainy day and my wife and I had an abundance of rain ponchos with us. We simply gave a handful of ponchos to the man with the kids. It turned out to be Jack and, as a result, we saw each other a few times a year over the next several years.

Although we have not been in contact for the past year, I have followed his travails through the media. The man I am reading about is not the man with whom I had an acquaintance.

The Jack Abramoff I know is the attentive father. I rarely saw him without his boys in tow. They appeared to be extremely close to their father and he a very proud and doting dad. I have wondered over the past year how his children are faring throughout this ordeal. It saddens me that they may be separated from him for a long period as they are becoming men, as well as his daughters just when they are becoming young women.

Whatever wrong Jack may have done, I do not see society being benefited by his serving a long sentence. With his determined and persistent nature, I believe he could dedicate himself to community service and be a valuable asset to whatever endeavor the court would choose. I believe the cruelest punishment for Jack has been the tarnishing of his reputation and the coming separation from his family. I hope you will take all aspects of this man into consideration during your sentencing.

Sincerely,

Theodore M. Pappas

Elie M. Pieprz

March 16, 2006

The Honorable Paul C. Huck
U.S. District Judge
c/o Christopher Man
Chadbourne & Parke, LLC
1200 New Hampshire Ave., NW
Washington, DC 20036

Your Honor:

The Jack Abramoff who I have been reading about in the newspapers for the past few years doesn't even resemble the Jack Abramoff who I have known for more than twenty years. Not only has he been a selfless friend toward me, but his actions with regard to his extended community have been extremely altruistic. And while one group of actions should not cancel out or excuse another group of actions, I would suggest that the shame and sheer horror of Jack's life over the past 18 months should be weighted heavily in calculating Jack's ultimate punishment.

Therefore, I think that it would be appropriate at this time, to share a number of stories with you so that you can get a better idea as to who the other Jack Abramoff is.

I first met Jack in synagogue in the early 80s. I was a teenager at the time, and I remember asking Jack to help me find a summer job that would augment my college application. After spending a good few weeks without success, Jack explained that the job market was pretty bleak. But not willing to let me down, he asked what specifically I wanted to gain out of the summer. (Mind you, I had probably not even had a conversation with Jack prior to my initial request, let alone any kind of relationship) After describing my ideal to him, Jack hesitated for maybe five seconds before announcing that he would hire me for a position that met those exact criteria. It was only later that I realized that Jack actually had no need for that position whatsoever, but he organized his business (to some extent) to accommodate my desire to impress college acceptance committees. Later on, Jack wrote a phenomenal college letter of recommendation for me that I have saved to this day.

My experience was so positive and Jack's treatment of me was so great that I volunteered to work for him on a part-time basis (as per my school schedule) during my senior year of high school. During the following summer, Jack was doing a tremendous amount of travel out of the country, but he scheduled two return trips back to the DC area during that summer to attend my high school graduation and then to see me off before I left the country to study abroad. And while Jack certainly was also visiting his family and