taking care of other business, he always had a unique way of making people feel special, a way that has stuck with me the last sixteen years.

Since then I moved to the West Coast and Jack has continued his philanthropic ways. Not only has he been an aggressive supporter of local charities, but he has established educational foundations and two new schools at considerable sacrifice of money, time and effort. These institutions have educated hundreds of children over the past few years. His charitable presence within the Jewish community will be felt for years to come. Yet, more important than all of those accomplishments are the fact that he has mentored countless other young "Elie's" with the same selflessness that he approached towards me.

There are many more stories that I can share with you, but instead of putting them down on paper, I am offering to travel from Seattle to your courtroom, to share with you those stories directly from my mouth. I don't know the procedure, but if there was some way that I could tell you about Jack in person, I think that it may have some affect. As you can tell I feel very passionate about sparing Jack as much time as possible away from his family and community, and even if I was able to salvage one day, it would be helpful. As the Jack that I knew was such an asset to our society. I don't believe that it is dead – in fact I know that he is alive, severely damaged and permanently scarred, but he is still alive.

Your honor, Jack is a broken man that is just a shell of the man that I knew for the past 20 years. Locking him up for an extended period of time could not possibly change Jack more than his public humiliation over the past 18 months. However, it will rob a loving wife and children of their husband and father. They too have suffered horribly over the past 18 months and I beg of you to consider their plight when finalizing Jack's.

I know that it is a lot to ask, as Jack has caused many people great harm and distress, but please consider the above, when sentencing Jack.

Respectfully,

Elie Pieprz

The Honorable Paul C. Huck
U.S. District Judge
James Lawrence King Federal Justice Building
99 N.E. 4th Street, Suite 1067
Miami, FL 33132

March 22, 2006

To the Honorable Paul C. Huck:

I am grateful for the opportunity to write regarding Jack Abramoff. My relationship with Jack Abramoff and his entire family began in 1997 when I was lucky enough to meet Jack at a Washington DC conference. In the almost ten years since I first made his acquaintance, Jack has regularly shown himself to be not only kind and generous but a thoughtful man dedicated to improving the world around him. I know this may sound incomprehensible compared to the picture that has been painted of him over the last couple years. However, I must beg your attention and allow me to explain my opinion through explicit examples and illustrations of a man and family who have helped hundreds and thousand of individuals.

Jack Abramoff is a passionate individual who throws himself into his interests. I believe it is this enthusiasm for his causes that helps define Jack. This single-mindedness has led to the position Jack is in now. However, this dedication to a cause has also enabled Jack to play a fantastic role in his community. When he was dissatisfied with the school his sons were attending Jack immediately joined the leadership of the school to try and rectify the situation. He didn't sit around and complain about the problem, he set out to fix it. Jack's goal was an education for his children that would teach them exemplary values, a sense of social responsibility, the ability to think critically and independently, and the opportunity to partake of exceptional extra-curricular activities. Jack didn't see education stopping at the schoolroom door. The entire world was a classroom and he believed children deserved the chance to learn from these varied environments. His point was simple yet profound: children learn in classrooms, on basketball courts, and at lunch. Let's make sure each of these settings is a moral and educational environment. The status quo didn't like his ideas or his pushiness. Accordingly, Jack started a new school. The Torah School of Washington DC now educates hundreds of children and is an integral part of the educational system for the Greater Washington DC Jewish community. Individuals who originally attacked him for being too pushy now send their children to his school. He did it at great personal expense: financially, socially, and with his time. No one has ever said 'thank you.' Jack never wanted or expected praise. He simply wanted to educate his children and help others do the same for their kids. He stepped aside to let others run the school and get the accolades. But the Torah School will always be the 'School that Jack Built.'

The same is true with his charity giving. It is required for a Jewish family to tithe: 10% of after-tax income is to be given to appropriate institutions and causes. Jack gave generously and with enthusiasm. His wife once remarked to me that Jack's favorite day of the year was the day when he wrote out all his donations. I must also add that MANY of these gifts were given anonymously. Jack gave with the sincere hope of improving other people's lives and circumstances. He was not looking for attention or honor. He just wanted to do the right thing and help others.

When I married one of Jack's friends, he welcomed me into his home and family literally with open arms. I still can picture him standing at his front door: arms spread, smile on his face, and the words "Welcome. Welcome. Please come in. Pam! Pam! They're here." He welcomed me. He welcomed my father. He welcomed my sister. He threw a party in our honor. Literally. He has never seen my father or sister again. He simply opened his home and heart to us because it was a chance to be kind and honor my husband.

I have seen Jack parent his children time and again. He offers them his time, his resources, his knowledge, his humor, and his caring. He sits with his twin daughters on his lap and plays with their hair. He calls them down for morning prayers on the Sabbath. Sometimes he has to call twice. He looks embarrassed and excuses himself to find them. Down come the boys, apologizing to me, to the Lord, and then with a mischievous smile they say "We just wanted to see if you could still make it up all those stairs Dad." This is a man who loves his children and whose children love him.

I was honored to visit him when the articles were coming out and he was being portrayed as a monster. Alone, I asked him how he was holding up. His only response was this: "It is so hard for Pam. She doesn't deserve this. She's trying to keep the family going same as usual. But the kids know something is wrong". Since then obviously both Jack and Pam have had to have many long talks with their children. But I don't hear Jack complaining. I hear Jack concerned for the impact on his family.

Finally, I would like to express to you the kindness I have seen him shower upon numerous friends and acquaintances. Jack wouldn't be generous in an ostentatious way. He and Pam would simply find a way to express their feelings in as clear and bighearted way as possible. They would send cards, flowers, gift baskets. He would buy expensive Jewish holy books which became priceless after he engraved them with thoughtful words of advice. He would buy a wedding gift that was not on the registry, but was always religious in nature and personalized. Why? He had the money supposedly to buy an expensive gift which I would know was expensive. Instead he put his personal time into it- making it clear to all that his personal best was wrapped with that box and bow.

I ask for Jack's sake, and Pam and the children's sake, that his good and generous and honest actions be taken into account when weighing all his activities. I believe that he should be shown mercy, as he has shown kindness. I believe he should be shown forgiveness, as he has shown generosity. I believe that he should be shown understanding, as he has shown compassion.

Thank you for your time and attention. I wish you the best with the difficult and important decision before you.

Humbly,

Judith Pieprz
Judith Pieprz

William Pieprz

March 19, 2006

The Honorable Paul C. Huck
U.S. District Judge
James Lawrence King Federal Justice Building
99 N.E. 4th Street, Suite 1067
Miami, Florida 33132J

Your Honor,

I am writing this letter on behalf of Jack Abramoff, whose sentencing is due to take place in your court. In particular, I am writing this letter to you because I believe that in the proceedings before you, you have become acquainted with only one aspect of Jack's character, but he has many other character traits that should be taken into consideration in his sentencing.

In the proceedings before you, you have heard evidence of his wrongdoings, and he has in fact plead guilty to a felony. It goes without saying that he must pay for his wrongdoing, but I believe that if you are aware of Jack - the total person - you will realize that his wrongdoing is an aberration of his true character. We (my wife and I) have known Jack and Pam for more than twenty years. He was a neighbor of ours .We knew him before he and Pam were married. We have known their children since they were born and we have watched them grow up in a loving family.

We know Jack to be a kind and generous person. We know Jack as a person who has given selflessly of his energy, of his time and of his resources to his community and to the schools in our community.

Jack was the president of one school, he founded and financed another school, and generously supported many other schools in the Washington area. The many schools with which he was associated provided both academic and sports opportunities for may young students who would otherwise not have been able to take advantage of such opportunities.

I've known Jack for a long while and believe that his recent wrongdoing resulted from an intoxication with success and a corruption by power. Having recently spoken to Jack, I sincerely believe that he has overcome this influence and that he is prepared to lead a law-abiding and honest life.

While he has been accused of using friendships and influence for improper purposes we also know that he used his friendships and influence to help and to benefit many people. He has helped numerous people, particularly young people get their first jobs and he has given advice to many on how to make the most of their abilities in a very difficult job market. He was a sounding board for many people trying to break into various fields. To my knowledge his advice has always been sound, appropriate and practical.

These aspects of Jack's character have not been mentioned in the court proceedings before you, but this - rather than his wrongdoing - is what defines Jack as a person and as a member of the community.

His trial and conviction in the press over a period of several years have subjected his wife and children - who are innocent of any wrongdoing - to unimaginable stress, agony and embarrassment. This alone is a significant punishment to a man like Jack, who has always been devoted to his family.

The wrongdoing of which he is accused and to which he plead guilty is not violence related. Putting him in prison is thus not necessary to protect society from his actions. His career and reputation has been destroyed his name has become synonymous with improper behavior. I do not see that significant jail time is in anyones best interest in the present case.

It is my hope that you can now see that Jack is deserving of the maximum leniency possible. It is my sincere hope that you can afford him such leniency so that he has a chance to rebuild his life and that of his wife and children as soon as possible.

