David Sidransky, M.D.
*Director*
Joseph Califano, M.D.
Patrick Ha, M.D.
Yung Kim, Ph.D.
Wayne Koch, M.D.
Chul-So Moon, M.D.
Edward Ratovitski, M.D.
Barry Trink, Ph.D.
William Westra, M.D.

**Division of Head and Neck Cancer Research**
Department of Otolaryngology
Johns Hopkins Cancer Research Building II



JOHNS HOPKINS
M E D I C I N E

The Honorable Paul C. Huck
U.S. District Judge
James Lawrence King Federal Justice Building
99 N.E. 4th Street, Suite 1067
Miami, FL 33132

March 15, 2006

Dear Sir,

It saddens me to write a letter on behalf of a dear, valued friend, Mr. Jack Abramoff, at this difficult time as you weigh an appropriate sentence in his case. Yet, I feel compelled to present a different picture of Jack from that relentlessly portrayed in the media.

I have known Jack since our college days at Brandeis University, when we roomed together and were active in campus activities.
He was always a caring, compassionate individual with boundless energy and infectious enthusiasm. He used all of his spare time to participate in worthwhile political and community programs and was often the leader in both advocating and helping the less fortunate. He was a pillar of the communal Jewish life in college, and helped immeasurably to organize and maintain its infrastructure and success.

As a successful attorney in the Washington Dc area, he was soon recognized as a devoted hard working lay leader and philanthropist in countless organizations. Often a leader in communal gifts, he rallied others to help contribute and support many important organizations and causes. He established and supported a dynamic private school with a unique blend of excellence in academics and sportsmanship. He invited and hosted countless individuals and representatives of needy causes to his home and community. He thus became a trusted and essential part of the greater DC community.

As sentencing draws near, I would like you to consider how much Jack has contributed back to his community. I can not help but think that his focused desire to accomplish great things and succeed eventually led him astray.

However, Jack has many positive attributes and a dynamic personality and can continue to contribute to his community and many worthwhile causes. Time spent away from his family and community will be irreplaceable, perhaps his sentence can be commuted or reduced in lieu of community service.

Jack has so much to offer, I know that if he is given leniency, he will refocus his efforts to help his community, and all those around him.


Sincerely,


David Sidransky MD
Professor of Oncology, Otolaryngology, and Genetics
Director, Head and Neck Cancer Research

The Honorable Paul C. Huck

U.S. District Judge

James Lawrence King Federal Justice Building

99 N.E. 4th street, Suite 1067

Miami, FL 33132J

To the Honorable Paul C. Huck,

    Five and half years ago my family of seven people needed a place to stay for a few nights. I called Mrs. Abramoff, who I only knew casually, and without hesitation she opened her home to us. The Abramoff family's hospitality meant a great deal to us. I called them because I knew they were gracious and generous.

                                 Sincerely,


                                 Audrey Siegel

March 15. 2006

The Honorable Paul C. Huck
U.S. District Judge
James Lawrence King Federal Justice Building
99 N.E. 4th Street, Suite 1067
Miami, FL 33132J

Dear Judge Huck,

I am writing to you to have kindness and mercy in your heart when you consider the sentencing of Jack Abramoff. I know that he has done many illegal deeds, and there is no excuse or justification for those deeds. He has admitted them, and has admitted harming others who depended upon his counsel and guidance. However, I turn to you as a member of his community outside of Washington DC, to tell you some of the good that he has done as well. Perhaps your knowing of the good he has done for the community will help soften your heart a bit. Perhaps you will reduce his sentence, once you know another aspect of Jack Abramoff.

Mr. Abramoff has often helped young people by being open to counseling them on job opportunities, and professional direction. He has spent countless hours and considerable amounts of his money to create a parochial elementary school and a high school. When he saw that his children needed special schooling he at first home- schooled them. He obviously thought that perhaps other families may also benefit from his needs, and rather than just serve his own family, he opened his largesse to others, and created 2 schools *ab initio*! He was also the president of another high school, and was tremendously helpful to that student body as well. Finally, when Mr. Abramoff saw that there was no kosher restaurant in Washington DC, he opened one – at considerable cost to himself, yet at a great service and benefit to the hundreds of people who come to Washington as sightseers and business people. In fact, I believe one of the last events held there was a surprise 25th anniversary party that my children arranged for my husband and myself. Friends and family came from near and far and were able to have a wonderful kosher dining experience thanks to Mr. Abramoff ( otherwise the party would have had to be in a pizza place!)

Mr Abramoff is the father of 5 children, and a loving and doting husband. This has been a tremendously difficult time for them, as you can imagine. Having your father and husband branded the worse kind of criminal in the public press, to have him pilloried with such vicious glee in the public domain must be excruciating for his innocent family. Please have sympathy for them as well.

Finally, I am sure that Mr.Abramoff has learned his lesson the very hard way. He has done much good in his life, has always worked for the public good. He has used his considerable talents for others. and not only for himself.He was certainly misdirected in many instances, but whenever he could do good, he did. There are many ways to earn a living, and when ever he did earn he always gave back to his community and tried to help others. Please consider this as well, when you sentence him.

Sincerely yours,

Barbara Lehmann Siegel
( originally from Miami Beach, Florida!)

# MEDICAL FACULTY ASSOCIATES

## THE GEORGE WASHINGTON UNIVERSITY

March 18, 2006

The Honorable Paul C. Huck, U.S. District Judge
James Lawrence King Federal Justice Building
99 N.E. 4th Street, Suite 1067
Miami, FL 33132

Dear Judge Huck,

Re: Jack Abramoff

     I am writing on behalf of my friend and patient, Jack Abramoff. During the past months, the media has portrayed Mr. Abramoff in an entirely negative light, totally ignoring the tremendous amount of good he has done for his community. Over the years, he has supported three schools, founding two of them. My children were educated in two of the schools. I served on the Board of the Yeshiva of Greater Washington with Mr. Abramoff and witnessed his commitment to excellence and his attempts to bring about significant improvements in the school.

     In addition, Mr. Abramoff has done many acts of individually charity, supporting families in need, providing money for education and supplying housing when needed. He, and his wife Pam, have been integral parts of our community. They regularly participate in community events as well as open their home to guests and celebrations. Indeed, when my oldest son got married, Pam and Jack hosted a traditional, celebratory dinner in their honor. He cares deeply about his family and is a good husband and father.

     I hope that these things will be taken into consideration as a sentence is determined. Mr. Abromoff's absence will be felt keenly by our entire community. I can only imagine the effect on his wife and children.

Sincerely,

Paul A. Silver, M.D., F.A.C.P.
Associate Professor of Medicine
Assistant Director
Division of General Internal Medicine

Michael and Beth Singer

March 16, 2006

The Honorable Paul C. Huck, U.S. District Judge
James Lawrence King Federal Justice Building
99 N.E. 4th Street, Suite 1067
Miami, FL 33132

Dear Judge Huck:

We are writing to you in regard to Jack Abramoff, who we understand is due to be sentenced soon.

We are a family of modest means, and we wanted to give our son, Aryeh, and our daughter Shira, a value-filled Jewish education, but had little money to meet the tuition costs of day school, let alone even being able to pay our utility bills. Only through Jack Abramoff's generosity to the community and to the schools, we were able to send our son to the Torah School of Greater Washington, and our daughter to the Olameinu school, because of the funds he made available for scholarships.

In addition, Jack's wife, Pam, was the volunteer aide in our son's elementary school class. Many times our son had difficulty focussing on and/or understanding lessons in class. However, with Pam's gentle, encouraging guidance and tutoring, he stayed on track. He was very fond of her, and she motivated him to work hard and not give up. We very greatly appreciate the treasure that she proved to be. Every time we have spoken with her throughout the years, she has always been kind, positive and helpful.

For some months, we (and a couple of other families) participated together in a carpool with the Abramoffs when our kids were in the same school. Despite their political and business commitments, they held up their share of the carpool duties as equal partners with the rest of us.

Also, when my son was in the Boy Scouts (Troop 613), Jack kindly asked his restaurant staff to assemble sandwiches for the troop's annual fundraiser, and charged only for the cost of the food.

Several months ago, a friend of my daughter came over for lunch, along with one of Jack and Pam's sons (Levy). We were very impressed by how nice and modest a young man he is.

We know that Jack has helped countless other families. His philanthropy has enabled many families to give their children a religious education when they could have otherwise never afforded it. The children of these families are decent, hard-working, good kids who have grown up and become good, decent and hard-working citizens. This is no small measure due to the value-filled education that they received due to Jack's generous contributions to the schools, and we are very grateful for his and Pam's help.

Sincerely,

Beth E. Singer

Michael M. Singer

March 15, 2006


Honorable Paul C. Huck, U.S. District Judge
James Lawrence King Federal Justice Building
99 N.E. 4th Street, Suite 1067
Miami, Florida  33132

Your Honor:

**As someone who has known Mr. Abramoff and his family personally for the past ten years, I am writing to appeal to you for leniency in his sentencing.**

**Mr. Abramoff is no menace to society** and there is much more to him than his professional work and career.  Mr. Abramoff is an extremely charitable and philanthropic individual who has without reservation helped many friends, myself included, in times of financial need.  He has also been very charitable to schools, Synagogues, and other community organizations. Mr. Abramoff is a man who has spent much of his life helping others, although this significant side of his personality and life have somehow escaped the scrutiny of the press.

On a more personal note, **please also consider the tremendous suffering that he, his wife, and his five children have already endured during this investigation and legal process.**

Finally, and perhaps most importantly, **the goal of stripping Mr. Abramoff of his power has already been achieved.**  Looking ahead, his prospects for employment are now greatly limited and his career has in many ways been shattered.  Furthering the suffering of Mr. Abramoff and his family by subjecting him to a long period of incarceration would therefore not only be unnecessary, but would also serve no constructive purpose.  I therefore implore you on his behalf to apply the maximum leniency possible when he stands before you for sentencing.

I sincerely thank you for your consideration.


