# Appendix B

JACK ABRAMOFF LETTERS OF SUPPORT

**APPENDIX B**

(Letters of particular significance are designated with an "*")

| | | | |
|---|---|---|---|
| * | 1. | Abramoff, Alex | Undated |
| * | 2. | Abramoff, Daniel | Undated |
| * | 3. | Abramoff, Frank | May 2, 2008 |
| * | 4. | Abramoff, Levi | Undated |
| * | 5. | Abramoff, Livia | Undated |
| * | 6. | Abramoff, Pam | Undated |
| * | 7. | Abramoff, Robert W. | May 20, 2008 |
| * | 8. | Abramoff, Sarah | Undated |
| | 9. | Adler, Yaakov | Undated |
| | 10. | Aiscowitz, Joseph | March 27, 2008 |
| | 11. | Apel, Marty | May 12, 2008 |
| | 12. | Altschuler, David | August 6, 2008 |
| | 13. | Berman, Dennis L. | August 6, 2008 |
| | 14. | Berris, Norman | May 27, 2008 |
| | 15. | Black, Joyce | May 16, 2008 |
| * | 16. | Bleich, Moshe, Ph.D., LICSW | July 7, 2008 |
| | 17. | Bradford, Susan | July 16, 2008 |
| * | 18. | Breitowitz, Rabbi Yitzchak A. | Undated |
| * | 19. | Charner, Rabbi Yitzchak | July 25, 2008 |
| * | 20. | Colice, Gene L., MD | July 17, 2008 |
| | 21. | Corby, Thomas B., C.P.A. | May 7, 2008 |
| | 22. | Diamond, Nathan | May 13, 2008 |
| | 23. | Eisenberg, Harry | July 10, 2008 |
| | 24. | Fekety, Lindy | July 21, 2008 |
| | 25. | Feldman, Laurel | July 20, 2008 |
| | 26. | Field, Lawrence N. | May 13, 2008 |
| | 27. | Friedrich, Bruce G. | July 16, 2008 |
| * | 28. | Gewirtz, Adina | July 8, 2008 |
| * | 29. | Gewirtz, Blanche | July 15, 2008 |
| | 30. | Gewirtz, Rabbi Jonah | July 20, 2008 |
| * | 31. | Giuliani, Rev. John B. | July 5, 2008 |
| | 32. | Goldberger, Gustav, Esq. | July 10, 2008 |
| | 33. | Goldman, Richard | Undated |
| | 34. | Goldrich, Jona | May 9, 2008 |
| | 35. | Goodman, A. Gary, DDS | Undated |
| | 36. | Graff, Ivan | July 30, 2008 |
| * | 37. | Grayson, Devorah | Undated |
| * | 38. | Hexter, Rabbi Naftoli | July 31, 2008 |
| * | 39. | Hillman, Scott and Shari | August 25, 2008 |
| | 40. | Hoffman, Michael C. | August 27, 2008 |
| | 41. | Jacobson, David | May 11, 2008 |
| | 42. | Jacoby, Daniel H. | July 16, 2008 |

| | | | |
|---|---|---|---|
| | 43. | Jaffe, Steve | August 4, 2008 |
| * | 44. | Joseph, Akram and Amal | August 21, 2008 |
| | 45. | Kadrmas, Kristopher | Undated |
| | 46. | Kann, Garry Michael | July 21, 2008 |
| * | 47. | Kerbel, Eric D. | August 10, 2008 |
| | 48. | Kerbel, Uri Y. | August 14, 2008 |
| * | 49. | Kermaier, Alan and Judy | July 20, 2008 |
| * | 50. | Kermaier, Rabbi Daniel | August 13, 2008 |
| | 51. | Lafave, Arthur J., Jr. | May 13, 2008 |
| * | 52. | Landesman, Uri D. | July 10, 2008 |
| * | 53. | Laufer, Deborah Schick | August 25, 2008 |
| | 54. | Lebovic, Stan | Undated |
| | 55. | Lerman, Jack | Undated |
| | 56. | Lertzman, J.A., O.D. | May 8, 2008 |
| | 57. | Lertzman, J.A., O.D. | July 6, 2008 |
| | 58. | Litwack, David | August 27, 2008 |
| | 59. | Loigman, Larry S., Esq. | August 7, 2008 |
| | 60. | Lopez, Kara Mahoney | August 14, 2008 |
| * | 61. | Low, Nathan | Undated |
| | 62. | Magilnick, Judd | August 14, 2008 |
| | 63. | Manko, Joseph M. | May 16, 2008 |
| | 64. | McKay, Karen, LTC USAR (Ret.) | August 25, 2008 |
| * | 65. | Milgraum, Lea, M.D. | July 22, 2008 |
| * | 66. | Milgraum, Michael, Esq., Ph.D. | July 24, 2008 |
| | 67. | Miller, Neil, Ph.D. | Undated |
| | 68. | Mond, James, M.D. | July 26, 2008 |
| | 69. | Neugroschi, Ernst and Joan | August 6, 2008 |
| * | 70. | Olson, Tom | July 10, 2008 |
| | 71. | Osterman, M. Robert, M.D., J.D. | May 10, 2008 |
| | 72. | Penner, J. Leonard | May 9, 2008 |
| * | 73. | Rishe, Adam | July 9, 2008 |
| | 74. | Robinson, Ronald E., Esq. | July 11, 2008 |
| | 75. | Rosenfeld, Desi | July 14, 2008 |
| | 76. | Rush, Herman | May 12, 2008 |
| * | 77. | Sabrin, Howard W., Ph.D. | July10, 2008 |
| | 78. | Schechter, Jeffrey | July15, 2008 |
| | 79. | Schlossberg, Eli W. | July 14, 2008 |
| | 80. | Schor, Kenneth M. | July 20, 2008 |
| | 81. | Shames, Raanan and Ellen | July 8, 2008 |
| | 82. | Shami, Dizengof and Yvonne | May 8, 2008 |
| | 83. | Sharp, Rhoda J. | May 29, 2008 |
| | 84. | Sheinbein, Robert Alan, Esq. | May 23, 2008 |
| | 85. | Sidransky, David, MD | July 11, 2008 |
| | 86. | Silver, Paul A., M.D., F.A.C.P. | July 27, 2008 |
| * | 87. | Singer, Hyam | July 28, 2008 |

|   |     |                          |                  |
|---|-----|--------------------------|------------------|
|   | 88. | Sklar, Daniel M., Esq.   | May 10, 2008     |
| * | 89. | Sunkin, Neil M., Esq.    | May 16, 2008     |
| * | 90. | Szanzer, Howard          | August 12, 2008  |
|   | 91. | Topas, Matt and Judith   | July 5, 2008     |
|   | 92. | Vender, Jacob George     | May 26, 2008     |
|   | 93. | Wachs, Gerald N., MD     | July 4, 2008     |
|   | 94. | Wexler, Jerry            | May 12, 2008     |
|   | 95. | Winston, Rachel          | July 14, 2008    |

Dear Judge Huvelle,

My father, Jack Abramoff, has been in prison for nearly two years. This period of time, and a few years before that when my dad was frequently written about in the newspaper, has been very hard on me and my family. I really miss the private times I used to share with my dad and hope that you will show mercy during his sentencing.

I want to do all the things I used to do with my dad like play ball in the yard, watch sports on TV, wash his car and just hang out.

I know he feels terrible that he cannot be with us and we all feel just as bad that we cannot be with him. We miss him so much. I want to eat dinner as a family again. I used to be able to go to my dad and ask him questions and just talk about life. It's much harder now. I really want him to be able to come home soon.

This whole experience has been difficult on our family. Not only has my father been punished, but our whole family has been punished as well by his absence. I hope that you will read my letter and be lenient with my dad. He is a good man and can and will do good for others if given the chance.

Sincerely,


Abramoff

Dear Judge Huvelle,

   For the nearly two years that my dad has been incarcerated we have all suffered greatly through his absence but we're still standing, waiting, and wishing that something positive and happy can come out of this extremely difficult situation. When Dad does time, we do time, which takes a toll on our childhoods, on our friendships, even our relationships with each other. It is extremely difficult on so many people in our lives. During his imprisonment our dad has had a lot of time to reflect on the past, and I know that he will commit himself to helping others. I am pleading to you in this letter to have a kind heart towards our situation and allow our dad to come home to our family as soon as possible.

Sincerely,

     Abramoff

# FRANK ABRAMOFF

May 2, 2008

The Honorable Ellen S Huvelle
US District Court District of Columbia
333 Constitution Avenue N.W.
Washington D.C. 20001

Re:    Jack Abramoff

Dear Judge Huvelle,

My name is Frank Abramoff and I am writing you on behalf of my son, Jack Abramoff. I understand that my son's case will come before you very soon. I sincerely hope that you understand that as Jack's father I would like to take the liberty to personally describe who my son really is and a little about his family background. It is my hope that this will give you somewhat of an insight to our family and Jack's activities throughout his life.

My father arrived in the U.S. over 100 years ago, and my mother was born and raised in Philadelphia about the same time. During the more than 100 years that our family has lived in our wonderful country, no one has ever had any criminal problems whatsoever. My father died at an early age and during his illness, or as long as I can remember, my only sibling, my late brother and I, both worked to support our family. My brother and I enlisted in the military during World War II. Both of us served in the South Pacific theater of war, he in the Army as Combat Engineer, and I in the Navy aboard the aircraft carrier, USS Saratoga. After the war, I entered into various businesses and was later married to Jack's late mother for 54 years, before she passed away from liver cancer last year.

