**Creason, Margaret**

| | |
|---|---|
| **From:** | Man, Christopher |
| **Sent:** | Monday, July 07, 2008 9:36 AM |
| **To:** | Creason, Margaret |
| **Subject:** | FW: |

Christopher D. Man, Esq.
McDermott Will & Emery LLP
600 Thirteenth Street, N.W.
Washington, D.C. 20005-3096
202-756-8405 (ph)
202-756-8087 (fax)
703-244-4199 (cell)

---

**From:** Father John Giuliani
**Sent:** Saturday, July 05, 2008 2:00 PM
**To:** Man, Christopher
**Subject:**

Hon. Ellen Segal Huvelle
Unites States District Court for the District of Columbia
333 Constitution Ave., N.W.
Washington, D.C. 20001

Dear Hon Huvelle,
I am writing of behalf of Jack Abramoff who has been in prison for almost one year and a half.

I have been communicating with Mr. Abramoff for over two years. Our correspondences have been centered on religious and spiritual matters. I am deeply impressed by Jack's religious sensitivities and his commitment to the Jewish tradition of prayer, repentance and acceptance of punishment for crimes. Evidence of this practice is his desire and ability of assisting others in the detention center.

He shows serious expressions of remorse for his failure to employ his many gifts of nature and skill in past episodes of injustice. Once his term of imprisonment has been met I am assured that he will find ways of compensating those whom he has injured. I hope that this time of imprisonment which causes grave pain and suffering not only for him but also for his family, especially his five children, will be recognized as a time of reparation for crimes committed, and that the mercy of the court will find in its judgment an understanding heart for this man.

I am grateful for your consideration of my plea for the return of Jack Abramoff to this family and in service to his community.

Sincerely,

Rev John B. Giuliani
The Benedictine Grange

# GUSTAV GOLDBERGER

*ATTORNEY AND COUNSELOR AT LAW*

Admitted to Practice in
The District of Columbia
and Ohio

DC Bar No.

July 10, 2008

Hon. Ellen Segal Huvelle
United States District Court
 for the District of Columbia
333 Constitution Ave, NW
Washington, DC 2001

Re: <u>Jack Abramoff</u>

Dear Judge Huvelle:

The undersigned, Gustav Goldberger, Esq., [DC Bar since 1975], was asked to make a declaration on behalf of Jack Abramoff ("Jack") in context of his final sentencing to occur September 4, 2008. I am only too pleased to accommodate the request. At the outset I would like the Judge to know that as an officer of the court I deem it my sworn duty to be sincere and truthful and as to each I declare that indeed I am sincere and truthful in the matter.

I have known Jack and his entire family since I moved to the Washington, DC area in 1975. Jack, his wife and children, lived in my neighborhood in Silver Spring, MD and we attended the local Woodside Synagogue together for many years. During that period we were socially friendly and visited each other on many occasions. I believe I have the basis upon which to judge Jack's character albeit I accept the fact that he pled guilty to the charges held against him. While I am aware of those charges I nonetheless feel it in my heart to state respectfully to the Court that Jack has suffered greatly during the past 18+ months in prison as have his wife and five children.

I am reliably informed from several sources that his confinement has taken a severe toll on Jack and his family; that Jack's mother passed away while in prison; that he was unable to attend to his mother's funeral; that he was not able to visit with his father to comfort him during that heartrending period. I can personally attest to the fact that Jack has spent his time in prison expressing sincere and deep repentance. I have personally taken the time to confer with Jack's principal religious adviser, Rabbi Avrom Landesman, who visits with Jack on a regular scheduled basis. Rabbi Landesman has articulated to me similar sentiments concerning Jack's perceptible remorse associated with his prior behavior.

I am aware that Jack, while in prison, has given of his knowledge and expertise in a very positive vein in an effort to improve lives of others in the detention center; and that he

has been forthcoming and fully cooperative with the Justice Department on an "as needed" basis from time to time. With due respect to the Court, I would note further my personal view that Jack's decision to plead guilty clearly demonstrated sound judgment and genuine remorse.

I feel I know Jack very well over time and therefore believe I am fully qualified to state and I do herewith declare that in my opinion he is a very intelligent, good natured and giving person to his family, friends, local community, and society at large. Even as his plea indicates his past behavior in question was wrong - for which he has been and is currently serving time in prison - it would appear to the undersigned counsel that he has already suffered so much pain, hardship and sadness such that further time in prison would be redundant and be exceedingly punitive especially to his wife and five teenage children who need him very much at home. In that connection, I am in accord with those who have expressed the notion that should the Court feel further confinement necessary it would perhaps serve the interest of justice as well to move Jack to home confinement.

Accordingly, I respectfully beg the Court's mercy and urge the Judge to give full consideration to the granting of a reduced sentence to Jack Abramoff consistent with the foregoing declaration.

Respectfully submitted,

Gustav Goldberger, Esq.

Hon. Ellen S. Huvelle
US District Court
District of Columbia
333 Constitution Ave. N.W.
Washington D.C. 20001


Dear Judge Huvelle,

I am writing this letter to advise you of some facts pertaining o Mr. Jack Abramoff.

As a friend of the family, I know of his deep dedication to his wife and family and above all his very deep interest in philanthropic activities.

I am sure that Jack will become a useful and productive citizen for the balance of his life.

I hope this letter will be useful too you as you ponder his future situation.

Very truly yours,

Richard Goldman

# JONA GOLDRICH

May 9, 2008

To the Honorable
Judge Ellen S. Huvelle
US District Court, District of Columbia
333 Constitution Avenue N.W
Washington DC 20001

RE: Jack Abramoff

Your Honorable Judge Huvelle:

I write to you today to ask to consider a reduction of Jack Abramoff's prison sentence.

I have known the Abramoff family for over 30 years. Over the years, my family has been to the Abramoff home many times.

I have known Jack Abramoff since he was a teenager. He has always been a capable, well behaved student during his school years. He completed college with a very good academic record, eventually graduating law school. As I recall, Jack became the leader of the Young Republicans in college.

Jack was also involved in many charitable deeds, one of them TOWARD TRADITION, a non-profit Judeo-Christian foundation. Most importantly, Jack is a husband and a father of five children, most of them now teenagers.

As of today, Jack has served 18 months of his prison sentence. I strongly believe these 18 months have served as a learning time for Mr. Abramoff as he has paid for his penalty with this time served. Jack should be allowed to return to his wife and children, particularly during their crucial growing up years.

Your honor, I ask that you take into consideration Jack's family, participation in charitable causes, and particularly his cooperation into the investigation of this case. Please also consider the fact that Jack did not have a prior criminal background.

May this situation and time served be a learning lesson not only to Jack, but to other persons as well.

Yours truly,

Jona Goldrich

A. Gary Goodman, DDS

Hon. Ellen Segal Huvelle
United States District Court for the District of Columbia
333 Constitution Ave. , N.W.
Washington, D.C. 20001

Dear Ms. Huvelle:

I am writing you on behalf of Mr. Jack Abramoff. Mr. Abramoff has been in prison for
one and a half years, and he, his family, and community have suffered greatly. His five
children , several of them teenagers, have not had the benefit of their father's presense,
and his wife has had to work and manage this large family alone. His mother died while
he has been in prison, and he could not attend her funeral or comfort his father.

Jack gave so much of his time to various community projects, and his absence has been
profound. Further time in prison will adversely affect his already suffering family and
community. I believe that Jack is truly remorseful, and it would be in the best interest of
his family and community to have him return as a contributing father and citizen.

Sincerely,

A. Gary Goodman, DDS

July 30, 2008

Hon. Ellen Segal Huvelle
United States District Court for the District of Columbia
333 Constitution Avenue, N.W.
Washington, D.C. 20001

Dear Judge Segal Huvelle,

I am writing in support Jack Abramoff. I understand that his final sentencing is scheduled for September 4, 2008 and I wanted to take a moment to express to you my appreciation for his past dedication to the greater Silver Spring, MD community through his support for schools and community venues. I trust that Mr. Abramoff has conducted himself in exemplary fashion, has supported his fellow inmates, and deserves a reduced sentence.

