Hon. Ellen Segal Huvelle    7/10/08
US District Court - DC
333 Constitution Ave, NW
Washington, DC. 20001

Your Honor:

I am Jack Abramoff's Father-in-law and
have known Jack for the last twenty-two
years.

The main reason I am writing is because
of the strain and burden this imprisonment
has put on my daughter, Pam. She is
a very devoted wife and mother and is
raising the children while working a
fulltime job. This is taking a toll on
her and Jack's release, at this time
would ease the burden.

Jack has cooperated in every way, has
expressed deep remorse and he truly
loves his family, who need him at this
time. Continued confinement won't prove
much other than more hardship for
his family.

For my daughter's and my grandchildren's
sake I plead for your mercy.

Sincerely,
Tom A. Cohen



**M. ROBERT OSTERMAN, M.D., J.D.**



Orthopedic Surgery

Medical - Legal Consultation

(760) 324-7371

May 10, 2008

RE: Mr. Jack Abramoff's final resentencing.

Honorable Ellen S. Uvelle
US District Court, District of Columbia
333 Constitution Avenue N.W.
Washington D.C. 20001

Dear Judge Uvelle:

I am well aware that I am writing this appeal in a very hostile social environment with respect to lobbyists and the lobbying process. The national press coverage and the media frenzy has resulted in the lobbyist profession to be regarded with gross disrespect. Not withstanding the aforesaid we realize that thousands of lobbyists who perform with salutory results. Mr. Abramoff became very successful in this profession and indeed became greatly sought after.

In the melee of all this activity, aided and abetted by many people in high places, he made mistakes in judgment, which he was prosecuted, convicted and incarcerated.

Mr. Abramoff is a devoutly religious man who, in the past has been extremely philanthropic; giving significant sums of money to build schools and for other children's causes. He is a loving husband and a devoted father to his five children whom all miss him sorely.

Through prayer and personal introspection he has recognized the errors and mistakes, which he made. As a consequence, for the past three years he has totally and completely cooperated with all federal authorities, in a most effective manor.

I sincerely believe that Mr. Abramoff is completely rehabilitated and poses no threat of any kind to our society. Prior to his present predicament his record is clear of any and all violations.

His father, who is successful businessman, intends to help and support him to become a useful and productive individual.

At this time we are all interested in reforming the lobbying practice. What better asset is available than utilizing the knowledge and expertise of Mr. Abramoff in this process.

I respectfully pray, in view of aforesaid, that your judgment in his case considers compassion and allow Mr. Abramoff to return seasonably to his family.


Respectfully submitted,

M. Robert Osterman, M.D., J.D.

# J. Leonard Penner

May09.2008

RE: Jack Abromoff's final resentencing

Your Honor:

I am writing this letter to tell you my knowledge of the Abromoff family. I have known the family for 25 years and Mr. and Mrs. Abromoff were wonderful parents and made sure that their children had a good education, and a religious background.

I met Jack Abramoff 20 years ago when I went to Washington with a group of local Real Estate agents, to have a meeting with the housing administrators. I have seen Jack many times since then in Los Angeles when he visited his parents. Jack has been a good husband and father of 5 children. He is a very charitable and religious man who has always tried to help people in need.

It is my pleasure to write a character reference letter for Mr. Jack Abramoff.

Sincerely

Leonard Penner

July 9, 2008


Hon. Ellen Segal Huvelle
United States District Court for the District of Columbia
333 Constitution Ave., N.W.
Washington, D.C. 20001


Dear Judge Segal Huvelle,

I am writing in support and to ask for consideration for my longtime friend, Jack Abramoff. My friendship with Jack goes back nearly 25 years. I have known him as a friend and member of the Jewish community of Silver Spring Maryland, where I grew up in the same neighborhood where Jack moved after he completed college. I know Jack as a friend, a husband and a father. I have painfully watched as he has been living through certainly the most difficult time in his life, and have seen first-hand the effects on him, his wife and his family.

I visit Jack in prison. I had never been to a prison before, and it took me quite some time to adjust to the notion of seeing Jack in that setting. I don't have any knowledge of Jack's dealings and the events that brought him to this painful and difficult place in his life, but I do have knowledge of Jack, both as a person and as a friend. I have seen a change in Jack, which is profound and obvious. In prison he has had time to think and to contemplate, and he has used that time productively. I have seen as he considered and analyzed his past and his deeds. He is a different person now; he has a different outlook.

I have always known Jack to be extremely generous and community minded. Whether one agreed with his approach or not, there was no denying that his intentions to help the community were always there. Now he languishes in a prison with no ability to even help and support his family. His wife, Pam, is strong and courageous, but she cannot possibly provide the support and guidance needed for their family without Jack. For someone who has spent so much time and effort in helping others to suffer this fate is terrible.

Jack has spent his time in prison helping others too, and learning both secular and religious material. He has and continues to teach others in the prison. There can be no denying that he has acted as a model prisoner, and displayed a respect for the laws and the institution while in Cumberland.

I know that Jack can be productive and a contributor far better out of prison than in. It is inconceivable to me that there is any more productive time for him to spend in the prison. He has a family of children and a wife who need and love him and need him to be home with them, rather than locked away and barely accessible.

I visited Jack while he was sitting Shiva, the initial Jewish mourning period of one week, when his mother passed away. I had never seen him in such dismay. He had a special relationship with his mother, and he could not even attend her funeral. There is no way to describe the pain of such a thing. Consider please the distress and isolation of spending the year when a Jew is meant to say Kaddish (a special prayer repeated daily in the congregation) to elevate the soul of a recently deceased relative, being virtually unable to do so. Having lost my father, I can only imagine the pain that would bring.

I plead for the mercy of this court, to consider the lives of Jack and his family and the community, to consider the time he has spent and difficulties he has encountered. Consider a large reduction in his sentence, and if it is deemed necessary for Jack to be further confined, please allow him to do so at home.


Most Respectfully,


Adam Rishe

July 11, 2008


Ronald E. Robinson, Esq.



Christopher D. Man, Esq.
McDermott Will & Emory LLP
600 Thirteenth Street NW
Washington, D.C. 20005-3096

Dear Mr. Man:

I have known Jack Abramoff since his days as a young activist in the 1980s.
I know him to be a devoted father and husband and an individual who
positively influenced many other leaders throughout his two decades of
activism. Their numbers are great, and Jack's positive influence on them
was profound.

Today, Jack has been in prison for almost a year and a half, and the toll on
him and his family has been severe.

Jack Abramoff poses no threat to society. Additional prison time is
unnecessary from a punitive and a deterrent point of view, and a prolonged
prison sentence only keeps him from a family that needs its husband and
father.

Respectfully submitted,

Ronald E. Robinson, Esq.

