## EXHIBIT A

## UNITED STATES v. JACK ABRAMOFF, NO., 06-001 (ESH)

| Name of Victim | Contact information |
|---|---|
| Coushatta Tribe of Louisiana | Charles Elliott, Esq.<br>Faircloth, Vilar & Elliott<br>1535 Jackson St.<br>Alexandria, LA 71315<br>318-442-9533 |
| Mississippi Band of Choctaw Indians | C. Bryant Rogers, Esq.<br>Van Amberg, Rogers, Yepa & Abeita LLP<br>347 East Palace Ave.<br>Sante Fe, New Mexico 87501<br>505-988-8987 |
| Pueblo of Sandia | Randolph D. Moss, Esq.<br>Wilmer Hale<br>1875 Penn. Ave., NW<br>Washington, DC 20006<br>202 663 6640 |
| Saginaw Chippewa Tribe of Michigan | Sean Reed, Esq.<br>General Counsel<br>Saginaw Chippewa Indian Tribe of Michigan<br>7070 E. Broadway<br>Mt. Pleasant, MI 48858<br>(989) 775-4000 |
| Ysleta del Sur Pueblo a/k/a Tigua Tribe | John Diamond, Esq.<br>Diamond Rash, P.C.<br>9241 Socorro Rd.<br>El Paso, TX 79907<br>(915) 533-2277 |

| | |
|---|---|
| Tyco International, Ltd. | John S. Jenkins, Jr.<br>Vice President<br>Corporate Secretary<br>Tyco International<br>9 Roszel Rd.<br>Princeton, NJ 08540-6205 |
| Greenberg Traurig LLP | Kevin Downey, Esq.<br>Williams & Connolly LLP<br>725 Twelfth St., NW<br>Washington, D.C. 20005<br>202-434-5460 |
| Universal Spirits | Alexey Oliyinik<br>SPI Spirits Ltd.<br>28th October Street<br>5th Floor<br>501B<br>PO Box 57020<br>Limassol 3311 Cyprus. |