UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
SEP 0 4 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA     :     06cr001 (ESH)
                             :
                             :
v.                           :
                             :
JACK A. ABRAMOFF,            :
                             :
    Defendant.               :

**ORDER ACCEPTING AMENDMENTS TO
PLEA AGREEMENT AND FACTUAL BASIS**

This matter coming before this Court on the joint motion of the parties to amend the plea agreement and factual basis entered into by the parties and accepted by the Court, including specifically to amend paragraphs 6 and 11 of the plea agreement, to delete paragraph 7 of the plea agreement, and to amend paragraphs 38 and 29 of the factual basis as set forth in detail in the joint motion,

IT IS HEREBY ORDERED that the amendments and deletion knowingly and voluntarily agreed to by the parties are accepted by this Court. The plea agreement and factual basis are hereby amended as stated in the joint motion.

ENTERED this 4 day of September, 2008 in the District of Columbia.

Ellen Segal Huvelle
United States District Judge