UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | 06cr001 (ESH) |
| v. | : | |
| JACK A. ABRAMOFF | : | |

**FILED**
OCT 19 2009
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## ORDER

On May 21, 2009, the government moved to modify the restitution order dated September 9, 2008 ("Restitution Order") in the above-captioned action and also requested that available funds from a federal tax refund provided to defendant earlier in the month be held in abeyance. On May 26, 2009, the Court ordered Mr. Abramoff and his family to stop spending the money received from their federal tax refund and to provide additional accounting documentation regarding how the tax refund money has been spent. The Court held a hearing on the government's motion on August 11, 2009. On August 12, 2009, the Court granted the government's motion in part and ordered the parties to propose additional changes to the Court's restitution orders. The parties submitted their proposed modifications on September 3, 2009. Having considered the parties' request and the discussion held at the August 11, 2009 hearing, the Court hereby **ORDERS** that:

1. Mr. Abramoff is authorized to pay from the money he received from his federal tax refund repairs or replacement of the roof of his house at a cost not to exceed $35,000;

2.  Mr. Abramoff shall pay from the money he received from his federal tax refund $33,000 toward restitution, with one-half that amount ordered to be paid to the restitution creditors in this case and one-half that amount to be paid to the restitution creditors in the Southern District of Florida case;

3.  The remainder of this tax refund may be used by the Abramoff family to cover ordinary living expenses and professional services;

4.  In the event Mr. Abramoff receives, directly or indirectly, any sum or property valued in excess of $2,500 while incarcerated, Mr. Abramoff shall report the receipt of those funds or property to counsel for the U.S. Department of Justice in this case and the Court as soon as possible but will not spend or distribute such funds or property before providing this notice. Mr. Abramoff also should submit a plan to the Court as to how he believes such money or property should be spent or distributed. Mr. Abramoff is precluded from spending or distributing any such funds or property until this Court has issued an order authorizing the expenditure or distribution.

**SO ORDERED**

_____
ELLEN SEGAL HUVELLE
United States District Court Judge

Date: October 14, 2009