# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>v.<br><br>**JACK A. ABRAMOFF** | **06cr001 (ESH)** |

## NOTICE OF APPEARANCE

Please take notice that the undersigned, Peter R. Zeidenberg, hereby enters an appearance on behalf of Defendant Jack A. Abramoff in the above-captioned matter.

Dated: May 27, 2014                                     Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　 /s/ *Peter R. Zeidenberg*
　　　　　　　　　　　　　　　　　　　　　　Peter R. Zeidenberg  (D.C. Bar No. 440803)
　　　　　　　　　　　　　　　　　　　　　　Arent Fox LLP
　　　　　　　　　　　　　　　　　　　　　　1717 K Street, NW
　　　　　　　　　　　　　　　　　　　　　　Washington, DC  20036
　　　　　　　　　　　　　　　　　　　　　　202.857.6139
　　　　　　　　　　　　　　　　　　　　　　Peter.Zeidenberg@arentfox.com