If there is any further information that you need or if there is any other way that I can help you reach a decision, please feel free to contact me at

Sincerely,

William Pieprz

March 16, 2006

The Honorable Paul C. Huck, U.S. District Judge
James Lawrence King Federal Justice Building
99 N.E. 4th Street, Suite 1067
Miami, FL 33132

Dear Judge Huck,

We know Jack Abramoff and he is a fine person and integral member of the Silver Spring
Jewish community. Jack and his wife Pam are generous supporters of religious
institutions and religious schools here in the greater Washington, D.C. area.

Jack's generosity enabled our synagogue to make badly needed improvements and helped
fund a playground at our children's school in addition to helping the school in many other
ways. Particularly meaningful, was a donation made to our children's school in memory
of Jeff's father after he passed away in September. They are kind, thoughtful and
sensitive people.

Therefore, your honor, we ask that when you consider sentencing Jack, that you take into
account all the good he has done for this community to help make it a better place and see
him as not just a lobbyist, but as someone who matters to people in his community.

Sincerely,

Abby Pines

Jeffrey Pines

**Higa, Karen**

| | |
|---|---|
| **From:** | Man, Christopher |
| **Sent:** | Monday, March 20, 2006 8:58 PM |
| **To:** | 'jack@abramoff.com'; Higa, Karen |
| **Subject:** | FW: Letter to Jugde Huck on behalf of Mr. Abramoff |

-----Original Message-----
**From:** Arkady Pogostkin [mailto:arkpog@gmail.com]
**Sent:** Monday, March 20, 2006 8:57 PM
**To:** Man, Christopher
**Subject:** Letter to Jugde Huck on behalf of Mr. Abramoff

March 20, 2006

The Honorable Paul C. Huck, U.S. District Judge
James Lawrence King Federal Justice Building
99 N.E. 4th Street, Suite 1067
Miami, FL 33132

Your Honor,

Like many, I have followed the scandalous media accounts of the case involving Jack Abramoff. Unlike most, I have the honor to know Jack and his family personally. I urgently plea with you to consider all circumstances and be as lenient as the law allows in imposing your sentence in this case.

Many in our community know and respect Jack as someone who has been a direct benefactor to the Jewish community of the Washington DC area in general and especially to the Silver Spring community which the Abramoff family has made their home for many years. Many, if not most, local Jewish religious and educational organizations have been recipients of generous and much needed financial and organizational support from Jack and his wife Pam. From serving on the Board of Directors of the Torah School of Greater Washington to being a major supporter of local synagogues, to hosting visitors to the community in his home, Jack has had tremendous positive influence on countless number of people.

I have personally experienced the hospitality of the Abramoff home on more than one occasion. Both before and after I decided to make the Silver Spring community my home, I was often welcomed at Jack and Pam's table for Sabbath and Holiday meals. I have witnessed first-hand the warmth and affection towards their five children. I can only imagine the psychological and emotional trauma that the incarceration of their father would inflict on them.

I am far removed from the realities of the courtroom, yet I do know that the law places in your hands the power to impose the appropriate sentence based on all factors under your consideration. I hope that you do take all such factors into account and find ways to minimize the time Jack will have to spend away from his family and community.

3/21/2006

Respectfully yours,

Arkady Pogostkin

March 19, 2006

The Honorable Paul C. Huck, U.S. District Judge
James Lawrence King Federal Justice Building
99 N.E. 4th Street, Suite 1067
Miami, FL 33132

Your Honor,

     I wish to write to you on behalf of Jack Abramoff. I am a lifelong resident of the Washington DC area and have lived in Silver Spring, MD for the past 55 years. In fact, my parents were one of the first Jewish families to move into Silver Spring 55 years ago when I was a young child and I have seen the Jewish religious community grow from almost nothing to one of the most vibrant Jewish communities in the United States today. From this community, many accomplished Americans have emerged in many different disciplines. Leaders in science, engineering, medicine, law, information science, education, transportation, religion, philanthropy, etc have developed here and impacted for the better the entire nation. Jack Abramoff was an integral part of that evolution and did much both through his philanthropy and his diligent personal efforts to help develop our young into upstanding and productive Americans. It is a shame that his numerous good deeds and actions that have benefited our community and the nation as a whole are now clouded by not only his admission to certain crimes but also the nasty innuendos that are spoken about him on the radio, TV and in the newspapers. Many of these statements are false and libelous and have the impact of destroying much of the good that Jack has done in the Washington, DC area as well as throughout the country.

     Many in our community have benefited by Jack's philanthropy and have been able to give of our time to bettering our community and the nation. I spent 34 years in Federal service where I retired as the Chief Scientist for Information Technology at the FAA in 2004. Others in our community have had similar distinguished careers in the Federal Government, Local Government, industry and the educational sphere and have benefited from Jack's efforts for improving our community and have allowed us to put our efforts not only into our jobs but our philanthropy and other community endeavors. If it wasn't for Jack and people like him, we would not have had such a good school system that allowed us to continue to work in this area as we wanted the best education for our children as well as for ourselves. Jack's efforts in education and other cultural endeavors were significant and impacted not only the local community but also the nation at large. Last week I spoke with my former secretary and some of my former staff, all of whom are not Jewish, and they all bemoaned the fact that some of Jack's initiatives are now closed and they cannot benefit from them as they had in the past. These include his wonderful restaurants and his generous philanthropy.

     I understand that Jack is cooperating with the Government in their continuing investigations. Due to his cooperation and also due to the significant good deeds that he

had done in the past to develop our community, I plead with you to be lenient with him. He has been shamed and ostracized by the very people in high positions that he worked diligently with. His name has become an anathema within the Talk-Radio community, yet his many good deeds that far outnumber the crimes that he has been accused of and has admitted to, are now forgotten.

Jack has a wonderful family that have been severely impacted by his admission of guilt as well as the numerous innuendos and terribly false statements about him that I hear and read so often in the press. His wife, Pam, just as Jack was a person who gave of herself to help and comfort people in our community and outside when they were in need. His children took great pride in their parents who were major pillars in the community and who did so much good for so many. This has now all been destroyed by his actions, but he is working with the Government to assist in their on-going investigations. I hope that you will take his past good deeds that have benefited our community and the nation and his on-going assistance to the Government into account when you sentence him. His name, that was so well regarded just a short time ago for all the good that he had done, is now besmirched. He has lost his livelihood and history will forever remember him in a very negative way. He has been severely punished already. I therefore implore you to be as lenient as possible when you sentence him, so that he can return to society and his family and start anew in doing good deeds as he had done in the past.

Respectfully,

Marshall R. Potter

Sigla Potter

March 19, 20006

The Honorable Paul C. Huck, U.S. District Judge
James Lawrence King Federal Justice Building
99 N.E. 4th Street, Suite 1067
Miami, FL 33132

Your Honorable Judge Huck:

I am writing to you on behalf of Mr. Jack Abramoff, who will be standing in front of you for sentencing in the coming days. I would like to let the Judge know of a side of Mr. Abramoff that may not have been highlighted during the past months of his and his family's public ordeal.

Mr. Jack Abramoff and his wife, Mrs. Pam Abramoff, have been an integral part of our community in Silver Spring, MD ever since they moved in. They are known by all as a family involved in all areas of communal life, from synagogues, to schools, to Jewish funeral practices, as well as to many other charitable causes. Wherever they saw a need, whether organizational or individual, they were at the forefront of trying to resolve the problem.

For example: The Abramoff family always had an open home to many guests who were always treated graciously and made comfortable by the Abramoffs unassuming manner. In addition to Sabbaths and holidays, the Abramoffs also hosted "new bride and groom" dinner parties, which are another facet of the giving character of Jewish life in our community. In addition, Mr. Jack Abramoff was one of Southeast Hebrew Congregation's regular prayer leaders and enhanced many a Sabbath morning program.

Mrs. Pam Abramoff volunteered at one of the Jewish day schools and was known for her gentle, understanding approach to the children. In addition, she was one of an elite group of volunteers who undertook the difficult task of preparing deceased women for a proper Jewish funeral. Although a very dignified and true act of lovingkindness to the deceased, this is, obviously, not a joyful ritual. Whoever volunteers for this task needs to take time away from her family in the evening, often without much prior notice. Therefore, it is hard to find qualified volunteers to participate in this vital task. Mrs. Pam Abramoff understood all this and stepped right up to do her part in this essential component of Jewish communal life. Everything Mrs. Abramoff does is in a modest manner, without fanfare and with concern only that she is of proper service.

The Abramoffs are devoted parents to their children, aware of each child's individual personality and needs, and ready to help each child meet his/her personal

challenge on the way to developing into well-rounded human beings. Their children are normal, likeable kids, who merely want to live with their parents in a community where they feel comfortable and appreciated, to do their best in school, and to grow to become responsible, contributing adults.