Respectfully,

Hyam Singer

The Honorable Paul C Huck, U.S. District Judge
James Lawrence King Federal Justice Building
99 N.E. 4th Street, Suite 1067


Your Honor,

Jack Abramoff is a decent human being. He is a charitable, compassionate family man.
He has many positive qualities and is an accomplished person. Surely an alternative to
incarceration could be found that would make good use of his talents. I implore you to
see the whole person and not only the sensationalized version depicted in the media.

Sincerely,

Naomi Singer



# Young Israel
### Ezras Israel of Potomac

The Honorable Paul C. Huck
U.S. District Judge
James Lawrence King Federal Building
99 N.E. 4th Street, Suite 1067
Miami, FL 33132

March 19, 2006

Dear Judge Huck:

I humbly request that Your Honor exercise compassion in imposing sentence upon Mr. Jack Abramoff. Please know I mean no disrespect in writing this letter. I am a Rabbi of an Orthodox Jewish Congregation Potomac and claim no expertise with respect to the American legal system. I write to simply bring to Your Honor's attention personal observations and a compelling anecdote of which you are unaware.

I have known the Abramoff family since I moved to the Greater Washington area in the summer of 1991. While Jack and I are not close personal friends, I have had innumerable interactions with him and his family by virtue of the fact that my wife and Mrs. Abramoff are friends and my 14 year old son and Jack's son, Daniel, were close friends for several years. They frequently slept over one another's house, worked on school projects together, and confided in one another the way good friends do. I can personally attest to the fact that Jack is a devoted, loving and involved husband and father. His family, in turn reciprocates that love, and is very connected to him. It is my opinion that his incarceration will engender severe and unintended negative consequences regarding the emotional, spiritual, and physical well being of his children.

This brings me to my second point. It can be argued, compellingly perhaps, that Jack should have thought about these things before he committed any crime. That he didn't, indeed, indicates poor judgment on his part. Since that time, however, Jack has done what any decent man would do when confronted with past mistakes: (1) he has admitted to, taken responsibility for, and sincerely regrets those mistakes; (2) he has endeavored to make financial restitution to any and all injured parties and (3) has fully cooperated with the government's efforts to get to the "bottom" of this situation.

However, there is another, more painful, dimension to this penitence. Jack has suffered abject humiliation as a result of the publicity attendant to this case. He has been brought low in the eyes of the nation and worse has been humbled in the eyes of the small, closely knit Orthodox Jewish community, of which he is a part. It is hard to confront one's own weaknesses. That becomes a much heavier burden to bear when those weaknesses are a matter of public record. As a result, his lifelong business relationships have been irreparably damaged and his professional career has been reduced to rubble. It will never be rebuilt. Moreover, the Orthodox community has been wounded by recent events. As a result, it is hard for Jack to face his fellow co-religionists to whom he feels he has brought dishonor. Worse for him, he has hurt his beloved wife and children who have been reduced to objects of derision and pity.

*Yosef Singer, Rav*        *Arthur Bogner zt"l*        *Russ Chittum,  President*
                                             *Emeritus*

In short, Your Honor, Jack Abramoff has made mistakes, accepted full responsibility for them, and has suffered terribly as a result. What further benefit can be had, in terms of personal rehabilitation, from incarceration? And if Your Honor is concerned, rightly, about Jack's debt to society, then wouldn't the benefit to that society be infinitely greater if Jack were compelled to use his prestigious talents in the (community) service of that society instead of simply "serving time"?

Finally, Your Honor, I must admit to you why I have taken the time to write this letter. I am not a political ally of Jack either in terms of national politics or even the politics of the Orthodox community to which we both belong. And though, my appreciation to Jack for his generous contributions to the Torah School of Greater Washington (a Jewish day school that all my six children attended) would result in a letter, it would more business like and less impassioned than the present effort.

I write this letter because I am profoundly grateful to Jack for a simple act of kindness that he extended to me in a time of great personal distress. More importantly for present purposes, that kindness provides compelling insight into the fundamental goodness of Jack's heart.
My oldest son, Moshe, is a very sweet boy and a gifted athlete whose prowess on the baseball field was admired by all parents who came to watch their children play in the Wheaton Boys and Girls Club baseball league. Jack attended nearly all of his children's games and consequently knew my son. Inexplicably, in 2001, when Moshe was 12 years old, his vocal cords had a major spasm that resulted in his being intubated in the pediatric intensive care unit of Washington's Children's Hospital. His life was in danger and my wife and I were devastated at the prospect of losing our son. Word spread throughout the Jewish community and prayers were offered on his behalf. In the midst of this great darkness, I recall coming home from the hospital to eat and catch up on sleep. That's when Jack called. What gave me comfort was not the fact that he had taken the time to call in the midst of his very busy schedule – or even that he had offered me the use of his limousine to shuttle back and forth between home and hospital. What gave me comfort, Your Honor, was the sincerity of his concern for my son. He was clearly emotional and and his empathy and compassion afforded me a much needed opportunity to pour out my heart and tears to him.
Thank God, my son is well and the trauma of those days is a bad distant memory.
In truth, I probably will never understand the great Divine plan that caused my son to nearly lose his life. But Your Honor, if the events of the summer of 2001, in some small way, awaken your own compassion and allow for a loving father to spend more time with his beloved children - instead of in jail-, then, as far as my wife and I are concerned, all will have been for the good.

Sincerely,

Yosef Singer
Rabbi, Congregation Young Israel Ezras Israel of Potomac

Page 2

Christopher Man

Chadbourne & Parke, LLC

1200 New Hamshire Ave., NW

Washington, DC  20036

Dear Mr. Man,

I am writing this letter of support on behalf of Jack Abramoff. I know nothing about the particular details concerning his case but I wish to shed some light upon his character regardless.

Jack has been a stalwart member of our community. He has supported multiple institutions throughout the Jewish community, many of which would have had trouble existing were it not for Jack. His donations to the synagogue were not for the purpose of seeing his name on a plaque. They were for the nitty gritty and nuts and bolts that make the synagogue function. He enabled us to recarpet and refloor our main sanctuary; giving it the beauty and honor that was befitting it.

His involvement in my children's school, both financially and through his leadership skills have allowed it to be a respectable and sought after option for parents to consider. When Jack saw a need for another high school option he spearheaded, funded, and ran its daily operations during the time it existed.

Jack never walked around with his nose up and chest out. He took on responsibilities because he was proud to do so and he knew that he could accomplish what needed to be done.

Please let the honorable judge know that Jack is someone who has a very big heart.

The public only sees Jack as the one who is pleading guilty. They do not get to see Jack the father, the husband, and all of the wonderful accomplishments which he was solely responsible for.

Thank you,

Reuvane Slater

March 17, 2006

The Honorable Paul C. Huck
U.S. District Judge
James Lawrence King Federal Justice Building
99 N.E., 4th Street, Suite 1067
Miami, FL 33132

Dear Sir,

      I am aware that you will soon sentence Mr. Jack Abramoff for crimes to which he recently pleaded guilty. The media coverage of the events surrounding these crimes has been enormous and overwhelmingly negative. I am certainly not writing to you to rationalize or minimize Jack's actions but to offer a personal view of Jack that may help to put his sentencing in a more balanced perspective.

      Jack is a devoted and loving husband and father who has been a major supporter of multiple educational and charitable organizations both in the local Washington, D.C. area and beyond. He has consistently shown great generosity and sensitivity to the needs of his friends and other members of his community. He is a man who understands his wrongdoing and feels enormous regret. He is someone whose great compassion and energy can be redirected for the public good. As such, I respectfully ask of you to consider sentencing Jack to performing public service where he can productively pay back his debt to society, and not to years in jail. Jack is not a threat to society requiring long incarceration and the impact to his innocent family of extended jail time would be devastating. Surely, justice can be served in other ways.

      Sincerely,

      Clifford M. Snapper, M.D.

March 16, 2006

Via fax 202-318-3011
Via Fed Ex

Michele Snyder
P.O. Box 61510
Potomac, MD 20859

The Honorable Paul C. Huck
U.S. District Judge
James Lawrence King Federal Justice Building
99 N.E. 4th Street, Suite 1067
Miami, FL: 33132

Dear Judge Huck,

I am writing on behalf of Jack Abramoff. I have known Jack for a few years and have found him to be a compassionate man, with a kind heart.

He strives to be helpful and understanding with his fellow men in their needs. And I myself, have appreciated all of his kindness when my father passed away. He was there for my family and extended his support to my family in a very gentle manner.

I shared a dinner at his home with his wife and children and Jack seemed like an exceptional father to all of his children.

I can only stress that gentleness and kindness in Jack and hope that the future brings him also kindness and understanding as he has given the same to many people.

With sincere regards,

Michele Snyder

cc: Christopher Man
Chadbourne & Parke, LLC
1200 New Hampshire Ave., NW
Washington, DC 20036

March 18, 2006

The Honorable Paul C. Huck
U.S. District Judge
James Lawrence King Federal Justice Building
99 N.E. 4th Street, Suite 1067
Miami, FL 33132

Dear Honorable Huck,

This letter is a personal appeal on behalf of Jack Abramoff. We have sadly watched in amazement the very blatantly wrong media caricatures of Mr. Abramoff. We hope this letter provides you with the real view of a very kind and compassionate man. As you preside over Mr. Abramoff's case, we implore you to consider taking the most lenient recourse within your power. We have known Jack, and his family, for many years. Our family has personally been the beneficiaries of Jack's many acts of kindness.

Mr. Abramoff's kindheartedness is incredible. In the summer of 2000, we purchased a home near the Abramoff's. Unfortunately, the home sale transactions between our new home's sellers did not go smoothly. The transactions went so poorly, we were forced to place nearly our entire belongings into storage until the matter was resolved. With literally no possessions and home for several days, my family was in an absolute panic. Thankfully, the Abramoff's opened up their home to us until the matter was resolved. They hosted us like family, and cared not how long the incident took to resolve. This attitude is a hallmark of Mr. Abramoff.