Jack, along with his brother and sister, also worked in various endeavors from middle school to college. Jack always excelled in school as a leader academically, athletically, and countless charitable activities. He never caused his late mother nor I any problems whatsoever. In fact, because he excelled and received many honors, both from school, his leadership and his sports activities, we, as his parents, were always very proud of him. He never smoked, drank, or had anything to do with any illegal drugs. In fact, as strange as it may sound, he never used any profanity in front of his mother or me. In 1980, Jack developed a keen interest in politics. His belief was not just talking about how one could help the country, but he actually embarked in political activity, working very hard not for any financial gain, but for the mere satisfaction of trying to do his share as a good citizen.

His political interest led him to Washington and after he graduated from Georgetown Law School with honors (although he attended at night because he worked during the day), he shortly thereafter developed an interest in lobbying. The numerous articles that his mother and I read describing his success obviously made us quite proud of his many accomplishments. However, when Jack was indicted, the shock waves that reverberated throughout our family, friends, and associates were astounding. I know that the stress and the hardship severely fractured

The Honorable Ellen S. Huvelle
May 2, 2008
Page 2

his family contributing to the reason that some of children have moved to different areas. I know after his incarceration has been completed, his family will once again be together.

Presently, all of Jack's assets have evaporated. His wife works full time in an office. His children are all working. Even I, at age 81, continue to work to help his family pay normal living expenses. Jack's wife has sold as much of their home furnishings as possible. Also, real estate brokers indicate that the market value of his home is now exceeded by their mortgage loans. There is nothing left. Still, he hopes that he will be able to return to the workforce and become a valuable member of society once he is released. He is fully dedicated to continuing his charitable and community activities when he is able in hopes of contributing to the betterment of our country.

Jack's biggest heartache, shared by our entire family, was the anguish of his not being able to be with us during the last months of his mother's life nor the opportunity of being present at her funeral last July. Consequently, this has caused a tremendous amount of pain and sorrow in his life. Jack is a deeply religious person and although he says prayers for his mother every night, the pain of not being able to visit her grave site is completely unbearable. I believe that Jack has now served more than 17 months in prison at Cumberland, Maryland. However, I quite frankly believe from the moment that he was arrested and handcuffed in front of his twelve year old daughter was the time that his sentence began. The inability to provide for his family for over five years, along with the immense amount of stress, has clearly taken its toll beyond description. Jack has not only suffered financially and physically, but the pain of having been publicly humiliated time and time again is more punishment than anyone should have to endure.

Your Honor, my son is a good man. He has much to offer to the community. Whatever actions caused Jack's problems will never be taken again. Jack is looking forward to the day that he will be able to begin a new life, and thus bring his family together again. He is fully prepared to continue his charitable and community activities. While I know that it is unlikely that Your Honor would consider releasing Jack immediately, I hope that perhaps you might consider doing so as Jack has already served a lot of prison time and whatever lessons which were needed to be learned I assure you have been learned. Whatever suffering the world needed to inflict on Jack and his family has been inflicted and continued incarceration serves no other purpose than to inflict more damage on his children, his wife, his siblings, and I.

Thank you for your consideration.

Sincerely yours,

Frank Abramoff

Dear Judge Huvelle,

My name is Levi Abramoff, I am twenty years old and the eldest of Jack Abramoff's five children.

Over the past few years my family has endured a lot of pain, particularly the public scrutiny and incarceration of our father. My mother is a strong woman and has been able to keep us together during these hard times, however, emotional pain as hurtful as this always takes its toll and our entire family has suffered.

When my father was incarcerated, he was not the only one who felt his heart sink.
I will never forget the morning my family drove to Cumberland with him to drop him off. I will never forget watching him as he was escorted into the facility, the doors closing behind him and all that we were left with was a lot of tears and sorrow.

Since then we have had to function without our dad's physical presence in our lives on a daily basis. Our Dad gets a visit from us nearly every weekend and my mother used to visit twice a week until she started a new job.

During his stay at Cumberland thus far, my father has taught many different classes to inmates, gathering as much material as possible under his limitations to create interesting and educational lessons. He cares about the education of others and is there for those who seek it. I truly believe that my dad will continue to be helpful to others when he is released from prison.

Please your honor, we miss our father, we want him home more than anything in the world. I hope that you will find it in your heart to be as lenient as you possibly can.

Abramoff

Dear Judge Huvelle,

My father, Jack Abramoff, will be sentenced soon. I am writing to tell you about my dad and hope that you will think about my words when you decide on his sentence.

My dad is a special father. He has always cared so much about our family. He worries about us being religious and doing well in school. Sometimes he worries too much but I am happy that he cares so much. It has been very hard for Dad to be away from us. He knows that he cannot help our mother guide us if his not home and I know that is frustrating for him. My mother, brothers and sister and I miss having Dad at home with us. It's hard to make the trip to Cumberland and have only a short time to be with him and it's not even private time.

Please, Judge Huvelle, consider our family when making your decision and be as lenient as your heart can allow you to be. I know that Dad has learned many lessons and will follow these lessons the rest of his life.

Please let our father come home as soon as possible so we can be a whole family again.

Sincerely,

    Abramoff

Dear Judge Huvelle,

I am writing with regard to Jack Abramoff, my husband of twenty-two years and the father of our five children, in the hopes that you will consider the effect that his absence has had on our family in reaching your decision about his sentence.

Much attention has been focused on Jack's public role and his actions, but what has gone unmentioned throughout this entire ordeal is the private man that I have known for twenty-five years, the devoted father and husband. Before Jack was ever a public figure, he was an upstanding and committed family man and he remains so to this day. Jack is a devoted husband and an excellent father to our five children and his absence has profoundly impacted our family. The past twenty months have been a difficult struggle, attempting to raise our children by myself without my husband. I have done the best that I can under the circumstances, but our children need Jack in their lives on a daily basis to thrive. The have done a heroic job coping with the trauma of this ordeal, but having their father back and our family intact as soon as possible is the best thing for them at this stage in their lives.

Jack recognizes fully the pain that his actions have caused and he struggles with that on a daily basis. He is well into the process of becoming a new man, having learned many lessons from this experience. When Jack is able to rejoin society, I am confident that he will use the lessons he has learned to be a positive influence to others, but most importantly, resuming his role as my husband and our children's dad.

Respectfully,


Pam Abramoff

# BURGEE &
# ABRAMOFF
### PROFESSIONAL CORPORATION

**ROBERT W. ABRAMOFF**

May 20, 2008

Hon. Ellen S. Huvelle
US District Court
District of Columbia
333 Constitution Avenue N.W.
Washington, DC 20001

Re:    Jack Abramoff

Dear Judge Huvelle:

I am Jack Abramoff's brother.    I wanted to write to you to express some of the feelings
that my family and I have concerning my brother and the decision you will make soon concerning
his continued incarceration.

My brother has always meant so much to me since I was a child.  I cannot and would not
comment on his business dealings as I am not really very familiar with them, but I can tell you
that he has always been a very compassionate and loving brother to me and uncle to my children.
He is an exemplary family man who is very much involved with the lives of his five children.
Since Jack began his incarceration, I have spent even more time interacting with his kids to help
them get through this very difficult time in their lives.  As distraught as I am, his children are that
much more devastated by being deprived of their father's presence in their lives.  Of course, it is
easy to say that a parent is loved by his children, but truly Jack's children love, respect and rely
on him and their mother, Pam.    When Jack was asked to turn himself over to the authorities
back in September of 2005,  I had the unfortunate opportunity of witnessing his separation from
his daughter, my niece, Sarah.  Jack and Sarah were visiting Los Angeles when he received the
call.  I met them at the parking facility for the Federal Building and took Sarah back to my house
while she watched her father leave for a night in jail.  It was crushing.

I am unique in that I am the only one in the world that can state what is was like to grow
up as Jack's younger brother.  He was kind, but tough as most older brothers can be.  Still, he
always protected me from harm and looked out for my best interest.  He was passionate in his
beliefs and worked to make his environment a better place to live.  His passion, his commitment
to help underprivileged, his strength, are all still present, but with each day spent in prison, those
gifts are wasted.

I believe that Jack has now served over 18 months of his sentence from the Florida
matter.  I know that he has spent much more time repenting about his actions and the pain that
was caused to those concerned.  I  appreciate you taking the time to look at this letter and those
of the other people close to Jack.  I know that you have a tremendous responsibility in your
capacity and ask only that you consider in your deliberations that Jack is not a "dangerous



BURGEE &
ABRAMOFF
PROFESSIONAL CORPORATION

Hon. Ellen S. Huevelle
May 20, 2008
Page 2

criminal" who needs to continue to be kept from society for the security of this nation and its people. He is a gentle family man who can serve society in ways that few can even imagine. It has been tragic to see him separated from his family especially when there are so many alternatives for his punishment, such as his ability to serve his country which would strengthen our social and political system. I know that you will use your considerable knowledge and experience in making the right decision for Jack, his family and the country at large.

Thank you for your consideration.