I further understand that this past year and a half of incarceration has severely impacted his world-view and the well-being of his family. I have heard that Mr. Abramoff has reflected on his misdeeds, expressed regret for them, and has sought counsel from mentors. I believe that if released Mr. Abramoff will approach his interactions and business dealings from the right perspective. The timing is so important as his teenage children certainly need the steadying hand of a father during this tumultuous time in their lives.

If you find that further confinement is necessary I urge you to consider a home-based program so as to alleviate the pain and suffering of Mr. Abramoff's loved ones.

Sincerely,

Ivan Graff

**Devorah Grayson**

Hon. Ellen Segal Huvelle
United States District Court for the District of Columbia
333 Constitution Ave., N.W.
Washington, D.C. 20001

Dear Judge Segal Huvelle:

I am writing regarding Mr. Jack Abramoff, who is scheduled to be sentenced by the court in September 2008.

I have known Jack Abramoff and his family for more than 20 years. I first met Jack before he was married. I then met Pam and was friendly with them both during their courtship. I attended their wedding, and have witnessed, firsthand, the loving and attentive way Jack and Pam have raised their 5 children.

Jack has always involved himself in the bettering of our community. He has devoted his time, energy and resources to our schools, synagogues and various other social institutions. Jack has always tried to improve and enhance the quality of our community institutions.

Since his incarceration, there has been an obvious deterioration of the Abramoff family. Jack's wife and children have suffered gravely and need their husband and father at home. This is particularly true for Jack's younger children, whose development requires the guidance of their outstanding father, Jack Abramoff. Despite Pam's courageous efforts, the absence of a father is noticeable in the suffering that the children endure.

Jack has already served a substantial amount of time, has shown a great deal of remorse, and has utilized his time in prison in a constructive way. Jack provides instruction to inmates on a variety of subjects intended to give them a more constructive attitude toward society. He has also faithfully cooperated with the Department of Justice in its ongoing investigations of political corruption.

I hope Your Honor will take into consideration all of the above factors and show compassion to Jack and his family in his forthcoming sentencing proceeding.

Sincerely,


Devorah Grayson

**Rabbi Naftoli Hexter**

July 31, 2008

Hon. Ellen Segal Huvelle
United States District Court for the District of Columbia
333 Constitution Ave., N.W.
Washington, D.C. 20001

To the Honorable Ellen Segal Huvelle,

I'm writing to you on behalf of Mr. Jack Abramoff and asking the Honorable Judge for mercy. I was the school principal of two of his children, and I know them as exceptional young ladies. These are girls who are mature, understanding and religious who urgently need their father at home. While I truly understand that a man needs to pay for his crime, I would think that in such a situation, a reduced sentence would be in place. If the Judge feels that confinement is still necessary, I urge that the sentence be commuted to home confinement. In this way, the children would not have to be punished any longer and they could receive their father's personal and loving direction. His daughters are now in high school and at this critical juncture of their lives, they absolutely need to return to a home, where both their father and mother are living.

I deeply appreciate your consideration.

Sincerely yours,

Rabbi Naftoli Hexter

August 25, 2008

The Honorable Ellen Segal Huvelle
United States District Court
  for the District of Columbia
333 Constitution Avenue, NW
Washington, DC  20001

Dear Judge Huvelle

We are writing on behalf of Jack Abramoff. We have known Jack and his family for over
20 years and we care deeply about them. During the time he has been in prison, we have
corresponded regularly with him and kept in touch with his wife. We ask Your Honor to
please choose a reduced sentence for Jack Abramoff in the matter before you. We believe
that Jack's incarceration has affected him deeply and that it would be merciful and just to
bring him back to his family and community as soon as possible.

His time in prison has had a significant effect on Jack. Through our correspondence, we
have noted the toll – physical and emotional – that prison has taken on him. Being
separated from his family at the time of his mother's death, and the separation from his
wife and five children, with whom he is very close, have been especially bitter.

The letters we have received from Jack make it clear to us that he has spent time in
thoughtful reflection. His letters have indicated personal insight and a process of change
that we hope Your Honor will consider in his sentencing.

We also hope that Your Honor will consider Jack's decision to plead guilty, rather than
go through lengthy and costly court procedures, as a sign of his remorse.

In light of Jack's conduct during his confinement and his introspection and remorse, we
ask Your Honor to consider the suffering and hardship that Jack has gone through during
his confinement as sufficient, from a punitive and from a deterrent point of view.

Sincerely,

Scott and Shari Hillman

August 27, 2008

Hon. Ellen Segal Huvelle
US District Court for the District of Columbia
333 Constitution Avenue NW
Washington, DC 20001

Dear Judge Huvelle,

Thank you for taking the time to read my letter. My feelings are heartfelt, and I am hoping that my brevity will magnify the impact of my suggestions,

I have no doubts that Jack Abramoff, my friend for more than a decade:

1) Is completely remorseful for his actions;

2) Is deeply saddened for the significant damage he has caused to his clients, business partners, friends and family;

3) Has suffered greatly as a result of his incarceration. Particularly so, as he was not permitted to attend his mother's funeral, and he was not able to perform the singular Jewish commandment of a son saying Kaddish [Mourner's Prayer]. for a parent, for 11 months. Jewish law requires a quorum of 10 Jewish men to be able to say the prayer, and it is required to be said at the three daily prayer services. To recite the prayer is to elevate the soul of a loved one. Jack and his mother were very close, and his incarceration, caused by his actions, created this extraordinarily sad and painful situation.

Jack's conduct in prison has been exemplary, and the advice and assistance he has given a number of his fellow inmates has been invaluable.

Obviously, I am not trained as a lawyer or a judge. But I have worked for the community, and in many non-profits, as a volunteer and a professional for more than 35 years.

At this point, the greatest benefit to the community would be to sentence Jack to many hours of community service. Right now, Jack is costing the government money and is of no benefit to the community. Please reverse that scenario, as Jack's skills could greatly benefit the non-profit and educational communities.

Incarceration is meted out to punish past behavior, and to positively change future behavior. Both length of incarceration and events during incarceration (such as Jack's mother's passing and his inability to recite Kaddish) need to be fully considered in making decisions for the future. I have confidence that your decision regarding Jack will be both wise, just and merciful.

Thank you very much.

Sincerely,

Michael Hoffman
Former President, Southeast Hebrew Congregation

**David Jacobson**
Consulting Architect

May 11, 2008

The Honorable Ellen S. Huvelle
U.S. District Court
District of Columbia
333 Constitution Ave NW
Washington, DC  20001

Subject:  <u>Jack Abramoff / The Abramoff Family, My Relationship Vis-à-vis</u>

You Honor,

My relationship to the Abramoff family commenced in 1967 when I traveled to Atlantic City, NJ to provide casino-related services as I had previously performed from my office in California and Nevada.  Frank Abramoff was at that time one of the owners of the Steel Pier on the beach adjacent to the Resorts International hotel, which qualified as a candidate for a gaming property under impending legislation.  I was introduced to Frank, his wife Jane, and his sons Jack and Robert.  Both Frank and Jack were clients of mine for projects which aborted for various reasons, but the relationships remained.  Jack is very talented—both legally and politically—and is an unusually generous person.

I have continued my contact with Jack while he has been in prison.  I continue my friendship with Frank, who recently lost Jane to cancer.  Our daughter uses the legal talents of Frank's son Robert for assistance in her business affairs.  My contacts with Jack, I hope, keep his spirits up.

I hope that this letter will help Jack's situation, though my understanding of how he caused himself to be incarcerated is limited to what the media feed me and to Frank's point of view and heavy heart as a proud father.

Sincerely,

David Jacobson

Daniel H Jacoby

July 16, 2008

The Honorable Ellen Segal Huvelle
U.S. District Court for the District of Columbia
333 Constitution Avenue, N.W.
Washington, DC 20001

Dear Judge Huvelle:

        I am writing as an acquaintance of Mr. Jack Abramoff and as a friend of the family to request that you demonstrate compassion to him, his wife and five children, to the fullest extent possible, by reducing his prison sentence to the time already served.