Hon. Ellen Segal Huvelle
United States District Court for the District of Columbia
333 Constitution Ave., N.W.
Washington, D.C. 20001

July 14, 2008

Your Honorable Ellen Segal Huvelle

I am writing to ask you to please consider reducing the prison sentence for Jack Abramoff. Jack has been in prison for almost two years. During that time I have been in correspondence with Jack and I have really witnessed a major transformation. Jack has spent time reflecting on his life and he has expressed deep remorse for his actions and attitudes. He has suffered enormously while in prison. His mother died and he could not go to her funeral or visit his father to comfort him. This has compounded his punishment and created a different level of suffering and pain for him.

Jack has always been a very generous man and many communities have benefited from that generosity. He has been as generous in prison, helping those that are less fortunate with their studies and giving them hope for a better future when they leave.

Jack's family has suffered too and I understand that incarceration is about suffering with the hope of changing the individual. I believe that Jack and his family have suffered and changed. I strongly believe that Jack is ready to take his place in society once more and to make a real contribution to those around him. Please, if you deem that further confinement is still necessary, I am pleading with you to consider home confinement so that the interests of justice can be served in a more humane way.

I thank you for taking the time to read this letter and hope that it can impact in some way on Jack's sentencing.


Yours truly,

Desi Rosenfield

## Rush Associates

May 12, 2008

The Honorable Ellen S. Huvelle
US District Court
District of Columbia
333 Constitution Avenue N.W.
Washington D.C. 20001

Dear Judge Huvelle:

The Jack Abramoff I know is not the Jack Abramoff reflected by the barrage of
newspapers across the country. While his pictures are featured on the front pages of
America's newspapers, the stories and cartoon images appear to be of a different
individual.

I have known Jack for well over forty years and his parents for some years longer. As a
child, Jack was an intelligent and personable individual, brought up in the fine tradition
of an American family by loving parents who taught him the basic values of life. As a
young adult, Jack went on through a college education, law school and apprenticeship.

He is a good man. He is a kind and decent son, family oriented, a loving husband and
father. From early on, his life has been filled with charitable endeavors, addressing
educational causes, needy people in help and various religious causes. Even under the
vicious assault by the Press and political entanglements he never waived in his civic
responsibility to the underprivileged, the poor, the less fortunate.

As bright as he may be, he was totally unprepared for the targeted thrust upon him by the
political world of Washington. He became the target of a coordinated attack and was
vulnerable to this assault. He became a pawn in a chess game and sacrificed accordingly.

As a result of the pressure thrust upon him, he has pleaded guilty to several charges and
because of the way the Federal sentencing in the United States has developed; he is now
serving time in a Federal prison and facing the possibility of additional sentencing and
additional time in prison.

He is financially shattered! Because of this incarceration, his five innocent children and
his loving wife, will lose their father and husband during the most important years of
their life and development.

The world knows Jack Abramoff only from media with its negative cartoon images of
him. I know him as a loving father and husband, charitable individual with an impressive

education, a fine mind with capabilities that might better serve "society" on the outside rather than "in prison."

The purpose of this letter is to offer a glimpse at the other side of Jack Abramoff from one who has seen him mature from childhood to adolescence to manhood and recognizes his capabilities of continuing to serve society.

I understand that Jack has been and in continuing to cooperate with Federal authorities.

I sincerely believe Jack Abramoff can best serve society by paying his future debt to society by doing public and community service in some form.

I ask every consideration be given to Jack's ability to repay his debt to society through the continuation of his charitable work, community service, and the use of his considerable education and talent to help society in a multitude of ways, which will benefit society and not allow five children to lose their father and a loving wife her husband.

Thank you for indulging my thoughts.

Respectfully submitted,

Herman Rush

July 10, 2008

The Honorable Ellen Segal Huvelle
United States District Court for the District of Columbia
James Lawrence King Federal Justice Building
333 Constitution Avenue NW
Washington, DC 20001

Dear Judge Huvelle,

I am writing to you in support of my friend Jack Abramoff, in the hope that my words and those of others will encourage Your Honor to show leniency toward him at the upcoming sentencing hearing. Jack has been a close friend for more than ten years, and I feel that I know a side of him that is not reflected in what has become his public persona.

Although Jack has been portrayed as an evil caricature, the reality of his character is very different. He is a caring and generous man who has volunteered to help his community, both financially and through his own personal efforts, and has been very kind to individuals in need.

I would like to illustrate the latter point with just one example. I have a friend who has bravely overcome the limitations imposed by cerebral palsy, including hearing impairment, to be a productive citizen. His life has been difficult in other ways as well. His wife has had emotional problems, and one of their two children is severely retarded and lives in a supervised home. My friend, with whom Jack is just casually acquainted, confided to me that he needed, but could not afford, a new hearing aid. His insurance would not cover the expense because the required device was of a new and experimental design. Jack was standing nearby and overheard our conversation. He contacted me later to say that he would cover the $2,500 cost of the hearing aid. His only stipulation was that the recipient not be told of the source of the donation. Appropriate arrangements were made and my friend received his improved hearing aid. If one judged Jack's character solely on his portrayal in the media, it would be difficult to imagine that Jack would make such a kind gesture to a casual acquaintance and would further insist on anonymity. Yet that is a truer reflection of Jack's character than the harsh, one-sided descriptions to which we have become accustomed. There are many other examples of Jack's generosity and kindness, but I feel that the story I just related is particularly representative of Jack's true nature.

Jack is a devoted family man who means the world to his wife and five children. I know them well, and I know the effect this ordeal has had on them. The nearly two years that Jack has spent in prison has taken a tremendous toll on them, and it would be a true kindness to allow Jack to rejoin them as a full time husband and father.

Jack's business was one which often presented him with difficult and tempting choices. He made decisions which he deeply regrets, and for which he has shown remorse. He has fully cooperated with the legal authorities, and has spared the government the cost of a lengthy trial. His public disgrace served as a deterrent to others, and I believe further prison time would not add to that lesson. His time in prison has been spent in religious study, and in teaching and counseling other prisoners in a variety of disciplines.

In completing the difficult task of assessing Jack's character and determining a fair and appropriate sentence, I hope Your Honor will consider the good that Jack has accomplished and will do everything in your power to return him to his family and to a productive life.

Sincerely,

Howard W. Sabrin, Ph.D.

Jeffrey Schechter

Hon. Ellen Segal Huvelle
United States District Court for the District of Columbia
333 Constitution Ave., N.W.
Washington, D.C. 20001

July 15, 2008

Dear Judge Huvelle:

I am taking the liberty of writing to you on behalf of Jack Abramoff, a friend of mine who will
be standing before you for sentencing in September. It is an unfortunate thing for anyone to have
to write such a letter for someone they know, but something which I'm not reluctant to do for
Jack. For all of his faults, Jack is a cherished friend to me.

I met Jack in 1990 when I was living in Los Angeles and he was still working in the film
industry. As both of us were involved with the Jewish community there and both working in
film (I as a writer and he as a producer) it was only natural for people to introduce us. I took an
immediate liking to Jack, who I found both intelligent and incredibly affable.

As I was newly observant, Jack became a mentor and quasi older brother. We dined together
often, saw each other frequently, and at my wedding nobody danced more exuberantly than Jack.