I, therefore, implore you, Honorable Judge Huck, to take this letter into consideration when you sentence Mr. Jack Abramoff. Please look into the whole character of the man and to his and his wife's many contributions to very worthwhile social causes in my community. Please take into account his family and how much they have already suffered with their name plastered all over the newspapers and how they will continue to suffer with their husband/father so far away from them, and in jail. When you do that, Honorable Judge Huck, I hope you will then decide use all your mercy when deciding Mr. Abramoff's sentence.

Thank you for taking the time to read this letter.

Sincerely,

Sigla Potter

March 12, 2006

The Honorable Paul C. Huck
U.S. District Judge
James Lawrence King Federal Justice Building
99 N.E. 4th Street, Suite 1067
Miami, FL 33132

### SUBJECT: JACK ABRAMOFF

Dear Judge,

We have read, with much sadness, that the Court is soon to impose its sentence upon Jack
Abramoff. At a time when the Court is faced with considering the competing dictates of
justice and mercy, we wish, as friends of Jack Abramoff, to weigh in on the side of mercy by
bringing to the Court's attention some factors we hope it will consider in sentencing.

My wife and I have known Jack Abramoff and his family for more than 3 years, both at the
height of his professional success and in his current difficulties. My wife has taught 2 of the
Abramoffs' 5 children for several years as their high school teacher. My wife's school,
Weinberg Academy in Baltimore, serves high school boys with special educational needs.
The boys are close to their father, and his absence from home, as these emotionally
vulnerable boys continue to mature and require his support and guidance, is certain to be
devastating to the Abramoff family. We cannot even begin to think of the effect which Jack's
incarceration is likely to have upon the Abramoffs' 2 middle school-age daughters.

We have found Jack to be a very kind, generous man. Without any requirement to do so, he
donated substantial sums of money to various charities, including to the Weinberg Academy.
He is a very committed father to his 5 children, and husband to his wife, Pam. Although we
understand that justice requires the Court to impose some sentence upon Jack, we truly hope
that the Court will, as much as possible, consider how much Jack's wife and children need his
presence to support and guide them, and what the likely effects upon his family will be if he
is incarcerated for many years. We hope that the Court will consider Jack's many wonderful
qualities when considering an appropriate sentence under all the circumstances.

Sincerely,

James G. Prince, Esq.
Barbie Prince

Douglas S. Rabin, MD

March 13, 2006

The Honorable Paul C. Huck
U.S. District Judge,
James Lawrence King Federal Justice Building
99 N.E. 4th Street, Suite 1067
Miami, FL 33132

Dear Judge Huck,

My wife and I write on behalf of our friend and coreligionist, Jack Abramoff.

We were neighbors in Silver Spring in the 1990s and spent many a Sabbath with Jack and his family. My wife and I both write on his behalf hoping that furthering your insight vis-à-vis Jack will help temper the severity of his sentencing.

Jack is an extremely kind and good hearted individual. He is a dedicated father and has worked very hard to create a home committed to religious observance and to the ideals that support religious Judaism. He always has given generously to charities and to schools and has supported many needy individuals.

The Jewish religion is fully consonant with the idea that man is fallible and that mistakes can and will be made. Yet, it also firmly believes that man can atone for those mistakes and the sins caused. Jack Abramoff is someone we firmly believe faced very difficult issues financially, morally, and ultimately ethically. He was caught in a web of continuing performance and financial strain, that led to judgment that we believe the media has grossly overplayed. Yet, underneath the fanfare, the failed deals, and the extraordinary embarrassment, Jack is still a God fearing man who finally was able to admit that he was in over his head and unable to rectify his errors without his admission and his plea to atone.

Knowing Jack these years, we feel that if, in your heart, you recognize what we know about him, then you will see this man as a committed father and husband, as a chastened observant Jew ultimately responsible to his Maker, and a man who seeks desperately to atone. We believe that your mercy in his sentencing will aid Jack and his family in their recovery and we firmly believe he once again can be a credit to our society.

Thank you for your kindness in reading this. Please do not hesitate to contact us should you have any questions.

Sincerely yours,

Douglas S. Rabin, MD
Vivian Steir Rabin

Michael Reches

March 20, 2006

The Honorable Paul C. Huck
U.S. District Judge
James Lawrence King Federal Justice Building
99 N.E. 4th Street, Suite 1067
Miami, Florida 33132

Your Honor,

My name is Michael Reches and I was the Headmaster of Jack Abramoff's Jewish school, Eshkol Academy. While Mr. Abramoff and I had our differences and I eventually left my position, I felt compelled to write you on his behalf.

I had the opportunity to be with Mr. Abramoff in many venues and was touched by his commitment with and involvement in his family. Although he was constantly busy, he always put his family first, whether taking calls from them at any time, leaving whatever he was doing to be with them, or providing support for his wife and children in a variety of ways both with his money and personal efforts. His children were his focal point and his wife looked to him for guidance and direction. It never ceased to amaze me the way he treated his wife with tremendous respect, sensitivity, and sincere love and caring.

His commitment to the school which he founded amazed me: not just the tremendous amount of financial support to keep it going, but the endless amount of personal time he gave on a daily basis to make sure that all the students (not just his children) were given the best Jewish and General education possible. The administration met with him on a weekly basis to discuss the status and needs of the school. I cannot remember one time where he said "we cannot do this." If there was something the school needed, he made it happen. Because of his generosity, more than 40 students experienced an educational experience that they would have never had the opportunity to experience in their lifetime.

I realize that Mr. Abramoff has made some terrible mistakes in his business affairs and I know that it is necessary for him to pay for those decisions. I also know, though, that his family will suffer greatly. His children who relied on him in so many ways will lose their

father. His wife who relied on his emotional and professional support will be left in a vacuum.

I am asking you to please take into consideration the Jack Abramoff who is a dedicated and loving Father and Husband, a tireless steward of philanthropic causes, and a man that beyond his fallibility has tried to reach out and help others. I have witnesses this time and time again with my own eyes.

I am grateful for anything you can do to alleviate the pain of Jack's family and those who he has impacted in immeasurably positive ways.

With respect,

Michael Reches

**Higa, Karen**

| | |
|---|---|
| **From:** | Man, Christopher |
| **Sent:** | Wednesday, March 22, 2006 4:13 PM |
| **To:** | Higa, Karen; 'jack@abramoff.com' |
| **Subject:** | FW: Jack abramof |

-----Original Message-----
From: Ira Reiz [mailto:ireiz@comcast.net]
Sent: Wednesday, March 22, 2006 4:14 PM
To: CMan@chadbourne.com.
Subject: Jack abramof


I am writing this letter to the judge presiding over jacks case to be lenient  with his
sentencing . Jack has a beautiful family that may never recover from his actions . His 3
sons & 2 daughter's will suffer from an extended sentence . His family plays a major role
in the jewish community , whether it is financial or in their kindness to the unfortunate
. I can only say good things about the abramof family. He may of made mistakes but thank
g-d the mistakes are only with money & not anything worse! Even the children in the
community are praying for mercy & leniency . Please do not let the next generation suffer.
Thank you, dr ira reiz & family

Ira Reiz

*Nava Rephun, M.S.W.*

The Honorable Paul C. Huck
U.S. District Judge
James Lawrence King Federal Justice Building
99 N.E. 4th Street, Suite 1067
Miami, Florida 33132J

March 16, 2006

Dear Judge Huck,

I am writing in behalf of Jack Abramoff, who will soon be sentenced by your court.

I feel it is important for you to know that Mr. Abramoff has done many good things in his life, and that the wrongdoing that has brought him to your court is not the whole man.

Mr. Abramoff is a man who understands the importance of family and community and helping others in distress. He has been very generous with money and time in helping others whose fortunes were not so good, and has helped several individuals and families (that I know of, there were probably many more) get back on their feet when their luck was down. He has done so modestly, without publicizing his kindness, and without wanting anything in return.

He knows the importance of a strong, loving family, and has strived to be a good husband to his wife Pam and a good father to his children. I knew his family when they resided in Woodside, a neighborhood in Silver Spring, Maryland. And I have always been impressed by his sincere commitment to family and community and his desire to help others.

Please, Judge Huck, please have this in mind when sentencing Mr. Abramoff. He sincerely regrets his wrongdoing and is truly remorseful. His family has suffered tremendously in the wake of Mr. Abramoff's wrongdoing, and if there is any hope for this family to survive and stay cohesive, much will depend on your sentence.

Sincerely yours,

*Nava Rephun*

Adam M. Rishe

March 13, 2006

The Honorable Paul C. Huck
U.S. District Judge
James Lawrence King Federal Justice Building
99 N.E. 4th Street, Suite 1067
Miami, FL 33132

Your Honor:

With the deepest respect for the process and the judicial system, and the process your honor is currently engaged in regarding Jack Abramoff, I would respectfully submit the following note.