The above occurrence was neither a random nor one-time act of kindness. Jack has always taken interest and concern in the needs of others. In another example, Jack took direct interest in one of our children who has a learning disability. Our son requires significant educational assistance to keep him mainstreamed. Several years ago, we were informed by several schools of their inability to provide acceptable accommodations for our son. When Jack learned of this, he personally became involved, helping us find a learning specialist that was willing to come into my son's school and act as an aid on his behalf.

Despite his busy work schedule, Jack has always been accessible and pleasant, never failing to respond when the need arose. We value our friendship with him and hope this letter will aid him as you determine the disposition of his case. Again Your Honor, we beseech you to deal with Jack with kindness and leniency. Jack lives a life of kindness and concern for others, and we hope you will greatly weigh this in your review of his case.

Please do not hesitate to contact us at                    if we can provide further information that will aid Mr. Abramoff.

Sincerely,

Ken and Sarah Sragg

The Honorable Paul C. Huck
c/o Christopher Man
Chadbourne & Parke, LLC
1200 New Hamshire Ave., NW
Washington, DC  20036

Dear Judge Huck,

I am writing on behalf of a man that I have known for many years - Jack Abramoff. I haven't had much to do with him in the last few years but my memories as a young child of him spending time with my family are vivid and happy ones. When he was producing his movies in Malaysia he would often spend the weekends with us in Los Angeles. I remember that my brother and I would excitedly ask my parents every week if Mr. Abramoff would be coming that week for Shabbat – the Jewish Sabbath. A day with Mr. Abramoff was sure to be a fun, happy, and interesting one. Our Friday night meals with him would last hours as he would regale us with stories of unique people he met and the funny things he had said and done. As the night would progress he would always remark how much he missed his family and begin to tell us funny - and sweet – episodes from his family life – the most famous ones being "Alex" stories (his second son is named Alex). It was evident to all what a devoted and loving father he was. I remember when he once brought his 2 eldest boys to visit for a few days and how excited he was to show them the sites of LA. He made sure to include my brothers and me in all activities and we boasted at school for days of the movie stars (at our age – Power Rangers...) we had seen and the tourist spots we had visited.

I wish that I had more memories to share with you. Unfortunately I was very young during the few years that Mr. Abramoff would visit with us. I don't think I was even 10 at the time. I can only try to share with you aspects of his personality that you probably are not aware of. Mr. Abramoff excelled at making all people laugh – whether old or young. He never talked down to us kids and always made us feel part of the adult conversation. He knew how to make every person feel special and unique.

I know that as a judge you have a job to do. But as a person – and maybe a husband and father yourself – please do whatever is possible to let Mr. Abramoff spend as little time away from his wife and children as possible. He is a good man – despite the fact that he has made some big mistakes. Please let him have more time before sentencing him.

Thank you,

Devorah Steinberg

**LAWRENCE S. STERN, ESQ.**

March 17, 2006

The Honorable Paul C. Huck
U.S. District Judge
James Lawrence King Federal Justice Building
99 North East 4th Street
Suite 1067
Miami, Florida 33132

      Re:   Jack Abramoff

Dear Mr. Huck:

      I am writing on behalf of Jack Abramoff. I have known Jack for over six years and I know him to be a very kind and caring person. He has done an enormous amount of charitable work and is a loving husband and father. He is one who would go to tremendous lengths to help a friend or someone in need and I hope that you will take these character traits into consideration in his sentencing.

                    Sincerely,

                    Lawrence S. Stern

**Robert Stuber**

March 14, 2006

The Honorable Paul C. Huck
U.S. District Judge
James Lawrence King Federal Justice Building
99 N.E. 4th Street, Suite 106
Miami, FL 33132

Dear Judge Huck:

In the days ahead you have a difficult decision to make. You will be determining the sentence to be given Jack Abramoff. I know you will not rush to judgment in this matter and appreciate the opportunity to tell you a little about the man I've known and called friend for more than 25 years.

If you and I were to believe the characterizations of Mr. Abramoff as presented in the media we would believe him to be a cold-hearted beast of a man who deserves to be locked up forever. It saddens me to see and hear such misrepresentations, but we live in a free country and the media has the right to print or broadcast just about anything they want without regard for issues that are far more complex to consider in 45 seconds, or three hundred words.

As you weigh Jack's sentence, I appreciate that you will consider my points:

+ + Jack is a devoted husband and father. A lengthy sentence for him would inflict suffering and pain on those who love him and count on him to head his household.

+ + Jack's incarceration will be a financial burden to the U.S. penal system and he has already paid a high price for his deeds. His good name has been ruined and his business shattered. Placing him in any prison is a tragic waste of a creative, energetic and innovative mind.

+ + By now it is apparent to most people that Jack is contrite, cooperating with law enforcement and not a risk of repeating what he has admitted to. His guilty plea required a lot more courage than an expensive multi-year legal battle.

+ + I am not an attorney (hence, my ability to be truly brief), but it seems that if ever there were a time for an alternative form of sentencing, this would be it. This is your opportunity to deliver a fair punishment that reflects numerous mitigating circumstances. I encourage you to consider sentencing him to an appropriate amount of valuable public service as an alternative to a lengthy, wasteful and destructive sentence in federal prison.

Thank you so much for your consideration of this plea.

Sincerely,

Robert Stuber

LAW OFFICES OF
# NEIL M. SUNKIN

March 15, 2006

The Honorable Paul C. Huck
U.S. District Judge
James Lawrence King Federal Justice Building
99 N.E. 4th Street, Suite 1067
Miami, FL 33132

      *Re:*   *Jack Abramoff*

Dear Judge Huck:

      This letter concerns the upcoming sentencing of Jack Abramoff.

      I have known Jack Abramoff for 25 years. I do not know Jack in a business context or through politics. We were freshman in college together, and we have remained friends for 25 years. The Jack I know is not the 'man in the black hat' portrayed in the media or in Senate committee hearings as a caricature or poster boy for lobbying reform.

      Jack Abramoff is a religious, spiritual, moral, caring, charitable, intelligent, studious, and loving person. Contrary to the media's portrayal of him, Jack was not in business solely to amass wealth and a personal fortune. From my conversations with Jack over the past 25 years, I can tell you that the things that Jack is most proud of and which matter most to him are his family, G-d, and charity.

      A personal story, which has stood out in my mind for 25 years, shows Jack to be a man vastly different from the media's portrayal of him. In 1979, while a sophomore in college, my father passed away prematurely at a young age. That was a devastating event in my life. By that time, I had lost most ties to my Jewish faith, and had forgotten how to read Hebrew or to pray. So that I could pray for my father, Jack made a tape recording for me of the Mourner's Kaddish, the prayer that Jews say for deceased relatives; and through that Jack taught me how to read Hebrew. During that year, Jack often helped me to pray for my father, going to services at an early hour of the morning for a year. Since that time, I have been able to pray, and have renewed my faith, largely due to Jack's assistance 25 years ago. Now and for 25 years, I have been able to pray during the Jewish Holidays, because of Jack's assistance 25 years ago.

      Jack assisted me and at least two other friends in building our self-confidence. Jack was a high school weight lifting champion, and played center on his High School

Honorable Paul C. Huck
March 15, 2006
Page 2

football team. In our freshman year of college, Jack encouraged me and two other students to undertake a weight-lifting program that helped us physically and emotionally. Jack encouraged us to maintain healthy bodies. In the mid to late seventies, when the use of marijuana and alcohol abuse was so prevalent among college students, Jack maintained his moral and religious convictions. He abhorred the use of drugs and alcohol, and while he encouraged his friends to refrain, he did not shun them. To my knowledge, Jack has never even experimented, let alone used, any drug or alcohol.

Over the years, Jack has provided sound advice on career issues and relationships. Jack's wise counsel stems from his deep and unwavering faith in G-d.

While portraying Jack as a monster, even the media has reported that Jack's need for money was not due to lavish spending on himself, but instead, was because he had given his money to charity. For example, Jack founded and funded a Yeshiva, which is a school for Jewish study. He organized a forum for the improvement of relations between Christians and Jews. He provided aid to Jewish settlers in Israel who were subject to terrorist attacks.

When I had visited Jack in Washington two and a half years ago, his house was filled with students attending the school that Jack was sponsoring. Five boys from the school were living in his home, so that they could attend the school. Jack founded the Yeshiva, as I understand, because generally, Yeshivas separate Jewish children from secular activities, and Jack wanted Jewish children to have a Jewish education, and to participate in secular activities.

When I visited Jack's home, he did not show me expensive audio and video equipment and other "toys" that are often the material rewards of great wealth. Instead, Jack was proud of his library, and the "shul" he made in his home where he, his family and members of his community could pray.

Jack and his wife Pamela have five children. Jack is a father like many fathers. He attends his children's sports activities. He takes his children on business trips with him, as do many fathers who want to spend more time with their children. Jack has raised his children to be honest, religious, intelligent, studious, and inquisitive young people. Like many fathers, Jack was concerned when one of his sons expressed interest in being a rock musician.

The events over the last two and half years have had a devastating impact on Jack's family. I could not possibly imagine the trauma to Jack's family and to his 12-year old daughter who, while traveling with Jack in Los Angeles when he was arrested by the FBI, was separated from her father, and put on a plane alone and sent back to Washington.

I had breakfast with Jack at his hotel the morning after his arrest for the crimes for which he was convicted in your Court. At that time, Jack expressed regret for a number of activities that ultimately led to the position in which he now finds himself both in your Court and in Washington. At the same time, Jack told me that his faith in G-d is keeping

Honorable Paul C. Huck
March 15, 2006
Page 3

him going.  Jack believes that what is happening to him is not the end of his life, but instead, that there must be a greater plan for him.

Jack has a love of literature, poetry, classical music, opera, and philosophy.  His leadership skills are extraordinary.  He graduated Magna Cum Laude from college.  He has expertise in film financing, as I understand he has lectured at the law school level on film finance.