Very truly yours,

ROBERT W. ABRAMOFF

Dear Judge Huvelle,

I am Jack Abramoff's youngest daughter (by seven minutes), Sarah. I am writing to you to tell you how special my father is. Our dad is so wonderful. He is interested in what we are learning in school and how our day went. I miss hugging him when he comes home from work. I know that Dad has to be in prison for a while longer and this is so painful to me and to our family. Dad isn't the kind of father who ignores his children or would rather read the newspaper than be with us. We have always come first in his life and I know he misses being with us as much as we miss being with him.

Dad has been in prison for two long years and our whole family misses our dad so much. We go to the prison to visit him as often as we can but sitting in a plastic chair for a few hours is just not the same as having him at home all the time. Please, Judge Huvelle, when deciding how much more time Dad has to be in prison, I hope you will remember my letter and how hard it is on our family not to have our dad in our lives. I am a teenager and teenage girls need their dads a lot. I hope that you will have mercy and allow our father to come home soon.

Sincerely,
        Abramoff

Yaakov Adler

Honorable Ellen Segal Huvelle
United States District Court for the District of Columbia
333 Constitution Avenue, N.W.
Washington D.C. 20001

Dear Judge Segal Huvelle:

As September 4th approaches which as you know is the sentencing for my friend Jack Abramoff, I am reaching out to you to share a few thoughts from my heart. I know you are extremely busy and I want to thank you in advance for reading this letter.

I have not known Mr. Abramoff as long as some of the other people who will no doubt write to you. I only know the Abramoff Family for 2 years or so. In that time I have become very close with everyone from the parents to the children. I visit Jack on average of once a month, so I have seen the changes he has personally gone through, as well as the pain his family is suffering, which is really my reason for writing.

I am a simple guy; I don't know much about laws and certainly don't know what is a fair punishment for a crime, that is your expertise. All I know is that Jack's family is suffering undo hardships which are not their fault. Perhaps this is where our wonderful judicial system fails, as people who are 100% innocent must suffer from someone else's actions. I suppose this is what got Jack into prison in the first place, that innocent people suffered because of his actions.

I honestly do not know what Jack did to land in prison as I did not feel it was my business. Jack and his family opened their house to me, a stranger at the time, to help me, with no strings attached. Everyone makes mistakes. As I mentioned before, I am a simple guy and do not pass judgments on people, I leave that to the experts like yourself. What I look for in people is how they are inside. We are all human which means inherently we are all flawed, none of us are perfect.

Jack's family has really been struggling without him at home. I don't know how it is to be a teenage girl; you would know that better than me. Now think about what his twin 15 year old daughters must be going through. They really need their father. Moreover, Jack is also the spiritual leader of the Abramoff household and without him around much of that is gone too.

It is somewhat interesting how this circle generally plays out. A child's father ends up in prison for whatever reason. Father must stay in prison to 'pay his debt to society' and by the time he is released back to society, he missed his child's childhood. Child grows up and gets into trouble and what do we say? 'well, it's not really his fault, when he was at the most impressionable age his father was in prison' and we give him a pass or are more lenient. I guess what I am trying to say is, why wait for something to happen, let's try and prevent this circle when possible.

So now comes the time for Jack's final sentencing and all we can do is hope, pray and beg for leniency, at least as it pertains to Jack's family. I don't have the best solution and I would not insult you by even recommending anything. All I ask is for you to consider his family and their suffering they are going through at no fault of their own.

Respectfully,

Yaakov Adler

Yaakov Adler

Joseph Aiscowitz

Honorable Ellen S Huvelle
US District Court
District of Columbia
333 Constitution Avenue
NW Washington, D.C.
20001

03/27/08

Your Honor

As a long time friend of the Abramoff family for 69 years, I am writing to give you a background of the Jack Abramoff. My name is Joe Aiscowitz and I am a retired 82 year senior citizien. I served in the US Navy during World War II.

Jack Abramoff has contributed to many charities. I remembered him when he was born, and I kept in touch with him and his family. He is an outstanding family man and is a terrific father to his five children.

It is a shame that he got involved in this problem.

Jack Abramoff is a terrific husband and father. I hope you will consider all the good things he has done.

Respectfully submitted

Joseph Aiscowitz

May 27, 2008

Marty Apel

Honorable Ellen S Huvelle
US District Court,
District of Columbia,
333 Constitution Avenue N. W.
Washington D.C. 20001

May 12, 2008

Your Honor,

After following the Jack Abramoff's case, I feel that is my personal duty to write to you about the Abramoff Family and particularly about their son, Jack.

I have known the family for many years. Jack was brought up in a very good, virtuous, healthy family. Jane and Frank, his parents, dedicated a lot of time to the upbringing of their children, giving them the best in education, sports, and travels. I've known Jack as a kind and decent boy, a good son, an excellent student, and a good athlete. From the early age he recognized the importance of charitable work, and grew up to be one of the strongest supporters of educational causes as well as helping those who are less fortunate. Later in life he also became a dedicated family man, a husband and a father to five gifted children.

I hope, Your Honor, that you will give him another chance. I do feel that Jack can contribute to society in the most effective way by actively performing community service, charitable work or though other means you deem suitable, while continuing being present in the life of his five children and his family.

Yours truly,

Marty Apel

**Creason, Margaret**

| | |
|---|---|
| **From:** | Man, Christopher |
| **Sent:** | Wednesday, August 06, 2008 2:18 PM |
| **To:** | Creason, Margaret |
| **Subject:** | FW: Sentencing of Jack Abramoff |

Christopher D. Man, Esq.
McDermott Will & Emery LLP
600 Thirteenth Street, N.W.
Washington, D.C. 20005-3096
202-756-8405 (ph)
202-756-8087 (fax)
703-244-4199 (cell)

---

**From:** David Altschuler
**Sent:** Wednesday, August 06, 2008 2:17 PM
**To:** Man, Christopher
**Cc:** Jared & Livia Dunkin; ABRAMOFF, JACK A
**Subject:** Sentencing of Jack Abramoff

6 August 2008

Hon. Ellen Segal Huvelle
United States District Court for the District of Columbia
333 Constitution Ave., N.W.
Washington, D.C. 20001

Dear Judge Huvelle,

This letter concerns your impending sentencing of Mr. Jack Abramoff.
I have been corresponding with him weekly via email during the past year. It is clear that his remorse is intense and genuine.
His wife has taken in boarders into their home to keep it, and his children are confused and troubled. All this is to be expected, and I understand that a human judge cannot ignore wrong-doing because of indirect harm to families. But please remember that Jack's were not violent offenses. His potential for good, as evidenced by his immensely generous charitable donations during the few years that he was wealthy, is a matter of record.
Were Jack free, or sentenced to live at home under supervision, he could contribute the economy rather than being a continual drain on the governmental resources.
Even without appealing for mercy, the logic of the nature of Jack's offenses, his generosity, and his potential, all indicate a net good were he to be allowed to finish his sentence at home.
I appreciate your consideration of this letter. I will not go on at length because you surely will be getting many letters and must be pressed for time.
All the best,

--
David Altschuler

8/6/2008

## DENNIS L. BERMAN

August 6, 2008

Honorable Ellen Segal Huvelle
U.S. District Court
James Lawrence King Federal Justice Building
99 NE 4th Street, Suite 1067
Miami FL  33132

Dear Judge Huvelle,

This letter is written and submitted on behalf of Mr. Jack Abramoff.

Jack, and his wife Pam, were pillars of the Jewish community performing acts of generosity and kindness throughout the Greater Washington area.  The Abramoff family has worked on behalf of the community and with educators to create positive learning environments for children and teens.  Their charitable acts involved large sums of money, active involvement, and commitment to improving society at large.

The stigmatization and trauma inflicted on the Abramoff children has been incalculable.  The events surrounding Jack's long term incarceration, and robust public admonishment in the press and public sector, have profoundly affected his childrens' ability to learn and socialize.  The disruption of their studies, resulting in the transfer to schools in other cities and states, has affected their stability.  In attempting to provide for her family, Mrs. Abramoff found difficulty in obtaining employment locally.  Studies have shown the emotional, mental, and physical health issues suffered by children whose fathers have been imprisoned.  Pam Abramoff and her children have been notably affected by Jack's absence and suffered greatly.

Since his incarceration, Jack has been a model inmate, seeking religious counsel and guidance, endeavoring to provide help when and where able, and extraordinarily remorseful of his actions.  The loss of his mother, and his inability to attend her funeral, affected him profoundly.  He poses no threat to society and is doubly committed to serving his community.  It is my recommendation that Mr. Abramoff's term be commuted to home confinement and mandated community service.  It is a cost to the taxpayers and government to imprison this man, who is no danger to anyone, when his rehabilitation could be continued through home confinement.

Jack is a highly educated person, deeply committed to societal improvement. Through his participation in various charitable endeavors, Jack has displayed his abilities to support and endorse activities for the common good.

## DENNIS L. BERMAN

Please give this your strongest consideration to remand him to home confinement where he can be of greater use to the community, his family, and less cost to the public.  I greatly appreciate your efforts in this matter.

Sincerely,

Dennis Berman



May 27, 2008

Honorable Judge Ellen S. Huvelle
U.S. District Court
District of Columbia
333 Constitution Ave                    Re Jack Abramoff
N.W. Washington D. C. 20001

Dear Judge Huvelle

Yours is a very difficult task. You have to pass judgment on a man who has five children, who has given most of his assets to various charities, and who has led an exemplary life except that he belongs to the group of influence peddlers known as lobbyists.