        Mr. Abramoff and his family have already experienced great suffering as a result of his misdeeds and incarceration. He has been separated from his wife and five children who are in great need of his emotional support. The imprisonment, which has taken a great toll on him, prevented him from attending his mother's funeral last year, and from grieving together with his father and other family members. From conversations with those who have visited him in prison, I am convinced that he is very remorseful for his conduct and has tried to make improvements both in his own life and more importantly in the lives of others. While misconduct should not go unpunished, he has indeed been punished, and I feel that any further imprisonment would very adversely and perhaps irreparably affect innocent members of his family, including young children. Mr. Abramoff in the past has contributed in a positive way to the community and to his family and I feel that, given an opportunity, he will do so again. If any further confinement or limitation is considered appropriate, Mr. Abramoff can be allowed home confinement to serve any remaining portion of his term.

        Thank you for your kind consideration of this request.

Repsectfully,

Daniel Jacoby

*Steven Jaffe*

Hon. Ellen Segal Huvelle
U.S. District Court for the District of Columbia
333 Constitution Ave., N.W.
Washington, DC 20001

August 4, 2008

Dear Judge Huvelle:

I am writing to you on a personal matter regarding Mr. Jack Abramoff. I would respectfully ask you to please consider the personal suffering of Jack and his family when it comes time for the final sentencing.

Jack's situation is very sad. He has a wife five children with whom he has always been a close, active, and loving father. He has suffered very much in prison being away from his family, as has his family suffered from his absence. During his incarceration, Jack's mother passed away and he could not attend her funeral.

Jack pleaded guilty and did not drag the courts through a lengthy and expensive trial. He has publicly pronounced his deep sorrow and regret for is actions. While in prison, he is trying to improve the lives of others, teaching what he can. Jack was deeply involved in community affairs and his efforts have touched the lives of so many in a positive fashion.

Jack has already paid a very dear price for his actions. He is truly remorseful. Please consider reducing his sentence. It would be a very humane gesture, and a great kindness to his family who has suffered so much, if he could be put under home detention.

Thank you for your time and consideration.


Respectfully,


Steve Jaffe

August 21, 2008

The Honorable Ellen Segal Huvelle
U.S. District Judge
U.S. District Court for the District of Columbia
333 Constitution Avenue, NW.
Washington, DC 20001

Dear Judge Huvelle:

I have known Jack Abramoff for 7 years – the first two years I worked as a driver for his clients and the last five years I was Jack's personal driver. I want to tell you about the man I got to know during this time.

He was always generous to me, never forgetting Christmas gifts. He always remembered his employees' birthdays. I remember when his 9-year-old son brought me a gift for my new baby, when he and his mother returned from a trip. Jack never forgot to bring back a gift when coming back from trips. He once bought my wife and me roundtrip tickets to visit our relatives in Egypt, using his frequent flyer miles. In his relationship with me, he treated me almost as an equal, certainly always with courtesy. He would not allow me to open the door for him. He would have sat in the front seat of the car if I had let him! He invited my wife Amal and me to attend his son's bar mitzvah, where we enjoyed socializing with his family.

I remember one incident that was typical of Jack's kindness. Once when I needed to leave earlier than usual so as to take my wife to a concert, Jack was hard at work and seemingly had forgotten. But when his assistant reminded him, Jack gathered all his papers and willingly left his office quickly so as to help me out. Another example of his thoughtfulness was when he offered to do something special for my mother when he learned she was visiting from Egypt.

As Jack's personal driver for five years, I can vouch for the fact that he was faithful to his wife. This is one quality I really admire about him. It was obvious to me that Jack was a loving husband. He asked his wife for her opinions when hiring his secretaries. On many occasions, I observed Jack with his wife and children and saw how well he treated them. He always came back earlier than expected from his business trips, having me drive him straight home to be with his family.

The purpose of my letter is to plead for your mercy at Jack's final sentencing on September 4, 2008. As the judge in Jack's case, both my wife and I plead with you to do one of two things – either greatly reduce his sentence or else move him to home confinement.

As Christians, my wife and I do not gloss over Jack's wrongdoing. But we feel his imprisonment has served its intended purpose, with further time unnecessary. He knows personal sorrow for his sins, having sought counsel from religious mentors. He also deeply grieves over the pain he has caused his wife and five children as they have suffered separation from their husband and father.

Because his mother died while he was in prison, Jack was unable to visit her before the death, attend his mother's funeral, or comfort his father. Yes, this deprivation was a consequence of his own wrongdoing, but its severity was equal to years of prison.

We would also like to mention that Jack pleaded guilty from the beginning, not causing lengthy court procedures.

Thank you very much for taking the time to read and consider this plea for mercy.

Sincerely,

Akram and Amal Joseph

P.S. Releasing Jack Abramoff will benefit his small sphere in society. Thoroughly chastened, he will not only be a better person, but hopefully he will be able to help others both financially and otherwise. At present, he is trying to help fellow prisoners by teaching them when he can.

Hon. Ellen Segal Huvelle
United States District Court for the District of Columbia
333 Constitution Ave., N.W.
Washington, D.C. 20001

Dear Judge Huvelle, my name is Kristopher Kadrmas and I'm a 23 year old college student from Medford, Minnesota. I'm writing this letter in support of a shortened sentence for a friend and correspondent of mine, Mr. Jack Abramoff. Jack has helped me in giving me advice on where to go to law school as a future goal of mine is to attend law school. He is a good man who is very willing to help others.

I hope you give Jack the shortest sentence you possibly can and hopefully a sentence reduction. I feel Jack can do the most good on the outside. Jack's imprisonment has been devastating for his family and his friends. The sooner he is allowed to go home to them the better everyone will be. His elderly mother has passed away during his time in prison and he was unable to go to the funeral and unable to comfort his father.

Jack has taken full responsibility for his conduct. He pled guilty and he accepted responsibility for what he did wrong. He has served over a year and a half in prison so far and in my opinion has been punished. His imprisonment has done its job and I hope that you will take this into account and that you allow him to return home to his family as soon as possible. Jack's a good person who cares about others and can do very well for others. This experience has been a life changing event for him and it will be a life changing experience he will always carry with him. I respectfully encourage you, Judge Huevelle to give Jack the shortest sentence possible and shorten his sentence if possible.

Thank You,

Sincerely,

Mr. Kristopher Kadrmas, a friend of Mr. Jack Abramoff.



KANN
CAPITAL
LTD.
Investment Bankers

July 21, 2008

Hon. Ellen Segal Huvelle
United States District Court for the District of Columbia
333 Constitution Avenue N.W.
Washington, D.C. 20001

RE:    Final Sentencing of Jack Abramoff

Your Honor,
        I write this letter to you today due to my understanding that Mr. Abramoff's final sentencing is scheduled for September 04, 2008.

Admittedly, I consider Jack Abramoff a close friend. One whom I have had the honor to know and to do business with. He has been nothing less than one of the most forthright and honest men I have known in my professional career as a corporate financier.

In my experience with Jack, he has helped a great many people. I have watched him be selfless and generous with his time and wisdom in helping others in many different communities. He has brought people together from many different viewpoints for the benefit of all.

But, I write you today to talk about justice and benefiting our society. Something which I am sure you know a great deal about better than I, but I ask you to consider the following;
   ➤ Is justice served when someone who has helped so many people in his lifetime, is kept locked away from the people in our society who, if available to those people can continue to help?

   ➤ Is justice (and our economy) served when someone who is totally non-violent in both history and his very nature is costing our justice system funds that could be better spent on people who present a real threat to our community?

   ➤ Is justice, and, our society as a whole served when we lock someone away who can, and really should, be put to better use in serving our society?

Your Honor, I believe Jack Abramoff's long history of positive influence on the many sectors of our society, his experiences and accomplishments should not be wasted behind bars where it does no one any good.



I submit to your Honor that there are more creative ways to serve justice and our society at the same time such as;

- Development of a "community service" program suited to Mr. Abramoff's unique skills.
- Participation in a speakers program where Jack can "warn" others of the mistakes he has made and what it has cost him.

Do you remember the film "*Catch Me If You Can*"? While it is a much more extreme example of what I suggest you consider, one of the most creative counterfeiters in U.S. History, once captured, was turned into one of the most effective experts for the FBI in catching many other criminals.

There is also the case of Michael Milken. The creator of the modern high yield debt market. He made mistakes. He paid for them in numerous ways. It ended his financial career. Since then, he has turned his many skills and talents towards the betterment of his community. He donates millions of dollars each year to charities and holds or sponsors numerous seminars and conferences through his Milken Institute for the benefit of both local communities and government.