As Jack's legal career grew and took priority over his producing, Jack spent less time in Los
Angeles and we saw each other less often. Still, we kept in touch over the years, swapping
updates on our families and careers. When Jack's legal troubles began, I had no difficulty in
rallying to Jack's side, providing emotional support while neither condoning nor defending his
actions.

I see in Jack a cautionary tale on a grand scale. He was – and is – a good man who made bad
choices. And he has suffered for those choices.

I know from Jack's letters to me from prison the extent of the pain he and his family are
experiencing, as well as the depth of his remorse and the full and total regret he feels for his
actions. He has tried to do the honorable thing by pleading guilty and has been cooperating in
the investigation that surrounds his crimes. He is a broken man, trying in whatever way he now
can to reclaim the dignity he once enjoyed.

If I understand the purpose of incarceration, for someone like Jack (as compared to someone who
commits a violent crime and needs to be removed from society for the safety of the populace) it
is to both punish the criminal as well as to serve as a deterrent to other individuals. If this is
correct, than I believe that the year and a half that Jack as been in prison has served its purpose.

Jack is not a career criminal. He rose very high in the corridors of power and succumbed to the temptation to use that power improperly, a test many a person greater than Jack has failed. That he has caused hardship to others is undeniable. That he has caused great harm to himself, his wife, and his children is also undeniable. That he might offend again is inconceivable.

Jack has shown in his letters to me from prison no trace of denial, no attempt to couch his actions in anything other than the starkest terms of personal responsibility. Through reflection, prayer, and remorse Jack has purged himself of the flaw that caused his downfall. I am convinced that if time for Jack were reversed to a point while he was still in his position of respect, Jack would be an example to us all on how power is to be properly exercised.

Of course, time cannot be reversed. Regardless of Jack having defeated his own personal demons, it is difficult to imagine Jack ever having the opportunity to again be so tempted. He is ruined both financially and professionally, two things that even were he to be released from prison tomorrow will follow him for years. This is yet another aspect of the punishment he is enduring.

Additionally, because of Jack's crimes and the awful publicity and humiliation he has had to face, those in similar positions of power have been given a harsh object lesson. The results of Jack's actions (unintentional though they were) is nothing less than a total revamping of the lobbying system in the United States. Can any other lobbyist possibly abuse the system and not be aware of how great a fall they face? The deterrence aspect of Jack's incarceration is complete.

If punishment and deterrence are the goal, then Jack's incarceration has served it's purpose. I implore you towards mercy, and come September 4th to reduce Jack's sentence and grant his release. If you do not feel that this will serve justice properly, then I ask that you please consider home confinement for Jack. At least in this way a devoted husband and father will be restored to the family who needs him.

Judge Huvelle, I do not envy you the task of passing sentence on Jack. His crimes and their aftershocks have attained such a level of notoriety that American politics will never be the same. And while that's arguably a good thing, the eyes of many will be on your decision and the sentence you hand down to Jack will be scrutinized from every angle. It is a huge responsibility you bear. I am hopeful, however, that the notoriety of Jack's case will not obscure the merits of the man and the severity of the punishment he already has endured, and that you will find it within yourself to be merciful.

Respectfully submitted,

JEFFREY SCHECHTER

From the Desk of

Eli W. Schlossberg

Hon. Ellen Segal Huvelle
United States District Court for the District of Columbia
333 Constitution Ave. N.W.
Washington DC.  20001

7/14/2008

Your honor,

It has been a very difficult and very tragic time for the Abramoff family over the past one and a half years. Actually this difficult time started much earlier as the trial and pre-trial time had already taken a huge toll on Jack, his wife and their five children and his community. Therefore the punishment has gone on for much more than just the time Jack has served in prison.

All have suffered greatly. To add to the tragic circumstances, Jack lost his mother while he was in prison. He was unable to attend her funeral and could not be with his elderly father to console him. This very tragic event has only added to the sorrow, disgrace and suffering which he has endured.

I am told Jack has spent his time in prison reflecting with deep remorse. I hear he has tried to help others in prison and I understand he has acted as a model prisoner. Jack has always tried to help others.  While Jack is guilty of the crime he committed, he has been punished and suffered the disgrace and incarceration he has had to endure. His wife and his five children have really suffered greatly.

Jack is a person who did much good in his past. While he did wrong and plead guilty to his crime we must look at his entire life and consider also allt he did right. Tragically Mr. Abramoff led two lives, a very flawed and reckless professional life but on the other hand his personal life was dedicated to helping others, helping the community with many good and positive deeds. Now he has hopefully reformed from his past professional life and with help of his family and friends, together with his religious orientation and with help from God he will do much good in the future. He owes this to society and his future good deeds and actions will be the greatest reform and repayment to society. We know he has the potential to really be a productive helpful and good person.

At this point we need to pray for him and his family and ask the court for mercy. He is a good family person, a good devoted son, a loving husband and a very involved father whose wife and children need him very much. He also has a long positive history where he helped many people in his past, improving their lives in many ways. Yes he stumbled terribly and did wrong and was guilty of his crime but I truly believe he has learned his lesson and paid dearly for his mistakes. A now reformed, remorseful and humbled citizen, Jack will once again do much good for society and his community. A reduced sentence would be positive for family and society. His friends and community were shaken by his actions and seeing him now reformed will improve the way people regard our legal system. He has been punished, disgraced and reformed, so now building a new honest productive life must be the goal of the court.

I ask the judge and plead your honor to consider a reduced sentence. I ask for mercy of the court. He is no threat to society and further time in prison from both a punitive and deterrent point of view is unnecessary. Possible home detention would relieve the family tragedy. It would still be a punishment but would give him the ability and freedom to repay society and restore a healthy family situation. We must consider the impact on his wife and his five children. He has been punished and we must not destroy the family any further. A strong united family will help reform Jack further and will allow the next generation, his children, to flourish.

I want the judge to know I actually have never personally met or even talked with Jack Abramoff. So what is my interest and concern in his case?

Being in the next town over and being in a similar community I am involved in helping especially needy persons. I am involved in many charitable causes. I knew and heard much about Jack Abramoff about his many positive and past community charitable actions. Jack had a reputation for helping others. I have spoken and interacted with people he helped. I guess I only saw and heard the good side of this man. I have spoken over the years with many of his friends and acquaintances and spoken with many persons from his immediate community. I was shocked and greatly dismayed to see how such a good person could err so much in his work life. I guess I was fascinated how such a good person could go so wrong. As a result and since his indictment I have followed his trial and his family circumstances very closely.

Our legal system successfully brought him to justice. Now justice has prevailed. Justice now must prevail for his family also. I am concerned for his wife and children. They love him and need him greatly. I strongly believe he needed to be punished, and he has been severely punished. I feel now a reduced sentence together with home detention is the right plan of action and will be beneficial and justice for all.

I thank your Honor and the esteemed court for consideration and mercy!