I have known Jack Abramoff and his family for more than twenty five years. He moved into my community in Silver Spring many years ago. Although I have since left, I have remained in contact with Jack and his family and have always considered him a good and true friend. I watched as he built his lovely family and career. His life seemed ideal in many ways. Now all that has changed, and I understand that he has taken some seriously wrong turns. It is hard, or impossible, for me to reconcile the Jack I know to the one that I see splashed all over the newspapers and media. I am not writing in an attempt to do that, nor am I presumptuous enough to have an opinion on what has transpired. I am not acquainted personally with what transpired. My entire knowledge of those events has come through media accounts.

I can, however, speak from very personal knowledge of Jack, Pam and their wonderful family. With their children, Jack and Pam have become a part of the orthodox community in Silver Spring and Baltimore, where I now live. It is hard for me to describe what I think the impact of Jack being away for them would be. It would be no less than tragic. Without a father, this family, which regardless of Jack's action, has suffered so much already, would be thrust into an extremely difficult situation.

I know Jack, and I know that he can put things right. He has so much energy and determination. There must be a way for him to repay his "debt to society" without a long absence from his family. There must be a way for him to transform the energy he used to head in the wrong direction, into energy to head in the right direction and help people. He may have made some serious errors, but I know him, and at his core he is a trustworthy and honorable man. There must be a way utilize these traits positively, rather than locking them away.

I appeal to you as someone who is knowledgeable of the family and of Jack as a close friend, to allow this family to remain together, and allow Jack to fix what he has done in a positive way.

Most Sincerely,

Adam M. Rishe

**YOUNG AMERICA'S**
F O U N D A T I O N

NATIONAL HEADQUARTERS
F.M. Kirby Freedom Center

May 17, 2006

REAGAN RANCH

The Honorable Paul Huck
U.S. District Judge
James Lawrence King Federal Justice Building
99 N.E. 4th Street, Suite 1067
Miami, Florida 33132

Dear Judge Huck:

Ron Robinson
*President*
Floyd Brown
*Executive Director*
Alex X. Mooney
*Executive Director of
National Journalism Center*

BOARD OF DIRECTORS
Ron Robinson
*President*
Ronald Pearson
*Vice President*
Frank Donatelli, Esq.
*Secretary/Treasurer*
T. Kenneth Cribb, Jr., Esq.
Kate Obenshain Griffin
Thomas L. Phillips
James B. Taylor
Wayne Thorburn, Ph.D.
Kirby Wilbur

REAGAN RANCH
BOARD OF GOVERNORS
Frank Donatelli
*Chairman*
William P. Clark
*Co-Chairman*
Edwin Meese
*Co-Chairman*
Norma Zimdahl
*Executive Committee Member*
Royce and Kitte Baker
John Barletta
Dr. Suzanne Becker
Jefts G. Beede
Lisa Buestrin
Robert Cummins
Becky Norton Dunlop
Robert Giuffra, Jr.
Eric and Nicole Hoplin
Marty Irving
Harold Knapheide
James V. Lacy
L.E. McClelland
Al and Bette Moore
Governor Bill Owens
Doug and Pat Perry
Thomas L. Phillips
Robert Ruhe
Fred and Ruth Sacher
Lee Shannon
Russell D. Sibert
Bernadette Casey and Owen Smith
Theodore Smyth
Caspar Weinberger

There is a herd mentality in Washington that seems to ensure that when public opinion turns against you, you and all your friends will be trampled. I write to you today because I am proud to say that I worked closely with Jack Abramoff before the herd turned.

Jack Abramoff was either chairman, or about to be chairman, of the College Republican National Committee when I met him in the early 1980s. No one in the nation did more to encourage young people to be involved in public affairs than Jack did. He was relentlessly encouraging, always upbeat, and certainly inspirational. Our nation is well served, to this day, by the positive impact Jack had on so many young Americans.

I know of no one who knew Jack at that time who failed to be impacted by his deep religious faith. I would like to find the exact words, doubt that I am able, but although it was not a showy faith, it was obviously an important part of his life. Perhaps there came a time in Jack's life when his convictions became disarming to those around him, but I believe far more young people were positively influenced by his principles and spirituality.

I worked with Jack while he was chairman of the College Republicans, and we worked together in a broad coalition of Left-to-Center-to-Right groups called the United States Youth Council. The USYC sent young leaders overseas in youth exchanges our country was required to participate in under various treaties. Again, Jack helped other young people participate. He almost always, perhaps always, stepped aside for others.

Jack championed unpopular underdogs. These unsung heroes included Angolan Freedom Fighters, young men fighting to free Afghanistan from the Soviet invasion and Nicaraguans who lost their human rights when the Sandanistas seized power.

Your honor, I have known Jack for more than two decades. While my children are now college age, I can say that Jack Abramoff was one of the individuals in whom I would have entrusted the care of my children even though I am Catholic and Jack is not. I have thought about the question through the years, and there are only a handful of individuals I would have in that group.

I do not know all of Jack's business dealings, but what I do know of Jack Abramoff suggests to me that he is a good man whose life may have drifted from his highest ideals. I suspect that alone would be the most troubling to him and punishment of its own.

A prolonged prison sentence of Jack Abramoff will not enhance public safety. A rationale for any prison time might be that it sends some sort of message to the herd. However, I would ask you to reflect on the many young Americans Jack positively influenced throughout his two decades of activism. Their numbers are great, and Jack's positive influence on them was profound.

Respectfully submitted,

Ronald E. Robinson, Esq.

# Adam Rogers

Sunday, March 19, 2006

The Honorable Paul C. Huck
U.S. District Judge
James Lawrence King Federal Justice Building
99 N.E. 4th Street, Suite 1067
Miami, FL 33132

Dear Honarable Huck;

This letter is delivered to you on behalf of Jack Abramoff who will come before your court for sentencing on March 29th, 2006.  Mr. Abramoff has admitted to serious crimes, for which he will, no doubt, pay a price under the firm hand of justice.

In my view, however, Mr. Abramoff has been dealt the added blow of being demonized in the press to such an extent that it may be difficult to see beyond the 'caricature' portrayed in the many accounts that have been displayed across this nation's many headlines.  And while there may be many who turn away from him through fear or from a sense of self-preservation, it is important for the court to be made aware of the many significant and positive contributions that Mr. Abramoff makes to his community and the many people close to him.

Most significant, Mr. Abramoff is a deeply spiritual man, and a committed husband and father.  It has been my experience that, above all else, he is a religious man.  There are no circumstances under which he will fail to observe the rites and requirements of his Jewish faith.  He can also be counted on to attend to his family's needs.  On several occasions, he has been late for meetings because he has been driving one of his children to school, or soccer practice, etc.    It is clear to me that these are the things that matter most to him.

Mr. Abramoff has always given generously to the Temple and to many different charities and non-profit organizations.  And, in my dealings with him, he has always treated me and those that I know with deference and respect.  Mr. Abramoff is a man of deep conviction and it is my belief that he will emerge from this difficult time to use his considerable talents in the pursuit of a positive contribution to society.

I request, most respectfully, that you grant, Mr. Abramoff a degree of leniency in your sentencing.

Respectfully,

Adam Rogers



DANA ROHRABACHER
MEMBER OF CONGRESS
FORTY-SIXTH DISTRICT
CALIFORNIA

March 13, 2006

The Honorable Paul C. Huck
U.S. District Judge
James Lawrence King Federal Justice Building
99 N.E. 4th Street, Suite 1067
Miami, FL 33132

Dear Judge Huck:

As you consider Jack Abramoff's sentence, I would hope that more than his mistakes and illegal acts will be taken into consideration. Clearly he broke the law and must pay the price for his wrongdoing. However, over many years I've known a far different Jack than the profit seeking megalomaniac portrayed in the press.

Jack was a selfless patriot for most of the time I knew him. His first and foremost consideration was protecting America from its enemies. Only later did he cash in on the contacts he made from his idealistic endeavors. In an earlier life he was respected by me, and others who knew him, as a person who put principle over profit, someone who sincerely believed in the religion he professed and loved America, first and foremost. During the Cold War, he made his contribution at a young age. I worked in the Reagan White House in those days and can tell you that Jack's effort on behalf of those fighting Communist regimes was significant and appreciated.

Our country's history is replete with stories of patriots who later took the wrong path. Let us remember the good as well as the bad in these very real human beings who helped shape America. For those of us who knew a younger more idealistic Jack, who did many admirable things, we hope that the severity of his punishment will not prevent him from starting a new life with his wife and children after paying the price for his relatively recent misdeeds.

Sincerely,

Dana Rohrabacher
Member of Congress

NOT PRINTED OR MAILED AT GOVERNMENT EXPENSE

**STEVEN A. ROLEF**

ATTORNEY AT LAW

The Honorable Paul C. Huck,
United States District Judge
James Lawrence King Federal Justice Building
99 N.E. 44th Street
Suite 1067
Miami, Florida 33132

March 19, 2006

Dear Judge Huck:

I must confess that I have not previously had the occasion to write a letter such as this. I have known Jack Abramoff for nearly ten years and I strongly believe that it is important for your Honor to be aware that there is more to Jack than the caricature which has been so artfully created in the media.