Although Jack must be punished for the crimes for which he pled guilty convicted, incarcerating Jack will not be in the best interest of society.  Rather than removing Jack from society, he should be required to serve society.  Jack is uniquely qualified to assist our country in lobbying reform.  He could provide training, education, and coaching to young people on such matters as religion, literature, music appreciation, leadership skills, athletics, and many other topics.

Please consider the story of Jack Abramoff portrayed in this letter when you sentence him.

Very truly yours,

Neil M. Sunkin

Howard Szanzer

March 18, 2006

The Honorable Paul C. Huck
U.S. District Judge
James Lawrence King Federal Justice Building
99 N.E. 4th Street, Suite 1067
Miami, FL 33132

Dear Judge Huck:

I am writing regarding a beloved friend and mentor, Jack Abramoff. I have been informed that the date of his sentencing is to be March 29, 2006. Thus, I would like to plead for leniency on his behalf by writing a testimonial to his character and the impact his incarceration would have not just on his family, but the entire community.

I am originally from Silver Spring, Maryland. Jack has always been a dear neighbor and friend to my family. As a pre-adolescent child, my older brother and I would arise early in the mornings to attend an earlier *minyan* (prayer service). Jack would pray at the same *minyan* and voluntarily offered to study with us Jewish laws and ethics after the prayer services. It was during these early mornings that Jack would take precious time from his day to mentor two young boys. He would learn with us slowly and carefully and explain complicated concepts patiently and with great detail until all was clear to us.

When I was fifteen and sixteen years old, I had no concrete plans for the summer. Jack saw I was at loose ends and offered me a summer job. Jack's plan for me was manifold. He wanted me to be occupied, he wanted to provide me with valuable work experience, and he realized it would enable to me earn extra money. The time I spent with Jack was invaluable to me. He taught me to be responsible, ambitious, and creative. In addition, I have always been shy and reserved. I learned from Jack to be confident. He boosted my self-esteem, which in turn enabled me to speak publicly. The lessons he taught me have had a tremendous impact on my life that remain with me as an adult, husband, and father of three.

Jack has also made a tremendous impact on the Silver Spring community. He was largely involved in many fundamental aspects of our community. He served as president of the local *yeshivah* (school) and worked tirelessly to raise funds. He was involved with many Jewish adults who wanted to become more religious but needed someone to study with and explain Jewish laws to them. He frequently invited these

The Honorable Paul C. Huck
March 18, 2006
Page -2-

people to his home and became involved in their lives. He was an active member of our synagogue and worked on many local projects/ events. When he saw that the local yeshiva was unable to accommodate all kinds of learners, particularly as the community was growing rapidly, he opened up a new school and financed much of it from his own personal funds.

Jack and his family were always close to mine. He spent a lot of time with his children and our families frequently took trips together. His oldest son, Levi, is the same age as my youngest brother and the two were always close friends. During the times our families spent together, he demonstrated a caring, compassionate, and loving nature towards his family and friends. He also taught his children to be outwardly giving to others and to be sensitive to the needs of others.

Jack was an integral part of my life during my most formative years. The valuable lessons he taught me have remained with me. Though it grieves me that the writing of this letter is necessary, it is my honor to write on behalf of Jack. It is my hope that I can begin to give Your Honor an understanding of Jack's true character. It is my prayer that Your Honor finds it in his heart to grant him leniency. Not for Jack's sake. But for the sake of his family, friends, and his beloved community. I thank you for your attention to this matter.

Very truly yours,

Howard Szanzer

March 19, 2006

The Honorable Paul C. Huck, U.S. District Judge
James Lawrence King Federal Justice building
99 N.E. 4th Street, Suite 1067
Miami, Florida 33132

RE: Jack Abramoff

Over the past two years, I have become friends with Pam Abramoff. Through her, my
husband and I have gotten to know the family a lot better. Prior to that time, I did know
of them because they were very involved in the community where I live. They were
single-handedly instrumental in starting and sustaining a Jewish day school, a boy's high
school, and a kosher restaurant. They derived absolutely no financial benefit from almost
all of the institutions/organizations that they contributed their time and money to. Nor
did they seek public recognition for their efforts. And, unlike many people that are
wealthy, one did not see Jack's wife Pam wearing fancy jewels, furs, etc. As Orthodox
Jews, these are not things they aspired to owning.

More recently, as I have spent more time with them, they have gained my respect and
admiration. Pam Abramoff is an incredible role model for her five children, two of
whom have learning disabilities. However, the children, ranging from pre-teens to late
teens would suffer greatly at such a critical time in their lives if their father would be in
prison. He provides a good deal of the structure and discipline that they need. They look
up to him as a person whose hard work and efforts within the community brought about a
new awareness for a need for improvements. They saw how he made those changes
happen. He is constantly looking to see what his children's interests are and encourages
their development, guiding them to reach their goals. He does not allow his current
situation to give them any excuse to slack off. He is also very close with his parents. His
mother is now seriously ill and needs to be able to see and speak to him.

I do not have an opinion regarding his guilt or innocence. I only ask that the needs of his
family receive significant consideration when deciding on his sentencing. His time
serving would be much better spent out in the community, perhaps doing pro-bono work
for those who cannot afford legal services. One also only needs to read the area
newspapers to see that in a sense, he has been serving time already. Almost not a day
goes by that he isn't the subject of humiliation be it in the main section, style, or even the
food section of the Washington Post. His reputation has been ruined and he can no
longer work in his field. He rarely goes out, except for visits to his lawyers. Any time he
is seen, no matter how he looks or acts, he is fodder for the press. They, along with
numerous political figures, have made him the scapegoat for all lobbyists. He has never
been accused of a crime either. Therefore, it would seem as a "first timer", a request for
leniency might not be unreasonable. Thank you for your time and consideration.

*Ellen Taksel*
Ellen Taksel

March 20, 2006

The Honorable Paul C. Huck, U.S. District Judge
James Lawrence King Federal Justice Building
99 N.E. 4th Street, Suite 1067
Miami, FL 33132

RE:    Jack Abramoff

I feel compelled to write this letter to you to ask that you show some compassion for Jack Abramoff, someone who has been contemptibly demonized by the mass media. That he has committed some serious crimes is not in question; he has pled guilty to those charges. But he has been pilloried mercilessly in the print media. No individual, whether before or after being convicted, in recent history, has been accorded such treatment. I often wonder how he could have received a fair trial had he not pled guilty to the various charges. The net result is a poisoned atmosphere in which it would be difficult to believe that Jack has any redeeming qualities. I can attest to his charity and concern for others.

For several years I was the accountant at The Torah School of Greater Washington, which he helped establish back in 1997, I believe. When I was there in 2002 and 2003, the school ran consistent deficits; in one year, in fact, it was over $200,000. Jack pledged to match the pledges of all donors until the deficit was covered. In total, he contributed over $115,000. Today, The Torah School's finances are more solidly grounded. But Jack was the one who provided.the support when it was critically needed. I know anecdotally of other cases where Jack surreptitiously either paid the tuition for a needy family or financed summer camp for several handicapped children. Others who are better acquainted with Jack can, I'm sure, provide more impressive instances of his charity. My opinion is that Jack is a very intelligent, focused, hardworking, caring father, husband, and friend. He's very far from perfect but he's not the ogre The Washington Post makes him out to be. I sincerely hope your opinion will incorporate this picture of Jack with the one that came out in your courtroom.

Leon Taksel

03/16/06  THU 14:45 FAX                THC LEGAL                              002



**WILLIE TAN**

March 14, 2006

**Honorable Paul C. Huck**
United States District Judge
James Lawrence King
Federal Justice Building
99 N.E. 4th Street, Suite 1067
Miami, Florida 33132

Re:    <u>United States v. Jack Abramoff</u>

Dear Hon. Judge Huck:

By way of brief introduction, I am a United States citizen engaged in various international business enterprises. These business enterprises include apparel manufacturing, commercial airline operations, commercial fishing, hotels, shipping, insurance and movie theaters.

I understand that Jack Abramoff recently pled guilty to federal criminal charges and that he is scheduled to be sentenced in the District Court later this month. I am respectfully submitting this letter to you in an effort to shine some light on the character of Jack Abramoff is viewed from my perspective.

I have known Jack Abramoff for more than ten years. At first it was on a professional level, but over time, I have come to consider Jack to be a personal friend.

On a professional level, I have always found Jack Abramoff to be honest, loyal and extremely hard working. For example, he was relentless in successfully assisting the Commonwealth of the Northern Mariana Islands regarding various critical issues in Washington, D.C. despite tremendous political obstacles.

On a personal level, I had the opportunity to meet Jack Abramoff's family on several occasions. Based upon my personal observation, he is a dedicated father and family man. It is apparent that he deeply loves his wife and children. He is also a religious individual who routinely refused to engage in work on the Jewish Sabbath.

Thank you for taking the time to read my letter.

Respectfully,

Willie Tan

Gershom Tave

The Honorable Paul C. Huck, U.S. District Judge
James Lawrence King Federal Justice Building
99 N.E. 4th Street, Suite 1067
Miami, FL 33132

Re. Sentencing of Mr. Jack Abramoff

Dear honorable sir:

While I knew some time ago that charges had been brought against Mr. Abramoff,
I purposely avoided any information regarding their nature.  Whatever
illegality Mr. Abramoff has apparently confessed to committing, it has nothing
to do with nor any bearing on my relationship with or my picture of the man.
It is this picture, of which His Honor could not be familiar, that I wish to
share.

Until three years ago, I taught in a school that Mr. Abramoff established
single-handedly to fill a need and a vision that he and others perceived and
that only he could bring to reality.  Despite his very busy schedule, Mr.
Abramoff donated not only great sums of money to this institution but a great
deal of his time.  I met with him personally on more than one occasion at his
home to discuss school issues.

This school existed in a community among other schools and a synagogue which
have benefited enormously from Mr. Abramoff's charity.

Also to be noted is the Abramoff family's boundless kindness and warmth, not
only to my family and other guests, but also to at least six individuals
during my stay in the community who were in need of housing who found care and
shelter under their roof.

I stress that Mr. Abramoff's guilt or innocence is a non-issue to me.  I only
ask that whatever decision is to be made as to his fate should weigh and
reflect the enormous kindness and charity that he has shown to his community.