A successful lobbyist is one who convinces Congressmen to be sympathetic to his client's interests. A measure of his success is how well he has spent his client's money to accomplish his client's goals. The more political connections a lobbyist has and the more he is able to accomplish on behalf of his clients is a measure of the fees he is able to charge.

It is regrettable that influence peddling, and the contributions to campaign funds and other perks to legislators, is legal. Presently there are 35,000 lobbyists spending money for influence in various forms and manner. It's been going on for over a hundred years. Most likely it is less flagrant today than it used to be years ago. Be that as it may, it is the fault of our legislators to not only fail to clean up our lobbying system, but worse then that, most lobbyists are subject to demands from legislators, to attend fund-raising dinners and other campaign events. A good many legislators feel that lobbyists should be beholden to them for the legislative favors performed by them in the past, and the very obvious and not very subtle implication is that if contributions do not continue, the lobbyists will lose the contact for future favors.

Since lobbying has, incredibly, become a legal profession, the lobbyists are all in competition with each other, to gain sympathies for their client's cause. The more money spent, on behalf of their client, the more the lobbyist is likely to become successful in this so-called esteemed profession.

With all of the skirmishing that is now taking place to pass new laws to clean up lobbying activities, it is astonishing that it is still flourishing as brazenly and actively as ever. In the March 6, 2006 issue of Time magazine there is an article written by Donald Barlet and James Steele, with the respect to the subsidies that are being given in the synfuel industry. The subsidies were scheduled to expire. The lobbying firm Council for Energy Independence has spent over $2 million lobbying Congress to preserve the tax credit according to reports filed with the Senate Office of Public Records. In addition, the article quotes that the synfuel lobby has spent an additional $5 million during that same period. Is it believable, that money spent in this fashion is not going to influence legislators? Is this out and out criminal bribery, or is it legal bribery?

Jack Abramoff is as guilty as all the other lobbyists of legal influence peddling, except that he was more successful, and had better contacts.

Jack Abramoff
Page 2
March 21, 2006

Your decision must weigh heavily on you, whether to keep a man in jail, who made millions as a lobbyist but made billions for his clients, and has given so much of his money away to charitable causes, that he does not have the funds, to properly defend himself against the vast array of charges thrown at him by the Justice Department. I would think that you would analyze very carefully the charges filed against him, regardless of his guilty plea, in your determination as to whether he should be sentenced to more jail time.

In spite of the extreme amount of publicity this case has engendered, all in an incriminating fashion, I would hope that you would allow testimony in this sentencing phase, to demonstrate that he is carrying the burden of the so-called crimes of all lobbyists, and recognize that it is a crime of influence peddling that must be rectified and not the men who are legally performing it.

Putting individuals in jail who have committed crimes of violence, makes sense. Putting individuals in jails that are severely overly-crowded, who are guilty of infractions of such a nebulous nature such as this, would not serve society well. Society would be well served however, if Jack Abramoff could perform community service with the skills that he so uniquely has, to reform the ethical legislative requirements in dealing with lobbyists, the public would be the beneficiary. The destruction of his career, and being forced to perform services for a salary just enough for him and his family to survive, would surely be a sobering punishment to satisfy his guilty plea.

An accompanying opinion by you reflecting on the obvious influence peddling performed by lobbyists and the encouragement by the recipient legislators, might go a long way to accomplish the proper reforms.

Aside from the above I have known Jack personally since his high school football days when he was a classmate of my son. I've become friends with his parents and am personally knowledgeable of his life as a young man and as an adult. Until he became a lobbyist he was a very dedicated socially responsible person. He was an excellent student, graduated from a top law school, became the head of the Young Republications, always demonstrated a charitable disposition, was a dedicated father and husband, and excelled in everything he did, .including being a lobbyist.

I fervently hope you take the above into consideration and release him to his family. Restructuring his life, will be an extremely difficult task.

Very truly yours

Norman Berris

# *JOYCE BLACK*

Friday May 16, 2008

Honorable Ellen S. Huvelle
US District Court
District of Colombia
333 Constitution Ave., N.W.
Washington, D.C. 20001


Honorable Judge Huvelle:

Jack Abramoff and his family have been very good friends of our
family. With great pride, I watched him become on of the most
decent persons I know. He and his family did all they could to
make this country the best!

Jack was always involved in the good for our country. Please pay
attention to those who deserve it.


Thank you,

*Joyce Black*

Joyce Black

### MOSHE BLEICH, Ph.D., LICSW

July 7, 2008

The Honorable Ellen Segal Huvelle
United States District Court for the District of Columbia
333 Constitution Avenue, N. W.
Washington, D.C. 20001

Dear Judge Huck:

     I have known Mr. Jack Abramoff for the last several years. My acquaintance with Jack commenced after Mr. Abramoff had decided to create Eshkol Academy, a school that he believed would fill a void in Jewish education. Jewish schools that provide a dual curriculum of Judaic and secular studies often lack the resources to provide a quality extracurricular program as well. Jack's dream was to elevate the both the quality of the level of Jewish education as well as providing a rich variety of extracurricular activities including a strong athletic program. His goal was to utilize his resources to develop such a school locally and its success would serve as a model for other schools, which could be developed on a national level with his support. Jack perceived that the establishment of Eshkol Academy as being the first step in achieving his goal.

     Jack's sense of responsibility and compassion triggered his concern to provide education for ALL the youth including those that had various learning disabilities and were woefully underserved. Eshkol's success with these youth is a tribute to Jack's insistence and persistence in establishing a top-notch educational program to meet these students needs. Since Eshkol's closing, a program of this quality has not been replicated at least in the greater Washington area.

     Two of Jack's sons also attended Eshkol. In all my discussions with him regarding the school Jack always discussed his son's progress with great concern. In my personal meetings with him when his children and wife were present his love, affection and concern for them was self-evident. There is no doubt that an ongoing long-term enforced separation from the family will continue to have a strongly negative impact on the entire family system and particularly for Jack's children who are in the developmentally vulnerable stage of adolescence.

     Although I am not privy to the crimes that Jack has committed I can attest that Jack Abramoff is a devoted husband, father, and man of deep compassion. Jack is deserving of whatever compassion that can be provided, an attribute that he has so generously shown others.

Respectfully yours,


Moshe Bleich, Ph.D., LICSW

Susan Bradford

07/16/08

Hon. Ellen Segal Huvelle
United States District Court for the District of Columbia
333 Constitution Ave., N.W.
Washington, D.C. 20001

Dear Judge Huvelle:

When Jack Abramoff first appeared before you in 2006, he was a deeply chastened man. His reputation was besmirched. He was exposed to public ridicule. Jack has accepted full responsibility for his actions and a genuine heartfelt sympathy for others who may have been injured as a result of his actions.

The point of imprisonment is to serve as a deterrent. However, has serious lobbying reform really come about as a result of his scandal? In fact, it would appear that lobbying and the undue influence it exerts on our public office holders continues unabated. I would make the case that it should be in the country's interests to reform the system rather than severely punish a solitary individual for having engaged in behaviors befitting a lobbyist.

Over the past few years I have spoken to a number of people who were familiar with Jack's work and who knew and worked with him personally. A number of his former clients speak well of him and have told me that that they were pleased with his deliverables. They did not feel exploited, and in fact, believe that his results more than made up for what they paid for it. Seemingly other lobbyists today command a similar level of fees on the high end and engage in tactics similar to those of which Jack used. Political influence within federal agencies also continues. Again, I would argue that a structural change is needed to create a buffer which allows our federal officials to make decisions without outside influence. But as it stands now, the agencies are highly politicized — especially and including the Department of Justice which oversaw the Abramoff investigation.

Political campaigns remain hungry for cash, as special interests line up to make contributions to their candidates, no doubt expecting more favorable consideration for their agendas once they claim office. Sadly, in this great democracy of ours, giving money appears to be one of the few ways in which one can be heard and receive serious consideration on Capitol Hill. Jack worked within the realities of the political system as it exists. He did not invent influence peddling, but he did refine it to an art. He was regretably following a pattern already in place.

I am privileged to say that I am one of Jack Abramoff's friends. I have found him to be a kind and compassionate man and one of integrity. He also has remarkable grace. For all the abuse and degradation he has endured, he still manages a cheerful smile and does not respond to the abuse he has received in kind. Jack has remained true to his philanthropic nature, assisting inmates, through warm encouragement, sharing Bibles, and the like. He has also been denied pain medication in prison which have made it difficult and indeed painful for him to walk. He has suffered mental, emotional, and physical distress. Continuing to subject him to further prison time would be inhumane. Jack has not only lost his career and the vast respect he once enjoyed, but he has been estranged from the family he adores such that he has not able to give his final respects to his mother who passed away during his incarceration.

From what I have gathered, Jack has entirely played by the rules as a matter of good faith. He has cooperated with the federal investigation. He also pleaded guilty after having been tried and sentenced in the court of public opinion, which often falls to a pack mentality and is quite careless with the facts. As such, he did not enjoy the benefit of a trial by jury. He was denied the right to have the facts presented against him in a court of law, face his accusers, and respond to the allegations with a rigorous defense. Instead, he dutifully pleaded guilty in order to cooperate with the federal investigation and to spare himself, his family, and the federal government long, drawn out, and expensive litigation. Given the highly politicized nature of the investigation, he was perhaps ill served by not being able to stand for public trial.