I am sure there are other "punishments" that you have either implemented, or observed in your career on the bench that do not waste the heart and talents of those who have made mistakes. I only ask that you consider the talents and experience of Jack, and how to make best use of them to serve justice. After all, isn't the purpose of our court system (and our government as a whole) to serve the best interests of our people and society?

I thank you for you taking the time to read this letter.

Sincerely,
KANN CAPITAL LTD.

Garry Michael Kann
President

# E.D.Kerbel

---

10 August 2008

Hon. Ellen Segal Huvelle
United States District Court for the District of Columbia
333 Constitution Ave., N.W.
Washington, D.C. 20001

Dear Judge,

I write this letter as a plea for mercy on behalf of my old and dear friend Jack Abramoff.

Twenty one years ago, while still living in Johannesburg, we first met Jack who had come to work in South Africa, accompanied by his wife Pam and their infant son. The initial warm and caring relationship that grew between our two families has lasted and grown until this day. I thus feel uniquely positioned to say that the demonic caricature of him portrayed by the media is in no way an accurate picture of the man.

Jack & Pam joined the same Synagogue as we attended in South Africa and immediately became regular guests at our Sabbath table. He bought a house in the same street as ours, right next to the Synagogue, and when the time came for the Abramoff's to return to the United States, Jack donated the house unconditionally to the Synagogue Trust. This generosity has been typical of the man in all of my dealings with him.

I have visited him twice since his incarceration in prison, and have seen the terrible toll it has taken on him and his family. His wife, Pam, and their 5 children have incurred the opprobrium of the wider community, and their lives have been severely disrupted. Jack has suffered tremendously as a result, and his deep soul-searching and continuous reflection and introspection, has resulted in tremendous changes in his demeanour and attitude towards life in general. An intensely devoted, faithful and impeccably clean-living husband and father, Jack has never imbibed alcohol, or smoked.

Everyone familiar with him on a personal level knows the lengths he went to in support of the communal and educational institutions that were so dear to him. He poured all his talents and efforts into these, entirely selflessly and without any thought of personal gain, the very opposite of the distorted picture painted of him by an unknowing and uncaring press, bent only on sensation.

Judge, as an eminent Jurist, you are intimately familiar with the weaknesses with which humankind must constantly contend. In fact what is life, if not a constant battle to meet with the moral and ethical standards which we have all set ourselves? Jack, like every human being, has his weaknesses, and may have erred in judgement if not intent, but that does not make him the savage figure portrayed in lurid detail by the

media, and with which his very name has now become synonymous in the public eye. This is a gross travesty of the simple truth, and is a perversion of everything that Jack has and does hold dear.

Mistakenly stepping over the very fine line that exists between the acceptable and the imprudent does not turn a decent man into a hardened criminal. Society has imposed censure and punishment for these mistakes, and Jack has in turn shown tremendous contrition and remorse. He surely deserves the opportunity of returning to the fold of productive humanity, and the bosom of his family and community, who sorely miss him.

His whole career which seemed so bright was brought to an abrupt and ignominious end, and all he desires now is to return to a meaningful productive life as a committed and useful citizen of his country. He has a long and difficult road ahead of him to rebuild and restore a semblance of stability to a shattered career, and the sooner he is allowed to resume normal life the easier the burden will be on his financially hard-pressed family.

Judge, I implore you to consider ways of reducing his sentence in a humane and acceptable way. Jack will be a wonderfully productive member of society, and allowing him to resume this role would be a great act of mercy on your part.

Thank you for allowing me to express a tiny fraction of my deep feelings about Jack, who has always been a faithful and dear friend to me.

Sincerely,

ERIC KERBEL

# Uri Y. Kerbel

August 14, 2008

Hon. Ellen Segal Huvelle
United States District Court for the District of Columbia
333 Constitution Ave., N.W.
Washington, D.C. 20001

Your Honor,

I have known Jack since I was a teenager and have been very friendly with him over the past two decades. I have visited him in prison on a regular basis over the course of the past year and have had the great fortune of benefiting personally from his new attitude and outlook on life. I can say without any hesitation that the time he has spent reflecting on everything has helped him grow mentally and has transformed him into a more clear thinking and pragmatic person.

During the course of my visits we often talk about sections of the Talmud that he has been studying in the Chapel and how he is helping fellow inmates grow in different aspects of their lives. He has also helped me gain a better appreciation of the time I have with my family as his family has been missing him terribly and are lost without him. I have also gotten to know his wife Pam and kids better as I have tried to help them cope with the void caused by the loss of Jack as a Husband and Father.

Your honor, I am well aware of the charges against Jack but I can tell you from the bottom of my heart that he is a changed man as a direct result of the time he has spent in prison and that I believe this newfound energy and optimism can be leveraged to benefit society in an incredibly positive manner. Jack is an outstanding public speaker and has a great deal of knowledge which can be channelled to help a diverse range of individuals from teenagers to business professionals. He has a desire to teach and help others and I believe that if put to use it will transform many people's lives in a highly positive manner.

I am sure that you have received letters from other friends of Jack, but I feel that my regular visits to him in prison have given me an opportunity to see him in a better light than many others. I sincerely hope that you will read this letter and take it to heart.

Sincerely,

Uri Kerbel

**Creason, Margaret**

| | |
|---|---|
| **From:** | Man, Christopher |
| **Sent:** | Monday, July 21, 2008 9:15 AM |
| **To:** | Creason, Margaret |
| **Subject:** | FW: letter to Hon Ellen Segal Huvelle |
| **Attachments:** | header.htm |

Christopher D. Man, Esq.
McDermott Will & Emery LLP
600 Thirteenth Street, N.W.
Washington, D.C. 20005-3096
202-756-8405 (ph)
202-756-8087 (fax)
703-244-4199 (cell)

**From:** ALAN
**Sent:** Monday, July 21, 2008 8:39 AM
**To:** Man, Christopher
**Subject:** letter to Hon Ellen Segal Huvelle

1108 Woodside Parkway
Silver Spring, MD 20910

July 20, 2008

Hon. Ellen Segal Huvelle
Unite States District Court for the District of Columbia
333 Constitution Ave., N.W.
Washington, D.C 20001

Dear Hon. Ellen Segal Huvelle,

We are long time friends of Jack Abramoff, having known him for more than 20 years. Prior to Jack's initial incarceration, we had pleaded with the judge for leniency as we do now to you. One of us (Alan) has visited Jack monthly to try to ease his pain and isolation and to help his wife Pam who has been struggling to meet the family's financial burdens while maintaining regular weekly visits to her beloved husband.

Over the times that I have visited Jack I've noticed a marked change in his demeanor as well as his outlook on life. To some extent, it was hard to see a man of almost super-human energy gradually ground down to "average". Still, his more patient and less demanding present nature is more compatible with our society. He's spent countless hours counseling some of his fellow inmates and has tried to raise their level of education and appreciation for areas of culture that they were never privileged to be exposed to before meeting Jack. Jack has also sought to help those co-religionists he's come in contact with to find higher meanings in their lives.

In summary, Jack and his family have suffered greatly, but more importantly, his incarceration has transformed him into the type of person that the justice system strives to create.

7/21/2008

1108 Woodside Parkway

We hope this letter will serve to guide you to make a truly just decision in his upcoming sentencing.

Sincerely,

Alan & Judy Kermaier

7/21/2008

August 13, 2008

Hon. Ellen Segal Huvelle
United States District Court for the District of Columbia
333 Constitution Ave., N.W.
Washington, D.C.  20001

I have known Jack Abramoff for around 20 years from my early teens until now in my mid 30's.  Jack was an exemplary role model for me and many other youth in the Jewish community during those formative years of my life.  I am now a rabbi and have the opportunity to look at Jack's situation from that of a very involved community persona.  Jack is a very giving person and has always made charity and community work a focal point of his life.  Admittedly he strayed from the straight and narrow for a time.  He has clearly shown remorse for his misdeeds, he has suffered immensely as a result of his prison time as did his family.  He is a father and a great community asset.