A concerned citizen,

Eli W. Schlossberg

July 20, 2008

Hon. Ellen Segal Huvelle
United States District Court for the District of Columbia
333 Constitution Ave., N.W.
Washington, D.C.  20001


Honorable Judge Huvelle:

It is my understanding that Jack Abramoff's situation is coming up for
a hearing on September 4th. This letter is being written by me on
Jack's behalf, in the hope that it may influence your clemency for
Jack's situation, with respect to releasing him, even to house arrest,
so that he can be with his wife and his five children.

While I have worked for the Federal Government in the area of patents
for more than 35 years, I have not known Jack in a professional
capacity. Rather, I know him as a friend. Also, I am an ordained rabbi
and substitute for the rabbi of one of the synagogues he attends (the
Young Israel of White Oak). I have had discussions with Jack as to
religion and philosophy. I also know his wife Pam and his children.

As you are aware, Jack has been in prison for almost a year and a
half. This has taken a severe toll on him and his family.

It is my understanding that there are two bases for incarceration
after one has committed an impropriety. The first is to prevent
recurrence of the impropriety and the second is of a punitive nature.

As to the first basis, Jack pleaded guilty and did not go through a
lengthy, costly court procedure. In this respect, I spoke with Jack
before his incarceration, and even then he realized that his previous
actions were inappropriate; he was just caught up in his own
subjective view of what was taking place. He also realized that he had
overly exaggerated his own self importance. It is my opinion that he
reached these realizations of impropriety based on both religious
discussions with members of the congregation and by stepping back and
looking at his actions objectively in evaluating the morality of his
actions. Please note that prior to all this, Jack did wonderful things
for the community; therefore even then, I believe that his heart was
in the right place – he just had a misguided view of what he was and
what he was doing in certain respects. At this point, I feel that Jack
would never repeat his prior mistakes.

As to the second basis, Jack's punishment on a personal level has
already been more severe than the legal system could mete out. Seeing
the effect of his whole situation on his wife and children has torn
Jack up inside. Aside from my own view of the situation, my wife has
also made me painfully aware of Pam's suffering from various
encounters that my wife had with Pam.. Further, Jack's mother passed
away while he was in prison; yet he wasn't allowed to attend her

funeral nor visit his father to comfort him. In addition, the time Jack has spent in prison has been a drain on his efforts to embrace and follow his religious beliefs which has further made his time in prison an even greater punishment. At this point, I submit that Jack has suffered so much pain, hardship and sadness, that further time in prison is unnecessary both from a punitive and a deterrent point of view.

Finally, in the event that you feel additional confinement is still necessary, would you please consider moving him to home confinement in the interest of encouraging his rehabilitation and unifying his family.

Thank you in advance for your time and consideration of this letter.

/Kenneth M. Schor/

Kenneth Schor

July 8, 2008

To the Honorable Ellen Segal Huvelle:

We are writing this letter on behalf of Jack Abramoff, who has been in prison for about 18 months.  He and his family, as well as his community, have suffered immeasurably during this time.   It should be noted that Jack pleaded guilty and has been very cooperative with the investigating authorities thereby avoiding costly, time-consuming court procedures.  Also, even though Jack was unable to attend his Mother's funeral nor visit his Father to comfort him, he has tried to improve the lives of others in the detention center, teaching them whatever he can.

We recognize that in our society there are consequences one must face for his or her actions and that prison is deemed necessary from both a punitive and deterrent perspective.   From a punitive standpoint, the shame, embarrassment and sadness that Jack and his family continue to suffer, not only from his confinement but from the media at large has surely met that standard of punishment.  In terms of deterrence, the fact that Jack has already lost the equivalent of many years of his life through the agony of family separation should be deterrent enough for society at large.

In light of the above, we plead for your mercy at his final sentencing in September.  If further confinement is still necessary, it would be a tremendous act of kindness to let Jack serve the remainder of his sentencing in home confinement.

Thank you for your consideration.

Raanan and Ellen Shames

May 8, 2008

Honorable Ellen S. Huvelle                    Dizengof & Yvonne Shami
US District Court, District of Columbia
333 Constitution Avenue N.W.
Washington D.C. 20001

Dear Judge Huvelle:

We have known the Abramoff family and Jack for many years and consider them as fine
people.  His father and mother are good friends of our family.

In consideration of Jack's family and Jack we would ask you to have compassion to their
feelings.  His mother passed away this past year from cancer and suffered greatly.

Knowing Jack, I am sure and know that he is very remorseful and will lead a purposeful
life in the future.

Your kind consideration would mean a lot to the family and friends and it would be
enormously appreciated.

Sincerely yours,

Dizengof & Yvonne Shami



May 29, 2008

Honorable Ellen S. Huvelle
US District Court, District of Columbia
333 Constitution Avenue N.W.
Washington, D.C. 20001

Your Honor:

I'm really not sure why I have been moved to write this letter especially since I am not a politician or a lobbyist or anything other than a patriotic American who tries to obey all the rules on a day to day basis. But since I have known the Abramoff family for more than 30 years, I felt I wanted to have my say.

I was an educator at Beverly Hills Unified School District from 1974 to 1999; I started as a teacher and ended as Director of Career/Vocational Education.  I served more than 5000 students, Jack Abramoff, one of them.  I remember this active, diligent, and earnest young man running for President of the High School and succeeding in his first attempt. His kindness to the losers was unparalleled; he incorporated all of them into his cabinet.  The administrators were impressed.  Once he left the high school for college, my contact was with his parents for the most part.

Both Frank and Jane Abramoff, Jane died a year ago, were superlative role models for their children. They were taught right from wrong. In those days drugs and alcohol were new threats and parents had to be most vigilant and they were; their children escaped unscathed despite the peer pressure which is so treacherous.

You can imagine how saddened I was to hear about Jack as the man we know today. In searching my conscience and my principles I wonder if the punishment he has already received, not just the jail sentence, but also the embarrassment for his children and family, isn't enough. It seems to me that he has tried in every way to be a model prisoner and help other inmates.  He has made extraordinary use of his time repenting and reaching for higher goals.  I am remembering Jane and Frank's influence over their children and would  hope that Jack could be there for his and that from this family tragedy, something wonderful could emerge.

Thank you for reading this; it is sent with respect and trust.

Respectfully yours,

Rhoda J. Sharp

ROBERT ALAN SHEINBEIN
ATTORNEY AT LAW

IN REPLY PLEASE REFER
TO FILE NUMBER
0100.011

May 23, 2008

To the Honorable
ELLEN S. HUVELLE
U.S. District Court
District of Columbia
333 Constitution Avenue N.W.
Washington, D.C. 20001

    Re: Jack Abramoff

Dear Judge Huvelle:

    I have known Jack Abramoff and his family for most of my life. Jack Abramoff and I and went to the same school in Beverly Hills. Although I was a little older than Jack our families were close and I was always, and will always be, proud to consider Jack, his brother Robert, and his parents Frank and Jane as my friends.