Jack has always given freely and generously of his time and resources for the benefit of his community; and I truly believe that our community is a better place because of his involvement in it. Additionally, I have personally observed on numerous occasions what a supportive and caring husband he is to his wife, Pam, as well as an involved and loving father for each of his five children.

It is not my intention to in any way to trivialize the significance of the conduct which took place in this instance. However, I strongly feel that both justice and the community would be better served by allowing Jack to apply his significant talents to appropriate community service rather than by imposing a lengthy period of incarceration.

In closing, I would respectfully ask this Court to consider that no person should be judged solely on their mistakes or shortcomings. As I have noted above, Jack possesses many positive attributes which I hope you will duly consider in evaluating this case.

Respectfully submitted,

Steven A. Rolef



# DESI ROSENFIELD

March 17, 2006

The Honorable Paul C. Huck
United States District Judge
James Lawrence King Federal Justice Building
99 Northeast 4th Street, Suite 1067
Miami, FL 33132

To the Honorable Judge Huck:

The media have been very successful in painting a demonic picture of Jack Abramoff. While this picture has served their story, it has been extremely damaging to the whole character of Jack Abramoff who has an entirely different side to him that has not been revealed in the media. While I am not condoning the actions of Mr Abramoff, I implore you to take the other side of his character into account when sentencing.

Mr Abramoff gives passionately and generously. His help in the community was far reaching and he constantly looked for ways to make a positive impact. Many times, Mr Abramoff gave silently, without fanfare never expecting reciprocation. He cares about the Almighty and studies and prays daily. The fact that he has done wrong does not invalidate his religious beliefs. There is no perfect man in this world and as such I pray that his merits will not be invalidated by his misdeeds.

Mr Abramoff lost his moral compass and is deeply remorseful. I hear no blame only personal responsibility and a desire to make amends He shows no bitterness and is using this time for meaningful personal transformation. Mr Abramoff wants nothing more than to reengage in serving society. I believe he will come back strong and committed to living an upright life, a life of charity and goodness if you allow him the opportunity to do so.

I am aware of the awesomeness of your task and pray that you will find innovative ways to sentence Mr Abramoff that allows the goodness in him to prevail and return to society to make the positive impact that I sincerely believe he has the will and the capability to make.

Yours Respectfully and Sincerely,

Desi Rosenfield

The Honorable Paul C. Huck
U.S. District Judge
James Lawrence King Federal Justice Building
99 N.E. 4th Street, Suite 1067
Miami, FL 33132

March 14, 2006

Dear Judge Huck:

Some people probably think that Jack Abramoff deserves the most severe of penalties. It's not for me to pass judgment on Mr. Abramoff, but I would like to tell you a little about him from a time when I knew him well.

I was 22 when I met Jack in 1981. I worked on the staff of the College Republicans and he was soon to become my boss. He had performed astonishing work in organizing for President Reagan – in Massachusetts of all places!

Jack never saw a problem that couldn't be solved. He a powerful presence, a leader. He was inspirational to those of us getting our first taste of political activism. He was idealistic. He wanted to solve poverty and support human rights in Eastern Europe and the Middle East (he was distraught when Sadat was killed). He was kind and generous with everyone. To be honest, I hoped he would be the first Jewish US President. His talent was that great.

Jack's influence only increased my love of our country and respect for its institutions.

I do not know how Jack arrived at his current predicament. I do know that when we were friends, he was a great teacher – generous with his knowledge and insight.

As you weigh your decision in Jack's case, I hope you will find a way to make the most of his remorse – and especially his incredible talent.

Give him the chance to share his expertise in political organizing and activism with young Native Americans. They need precisely what he can uniquely offer. He could touch many lives and make a huge difference for a part of our society that we as a nation have failed for far too long.

Jack owes America quite a bit, for deeds done and for promises unkept. Please find a way to let him repay his friends and opponents alike in a positive way that will pay dividends in many lives.

Sincerely,

Barrett J. Rossie

ALLEN L. ROTHENT  RG
BARBARA ROTHENT  RG
WILLIAM R. SOLVIB   I
JOSEPH C. MURRAY
NEIL M. SHUKOVSKY
LORI F. ZEID
JEFFREY C. SCHWAR
STACY MELTZER RE  HALL
BETH ROTHENBERG  ALPERIN

*ALSO MEMBER NY AND D C    IR
*ALSO MEMBER NJ AND NY    I
*ALSO MEMBER NJ BAR
*ALSO MEMBER NY BAR

THE LAW FIRM OF
## ALLEN L. ROTHENBERG

JOSEPH S. GROSSMAN
OF COUNSEL

March 13, 2006

The Hono   ble Paul C. Huck
United Sta  es District Judge
James Lav  ence King Federal Justice Building
99 N.E. 4$^d$ Street, Suite 1067
Miami, FL  3132

    Re:   Jack Abramoff

Dear Judg  Huck:

    It is  with a heavy heart that I must plead for mercy for Mr. Jack Abramoff, and beg you not to extinguis  this shining light for the Jewish people. Mr. Abramoff has contributed greatly to the survival of   e Jewish people by establishing the Eshkol Academy in Maryland, a yeshiva (institution   r the study of Torah and Talmud) for boys who could not fulfill the standards and requirement  of mainstream yeshivas. Jewish survival is dependent on Jewish education. Mr. Abramoff, tl ough providing and promulgating Jewish education to those who may have otherwise been unable  o obtain it, no doubt has rescued many generations of Jews to come.

    Mr.   bramoff established kosher restaurants in Washington, DC, enabling the observers of kashrut (Jew  h dietary laws) to work in a secular society and easily obtain kosher food. I personally be  efited from Mr. Abramoff's providing kosher food, when after a significant Federal trial and a fa  day, I was able to obtain kosher food from Mr. Abramoff's restaurant prior to attending an  mportant dinner where kosher food was not available.

    Mr. A  ramoff was always generous with his time and advice to others, advising them as to how to estabL h a yeshiva. In fact, his advice was greatly helpful to my son-in-law, a rabbi who has establishc  an ongoing yeshiva in the Philadelphia area.

    My ex  eriences with Mr. Abramoff have only been positive. His talent and ability should not be quashc  for a protracted period of time. He has so much to offer, not only to the Jewish community, bu  to all people, and if given an opportunity, I am sure that he will fully repent any past misdeeds  d accomplish great and positive things for the benefit of his fellow man.

               Respectfully,

               Allen L. Rothenberg

ALR/amz

20 March 2006

The Honorable Paul C. Huck, U.S. District Judge
James Lawrence King Federal Justice Building
99 N.E. 4th Street, Suite 1067
Miami, Florida 33132

Dear Judge Huck:

I offer this letter in support of Mr. Jack Abramoff, who is to appear before you for sentencing on 29 March. I write these words in an attempt to convey a more complete picture of Mr. Abramoff, and the many charitable and kind deeds that he and his wife have undertaken throughout the past many years.

I have known Mr. Abramoff for over ten years. I first became acquainted with him when he and his wife undertook the monumental task of starting an elementary school for Jewish children. Both of my sons attended this institution. This school is now well established and very successful in the Washington, D.C. community. Subsequently, my wife and I became friendly with the Abramoff family.

Throughout the years, it became known to me the magnitude of Mr. Abramoff's generosity. He unhesitatingly gives of his talents, time, and financial resources to assist institutions of all kinds. His generosity is without compromise and with no preconditions. I happen to know that Mr. Abramoff is equally generous with assisting individuals who find themselves in unfortunate situations. His moral as well as financial support is done discreetly, with no desire for attention or publicity. This gentleman is a kind, generous person who has been able to help the community at large to undertake projects of many different types, and to assist individuals who find themselves in severe financial straits. All of this is done with a sense of purpose, with discretion, sympathy, and understanding.

I hope, Judge Huck, that you do not interpret these words as an attempt to diminish any wrongdoings that may have been committed by Mr. Abramoff. Mr. Abramoff may have exhibited some serious errors in judgement. People do make mistakes. My objective, rather, has been to illustrate, in spite of any violations of law, that Mr. Abramoff is a man of compassion and generosity who has exhibited in significant ways concern for the welfare of communal institutions as well as individuals. The intention of my letter has been only to acquaint you with a more complete picture of this individual, who has been repeatedly maligned by the press during the past several months.

<u>Jack Abramoff, p. 2</u>

Mr. Abramoff has the potential to gain insight from his past mistakes, to correct any wrongdoing, and to continue to make additional contributions to our society. My humble request, your Honor, is that the Court enables him to make amends in this way.

It is my hope that, when evaluating Mr. Abramoff and the case against him, you will take cognizance of him as a <u>complete</u> individual, and consider the myriad of benevolent actions that he has undertaken on behalf of others throughout the past many years.