Sincerely,

Rabbi Gershom Tave

**Higa, Karen**

_____

| | |
|---|---|
| **From:** | Man, Christopher |
| **Sent:** | Tuesday, March 21, 2006 3:20 PM |
| **To:** | Higa, Karen |
| **Subject:** | FW: Jack Abramoff |

-----Original Message-----
**From:** esti teitelbaum
**Sent:** Tuesday, March 21, 2006 3:16 PM
**To:** Man, Christopher
**Subject:** Jack Abramoff

The Honorable Paul C. Huck, U.S. District Judge
James Lawrence King Federal Justice Building
99 E. 4th St. Suite 1067
Miami, Fla. 33132

To the Honorable Judge Huck,

I am writing regarding the upcoming sentencing of Jack Abramoff, a friend and neighbor of ours for many years. I am hoping that I may convey to you another side of the man we know, a drastically different picture than the greedy, selfish man depicted by the media.

We know Jack for about twenty years, and have been the recepient both personally, and communally, of his generousity and many kindnesses. He has shown tremendous dedication and concern to so many individuals and institutions within our community. I served as PTA president of my children's school while Jack served as its president, and I was continually amazed by his seemingly boundless enthusiasm and the enormous amount of energy he devoted to its success. He gave so magnanimously, not only of his resources, but especially of his time and efforts, to every facet of the school's existence.

Jack did the same for many other of our local organizations, schools, synagogues and institutions. The amount of causes with which he involved himself was truly remarkable, and attests to the sense of responsibility he has towards the community. His generousity with so many individuals reflects the care and commitment he feels for others.

We, along with many others, have personally benefited also from the gracious hospitality that Jack and his wife Pam have shown. They have opened their home to host out-of-towners in need of a place to stay, friends and strangers in need of a warm meal, and to local charitites looking for someone to host an event on their behalf. That graciousness and generousity of spirit typify the character of the Jack Abramoff we know.

Jack and his lovely wife, Pam, have five beautiful, respectful children who have been through so much difficulty and pain already. We are pleading with His Honor to please take their welfare into account, as well as to consider the tremendous devotion Jack has shown to us and to our community (which I believe represents the real Jack), when considering his sentencing.

With much appreciation,

3/21/2006

Esti Teitelbaum

March 20, 2006

The Honorable Paul C. Huck
U.S. District Court Judge
James Lawrence King Federal Justice Building
99 N.E. 4th Street, Suite 1067
Miami, FL 33132

Dear Judge Huck:

My name is Christine Thomas, and I am writing to you today in regards to Jack Abramoff. I realize that March 29 has been set as the day of sentencing in his case, and that deadline is now quickly approaching. In this final hour, I feel called to say a few words about my friend.

First, I would like to state that I have nothing but admiration and total respect for the difficult work that you do, and for the gravity of the decisions you are required to make. And I understand that you may already have largely made up your mind in the Abramoff case. I certainly can not speak to facts that I am not aware of, and I clearly do not have all of the information and evidence that you have before you. However, I hope you will allow me to describe my own personal experiences with Jack that may shed a tiny bit of light on a side of his character that the media has not shown. Jack Abramoff has been demonized, to say the least, and for the past two years I have watched these terribly sad events unfold in his life, and have felt too powerless to make an ounce of difference. All of the angry, condemning voices have been so violent and determined, and any attempt at a more thoughtful, balanced discourse seems to be condemned as irrelevant. Speaking now may still be futile, but it is a friend's duty to try.

I got to know Jack during the year that I worked at Greenberg Traurig ("GT"). GT was my employer from the period of October 2002 to November 2003, at the end of which time I moved to Okinawa, Japan with my husband who serves as an Active Duty U.S. Marine Corps officer. (We have been stationed here in Okinawa since 12/03.) When I interviewed at the firm, I was told by one of the lawyers at GT that Jack Abramoff was the best of the best, and that it would be in my best interest professionally to try to work for him as much as possible. So, this became my goal. I quickly became part of Jack's research and writing team, and worked very hard for him and the other client managers. My job mostly entailed writing letters, white papers and memorandums, and conducting all the necessary research for each of those documents. I never had direct dealings with clients, political representatives or staffers, nor did I have anything to do with financial arrangements. But I was made to feel like a valuable part of Jack's group nonetheless, and I grew to care for Jack as a person.

Jack was like no one else in the firm. First and foremost, he was a family man. His entire office was decorated with so many pictures of his adorable children and his wife -- they were literally everywhere. Whenever he spoke of his family, he beamed with pride. Sometimes one of his kids would call in the middle of a meeting, and no matter how important that meeting was, the conversation with his child always took first place. In an environment where affairs run rampant and moral crookedness is not-so-well disguised, Jack was a pillar of honor and integrity (in my eyes, and in the eyes of many people that I worked with). He had an 'open-door' policy, which meant that whenever a woman was in his office, the door would never be closed. This is unheard of in the capitol, at least in my experience. Jack did not want to risk any misunderstandings, and as a result, everyone who worked for him knew exactly where they stood, and had the utmost level of respect for his personal commitments.

Furthermore, Jack was a very considerate colleague and leader. I remember one incident in which another lawyer in the firm called me down to his office to deliver some Christmas gifts to friends on the Hill. When I entered his office, he had about 15 *huge* and *heavy* boxes that he wanted me to bring in a taxi (which would only fit one or two at a time). He said I would need to make ten or so trips back and forth, and paid no regard to my relatively small size in relation to those boxes. Even though I was busy with another more important project, I agreed to his request since I was new at the firm and not confident enough to turn down silly tasks like this. When Jack heard about what I was doing, he called me right up to his office and said that this was something an office clerk or secretary should be doing, and not me. He emailed that particular lawyer and reminded him that I have a law degree and should not be treated that way. Jack's words and actions that day meant a lot to me. I'm sure it was a very small deal to him at the time, but to me it showed that Jack was always looking out for others, and always keeping in mind our feelings.

In every correspondence that I have had with Jack, he has consistently been courteous and gracious. Throughout our interactions, both in person and on email, I never saw his level of professionalism dwindle. When he spoke to me about existing or potential clients, and the work that needed to be done on their behalf, he always remained deferential to the clients and their needs. Whenever a client was in the building, he made sure that everyone in the team had their suit jackets on and displayed the most reverent of attitudes. From everything I could tell, this was genuine and not merely for show. The fact that certain derogatory terms were found in Jack's emails (now well-known to the public), was very much a surprise to me. Although I have no hard evidence to back up my feelings on this, my impression is that certain sentences or words may have been taken out of context, and they did not honestly demonstrate Jack's heartfelt opinions. From everything that I have ever seen or heard from Jack, he had nothing but respect for his clients, and remained devoted to their efforts. The callous and rude man that I read about in newspapers is not the human being that I came to know in person.

A lot of my time at the firm was spent working on "Business Development" projects – researching prospective new clients and drawing up proposals. When it came time to bill my hours, I would sometimes ask Jack how he would recommend that I bill a specific project when I found that it could go either way (billable or non-billable, perhaps for an issue that might apply to an existing client as well as a potential one). He would always say "BD," which meant non-billable. When in doubt, he did not want me to bill anything more than the bare essentials to our existing clients. Again, I can only speak from my own experiences and what I observed, but it always seemed to me that Jack was fair and honest in his business dealings. He never encouraged me to be anything less than that.

I would like to conclude by saying that Jack may be many things, and in no way do I claim to know every part of him. But I do know some of the things he is made of – a generous heart, deep loyalty to his family and faith, and warm-heartedness that can fill a room. These characteristics were profoundly moving to me during my time at Greenberg Traurig, and I came to admire Jack for each of these qualities. These are the qualities that have made the past two years so intensely ironic.

Your Honor, I wish you the best of luck with the decisions that lie ahead. Punishment in this case will be inevitable, but it is the harshness of this punishment that I ask you to consider. There are five emotionally desperate children out there who need their father, one exhausted wife who just wants her husband back, and one man before you that has already been stripped of the ability to ever lead a normal life. Please show compassion in this most dire of circumstances.

Respectfully yours,

Christine D. Thomas

Judith M.Topas

To the Honorable Judge Huck,

I am writing to you in regards to Jack Abramoff who soon will be coming up for sentencing before you. I know Mr. Abramoff and his dear family personally through our common community and feel compelled at this time to implore you to not dole out harsh punishment to him.
He has made grievous errors of judgement and is living in recognition of this. Please do not punish his wife and children by taking him away from them for they are innocents in this.
Jack is a goodhearted soul who went astray, but your honor, as the Bible we all swear upon tells us
" Let he without sin cast the first stone."
Please deal as leniently as possible with this good man who without doubt will make us all proud to call our neighbor and friend in the years to come.
Please do not remove a husband and father from a young family.

Sincerely,

Judith Marie Topas MsT

March 12, 2006

The Honorable Paul C. Huck
U.S. District Judge
James Lawrence King Federal Justice Building
99 N.E. 4th Street, Suite 1067
Miami, FL 33132

Dear Honorable Judge Huck,

      I am writing to you regarding the character of Jack Abermoff. As a parent of 2 children who attended the school that Jack envisioned and brought to fruition, I was able to have personal contact with him. My sons who attended, who heretofore had not found their academic niche, became successful in their academic growth due to Jack's desire to provide a high quality and balanced education for young adolescents. In my acquaintance with Jack I found a personable, engaged and sincere person who was truly dedicated to the growth of all the students. At my son's graduation, Jack delivered a truly inspirational and moving talk that really touched all of us, parents and students alike. My post reaction comment to Jack was that he missed his calling. His native ability to inspire and motivate others will be lost on our community if he were to be sentenced to incarceration. I appeal to the Judge to consider an alternative of community service instead. Incarceration with its inherent nature of degrading and debasing its registrants would only harm the essentially good nature that Jack possesses. Instead, Jack's innate abilities should be harnessed for the improvement of society at large.