I have read in the newspapers that Jack may wind up spending over a decade a prison in connection with his guilty plea. This sentence seems inhumane and unnecessarily harsh in light of his cooperation and suffering. His five children are of young and vulnerable ages. Imposing a sentence of this length would have a permanent and devastating impact on them, damaging their lives and those of future generations. His children should be given consideration during your sentencing. Therefore, if you feel it necessary to penalize him further, I urge you to sentence him to home confinement.

As you know, this scandal came about as a result of his alleged victimization of Indians. However, speaking to tribal members and looking further into the issue, I can say that many of his former contacts support him. They also have said that he did not engage in activities different from those of current and former lobbyists. In fact, they said that they pointed out the similarities to federal officials, and yet, oddly the feds were not interested in investigating other lobbyists engaging in similar conduct. They were only interested in looking into Abramoff. Many of his tribal supporters were also harmed so that this investigation could proceed, which seems quite distressing in light of the fact that the investigation started as a means to help Indians.

I can fully appreciate your desire to punish Jack Abramoff. However, the spirit of the law must be applied equally and without prejudice. The high, mighty, and influential should not be above the law, nor should they be more severely punished than others because of their privileged station in life.

I beseech your honor to show mercy on this good man. He has taken steps to become a new person and is humble, gentle, and genial in his walk. Your greatness of spirit will go a long way towards setting a new tone in Washington, DC

I trust you will do the right thing by Jack Abramoff, his family, and the country. Jack is more than just a lobbyist. He is a symbol for our times. The investigation was born out of fierce political rancor. It's time to allow the healing to begin.

Sincerely,

Susan Bradford

Susan Bradford

בס״ד

קייק אהבת תורה
**Woodside Synagogue**

**Rabbi**
  Yitzchak Breitowitz

*President*
  Dan Lawson

*Vice President for
Administration*
  Stephen Reid

*Vice President for
Programming*
  Leah Lipman

*Vice President for
Membership and
Community Relations*
  Yehudit Grun

*Treasurer*
  Jerry Saunders

*Assistant Treasurer*
  Anita Wolf

*Secretary*
  Daniel Friedman

Hon. Ellen Segal Huvelle

U.S. District Court for the District of Columbia

333 Constitution Avenue, N.W.

Washington, D.C. 20001

Dear Judge:

I am the Rabbi of the Woodside Synagogue in Silver Spring, Maryland. - an Orthodox Jewish congregation of approximately 120 families - as well as a Professor of Law at the University of Maryland. I have known Jack and Pam Abramoff well for 20 years, both as a Rabbi and friend. (In the interest of full disclosure, let me note emphatically that I have <u>not</u> financially benefitted from this friendship).

I do not excuse or condone the crimes Jack committed. Such wrongdoing is indeed repugnant to the moral teachings of Judaism as well as the laws of the United States. But the behaviors do not reflect the totality of the man I know well. Jack Abramoff has been portrayed as nothing less than *the Devil incarnate,* a despicable, totally-evil criminal with no redeeming qualities. This devastating carciature fueled by the media frenzy at the time of his trial and conviction is false.

The Jack Abramoff I know, like all of us, has flaws but he is a person of good motivations and generous heart; a man of vision and commitment; an individual who genuinely wanted to make a difference for the better in his community and in the lives of others and who tragically lost his bearings in the

בס"ד

ק"ק אהבת תורה
**Woodside Synagogue**

Rabbi
  Yitzchak Breitowitz

President
  Dan Lawson

Vice President for
Administration
  Stephen Reid

Vice President for
Programming
  Leah Lipman

Vice President for
Membership and
Community Relations
  Yehudit Grun

Treasurer
  Jerry Saunders

Assistant Treasurer
  Anita Wolf

Secretary
  Daniel Friedman

culture of corruption that is unfortunately so common in Washington.

I am personally aware of numerous acts of kindness Jack performed for others - not necessarily people who were rich, powerful or famous but people in need. He and his wonderful wife, Pam opened their home especially on the Jewish Sabbath to provide hospitality and friendship for persons who did not have family in the area. He helped people find gainful employmnet. He gave not only his money but his time, energy and creativity for many good causes. His now-closed Jewish boys' school - Eshkol Academy- was a bold attempt to create a Jewish parochial school that not only focused on academics but on the development of healthy, well-balanced personalities who would be imbued with both the nobility of their religious tradition and the commitment to civic virtue. ( I understand the irony here but Jack was truly committed to this process). He worked tirelessly to assemble a first-rate faculty and program.

As President of the Yeshiva of Greater Washington - another parochial school that he headed prior to starting the Eshkol Academy - he was instrumental in uncovering financial irregularities and initiating the process which eventually put the school back on a solid fiscal basis. His work for Eshkol and the Yeshiva was *uncompensated* and indeed compelled him to pour much of his own money to keep these institutions afloat.

Even his lobbying activities come from a good place. Strange as it may sound, Jack Abramoff is not a greedy man.

ד"ק ב

בס"ד



ק"ק אהבת תורה
**Woodside Synagogue**

**Rabbi**
  Yitzchak Breitowitz

*President*
  Dan Lawson

*Vice President for Administration*
  Stephen Reid

*Vice President for Programming*
  Leah Lipman

*Vice President for Membership and Community Relations*
  Yehudit Grun

*Treasurer*
  Jerry Saunders

*Assistant Treasurer*
  Anita Wolf

*Secretary*
  Daniel Friedman

Even at the height of his success, he lived in a nice house located in a middle-class neighborhood in White Oak. His children attended the same Orthodox Jewish day schools that hundreds of other middle-class children attend. They did not have noticeably more luxuries than other families. Their lifestyle was always simple, if not exactly sparse. Jack's activism stemmed from a genuine belief in the tenets of Reagan Republicanism: limited government; the power of the individual to make a difference; the unlimited potential of human beings once they have freedom. He saw these ideas as reflections of the Judaeo-Christian ethic emphasizing the dignity of man.. He saw power, influence and money as means, not ends. He saw lobbying as a way to do good in the world. Like others, he may have lost his moral bearings and sense of perspective in the process but I can tell you that, even at his worst, his heart was in the right place.

There is another point that needs to be made: <u>Contrition.</u> It is obvious that everybody about to be sentenced will express regret and contrition and I imagine that a judge would tend to dismiss these expressions as "crocodile tears". In Jack's case, however, these feelings come from a deeper place. Intrinsically, Jack is an idealistic visionary with a strong passion to do good. He has a deep commitment to the teachings of Judaism, one of which is to behave in such a way as to bring glory to the name of G-d and to the people of Israel.. Jack knows that his behavior has brought disgrace to both and that fills him with a deep ,painful genuine remorse.He found himself in a merry-go-round which

בס"ד

ק"ק אהבת תורה
**Woodside Synagogue**



**Rabbi**
  Yitzchak Breitowitz

*President*
  Dan Lawson

*Vice President for
Administration*
  Stephen Reid

*Vice President for
Programming*
  Leah Lipman

*Vice President for
Membership and
Community Relations*
  Yehudit Grun

*Treasurer*
  Jerry Saunders

*Assistant Treasurer*
  Anita Wolf

*Secretary*
  Daniel Friedman

suddenly came to a stop.

The collapse of his career and indeed his life, has caused him to engage in introspection, to reevaluate his life and reassess his priorities, to change course, to figure out where he went wrong, to attempt to make amends to those he harmed. This entire experience has changed him in a profound way - it has made him humble, more sensitive to the feelings of others, more dependent on the grace and mercy of the Almighty. This process of inner change is called *"Teshuva"* - repentence - and is a religious obligation within Judaism. Jack's contrition is not an artifice to effect a reduction of sentence; it is a fundamental expression of his deep seated religious faith.

All of this was true even before Jack served any time. I believed then, as I believe now, that incarceration did not serve the highest ends of justice but Jack has in fact already served a year and a half. Whatever pound of flesh society needed to exact has been taken. This experience has taken a severe toll on nimself, his wife and his children. His mother died while he was in prison. He could not attend her funeral nor visit his father to provide comfort and solace. His children are going through the turbulent difficulties of adolescence without their father's presence and daily face the humiliation of everyone knowing their dad is a felon serving time. Pam is working herself sick, trying to hold down a job, take care of her kids as a single mother and trying to make the grueling trip to Cumberland as often as she can. Whatever his faults, Jack was always a devoted and loving family

בס״ד



ק״ק אהבת תורה
**Woodside Synagogue**

**Rabbi**
Yitzchak Breitowitz

*President*
Dan Lawson

*Vice President for
Administration*
Stephen Reid

*Vice President for
Programming*
Leah Lipman

*Vice President for
Membership and
Community Relations*
Yehudit Grun

*Treasurer*
Jerry Saunders

*Assistant Treasurer*
Anita Wolf

*Secretary*
Daniel Friedman

man  His relationship to his kids was strong and vibrant.  That relationship has largely  been destroyed .I hope and pray that it can be reeestablished some day but frankly who knows?     It should  also be noted that Orthodox people generally seek a marriage partner who shares the same commitments.  This creates a very small pool of possible mates. Within that very small pool, there is virtually no one who would marry into a family where the father was a convicted felon serving prison time.  Jack's imprisonment has not only made his children the equivalent of orphans at a crucial stage in their development but could irrevocably destroy their chances to  ever create a family of their own in accordance with their religious traditions.