Prison sentences are exacted in order to act as a deterrent and for correctional behavior modification.  Jack has definitely woken up to the error of his ways and the memories of his current prison sentence already served will be with him for the rest of his life to act as a deterrent for him and others.   And regarding behavior modification, the present Jack Abramoff is a different man than the Jack Abramoff that entered prison at the beginning of his sentence. Additionally, Jack spared the courts lengthy proceedings, and has fully cooperated with investigators.  He belongs back with his family; his time already served has achieved its goals.

As far as his debt to society he can be much more constructive involved in community service, if he can be returned to society.  His family has suffered for too long without a father and husband.    In the interest of justice, society and family values I urge her honor to consider reducing Jack Abramoff's sentence and send him home to his family and to his community. I sincerely thank you for your consideration of this extremely serious matter.

Sincerely,

Rabbi Daniel Kermaier

## Creason, Margaret

| | |
|---|---|
| **From:** | Man, Christopher |
| **Sent:** | Monday, July 21, 2008 9:15 AM |
| **To:** | Creason, Margaret |
| **Subject:** | FW: letter to Hon Ellen Segal Huvelle |
| **Attachments:** | header.htm |

Christopher D. Man, Esq.
McDermott Will & Emery LLP
600 Thirteenth Street, N.W.
Washington, D.C. 20005-3096
202-756-8405 (ph)
202-756-8087 (fax)
703-244-4199 (cell)

**From:** ALAN
**Sent:** Monday, July 21, 2008 8:39 AM
**To:** Man, Christopher
**Subject:** letter to Hon Ellen Segal Huvelle

July 20, 2008

Hon. Ellen Segal Huvelle
Unite States District Court for the District of Columbia
333 Constitution Ave., N.W.
Washington, D.C 20001

Dear Hon. Ellen Segal Huvelle,

We are long time friends of Jack Abramoff, having known him for more than 20 years. Prior to Jack's initial incarceration, we had pleaded with the judge for leniency as we do now to you. One of us (Alan) has visited Jack monthly to try to ease his pain and isolation and to help his wife Pam who has been struggling to meet the family's financial burdens while maintaining regular weekly visits to her beloved husband.

Over the times that I have visited Jack I've noticed a marked change in his demeanor as well as his outlook on life. To some extent, it was hard to see a man of almost super-human energy gradually ground down to "average". Still, his more patient and less demanding present nature is more compatible with our society. He's spent countless hours counseling some of his fellow inmates and has tried to raise their level of education and appreciation for areas of culture that they were never privileged to be exposed to before meeting Jack. Jack has also sought to help those co-religionists he's come in contact with to find higher meanings in their lives.

In summary, Jack and his family have suffered greatly, but more importantly, his incarceration has transformed him into the type of person that the justice system strives to create.

1108 Woodside Parkway

We hope this letter will serve to guide you to make a truly just decision in his upcoming sentencing.

Sincerely,


Alan & Judy Kermaier

7/21/2008

Arthur J. Lafave, Jr.

May 13, 2008

The Honorable Ellen S. Huvelle
U.S. District Court, District of Columbia
333 Constitution Avenue N.W.
Washington, DC 20001

Re: In Support of Jack Abramoff

Dear Judge Huvelle:

I have known the parents of Jack Abramoff for approximately 40 years and knew Jack as a youngster and as a school boy.

While I did not know or work with Jack during his adult life, I can tell you at first hand about his family, those who had the greatest influence on shaping his values and approach to society.

Jack's father, Frank, was a business associate and close friend and companion of mine for several decades beginning with the time when as an officer of Arnold Palmer Enterprises (APE), we purchased Frank's miniature golf manufacturing company and incorporated it within APE.

As a result, Frank became a pioneer in the growth of the business that surrounded Arnold Palmer and was a strong influence on the formation and development of the worldwide sports company now known as IMG, of which I was until November 2004 an owner, CFO, and a director.

In those capacities, I had occasion to work closely with Frank, and, in fact, we traveled together over much of the world. I found Frank's admirable moral values very well grounded and deeply held. He and his wife Jane very carefully passed these values on to their three children. I also found Frank to be a clear thinker and a very good salesman. Some of these attributes were passed on to Jack as well.

The Honorable Ellen S. Huvelle
May 13, 2008
Page 2

     Jack's parents were always proud of him and his accomplishments, but I think most of all, they were proud of the fact that Jack became a wonderful father within his own family, where he is much needed by his own five children.

     I find myself very empathetic with Jack's plight. After all, what is the job of a lobbyist if it is not to find a way of convincing others to help his clients? He was successful as a lobbyist because he was bright and aggressive and was able to achieve significant benefits for his clients. Had he done this on a more modest scale, it would have been seen as normal for his industry, but the fact that he pushed these activities into a much higher level attracted criticism greatly exacerbated by the political situation at the time. Many other numbers were soaring during this period. Think, for example, of the national debt, the trade deficit with China, and, much more to the point, the cost of political campaigning. It is not surprising that the cost of and the money consumed by successful lobbying would also rise to keep pace with the times.

     Perhaps the entire industry needed reformation, but if that must be done, does it not seen inappropriate and unfair to have so much of the blame and burden of all on the shoulders of a single individual?

     Jack has been vilified the world over to an unprecedented extent. He has certainly lost his reputation, his ability to earn a living in his chosen career, and most of the financial security that he thought he had provided his family.

     I pray that he be given the opportunity to recover from these setbacks.

          Yours sincerely,

          Arthur J. Lafave, Jr.

AJL/jb024

**Creason, Margaret**

---

**From:** Man, Christopher
**Sent:** Thursday, July 10, 2008 1:29 PM
**To:** Creason, Margaret
**Subject:** FW: Jack Abramoff


Christopher D. Man, Esq.
McDermott Will & Emery LLP
600 Thirteenth Street, N.W.
Washington, D.C. 20005-3096
202-756-8405 (ph)
202-756-8087 (fax)
703-244-4199 (cell)

---

**From:** Landesman, Uri [
**Sent:** Thursday, July 10, 2008 1:27 PM
**To:** Man, Christopher
**Subject:** Jack Abramoff

Hon. Ellen Segal Huvelle
United states District Court for the District of Columbia
533 Constitution Ave. N. W.
Washington D.C. 20001

Dear Judge,

I have had the pleasure of knowing Jack Abramoff for the last 25 years. He is an extraordinarily talented and energetic man who has long been devoted to his community and family. I write to you today to implore you to release him from prison as soon as possible.

Jack has already served a lengthy amount of time. His time away from his family has been truly devastating to him and his wife and five teen aged children. Further time away could cause permanent emotional damage to all seven of them. During his time in prison, his mother passed away. Not only was he unable to attend her funeral, but he couldn't even sit Shiva with his family, or give comfort to his father. I believe that this will weigh on him for the rest of his days. I have been in frequent contact with Jack over the period of his incarceration, and have been genuinely impressed with his growth as a person despite his surroundings. He has introspected deeply, and now feels great remorse for his wrongdoings. He is a deeply religious man, and he has used the time to study, consult with his religious role models and to teach classes in Bible and other Judaic subjects to the other Jewish inmates. Jack sincerely cares about the other prisoners, and has done everything in his considerable powers to ease their suffering and prepare them for productive law abiding lives once they leave prison.

I beg you to act sensibly here and to give Jack an opportunity to rebuild his personal life as soon as possible. His kids desperately need his leadership and love, and have suffered immeasurably from his time away and all the attendant publicity that the press so gleefully propagated. I believe that a punishment should fit the crime; I think that it is painfully obvious that Jack and his family (who have done nothing wrong) have suffered quite disproportionately for his crimes. This is a man who contributed much to his community and society before his missteps, and he is someone who can resume that proper life path, if you will just give him a chance. Please do the right thing.

Sincerely,


7/10/2008

Uri D. Landesman

This e-mail message including any attachments may be legally privileged and confiden
and is meant only for the intended recipient(s).   If you received this message in er
adding "SENT IN ERROR" to the subject line, then delete this message.
Thank you.

Deborah Schick Laufer

August 25, 2008

The Honorable Ellen Segal Huvelle
United States District Court for the District of Columbia
333 Constitution Avenue, NW
Washington, DC 20001

Dear Judge Huvelle:

I am writing to request your clemency for Mr. Jack Abramoff at his upcoming hearing.
My letter has been long in coming. This is not because I felt any doubt about my request,
but rather because I did not know how to articulate the suffering Jack and his family have
experienced.