    Jack was always an exceptionally bright and articulate person; who helped others and was personally engaging in productive ways even as a student. I know he graduated Magna Cum Laude and Summa Cum Laude at Brandis University and Georgetown Law School.

    Jack was always very active in charities and civic activities. He worked hard to help with the Sugar Ray Robinson Youth Foundation and for senior and old age homes. He was strongly influenced by his father (also quite active in charitable and community matters), who served in the Navy on an aircraft carrier in combat zones.

    Knowing how close he has always been with his family, I know it was a very, very severe blow to him not to be with his mother Jane, during her last days, nor even to attend her funeral. He has not even been able to visit her grave site. His mother was always such a warm, caring and giving person, and I personally experienced that they were a very close family.

    All of us were so very proud of Jack's accomplishments, too numerous to list here. He has an incredible intellect, and an amazing gift for personal interactions at all levels.

    Jack has suffered substantial personal embarrassment, not only by the widespread media attention, but by the break-up of his family. I understand that he has exhausted his funds. He is truly repentant. He made mistakes, but I believe he has learned his lesson, probably many times over.

May 23, 2008
To the Honorable
ELLEN S. HUVELLE
Page 2

    It is obvious that he will not be able to return to his prior profession; and will have to build a new life once he is released. However, he is a person of great potential.  It is my very firm belief that he will use that potential for the greater good of the persons he knows, and of society in general.  I know he wants the chance to make his amends; and hope you will give him the opportunity to do so.

    If my voice, or appearance, can be of any benefit please let me know.  Please feel free to contact me if you have any further questions; or if I can be of any further assistance.

                Yours truly,
                ROBERT ALAN SHEINBEIN

RAS:rs

David Sidransky, M.D.
Director
Joseph Califano, M.D.
Patrick Ha, M.D.
Mohammad Hoque, Ph.D.
Wayne Koch, M.D.
Chul-So Moon, M.D.
Sara Pai, M.D., Ph.D.
Edward Ratovitski, PhD.
Barry Trink, Ph.D.
William Westra, M.D.

Division of Head and Neck Cancer Research

Department of Otolaryngology
David H. Koch Cancer Research Building



**JOHNS HOPKINS**

M E D I C I N E

July 11, 2008

The Honorable Ellen Segal Huvelle
United States District Court for the District of Columbia
333 Constitution Ave., N.W.
Washington D.C. 20001

Dear Sir,

It saddens me to write a letter on behalf of a dear, valued friend, Mr. Jack Abramoff, at this
difficult time as you weigh an appropriate sentence in his case. Yet, I feel compelled to present a
different picture of Jack from that relentlessly portrayed in the media.

I have known Jack since our college days at Brandeis University, when we roomed together and
were active in campus activities. He was always a caring, compassionate individual with
boundless energy and infectious enthusiasm. He used all of his spare time to participate in
worthwhile political and community programs and was often the leader in both advocating and
helping the less fortunate. He was a pillar of the communal Jewish life in college, and helped
immeasurably to organize and maintain its infrastructure and success.

As a successful attorney in the Washington DC area, he was soon recognized as a devoted hard
working lay leader and philanthropist in countless organizations. Often a leader in communal
gifts, he railed others to help contribute and support many important organizations and causes.
He established and supported a dynamic private school with a unique blend of excellence in
academics and sportsmanship. He invited and hosted countless individuals and representatives of
needy causes to his home and community. He thus became a trusted and essential part of the
greater DC community.

As sentencing draws near, I would like you to consider how much Jack has contributed back to
his community. I can not help but think that his focused desire to accomplish great things and
succeed eventually led him astray.

However, Jack has many positive attributes and a dynamic personality and can continue to
contribute to his community and many worthwhile causes. Time spent away from his family and
community will be irreplaceable, perhaps his sentence can be commuted or reduced in lieu of
community service.

Jack has so much to offer, I know that if he is given leniency, he will refocus his efforts to help
his community, and all those around him.

Sincerely,

David Sidransky, MD.
Director, Head and Neck Cancer Research Center
Professor, Otolaryngology – Head and Neck Surgery,
Oncology, Pathology, Urology, Genetics
& Cellular and Molecular Medicine

DS/og

# MEDICAL FACULTY ASSOCIATES

## THE GEORGE WASHINGTON UNIVERSITY

July 27, 2008

Hon. Ellen Segal Huvelle
United States District Court for the District of Columbia
333 Constitution Avenue, NW
Washington, DC  20001

Dear Judge Segal Nuvelle:

Re:  Jack Abramoff

I am writing on behalf of Mr. Abramoff.  Over the years, Mr. Abramoff has made tremendous contributions to our community.  His incarceration for almost two years has taken a severe toll on his family.  The death of his mother and his inability to comfort his father has multiplied his suffering.  He has attempted to help his fellow inmates had has shown deep remorse for his actions.  Further incarceration is unnecessary for sufficient punishment or as a deterrent.  If confinement is felt to be absolutely necessary, perhaps home confinement could be considered.

Thank you for your consideration and may you show mercy on this father and husband.

Sincerely,

Paul A. Silver, M.D., F.A.C.P.
Associate Professor of Medicine
Assistant Director,
Division of General Internal Medicine

July 28, 2008

Hon. Ellen Segal Huvelle
United States District Court for the District of Columbia
333 Constitution Avenue, N.W.
Washington, D.C. 20001

Dear Judge Huvelle,

It is my understanding that you will be presiding over the final sentencing of Mr. Jack Abramoff on September 4th. Presumably the question to be decided is the level of further punishment that the court deems appropriate for the crimes of which Mr. Abramoff has been convicted. Given the high profile of this case, the court will undoubtedly be under pressure to be harsh in its judgment and sentencing. I would nonetheless appeal to your personal sense of fairness and compassion when reviewing the Abramoff case and passing judgment.

My family and I have had the privilege of knowing Mr. Abramoff and his family for more than the past 10 years and, as continuing close friends of the family, we know how severely Jack has been afflicted by his incarceration to date and how adversely his entire family has been affected.

Beyond the standard loss of freedom that incarceration entails, and which would be difficult for anyone to endure, Jack has had the most terrible misfortune of losing his mother while in prison. As a result, he was unable to attend her funeral nor mourn for her in the company of close friends and family. Jack mourned the loss of his mother in the loneliness of his prison cell. This alone is a most unusual form of punishment that he has endured and a pain that he will most likely carry with him for the remainder of his life. Please take this most unusual and painful circumstance into account when evaluating the need for further incarceration.

I have visited Jack in prison and he has described to me the incredibly difficult conditions under which he is living. Nonetheless, he does not express anger nor bitterness; he only expresses remorse, along with the sincerest, most aching desire to be able to return to life at home with his family. Given the sincerity of his remorse, it would not appear that the court nor society nor Mr. Abramoff will in any way benefit from his further incarceration, neither from a punitive standpoint nor as a deterrent.