Thank you for your kind consideration.

Yours truly,

Brian D. Rozen

March 20, 2006

The Honorable Paul C. Huck, U.S. District Judge
James Lawrence King Federal Justice Building
99 N.E. 4th Street, Suite 1067
Miami, FL 33132

To the Honorable Paul C. Huck:

My name is Charles Ruchelman.  I have known Jack Abramoff
and his family for almost ten years.  When you consider the
appropriate prison term for Jack, I would hope that you
consider the side of Jack that has not been portrayed in
the media.  The media prefers to focus on the negative and
all that we know to be true is what is set forth in the
plea agreement.

I can tell you what I know to be true about Jack.  Over the
years, Jack has contributed a great deal to our religious
and secular community in Silver Spring. Even more important
than his financial support, his vision, design,
organization, and actual implementation of educational and
religious institutions have fostered and developed
tremendous benefits to our community and Nation at large.
Who knows how great Jack's impact will be on our country,
as Jack has planted seeds in our educational institutions
that will be harvested for years to come?

My wife and I are direct beneficiaries of Jack's hard work
- as our children attend religious schools which Jack
helped to design and implement.  I was recently offered a
job in New York City but would not leave Silver Spring
because of this school.  Unlike so many of the schools
today, these schools stress character development; - traits
such as respecting our elders, teachers, and parents -
traits such as understanding that we have a role in our
global society as well as our local community; - traits
such as giving others the benefit of the doubt and not
being quick to judgment; - traits such as honesty; - traits
such as forgiveness.

In my mind Jack has and continues to represent these
important character traits and I hope that this Honorable
Court will treat Jack with these same fundamental values. I
am unsure of the details of the charges against Jack but I

understand that Jack has admitted acting improperly and now seeks forgiveness - both from our justice system and from our Creator.  I ask this Honorable Court to return Jack to his family and community as soon as possible and bestow on Jack the lightest sentence possible.  Our community and Nation need him.  He can best serve our community and Nation by being with us.  He has the drive, determination, and ability to serve our community and Nation.

Despite how the media portrays him, Jack has done great things for this world - and my children will demonstrate this when they take their place and find their role in our great Nation.

Very truly yours,

s/ Charles M. Ruchelman
Charles M. Ruchelman

 **Mendelson & Mendelson**
CERTIFIED PUBLIC ACCOUNTANTS A PROFESSIONAL CORPORATION

ERWIN L. MENDELSON, CPA
JEFFREY L. MENDELSON, CPA
MICHAEL J. PEARLSTEIN, CPA
BRAD L. MENDELSON, CPA, MST
LOUIS B. RUEBELMANN, CPA

DONNA G. GOLDENHORN, CPA
EDWARD C. CRAWFORD, CPA

March 20, 2006

The Honorable Paul C. Huck
U.S. District Judge
James Lawrence King Federal Justice Building
99 N.E. 4th Street, Suite 1067
Miami, Florida 33132

In re:  Jack A. Abramoff, Case No. 05-60204-CR-Huck

Dear Judge Huck:

I am writing to you concerning Mr. Jack A. Abramoff who will shortly be sentenced by you.

I have known Jack and his wife Pam, approximately two (2) years. I did not know Jack at the time these activities occurred.

I met Jack in my professional capacity as a Certified Public Accountant, having been hired by his legal counsel to assist him in preparing detailed financial disclosures for his creditors and preparing his personal income tax returns. Much of the information that was prepared has been provided to the Court in connection with the pre-sentencing investigation conducted by the Court.

Having read a number of news reports concerning Jack prior to my involvement with him, I was not exactly sure what type of individual I was getting involved with when I was first engaged to assist him and was prepared for the worst.

I was surprised to meet a kind and caring person who is a loving and devoted husband to a dedicated wife and father to five great kids. Jack is dedicated to his family and deeply observant of his Jewish faith. Jack's dedication is lovingly returned by his wife and kids and a long-term separation will be very difficult for all of them. It is hard for me to reconcile the person represented in the plea agreement and the public record to the person that I have so closely worked with and grown to like over these many months. I have not found Jack to be particularly sophisticated in financial matters and have often wondered how he ever got himself into the mess he is in.

MAR 20 2006  3:21 PM FR MENDELSON & MENDELSON9869675 TO                    P.02

The Honorable Paul C. Huck
Page 2

I believe Jack is a decent person with much to offer if allowed.  I ask that you take Jack's family, ability, creativity and his caring and nurturing nature into consideration in crafting his sentence so that his ability to perform public service is weighed more heavily in your deliberations.

Thank you for taking the time to read this letter.

Respectfully yours,

Louis B. Ruebelmann
Certified Public Accountant

** TOTAL PAGE.02 **

**Rush Associates**

March 1, 2005

His Honor Paul C. Huck
Judge – Federal Court
99 NE 4th Street
Miami, FL 33132

Dear Judge Huck:

The Jack Abramoff I know is not the Jack Abramoff reflected by the barrage of
newspapers across the country. While his pictures are featured on the front pages of
America's newspapers, the stories and cartoon images appear to be of a different
individual.

I have known Jack for well over forty years and his parents for some years longer. As a
child, Jack was an intelligent and personable individual, brought up in the fine tradition
of an American family by loving parents who taught him the basic values of life. As a
young adult, Jack went on through a college education, law school and apprenticeship.

He is a good man. He is a kind and decent son, family oriented, a loving husband and
father. From early on, his life has been filled with charitable endeavors, addressing
educational causes, needy people in help and various religious causes. Even under the
vicious assault by the Press and political entanglements he never waived in his civic
responsibility to the underprivileged, the poor, the less fortunate.

As bright as he may be, he was totally unprepared for the targeted thrust upon him by the
political world of Washington. He became the target of a coordinated attack and was
vulnerable to this assault. He became a pawn in a chess game and sacrificed accordingly.

As a result of the pressure thrust upon him, he has pleaded guilty to several charges and
because of the way the Federal sentencing in the United States has developed, he now
faces a number of years in Federal prison.

He is financially shattered! If incarcerated, his five innocent children and his loving wife,
will lose their father and husband during the most important years of their life and
development.

The world knows Jack Abramoff only from media with its negative cartoon images of
him. I know him as a loving father and husband, charitable individual with an impressive
education, a fine mind with capabilities that can be better served "in society" rather than
"in prison."

The purpose of this letter is to offer a glimpse at the other side of Jack Abramoff from one who has seen him mature from childhood to adolescence to manhood and recognizes his capabilities of continuing to serve society.

I understand that Jack is currently cooperating with Federal authorities.

I sincerely believe Jack Abramoff can best serve society by paying his debt to society by doing public service in some form.

I ask every consideration be given to Jack's ability to repay his debt to society through the continuation of his charitable work, community service, and the use of his considerable education and talent to help society in a multitude of ways, which will benefit society and not allow five children to lose their father and a loving wife her husband.

Thank you for indulging my thoughts.

Respectfully submitted,

Herman Rush

Howard W. Sabrin, Ph.D.

March 13, 2006

The Honorable Paul C. Huck
U.S. District Judge
James Lawrence King Federal Justice Building
99 N.E. 4th Street, Suite 1067
Miami, FL 33132

Dear Judge Huck,

I am writing to you in support of my friend Jack Abramoff, in the hope that my words and those of others will encourage you to show leniency toward him at the upcoming sentencing hearing. Jack has been a neighbor and close friend for ten years, and I feel that I know a side of him that is not reflected in the media frenzy of recent months.

I am reminded of Mark Antony's remark in Julius Caesar: "The evil that men do lives after them, the good is oft interred with their bones." Although Jack has been portrayed as an evil caricature, the reality of his persona is very different. He is a caring and generous man who has volunteered to help his community, both financially and through his own personal efforts, and has been very kind to individuals in need.

I would like to illustrate the latter point with just one example. I have a friend who has bravely overcome the limitations imposed by cerebral palsy, including hearing impairment, to be a productive citizen. His life has been difficult in other ways as well. His wife has emotional problems, and one of their two children is severely retarded and lives in a supervised home. My friend, with whom Jack is just casually acquainted, confided to me that he needed, but could not afford, a new hearing aid. His insurance would not cover the expense because the required device was of a new and experimental design. Jack was standing nearby and overheard our conversation. He contacted me later to say that he would cover the $2,500 cost of the hearing aid. His only stipulation was that the recipient not be told of the source of the donation. Appropriate arrangements were made and my friend received his improved hearing aid. If one judged Jack's character solely on his portrayal in the media, it would be difficult to imagine that Jack would make such a kind gesture to a casual acquaintance and would further insist on anonymity. Yet that is a truer reflection of Jack's character than the harsh, one-sided descriptions to which we have become accustomed. There are many other examples of Jack's generosity and kindness, but I feel that the story I just related is particularly representative of Jack's true nature.