Sincerely,

Matt Topas
Software Personnel, Inc.
President

3102 Glen Ave

The Honorable Paul C. Huck
U.S. District Judge
James Lawrence King Federal Justice Building
99 N.E. 4th Street, Suite 1067
Miami, FL 33132J

March 26, 2006

The Honorable Paul C. Huck:

My wife and I are writing you to shed some additional light on the behavior of Mr. Jack Abramoff. In no way do we condone his violation of *halacha* (Jewish law) and U.S. laws. In fact, it pains us to learn of his wrongdoings. However, we also believe that no person should be judged exclusively by his mistakes.

Jack Abramoff was also a person who cared deeply for people in need. He has made a positive difference in our lives and in our community. He has been generous with his time and his money, establishing alternative schools and programs that reached out to those who have been traditionally underserved. We are a family that directly benefited from Mr. Abramoff's generosity. Our youngest son attended *Eshkol Academy*, one of the schools that Mr. Abramoff established and for the most part, financially supported. Thanks to a significant scholarship, a faculty of experienced and caring rabbis and teachers, and an athletic program that instilled confidence and camaraderie in its players, our son's academic and emotional intelligence soared.

Mr. Abramoff also established *Stacks*, a wonderful kosher restaurant in Washington, DC. Because of our dietary laws, eating out in DC was limited to only one kosher establishment. When Mr. Abramoff opened up *Stacks*, we were delighted to have a second option. His restaurant afforded us the pleasure of being able to eat out with friends and co-workers in a warm, inviting, tasteful, and kosher restaurant.

We were deeply saddened when both *Eshkol Academy* and *Stacks* closed their doors. We are also deeply concerned how the sentencing will have such a seriously negative impact on his wife, Pam and their children. Even though none of the Abramoff children played basketball, Pam and most, if not all, their children attended every basketball game to support the *Eshkol* team our son played on. We got to know the wonderful, loving, and caring attributes of Pam and their children, and the wonderful relationship they had with Jack Abramoff, her husband, and their father.

Jack Abramoff helped many people. He truly cared about his family and his community, and tried to make a difference in a positive way. Our tradition teaches us that this is the time of year that redemption and mercy are granted even for those we, as humans beings, think are undeserving. We ask you to temper Mr. Abramoff's sentence by also reflecting the multitude of good deeds he has performed.

Respectfully,

Nancy & Allan Topolosky

The Honorable Paul C. Huck                                    March 15, 2006

Your Honor,

I am writing this letter as someone who knows little about legal matters, and I do not pretend to be aware of all the facts that you must be considering in the case involving Jack Abramoff.

The extent to which Jack Abramoff has acted in a manner punishable by law is for you to decide and is centered upon an element of his life I know nothing about. What I know about Jack and his family is what I have seen in the last 7 months since I moved from Seattle to Washington DC.

When I first moved here, I knew a very small number of people, had very few friends, and lived in a new area all alone, three thousand miles from my family and my home. I had met the Abramoff family a year or two earlier through mutual friends and when news reached Jack that I was in the area, he emailed me immediately and invited me spend an evening with his family.

By the time I moved to DC (August of 2005), Jack was already in the thick of the media attention and public scrutiny. Yet, in the midst of what has become the most difficult time in his life, he invited me into his home to be with his family. Since then my presence at his home for Friday night Sabbath dinner has become a regular occurrence. I have spent countless hours with his kids, watching movies, hanging out for the super bowl, going to concerts, and playing board games. I have also gotten to know his wife, who a few weeks ago taught me how to make Matzoh ball soup. I don't know Jack the lobbyist, or Jack the lawyer, or the Jack I read about in the newspaper, but I do know, at least a little bit, Jack the father, the husband and the friend.

Though I am not Jewish, Jack has welcomed me into his home not only for Sabbath dinners but also for his family's discussions on the Scriptures. What I saw in those times was not a hardened criminal, or an evil man, what I saw was a loving dad with his children, instilling notions of faith, morality, and family. Many times as I sat and watched Jack with his children my heart would break, because I was watching a man who knew that to some degree his future ability to be with his family would soon be determined by others. That is why I write this letter. If you can find a way to serve the justice that the law requires while preserving or prolonging Jack's ability to be there for his family... I beg you to find it.

Though I don't know the extent of Jack's past, I believe he is a good man and I know he is cares deeply for his family. I know this might sound like a naïve request to trump a legal decision with a plea for compassion, but it is really just a request from someone who cares deeply for him and his family that when determining the former not to forget the latter. We are well beyond the point of ideal outcomes, but I'd like to think that a margin of hope remains for Jack and his family.

Thank you for your service to our Nation and for taking the time to read this letter.

Respectfully,

Jeremy Vallerand

His Honor Paul C. Huck
Judge- Federal Court
99 N.E. 4th Street
Miami, FL 33132

2/15/06

Re: Jack Abramoff

Your Honor,

As a friend of the Abramoff family for about 70 years, I am writing to give you some back ground on Jack Abramoff.

I am Jacob George Vender a retired Postal System Examiner for the U.S. Postal Service and a World War II Veteran.

Jack's life has been filled with charitable endeavors.  Since he was a small boy has supported educational and charitable programs. He is a responsible man, a good husband and a great father to his five children. It is truly unfortunate that he became involved with his current situation.

Jack is a good man, a decent man by any standard. I urge you to consider all the good things he has done before sentencing him.

Respectfully submitted,

Jacob George Vender

Dear Judge Huck

Ref: Jack Abramoff                                    March 14, 2006

Thank you for taking the time to read this. As I was contemplating what to write to you I began thinking about our respective professions.

I am a physician and my goals are really basically very simple. Try to make a diagnosis of disease and find the correct therapy. Try to alleviate suffering and pain. Give aid and comfort. I really don't have conflicting pressures upon me regarding society's best interests.

With you on the other hand there is the desire to punish wrong doers, prevent others from breaking the law as a deterrent, look at the entire life and works of the defendant, do justice, and show mercy. One of my closest friends is a Federal Judge here in NYC and we have spent hours discussing those internal conflicts he faces. It isn't easy and I don't envy you the anguish you must undergo on a daily basis.

I don't know if you are a parent but my relationship with Mr. Abramoff revolves around my daughter. I am now struggling how to say this because we have told nobody (including Mr. Abramoff and it is important that it go no further) but she has a serious medical condition. She met and fell in love with a wonderful young man and they got married. I am now a grandfather. Just being a generous kind person, Mr. Abramoff opened his home to her and my family and friends and gave her a religious pre-wedding reception. I can still remember the look on her face of the happiness she felt. There she was surrounded by family in a private home contemplating her future. He did not know me at all but just wanted to do a good deed. The memory of her gleaming face will live with me forever.

I have learned that men are complex with multiple motivations. You will undoubtedly hear from many people of the numerous kind acts and generous deeds he has done. You have to weigh what benefit society will actually gain from incarceration of a man who has shown himself time and time again to be willing to help his fellow man and walk humbly with his G-D. His reputation is already in total irredeemable shambles. He is already an object lesson to others. The question before you is what benefits our society will achieve from harsh incarceration. It would seem to me that requiring a large amount of community service/pro bono deeds, which he has shown to have the ability, would actually help our society rather than a burden in the prison system with its attendant costs for a totally completely non-violent man.

In the first day of medical school we are taught the first rule is "Do No Harm". I beg that you consider that and lean to the side of mercy in your decision.

Gerald N. Wachs MD

## CLARIFICATION OF DR. WACHS LETTER

On March 17, 2006, I spoke with Dr. Wachs about whether to include his letter to the Court because his letter reveals that his daughter has a serious medical condition, and the letter states that Mr. Abramoff was not aware that his daughter was ill and that he did not want this information to go any further. I told Dr. Wachs that, if we included the letter in our submission to the Court, it would be publicly available and that Mr. Abramoff, in particular, would read it. Dr. Wachs informed me that he decided to tell Mr. Abramoff about his daughters illness after he wrote the letter and that he does not object to the letter being available to the public. He explained that her illness is not so much a secret as it is something that his private family does not often share publicly. Dr. Wachs hopes that the Court will appreciate that he is sharing this information with the Court to show how much Mr. Abramoff's kindness to his family means to him.

March 22, 2006

Christopher D. Man, Esq.

DCI - 232049.01

Monty Warner

March 16, 2006

The Honorable Paul C. Huck
U.S. District Judge
James Lawrence King Federal Justice Building
99 N.E. 4th Street, Suite 1067
Miami, FL 33132

Dear Judge Huck:

I write this letter on behalf of my dear friend Jack Abramoff, whom I know is facing sentencing in your court in the coming days. I had already started writing you one letter, but decided upon reflection to wait until I could actually sense that all this was real – because so much of this with Jack has been surreal and unimaginable – before I sat down and wrote you about the Jack Abramoff I know and have known, and the Jack Abramoff you'll be sentencing.

To begin, I must say that, while it's clear my friend made a number of mistakes – some of them sobering to be sure – the coverage of this matter involving Jack has been completely foreign to what Jack was, is and, frankly, to what he did. This is someone who revolutionized any endeavor he undertook all his life and made those around him stronger, more confident and better for his efforts. And yet at the same time, despite the oft-repeated "locker room" emails, Jack was and is one of the most kind and thoughtful people I have ever met or known. He lobbied because he wanted to be challenged and make an impact, not because he wanted to be a big lobbyist with news clips and a restaurant that lost money. No one, not the bitter enemies it's easy to make in Washington or even the clients he kept for years, has ever disputed that Jack consistently delivered for said clients and did so better than anyone else. And he did it by rules he didn't make but in the end regrettably took to the extreme. Even in the headiest of times Jack preferred to be home with his wife and five kids, and each night he was regardless of the massive workload he carried.