Jack is man of great talent.  His creativity, vision, passion and intellect could benefit society in numerous ways, helping the people he may have victimized as well as others.Indeed,he used his time in prison to actively improve the lives of others.He conducted religious services for other inmates,taught Bible classes and tried to be an exemplary inmate ,treating his fellows with dignity and respect.I was genuinely amazed at his equanimity,his grace under pressure,his gentle sense of humor ,his making the best of a horrendous situation,his commitment to spiritually grow even in the middle of the worst circumstances imaginable.He has used his time for the very purpose of the "penitentiary"(a term that comes from "penitence")-for repentence,reflection ,and commitment to rededicate his life to the moral principles of his faith.In speaking and writing to him,I

בס"ד

קייק אהבת תורה
**Woodside Synagogue**



**Rabbi**
Yitzchak Breitowitz

**President**
Dan Lawson

**Vice President for Administration**
Stephen Reid

**Vice President for Programming**
Leah Lipman

**Vice President for Membership and Community Relations**
Yehudit Grun

**Treasurer**
Jerry Saunders

**Assistant Treasurer**
Anita Wolf

**Secretary**
Daniel Friedman

can see the deep regret he has for the harm that he caused his victims as well as his family. What good would it be to continue to warehouse him? What a waste it would be to deprive society of the gifts that he could provide. He has learned his lesson - he is a changed man who will not go down this path again. There is nothing more either he or society would gain from his continued incarceration and there is much that both would lose. Indeed, keeping him in prison would directly harm the people he hurt by making it impossible for Jack to earn income and thereby make restitution.

I turn to Your Honor and respectfully request that the Court approach sentencing in this case with a sympathy and understanding that look at the total personality and circumstances of a fundamentally-good and decent man .This case is a tragedy on many levels but imprisonment will only compound the suffering for some and provide absolutely no relief for others.For reasons of compassion for the accused and his family; for his extensive and willing cooperation with law enforcement;for the sincere regret , contrition and transformation that the accused has undergone; for the deep shame, humiliation and disgrace the accused has already suffered within his community and outside of it; for the fact that the accused hopes and plans to make full restitution to those he hurt; for the fact that incarceration would deprive society of a person with the potential to do much good; and is totally unnecessary for deterrence in the future,and for the fact that he



בס"ד

קיי'ק אהבת תורה
**Woodside Synagogue**

**Rabbi**
  Yitzchak Breitowitz

**President**
  Dan Lawson

*Vice President for
Administration*
  Stephen Reid

*Vice President for
Programming*
  Leah Lipman

*Vice President for
Membership and
Community Relations*
  Yehudit Grun

*Treasurer*
  Jerry Saunders

*Assistant Treasurer*
  Anita Wolf

*Secretary*
  Daniel Friedman

has  been a model prisoner who used his time to help others and reflect on his mistakes, I urge the Court  to consider long-term community service. or home confinement. As tragic as this case is, justice is better served by mercy.

Sincerely,

Yitzchak A. Breitowitz

Rabbi of the Woodside Synagogue

& Professor of Law,

University of Maryland

דוד



# Torah School of Greater Washington

July 25, 2008

*In Our
15th Year of
Academic
Excellence*

Honorable Ellen Segal Huvelle
United States District Court for the District of Columbia
333 Constitution Avenue, N.W.
Washington, D.C.   20001

To the Honorable Ellen Segal Huvelle,

I am writing to you on behalf of Jack Abramoff.  I obviously cannot address any of the legal issues which presently face him.  However, I do know him in a different light and venue from all that has become public knowledge.

In 1994, a small group of people got together in Silver Spring, Maryland to start a new Orthodox Jewish elementary school.  Their purpose was to open an institution which would meet the religious and philosophical needs of a growing element of the Greater Washington Jewish community.  Mr. Abramoff put all his efforts into getting this project off the ground.  He even took off large amounts of time from his work to accomplish this goal.  The Torah School of Greater Washington opened its doors in September, 1994, largely as a result of the hard work and commitment of Jack Abramoff and his wife, Pam.

Mr. Abramoff served as the first President of the Torah School's Board of Directors and was a major factor in its success.  (We, presently, have over 250 students in Grades K – 6.)  We moved into a permanent building in June, 2004.  Prior to that, we had to move from location to location six times.  Jack Abramoff was instrumental in finding our first temporary site and worked to help us secure later venues.  He was also always committed to doing what was in the best interests of our students, and this manifested itself in all board decision-making.  Virtually any items of import that were recommended by the educational administration of the school were approved, in great measure due to Mr. Abramoff's backing.

In my position as Headmaster of the Torah School, I know of or hear about numerous needy families or individuals.  Whenever the Abramoffs were approached to help these people, they gave generously – but on the condition of anonymity.  There were also times that Jack and Pam Abramoff initiated the assistance themselves and approached me to be the intermediary – again, so they could remain in the background.

## ADMINISTRATION

**Headmaster**
Rabbi Yitzchak Charner

**Secular Studies Principal**
Julie Malka

**Executive Director**
Rabbi Hershel Lutch

## BOARD OF DIRECTORS

**President**
Howard Sabrin

**Vice Presidents**
Gary Goodman
Scott Hillman
Raanan Shames

**Treasurer**
Abe Zwany

**Secretary**
Jodi Mailman

**Members-at-Large**
Joan Dasher
Sam Garfield
Adina Gewirtz
Menachem Gottlieb
Daniel Keleman
Rabbi Avrom Landesman
Baruch Wertenteil



Mr. Abramoff has always been very devoted to his family. Despite his busy schedule which included communal responsibilities, he made sure to give his wife and children the time, love, and care they so deserved. In the more than eighteen months that Mr. Abramoff has been in prison, his family has suffered greatly in many ways. Besides the obvious embarrassment and financial hardships they have endured, the absence of his guidance has led to unfortunate decisions made by his children. No one can fill the gap left by a parent in absentia.

As I have visited him, I am aware of Mr. Abramoff's strong level of contrition and remorse. He has used the bulk of his time in prison for personal reflection, greater dedication to his religious convictions, and teaching other inmates.

He has already suffered and continues to suffer greatly. One of his lowest times occurred last summer when his mother passed away. He was not unable to attend her funeral, nor was he able to visit his father to comfort him. In addition, during the year of mourning, Mr. Abramoff was not able to recite, in the synagogue, the Jewish mourning prayer. The purpose of this prayer is to elevate the soul of the deceased and is said by a surviving son.

Mr. Abramoff is ready, willing, and prepared to once again be a contributing member of his community and to be there to help heal his family's wounds.

In summary, I respectfully ask her Honor to take all the above into serious consideration into the possible reduction of Mr. Abramoff's prison sentence. If this is not possible, please consider the option of home confinement.

Respectfully yours,

Rabbi Yitzchak Charner
Headmaster

Gene L. Colice, MD
*Director*
*Professsor of Medicine, GWU*



# Washington
# Hospital Center

**Section of Pulmonary, Critical Care**
**and Respiratory Services**

17 July 2008

Hon. Ellen Segal Huvelle
United States District Court for the District of Columbia
333 Constitution Ave, N.W.
Washington, D.C. 20001

Dear Judge Huvelle,

I write to you in support of Jack Abramoff, but I must admit that this is a very difficult letter for me to write. I have been a next door neighbor to the Abramoff's for over 9 years. They have been very good neighbors. When Jack's legal difficulties became apparent, both Jack and his family suffered greatly. Jack recognized his guilt and is now being punished accordingly. Unfortunately, Jack's family, his wife and his five children, also continue to suffer from their husband and father's absence. One might say that this suffering is appropriate to the crime. I strongly believe in our judicial system and punishment is an appropriate part of this system. I also recognize, though, that keeping someone in jail who has fully recognized, acknowledged and atoned for their errors does not serve justice in the fullest sense.

I would strongly encourage you to consider, if further confinement is necessary, moving Jack to home confinement. He is clearly no longer a risk to society and at home could actually be a contributor to, not only his family, but also to society. I would, as a good neighbor, welcome him home.

Sincerely,

Gene L. Colice, MD

*MedStar Health*

## Corby and Corby
AN ACCOUNTANCY CORPORATION

THOMAS B. CORBY, CPA
RANDOLPH P. CORBY, CPA

May 7, 2008

Honorable Ellen S. Huvelle
US District Court
District of Columbia
333 Constitution Avenue
N.W. Washington D.C. 20001

Honorable Judge Huvelle:

I am writing this letter on behalf of Jack Abramoff, whose case I understand you are slated to hear soon. I am proud to say that Jack's father, Frank has been a client of mine for these past twenty years. I know he and his late wife Jane and share both a business and personal relationship with them.

At Frank's request, I gave considerable thought to his suggestion that I write a letter of support for Jack during this unfortunate predicament that he finds himself facing. After serious consideration, I reached the definite decision to write, immediately. The unpleasant circumstances involving their beloved son has been gut wrenching, at the very least to witness.

Over the years I have shared Frank's pride with his three children, as he would relate stories and share photographs of their successes. I've met Jack Abramoff several times over the years and especially remember one time at Frank's seventieth birthday party. I remember him because of the well spoken, warm, loving toast he gave to his dad. Frank and Jane have cultivated a close-knit family where they don't hide their feelings of love, admiration and support for one another. Frank and I share a passion for the game of golf and especially love to play with our sons. In golf, and in life, one succeeds with honesty and integrity or not at all. These are the values both Frank and I have instilled in our sons. I know this to be true. Please consider that five children depend on your decision and will need their father to teach them, and serve as the guiding force in their lives.