I have known Jack and his wife, Pam, for 23 years. I have always respected them and
appreciated the way they valued family and community. For a period of two years, when
our daughter was young, she went to the Abramoff home every day after school. I was
able to see firsthand how Jack fathered his children and how he brought them up to
respect others. During the period of his incarceration, the family unit which Jack cared
for so carefully has come apart with children separated from both mother and father,
living on opposite sides of the globe.

Jack also had tremendous esteem and love for his parents. It was heartbreaking when his
mother died that he was not able to attend her funeral and sit shiva, the Jewish mourning
week, with his family.  It is said that one does not grow up until he is orphaned.  I know
that Jack has learned hard lessons and that he has experienced enormous personal growth
through reflection, remorse and shame over the past, and suffering.

Please review Jack's case through the lens of compassionate justice.

Respectfully,

Deborah Schick Laufer

Hon. Ellen Segal Huvelle

United States District Court for the District of Columbia

333 Constitution Ave., N.W.

Washington, D.C. 20001


Hon. Ellen Segal Huvelle,


It has come to my attention that final sentencing for Mr. Jack Abramoff is coming up, and I would like to express to you my deep concern for the amount of suffering he and his family have endured during the year and a half of his incarceration.

I know that personally he has gone through lifetimes of torment. The passing of his mother and his prolonged absence from his grieving father, have compounded his pain. The community, from which he has been torn, has likewise felt his absence in ways that are irreparable.

However, it is the toll upon his five children that most concerns me. As much as the press has tainted his character, and portrayed him as a villain, at the heart of the matter, Mr. Abramoff is a loving, caring father.

If for some reason you find it absolutely necessary to continue Jack's incarceration, may I suggest moving him to home confinement for the remainder of his sentence. There he will be extremely limited in his ability to put his life back together, but at least he will have the chance to aid in raising his beloved children.


Thank you for taking a look at the overall, big picture when deciding the fate of one man. Perhaps the mere fact that in Mr. Abramoff's case, there is a 'big picture,' says a lot about the man. He made a difference in so many lives; it is only fair that when justice is handed down, the concerns of those close to him be taken into account.

Sincerely,


Stan Lebovic

Founder, Black is a Color

Honorable Ellen S Huvelle
US District Court
District of Columbia
333 Constitution Avenue NW
Washington, D.C. 20001

The Honorable Ellen S Huvelle

I have known Jack Abramoff almost all of his life. His mother and father were and his dad still is a dear friend, I wish his mom were still alive for me to have included her in my letter.

My family and his family shared our children's growing up and we were constantly in each other's homes. The boy's and his sister were friends of my daughter and son. We shared many wonderful events together and I can say that Jack was a kind and thoughtful young man.

L lost track of him when he grew up but I kept up with his well being through his mom and dad. His parents were very proud of him and his accomplishments and we shared in his success through the stories his dad told us.

I know that he is now sorry for his mistakes and will be a better person for it. Life has a way of having us pay for our mistakes and I am sure that Jack now knows his wrongdoings and will become the charitable man he really is.

I would like to see him home with his wife and family as soon as possible so he can resume his life. I think he has paid the price for his mistakes.

Thank you in advance for your consideration in this very difficult Decision that you must make.

Sincerely

Jack Lerman

**Dr. J. A. Lertzman**
**Optometrist**

**May 8, 2008**

Chris Man,Esq
McDermott Will and Emery
600 13th Street N W
Washington, D. C. 20005-3096

Chris Man,Esq

I am writing this letter to tell you what I know about Jack Abramoff.

I have known the Abramoff family for at least twenty five years or more.  Frank and Jane, His Mother and Father, are good people. ( His Mother has passed a way since he went to Jail) . Frank and Jane  have taken excellent care of their children, and made sure they had a good education, a religious background and were taught to be responsible adults.

Jack followed in his Mother and Fathers foot steps.  He is a good husband and Father of five Children.   He has also helped many needy people. The only things you have heard about Jack are inflammatory and I am sure they are not true.  He is a good man and has always tried to help other people for I am sure he would knowingly never hurt any one.

It is a privilege and pleasure to write a character letter for Jack Abramoff, A GOOD MAN.

Thank you,

J. A. Lertzman, O.D.

# Dr. J. A. Lertzman
## Optometrist

July 6, 2008

Hon. Ellen Segal Huevelle
United States District Court for the District of Columbia
333 Constitutional Ave. N.W.
Washington, D.C. 2001

Hon. Ellen Segal Huevelle,

Re; Jack Abramoff

Having known the Abramoff family for at least twenty five years, I can vouch for the fact that Frank and Jane, his parents, were good people. When Jane passed away while Jack was in jail, he was not even allowed to go to attend her funeral. This was a terrible punishment.

Frank and Jane took excellent care of their children, and made sure they had a good education, a religious background and were taught to be responsible adults. Jack followed in his parents footsteps. He has always been a good husband and is the father of five children.

Jack has also helped many needy people. While in jail, he followed these footsteps and helped some of the other prisoners in the detention center. He has been in prison for over a year and half. This has not just punished Jack but created a great hard ship on his teen age children. He has suffered greatly. Further time in prison is unnecessary. I am pleading with you to let him go for he is a very good man.

Thank you for your consideration.

J. A. Lertzman, O.D.

August 27, 2008

Hon. Ellen Segal Huvelle
U.S. District Court for the District of Columbia
333 Constitution Ave., NW
Washington, D.C. 20001

Dear Judge Huvelle,

I am the Executive Director of the Save a Child's Heart Foundation and the former Director of Development for the National Jewish Democratic Council.

I am writing to ask you to consider reducing the prison sentence of Jack Abramoff and having him serve the remainder of his sentence under home confinement. Please take into account the immense amount of suffering he and his family have undergone during his incarceration. Serving additional time in prison would serve no useful purpose. His life and the lives of his wife and children have been completely destroyed.

I have known Jack for approximately ten years and can attest to his profound remorse. Please have mercy upon him and his family.

Thank you for your consideration of this request.

Sincerely,

David Litwack

**LARRY S. LOIGMAN**

ATTORNEY AT LAW

MEMBER N.J., N.Y. & D.C. BAR

August 7, 2008

Hon. Ellen Segal Huvelle, Judge
United States District Court for the
District of Columbia
333 Constitution Avenue, N.W.
Washington, D.C. 20001

Re:    United States v. Abramoff

Dear Judge Huvelle:

Although I have not met Jack Abramoff, I nonetheless feel compelled to submit this letter for the Court's consideration in connection with his sentencing, scheduled for September 4.

I contacted Mr. Abramoff when his legal issues began to be reported in the press, and reviewed with him some of the profound teachings of the Jewish faith which we share. I told him that his acknowledgment of the wrongfulness of his conduct, and his sincere repentance for it, were the keys to overcoming the harm which he had done to himself and to others. In our tradition, *teshuva*, or return, is one of G-d's greatest gifts to man – the power to achieve forgiveness through recognition of one's failing; regret; restitution to any who suffered a financial loss; and resolution to strive to become a better person.

Mr. Abramoff is, to coin a phrase, a prisoner of politics. While inexcusable, his conduct can perhaps be understood in the context of the noxious political environment which can so easily overwhelm even one of strong moral character. That a person of such intelligence and talent became ensnared in that culture is a tragedy. That this Court may assist him in returning to productive life is nothing less than an opportunity for a blessing.

2

Mr. Abramoff has decisively chosen a path that shows a clear rejection of the unsavory circumstances of his past behavior. While entitled to the constitutional presumption of innocence, which requires the government to prove every element of the crimes alleged against him, Mr. Abramoff instead pled guilty, thus emphasizing that he has accepted responsibility for his deeds.

He has also already been punished by means that go well beyond the requirements of the law. His name and photograph have been displayed as part of a media obsession, which has vilified him unceasingly. Mr. Abramoff's personal suffering is compounded by the distress of his wife and five children; his mother died last year, but he was unable to attend the funeral or offer comfort to his father. Needless to say, his livelihood has been wrenched from him, and he can anticipate few employment opportunities upon his release.