Despite the picture the media has painted of Mr. Abramoff, I can tell you without question that he has a heart of gold. To whatever extent he made mistakes in his business dealings, there is no question in my mind that he has the utmost remorse. I humbly ask that you look at the suffering man standing before you on September 4th and grant him the greatest leniency possible in his sentencing. If the court deems it necessary for him to undergo further confinement, it would be humane while still serving the interests of justice to transfer him to home confinement.

I thank you in advance for your consideration and compassion.

Most Respectfully,

Hyam Singer

# LAW OFFICE
# DANIEL M. SKLAR

May 10, 2008

HON. Ellen S. Huvelle
United States District Court
333 Constitution Avenue N.W.,
Washington, D.C. 20001

     re: Jack Abramoff

Dear Judge Huvelle:

I write this letter on behalf of the Jack Abramoff who I understand will shortly appear before you for sentencing review. Although I write at the request of his family, I would have desired to write to the court entirely without such request. I have known the Abramoff family both as clients and as close personal friends for a period in excess of 35 years. Although I have not been in contact personally with Jack for many years now, I draw upon my frequent past opportunities to observe his growth from young boy to manhood and even in one interesting business activity with him.

If it is true that the core values one develops in early life remain embedded permanently, then regardless of vicissitudes which may shape one's conduct for the worse in a particular environment or at particular times, Jack s basic good character must remain what I observed: a strong work ethic, a concern for the welfare of others, and a burning desire to improve the world and particularly American society.

In college and high school Jack sought not simply to perform, but to excel; to strive with fervor to master any task to which he applied himself, to make the fullest effort of which he was capable. During his college years this led him, in part, to become a leading activist in conservative Republican causes. He afterward immersed himself in the political scene in Washington and elsewhere, determined to advance his particular vision of social betterment and economic justice in America. I disagreed strongly with his partisan vision for our country, but what matters, I think, is that he became involved: he entered the arena and he stayed the course.

In like fashion, he immersed himself in his faith and in numerous charitable and community activities, about which you will receive better accounts from others, I have no doubt. These

themes likewise represent Jack's personal commitment to his idea of improving society.

I am aware from having read his plea agreement, that Jack has conceded he lost his way in the heated atmosphere of big-time politics, money, and self-infatuation. From what I have read in the press, he seems to have cheerfully accepted the benefits of his years of malodorous conduct; but I note also that, characteristically, he did not ever neglect to direct large sums of his earnings to a continued commitment to charities and causes designed to better society as he saw it. I would think few miscreants present as complex a combination of altruism and self-interest; nor can I escape the impression that the former will continue significantly to govern his conduct.

I am emboldened by this conviction to urge the court to place the greater weight upon the good that this energetic, idealistic, and yes, lately wayward man, might yet accomplish for the community were he required to assume such lengthy and heavy obligations of public service as could be prescribed by the court, in lieu or in mitigation of further useless incarceration.

It will be urged that the defendant and his family have already suffered extraordinarily, by reason of his painful and humiliating admissions of guilt, by the total loss of his livelihood, by the near total depletion of his life's accumulations, by the shunning and alienation of so many whose friendship sustains any man, and by the lasting condemnation and vitriol heaped upon him by virtually the entire country, still expressed unhesitatingly in the extensive adverse press this matter has received.

That these considerations are valid, is evident. To add to the years of punishment already inflicted – which already have produced consequences for the remainder of his life – seems of dubious penal value unlikely to advance justice or the public interest. That an alternative disposition would also relieve from further crushing punishment, Jack's five innocent children and despairing wife by not longer depriving them of their father, husband, and sole wage-earner, is too obvious to need articulation to this court. Yet, I mention to mention it because of my personal experience of the unusual closeness of this particular family and Jack's dedication to all of them.

Some will clamor for extending the severest punishment, however wasteful. As I sit in retirement and contemplate the processes of law, I hope I do not overstep proprietary by acknowledging the enormous difficulty that any court faces in charting a path which others may disapprove of. I acknowledge too the court's obligations under Federal Sentencing Guidelines. To the extent however, that incarceration can be reduced or eliminated in favor of a more creative public servitude, and stern probation, I am convinced that Jack Abramoff can – and will – once again contribute positively to society. If I am, as I firmly believe, correct in this conviction, the Court can justifiably combine justice with true value to society.

Respectfully submitted,

Daniel M. Sklar

LAW OFFICES OF
# NEIL M. SUNKIN

May 16, 2008

The Honorable Ellen S. Huvelle
U.S. District Court, District of Columbia
333 Constituion Ave., N.W.
Washington, D.C 20001

    *Re:*    *Jack Abramoff*

Dear Judge Huvelle:

    This letter concerns the sentencing of Jack Abramoff. I have known Jack Abramoff for over 30 years. I do not know Jack in a business context or through politics. We were freshman in college together, and we have remained friends since then. The Jack I know is not the 'man in the black hat' portrayed in the media or in Senate committee hearings as a caricature or poster boy for lobbying reform.

    Jack Abramoff is a religious, spiritual, moral, caring, charitable, intelligent, studious, and loving person. Contrary to the media's portrayal of him, Jack was not in business solely to amass wealth and a personal fortune. From my conversations with Jack over the past 28 years, I can tell you that the things that Jack is most proud of and which matter most to him are his family, G-d, and charity.

    A personal story, which has stood out in my mind for 30 years, shows Jack to be a man vastly different from the media's portrayal of him. In 1979, while a sophomore in college, my father passed away prematurely at a young age. That was a devastating event in my life. By that time, I had lost most ties to my Jewish faith, and had forgotten how to read Hebrew or to pray. So that I could pray for my father, Jack made a tape recording for me of the Mourner's Kaddish, the prayer that Jews say for deceased relatives; and through that Jack taught me how to read Hebrew. During that year, Jack often helped me to pray for my father, going to services with me early in the morning for a year. Since that time, I have been able to pray, and have renewed my faith, largely due to Jack's assistance about 30 years ago. Now and for more than 30 years, I have been able to pray during the Jewish Holidays, because of Jack's assistance 30 years ago.

    Jack assisted me and at least two other friends in building our self-confidence. Jack was a high school weight lifting champion, and played center on his High School football team. In our freshman year of college, Jack encouraged me and two other students to undertake a weight-lifting program that helped us physically and emotionally. Jack encouraged us to maintain healthy bodies. In the mid to late seventies, when the use

Honorable Ellen S. Huvelle
May 16, 2008
Page 2

of marijuana and alcohol abuse was so prevalent among college students, Jack maintained his moral and religious convictions. He abhorred the use of drugs and alcohol, and while he encouraged his friends to refrain, he did not shun them. To my knowledge, Jack has never even experimented, let alone used, any drug or alcohol.

While portraying Jack as a monster, even the media has reported that Jack's need for money was not due to lavish spending on himself, but instead, was because he had given his money to charity. For example, Jack founded and funded a Yeshiva. He organized a forum for the improvement of relations between Christians and Jews. He provided aid to Jewish settlers in Israel who were subject to terrorist attacks.