Jack is a devoted family man who means the world to his wife and five children. I know them well, and I know the effect this ordeal has had on them. With this in mind, I most respectfully request that you do everything possible to minimize the time they will be without their husband and father.

In completing your difficult task of assessing Jack's character and determining a fair and appropriate sentence, I hope you will consider the good that Jack has accomplished and will do everything in your power to return him to his family and to a productive life.

Sincerely,

Howard W. Sabrin, Ph.D.

March 17, 2006


The Honorable Paul C. Huck, U.S. District Judge
James Lawrence King Federal Justice Building
99 N.E. 4th St., Suite 1067
Miami, FL 33132

Dear Judge Huck,

      I am writing to appeal to you to be lenient in your sentencing of Jack Abramoff. I do not know the facts regarding Mr. Abramoff's conduct that led to his guilty admission. But I want to share with you some of the good that I know he has done on behalf of the Jewish community here in the greater Washington, DC area. The Jewish community has flourished here over the last few decades, and Mr. Abramoff has contributed substantially to its success. While I do not know him well enough to know all that he has done, I do know that thousands of people have benefited from his generosity. He was a major benefactor of both elementary and high schools in our area. He gave generously of his time, in addition to his money. He similarly was a major benefactor of two synagogues in our area, and opened two kosher eating establishments. Unfortunately, due to his circumstances, the latter are no longer operational. Nevertheless, Mr. Abramoff made major contributions to the educational, spiritual, and material needs of our community. I can speak first hand about these efforts because my own family has benefited from them. I do not know Mr. Abramoff well enough to vouch for other of his good deeds, but I understand they are numerous.

      Again, I do not know the circumstances regarding Mr. Abramoff's conduct that has led to his sentencing, but appeal to you to reduce any punishment given in light of the tremendous positive contributions he made in the past, and could continue to make in the future to our community.

Sincerely,

Harold E. Saltzman, PhD

March 16, 2006

The Honorable Paul C. Huck
U.S. District Judge
James Lawrence King Federal Justice Building
99 N.E. 4th Street, Suite 1067
Miami, FL 33132

Dear Honorable Paul C. Huck,

Our family has known Jack and his wife Pam for fifteen years - - beginning when we first joined Woodside Synagogue. Back in 1994, when our headmaster was improperly fired from our private school, they were the ones were stepped up to form another school for this headmaster.

They organized meetings, funded the school, talked to parents, help set up a Board, found teachers to commit, and parents to work thereby laying the foundation for what is today a remarkable success story: The Torah School of Greater Washington. Jack was President of the school during the first crucial years and stayed on the Board afterwards. When my wife, was the Accountant for the school, she knew firsthand that there were countless times that without the Abramoff's financial support, the school would have floundered. Our four children attended the Torah School of Greater Washington.

Together they gave of themselves in multiple ways to give back to the community. We remember clearly when our children played on the same baseball teams together. Religious groups for children met in their home weekly. Their home had a swimming pool was open to all.

When their oldest son started at the Yeshiva of Greater Washington, Jack was the Board President. Again, not only did he give of his time, but his funds as well. Because of him, the school got a much needed face lift that was not in the budget.

Since they have moved to another community and our children have graduated, our paths do not cross as much as before. However, we are grateful for what Jack did on behalf of our family and the greater community.

Have mercy on him. He has young children. We know Jack. His repentance is sincere. As parents of four boys we cannot imagine his children growing up without both parents there for guidance and support.

Respectfully,

Richard & Jane Sassoon

The Honorable Paul C. Huck                                    March 20, 2006
U.S. District Judge
James Lawrence King Federal Justice Building
99 N.E. 4th Street, Suite 1067
Miami, FL 33132


Dear Honorable Paul C. Huck


We first met Jack Abramoff 20 years ago. He lived in a small house only a few blocks
from ours. We became immediate friends and still are to this day. Both Jack and his wife
Pam, helped us settle in our new community. We frequently had dinner at their house.
Although we did not share the same political views, Jack and Pam did not seem to mind
hearing our liberal views on social injustice.

When Jack was a movie producer he, on several occasions, would have a famous actor at
his house. He would give us a call and tell us to bring the children over to meet them.
Jack and Pam love children and we would watch  Jack and Pam parenting their children
and enjoying watch them grow.

His dedication to children showed up in other ways. He founded two schools, and was
president of a third.  Using his leadership skills Jack molded these institutions into great
centers of learning for both young and teenage children. He gave huge amounts of time
and energy to these schools with no financial reward.

We watched their family grow in size and when they had the birth of the twins we knew
that Jack and Pam were out of room in their small modest home. They moved to a larger
house 4 miles away. The distance did not keep them from keeping in touch with us.

I have seen Jack reach out to people looking to renew their faith and reestablish their
relationship with God.  Jack on several occasions worked as a volunteer with an
organization called Aish. Speaking at and leading religious services, Jack help provide
inspiration for hundreds of people in the Washington DC area.

When one of my sons got married, Jack and Pam gave a wonderful dinner party for
around 20 people. There Jack spoke about the important things in life, family, friendship
and above all trust in God. My wife and I were moved to tears by his sincerity and love.

Your Honor, there is so much goodness in Jack Abramoff that you can not possibly
observe it at a trial where everything is focused on what he did that was wrong. The Jack
Abramoff I know has always gone the "extra mile" to help people in need. He is one of

the most charitable people I know. He is extremely religious, yet does not push his religiosity on others.  There are many institutions in the Washington D.C. area that have his and Pam's name engraved upon a plaque as "founder".  Above all, he is a loving father of a large family. To his five children he is their role model and they love him dearly. This is the Jack Abramoff we have known for 20 years.

Your Honor, we beg you to have mercy on Jack, his repentance his sincere. We believe that there is so much more potential for Jack Abramoff to do more goodness in this world.

Sincerely Yours,

Jerry and Toby Saunders

Mar-17-06  16:39   From-WESTON COMMUNITIES

T-386  P.01/01  F-510

# HERBERT SCHAFFER

March 17, 2006

His Honor Paul C. Huck
Judge, Federal Court
99 NE 4th Street
Miami, Florida 33132

Dear Judge Huck:

I am a retired businessman and I have been heavily involved in charitable giving and activities for over 40 years. I live in Southern California and I have known the Abramoff family for over 30 years. I have known Jack Abramoff since he was a young man and watched his political career grow since he left high school. I personally do not have a political affiliation. However, my interest mainly relates to family, civic and charitable endeavors.

Along with many of my friends, we have become aware of Jack's problems, primarily from what we have seen and heard in the media and, quite frankly your Honor, it is extremely difficult to comprehend or to understand these articles that depict a young man that almost everyone I know in this community respects and admires. However, if Jack has made mistakes that require punishment, I would like to strongly suggest and propose that Jack be given the opportunity to repay any debt to society in a major dedicated public service fashion. His knowledge, talent and ability could become beneficial in many ways in serving our government and our citizens, charitable work and, in particular, young people. I can assure you that you would find numerous people who would share in this recommendation.

I personally know that Jack and his family have suffered greatly during these last several years. Their good name has been humiliated and made a symbol of all corruption in the system. Jack's reputation has been destroyed and he is unable to even explain to his family the reasons for the thousands of negative articles that have been written about him. His family has become the brunt of hundreds of attacks in the electronic media including late night comedians, talk shows, etc.

Your Honor, in this day and age when more than ever we need people to express what they did wrong and not only to ask for forgiveness, but to also be committed to showing others especially young people the right direction to take. Please give Jack that chance.

Sincerely,

Herbert Schaffer

March 14, 2006

The Honorable Judge Paul C. Huck
U. S. District Judge
James Lawrence King Federal Justice Building
99 N. E. 4th Street, Suite 1067
Miami, Florida 33132

Dear Honorable Judge Huck:

Human beings are often made up of contradictory elements. In my role as assistant
principal, religious guidance counselor and teacher at Yeshiva University High School in
Manhattan, I have come across much that is ambiguous about the human condition over
the past three decades.

Yet, despite my awareness of the potential for vast inconsistencies within us, I write
today on behalf of a unique individual whom I have known as uniformly good. That man
is Jack Abramoff.

The Jack Abramoff I have dealt with over the past decade is thoughtful, knowledgeable,
kind and considerate. His energies were always devoted to the other – to education for his
own and the community's children, for political and social causes that he believed were
for the benefit of this nation and of mankind as a whole. Despite his vast business and
political involvements, the center of his life was his family and the raising of his children.
He was and remains a man I admired and admire greatly.

In addition, he was a man who embraced and loved the simple joys of life deeply and
wished to share them with others. Typical example that I witnessed was his regular
hosting, free of charge, of large number of local boys, at professional hockey and
basketball games with his own tickets, sky box and the like. No one knew about or asked
him to do this. It was just Jack wanted to make some young men happy and solidify their
connection with their teachers and Rabbis who would inevitably also be invited to attend.