I spent numerous hours with Jack socially at Signatures and around Washington events. Even at his own restaurant, where he clearly commanded the room no matter who else was in it, Jack was the kind of person who would offer to get his guest a glass of water if a server wasn't around to do so. He did this sort of thing sometimes because he never

took himself too seriously and always went out of his way to be deferential and hospitable to his friends. Jack had far more lunches and dinners with friends at his restaurant than clients. And with no one allowed to pick up a check, those hundreds of meals weren't exactly to his financial benefit. They were to discuss someone who needed Jack's help with a mortgage payment, or someone's needing a new job to keep their career afloat, or to work through issues they might have been having with their spouse that they wanted Jack's advice in working out. People of *all* walks in DC came to Jack because he was the person to go to – not for political favors or cutting corners or whatever else has been said – but because everyone knew that this was someone who simply had the intellect, kindness of spirit and disposition to impact people in a way that bettered them, their circumstances, and their overall outlook on work and life. Five Abramoff children who adore their father are a pretty solid testament to this; when I think of them without the benefit of their father's daily presence in their lives I think of what would have happened to me had I not had people of Jack's wisdom in my life at the times I needed them. I probably wouldn't be writing you this letter.

Judge Huck, I understand you have a job to do and a responsibility to uphold. I do. Jack did wrong and he knows he has to be punished for his actions. And yet, if you really look at the vast achievements Jack has compiled in his life in nearly every arena he entered, and couple that with the public destruction he has absorbed that would have broken almost anyone a long time ago, it would not be unreasonable to consider putting Jack to work on society's behalf in areas where he could have a genuine, palpable impact on people that need it most. I respectfully suggest this because -- beyond not wanting to see my friend go to prison for being aggressive to the point of being foolish --candidly speaking, it's hard to envision what would productively punish him given the sheer onslaught he has already endured. One thing I think that has been lost in all of this is that Jack was successful before he ever got to Washington. Chances are he'll be successful again once his dues are paid and this matter is finally behind him. It's just his nature. Given this, I respectfully ask that you seriously consider the above. Put Jack's extraordinary gifts to work for people in extraordinary circumstances -- not only that such talent could engage and raise up the underprivileged and impressionable, but to allow Jack's resilient and loving family -- after two years of relentless abuse and confusion -- some semblance of an ordinary life.

Thank you for your consideration.

Sincerely,

Monty Warner

Yarden F. Weidenfeld

March 15, 2006

The Honorable Paul C. Huck
U.S. District Judge
c/o Christopher Man
Chadbourne & Parke, LLC
1200 New Hampshire Ave., NW
Washington, DC 20036

Your Honor:

I still remember the first time I met Jack Abramoff—it was at a party in January 1995, when I was visiting Washington, DC with an eye towards moving there in the near future. His name had previously been given to me by an acquaintance in Boston as someone I might want to meet.

A month later I moved to Washington DC. As an observant Jew, I wanted to meet others in the Washington political scene who shared my religious outlook. Jack Abramoff helped make my early months in DC, which were quite lonely, more enjoyable. He invited me to his home for the Jewish holiday of Purim to share the festival meal. Later in the year, he and his family hosted me as an overnight guest for the Jewish Sabbath twice. Jack Abramoff really helped make my one year in DC a good experience.

I continued to associate with Jack after I moved to Seattle in January 1996 to take a position as executive director of Toward Tradition. Soon after, Jack was elected as chairman of our board, and, without any personal benefit to him, he always stood up for me. Once, when I was willing to forego bonus money for a time, he insisted at a board meeting that I be paid in full that year. He was so emphatic that another board member donated the funds to make that possible.

While Jack has pled guilty to some very serious crimes, I don't believe that this should be looked at as the be-all and end-all of who he is. He can be a profoundly caring and selfless individual. I believe that he has learned a painful lesson and that he should be sanctioned with all these mitigating factors in mind.

Respectfully,

*Yarden Weidenfeld*

Yarden Weidenfeld

March 13, 2006

The Honorable Paul C. Huck
U.S. District Judge
James Lawrence King Federal Justice Building
99 N.E. 4th Street
Suite # 1067
Miami, Florida 33132

Dear Judge Huck:

I wanted to take this opportunity to provide and offer my thoughts regarding Mr. Jack Abramoff. It is my understanding that Mr. Abramoff's date of sentencing is to occur on or about March 29, 2006. While I am unable to comment on Mr. Abramoff in a professional setting as we were never employed at the same Law Firm, I do feel very confident that I can assess Mr. Abramoff as a philanthropist, parent, and friend.

My friendship with Mr. Abramoff dates back to the early 1990s, and I have considered him a friend since that time. Mr. Abramoff was always extremely gracious with his time and advice and, more importantly, he was always extremely concerned with my well being and that of my family. Mr. Abramoff was and is a loyal person and someone with whom anyone that came in contact with would most certainly walk away with positive views.

Mr. Abramoff's family was and is of extreme importance to him. He was always very careful to point out just how important family is and should be. While I was aware of his business successes over time, the most important factor in his life was that of his wife and children. This is a trait that many of us could and do admire. Mr. Abramoff was, as I understand it, extremely generous and charitable as it relates to various philanthropic endeavors. He believed that charity was an important ideal and action to take no matter how affluent or poor a person was. As I recall, he was a very strong supporter of Judaism and Israel.

I have not had the opportunity to speak to Mr. Abramoff in some time but have thought about him and his family as they deal with the situation that he and they find themselves in.

Mr. Abramoff was a friend of mine, and he will always be a friend of mine. There is a lot of love, compassion, loyalty, and humanity embodied in Mr. Abramoff.

I, again, can not comment on the professional or business sides of Mr. Abramoff but feel very strongly that he is a good person.

Many thanks in advance for your review and consideration of my comments.

Sincerely,

Todd M. Weiss

Todd M. Weiss

03-21-2006 09:10    DANNY                                    PAGE2

# GRACE R. WEISSMANN

March 21, 2006

The Honorable Paul C. Huck
US District Judge
James Lawrence King Federal Justice Building
99 N.E. 4th Street, Suite 1067
Miami, FL 33132

Dear Judge Huck

I am writing this letter regarding the sentencing of Jack Abramoff. I teach math to his twelve year old daughter Sarah. Sarah is a beautiful and vivacious girl full of the whimsy and curiosity that all twelve year olds should have. I am in a unique position, in that this is a small classroom and I become close to all of my students. My students are my children.

I am asking for leniency regarding Jack Abramoff. Sarah does not deserve to have the sins of her father visited upon herself. Unfortunately, since the beginning of the school year I have seen this child transform from a happy bouncy girl open to learning, to a child who is cynical and negative. The pressure that she is living with on a daily basis is unimaginable. The volume of the publicity regarding this trial has been enormous. I can tell you that Sarah has a hard time concentrating on work in class at the moment. If her father were to be incarcerated, her performance in school would only get worse. There are some things a tutor just can't fix. All children need certainty in their life. Routine brings them security. Sarah needs the certainty of two parents at home. Sarah needs the security of her home being "normal" and intact.

If at all possible, can we avoid further pain to this child? No twelve year old should face this hazy future.

Sincerely,

Grace R. Weissmann

Jerome M. White

February 12, 2006

The Honorable Paul C. Huck
Judge - Federal Court
99 NE 4th Street
Miami, Florida 33132

Dear Judge Huck:

I have never written to judge before, but because of my close association with the parents of Jack Abramoff, I thought it might be helpful to convey a few observations about Jack from a personal perspective.

Frank and Jane Abramoff have been life-long friends, and extremely close to me and my family. We have watched the Abramoff family grow for so many years and find them, like our family, devoted to each other and very loving.

Jack grew up in an environment where community involvement and leadership was highly valued and modeled. His parents set an admirable example through their own efforts, taking prominent roles in public education and charitable causes. It was very apparent that the Abramoffs were instilling in their children, from a very early age, the importance of giving back to society. From the time he was in high school and on through college and law school, Jack sought ways to make a positive difference. He always struck me as someone who was mature beyond his years, and channeled his energy into activities that brought young people together. Jack established Young Republican chapters and spearheaded other admirable efforts while earning his undergraduate and law degrees with great distinction.

Now that he is the head of his own family with a devoted wife and five adoring children, Jack has contributed to the community in so many ways. His association with charitable work has been very much in favor, as he has spent countless hours donating his time, effort and abilities to many worthwhile causes. I am confident that Jack can continue to make a positive difference in our community and sincerely hope that he will be allowed the opportunity to do so.

Thank you very much for your consideration.

Sincerely,

Jerome M. White

March 20, 2006

The Honorable Paul C. Huck
U.S. District Judge
James Lawrence King Federal Justice Building
99 N.E. 4th Street, Suite 1067
Miami, Florida 33132

Judge Huck,

I am writing this letter on behalf of Jack Abramoff, whom I served under when I was the National Field Director for the College Republican National Committee. I am currently a tenured college mathematics professor.

From the time I met Jack, I was impressed by his character, commitment, and passion. He worked extraordinary hours to help others, vociferously read about national and international issues, and coordinated projects for students on college campuses nationwide. Not only was he brilliant, he was dedicated to a set of core values of decency, passion, vision, and wisdom. In our conversations, he was always honest with me. I trusted him.

My experience with Jack Abramoff in the last few years has not changed. We have corresponded back and forth. He has always been kind and generous. He openly expresses his commitment to his wife, children, and friends. He has invited my fiancée and I to his home for dinner as a standing offer. I look forward to this, although I currently live in California. In our communication, he has always shared his experience with humble remorse, dignity, and concern.

Although I do not have firsthand experience of the allegations for which he is charged, from everything I know of Jack Abramoff, they seem unbelievable. Jack has always been a religious man of character and giving. There are records of his commitment and willingness to share what he has with others. The media's frenzy over Jack and their associated accusations seem incredible.

Jack has amazing talents that could be put to use for the good of our country. I believe he would be willing to make sacrifices and serve. This is his natural character anyway. To put him away would be a tragic loss.

I pray that Jack is treated fairly through this process, given the chance to dispel the myths cast by the media, and allowed to serve others and use his wisdom and talent for the betterment of our country.

If you would like to contact me with any further questions you may.