I will be most grateful for any help you can offer Jack and his family. In any case, I do appreciate your time and consideration for Jack Abramoff.

Sincerely

Thomas B. Corby C.P.A.

Honorable Ellen S.Huvelle
US District Court, District of Columbia
333 Constitution Ave Nw
Washington DC 20001

                                                              May
13, 2008

       Dear Judge Huvelle:

              I know the Abramoff's for over sixtey years.  They are hard working
       people.
              I have known Jack all his life.  I have seen him as a bright and
industrious
       young man.
              I believe that Jack has learned his lesson and will use his what has
happened tp
       him to become a productive part of society.
              I hope that you will consent to release him at the present time.


                                        Sincerely,
                                        Nathan Diamond
                                        Nathan Diamond


08402


                              Page 1

July 10, 2008

The Honorable Ellen Segal Huvelle
United States District Court for the District of Columbia
333 Constitution Avenue, N.W.
Washington, D.C.  20001

Dear Judge Huvelle:

My father, Rabbi Emanuel Eisenberg, OBM, have during his career, consulted with many judges on behalf of his fellow Jewish brethrens with many successes.  While my father believed that people should pay for their crime, the punishment should be commensurate with the crime they committed (paying back for stealing).  Also my father believed that if a person truly repented, he must be allowed to follow up by showing he can conduct himself as a G-d fearing member of the community.  Having seen first hand the effects of such actions, I would like to follow in his footstep by writing this letter on behalf of Jack Abramoff.  I have known Mr. Abramoff as a life member of my congregation, which began in 1993 while I was the Treasurer of my synagogue. While our association may not have been extensive, I found Mr. Abramoff and his family to be a very caring member of our community.

Mr. Abramoff has been, until November, 2006, an active leader in the Washington D.C. Jewish community.  He had made many contributions, financial and time, to worthwhile causes.  In the field of education, he not only gave to Jewish day schools, including a special education school, but he also founded two schools, one of which is still going strong.  He gave to his synagogue as well as to other Jewish institutions, all of whom are very grateful for Mr. Abramoff' contribution.  His wife, Pam Abramoff, is a very active partner in the family pursuit of doing worthy things for the Jewish community.

While I do not condone the illegal actions he may have done, I do not believe that incarceration is the answer in this case.  It has already taken a severe toll on him and his family.  Sentencing Mr. Abramoff to serve further time in prison would continue to have very devastating effect on his wife and five children.  Additionally it would be a resource drain on the government, counterproductive, and a waste of such creative talents.  I really do believe that Mr. Abramoff is truly sorry for what he did.  I honestly feel that prison term in his case is an inappropriate method of "paying his debts".  Even our own Jewish laws do not recommend incarceration for the types of crimes that he was charged with.

I would like to suggest the following sentence.  A long probation period, with any reasonable financial restitution imposes by the court to occur during the probation period, combined with home confinement.  In addition, Jack Abramoff should do many hours of community service working for a Maryland Indian tribe or an American Indian organization in the Washington, D.C. area as well as for other worthwhile causes.  Mr. Abramoff should continue to seek counsel from by my congregation's rabbi, Rabbi Kalman Winter.  Rabbi Winter's address is 301 Burnt Mills Avenue, Silver Spring, MD 20901.

I have every reason to believe that the aforementioned actions should give Jack Abramoff a deeper understanding of who he should be and a greater appreciation of his behavior with his fellow men.  Should Mr. Abramoff violate any of his probation term, I would not blame you if you then impose a prison term at that time.  I am hoping that will never be the case.

I know that you have a very tough job weigh down by very heavy responsibilities.  I do sincerely hope that you will consider my heartfelt plead for mercy very seriously.  I believe that by agreeing with my recommendation, the American public interest would be better served at the highest level.  Thank you for reading my letter.  May G-d give you strength and his blessings.

Sincerely,

Harry Eisenberg

July 21, 2008


Hon. Ellen Segal Huvelle
United States District Court for the District of Columbia
333 Constitution Ave., N.W.
Washington, D.C. 20001

Dear Judge Huvelle:

I have known Jack Abramoff and his wife, Pam for over 20 years, having first met them
when we all worked for Citizens for America during the Reagan Administration. Prior to
being invited to join Citizens for America, I had the honor of working in President
Ronald Reagan's personal office in the White House. I remember those years with pride
and gratitude for having had the opportunity to work in that administration. Jack and
Pam Abramoff were not married when I first met them. I worked closely with both of
them, and came to admire and respect them, staying in contact with them throughout the
ensuing years and was shocked and saddened to learn of Jack's prison sentence.

I have been corresponding with Jack in prison and he has expressed to me his deep
remorse. He has been in prison for almost a year and a half, and there is no doubt that it
has taken a severe toll on him and his family. Jack has spent his time in prison reflecting
and filled with regret. He has tried to improve the lives of others in prison by teaching
them whatever he can. He has suffered great anguish and sadness as have his wife and
five children. Each time he writes to me, Jack talks about how much he misses his
children and worries about his wife coping with all that comes along with raising teenage
children alone. I truly believe that further time in prison is unnecessary both from a
punitive and a deterrent point of view.

I plead on Jack's behalf for a reduced sentence or if further confinement is still necessary,
it would be humane while still serving the interests of justice to move him to home
confinement. I humbly beseech you to show mercy.

Respectfully,



Lindy Fekety
(formerly Lindy St. Cyr)

**Creason, Margaret**

| | |
|---|---|
| **From:** | Man, Christopher |
| **Sent:** | Sunday, July 20, 2008 4:26 PM |
| **To:** | Creason, Margaret |
| **Subject:** | FW: Jack Abramoff |

```
Christopher D. Man, Esq.
McDermott Will & Emery LLP
600 Thirteenth Street, N.W.
Washington, D.C.  20005-3096
202-756-8405 (ph)
202-756-8087 (fax)
703-244-4199 (cell)
```

-----Original Message-----
From: Ahuva Feldman [mailto:
Sent: Sunday, July 20, 2008 9:13 AM
To: Man, Christopher
Subject: Jack Abramoff

200 Northwest Terrace
Silver Spring, Maryland  20901
July 20, 2008

Hon. Ellen Segal Huvelle
United States District Court for the District of Columbia
333 Constitution Ave., N.W.
Washington, D.C.  20001

Dear Hon. Ellen Segal Huvelle:

I am writing in regards to a member of my community, Jack Abramoff.
It is my understanding that his final sentencing is on September 4,
2008.
Although I have not been in contact with Jack during his imprisonment,
I can only imagine the  the suffering that he must be experiencing,
not only as an inmate;  but also as a father removed from his
adolescent children, and as a son, unable to be with his father at the
time of his mother's passing.

The suffering I am aware of, however, is that of his wife and
children.  I remember when his wife, Pam, used to volunteer her time,
daily, as an aide in my son's second grade class.  I remember
neighbors speaking of how many favors she had done for them, loaning
out her car, hosting families in need of temporary housing (including
my own family), etc.  I used to see her children attending services at
my synagogue and getting together with friends in my neighborhood.

Pam no longer volunteers her time at the school;  she now works long
hours, struggling to make ends meet.  All but one of her children are
in schools far from home.  Her overgrown yard seems to take over her
house, emphasizing the emptiness and pain that lies inside.

Pam Abramoff and her children have committed no crimes, yet they are
being unjustly penalized along with their father, due to his absence.

If there is any way possible for Jack to serve his sentence through
home confinement, so that his family would have a chance of regaining
its former unity, so that his children would have their father back,
so that his wife would not have to  support her children and run her

1

Sincerely,
Laurel Feldman



NSB ASSOCIATES, INC.
Real Estate Development/Investment

May 13, 2008

Honorable Ellen S. Huvelle
U.S. District Court
District of Columbia
333 Constitution Avenue, N.W.
Washington, DC 20001

Re:    Jack Abramoff's Final Re-Sentencing

Dear Judge Huvelle:

I have known the Abramoff family since Jack was in high school at the same time as my daughter, Lisa, in the mid 1970's. He was a leader in school as well as playing on the football team. He went onto Brandeis University, which is where my daughter also ended up. Both of our families were close friends and Jack was one of my favorite young people. He helped my daughter in her freshman year at Brandeis get acclimated to college life by helping to make her a more independent person. Without his help she would have had a very different adjustment to college life.

I have found Jack to be very generous with his time in helping his friends with advice and by listening to what they are saying. He was looked up to by his peers as a leader and being helpful when needed.

His family was a part of the Beverly Hills community and participated in civic and charitable functions.

He has paid dearly for his past actions and I hope you consider this when you decide on any further time to be served by him.

Very truly yours,

Lawrence N. Field

LNF:sa

lnfp1370

July 16, 2008

The Honorable Ellen Segal Huvelle
U.S. District Court for the District of Columbia
333 Constitution Ave. NW
Washington, DC 20001

Dear Judge Huvelle,

I understand that you will be making a decision regarding the sentencing of my friend, Jack
Abramoff very soon, and I am writing to ask that you be as lenient as possible with Mr.
Abramoff when you make this decision. I have two reasons for making this plea: First, I see no
value to keeping Mr. Abramoff in jail any longer—I believe that it will accomplish nothing for
society and will cause unnecessary harm to Mr. Abramoff and his family, to no end that I can
see. And second, Mr. Abramoff, specifically, is a good man who is repentant, which deserves to
be rewarded.