But I know that Mr. Abramoff is not merely squandering his time while he is in confinement. Through an active correspondence with him, I have learned of his patient efforts to educate the small number of his fellow inmates who are Jewish, in the history and mores of our religion. Using a modest collection of texts which I have sent him, he has organized regular prayer and study sessions, so that other individuals may find their way back to the path of righteous behavior. He has engaged in diligent learning, building on his substantial background of Jewish knowledge to help others of little or no familiarity with their heritage, while increasing his own proficiency.

I sincerely believe that this Court should take account of Mr. Abramoff's contrition and the new direction which he has chosen for his life. Sentencing is always a difficult task, made even more demanding in a high-profile case such as this one. Imposing an additional term of confinement would not advance any of society's interests; it would simply be vengeful. But I urge the Court to consider very carefully that a further prison sentence is not required for either punishment or deterrence, both of which have been already accomplished.

Thank you for your careful deliberation in this important matter.

Respectfully,

LARRY S. LOIGMAN

/cc:    Christopher D. Man, Esq.

August 14, 2008

The Honorable Ellen Segal Huvelle
United States District Court for the District of Columbia
333 Constitution Ave., N.W.
Washington, D.C. 20001

Re: Jack Abramoff's Final Sentencing

Dear Honorable Ellen Segal Huvelle:

I am writing on behalf of my friend Jack Abramoff. As the date of his final sentencing
approaches, I ask that you reduce his sentence so that he may return home to his family.
If you believe that further confinement is necessary, please consider allowing him to
serve his remaining time in home confinement.

Jack accepted his punishment for the crimes he committed, and unlike many in the
judicial system, he has repented and shown great remorse for the pain and suffering he
has caused to others. I believe that the purpose of incarcerating individuals is to hold
them accountable for their crimes and to reform them so that upon their release they can
assimilate back into society and live productive, law-abiding lives. Jack is a model for
what our judicial system hopes to achieve.

In addition to serving his sentence and showing great remorse, Jack's family and friends
desperately need him. His mother passed away while he was in prison and Jack was not
able to provide comfort to his father and other family members, nor was he able to
properly mourn the loss of his beloved mother. Additionally, Jack's wife and five
children suffer daily as they attempt to move on with their lives. Although the Abramoff
children love their father and admire him for pleading guilty and facing his punishment,
they want and need their father at such an important time in their lives. Finally, the
community in which Jack lived is suffering greatly without him. Prior to becoming
incarcerated, Jack worked very hard to take care of those around him. In fact, he took
care of anyone who needed assistance. Over the years, I have witnessed Jack's
generosity toward members of his community. He was always there to support them in
any way necessary, often putting his own needs aside to help others.

Jack Abramoff is a loving, kind, and compassionate man who made mistakes. He took
responsibility for those mistakes and continues to repent for what he did. He repeatedly
has asked for forgiveness and vows to live the rest of his life as a changed man. Please
reduce Jack's sentence for his sake, and the sake of those who love and need him.

Sincerely,

Kara Mahoney Lopez

**Nathan Low**

Hon. Ellen Segal Huvelle
United States District Court for the District of Columbia
333 Constitution Ave., N.W.
Washington, D.C. 20001

Re: Jack Abramoff

Dear Judge Huvelle,

I am writing to you to plead for your mercy regarding Jack Abramoff.

Jack has been in prison for almost a year and a half, and it is taking a severe toll on him and his family.

Jack's mother passed away while he was in prison. He couldn't attend her funeral nor visit his father to comfort him. This has added the equivalent of years of suffering to Jack's sentence.

Jack has spent his time reflecting, expressing deep remorse, and taking counsel from his religious mentors. He has tried to improve the lives of others in the detention center, teaching them whatever he can.

I implore you to reduce his sentence.

Jack pleaded guilty and did not go through lengthy, costly procedures.

He has suffered greatly, as have his wife and five children. It is devastating to remove the father of teenagers for so long a time.

He has suffered so much pain, hardship and sadness, that further time in prison is unnecessary both from a punitive and a deterrent point of view.

If further confinement is still necessary, it would be humane while still serving the interest of justice to move him to home confinement.

Thanking you in advance for your consideration in this matter, I remain

Very truly yours,

Nathan Low

Judd Magilnick

August 14, 2008

Hon. Ellen Segal Huvelle
United States District Court for the District of Columbia
333 Constitution Ave., N.W.
Washington, D.C. 20001

Dear Judge Huvelle -

I am writing regarding the case of Jack Abramoff, hoping that a few personal observations gleaned over 20 years from the vantage point of Southern California might help give you one more perspective to measure this man and deliver the most just final sentence.

The Jack Abramoff I know is a man who, since his teens, has been committed to continuous personal self-examination and moral refinement. Yes, that might sound ironic to someone who knows him only from the headlines. But, Judge Huvelle, as I am sure you have now learned, Jack Abramoff is a complex man with a remarkable ability to "multi-task" and, through hard work, achieve many different goals at the same time.

As someone who has known Jack as a friend in the Jewish community, the political community, and the business community, I have seen the arc of both his success and his personal tragedy. While the outcomes of his philanthropic endeavors vs. his business endeavors could not have been more dramatically different, I believe that there is a consistent thread of admirable character throughout the entire up-and-down saga.

Throughout his entire life, Jack Abramoff had a gift, namely, the ability to assess and reassess a situation as change develops - and to develop those aspects of himself necessary to succeed in the new environment. When exposed to the challenges and complexities of serious Jewish life, he threw himself into the challenge and succeeded - at least for a while - spectacularly. While some have chortled about his numerous "careers" in moviemaking, law, politics, and lobbying, each activity was a judicious response (relative to his age level) of matching his skills and experience to the situation at hand. Significantly, it was only after the 1994 Republican takeover (by people he had worked with) that Jack threw himself into the new world of lobbying.

Judge Huvelle, is there any doubt that Jack has now thrown himself into the challenge of contrition and penance with the same gusto and determination he exhibited in the previous chapters of his life?

Respectfully, I ask you to consider Jack's demonstrated capacity for self-development and moral growth. With no disrespect meant to others in his situation, there is every reason to believe that Jack has already monumentally done penance far far beyond the "norm" for his time of

incarceration. And, respectfully, I want to witness and confirm for you that the amazing stories you will have heard about Jack's past good works and *future* good works are credible.

Both the civil community and the Abramoff family would all be best served by the fastest possible return of Jack Abramoff to his home.

Thank you for your serious consideration of this letter. I am of course available to your staff for verification or follow-up.


Judd Magilnick

# MANKO | GOLD | KATCHER | FOX LLP

## An Environmental and Energy Law Practice

Joseph M. Manko
Marc E. Gold
Bruce S. Katcher*†
Neil S. Witkes*
Michael M. Meloy*
Robert D. Fox
Jill Hyman Kaplan
Jonathan E. Rinde*
John F. Gullace*
Bart E. Cassidy*
Brenda Hustis Gotanda*
Jonathan H. Spergel*
Todd W. Bender*
Carol F. McCabe*
Lynn Rosner Rauch*
Nicole R. Moshang*
Todd D. Kantorczyk*
Michael C. Gross*
Eric T. Scott
Christopher D. Ball*
Kathleen B. Campbell*
Meredith DuBarry Huston*
Bridget L. Dorfman*
Brett Slensky*
Katherine L. Vaccaro*
Matthew C. Sullivan*

TECHNICAL CONSULTANTS
Darryl D. Borrelli
Michael C. Nines

May 16, 2008

Honorable Ellen S. Huvelle
U.S. District Court
District of Columbia
333 Constitution Avenue N.W.
Washington, DC 20001

          Re:    <u>Abramoff Reference</u>

Dear Judge Huvelle:

     I am writing to advise you that I have served as an environmental attorney for Frank Abramoff since 1984, and in that capacity have come to know him and his family. Although as an active Democrat I never had any political or other dealings with their son, Jack, I can assure you that he comes from a fine upstanding family who have been active in the Jewish and secular communities in southern New Jersey, California and Washington, D.C.. The anguish at the travails of their son and his family weigh heavily on his father and prompt me to write this letter that you take that into consideration in your decision regarding the length of his service.