When I had visited Jack in Washington about five years ago his house was filled with students attending the school that Jack was sponsoring. Five boys from the school were living in his home, so that they could attend the school. Jack founded the Yeshiva, as I understand, because generally, Yeshivas separate Jewish children from secular activities, and Jack wanted Jewish children to have a Jewish education, and to participate in secular activities.

When I visited Jack's home, he did not show me expensive audio and video equipment and other "toys" that are often the material rewards of great wealth. Instead, Jack was proud of his library, and the "shul" he made in his home where he, his family and members of his community could pray.

Jack and his wife Pamela have five children. Over the past few years, I have gotten to know Jack's oldest son who moved to Los Angeles. I discovered that despite Jack's own strongly held political and religious views, he and Pam raised their children to follow their own paths.

I had breakfast with Jack at his hotel the morning after his arrest for the crimes for which he has been convicted. At that time, Jack expressed regret and remorse for activities that ultimately led to the position in which he now finds himself. At the same time, Jack told me that his faith in G-d is keeping him going. Jack believes that what is happening to him is not the end of his life, but instead, that there must be a greater plan for him.

Jack has a love of literature, poetry, classical music, opera, and philosophy. His leadership skills are extraordinary. He graduated Magna Cum Laude from college. He has expertise in film financing, as I understand he has lectured at the law school level on film finance. I understand that Jack also teaches Torah while being incarcerated. Although Jack must be punished for the crimes for which he was convicted, further incarceration of Jack will not be in the best interest of society.

Please consider the story of Jack Abramoff portrayed in this letter when you sentence him.

Very truly yours,

Neil M. Sunkin

Howard Szanzer

August 12, 2008

Honorable Ellen Segal Huvelle
United States District Court for the District of Columbia
333 Constitution Avenue, N.W.
Washington, D.C. 20001

Re: Jack Abramoff

Dear Judge Huvelle:

I am writing to plead leniency on behalf of a beloved friend and mentor, Jack Abramoff. I have been informed that the final sentencing will be September 4th of this year.

I was raised in Silver Spring, Maryland. Jack took a personal interest in my brother and I during our pre-adolescent and adolescent years. He provided the tools necessary to develop our full potential. Jack remains a dear neighbor and friend to my family.

During my teenage years Jack voluntarily rose early in the morning to attend the dawn prayer service so that he would have the extra time to mentor my brother and me in Jewish law. He took precious time from his day to tutor two young boys. He patiently explained complicated concepts with great detail until all was clear to us.

When I was fifteen and sixteen years old, my parents could not afford to send me to summer camp. Jack felt one could not afford to vegetate during these very formative years and he offered me a summer job. This kindness was multipurpose. He wanted me to be occupied, he desired to provide me with valuable work experience, and he rightfully believed I needed to earn money. The time I spent with Jack was invaluable to me. I am by nature shy and reserved. I learned from Jack to be confident. In the process, he taught me how to become responsible, ambitious, and creative. He boosted my self-esteem, which gave me the courage to speak publicly. This has enabled me to become a productive member of the work force as an actuarial consultant for a prominent global firm. It is this tutorial that gives me both the courage and valor to write to a federal judge.

Honorable Ellen Segal Huvelle
August 12, 2008
Page –2–

Jack has also made a lasting impact on the Silver Spring community. He has been actively involved in many of its fundamental aspects. He served as president of the local private school and worked tirelessly to raise funds. He fervently assisted many Jewish adults who wanted to become more religious but needed a mentor to achieve their goal. He frequently invited guests to his home and willingly gave advice to enhance their lives. He was an active member of our congregation and coordinated many local projects and events. When the local school was unable to accommodate children with varied learning needs, particularly as the community was growing rapidly, he helped found a new school and financed much of it from personal funds. The Silver Spring community is experiencing a tremendous void due to Jack's absence, for the many roles he played now remained unfulfilled.

Jack has now been incarcerated for nearly a year and a half. This has taken a severe toll on his family and him, particularly as his family has suffered many personal tragedies in recent years. Both his mother and mother-in-law have passed away. He was not permitted to attend his mother's funeral and was not granted a furlough to visit his father to comfort him. His wife, Pam, did not have her husband's presence to support her during the final months of her mother's life.

These unfortunate events during this time have caused tremendous suffering and occurred at a time when Jack was doing all he could to cooperate with the federal government. He pled guilty and thus did not force the government to endure lengthy and costly court procedures. He has provided evidence about members of Congress to aid the Justice Department in its investigation.

Jack's family is now dispersed and as a result of his imprisonment no longer functions as a family unit. His five children, three boys and two girls, no longer live together in one home. It is well known that during a child's adolescent years, the father's influence is crucial to his development and transformation into a stable, productive adult. Jack took such an interest in me during my adolescent years and it was his fatherly influence that carried over into my development. He taught me to be kind, compassionate, giving, and sensitive to the needs of others. How tragic that he is unable to provide this very same influence to his own children at this same stage in their lives.

Jack's legal troubles have provided much fodder and caricature for the national media. This has further exacerbated both his family and his tremendous pain and torment. There was a time when his children could not turn on the television without viewing his personal tragedy displayed for all. One of his daughters, while innocently watching one Academy Awards ceremony, was treated to a crude joke by an actor referring to the first

Honorable Ellen Segal Huvelle
August 12, 2008
Page –3–


and last syllables of her father's name.  It seemed that nowhere was she able to enjoy a respite from the tragedy with which her life had become entangled.

Jack's anguish has aggrandized in recent years.  His mental torment truthfully adds up to a longer incarceration period than he has actually served.  Further time in prison is unnecessary either from a punitive or deterrent perspective.  Jack has been taking counsel from religious mentors as part of his rehabilitation.  He has tried to improve the lives of others in the detention center via teaching and mentoring.

If the honorable court finds that further confinement is still necessary, it would serve the interests of justice to confine him to home.  This would allow the family to heal, while the confinement would provide additional time to reflect and repent for the costly mistakes he has made

I have tried to provide the court with an understanding of Jack as an individual.  The valuable lessons Jack has taught me have remained with me.  His good deeds and character should factor heavily in Your Honor's final decision.  The mistakes he made cannot eradicate a lifetime of dedication, service, and commitment to others.  It is my honor to bear testimony on Jack's behalf.  It is my fervent prayer that Your Honor finds it in your heart to grant him leniency, both for Jack's sake and for the sake of his family and friends.  He is much needed by the community and is sorely missed.


Very truly yours,

Howard Szanzer

July 5, 2008

Hon. Ellen Segal Huvelle
United States District Court
District of Columbia
333 Constitution Ave NW
Washington, DC 2001

Dear Honorable Judge Huvelle,

On behalf of Jack Abramoff, as parents in a school he founded and as personal friends, we are writing to plead on his behalf for clemency in his sentencing that is coming up in early September. Our fervent hope is that the Judge will consider that Jack is needed by his wonderful family and also by his community who misses him for the wonderful inspiration he gave us. I know that he regrets the terrible errors of judgment he made and that the period in prison has been a time of reflection and spiritual growth for him. If prison is supposed to be penitential this goal has already been reached. However, a longer time in prison may do more harm than good both for him personally and for his family emotionally, psychologically and physically. My greatest hope would be that he would be freed from any further confinement so that he can reenter as a citizen who still has so much to offer society. However, even if confinement would still be required, please consider a home confinement where at least, he is no longer exposed to the hardships of prison life which have already taken a toll on him.