The high school which Jack envisioned, created and largely funded was the apple of his
eye and the fulfillment of his dreams. Not for Jack was any form of narcissistic self
indulgence. His thoughts and his ceaseless work were always for ideals and others.

I understand that Jack has made some mistakes of late. However, he is a man of great
talent and much giving and kindness. He is also the lynchpin of his family' existence. I
have no doubt that Jack could and would do so much more for so many if given the
chance to spend more productive years within the fabric of society. This is a man full of
talent, and a massive work ethic but, most significantly, full of love. I ask you, Honorable
Judge, to give him, us and his family the chance to continue to share in his potential.

Thank you for your kind consideration of this matter.

Sincerely,

*Mayer Schiller*

Rabbi Mayer Schiller

2

The Honorable Paul C. Huck
U.S. District Judge
James Lawrence King Federal Justice Building
99 N.E. 4 th Street , suite 1067
Miami, FL.   33132

3/15/2006

I understand that Jack Abramoff is scheduled to be sentenced on March 29 th. I would humbly ask the judge to reconsider the motion of the government and his attorneys to have his sentencing delayed until after he has completed his full cooperation with the government.

While Mr. Abramoff has pleaded guilty to some very serious charges, he has agreed to fully cooperate with the government and its investigation. He is attempting to do the right thing and is remorseful as to his past actions. He has a loving family, a devoted wife, and has young children who love their dad for the good father he is. He has many friends and acquaintances who regard him as a good friend. Mr. Abramoff has done many good things in his life and his past is much more than a lobbying career that went terribly wrong. For that and for his actions in that area he has true regret. We must also recognize his many good deeds in helping others, being a good family man and productive community person over those same years. Tragically Mr. Abramoff led two lives, a very flawed and reckless professional life but on the other hand his personal life was dedicated to helping others, helping the community with many good deeds: Hopefully now he can reform his past professional life with help of his family and friends, his religious orientation and with help from God. At this point we need to pray for him and his family and ask the court for mercy. Allowing him to cooperate with the government and helping with the government's investigation is in the best interest of all. Mr. Abramoff clearly understands that and we ask the judge to hold off as to his sentencing and his punishment until the investigation is completed. Delaying his sentencing will not harm anyone at this point, and will allow Mr. Abramoff and his family to better cope with the upcoming investigation and cooperation he has agreed to provide. This will be a difficult road for them.

Justice will be done and we ask that with that justice the court take into consideration the impact on his family, friends and community. Whatever compassion and leniency that you and the court can extend will help with returning Mr. Abramoff to his family as a devoted husband and loving father and to society and community as a reformed productive citizen.

We sincerely appreciate the judges understanding, mercy and consideration.

Eli W. Schlossberg

March 26, 2006


The Honorable Paul C. Huck
U.S. District Judge
James Lawrence King Federal Justice Building
99 N.E. 4th Street, Suite 1067
Miami, FL 33132

The Honorable Paul C. Huck,

I am writing to you regarding the upcoming trial of Jack Abramoff in which you will be the judge. Two of Jack's daughters, Livia and Sarah, are students in my seventh grade science class at Bais Yaakov middle school in Baltimore, MD. When I think of the impact your decision will have on my dear students, I feel compelled to beseech you to keep these innocent children and their siblings in mind throughout the trial and especially when delivering your judgment.

It is no secret that the adolescent years are the most turbulent and the most defining in the future of an individual. In my role as a middle school teacher, I feel that I have joined in a partnership with the parents of my students to educate, mold and guide each child toward her potential. On numerous occasions there have been students in my classes who were not fortunate enough to be living in one home together with both of their parents. Often these sad situations are due to tragedies that are beyond anyone's control. The comfort, confidence and security that come from a warm, loving and complete home, have been snatched from these children, and they suffer immensely. Every one of these children suffers academically, emotionally and socially. This devastation is perhaps even greater within the Orthodox Jewish community where family life is given such great value.

This being said, I feel that I cannot sit by quietly when the potential exists for a happy family to be separated from one another by means that are in the control of knowing and compassionate human beings. I appeal to you to please remember my students and the impact that incarcerating their father would have on their present and their future.

Sincerely,

*Mrs. SB. Segal*

Mrs. Shaina B. Segal
Teacher, Bais Yaakov middle school

March 20, 2006

The Honorable Paul C. Huck
U.S. District Judge
James Lawrence King Federal Justice Building
99 N.E. 4th Street, Suite 1067
Miami, FL 33132

Dear Sir,

I am writing to you on behalf of Jack Abramoff, who I am pleased to say has been my friend since we first met each other in 1982. I understand the nature of the charges that have been made against Jack, but I am compelled to write you because the image of Jack that has been portrayed in the press is highly misleading.

Jack is a fine man who has accomplished many laudatory things in the course of both his private life as well as his professional career. Among other things, he is adored by his wife, a great father to his five kids, a good neighbor and a loyal friend. His resume puts mine to shame, and I am the CIO of a company here in the DC area.

I recently had the pleasure of spending an evening with Jack and his family at their home. At the dinner table, Jack engaged his sons in a spirited debate on the merits of evolution vs. intelligent design, in a discussion of the US Civil War, and in a discussion about aspects of their religion. I watched, fascinated, thinking that this was a model of how family dinners should be, and sadly are not in this day and age. His sons were polite and well spoken, and demonstrated a high degree of intelligent, logical reasoning in the course of their discussion; these traits are shared by his daughters as well. It is my opinion that the reason for this is due to excellent parenting not only on his wife's behalf, but on Jack's also.

Jack has been a loyal friend to me over the years. Years ago I was in between jobs and in a period where a great deal of belt-tightening was necessary on my part. In spite of my best efforts I came up short. Without thinking Jack offered his assistance, and it got me through the tightest period. I later repaid him, but I have always remembered his generosity of spirit.

Jack has always been a hard worker, and an asset to the community at large. I know that he has worked long hours to make a good living for his family, and his work schedule was one that would have killed me. More than once he had to miss much-desired time with his wife, Pam, and his kids because he had to meet his professional obligations to a client who was depending on him. In spite of what has been written in the press, Jack did also do good work for many of his clients, and I hope that you will please take note of this.

Jack's career as a lobbyist is likely over, but he still has skills that can be productively used elsewhere. Any length of time he is incarcerated is likely to be a period of hardship

not only for his wife, but also for his children, who are due to start going to college within a couple of years. They had nothing to do with any of the current situation, and I hope that you will take that into consideration when weighing any penalties for Jack. I am proud to call him my friend, and I would trust him with my life, my bank account, and those of anyone in my family.

Very truly yours,

William B. Severe

William B. Severe

Sunday, March 26, 2006

The Honorable Paul C. Huck. U.S. District Judge
James Lawrence King Federal Justice Building
99 N.E. 4th St., Suite 1067
Miami, FL 33132

Dear Judge Huck,

I have known the Abramoff family since I joined the White Oak community eight years ago. They welcomed my family in a warm unassuming way, inviting us to their home and to share in their children's accomplishments.

I am non political and can only address those areas which show Jack as a caring father and husband and a good citizen of his community. Jack's family has demonstrated a wide range of interests and ceaseless energy in making his White Oak community a better place for all of us to live, work and go to school. Jack has a great deal of charisma and a confidence in others that encourages us to perform to our best. He has demonstrated a special interest in kids with learning disabilities. I would hate to see his talents go to waste locked away in jail.

Our community has many areas needing improvement; maybe there is some alternative sentence where Jack could help improve the lives of our children and community.

Thank you very much for considering all sides of this matter so that all will benefit from the lessons learned.

Sincerely yours

Brent Sharf
Assistant Director of Pharmacy Service
Bon Secours Health System, Baltimore

March 17, 2006

The Honorable Paul C. Huck
U.S. District Judge
James Lawrence King Federal Justice Building
99 N.E. 4th Street, Suite 1067
Miami, FL 33132

Dear Judge Huck,

I am writing this letter on behalf of Mr. Jack Abramoff, whom I understand will be present for sentencing in your Court very shortly.

Having known the Abramoff family for about 10 years, I have witnessed, both first hand and through others, the great love, caring and devotion that he exudes for his family and community. His top priority has and always will be the well-being of his wife, children, relatives, friends and the communities in which he has resided.

Any period of separation from his loved ones will, undoubtedly, be extremely difficult for him to bear and for his family to accept. I ask the Court to please take into account not only the tremendous pain, suffering and humiliation this man and his family have endured to date, especially through our national media coverage, but also how much grief, torment and anguish he and his family will have to undergo through any possible period of incarceration.

In light of the above, I would respectfully request Mr. Abramoff be granted consideration for alternative forms of imprisonment, such as a suspended sentence, assignments to community and public service, probation, and/or home confinement, thereby enabling him to make positive contributions to society at large.

Mr. Abramoff and his family are experiencing a nightmare of incalculable proportions. Imprisonment would only make it that just more unbearable.

Thank you very much for your consideration.

Very respectfully,

Ellen Shames