Rachel Winston

03/11/2006  00:35    VAAD    PAGE  02

# Rabbi Kalman Winter

בס"ד

March 20, 2006

To the Honorable Paul C. Huck:

The intent of my letter is to cast light on another dimension of Mr. Jack Abramoff. For a number of years Mr. Abramoff was a congregant in my synagogue. He and his family came with the desire to grow spiritually and religiously in a suportive and nurturing community. My association with Mr. Abramoff revealed an individual who though driven in a material world sought to find some balance and channel his considerable energy and creativity for a more noble purpose. He became president of a Jewish day school not out of want or need rather to give the school an opportunity to establish itself on strong footing from its inception. Mr Abramoff worked with energy, passion and pride to make this endeavor succeed.

Though we parted ways a few years ago, I still believe there remains a person who possesses great strengths and goodness and has the potential to be a force for greater achievements and accomplishments in the future.

Your consideration of these words and thoughts are greatly appreciated at this time.

Sincerely,

Rabbi Kalman Winter

ISAAC AND LEAH YIFRAH

March 15, 2006

The Honorable Paul C. Huck, U.S. District Judge
James Lawrence King Federal Justice Building
99 N.E. 4th Street, Suite 1067
Miami, FL 33132

Dear Sir:

We are writing on behalf of Jack Abramoff and his family. This is a family who has spent much of their lives doing good to help others in so many ways. We have personally experienced their kindness in several different situations. When I was in the hospital in another city, close by, Pam Abramoff was one of the very few who traveled to visit me. She also helped make arrangements for my special dietary needs to be met, daily for the whole time I was in the hospital. She had the food brought in from another town, in a careful manner not to get spoiled. They offered their home for many occasions to help others with where to stay. They always make people feel very welcomed and comfortable.

Jack has worked selflessly on behalf of the community. He recognized the need for an elementary school for our children. He worked endlessly to make that school happen. He did succeed and the school is still a vibrant, thriving place for our children, with wonderful leadership and teachers. In another example of his large-heartedness, when a special education school, in Baltimore was facing serious financial problems, Jack anonymously donated enough money for them to purchase their own property and continue to offer vital education that otherwise would have left these needy children without this excellent education. When Jack was President of the high school, he spent hours and hours working to help the school grow in students, excellent teachers and curriculum and making sure the school had everything it needed to enable the students get the best education possible. I never heard him complain or look for praise or accolades. He gave of himself for the betterment of the children and the community.

Jack and Pam have 5 beautiful children. These children have learned from their parents to be kind, giving and generous. They are a close knit family and I shudder to think of the hardships these children and Pam will face without Jack at home to help them face all the challenges that children normally face as well as all the extra responsibilities religious children must deal with on a daily bases.

Your Honor has the ability to weigh all of Jack Abramoff works. He is a devoted family man, a man dedicated to helping others, and a human being that is need of kind consideration. Please do not let the press or political pressure drive you to harden your heart to this man and his family and the community.

Thank you for your kind consideration.

Sincerely yours,

Isaac and Leah Yifrah

March 21, 2006

Rabbi Menachem Youlus


The Honorable Paul C. Huck
U.S. District Judge
James Lawrence King Federal Justice Building
99 N.E. 4th Street, Suite 1067
Miami, FL 33132


Dear Honorable Judge Huck ,

In every generation, there are several people who worry, toil, and financially take care of what is needed in the community. I know Jack Abramoff for about thirty years. While he may not be perfect, he cares deeply for every human being. Be it in South Africa, Silver Spring, Maryland or Washington, DC he has always stepped up to the plate both with his time and assets. From the time he was a teenager he would give all he had to others in need.

I remember growing up in the Woodside neighborhood of Silver Spring Maryland where we prayed and studied in the same synagogue. He would arrive earlier than needed and make sure that everything was set up properly for both the elderly and us kids. Even if this made him late to work, he always had time and patience for us. He was our mentor, our friend. Years later, when the Jewish community needed a school for those children that were falling between the cracks, he started one by himself. He hired the teachers, administration, cleaned the classrooms, and even sent his own boys there. He gave the kids all kinds of programs to bring up there self esteem.

When ever there has been someone or something that needs a helping hand, Jack has been in the forefront. He gives his time and puts his money into it as well. I know what the media has said about him. I also know that this man has done too many good deeds that should not go unnoticed. How many young men and boys would have been lost to streets without him? How many charities & schools would have had to close their doors long ago? How many children would never have made anything out of themselves without his mentoring? I know one. Me!

On Rosh Hashana, we Jews ask God for forgiveness. We know that we have sinned. We admit it. We pledge to try to be better people in the future. God knows that we are in earnest and forgives us.

All I ask is that you, too, show this kind of Godliness and have true mercy on this man.


Sincerely Yours,

Rabbi Menachem Youlus

March 15, 2006

The Honorable Paul C. Huck
U.S. District Judge
James Lawrence King Federal Justice Building
99 N.E., 4th Street, Suite 1067
Miami, Florida 33132

Dear Judge Huck,

This letter to you today is written at the request of Mr. Jack Abramoff, Esq. I have been requested to, and agreed, to write to you as personal testimony on his behalf relating to my knowledge of his character traits, personal experiences, and general impression of his demeanor. Certainly I will attest to the nature of this individual, and his wonderful family, in a most positive manner. My family has known the Abramoff's for approximately nine years since we moved to this area. Washington, DC was my first active duty United States Army duty station, and thankfully we have made this area our home of record. Since our arrival here, and meeting the Abramoff family, we have enjoyed their company, sharing in each other's family events, and simply the pleasure of friendship which we treasure deeply.

The foundation of this developed and lasting friendship was further enhanced during my recent one year active mission deployment is support of Operation Enduring Freedom, away from my family and home. Jack and Pam and their wonderfully engaging children, provided emotional support for my wife and children during this mission participation. They always and I say at every step of the way until my return, offered time to talk about our difficulties involved with long family separation, invitations for meals at their house, and visits to our home. This enduring and special concern for us, as friends, really made the job a lot easier for my wife and children, and particularly since I was aware that they were in good hands. Our love and deeply unassailable devotion to our great nation is shared by them as well. "This we'll defend" defines that passion of which I am describing.

Certainly I can report to you, that Jack and his family, have always demonstrated their compassion for others in deeds as well as their kind words. I highly value their friendship. My parents have always said to me that family is the most important value to treasure and protect. They are true and correct, and that compassion tempers anger. It is my sincere wish that I have, through the foregoing narrative, developed some insight into the valuable character traits to which Mr. Abramoff possesses and which we continue to cherish. Thank you, your Honor for your consideration in this matter.

Respectfully,
Michael Young, CAPT/USAR/AN

March 20, 2006

The Honorable Paul C. Huck
U.S. District Judge
James Lawrence King Federal Justice Building
99 N.E. 4th Street, Suite 1067
Miami, Florida 33132

RE:     Sentencing of Mr. Jack Abramoff

Dear Honorable Huck:

It is with deep respect for your responsibility that I ask you to consider leniency in the sentencing of Mr. Jack Abramoff on March 29, 2006, specifically, leniency in time spent in jail.

What I offer in this letter is sincere honesty.

I have known Mr. Abramoff for the past three years. My relationship with him is as a friend and community member. I have had frequent contact with him over that time period. **I would like you to know that I am not aware of the Mr. Abramoff I have encountered in the press and on television in the past year.**

The Jack Abramoff I know is a gentle individual, respectful of others, not racially biased, a kind husband, a religious man, and most important, and an <u>excellent father</u>. I have personally observed him in a variety of life situations and can attest to my description of him.

It is my observations that Mr. Abramoff spends the majority of his time focusing on the concerns of his children. He is one of the most active dad's I know. He is involved, in a positive way, in every aspect of his children's development. His absence, upon incarceration, will have a <u>very negative</u> impact on their development. I am professionally convinced of this.

I cannot begin to imagine the number of different recommendations your office receives to provide you input into your decision on sentencing. I only ask that as you make your final decision, please consider that lives of the young children who will be negatively impacted by Mr. Abramoff's absence. Thank you for taking the time to read this letter.

Sincerely,

Frank R. Zieziula, Ph.D., LPC.
Professor of Counseling
Gallaudet University
Washington, D.C.

Dear Honorable Judge Huck,

I am writing to you regarding Mr. Jack Abramoff. As you well know, the media has been spending large amounts of time and money recently ripping Mr. Abramoff apart. If one were to base their opinions of him on what one reads in the papers or hears on the news, I am most certain the lasting impression would not be a very flattering one. I would like to express wholeheartedly that although Mr. Abramoff's actions on Capitol Hill are questionable, he is a man of great integrity and should not be viewed as anything less then that. I spent two years of my life living in his house under his care and can testify to the fact that he is a Torah observant Jew. He would go out of his way to check up on myself, as well as the other students of Eshkol Academy living under his care, on a daily basis, to make sure we had prayed properly and done our homework. Every Sabbath meal would include an intellectual discussion regarding a topic from the weekly Torah portion, proving to be educational and meaningful. Mr. Abramoff helped myself and many other children shape themselves into young adults. If it were not for Mr. Abramoff there would be around seventy young adults still searching for themselves, wandering the streets of Baltimore and Silver Spring aimlessly, very possibly getting themselves involved with drugs and street crime. Mr. Abramoff would take time out of his busy schedule, on top of the time he lovingly spent with his family, to talk to the students of Eshkol Academy. He would encourage us to go after our goals, to be the best we could. He would not set himself up as an example; rather he would simply show us that every person has amazing potential within. He would show us that we all had what it took to contain, something that a vast majority of the Eshkol Academy students never heard before. After Eshkol Academy's closing during my junior year of High School, I was forced to find an alternative source of education. The very next year I graduated in the top 10% of my class. I am now 19 years old, currently top of my school in Jerusalem, Israel. There is not a doubt in my mind that it was Mr. Abramoff and his influences that put me on this road to success. I owe him a great deal of gratitude as do many of my colleagues from my days spent at Eshkol. I would like to ask you to look past the harsh image of Mr. Abramoff drawn by the media, and view him for the kind-hearted man he truly is. Thank you.


Sincerely,

Avi Zuber