First, as I understand the penal system in this country, the goal is either to stop the criminal from
committing further crimes or to deter others. I think that anyone, upon reviewing Mr. Abramoff's
case, will agree that he is very unlikely to commit another crime—the tar and feathering that has
taken place and the loss of friends and colleagues would be enough to accomplish both of the
aforementioned tasks. i.e., Mr. Abramoff will certainly not commit any of his crimes again, and
anyone who was considering replicating his actions will certainly be deterred by what has
happened to him in the press and among his colleagues.

Add to this consideration the fact that Mr. Abramoff has five children with whom he is very
close, all of whom still live at home. It is my understanding that Federal prison is not terribly
taxing for the person in prison, but that it is awful for the person's loved ones—the full burden of
childcare falls on the spouse; the children have to live with the stigma of having a father in
prison, in addition to missing him and not having him there as a role model. While I am glad that
prison is not onerous (being in prison is punishment enough, without it also being a horrible
ordeal), that fact does beg the question of who is actually serving the time that is meted out. i.e.,
although Mr. Abramoff would be the one in jail, it is his wife and five children who will really
suffer. Couple the fact that prison will not deter Mr. Abramoff or others to any significant degree
beyond the current deterrent effect with the fact that Mr. Abramoff's wife and children will
suffer in an array of ways from having his father in prison, and it seems to me that the lightest
possible sentence is surely warranted.

Second, I have gotten to know Mr. Abramoff over the past few years via letters and email, as
well as one visit in person before he was sent to jail. We have been discussing issues of faith and
morality, and my impression of Mr. Abramoff is of a man who is repentant, sincere, thoughtful,
down-to-earth, and self-deprecating.

Although both Mr. Abramoff and others now recognize that his level of devotion to his clients was morally objectionable and illegal, I think I share the view of many Americans when I suggest that he was playing the lobby game, and that the difference between what Mr. Abramoff did and what other lobbyists do is, at most, a difference of degree.

It speaks very well of Mr. Abramoff that he is now repentant, is cooperating with prosecutors, and sincerely hopes that his experience will lead to reform of the system, which is far more corrupt than this one lobbyist's experience.

It seems to me that rewarding him for cooperating will send a much more useful and significant message to any future wrongdoer than will punishing him for his initial misconduct. i.e., if you put him in jail for a long time, despite his contrition and helpfulness with prosecutors, that may cause future defendants to behave in a manner that is much less helpful to prosecutors, and that for no real additional deterrent effect from the jail time.

I would like to close by noting that Mr. Abramoff and I are polar opposites politically. I am on the most progressive side of the Democratic party, while Mr. Abramoff is on the most conservative side of the Republican party. Nevertheless, as a devout Roman Catholic, I admire his devotion to his faith; and as a member of a very close family, I admire his devotion to his wife, children, and parents. And as someone who donates 20 percent of my salary to causes that I believe in, I admire his devotion to philanthropy, even as I chose different causes.

Like others from among my more conservative friends, I find Mr. Abramoff's sincere desire to lead an ethical life and make the world a better place admirable, and I'm convinced that he will never again behave in the ways that caused his current situation. Once he is out of prison, I have no doubt that he will make amends for his wrongs many times over.

If I can be of any further assistance, please do not hesitate to contact me. I can be reached email at BruceGFriedrich@yahoo.com or during the day at 757-962-8342.

Sincerely,


Bruce G. Friedrich

Adina Gewirtz

July 8, 2008

Hon. Ellen Segal Huvelle
United States District Court for the District of Columbia
333 Constitution Avenue, N.W.
Washington, D.C. 20001

Your Honor:

I am writing to ask for a reduced sentence for my friend, Jack Abramoff, whom I have
known for more than 25 years. Jack has now been in prison for a year and a half, and
during that time we have corresponded regularly. I can tell you that Jack's time in prison
has had a tremendous impact on him. He expresses sincere remorse for the actions that
led to his conviction. He's spent his time reflecting on his life and on the choices that led
him to this terrible point. Despite the great pain his incarceration has caused him, he
works consistently to try to contribute to his surroundings and to improve the lives of
those who are with him, teaching classes, and working in the chapel.

Jack's time in prison has taken a terrible toll on both him and his family. He has five
children, the two youngest of whom are only 15, and who are much in need of his
presence at home. His wife has been ill, and during his time in prison, his mother died
after a long illness. He was neither allowed to attend her funeral nor to see his father to
comfort him. The almost eighteen months he has spent in jail have been marked by
personal torment, family suffering, and hardship not only for him, but for his extended
family. I hope you will take these into consideration when you sentence him on
September 4th. Please send him home to his family. If you feel that further confinement is
still necessary, I ask you to at least send him to home confinement, where he can again
contribute to his family, and help to rebuild his children's lives.

Thank you for your careful consideration of this matter.

Adina Gewirtz

**Creason, Margaret**

**From:**       Man, Christopher
**Sent:**       Tuesday, July 15, 2008 10:01 PM
**To:**         Creason, Margaret
**Subject:**    Fw: Letter re: Jack


----- Original Message -----
From:
To: Man, Christopher
Sent: Tue Jul 15 20:14:17 2008
Subject: Letter re: Jack

Honorable Judge Huvelle,

        This letter comes to you as a very earnest entreaty that Mr. Jack Abramoff be
allowed to conclude his incarceration at this time, and return home to his family.

        Any incarceration is extremely difficult. It is difficult for the person
incarcerated, and it is a shock to the system to be reigned in all the time when trying to
live life with the basic human freedoms that we are all used to enjoying at our homes.

        However, the incarceration is also extremely difficult for our families, as well.
During the time that Jack was in prison, his mother died of cancer. He was not allowed to
attend her funeral. He is not able to comfort his elderly father. If you have ever
suffered the pain of losing a loved one, then you understand his pain.

        The toll it has taken on his wife and children is incalculable. His wife, Pam, was
always slender. The last few times I have seen her, she looks like a wraith. I didn't
think it was possible for anyone to get that thin.

        Jack and Pam have five children: Three boys and a set of twin girls. As a father,
Jack was very involved with the children. Decisions were made jointly by Pam and Jack,
and he was always there to help discipline, or cajole, or discuss, or do whatever needed
to be done for any of the five children.

        The boys were all teenagers (maybe one had just turned 20 -- I don't recall the
exact ages) and the younger girls were turning 13, I think, at the time that he was sent
to prison. The children need their dad very badly during these formative years. The three
boys looked to their parents, and very much to their dad, for advice and guidance. What a
terrible toll this separation has taken on all of them!

        I have been corresponding with Jack pretty steadily during the time of his
incarceration. I write to him every other week and he faithfully responds to every letter.
He mentions his children and how this affects them and how one or the other of them are
not "doing well."

        Sometimes the sadness and depression of his situation comes through, and yet I am
always inspired by the fact that he doesn't allow those feelings to dominate his life.

        He organizes study times and leads classes in Jewish Talmud and Torah for the
other Jewish inmates. He is warm and caring -- a serene island, it seems, for those
incarcerated with him. He has been trying to get some Jewish-oriented films for the other
prisoners to enjoy. He has no computer access, which is very difficult for someone who is
usually very knowledgeable about what is going on in the world. Yet, he tries to "put a
good face" on things and tries to accomplish good things and make the best use of his time
in prison, while praying for the date of his release.

        Thank you, Your Honor, for taking the time to read this letter. There is no
question that Mr. Abramoff has learned a lot and is not the same person as he was when he
went in.  He has been a model prisoner. Now, his family needs him badly, and he needs

1

I am prayerful that Your Honor will set Jack free and release him to be with his family as soon as possible.

Sincerely,

Blanche Gewirtz

_____

## Creason, Margaret

**From:** Man, Christopher
**Sent:** Monday, July 21, 2008 9:15 AM
**To:** Creason, Margaret
**Subject:** FW: LETTER RE: JACK ABRAMOFF

Christopher D. Man, Esq.
McDermott Will & Emery LLP
600 Thirteenth Street, N.W.
Washington, D.C. 20005-3096
202-756-8405 (ph)
202-756-8087 (fax)
703-244-4199 (cell)

**From:** RPRbg@aol.com
**Sent:** Sunday, July 20, 2008 8:52 PM
**To:** Man, Christopher
**Cc:** Jonahmd@aol.com
**Subject:** LETTER RE: JACK ABRAMOFF

The Honorable Judge Ellen Segal Huvelle,

Mr. Jack Abramoff will be appearing before Your Honor for judgment shortly.

In no way do I seek to influence you or your final adjudication. Nevertheless, knowing Jack, his wife, and his children for many years, I wish to share these thoughts.

It is my understanding that justice requires punishment in order that society be protected from further negative impact on the part of the violator. The violator is given an opportunity, during this time of restraint and separation from normative society, to rethink and retrain for readmittance to society as a positive influence with an awareness and appreciation of the privileges of life in the mainstream.

Furthermore, the ultimate awareness that societal breaches need to be compensated for in the courts through our justice system will act as a deterrant to misbehavior and iterate the obligation and blessing that freedom of choice, and will, offers.

I am confident that all of these happenings have transpired and that Jack Abramoff is ready to be given every consideration of leniency and pardon available to Your Honor.

With many thanks for your time and deliberation,

Jonah Gewirtz

(Rabbi Dr. Jonah Gewirtz,
Chairman, Board of the National Council of Young Israel)

7/21/2008