                         Respectfully,

                         Joseph M. Manko

JMM/law

Cherry Hill, NJ
Philadelphia, PA

*ADMITTED IN NJ AND PA
†PARTNER RESPONSIBLE FOR NJ
OTHER ATTORNEYS ADMITTED IN PA ONLY

**Karen McKay**

August 25, 2008

The Honorable  Ellen Segal Huvelle
US District Court for the District of Columbia
333 Constitution Ave., NW
Washington, DC, 2001

Your Honor:

This letter is an appeal for the court's mercy on behalf of Jack Abramoff.

Recently the US Supreme Court overturned the death penalty for a convicted, violent child rapist on the grounds that the sentence was not "proportional" to the crime. Whatever Jack Abramoff is guilty of, a sentence of five years in prison is certainly not proportional to his crime.

When some elected politicians are never called to account for egregious corruption and criminal behavior, one has to wonder if Abramoff's greatest crime was his political orientation. God forbid that America should sully herself with political prisoners.

I haven't seen Mr. Abramoff in some 20 years, but I know him to be a man devoted to family and country, and to serving his community. It grieves me that his children have had their father taken from them during the years they most need him, and that this man was prohibited from mourning his mother's death and comforting his father in accordance with the law of his faith. More than punishing Jack Abramoff, the court has punished his innocent family.

For those children, for his wife and his father, for the good of the community at large, I plead with you send this man home to them. He has already paid heavily by public disgrace, time served and loss of income to provide for his family. No one is served by his continued incarceration.

Our prisons are overcrowded. Violent, dangerous men are turned loose to prey again on law-abiding citizens because there are not enough cells for them. It makes no sense that a non-violent man who can contribute to the well-being of the community should take the space needed for a murderer, rapist or drug dealer.

Most respectfully,

Karen McKay
LTC USAR (Ret.)

Lea Milgraum, M.D.

7/22/08

Hon. Ellen Segal Huvelle
United States District Court for the District of Columbia
333 Constitution Avenue, N.W.
Washington, DC 20001

Dear Judge Huvelle:

I want to briefly share with you my deep concern for a balanced view in the sentencing of Jack Abramoff. Jack has been a benefactor of unparalleled generosity in our local Jewish community, as well as a valued friend to many of us. I am particularly grateful for his contributions to the Torah School of Greater Washington which has grown into an outstanding institution, building responsible and socially-conscious young people. Three of my children have grown tremendously under the Torah School's instruction.

I ask you to consider a few of the ways that Jack has paid dearly for his mistakes. He is a father of five children and has been separated from them and his wife for 1.5 years. He has lost precious time with teenage children, which can never be regained. While he was in prison, his mother died, and he was unable to attend the funeral or be with his father during his painful loss. Jack pleaded guilty, saved the government tremendous expense in prosecuting him, and has expressed deep regret for his actions. When I, for a moment, try to put myself in his shoes and imagine the magnitude of his suffering and loss, up to this point, I believe that the punitive and deterrent needs of society have already been served.

I have personally seen how his wife has continued to conduct herself with dignity, but has suffered tremendously. For the sake of his family, our community, and his dear friends who miss his reassuring presence, I request that some leniency be shown in his sentencing, to allow him to pay the rest of his debt to society, while residing in his home. If this is impossible, I sincerely hope you can consider a reduction in sentence.

Sincerely and respectfully yours,

Lea Milgraum, M.D.

Michael Milgraum, Esq., Ph.D.

7/24/08

Hon. Ellen Segal Huvelle
United States District Court for the District of Columbia
333 Constitution Avenue, N.W.
Washington, DC 20001

Dear Judge Huvelle:

I am writing to you to briefly share my impressions of Jack Abramoff. He is a valued member of our local Jewish community, and I had the pleasure of attending synagogue with him for years and eating at his table on numerous occasions. He has always struck me as a serious, respectful man, who was devoted to raising responsible children and contributing to his community.

What has always struck me about Jack is his profound care and generosity for others. He has been an outstanding contributor to our local Jewish community, and his gifts were given without ceremony and without attempts to call attention to himself. One example was his anonymous donation of $400,000 to the Harry and Jeanette Weinberg Academy in Baltimore, a school dedicated to helping children with learning disabilities. I am also aware that many local families who benefited from his charity in times of extreme financial need. For example, he loaned a family of six, who are dear friends of ours, the full down payment on a house, at a time that they were in severe financial crisis. There are countless other examples of how his generosity has helped hard-working but financially-strapped families make ends meet. In addition, Jack has been an essential donator for Jewish schools and synagogues in Silver Spring, Maryland.

However, it is important to note that his contributions went far beyond financial resources. He provided true leadership, encouraging excellence and accountability in our Jewish private schools and communal institutions. He also led by the example of his personal deportment, which included self-restraint, good-humor and true concern for the wellbeing of others.

In deciding his final sentencing, I ask that you consider the following: Jack pleaded guilty, expressed deep remorse for his actions and has suffered from one and a half years away from his wife and five children. In recognition of his loss to date and in consideration of the needs of his family, who have suffered immeasurably from his incarceration, I would ask for an alternative to more jail time, such as probation or confinement in his home. At the very least, I humbly request that you consider a reduction in sentence. I have full respect for the seriousness of the decision that you must make, and I pray that you are guided by wisdom and true justice in your decision. Respectfully yours,

Michael Milgraum, Esq., Ph.D.
Licensed Psychologist and Attorney at Law

Hon. Ellen Segal Huvelle
United States District Court for the District of Columbia
333 Constitution Avenue, N.W.
Washington, DC 20001

Dear Hon. Huvelle:

I am a member of the Jewish community to which Jack Abramoff is a major contributor (not only financially), and which is suffering from his lack of freedom.

Jack has been in prison for almost 1-1/2 years, and it has severely affected him and his wife and five children. Moreover, his mother passed away while he was in prison, so he could not attend her funeral nor visit his father to comfort him. This has added the equivalent of years of suffering to Jack's sentence.

Jack has spent his time improving the lives of others in the detention center, teaching them whatever he can.

Please have mercy on him and his family. They have suffered so much pain, hardship, and sadness that further time in prison is totally unnecessary. If further confinement is needed, it would be humane while still serving the interests of justice to move him to home confinement.

Sincerely,

Neil Miller, Ph.D.

July 26, 2008

Honorable Ellen Segal Huvelle, I am writing this letter in support of Jack Abramoff. We have known Jack ar
his family for many years and have the highest regard for them all. I do understand that he may have
overstepped his privilege as a lobbyist but if he did I am sure it was not with malicious intent or disregard for
the law but rather not clearly defining the boundaries of a lobbyist. We have stayed in touch with his wife an
children and I can attest to the fact that they are suffering what I think may be irreversible harm. The family
prior to this event was a wholesome family that was hospitable to all those in need. Now the children are all
over the globe because of the pain that is too difficult for them to bear, and his wife is in a state of continuing
shock. I do believe that Jack and his family have been adequately punished for whatever violation was
committed and any additional punishment will result in tremendous misfortune to his wonderful family. If yc
could finally terminate his imprisonment that would be a humane gesture that would have so many positive
ramifications for his family and his community.

Respectfully yours,

James Mond M.D.

Ernst and Joan Neugroschl

6 August 2008

Honorable Ellen  Segel  Huvelle
United State District Court for the District of Columbia
333 Constitution Avenue , N.W.
Washington, D.C.  20001

Your Honor,

We are writing to you to ask for your consideration in the sentencing
of Jack Abramoff.

We have known the Abramoff family and Jack for many years before
his sentencing. We observed him and have personal knowledge.
to have been extremely generous in helping less fortunate people.

When Mr.Abramoff plead guilty he spared the court lengthy court
procedures.
In his incarceration he has shown remorse and regret for his actions,
has counseled and helped inmates and found healing from his religious
mentors. He has and is suffering immensely, as his wife and five
children are devastated . He could not attend the funeral of his
mother.

Being out of prison, he would be a contributing member of society
since he is a resourceful and talented individual, that could  be doing
much more for society and mankind on the outside.

We feel that any further sentencing or prolongation of his present term
would be unnecessary from a punitive or deterrent point of view.

We plead with you to give him consideration to move him to home
confinement or at least to facility closer to home.

Respectfully submitted

Ernst and Joan Neugroschl