Sincerely,

*Matt Topas*
*Judith Topas*

Matt and Judith Topas
mjt

May 26, 2008

Honorable Ellen S. Huvelle
US District Court
District of Columbia
333 Constitution Ave
NW Washington, DC 20001

RE:    Jack Abramoff

Your Honor,

As a friend of the Abramoff family for about 70 Years, I am writing to give you some background on Jack Abramoff.

I am Jacob George Vender a retired Postal System Examiner for the U.S. Postal Service and a World War II Veteran.

Jack's life has been filled with charitable endeavors. Since he was a small boy has supported educational and charitable programs. He is a responsible man, a good husband and a great father to his five children. It is truly unfortunate that he became involved with his current situation.

Jack is a good man, a decent man by any standard. I urge you to consider all the good things he has done before sentencing him.

Respectfully submitted,

Jacob George Vender

HON. ELLEN SEGAL HUVELLE                    JULY 4, 2008

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

DEAR JUDGE HUVELLE:


I KNOW HOW BUSY YOU MUST BE AND I APPRECIATE YOU TAKING YOUR TIME TO READ THIS. I AM WRITING TO YOU ABOUT MR. JACK ABRAMOFF.

IF I UNDERSTAND CORRECTLY YOU WILL RENDER A FINAL SENTENCING VERDICT IN SEPTEMBER. I WOULD HOPE YOU WILL RECEIVE MANY LETTERS FROM HIS FRIENDS IN THE COMMUNITY AND A FINAL RECOMMENDATION FROM THE JUSTICE (?) DEPARTMENT DISCUSSING HIS COOPERATION AND SUGGESTING A LESSER SENTENCE.

JACK HAS ADMITTED TO COMMITTING SOME GRIEVOUS ACTS. SOMETIMES WE CAN BE CAUGHT UP IN THE SPEED OF THE COMPANY AROUND US. LIVING IN DC YOU OBVIOUSLY SEE THERE IS NO FASTER LIFE THAN POLITICS IN WASHINGTON. HE LIVED THAT LIFE AND VIOLATED BOTH OUR LEGAL LAWS BUT ALSO OUR MORAL CODES. AS PUNISHMENT BASICALLY HIS LIFE IS OVER. HE CANNOT DO BUSINESS, WILL NEVER SEE HIS MOTHER AGAIN AND COULD NOT EVEN ATTEND HER FUNERAL. HIS FAMILY WILL LIVE IN SHAME THROUGHOUT THEIR DAYS.

WHAT HAS NOW HAPPENED TO HIM SERVES AS AN OBJECT LESSON TO THOSE WHO WOULD EVER CONSIDER SUCH TRANSGRESSIONS. WHATEVER POINTS SOCIETY WISHED TO SHOW OTHERS HAVE BEEN MADE.

I KNOW HIM AS A DEEPLY RELIGIOUS MAN WHO GAVE GENEROUSLY TO MANY MANY OTHERS. I WOULD NOW HOPE THAT OUR JUST SOCIETY COULD FIND A WAY TO GRANT MERCY TO HIM.

HE COOPERATED FULLY, DIDN'T PUT THE SYSTEM THROUGH A LONG EXPENSIVE PROCESS AND CONTINUES TO AID IN OTHER PROSECUTIONS.

I BEG YOU TO BE MERCIFUL TO A MAN WHO IS BASICALLY A VERY GOOD PERSON.

FOR OBVIOUS REASONS OF ALL SHAKESPEARE'S WORKS THE MERCHANT OF VENICE HOLDS A SPECIAL PLACE IN MY HEART. I KNOW YOU HAVE READ, HEARD AND SAID THIS NUMEROUS TIMES BUT JUST ONCE MORE PLEASE THINK ABOUT THE WORDS.


PORTIA:  THE QUALITY OF MERCY IS NOT STRAIN'D

        IT DROPPETH AS THE GENTLE RAIN FROM HEAVEN

        UPON THE PLACE BENEATH. IT IS TWICE BLEST:

        IT BLESSETH HIM THAT GIVES AND HIM THAT TAKES


JERRY

*Gerald N Wachs*

GERALD N. WACHS MD

Jerry Wexler

Honorable Ellen S. Huvelle
US District Court, District of Columbia
333 Constitution Avenue N.W.
Washington D.C. 20001

May 12, 2008

RE: Jack Abramoff

Dear Judge Huvelle,

I have known Jack Abramoff and the Abramoff family for over 30 years.

I and my family have been at their home and they have been at ours many times
over the years and we have enjoyed a marvelous and close relationship which
included all family functions. This is a family that processes integrity and strong
ties to the community.

Jack has always been a leader, hard worker and a principled person starting in high
school and one who always had both feet on the ground. I always knew that he
would be successful in any endeavor that he pursued.

I was shocked to hear and read about his problems and could not believe that this
was the Jack I knew. Unfortunately sometimes the good people make mistakes and
have to pay a price for their actions, and so it is with Jack.

I have been told that he is cooperating in the total case and this does not surprise
me. I know that he realizes that his actions were not the finest but wants to help in
any way. Helping on matters is the Jack I have known for all these years.

Hopefully this letter transmits my and the communities feelings about Jack
Abramoff and the Abramoff family

Sincerely

Jerry Wexler

July 14, 2008

Hon. Ellen Segal Huvelle
United States District Court for the District of Columbia
333 Constitution Ave., N.W.
Washington, D.C. 20001

Hon. Ellen Segal Huvelle,

Jack Abramoff, during the time I knew him, was a person who's giving heart and spirit defined who he was and what his life was about. His brilliance, commitment, and empathy drove him to be so generous and passionate about serving others. No doubt he is acting in this same manner during his prison sentence, helping others, reflecting upon the past, and redefining what he can do in his life to serve others.

Jack Abramoff's life after prison will, no doubt, be one of humility, compassion, and service. I would lay my life on that. Jack has served time and it is my appeal that you consider a reduced sentence. By keeping him locked up, the community does not keep a dangerous person from committing a future crime, but keeps a community from getting a person who will spend his life doing good things to help others.

If it is determined that he must continue to be punished, then possibly a longer parole period could be required or one that confines him to some type of house arrest with the ability to worship and pray as he will no doubt do as he seeks wisdom and guidance from his faith to guide his future decisions.

Thank you for your consideration.

Respectfully Yours,

Rachel Winston

cc Christopher D. Man, Esq.
McDermott Will & Emery LLP
600 Thirteenth Street, N.W.
Washington, D.C. 20005-3096